

**Everything Michigan**

# Senate redistricting plan leaves Kalamazoo with no incumbent and gives Schuitmaker new district

Published: Friday, June 17, 2011, 4:17 PM    Updated: Friday, June 17, 2011, 5:01 PM

By **Paula M. Davis | Kalamazoo Gazette**

**KALAMAZOO —** It appears Kalamazoo County would get a new state senator in 2014, while first-term state Sen. Tonya Schuitmaker, R-Antwerp Township, could run in her home turf without having to face an incumbent **if proposed redistricting adjustments become final**.

Senate Republicans released their much-anticipated proposal to revise the map for the 38 districts of the state Senate earlier today.

Under the proposed boundaries, the 20th District that the Senator now represents would include only Kalamazoo County.

Schuitmaker lives in one of the two Van Buren County townships  —  Antwerp — now part of the current 20th District. The current district also includes Paw Paw Township.



Courtesy photo

State Sen. Tonya Schuitmaker

Schuitmaker could run for the new 26th District that is in the revised map, facing no incumbent.

That district would encompass Van Buren and Allegan counties plus a sliver of southern Kent County.

Van Buren is now part of the 21st District represented by John Proos, who lives in St. Joseph. Allegan is currently part of the 24th District represented by Rick Jones, who lives in Grand Ledge.

Before her election to the Senate, Schuitmaker was a three-term state House member, representing the 80th district — all of Van Buren County, and Watson and Otsego townships and the city of Otsego in Allegan County.

The 43-year-old won her Senate seat last November in a race against Kalamazoo Mayor Bobby Hopewell.

Her original Democratic opponent in the high-profile race was Robert B. Jones, who died before Election Day.

"Every ten years re-districting is a Constitutional reality that like any other major legislative decision must go through the process which is subjected to change," Schuitmaker said in a statement today.

"The process will be transparent and subject to adequate public scrutiny. Issues like job creation, quality education and roads as well as elder abuse do not know Senate district boundaries and they are my focus right now," she said.

*Contact Paula M. Davis at* **pdavis@kalamazoogazette.com** *or 269-*

State Senate



**View full size**
Proposed new state Senate districts.

*388-8583. You can also follow her on* **Twitter**.

Booth Michigan political writer **Peter Luke** contributed to this report.

© 2011 MLive.com. All rights reserved.

**View full size**
Current state Senate districts.



**Everything Michigan**

# How is Allegan County directly impacted by the census count?

Published: Tuesday, March 01, 2011, 8:34 AM

 By **Penasee Globe staff**

*Editor's Note: This article was written and submitted by Allegan County Clerk Joyce Watts*

The State of Michigan will lose a representative in Congress, because the state has lost population in the last decade.

This spring, states and county governments are charged with reviewing the population figures gathered and apportioning the representation based on the recent 2010 population count.

The apportionment of governmental representation also requires an adjustment to the State Senate, State Representative districts, and the number of County Commissioner districts and boundaries at the county level.

This is to ensure as much as possible that residents of the state have identical access to the individuals they elect at the federal, state and county level.

**BUT, HOW DOES THIS PROCESS WORK?**

Seats in the Congressional House of Representatives are allotted to states based on the state population as it compares to other states. Because of our population loss, the State of Michigan will go from 15 seats to 14 seats in Congress.

The new lines for congressional representation will be drawn at the state level by state legislators, who will oversee not only drawing the congressional lines, but also drawing the lines for the State House and Senate districts. Michigan's redistricting plans have routinely been challenged in the courts and often decided by the state Supreme Court.

County Commissioner districts are apportioned by the County Apportionment Committee, required by law to consist of the County Prosecuting Attorney, Clerk, Treasurer and the Chairpersons of the county Republican and Democratic parties.

This five-member panel will convene in late March, and voters can watch the roll out of final census information by logging on to the census website, **www.2010census.gov/2010census/data/**.

Further, the meeting schedule will be posted and the public is welcome to comment on if they want more county commissioners, fewer commissioners, or should the number of commissioners - set at 11 in 2001 - remain unchanged.

Rules for creating the districts include making a good faith effort to achieve districts of equal population and be contiguous, compact and as nearly square in shape as practicable.

**THE QUESTION IS, HOW MUCH REPRESENTATION DO WE WANT AND CAN WE AFFORD?**

Also taken into account is the cost to local and county governments when municipalities are divided into separate precincts to achieve equal population. If the plan forces a township or city to create a new precinct, there are additional costs associated with the change.

Those costs include the purchase of approximately up to $7,000 in election equipment, the cost to staff yearly elections, increased costs to the local municipality for accuracy testing prior to the election, and the cost of containers to store the ballots after the election.

At the county level, adding additional precincts increases the annual election costs for programming, providing election supplies for the precinct, and an increase in the total number of printed ballots.

These added costs are paid by taxes collected by the local municipality and the county. Every additional dollar spent for supporting that additional precinct means one less dollar available to spend on fire, law enforcement services or road repair at the local level.

This process impacts all of us!

For more information, contact Joyce Watts, (269) 673-0450.

© 2011 MLive.com. All rights reserved.



SECRETARY OF SENATE
ENROLLING CLERKS

2011 APR 29  A 9: 27

# THE SENATE

### REDISTRICTING COMMITTEE
### SENATOR JOE HUNE
### CHAIRMAN

**MEMBERS:**
SEN. RICK JONES, VICE CHAIRMAN
SEN. DAVE HILDENBRAND
SEN. JIM MARLEAU
SEN. JOHN MOOLENAAR
SEN. JOHN PROOS
SEN. STEVE BIEDA, MINORITY VICE CHAIR
SEN. BERT JOHNSON
SEN. VIRGIL SMITH

505 FARNUM
P.O. BOX 30036
LANSING, MICHIGAN 48909-7536
PHONE: (517) 373-2420
FAX (517) 373-2764

# NOTICE OF SCHEDULED MEETING

**COMMITTEE:**     Redistricting

**DATE:**     Wednesday, May 4, 2011

**TIME:**     3:00 p.m.

**PLACE:**     Senate Hearing Room, Boji Tower,
124 W. Allegan Street, Lansing, MI 48933

**PHONE:**     Scott Jones (373-5307)
Committee Clerk

# AGENDA

Presentation by Ken Darga, State Demographer.

*And any other business to come properly before the committee.*

*In the spirit of compliance with the Americans With Disabilities Act (ADA), individuals with a disability should feel free to contact the Office of the Secretary of the Senate by phone [(517) 373-2400] or by TDD [(517) 373-0543] if requesting special services to effectively participate in the meeting.*

SECRETARY OF SENATE
ENROLLING CLERKS

2011 MAY -6 �location 4: 33



**MEMBERS:**
SEN. RICK JONES, VICE CHAIRMAN
SEN. DAVE HILDENBRAND
SEN. JIM MARLEAU
SEN. JOHN MOOLENAAR
SEN. JOHN PROOS
SEN. STEVE BIEDA, MINORITY VICE CHAIR
SEN. BERT JOHNSON
SEN. VIRGIL SMITH

# THE SENATE

### REDISTRICTING COMMITTEE

### SENATOR JOE HUNE
### CHAIRMAN

605 FARNUM
P.O. BOX 30036
LANSING, MICHIGAN 48909-7536
PHONE: (517) 373-2470
FAX (517) 373-2764

## NOTICE OF SCHEDULED MEETING

| | |
|---|---|
| **COMMITTEE:** | Redistricting |
| **DATE:** | Wednesday, May 11, 2011 |
| **TIME:** | 3:00 p.m. |
| **PLACE:** | Rooms 402 and 403, Capitol Building<br>100 S. Capitol Avenue, Lansing, MI 48933 |
| **PHONE:** | Scott Jones (373-5307)<br>Committee Clerk |

## AGENDA

Presentation by the Legal Counsel for the Michigan Legislative Black Caucus

Presentation by Chris Thomas, Michigan Secretary of State's Bureau of Elections.

*And any other business to come properly before the committee.*

*In the spirit of compliance with the Americans With Disabilities Act (ADA), individuals with a disability should feel free to contact the Office of the Secretary of the Senate by phone [(517) 373-2400] or by TDD [(517) 373-0543] if requesting special services to effectively participate in the meeting.*

SECRETARY OF SENATE
ENROLLING CLERKS

2011 MAY 16   A 11:00



# THE SENATE

### REDISTRICTING COMMITTEE

### SENATOR JOE HUNE
### CHAIRMAN

505 FARNUM
P.O. BOX 30036
LANSING, MICHIGAN 48909-7536
PHONE: (517) 373-2420
FAX: (517) 373-2784

**MEMBERS:**

SEN. RICK JONES, VICE CHAIRMAN
SEN. DAVE HILDENBRAND
SEN. JIM MARLEAU
SEN. JOHN MOOLENAAR
SEN. JOHN PROOS
SEN. STEVE BIEDA, MINORITY VICE CHAIR
SEN. BERT JOHNSON
SEN. VIRGIL SMITH

## ** REVISED **
## NOTICE OF SCHEDULED MEETING

**COMMITTEE:**   Redistricting

**DATE:**   Wednesday, May 18, 2011

**TIME:**   3:00 p.m.

**PLACE:**   Senate Hearing Room, Boji Tower,
124 W. Allegan Street, Lansing, MI 48933

**PHONE:**   Scott Jones (373-5307)
Committee Clerk

## <u>AGENDA</u>

Gary Gordon from Dykema speaking on various redistricting criteria

*And any other business to come properly before the committee.*

---

*In the spirit of compliance with the Americans With Disabilities Act (ADA), individuals with a disability should feel free to contact the Office of the Secretary of the Senate by phone [(517) 373-2400] or by TDD [(517) 373-0543] if requesting special services to effectively participate in the meeting.*



SECRETARY OF SENATE
ENROLLING CLERKS

2011 MAY 24  A 9: 49

**MEMBERS:**

SEN. RICK JONES, VICE CHAIRMAN
SEN. DAVE HILDENBRAND
SEN. JIM MARLEAU
SEN. JOHN MOOLENAAR
SEN. JOHN PROOS
SEN. STEVE BIEDA, MINORITY VICE CHAIR
SEN. BERT JOHNSON
SEN. VIRG L. SMITH

# THE SENATE

### REDISTRICTING COMMITTEE

### SENATOR JOE HUNE
### CHAIRMAN

505 FARNUM
P.O. BOX 30036
LANSING, MICHIGAN 48909-7536
PHONE: (517) 373-2420
FAX (517) 373-2764

## NOTICE OF SCHEDULED MEETING

| | |
|---|---|
| **COMMITTEE:** | Redistricting |
| **DATE:** | Wednesday, May 25, 2011 |
| **TIME:** | 3:00 p.m. |
| **PLACE:** | Senate Hearing Room, Boji Tower, 124 W. Allegan Street, Lansing, MI 48933 |
| **PHONE:** | Scott Jones (373-5307) Committee Clerk |

## AGENDA

General Hearing - Comments from the Public on Redistricting

*And any other business to come properly before the committee.*

---

*In the spirit of compliance with the Americans With Disabilities Act (ADA), individuals with a disability should feel free to contact the Office of the Secretary of the Senate by phone [(517) 373-2400] or by TDD [(517) 373-0543] if requesting special services to effectively participate in the meeting.*

SECRETARY OF SENATE
AMENDING CLERKS

2011 JUN 21  A 11: 50



**MEMBERS:**

SEN. RICK JONES, VICE CHAIRMAN
SEN. DAVE HILDENBRAND
SEN. JIM MARLEAU
SEN. JOHN MOOLENAAR
SEN. JOHN PROOS
SEN. STEVE BIEDA, MINORITY VICE CHAIR
SEN. BERT JOHNSON
SEN. VIRGIL SMITH

# THE SENATE

## REDISTRICTING COMMITTEE

### SENATOR JOE HUNE
### CHAIRMAN

505 FARNUM
P.O. BOX 30036
LANSING, MICHIGAN 48909-7526
PHONE: (517) 373-2420
FAX: (517) 373-2764

## NOTICE OF SCHEDULED MEETING

**COMMITTEE:**  Redistricting

**DATE:**  Wednesday, June 22, 2011

**TIME:**  8:00 a.m. **(NOTE THE TIME CHANGE)**

**PLACE:**  Senate Hearing Room, Boji Tower,
124 W. Allegan Street, Lansing, MI 48933

**PHONE:**  Scott Jones (373-5307)
Committee Clerk

## AGENDA

SB 498   Sen. Hune   Legislature; apportionment; redistricting of senate and house of representatives; provide for.

*And any other business to come properly before the committee.*

*In the spirit of compliance with the Americans With Disabilities Act (ADA), individuals with a disability should feel free to contact the Office of the Secretary of the Senate by phone [(517) 373-2400] or by TDD [(517) 373-0543] if requesting special services to effectively participate in the meeting.*



MICHIGAN
**HOUSE OF REPRESENTATIVES**
P.O. Box 30014
LANSING, MICHIGAN 48909-7514

# Notice

STANDING COMMITTEE MEETING
**REDISTRICTING AND ELECTIONS**
Rep. Pete Lund, Chair

Date:  **Tuesday, June 28, 2011**

Time:  **8:15 a.m.**

Place:  **521 House Office Building, Lansing, MI**

## AGENDA

SB 498      Hune            Legislature; apportionment; redistricting of senate and house of representatives; provide for.

### OR ANY BUSINESS PROPERLY BEFORE THIS COMMITTEE

Individuals who wish to bring written testimony need to supply a minimum of thirty copies for distribution.

Individuals needing special accommodations to participate in the meeting may contact the Chair's office.

Mary Lou Terrien, Committee Clerk, 517-373-1260
Date posted: 06/23/2011

Schedule changes or cancellations available at *http://www.legislature.mi.gov* or 24-hours at (517) 373-8140.
Subscribe to electronic notices at *www.house.mi.gov/CommitteeSubscribe.asp*





35TH DISTRICT
STATE CAPITOL
PO BOX 30014
LANSING, MI 48909-7514
PHONE: (517) 373-0843
FAX: (517) 373-5892
E-MAIL: petelund@house.mi.gov

## MICHIGAN HOUSE OF REPRESENTATIVES

### PETE LUND

STATE REPRESENTATIVE

FOR IMMEDIATE RELEASE                                                        April 7, 2011
Contact: Matt Patton (517) 373-5192

# House Redistricting and Elections Committee to hold public hearings on redistricting issues

State Rep. Pete Lund, House Redistricting and Elections Committee chair, today announced public hearings on Michigan's redistricting process.

The first of a series of public hearings, intended to review Michigan's census results, the Federal Voting Rights Act, and Michigan's Constitutional and statutory standards for redistricting is scheduled for Tuesday, April 12, beginning at 9 a.m.

"Maintaining accurate representation for our state's changing population centers is an essential component of a functioning democracy," said Lund, R-Shelby Township.   "This process will be fair and follow the law."

Michigan's redistricting process is governed by Michigan's constitution, Apol standards in Michigan statute, and federal law.  Michigan law requires that the redistricting process be completed by Nov. 1.

(MORE)

The hearings will provide background and information on the overriding concepts in redistricting and will continue throughout the coming weeks.  The April 12 hearing will focus on Michigan's 2010 Census results and issues associated with them.

"I look forward to these hearings and a fair, effective redistricting process for our state," Lund said.

#####



## MICHIGAN HOUSE REPUBLICANS

P.O. BOX 30014 | LANSING, MICHIGAN 48909-7514 | WWW.GOPHOUSE.COM

FOR IMMEDIATE RELEASE                                                     April 25, 2011
Contact: Matt Patton (517) 373-5192

# House Redistricting and Elections Committee announces redistricting plan submission details

House Redistricting and Elections Committee chair, Pete Lund, R-Shelby Township, today announced details for those wishing to submit congressional or state legislative redistricting plans.

Plan submissions can be sent to the Clerk of the House of Representatives at, Office of the Clerk of the House of Representatives, Capitol Building, Room 70, P.O. Box 30014 Lansing, MI 48909-7514.

Plans should be submitted by May 23, 2011. A plan should include proposed districts for the entire state and should include the following, at minimum:

- A map depicting the statewide configuration of proposed districts and a detailed map depicting proposed districts in Southeast Michigan. Maps should be on 8-1/2" x 11" paper or, alternatively, 20 copies of each map should be submitted;
- The population of each proposed district;
- The maximum population deviation among proposed districts; and
- Other descriptive details that would be useful to the committee.

Plans will be reviewed by committee staff. Additional detailed maps may also be submitted. Plans may be submitted to the full committee at the discretion of committee members.

#####



MICHIGAN HOUSE OF REPRESENTATIVES

**PETE LUND**

STATE REPRESENTATIVE

36TH DISTRICT
STATE CAPITOL
P.O. BOX 30014
LANSING, MI 48909-7514
PHONE: (517) 373-0843
FAX: (517) 373-5892
E-MAIL: petelund@house.mi.gov

FOR IMMEDIATE RELEASE                                                              June 10, 2011
Contact: Matt Patton (517) 373-5192

# Lund announces release of redistricting plans and Redistricting Committee Hearing

House Redistricting and Elections Committee chair, Pete Lund, R-Shelby Township, today forecasted a timetable for Michigan's redistricting process that must be completed by November 1.

"We have held numerous open hearings over the past two months to ensure Michigan's redistricting plans would be completed fairly and in accordance to state and federal law," said Lund. "As we begin the consideration of specific plans, state and federal law will continue to guide our decisions."

Lund will submit maps to the Clerk of the House and Senate on June 17 in order to ensure fair consideration before a hearing on the Congressional plan. He joined House Speaker Jase Bolger, R-Marshall, in asking House Democrats to submit their maps on the same day.

After plans have been submitted, the House redistricting committee will meet on June 21 and 22, respectively, to discuss redistricting plans.

#####



# THE SENATE

### REDISTRICTING COMMITTEE
### SENATOR JOE HUNE
### CHAIRMAN

**MEMBERS:**
SEN. RICK JONES, VICE CHAIRMAN
SEN. DAVE H ILDENBRAND
SEN. JIM MARLEAU
SEN. JOHN MOOLENAAR
SEN. JOHN PROOS
SEN. STEVE BIEDA, MINORITY VICE CHAIR
SEN. BERT JOHNSON
SEN. VIRGIL SMITH

566 FARNUM
P.O. BOX 30036
. LANSING, MICHIGAN 48909-7536
PHONE (517) 373-2420
FAX (517) 373-2704

## COMMITTEE MEETING MINUTES
## May 4, 2011

A meeting of the Senate Committee on Redistricting was scheduled for Wednesday, May 4, 2011, at 3:00 p.m., in the Senate Hearing Room of the Boji Tower.

---

**The agenda summary is as follows:**

 1)  Presentation by Ken Darga, State Demographer.

---

The Chairman called the meeting to order at 3:05 p.m.  He instructed the Clerk to call the roll. At that time, the following members were present; Chairman Hune, Sen.(s) Jones, Hildenbrand, Marleau, Bieda, Johnson and Smith, a quorum.

At 3:06 p.m., the Chairman entertained a motion to adopt the committee's rules. Sen. Jones so moved.
   Yeas: Sen.(s) Hune, Jones, Hildenbrand, Marleau, Bieda, Johnson and Smith
   Nays:
The rules were adopted.

At 3:07 p.m., the Chairman invited Ken Darga, State Demographer to present testimony regarding the 2010 Census data.

(Copies of the submitted written testimony are available in the clerk's files)

At 3:50 p.m., the Chairman entertained a motion by Sen. Bieda to excuse Sen.(s) Moolenaar and Proos.
The absent members were excused.

The Chairman thanked the witness for his testimony.

There being no further business before the committee, the Chairman adjourned the meeting at 4:05 p.m., on a voice vote, without objection.

(An audio recording of this committee meeting is available upon request for a minimal fee.)

Date Adopted by Committee: 5-11-11



## THE SENATE

### REDISTRICTING COMMITTEE

### SENATOR JOE HUNE
### CHAIRMAN

**MEMBERS:**
SEN. RICK JONES, VICE CHAIRMAN
SEN. DAVE HILDENBRAND
SEN. JIM MARLEAU
SEN. JOHN MOOLENAAR
SEN. JOHN PROOS
SEN. STEVE BIEDA, MINORITY VICE CHAIR
SEN. BERT JOHNSON
SEN. VIRGIL SMITH

566 FARNUM
P.O. BOX 30036
LANSING, MICHIGAN 48909-7536
PHONE: (517) 373-2420
FAX: (517) 373-2764

## COMMITTEE MEETING MINUTES
## May 11, 2011

A meeting of the Senate Committee on Redistricting was scheduled for Wednesday, May 11, 2011, at 3:00 p.m., in rooms 402 and 403 of the Capitol.

**The agenda summary is as follows:**

1) Presentation by Butch Hollowell and Alan Canady of the Michigan Legislative Black Caucus.

2) Presentation by Chris Thomas of the Michigan Secretary of State's Bureau of Elections.

The Chairman called the meeting to order at 3:03 p.m. He instructed the Clerk to call the roll. At that time, the following members were present; Chairman Hune, Sen.(s) Jones, Hildenbrand, Marleau, Moolenaar, Proos, Bieda, Johnson and Smith, a quorum.

At 3:07 p.m., the Chairman invited Butch Hollowell and Alan Canady of the Michigan Legislative Black Caucus.to present testimony regarding redistricting.

(Copies of the submitted written testimony are available in the clerk's files)

At 3:35 p.m., the Chairman invited the Chris Thomas of the Michigan Secretary of State's Bureau of Elections to present testimony regarding redistricting.

At 3:50 p.m., the Chairman entertained a motion to adopt the meeting minutes from May 4, 2011. Sen. Bieda so moved.

Yeas: Sen.(s) Hune, Hildenbrand, Marleau, Moolenaar, Proos, Bieda, Johnson and Smith

Nays:

The minutes were adopted.

At 3:54 p.m., the Chairman entertained a motion by Sen. Smith to excuse Sen. Jones
The absent members were excused.

There being no further business before the committee, the Chairman adjourned the meeting at 3:55 p.m., on a voice vote, without objection.

(An audio recording of this committee meeting is available upon request for a minimal fee.)

Date Adopted by Committee: 5-18-2011



**THE SENATE**

REDISTRICTING COMMITTEE

SENATOR JOE HUNE
CHAIRMAN

505 FARNUM
P.O. BOX 30036
LANSING, MICHIGAN 48909-7536
PHONE: (517) 373-2420
FAX: (517) 373-2764

MEMBERS:

SEN. RICK JONES, VICE CHAIRMAN
SEN. DAVE HILDENBRAND
SEN. JIM MARLEAU
SEN. JOHN MOOLENAAR
SEN. JOHN PROOS
SEN. STEVE BIEDA, MINORITY VICE CHAIR
SEN. BERT JOHNSON
SEN. VIRGIL SMITH

# COMMITTEE MEETING MINUTES
## May 18, 2011

A meeting of the Senate Committee on Redistricting was scheduled for Wednesday, May 18, 2011, at 3:00 p.m., in the Senate Hearing Room of the Boji Tower.

---

**The agenda summary is as follows:**

1) Presentation by Gary Gordon from Dykema Gossett, PLLC

---

The Chairman called the meeting to order at 3:03 p.m. He instructed the Clerk to call the roll. At that time, the following members were present; Chairman Hune, Sen.(s) Jones, Marleau, Proos, Bieda, and Johnson, a quorum.

The Chairman entertained a motion by Sen. Bieda to excuse absent members. The absent members were excused.

At 3:04 p.m., the Chairman invited Gary Gordon from Dykema Gossett, PLLC to present testimony regarding redistricting.

At 3:04 p.m., Sen.(s) Smith and Hildenbrand entered the hearing room.

At 3:34 p.m., the Chairman entertained a motion to adopt the meeting minutes from May 11, 2011. Sen. Bieda so moved.
Yeas: Sen.(s) Hune, Jones, Marleau, Proos, Bieda, Johnson and Smith
Nays:
The minutes were adopted.

There being no further business before the committee, the Chairman adjourned the meeting at 3:39 p.m., on a voice vote, without objection.

(An audio recording of this committee meeting is available upon request for a minimal fee.)

Date Adopted by Committee: 5-25-11



## THE SENATE

### REDISTRICTING COMMITTEE

### SENATOR JOE HUNE
### CHAIRMAN

**MEMBERS:**

SEN. RICK JONES, VICE CHAIRMAN
SEN. DAVE HILDENBRAND
SEN. JIM MARLEAU
SEN. JOHN MOOLENAAR
SEN. JOHN PROOS
SEN. STEVE BIEDA, MINORITY VICE CHAIR
SEN. BERT JOHNSON
SEN. VIRGIL SMITH

505 FARNUM
P.O. BOX 30036
LANSING, MICHIGAN 48909-7536
PHONE: (517) 373-2420
FAX (517) 373-2764

# COMMITTEE MEETING MINUTES
## May 25, 2011

A meeting of the Senate Committee on Redistricting was scheduled for Wednesday, May 25, 2011, at 3:00 p.m., in the Senate Hearing Room of the Boji Tower.

**The agenda summary is as follows:**

1) General Hearing -- Comments from the public on redistricting.

The Chairman called the meeting to order at 3:58 p.m., due to an extended Senate session. He instructed the Clerk to call the roll. At that time, the following members were present; Chairman Hune, Sen.(s) Jones, Hildenbrand, Bieda, and Smith, a quorum.

The Chairman entertained a motion by Sen. Bieda to excuse absent members. The absent members were excused.

At 3:34 p.m., the Chairman entertained a motion to adopt the meeting minutes from May 18, 2011. Sen. Bieda so moved.
    Yeas: Sen.(s) Hune, Jones, Hildenbrand, Bieda and Smith
    Nays:
The minutes were adopted.

At 4:00 p.m., the Chairman invited Jocelyn Benson of the Michigan Center for Election Law to present testimony regarding redistricting.

At 4:03 p.m., Sen.(s) Proos and Marleau entered the meeting.

At 4:16 p.m., the Chairman invited Sue Smith of the League of Women Voters and Christiana Kuo of the Michigan Redistricting Collaborative to present testimony regarding redistricting.

At 4:17 p.m., the Chairman read the cards of those that submitted written testimony but who did not wish to speak.

Rich Robinson, Michigan Campaign Finance Network
Shelli Weisberg, ACLU of Michigan

At 4:18 p.m., the Chairman invited Susan Harley of Clean Water Action to present testimony regarding redistricting.

At 4:19 p.m., Sen. Moolenaar entered the meeting.

At 4:22 p.m., the Chairman invited Jeff Guilfoyle and Brittany Galisdorfer of Citizens Research Council of Michigan to present testimony regarding redistricting.

At 4:25 p.m., the Chairman invited Scott Dzurka of the Michigan Association of United Ways to present testimony regarding redistricting.

There being no further business before the committee, the Chairman adjourned the meeting at 4:30 p.m., on a voice vote, without objection.

(An audio recording of this committee meeting is available upon request for a minimal fee.)

Date Adopted by Committee: 6-22-11



## THE SENATE

### REDISTRICTING COMMITTEE
### SENATOR JOE HUNE
### CHAIRMAN

**MEMBERS:**
SEN. RICK JONES, VICE CHAIRMAN
SEN. DAVE HILDENBRAND
SEN. JIM MARLEAU
SEN. JOHN MOOLENAAR
SEN. JOHN PROOS
SEN. STEVE BIEDA, MINORITY VICE CHAIR
SEN. BERT JOHNSON
SEN. VIRGIL SMITH

506 FARNUM
P.O. BOX 30036
LANSING, MICHIGAN 48909-7536
PHONE: (517) 373-2420
FAX: (517) 373-2764

## COMMITTEE MEETING MINUTES
### June 22, 2011

A meeting of the Senate Committee on Redistricting was scheduled for Wednesday, June 22, 2011, at 8:00 a.m., in the Senate Hearing Room of the Boji Tower.

---

**The agenda summary is as follows:**

1) Reported SB 498 (S-1) with recommendation and immediate effect.

---

The Chairman called the meeting to order at 8:05 a.m.

At 8:06 a.m., the Chairman invited Dan McMaster of the House Republicans and Terry Marquardt of the Senate Republicans to present testimony supporting SB 498.

At 8:15 a.m., the Chairman instructed the Clerk to call the roll. At that time, the following members were present; Chairman Hune, Sen.(s) Jones, Hildenbrand, Marleau, Moolenaar, Proos, Bieda and Smith, a quorum.

At 8:16 a.m., the Chairman entertained a motion to adopt the meeting minutes from May 25, 2011. Sen. Bieda so moved.
        Yeas: Sen.(s) Hune, Jones, Hildenbrand, Marleau, Moolenaar, Proos, Bieda and Smith
        Nays:
The minutes were adopted.

At 8:17 a.m., the Chairman invited Susan Smith of the League of Women Voters to present testimony opposing SB 498.

At 8:25 a.m., the Chairman invited Dr. Jerome Reide of the NAACP to present testimony opposing SB 498.

At 8:35 a.m., the Chairman invited Christina Kuo of Common Cause Michigan to present testimony opposing SB 498.

At 8:47 a.m., the Chairman invited Dan McMaster of the House Republicans and Terry Marquardt of the Senate Republicans to answer further questions regarding SB 498.

At 9:02 a.m., the Chairman entertained a motion to adopt the (S-1) offered by Sen. Hune to SB 498. Sen. Jones so moved.
     Yeas: Sen.(s) Hune, Jones, Hildenbrand, Marleau, Moolenaar and Proos
     Nays:
     Pass: Bieda and Smith
The substitute was adopted.

At 9:03 a.m., the Chairman entertained a motion to report SB 498 (S-1) with recommendation that the bill pass. Sen. Jones so moved.
     Yeas: Sen.(s) Hune, Jones, Hildenbrand, Marleau, Moolenaar and Proos
     Nays:
     Pass: Bieda and Smith
SB 498 (S-1) was reported with recommendation.

At 9:04 a.m., the Chairman entertained a motion to give SB 498 (S-1) immediate effect. Sen. Jones so moved.
     Yeas: Sen.(s) Hune, Jones, Hildenbrand, Marleau, Moolenaar and Proos
     Nays: Bieda and Smith
Immediate effect was granted.

At 9:05 a.m., the Chairman entertained a motion by Sen. Bieda to excuse Sen. Johnson. Sen. Johnson was excused.

There being no further business before the committee, the Chairman adjourned the meeting at 9:08 a.m., on a voice vote, without objection.

(An audio recording of this committee meeting is available upon request for a minimal fee.)


Date Adopted by Committee: 6-28-11

MINUTES OF THE COMMITTEE ON REDISTRICTING AND ELECTIONS

June 28, 2011                    9:00 a.m.                    Room 521 House Office Building

Chair Lund called the meeting to order.

Present were: Reps. Lund, McBroom, Knollenberg, Scott, Tyler, Ouimet, Byrum, Nathan, Stanley,

Absent and excused:  None.

Chair Lund laid before the Committee SB 498 - Legislature; apportionment; redistricting of the senate and house of representatives.

Chair Lund moved to amend SB 498 as follows:

```
     1.    Amend page 1, line 8, by striking out the balance of the
page through line 26 on page 399 and inserting:
"   DISTRICT 001
      WAYNE COUNTY (PART)
         DETROIT CITY (PART)
            TRACT 500100 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 2000, 2001,
                  2002, 2003, 2004, 2005, 2006, 2007,
                  2008, 2009, 2010, 2011, 2012, 2013,
                  2014, 3000, 3001, 3002, 3003, 3004,
                  3005, 3006, 3007, 3008, 3009, 3010,
                  3011, 4000, 4001, 4002, 4003, 4004,
                  4005, 4006, 4007, 4008, 4009.
            TRACT 500200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  2000, 2001, 2002, 2003, 2004, 2005,
                  2006, 2007, 2008, 2009, 2010, 2011,
                  3000, 3001, 3002, 3003, 3004, 3005,
                  3006, 3007, 3008, 4000, 4001, 4002,
                  4003, 4004, 4005, 4006, 4007, 4008,
                  4009, 4010.
            TRACT 500300 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
```

```
          1012, 1013, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 3008, 4000, 4001, 4002, 4003,
          4004, 4005, 4006, 4007, 4008, 4009,
          4010, 4011.
TRACT 500400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 2000, 2001, 2002, 3003,
          2004, 2005, 2006, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3017, 4000, 4001, 4002,
          4003, 4004, 4005, 4006, 4007, 4008,
          4009, 4010, 4011, 4012, 4013, 4014,
          4015.
TRACT 500500 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          4000, 4001, 4002, 4003, 4004, 4005,
          4006, 4007, 4008, 4009.
TRACT 500600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 3008, 3009, 3010, 3011, 4000,
          4001, 4002, 4003, 4004, 4005, 4006,
          4007, 4008, 4009, 4010, 4011, 4012,
          4013, 5000, 5001, 5002, 5003, 5004,
          5005, 5006, 5007, 5008, 5009, 5010,
          5011, 5012, 5013, 5014, 5015, 5016,
          5017, 5018, 5019, 5020, 5021, 5022,
          5023.
TRACT 500700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 3012, 3013, 3014, 3015,
```

```
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011,
                    4012, 4013, 4014, 4015, 4016.
        TRACT 500800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011.
        TRACT 500900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 4000, 4001, 4002,
                    4003, 4004, 4005, 4006.
        TRACT 501000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012.
        TRACT 501100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014, 3015, 3016, 3017, 3018, 3019,
                    3020, 3021, 3022, 3023, 3024, 3025,
                    3026, 3027, 3028, 3029, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 4009, 4010, 4011, 4012, 4013,
                    4014, 4015, 4016, 4017, 5000, 5001,
                    5002, 5003, 5004, 5005, 5006, 5007,
                    5008, 5009.
        TRACT 501200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
```

```
             1030, 1031, 1032, 2000, 2001, 2002,
             2003, 2004, 2005, 2006, 2007, 2008,
             2009, 2010, 2011.
     TRACT 501300 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 1016, 1017,
             1018, 1019, 1020, 1021, 1022, 1023,
             1024, 2002, 2003, 2004, 2005, 2006,
             2007, 2008, 2009, 2012, 4000, 4001,
             4002, 4003, 4004, 4005, 4006, 4007,
             4008, 4009, 4010, 4011, 4012, 4013,
             4014, 4015, 5000, 5001, 5002, 5003,
             5004, 5005, 5006, 5007, 5008, 5009,
             5010, 5011, 5012, 5013, 5014, 5015,
             5016, 5017, 5018, 5019, 5020, 5021,
             5026, 5027, 5028, 5029, 5030.
     TRACT 501400 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 1016, 1017,
             1018, 1019, 1020, 2000, 2001, 2002,
             2003, 2004, 2005, 2006, 2007, 2008,
             2009, 2010, 2011, 2012, 2013, 2014,
             2015, 3000, 3001, 3002, 3003, 3004,
             3005, 3006, 3007, 3008, 3009, 3010,
             3011, 3012, 3013, 3014, 3015, 3016,
             3017, 3018, 3019, 4000, 4001, 4002,
             4003, 4004, 4005, 4006, 4007, 4008,
             4009, 4010, 4011, 4012, 4013, 4014,
             4015, 4016, 4017, 4018, 4019, 4020,
             4021, 4022, 4023, 4024, 4025, 4026,
             4027, 4028, 4029, 4030, 4031, 4032.
     TRACT 501500 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 1016, 1017,
             1018, 1019, 2000, 2001, 2002, 2003,
             2004, 2005, 2006, 2007, 2008, 2009,
             2010, 2011, 2012, 3000, 3001, 3002,
             3003, 3004, 3005, 3006, 3007, 3008,
             3009, 3010, 3011, 3012, 3013, 3014,
             3015, 3016, 3017, 3018, 3019, 3020,
             3021, 3022, 3023, 4000, 4001, 4002,
             4003, 4004, 4005, 4006, 4007, 4008,
             4009, 4010, 4011, 4012, 5000, 5001,
             5002, 5003, 5004, 5005, 5006, 5007,
             5008, 5009, 5010, 5011, 5012, 5013,
             5014, 5015, 5016, 5017, 5018, 5019,
```

```
                    5020, 5021, 5022, 5023, 5024, 5025,
                    5026, 5027, 5028, 5029, 5030, 5031,
                    5032, 5033, 5034, 5035, 5036, 5037,
                    5038.
          TRACT 501600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018, 2019, 2020,
                    2021, 2022, 2023, 2024, 2025, 2026,
                    2027, 2028, 2029, 2030, 2031, 2032.
          TRACT 501700 INCLUDING BLOCK(S)
                    1002, 1003, 1007, 2000, 2001, 2002,
                    2003, 2006.
          TRACT 501800 INCLUDING BLOCK(S)
                    1004, 2000, 2001, 2002, 2003, 2004,
                    2005, 2011.
          TRACT 503900 INCLUDING BLOCK(S)
                    1000, 1001, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009.
          TRACT 504000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2010.
          TRACT 504100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 3019, 3020, 3021.
          TRACT 512100 INCLUDING BLOCK(S)
                    4000, 4002, 4006, 4007, 4008, 4009,
                    4017, 4018, 5000, 5001, 5008, 5009,
                    5012, 5013.
          TRACT 551600 INCLUDING BLOCK(S)
                    1010, 1011.
      GROSSE POINTE WOODS CITY
      HARPER WOODS CITY
      VILLAGE OF GROSSE POINTE SHORES, A MICHIGAN CITY CITY
DISTRICT 002
   WAYNE COUNTY (PART)
```

```
DETROIT CITY (PART)
    TRACT 501300 INCLUDING BLOCK(S)
        2000, 2001, 2010, 2011, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 5022, 5023,
        5024, 5025, 5031, 5032.
    TRACT 501600 INCLUDING BLOCK(S)
        1021.
    TRACT 501700 INCLUDING BLOCK(S)
        1000, 1001, 1004, 1005, 1006, 1008,
        1009, 1010, 1011, 1012, 1013, 1014,
        1015, 1016, 1017, 1018, 1019, 1020,
        1021, 1022, 1023, 1024, 2004, 2005,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 2017, 2018,
        2019, 2020, 2021, 2022, 2023, 2024,
        2025, 2026, 2027, 2028, 2029.
    TRACT 501800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1005, 1006,
        1007, 1008, 1009, 2006, 2007, 2008,
        2009, 2010, 2012, 2013, 2014, 2015,
        2016, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014, 3015, 3016,
        3017, 3018, 3019, 3020, 3021, 3022,
        4000, 4001, 4002, 4003, 4004, 4005,
        4006, 4007, 4008, 4009, 4010, 4011,
        4012, 4013, 4014.
    TRACT 501900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        4000, 4001, 4002, 4003, 4004, 4005,
        4006, 4007, 4008, 4009.
    TRACT 502000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019.
    TRACT 503900 INCLUDING BLOCK(S)
        1002, 1003, 1004, 1005, 1006, 1007,
        1013, 1014, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
```

```
              3010, 3011, 3012, 3013, 3014, 3015.
TRACT 504000 INCLUDING BLOCK(S)
              1012, 1013, 2009, 2011, 2012, 2013.
TRACT 504200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011,
              4012, 4013, 4014, 4015, 4016.
TRACT 504300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011,
              3012, 3013, 3014.
TRACT 504400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012.
TRACT 505200 INCLUDING BLOCK(S)
              1008, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013, 2014, 3007.
TRACT 505400 INCLUDING BLOCK(S)
              1006, 1011, 1012, 1013, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 4007,
              4008, 4009, 4010, 4011, 4012, 4013,
              4014, 4015, 4016, 4017.
TRACT 505500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1023, 1024, 1025, 1026,
              1027, 1028, 1029, 1030, 1031, 1032,
              1033, 1034, 1035, 1036, 1037, 1038,
              1039, 1040, 1041, 1042, 1043, 1044,
              1045, 1046, 1047, 1048, 1049, 1050,
              1051, 1052, 1053, 1054, 1055, 1056,
              1057, 1058, 1059, 1060, 1061, 1062,
              1063.
TRACT 512100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
```

```
              1006, 1007, 1008, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 2016, 2017, 2018, 2019, 2020,
              2021, 2022, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3010, 3011, 4001, 4003, 4004, 4005,
              4010, 4011, 4012, 4013, 4014, 4015,
              4016, 4019, 4020, 5002, 5003, 5004,
              5005, 5006, 5007, 5010, 5011, 5014.
TRACT 512200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015.
TRACT 512300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 2016, 2017.
TRACT 512400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011,
              3012, 3013, 3014, 3015, 3016, 3017,
              3018, 3019.
TRACT 512600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 4000, 4001, 4002, 4003,
              4004, 4005, 4006, 4007, 4008, 4009,
              4010.
TRACT 512900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
```

```
                   2016, 2017, 2018, 2019, 2020, 2021,
                   3000, 3001, 3002, 3003, 3004, 3005.
TRACT 513200 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 2000,
                   2001, 2002, 2003, 2004, 2005, 2006,
                   3000, 3001, 3002, 3003, 3004, 3005,
                   3006, 3007, 3008, 3009, 3010, 3011,
                   3012, 3013, 3014, 3015, 3016, 3017.
TRACT 513300 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1007,
                   1008, 1009, 1010, 1011, 1012, 1014,
                   1015, 1016, 1017, 2000, 2001, 2002,
                   2003, 2004, 2005, 2006, 2007, 2008,
                   2009, 2010, 2011, 2012, 2013, 2014,
                   2015, 2016, 2017, 2018.
TRACT 513600 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 1016, 2000,
                   2001, 2002, 2003, 2004, 2005, 2006,
                   2007, 2008, 2009, 2010, 2011, 2012,
                   2013, 2014, 2015, 2016, 2017.
TRACT 513700 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 1016, 1017,
                   1018, 1019, 1020, 1021, 1022, 1023,
                   1024, 1025, 1026, 1027, 1028, 1029,
                   1030, 1031, 1032, 1033, 1034, 1037,
                   1038, 2000, 2001, 2002, 2003, 2004,
                   2005, 2006, 2007, 2008, 2009, 2010,
                   2011, 2012, 2013, 3000, 3001, 3002,
                   3003, 3004, 3005, 3006, 3007, 3008,
                   3009, 3010, 3011, 3012, 3013.
TRACT 513900 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   2000, 2001, 2002, 2003, 2004, 2005,
                   2006, 2007, 2008, 2009, 2010, 2011,
                   2012, 2013, 2014, 3000, 3001, 3002,
                   3003, 3004, 3005, 3006, 3007, 3008,
                   3009, 3010, 3011, 3012, 3013, 3014.
TRACT 514100 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 2000, 2001, 2002, 2003, 2004,
                   2005, 2006, 3000, 3001, 3002, 3003,
                   3004, 3005, 3006, 3007, 3008, 4000,
                   4001, 4002, 4003, 4004, 4005, 4006,
                   4007, 4008, 4009, 4010, 4011, 4012,
```

```
                    4013, 4014, 4015, 4016, 4017, 4018,
                    4019, 4020, 4021, 4022.
        TRACT 514200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 4000, 4001, 4002, 4003, 4004,
                    4005, 5000, 5001, 5002, 5003, 5004,
                    5005.
        TRACT 514300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 3015, 3016,
                    3017, 3018, 3019, 3020, 3021, 3022,
                    3023, 3024, 3025, 3026, 3027, 3028,
                    3029.
        TRACT 514500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014.
        TRACT 515600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 2000, 2001, 2007, 2008, 2009,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 2020, 2021, 2022, 2023,
                    2024, 2025, 2026, 2027.
        TRACT 515700 INCLUDING BLOCK(S)
                    1001, 1002, 2000, 2001, 2002, 2003.
        TRACT 516000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012.
        TRACT 985200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016.
    GROSSE POINTE CITY
```

```
                 GROSSE POINTE FARMS CITY
                 GROSSE POINTE PARK CITY
        DISTRICT 003
           WAYNE COUNTY (PART)
              DETROIT CITY (PART)
                 TRACT 503100 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1003, 1004, 1005,
                     1006, 1007, 1008, 1009, 1010, 1011,
                     1012, 1013, 1014, 1015, 1016, 1017,
                     1018, 1019, 1020, 2000, 2001, 2002,
                     2003, 2004, 2005, 2006, 2007, 2008,
                     2009, 3000, 3001, 3002, 3003, 3004,
                     3005, 3006, 3007, 3008, 3009, 3010,
                     3011, 3012.
                 TRACT 503200 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1003, 1004, 1005,
                     1006, 1007, 1008, 1009, 1010, 1011,
                     1012, 1013, 1014, 1015, 1016, 1017,
                     1018, 1019, 1020, 1021, 1022, 1023,
                     2000, 2001, 2002, 2003, 2004, 2005,
                     2006, 2007, 2008, 2009, 2010, 2011,
                     2012, 2013, 2014, 2015, 3000, 3001,
                     3002, 3003, 3004, 3005, 3006, 3007,
                     3008, 3009, 3010, 3011, 3012, 3013,
                     3014, 3015, 3016, 3017, 3018, 3019,
                     3020, 3021, 3022.
                 TRACT 503300 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1003, 1004, 1005,
                     1006, 1007, 1008, 1009, 1010, 1011,
                     1012, 1013, 1014, 1015, 1016, 1017,
                     1018, 1019, 2000, 2001, 2002, 2003,
                     2004, 2005, 2006, 2007, 2008, 2009,
                     2010, 2011, 2012, 2013, 2014, 3000,
                     3001, 3002, 3003, 3004, 3005, 3006,
                     3007, 3008, 3009, 3010, 3011, 3012,
                     3013, 3014, 3015, 4000, 4001, 4002,
                     4003, 4004, 4005, 4006, 4007, 4008,
                     4009, 4010, 4011, 4012, 4013, 4014.
                 TRACT 503400 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1003, 1004, 1005,
                     1006, 1007, 1008, 1009, 1010, 1011,
                     1012, 1013, 1014, 1015, 1016, 2000,
                     2001, 2002, 2003, 2004, 2005, 2006,
                     2007, 2008, 2009, 2010, 2011, 2012,
                     2013, 2014, 2015, 2016, 2017.
                 TRACT 503500 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1003, 1004, 1005,
                     1006, 1007, 1008, 2000, 2001, 2002,
                     2003, 2004, 2005, 2006, 2007, 2008,
```

```
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 5000, 5001, 5002, 5003,
                5004, 5005, 5006, 5007, 5008, 5009,
                5010, 5011, 5012, 5013, 5014, 5015,
                5016, 5017, 5018, 5019.
TRACT 503600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016.
TRACT 504900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 3018, 3019,
                3020, 3021, 3022, 3023, 3024, 3025,
                3026, 3027, 3028, 3029, 3030, 3031,
                3032, 4000, 4001, 4002, 4003, 4004,
                4005, 4006, 4007, 4008, 4009, 4010,
                4011, 4012, 4013, 4014, 4015, 4016,
                4017, 4018, 4019, 4020, 4021, 4022,
                4023, 4024, 4025, 4026, 4027, 4028,
                4029, 4030, 4031, 4032, 4033, 4034,
                4035, 4036, 4037, 4038, 4039, 4040,
                4041, 4042, 4043, 4044, 4045, 4046,
                4047, 4048, 4049, 4050, 4051, 4052,
                4053, 4054, 4055, 4056, 4057, 4058,
                4059, 4060, 4061, 4062, 4063.
TRACT 505000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011.
TRACT 505100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
```

```
              3008, 3009, 3010, 3011, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 5000,
              5001, 5002, 5003.
TRACT 505200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 4000, 4001, 4002,
              4003, 4004, 4005, 4006, 4007, 4008,
              4009, 4010, 4011.
TRACT 505400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1007, 1008, 1009, 1010, 1014, 1015,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 3010, 3011, 3012,
              3013, 3014, 3015, 3016, 3017.
TRACT 506100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016.
TRACT 506200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023, 2024, 2025.
TRACT 506300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016,
              3017, 3018, 3019, 3020, 3021, 3022,
              3023, 3024, 3025, 3026, 3027, 3028,
              3029, 3030, 3031, 3032, 3033, 3034,
              3035, 3036, 3037, 3038.
TRACT 506400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
```

```
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 2020,
            2021, 2022, 3000, 3001, 3002, 3003,
            3004.
TRACT 506500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 3012,
            3013, 3014, 3015.
TRACT 506600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 4000,
            4001, 4002, 4003, 4004, 4005, 4006,
            4007, 4008, 4009, 4010, 4011.
TRACT 506700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044.
TRACT 506800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 3017,
            3018, 3019, 3020, 3021, 3022, 3023,
            3024, 3025, 3026, 3027, 3028, 3029,
            3030, 3031, 3032, 3033, 3034, 3035,
            3036, 3037, 3038, 3039, 3040, 3041,
```

```
              3042, 3043, 3044, 4000, 4001, 4002,
              4003, 4004, 4005, 4006, 4007, 4008,
              4009, 4010, 4011.
TRACT 506900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 4000, 4001, 4002,
              4003, 4004, 4005, 4006, 4007, 4008,
              5000, 5001, 5002, 5003, 5004, 5005,
              5006, 5007, 5008, 5009, 5010, 5011,
              5012, 5013, 5014, 5015, 5016, 5017.
TRACT 507000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016,
              3017, 3018, 3019, 3020, 3021, 3022,
              3023, 3024, 3025, 3026, 3027, 3028.
TRACT 507100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 4000, 4001, 4002,
              4003, 4004, 4005, 4006, 4007, 4008,
              4009, 4010, 4011, 4012, 4013, 4014,
              4015, 4016.
TRACT 507200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023, 2024, 2025,
              2026, 2027, 2028, 2029.
TRACT 507300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
```

```
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 3018, 3019,
                3020, 3021, 3022, 3023, 3024, 3025,
                3026, 3027, 3028, 3029, 3030, 3031,
                3032, 3033, 3034, 3035, 3036, 3037,
                3038, 3039, 3040, 3041, 3042.
TRACT 507400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 2018, 2019,
                2020, 2021, 2022, 2023, 2024, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010.
TRACT 507500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 3015, 3016,
                3017, 3018, 3019.
TRACT 507800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1014, 1015, 1016, 1017, 1018,
                1019, 1020, 1021, 1022, 1023, 1024,
                1025, 1026, 1027, 1028, 1029, 1030,
                1031, 1032, 1033, 1034, 1035, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016, 2017, 2018,
                2019, 2020, 2021, 2022, 2023, 2024,
                2025, 2026, 2027.
TRACT 507900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 3000, 3001, 3002,
                3003, 3004, 3005, 4000, 4001, 4002,
                4003, 4004, 4005, 4006, 4007.
```

```
TRACT 508000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023.
TRACT 508100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        4000, 4001, 4002, 4003, 4004, 4005,
        4006, 4007, 4008, 4009, 4010, 4011,
        4012, 5000, 5001, 5002, 5003, 5004,
        5005, 5006, 5007, 5008.
TRACT 530200 INCLUDING BLOCK(S)
        1002, 1003, 1004, 1005, 1006, 1007,
        1008, 2006, 2007, 2008.
TRACT 538100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        2021, 2022, 2023, 2024, 2025, 2026,
        2027.
TRACT 538200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022,
        2023, 2024, 2025.
TRACT 538300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
```

```
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 2007, 2008, 2009, 2010,
                  2011.
        TRACT 538400 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 2009,
                  2010, 2011, 2012, 2013, 3000, 3001,
                  3002, 3003, 3004, 3005, 3006, 3007,
                  3008, 3009, 3010, 3011, 3012, 3013,
                  3014, 3015, 4000, 4001, 4002, 4003,
                  4004, 4005, 4006, 4007, 4008, 4009,
                  4010, 4011, 4012, 4013, 4014, 4015,
                  4016, 4017, 4018, 4019
DISTRICT 004
    WAYNE COUNTY (PART)
        DETROIT CITY (PART)
        TRACT 504700 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 2000, 2001,
                  2002, 2003, 2004, 2005, 2006, 2007,
                  2008, 2009, 2010, 2011, 2012, 2013,
                  2014, 2015, 2016, 2017, 3000, 3001,
                  3002, 3003, 3004, 3005, 3006, 3007,
                  3008, 3009, 3010, 3011, 3012, 3013,
                  3014, 3015, 3016, 3017, 3018, 3019,
                  3020.
        TRACT 504800 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 2000, 2001, 2002,
                  2003, 2004, 2005, 2006, 2007, 2008,
                  2009, 2010, 2011, 2012, 2013, 2014,
                  2015, 2016, 2017, 2018, 2019, 2020,
                  2021, 2022.
        TRACT 505500 INCLUDING BLOCK(S)
                  1008, 1009, 1010, 1011, 1012, 1013,
                  1014, 1015, 1016, 1017, 1018, 1019,
                  1020, 1021, 1022, 2000, 2001, 2002,
                  2003, 2004, 2005, 2006, 2007, 2008,
```

```
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018, 2019, 2020,
                    2021, 2022, 2023, 2024, 2025, 2026,
                    2027, 2028, 2029, 2030, 2031.
TRACT 507800 INCLUDING BLOCK(S)
                    1013.
TRACT 510400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 2024, 2025, 2026, 2027,
                    2028, 2029, 2030, 2031, 2032, 2033,
                    2034, 2035, 2036, 2037, 2038, 2039,
                    2040, 2041, 2042, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3018, 3019, 3020,
                    3021.
TRACT 510500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 3019, 3020, 3021, 3022, 3023,
                    3024, 3025, 3026, 3027, 3028, 3029,
                    3030, 3031, 4000, 4001, 4002, 4003,
                    4004, 4005, 4006, 4007, 4008, 4009,
                    4010, 4011, 4012, 4013, 4014.
TRACT 510600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
```

```
                  2008, 2009, 2010, 2011, 2012, 2013,
                  2014, 3000, 3001, 3002, 3003, 3004,
                  3005, 3006, 3007, 3008, 3009, 3010,
                  3011, 3012, 3013, 3014.
        TRACT 510700 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 2009,
                  2010, 2011, 2012.
        TRACT 511000 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 2000, 2001, 2002,
                  2003, 2004, 2005, 2006, 2007, 2008,
                  2009, 2010, 2011, 2012, 2013, 2014,
                  2015, 2016, 2017, 2018, 2019, 2020,
                  2021, 2022, 2023, 2024, 2025, 2026,
                  2027, 2028, 2029, 2030, 2031, 2032,
                  2033, 2034, 2035, 2036, 2037, 2038,
                  2039, 2040, 2041, 2042, 2043, 2044,
                  2045, 2046, 2047, 3000, 3001, 3002,
                  3003, 3004, 3005, 3006, 3007, 3008,
                  3009, 3010, 3011, 3012, 3013, 3014,
                  3015, 3016, 3017, 3018, 3019, 3020,
                  3021, 3022, 3023, 3024, 3025, 3026,
                  3027, 3028, 3029, 3030, 3031, 3032,
                  3033, 3034, 3035, 3036, 3037, 3038,
                  3039, 3040, 3041, 3042, 4000, 4001,
                  4002, 4003, 4004, 4005, 4006, 4007,
                  4008, 4009, 4010, 4011, 4012, 4013,
                  4014, 4015, 4016, 4017, 4018, 4019,
                  4020, 4021, 4022, 4023, 4024, 4025,
                  4026, 4027, 4028, 4029, 4030, 4031,
                  4032, 4033, 4034, 4035, 4036, 4037,
                  4038, 4039, 4040, 4041, 4042, 4043.
        TRACT 511200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  1042, 1043, 1044, 1045, 1046, 1047,
                  1048, 1049, 1050, 1051, 1052, 1053,
```

```
                1054, 1055, 1056, 1057, 1058, 1059,
                1060, 1061, 1062, 1063, 1064, 1065,
                1066, 1067, 1068, 1069, 1070, 1071,
                1072, 1073, 1074, 1075, 1076, 1077,
                1078, 1079, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007.
    TRACT 511300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 2016,
                2017, 2018, 2019, 2020, 2021, 2022,
                2023, 2024, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021,
                3022, 3023, 3024.
    TRACT 511400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                5000, 5001, 5002, 5003, 5004, 5005,
                5006, 5007, 5008, 5009, 5010, 5011,
                5012, 5013, 5014, 5015, 5016, 5017.
    TRACT 511900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1046, 1047,
                1048, 1049, 1050, 1051, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 2018, 2019,
```

```
        2020.
TRACT 515900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020,
        3021, 3022, 3023, 3024.
TRACT 516100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 2017, 2018,
        2019, 2020, 2021, 2022, 2023, 2024,
        2025, 2026, 2027, 2028, 2029, 2030,
        2031, 2032, 2033, 2034, 2035, 2036,
        2037, 2038, 2039, 2040, 2041, 2042,
        2043, 2044, 2045.
TRACT 517500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 2007, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015.
TRACT 518000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 2017, 2018,
        2019, 2020, 2021, 2022, 2023, 2024,
        2025, 2026, 2027, 2028, 2029, 2030,
        2031, 2032, 2033.
TRACT 518400 INCLUDING BLOCK(S)
```

```
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 1046, 1047,
              1048, 1049, 1050, 1051, 1052, 1053,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019.
TRACT 518500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016.
TRACT 518600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019.
TRACT 518800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 1046, 1047,
              1048, 1049, 1050, 1051, 1052, 1053,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 2026, 2027, 2028, 2029,
              2030, 2031, 2032, 2033, 2034, 2035,
              2036, 2037, 2038, 2039, 2040, 2041,
              2042, 2043, 2044, 2045.
TRACT 518900 INCLUDING BLOCK(S)
```

```
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1022, 1024, 1034,
              1035, 1036, 1037, 1038, 1039, 1040,
              1105, 1106.
TRACT 520200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024,
              2025.
TRACT 520300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008.
TRACT 520400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019.
TRACT 521500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1015, 1016, 1017, 1018, 1019, 1022,
              1023, 1024, 1025, 1031, 1032, 1033,
              1060, 1061.
TRACT 521800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018.
TRACT 521900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011,
              3012, 3013, 3014, 3015, 3016, 3017,
              3018, 3019, 3020, 3021, 3022, 3023,
              3024, 3025, 3026, 3027, 3028, 3029,
              3030, 3031, 3032, 3033, 3034, 3035,
              3036, 3037, 3038, 3039, 3040, 3041,
```

```
                    3042, 3043, 3044, 3045, 3046, 3047,
                    3048, 3049, 3050, 3051, 3052, 3053,
                    3054, 3055, 3056, 3057, 3058, 3059,
                    3060, 3061, 3062, 3063, 3064, 3065,
                    3066, 3067, 3068, 3069, 3070, 3071.
    TRACT 522000 INCLUDING BLOCK(S)
                    1001, 1002, 1095.
    TRACT 522300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1012, 1013,
                    1014, 1015, 1016, 1017, 1018, 1019,
                    1020, 1021, 1022, 1023, 1024, 1025,
                    1026, 1027, 1033, 1034, 1035, 1036,
                    1037, 1038, 1039, 1040, 1041, 1042,
                    1043, 1044, 1047, 1048, 1049, 1050,
                    1051, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 2025, 2028, 2029, 2030,
                    2031, 2032, 2033, 2034, 2035.
    TRACT 522400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019.
    TRACT 522800 INCLUDING BLOCK(S)
                    1004.
    TRACT 531200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    2000, 2001, 2002, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3018, 3019, 3020,
                    3021, 3022, 3023, 3024, 3025, 3026,
                    3027, 3028, 3029, 3030, 3031, 3032,
                    3033, 3034, 3035, 3036, 3037.
    TRACT 531300 INCLUDING BLOCK(S)
                    1008.
    TRACT 531900 INCLUDING BLOCK(S)
                    2024, 2025, 2026.
    TRACT 532200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
```

```
              1012, 1013, 1014, 1015, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017.
TRACT 532300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037.
TRACT 532400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              2000, 2001, 2002, 2003, 2004, 2005,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011.
TRACT 532600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008.
TRACT 532700 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007.
TRACT 533000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015.
TRACT 533100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2005, 2006, 3005, 3006.
TRACT 533200 INCLUDING BLOCK(S)
              3007, 3008.
TRACT 533300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009.
TRACT 533900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 2000, 2001, 2002,
```

```
                    2003, 2004, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020, 3021,
                    3022, 3023, 3024, 3025, 3026, 3027,
                    3028, 3029, 3030, 3031, 3032, 3033,
                    3034, 3035, 3036, 3037, 3038, 3039,
                    3040, 3041, 3042, 3043, 3044, 3045,
                    3046, 3047, 3048, 3049, 3050, 3051,
                    3052, 3053, 3054, 3055, 3056, 3057,
                    3058, 3059, 3060, 3061, 3062, 3063,
                    3064, 3065.
          TRACT 985100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 1051, 1052, 1053,
                    1054, 1055, 1056, 1057, 1058, 1059,
                    1060, 1061, 1062, 1063, 1064, 1065,
                    1066, 1067, 1068, 1069, 1070, 1071,
                    1072, 1073, 1074, 1075, 1076, 1077,
                    1078, 1079, 1080, 1081, 1082, 1083,
                    1084, 1085, 1086, 1087, 1088, 1089,
                    1090, 1091, 1092, 1093, 1094, 1095,
                    1096, 1097, 1098, 1099, 1100, 1101,
                    1102, 1103, 1104, 1105, 1106, 1107,
                    1108, 1109, 1110, 1111.
          TRACT 985900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020.
          HAMTRAMCK CITY
    DISTRICT 005
       WAYNE COUNTY (PART)
          DETROIT CITY (PART)
             TRACT 521300 INCLUDING BLOCK(S)
                    1000, 1003, 1004.
             TRACT 522000 INCLUDING BLOCK(S)
                    1073, 1074.
             TRACT 522100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
```

```
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 2005,
                    2006, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018, 2019, 2020,
                    2026, 2027, 2028, 2030, 2031, 2032,
                    2033, 2034, 2035, 2036, 2037, 2038,
                    2039, 2040, 2041.
    TRACT 522200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011.
    TRACT 522300 INCLUDING BLOCK(S)
                    1010, 1011, 1028, 1029, 1030, 1031,
                    1032, 1045, 1046, 1052, 1053, 1054,
                    1056, 2026, 2027, 2036, 2037, 2038,
                    2039, 2040, 2041, 2042, 2043, 2044,
                    2045, 2046, 2047, 2048, 2049, 2050,
                    2051, 2052.
    TRACT 523100 INCLUDING BLOCK(S)
                    1025.
    TRACT 523800 INCLUDING BLOCK(S)
                    1000, 2003, 3000, 3002.
    TRACT 524000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1007, 1008, 1009, 1010, 1011, 1012,
                    1013, 1014, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006.
    TRACT 524100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 4000, 4001, 4002, 4003,
                    4004, 4005.
    TRACT 524200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 3000, 3001, 3002, 3003, 3004,
                    3005, 4000, 4001, 4002, 4003, 4004,
                    4005, 5000, 5001, 5002, 5003, 5004,
                    5005, 5006, 6000, 6001, 6002, 6003,
                    6004, 6005, 6006.
```

```
TRACT 524300 INCLUDING BLOCK(S)
     2000, 2010, 2011, 2012, 2013, 2014.
TRACT 524500 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 1020, 1021, 1022, 1023,
     1024, 1025, 1026, 1027, 1028, 1029,
     2000, 2001, 2002, 2003, 2004, 2005,
     2006, 2007, 2008, 2009, 2010, 2011,
     2012, 2013, 2014, 2015, 2016, 2017,
     2018, 2019, 2020, 2021, 2022, 2023,
     2024, 2025, 2026, 2027, 2028, 2029,
     2030, 2031, 2032, 2033, 2034, 2035,
     2036, 2037, 2038, 2039, 2040, 2041,
     2042, 2043, 2044, 2045, 2046, 2047.
TRACT 524700 INCLUDING BLOCK(S)
     6000, 6001, 6002, 6003, 6004, 6005,
     6006, 6007, 6008, 6009, 6010, 6011,
     6021, 6025, 6028, 6029.
TRACT 524900 INCLUDING BLOCK(S)
     2059.
TRACT 525400 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 2000, 2001,
     2002, 2003, 2004, 2005, 2006, 2007,
     2008, 2009, 2010, 2011, 2012, 2013,
     2014, 2015, 2016, 2017, 2018, 2019,
     3000, 3001, 3002, 3003, 3004, 3005,
     3006, 3007, 3008, 3009, 3010, 3011,
     3012, 3013, 3014, 3015, 3016, 3017,
     3018, 3019, 3020, 3021.
TRACT 525500 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 1020, 1021, 1022, 2000,
     2001, 2002, 2003, 2004, 2005, 2006,
     2007, 2008, 2009, 2010, 2011, 2012,
     2013.
TRACT 525600 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 2000, 2001, 2002, 2003, 2004,
     2005, 2006, 2007, 2008, 2009, 2010,
     2011, 2012, 2013, 2014, 2015.
TRACT 525700 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
```

```
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 3012,
            3013, 3014, 3015, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010.
TRACT 525800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2021, 2022.
TRACT 526000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019.
TRACT 526100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022.
TRACT 526200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 2013, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008.
TRACT 526300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018, 3019, 3020,
            3021.
TRACT 526400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
```

```
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016.
TRACT 526500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007.
TRACT 527200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009.
TRACT 527300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023,
            2024, 2025, 2026, 2027, 2028, 2029,
            2030, 2031, 2032.
TRACT 530400 INCLUDING BLOCK(S)
            1009, 1010.
TRACT 530500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010.
TRACT 530800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 3000, 3001, 3002,
```

```
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 4000,
                4001, 4002, 4003, 4004, 4005, 4006.
TRACT 530900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 3016,
                2017, 2018, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021,
                3022, 3023, 3024.
TRACT 531100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008.
TRACT 531200 INCLUDING BLOCK(S)
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                2003, 2004, 2005, 2006, 2007, 2008.
TRACT 531300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009.
TRACT 531400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011.
TRACT 531500 INCLUDING BLOCK(S)
                1005, 1006, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 4003, 4004, 4005,
                4006, 4007, 4008.
TRACT 531800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014.
TRACT 531900 INCLUDING BLOCK(S)
                2014, 2015, 2016, 2017, 2018, 2019,
                2020, 2021, 2022, 2023.
TRACT 533100 INCLUDING BLOCK(S)
                2000, 2001, 2002, 2003, 2004, 3000,
                3001, 3002, 3003, 3004.
```

```
TRACT 533200 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 1008, 2000, 2001, 2002,
       2003, 2004, 2005, 2006, 2007, 2008,
       3000, 3001, 3002, 3003, 3004, 3005,
       3006.
TRACT 533300 INCLUDING BLOCK(S)
       2000, 2001, 2002, 2003, 2004, 2005,
       2006, 2007, 2008, 2009, 2010, 2011,
       2012, 2013, 2014, 2015, 2016, 2017,
       2018, 2019.
TRACT 533400 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 1008, 1009, 1010, 1011,
       1012, 1013, 1014, 2000, 2001, 2002,
       2003, 2004, 2005, 2006, 2007, 2008,
       2009, 2010, 2011, 2012, 2013, 2014,
       2015, 2016, 2017, 2018, 2019, 2020,
       2021, 2022, 2023, 2024, 2025, 2026,
       2027, 2028, 2029, 2030, 2031, 3000,
       3001, 3002, 3003, 3004, 3005, 3006,
       4000, 4001, 4002, 4003, 4004, 4005,
       4006, 4007, 4008, 4009, 4010, 4011,
       4012, 4013, 4014, 4015, 4016, 4017,
       4018, 5000, 5001, 5002, 5003, 5004,
       5005, 5006.
TRACT 533500 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 1008, 1009, 1010, 1011,
       1012, 1013, 1014, 1015, 1016, 1017,
       1018, 2000, 2001, 2002, 2003, 2004,
       2005, 2006, 2007, 2008, 2009, 2010,
       2011, 2012, 2013.
TRACT 533600 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 2000, 2001, 2002, 2003,
       2004, 2005, 2006, 2007, 2008, 2009,
       3000, 3001, 3002, 3003, 3004, 3005,
       3006, 3007, 3008, 3009, 3010, 3011,
       3012, 3013, 3014, 3015, 3016, 3017,
       3018.
TRACT 533700 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 1008, 1009, 1010, 1011,
       1012, 1013, 1014, 1015, 1016, 1017,
       1018, 1019, 1020, 1021, 1022, 1023,
       2000, 2001, 2002, 2003, 2004, 2005,
       2006, 2007, 2008, 2009, 2010, 2011.
TRACT 534100 INCLUDING BLOCK(S)
```

```
          1000, 1001, 1002, 1003, 1004, 1005,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014, 3015, 3016, 3017,
          3018, 3019, 3020, 3021, 3022, 3023,
          3024.
TRACT 534200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          2007, 2008, 2010, 2011, 2012, 2013,
          3000, 3001, 3002, 3003, 3006, 3007,
          3008, 3009.
TRACT 534300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017.
TRACT 534400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1010, 1011, 1012, 1014, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2016, 2017, 2018,
          2019, 2020.
TRACT 534500 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          2022, 2023, 2024, 2025, 2026, 2027.
TRACT 534600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
```

```
                        3007, 3008, 3009, 3010, 3011, 3012,
                        3013, 3014, 3015, 3016, 3017, 3018,
                        3019.
            TRACT 534700 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 3000, 3001, 3002,
                        4000, 4001, 4002, 4003, 4004, 4005,
                        4006, 4021, 4022, 4023, 4024, 4025,
                        4026, 4027, 4028, 4029, 4030, 4031,
                        4032, 4033, 4034, 4035, 4036.
            TRACT 536500 INCLUDING BLOCK(S)
                        2004, 2005, 2006, 3000, 3009, 3010.
            TRACT 985000 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009.
DISTRICT 006
    WAYNE COUNTY (PART)
        DETROIT CITY (PART)
            TRACT 513300 INCLUDING BLOCK(S)
                        1005, 1006, 1013, 1018.
            TRACT 513700 INCLUDING BLOCK(S)
                        1035, 1036.
            TRACT 515200 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 2000, 2001, 2002, 2003, 2004,
                        2005, 2006, 2007, 2008, 2009, 2010,
                        2011, 2012, 2013, 2014, 2015, 2016,
                        2017, 2018, 2019, 2020, 2021, 2022,
                        2023.
            TRACT 515300 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 2000, 2001, 2002,
                        2003, 2004, 2005, 2006, 2007, 2008,
                        2009, 2010, 2011, 2012, 3000, 3001,
                        3002, 3003, 3004, 3005, 3006, 3007,
                        3008, 3009, 3010, 3011, 3012, 3013,
                        3014.
            TRACT 515400 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 2000, 2001,
                        2002, 2003, 2004, 2005, 2006, 2007,
                        2008, 2009, 2010, 2011, 2012, 2013,
                        2014.
            TRACT 515600 INCLUDING BLOCK(S)
                        2002, 2003, 2004, 2005, 2006, 2010,
                        2011.
```

```
TRACT 515700 INCLUDING BLOCK(S)
     1000, 1003, 1004, 1005, 1006.
TRACT 516000 INCLUDING BLOCK(S)
     1013, 1014, 1015, 1016, 2000, 2001,
     2002, 2003, 2004, 2005, 2006, 2007,
     2008, 2009, 2010, 2011, 3000, 3001,
     3002, 3003, 3004, 3005, 3006, 3007,
     3008, 3009, 3010, 4000, 4001, 4002,
     4003, 4004, 4005, 4006, 4007, 4008,
     4009, 4010, 4011, 4012, 4013, 4014,
     4015, 4016, 4017, 4018, 4019, 4020,
     4021.
TRACT 516200 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 2000, 2001, 2002, 2003,
     2004, 2005, 2006, 2007, 2008, 2009,
     2010, 2011, 2012, 2013, 2014, 2015,
     2016.
TRACT 516300 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 1020, 1021, 1022, 1023,
     1024, 1025, 1026.
TRACT 516400 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     2000, 2001, 2002, 2003, 2004, 2005,
     2006, 2007, 2008, 2009, 2010, 2011,
     2012, 2013, 2014, 2015, 2016, 2017,
     2018, 2019, 2020, 2021, 2022, 2023,
     2024, 2025.
TRACT 516500 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 1020, 1021, 1022, 1023,
     1024, 1025, 1026, 1027, 1028, 1029,
     1030, 1031, 1032, 1033, 1034, 1035,
     1036, 1037, 1038, 1039, 1040, 1041,
     1042, 1043, 1044, 1045, 1046, 1047,
     1048, 1049.
TRACT 516600 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     2000, 2001, 2002, 2003, 2004, 2005,
     2006, 2007, 2008, 2009, 2010, 2011,
```

```
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023.
TRACT 516700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 2000, 2001, 2002, 2003.
TRACT 516800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018.
TRACT 516900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020
TRACT 517000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020.
TRACT 517100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015.
TRACT 517200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 1046, 1047,
            1048, 1049, 1050, 1051, 1052, 1053,
            1054, 1055, 1056, 1057, 1058, 1059,
            1060, 1061, 1062, 1063, 1064, 1065,
            1066, 1067, 1068, 1069, 1070, 1071,
            1072, 1073, 1074, 1075, 1076, 1077,
            1078, 1079, 1080, 1081, 1082, 1083,
            1084, 1085, 1086, 1087, 1088, 1089,
            1090, 1091, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
```

```
                2016, 2017, 2018, 2019, 2020, 2021,
                2022, 2023, 2024, 2025, 2026, 2027,
                2028, 2029, 2030, 2031, 2032, 2033,
                2034, 2035, 2036, 2037, 2038, 2039,
                2040, 2041, 2042, 2043, 2044, 2045,
                2046, 2047, 2048, 2049, 2050, 2051,
                2052, 2053, 2054, 2055, 2056, 2057,
                2058, 2059, 2060, 2061.
     TRACT 517300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015.
     TRACT 518900 INCLUDING BLOCK(S)
                1021, 1023, 1025, 1026, 1027, 1028,
                1029, 1030, 1031, 1032, 1033, 1041,
                1042, 1043, 1044, 1045, 1046, 1047,
                1048, 1049, 1050, 1051, 1052, 1053,
                1054, 1055, 1056, 1057, 1058, 1059,
                1060, 1061, 1062, 1063, 1064, 1065,
                1066, 1067, 1068, 1069, 1070, 1071,
                1072, 1073, 1074, 1075, 1076, 1077,
                1078, 1079, 1080, 1081, 1082, 1083,
                1084, 1085, 1086, 1087, 1088, 1089,
                1090, 1091, 1092, 1093, 1094, 1095,
                1096, 1097, 1098, 1099, 1100, 1101,
                1102, 1103, 1104.
     TRACT 520700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1046, 1047,
                1048, 1049, 1050, 1051, 1052, 1053,
                1054, 1055, 1056, 1057, 1058, 1059,
                1060, 1061, 1062, 1063, 1064, 1065,
                1066, 1067, 1068, 1069, 1070, 1071,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016.
     TRACT 520800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
```

```
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 1025, 1026, 1027, 1028, 1029,
           1030, 1031, 1032, 1033, 1034, 1035,
           1036, 1037, 1038, 1039, 1040, 1041,
           1042, 1043, 1044, 1045, 1046, 1047,
           1048, 1049, 1050, 1051, 1052, 1053,
           1054, 1055, 1056, 1057, 1058, 1059,
           1060, 1061, 1062, 1063, 1064, 1065,
           1066, 1067, 1068, 1069, 1070, 1071,
           1072, 1073, 1074, 1075, 1076, 1077,
           1078, 1079, 1080, 1081, 1082, 1083,
           1084, 1085, 1086, 1087, 1088, 1089,
           1090, 1091, 1092, 1093, 1094, 1095,
           1096, 1097, 1098, 1099, 1100, 1101,
           1102, 1103, 1104, 1105, 1106, 1107,
           1108, 1109, 1110, 1111, 1112, 1113,
           1114, 1115, 1116, 1117.
TRACT 521100 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 1025, 1026, 1027, 1028, 1029,
           1030, 1031, 1032, 1033, 1034, 1035,
           1036, 1037, 1038, 1039, 1040, 1041,
           1042, 1043, 1044, 1045, 1046, 1047,
           1048, 1049, 1050, 1051, 1052, 1053,
           1054, 1055, 1056, 1057, 1058, 1059,
           1060, 1061, 1062, 1063, 1064, 2000,
           2001, 2002, 2003, 2004, 2005, 2006,
           2007, 2008, 2009, 2010, 2011, 2012,
           2013, 2014, 2015, 2016, 2017, 2018,
           2019, 2020, 2021, 2022, 2023, 2024,
           2025, 2026, 2027, 2028, 2029.
TRACT 521300 INCLUDING BLOCK(S)
           1001, 1002, 1005, 1006, 1007, 1008,
           1009, 1010, 1011, 1012, 1013, 1014,
           1015, 1016, 1017, 1018, 1019, 1020,
           1021, 1022, 1023, 1024, 1025, 1026,
           1027, 1028, 1029, 1030, 1031, 1032,
           1033, 1034, 1035, 1036, 1037, 1038,
           1039, 1040, 1041, 1042, 1043, 1044,
           1045, 1046, 1047, 1048, 1049, 1050,
           1051, 1052, 1053, 1054, 1055, 1056,
           1057, 1058, 1059, 1060, 1061, 1062,
           1063, 1064, 1065, 1066, 1067, 1068,
           1069, 1070.
```

```
TRACT 521400 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 1020, 1021, 1022, 1023,
     1024, 1025, 1026, 1027, 1028, 1029,
     1030, 1031, 1032, 1033, 1034, 1035,
     1036, 1037, 1038, 1039, 1040, 1041,
     1042, 1043, 1044, 1045, 1046, 1047,
     1048, 1049, 1050, 1051, 1052, 1053,
     1054, 1055, 1056, 1057, 1058, 1059,
     1060, 1061, 1062, 1063, 1064, 1065,
     1066, 1067, 1068, 1069, 1070, 1071,
     1072, 1073, 1074, 1075, 1076, 1077,
     1078, 1079, 1080, 1081, 1082, 1083,
     1084, 1085, 1086, 1087, 1088, 1089,
     1090, 1091, 1092, 1093, 1094, 1095,
     1096, 1097, 1098, 1099, 1100, 1101,
     1102, 1103, 1104, 1105, 1106, 1107.
TRACT 521500 INCLUDING BLOCK(S)
     1012, 1013, 1014, 1020, 1021, 1026,
     1027, 1028, 1029, 1030, 1034, 1035,
     1036, 1037, 1038, 1039, 1040, 1041,
     1042, 1043, 1044, 1045, 1046, 1047,
     1048, 1049, 1050, 1051, 1052, 1053,
     1054, 1055, 1056, 1057, 1058, 1059,
     1062, 1063, 1064, 1065, 1066, 1067,
     1068, 1069, 1070, 1071, 1072, 1073,
     1074, 1075, 1076, 1077, 1078, 1079,
     1080, 1081, 1082, 1083, 1084, 1085,
     1086, 1087, 1088, 1089, 1090, 1091,
     1092, 1093, 1094, 1095, 1096, 1097,
     1098, 2099, 1100, 1101, 1102, 2000,
     2001, 2002, 2003, 2004, 2005, 2006,
     2007, 2008, 2009, 2010, 2011, 2012,
     2013, 2014, 2015, 2016, 2017, 2018,
     2019, 2020, 2021, 2022, 2023, 2024,
     2025, 2026, 2027, 2028, 2029, 2030,
     2031.
TRACT 522000 INCLUDING BLOCK(S)
     1000, 1003, 1004, 1005, 1006, 1007,
     1008, 1009, 1010, 1011, 1012, 1013,
     1014, 1015, 1016, 1017, 1018, 1019,
     1020, 1021, 1022, 1023, 1024, 1025,
     1026, 1027, 1028, 1029, 1030, 1031,
     1032, 1033, 1034, 1035, 1036, 1037,
     1038, 1039, 1040, 1041, 1042, 1043,
     1044, 1045, 1046, 1047, 1048, 1049,
     1050, 1051, 1052, 1053, 1054, 1055,
```

```
                    1056, 1057, 1058, 1059, 1060, 1061,
                    1062, 1063, 1064, 1065, 1066, 1067,
                    1068, 1069, 1070, 1071, 1072, 1075,
                    1076, 1077, 1078, 1079, 1080, 1081,
                    1082, 1083, 1084, 1085, 1086, 1087,
                    1088, 1089, 1090, 1091, 1092, 1093,
                    1094, 1096, 1097, 1098.
TRACT 522100 INCLUDING BLOCK(S)
                    2000, 2001, 2002, 2003, 2004, 2007,
                    2008, 2009, 2021, 2022, 2023, 2024,
                    2025, 2029.
TRACT 522300 INCLUDING BLOCK(S)
                    1055.
TRACT 522500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1005, 1006,
                    1007, 1008, 1009, 1010, 1011, 1012,
                    1013, 1014, 1015, 1016, 1017, 1018,
                    1019, 1020, 1021, 1022, 1023, 1024,
                    1025, 1026, 1027, 1028, 1029, 1030,
                    1031, 1032, 1033, 1034, 1035, 1036,
                    1037, 1038, 1039, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 3019, 3020, 3021.
TRACT 523100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1026, 1027, 1028, 1029, 1030,
                    1031, 1032, 1033, 1034, 1035, 1036,
                    1037, 1038, 1039, 1040, 1041, 1042,
                    1043, 1044, 1045, 1046, 1047, 1048,
                    1049, 1050, 1051, 1052, 1053, 1054,
                    1055, 1056.
TRACT 523200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024.
TRACT 523300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
```

```
          1006, 1007, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007.
TRACT 523400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008.
TRACT 523800 INCLUDING BLOCK(S)
          1001, 1002, 1003, 1004, 1005, 1006,
          1007, 1008, 1009, 1010, 1011, 1012,
          1013, 1014, 1015, 1016, 2000, 2001,
          2002, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 3001, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 4000, 4001, 4002, 4003, 4004,
          4005, 4006, 4007, 4008, 4009, 4010,
          4011, 4012, 4013, 4014, 4015, 4016,
          4017, 4018, 4019, 4020.
TRACT 524000 INCLUDING BLOCK(S)
          1006.
TRACT 524300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2015, 2016,
          3000, 3001, 3002, 3003, 3004, 3005.
TRACT 524700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          4000, 4001, 4002, 4003, 4004, 4005,
          4006, 4007, 4008, 4009, 4010, 4011,
          4012, 4013, 4014, 4015, 4016, 4017,
          4018, 4019, 4020, 4021, 5000, 5001,
          5002, 5003, 5004, 5005, 5006, 5007,
          5008, 5009, 5010, 5011, 6012, 6013,
          6014, 6015, 6016, 6017, 6018, 6019,
          6020, 6022, 6023, 6024, 6026, 6027.
TRACT 524800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 4000, 4001, 4002, 4003, 4004,
```

```
                  4005, 4006, 4007, 4008, 4009, 5000,
                  5001, 5002, 5003, 5004, 5005, 5006,
                  5007, 5008, 5009, 5010, 5011, 5012,
                  5013, 5014, 5015, 5016, 5017, 5018,
                  5019, 5020.
TRACT 524900 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  1042, 1043, 1044, 1045, 1046, 1047,
                  1048, 1049, 1050, 1051, 1052, 1053,
                  1054, 1055, 1056, 1057, 1058, 1059,
                  1060, 1061, 1062, 1063, 1064, 1065,
                  1066, 1067, 1068, 1069, 1070, 1071,
                  1072, 1073, 1074, 1075, 1076, 1077,
                  1078, 1079, 1080, 1081, 1082, 1083,
                  1084, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 2007, 2008, 2009, 2010,
                  2011, 2012, 2013, 2014, 2015, 2016,
                  2017, 2018, 2019, 2020, 2021, 2022,
                  2023, 2024, 2025, 2026, 2027, 2028,
                  2029, 2030, 2031, 2032, 2033, 2034,
                  2035, 2036, 2037, 2038, 2039, 2040,
                  2041, 2042, 2043, 2044, 2045, 2046,
                  2047, 2048, 2049, 2050, 2051, 2052,
                  2053, 2054, 2055, 2056, 2057, 2058.
TRACT 525000 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  2000, 2001, 2002, 2003, 2004, 2005,
                  2006, 2007, 2008, 2009, 2010, 2011,
                  2012, 2013, 2014, 2015, 2016, 2017,
                  2018, 2019, 2020, 2021, 2022, 2023,
                  2024, 2025, 2026, 2027, 2028, 2029,
                  2030, 2031, 2032, 2033, 2034, 2035,
                  2036, 2037, 2038, 2039, 2040, 2041,
                  2042, 2043, 2044, 2045, 2046, 2047,
                  2048, 2049, 2050, 2051, 2052, 2053,
                  2054, 2055, 2056, 2057, 2058, 2059,
                  2060, 2061, 2062, 2063, 2064, 2065,
                  2066, 2067, 2068, 3000, 3001, 3002,
                  3003, 3004, 3005, 3006, 3007, 3008,
                  3009, 3010, 3011, 3012, 3013, 3014,
                  3015, 3016, 3017, 3018, 3019, 3020,
                  3021, 3022, 3023, 3024, 3025, 3026,
```

```
                3027, 3028, 3029, 3030, 3031, 3032,
                3033, 3034, 3035, 3036, 3037, 3038,
                3039, 3040, 3041, 3042, 3043, 3044,
                3045, 3046, 3047, 3048, 3049, 3050,
                3051.
        TRACT 525600 INCLUDING BLOCK(S)
                2016, 2017, 2018.
        TRACT 985300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045.
        TRACT 985500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1046, 1047,
                1048, 1049, 1050, 1051, 1052, 1053,
                1054, 1055, 1056, 1057, 1058, 1059,
                1060, 1061, 1062, 1063, 1064, 1065,
                1066, 1067, 1068, 1069, 1070, 1071,
                1072, 1073, 1074, 1075, 1076, 1077,
                1078, 1079, 1080, 1081.
        ECORSE CITY
        RIVER ROUGE CITY
DISTRICT 007
    WAYNE COUNTY (PART)
        DETROIT CITY (PART)
        TRACT 530100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011.
        TRACT 530200 INCLUDING BLOCK(S)
```

```
                1000, 1001, 2000, 2001, 2002, 2003,
                2004, 2005, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009, 4010, 4011,
                4012, 4013, 4014, 4015, 5000, 5001,
                5002, 5003, 5004, 5005, 5006, 5007,
                5008.
TRACT 530300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021,
                3022, 3023, 3024, 3025, 3026, 3027,
                3028, 3029, 3030
TRACT 530400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015.
TRACT 531500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 4000,
                4001, 4002.
TRACT 531600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008.
TRACT 531700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 2018, 2019,
                2020, 2021, 2022, 2023, 2024, 2025,
                2026, 2027, 2028, 2029, 2030, 2031,
                2032, 2033.
TRACT 531800 INCLUDING BLOCK(S)
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 3016, 3017,
```

3018.
TRACT 531900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013.
TRACT 534200 INCLUDING BLOCK(S)
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2009, 2014, 2015, 3004, 3005,
        4000, 4001, 4002, 4003, 4004, 4005,
        4006, 5000, 5001, 5002, 5003, 5004,
        5005, 5006, 5007, 5008, 5009, 5010,
        5011, 5012, 5013, 5014, 5015, 5016,
        5017, 5018, 5019, 5020, 5021.
TRACT 536100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 4008, 4009, 4010,
        4011.
TRACT 536200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        2021, 2022.
TRACT 536300 INCLUDING BLOCK(S)
        2000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        4007, 4008, 4009, 5000, 5001, 5002,
        5003, 5004, 5005, 5006, 5007, 5008,
        5009, 6000, 6001, 6002, 6003, 6004,
        6005, 6006, 6007, 6008, 6009, 6010,
        6011, 6012, 6013, 6014, 6015, 6016,
        6017, 6018, 6019, 6020, 6021.
TRACT 536400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,

```
                   1006, 1007, 1008, 1009, 2000, 2001,
                   2002, 2003, 2004, 2005, 2006, 2007,
                   2008, 2009, 2010, 2011, 3000, 3001,
                   3002, 3003, 3004, 3005, 3006, 3007,
                   3008, 3009, 3010, 3011, 3012, 3013,
                   3014, 4000, 4001, 4002, 4003, 4004,
                   4005, 4006, 4007, 4008, 4009, 4010,
                   4011, 4012, 4013.
     TRACT 536500 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 2000, 2001, 2002,
                   2003, 3001, 3002, 3003, 3004, 3005,
                   3006, 3007, 3008, 3011, 3012, 3013,
                   3014, 3015, 3016, 3017, 3018, 3019,
                   3020, 3021, 3022, 3023, 4000, 4001,
                   4002, 4003, 4004, 4005, 4006, 4007,
                   4008, 4009, 4010, 4011, 4012, 4013,
                   4014, 4015, 4016, 4017, 4018, 4019,
                   4020.
     TRACT 536600 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 1016, 1017,
                   1018, 1019, 1020, 1021, 1022, 2000,
                   2001, 2002, 2003, 2004, 2005, 2006,
                   2007, 2008, 2009, 2010, 2011, 2012,
                   2013, 2014, 2015, 3000, 3001, 3002,
                   3003, 3004, 3005, 3006, 3007, 3008,
                   3009, 4000, 4001, 4002, 4003, 4004,
                   4005, 4006, 4007, 4008, 4009, 4010,
                   4011, 4012, 4013, 4014, 4015, 4016,
                   4017, 4018, 4019, 4020, 4021, 4022,
                   4023, 4024, 4025, 4026, 4027, 4028,
                   5000, 5001, 5002, 5003, 5004, 5005,
                   5006, 5007, 5008, 5009.
     TRACT 536700 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 2000, 2001,
                   2002, 2003, 2004, 2005, 2006, 2007,
                   2008, 2009.
     TRACT 536800 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 1016, 1017,
                   2000, 2001, 2002, 2003, 2004, 2005,
                   2006, 2007, 2008, 2009, 2010, 2011,
                   2012, 2013, 2014, 2015, 2016, 2017,
                   2018, 2019, 2020, 2021, 2022, 2023,
```

```
                 2024.
     TRACT 536900 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3017, 3018, 4000, 4001,
          4002, 4003, 4004, 4005, 4006.
     TRACT 537000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1014, 1015,
          1016, 1017, 3000, 3001, 3002, 3003.
     TRACT 537500 INCLUDING BLOCK(S)
          2002.
     TRACT 537600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 3000, 3001,
          3002, 3003, 3012, 3013, 3014, 3015.
     TRACT 538500 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 4000, 4001, 4002, 4003, 4004,
          4005, 4006, 4007, 5000, 5001, 5002,
          5003, 5004, 5005, 5006, 5007, 6000,
          6001, 6002, 6003, 6004, 6005, 6006,
          6007, 7000, 7001, 7002, 7003, 7004,
          7005, 7006, 7007, 7008, 7009, 7010,
          7011, 7012, 7013, 7014, 7015.
     TRACT 538600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          4000, 4001, 4002, 4003, 4004, 4005,
          4006, 4007, 4008, 4009, 5000, 5001,
          5002, 5003, 5004, 5005, 5006, 5007,
          5008, 5009, 5010, 5011, 5012, 5013,
          6000, 6001, 6002, 6003, 6004, 6005,
          6006, 6007, 6008, 6009, 6010, 6011,
          6012, 6013.
     TRACT 538700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 2000, 2001, 2002,
```

```
                   2003, 2004, 2005, 2006, 2007, 2008,
                   2009, 2010, 3000, 3001, 3002, 3003,
                   3004, 3005, 3006, 3007, 3008, 3009,
                   3010, 3011, 3012, 3013, 3014, 3015,
                   3016, 3017, 3018, 3019, 3020.
       TRACT 538800 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 1016, 1017,
                   1018, 1019, 2000, 2001, 2002, 2003,
                   2004, 2005, 2006, 2007, 2008, 2009,
                   2010, 2011, 2012.
       TRACT 538900 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 2000,
                   2001, 2002, 2003, 2004, 2005, 2006,
                   2007, 2008, 2009, 2010, 2011, 2012,
                   2013, 2014, 2015, 2016, 2017, 2018,
                   2019, 2020, 2021, 2022, 2023, 3000,
                   3001, 3002, 3003, 3004, 3005, 3006,
                   3007, 3008, 3009, 3010, 3011, 3012,
                   3013, 3014, 3015, 3016, 3017, 3018,
                   3019, 3020, 3021, 3022, 3023, 3024,
                   3025, 4000, 4001, 4002, 4003, 4004,
                   4005, 4006, 4007, 4008, 4009, 4010,
                   4011, 4012, 4013, 4014, 4015, 4016,
                   4017, 4018, 4019, 4020, 4021, 4022,
                   4023.
       TRACT 539000 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 1016, 1017,
                   1018, 1019, 2000, 2001, 2002, 2003,
                   2004, 2005, 2006, 2007, 2008, 2009,
                   2010, 2011, 3000, 3001, 3002, 3003,
                   3004, 3005, 3006, 3007, 3008, 3009,
                   3010, 3011, 4000, 4001, 4002, 4003,
                   4004, 4005, 4006, 4007, 4008, 4009.
       TRACT 539100 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 2011.
       TRACT 539400 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 2000, 2001,
                   2002, 2003, 2004, 2005, 2006, 2007,
                   2008, 2009, 2010, 2011, 2012, 2013,
                   2014, 2015, 2016, 2017, 2018, 2019,
                   2020, 2021, 2022, 2023, 3000, 3001,
```

```
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015, 3016, 3017, 3018, 3019,
            3020, 3021, 3022, 3023, 3024, 3025,
            3026, 3027, 3028, 3029, 3030, 3031,
            3032, 3033.
    TRACT 539500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 2020,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 4000,
            4001, 4002, 4003, 4004, 4005, 4006,
            4007, 4008, 4009, 4010, 4011, 4012,
            4013, 4014, 4015, 4016, 4017, 4018.
    TRACT 539600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2021, 2022,
            2023, 2024, 2025, 2026, 2027, 2028,
            2029, 2030, 2031, 2032, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015.
        HIGHLAND PARK CITY
DISTRICT 008
    WAYNE COUNTY (PART)
        DETROIT CITY (PART)
    TRACT 537000 INCLUDING BLOCK(S)
            1004, 1005, 1006, 1007, 1008, 1009,
            1010, 1011, 1012, 1013, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016, 2017, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 3017.
    TRACT 537100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1012, 1013,
            1014, 1015, 1016, 1017, 1018, 2000,
```

```
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016.
TRACT 537300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 2013,
              2014, 2015, 2016, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3011, 4000, 4001, 4002, 4006, 4007.
TRACT 537500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2000, 2001,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 4007,
              5000, 5001, 5002, 5003, 5004, 5005,
              5006, 5007.
TRACT 537600 INCLUDING BLOCK(S)
              1004, 1005, 1006, 1007, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011.
TRACT 537700 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011.
TRACT 537800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 2004, 2005, 2006, 2007, 2008,
              2009, 3002, 3003, 3004, 3005, 3006,
              3007, 3009, 3010.
TRACT 540300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 4000, 4001, 4002,
              4003, 4004, 4005, 4006, 4007, 4008,
              4009, 4010, 4011, 4012, 5000, 5001,
              5002, 5003, 5004, 5005, 5006, 5007,
              5008, 5009, 5010, 5011, 5012, 5013,
              5014, 5015, 5016, 5017, 5018, 5019,
              5020, 5021.
TRACT 540400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
```

```
            1012, 1013, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 3012,
            3013, 3014, 4000, 4001, 4002, 4003,
            4004, 4005, 4006, 4007, 4008, 4009,
            4010, 4011, 4012, 4013, 4014, 4015,
            4016, 4017, 4018, 4019, 4020, 4021,
            4022, 4023, 4024, 4025, 4026, 4027.
TRACT 540500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 4009, 4010,
            4011.
TRACT 540600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 3014, 3015, 3016,
            4000, 4001, 4002, 4003, 4004, 4005,
            4006, 4007, 4008, 4009.
TRACT 541000 INCLUDING BLOCK(S)
            1005, 1006, 1007, 1008, 1009, 1010,
            1011, 1012, 1013, 1014.
TRACT 541100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 2000, 2001, 2002,
            2007, 2008, 2009, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 4009, 5000,
            5001, 5002, 5003, 5004, 5005, 5006,
            5007, 5008, 5009.
TRACT 541200 INCLUDING BLOCK(S)
            2000, 2001, 2002, 2003, 2004, 2005,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008.
TRACT 541300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
```

```
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 2006,
                    2007, 2008, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 2023, 2024, 2025,
                    2026, 2027, 3004, 3005, 3006, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016.
     TRACT 541400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 2024, 2025, 2026, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018.
     TRACT 542100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 4000, 4001, 4002, 4003, 4004,
                    4005, 4006, 4007, 4008, 4009, 4010,
                    4011, 5000, 5001, 5002, 5003, 5004,
                    5005, 5006, 5007, 5008, 5009, 5010,
                    5011, 5012, 5013, 5014, 5015, 5016,
                    6000, 6001, 6002, 6003, 6004, 6005,
                    6006, 6007, 6008, 6009, 6010, 6011.
     TRACT 542200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011,
                    5000, 5001, 5002, 5003, 5004, 5005,
                    5006, 5007, 5008, 5009, 5010, 5011,
                    5012, 5013, 5014.
     TRACT 542300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
```

```
               3009, 3010, 3011, 3012, 3013, 3014,
               3015, 3016, 3017.
     TRACT 542400 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 2000, 2001, 2002, 2003,
               2004, 2005, 2006, 2007, 2008, 2009,
               3000, 3001, 3002, 3003, 3004, 3005,
               3006, 3007, 3008, 3009, 3010, 3011,
               3012.
     TRACT 542500 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 2000,
               2001, 2002, 2003, 2004, 2005, 2006,
               2007, 2008, 2009, 2010, 2011, 2012,
               3000, 3001, 3002, 3003, 3004, 3005,
               3006, 3007, 3008, 3009, 3010, 3011,
               3012, 3013, 3014, 3015, 3016, 3017,
               3018, 3019, 3020, 3021, 3022.
     TRACT 542700 INCLUDING BLOCK(S)
               1001, 1002, 1003, 1004, 1005, 1006,
               1007, 1008, 1009, 1010, 1011, 1012,
               1013, 1014, 1015, 1016, 1017, 1018,
               1019, 1020, 1027, 1028, 1029, 1030,
               1031, 1032, 1033, 1034, 1035, 1036,
               1037, 1038, 1039.
     TRACT 542800 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 2000, 2001,
               2002, 2003, 2004, 2005, 2006, 2007,
               2008, 2009, 2010, 2011, 3000, 3001,
               3002, 3003, 3004, 3005, 3006, 3007,
               3008.
     TRACT 542900 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               2000, 2001, 2002, 2003, 2004, 2005,
               2006, 2007, 2008, 2009, 2010, 2011,
               2012, 2013, 2014, 2015, 2016, 2017,
               2018, 2019, 2020, 3000, 3001, 3002,
               3003, 3004, 3005, 3006, 3007, 3008,
               3009, 3010, 3011, 4000, 4001, 4002,
               4003, 4004, 4005, 4006, 4007, 4008,
               4009, 4010, 4011.
     TRACT 543000 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
```

```
                 1018, 1019, 1020, 1021, 1022, 1023,
                 1024, 1025, 1026, 1027, 1028, 1029,
                 1030, 1031, 1032, 1033, 1034, 1035,
                 1036, 1037, 1038, 1039, 1040, 1041,
                 2000, 2001, 2002, 2003, 2004, 2005,
                 2006, 2007, 2008, 2009, 2010, 2011,
                 2012, 2013, 2014, 2015, 2016, 2017,
                 2018, 2019, 2020, 2021, 2022, 2023,
                 2024, 2025, 2026, 2027, 2028, 2029,
                 2030, 2031, 2032.
       TRACT 543100 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1021, 1022, 1023,
                 1024, 1025, 1026, 1027, 1028, 1029,
                 1030, 1031, 2000, 2001, 2002, 2003,
                 2004, 2005, 2006, 2007, 2008, 2009,
                 2010, 2011, 2012, 2013, 2014, 2015,
                 2016, 2017, 2018, 2019, 2020.
       TRACT 543200 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1021, 1022, 1023,
                 1024, 1025, 1026, 1027, 1028, 1029,
                 1030, 1031, 1032, 1033, 1034, 1035,
                 1036, 1037, 1038, 1039, 1040, 1041,
                 1042, 2000, 2001, 2002, 2003, 2004,
                 2005, 2006, 2007, 2008, 2009, 2010,
                 2011, 2012, 2013, 2014, 2015, 2016,
                 2017, 3000, 3001, 3002, 3003, 3004,
                 3005, 3006, 3007, 3008, 3009, 3010,
                 3011, 3012, 3013, 3014, 3015, 3016,
                 3017, 3018, 3019, 3020, 3021, 3022.
       TRACT 543400 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 2000, 2001, 2002, 2003,
                 2004, 2005, 2006, 2007, 2008, 2009,
                 2010, 3000, 3001, 3002, 3003, 3004,
                 3005, 3006, 3007, 3008, 3009, 3010,
                 3011, 3012, 3013, 3014, 3015, 3016,
                 3017, 3018, 3019, 3020.
       TRACT 543500 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
```

```
              1018, 1019, 1020, 1021, 1022, 1023,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023.
TRACT 543600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 2016, 2017, 2018, 2019, 2020,
              2021, 2022, 2023, 2024, 2025, 2026,
              2027, 2028, 2029, 2030, 2031, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 3010, 3011, 3012,
              3013, 3014, 3015, 3016, 3017, 3018,
              3019, 3020, 3021, 3022, 3023.
TRACT 543700 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012, 3013,
              3014, 3015.
TRACT 543800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 2026, 2027, 2028, 2029.
TRACT 543900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024,
              2025, 2026, 2027, 2028, 2029, 2030,
              2031, 2032, 2033, 2034, 2035, 2036,
              2037, 2038.
TRACT 544000 INCLUDING BLOCK(S)
```

```
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 2025, 2026, 2027, 2028,
                    2029, 2030, 2031, 2032, 2033, 2034.
        TRACT 544100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006.
        TRACT 544200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 2024, 2025, 2026, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018,
                    3019, 3020, 3021, 3022, 3023.
        TRACT 544300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3018, 3019, 3020,
                    3021, 3022, 3023, 3024, 3025, 3026.
        TRACT 546400 INCLUDING BLOCK(S)
                    1000.
        TRACT 546900 INCLUDING BLOCK(S)
                    1004, 1005.
DISTRICT 009
    WAYNE COUNTY (PART)
        DEARBORN CITY (PART)
            TRACT 573701 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
```

```
                     2013, 2014, 2015, 2016, 2017, 2018,
                     2019.
          TRACT 573702 INCLUDING BLOCK(S)
                     3000, 3001, 3002, 3003, 4000, 4001,
                     4002, 4003, 4004, 5000, 5001, 5002,
                     5003, 5004, 5005, 5006, 5007, 5008,
                     5009, 5010, 5011, 5012.
          TRACT 573800 INCLUDING BLOCK(S)
                     2009, 2010, 2020, 3002, 3003, 3004,
                     3005, 3010, 3011, 3012, 3013, 3014,
                     4000, 4001, 4002, 4003, 4004, 4005,
                     4006, 4007, 4008, 4009, 4010, 4011,
                     4012, 4013, 4014, 4015, 4016, 4017,
                     4018, 4019, 4020.
          TRACT 573900 INCLUDING BLOCK(S)
                     1002, 1003, 1004, 1005, 1006, 1007,
                     1008, 1009, 1010, 1011, 1012, 1013,
                     1018, 1019, 1020, 1021, 1022, 1023,
                     2010, 2011, 2012.
DETROIT CITY (PART)
          TRACT 534400 INCLUDING BLOCK(S)
                     1006, 1007, 1008, 1009, 1013, 2011,
                     2012, 2013, 2014, 2015, 2021, 2022,
                     2023.
          TRACT 534700 INCLUDING BLOCK(S)
                     1003, 1004, 1005, 2000, 2001, 2002,
                     2003, 2004, 2005, 2006, 3003, 3004,
                     3005, 3006, 3007, 4007, 4008, 4009,
                     4010, 4011, 4012, 4013, 4014, 4015,
                     4016, 4017, 4018, 4019, 4020.
          TRACT 535000 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1003, 1004, 2000,
                     2001, 2002, 2003, 2004, 2005, 2006,
                     2007, 2008, 2009, 2010, 2011, 2012,
                     2013, 2014, 2015, 3000, 3001, 3002,
                     3003, 3004, 3005, 3006, 3007, 3008,
                     3009, 3010, 3011.
          TRACT 535100 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1003, 1004, 1005,
                     1006, 1007, 1008, 1009, 2000, 2001,
                     2002, 2003, 2004, 2005, 2006, 2007,
                     2008, 2009, 2010, 2011, 2012, 2013,
                     2014, 2015, 2016, 2017.
          TRACT 535200 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1003, 1004, 1005,
                     1006, 1007, 1008, 1009, 1010, 1011,
                     1012, 1013, 1014, 1015, 1016, 1017,
                     1018, 1019, 1020, 1021, 1022, 2000,
                     2001, 2002, 2003, 2004, 2005, 2006,
```

```
            2007, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 4000,
            4001, 4002, 4003, 4004, 4005, 4006,
            4007, 4008, 4009, 4010, 4011, 4012,
            4013, 4014, 4015, 4016, 4017, 4018,
            4019, 4020, 4021, 4022, 4023, 4024.
TRACT 535300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 5000, 5001,
            5002, 5003, 5004, 5005, 5006, 5007,
            5008, 5009, 5010, 5011, 5012, 5013,
            5014, 5015, 5016, 5017, 5018, 5019,
            5020, 5021, 5022, 5023, 5024, 5025,
            5026, 5027, 5028, 5029, 5030, 5031,
            5032.
TRACT 535400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008.
TRACT 535500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011.
TRACT 535800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 2020,
            2021, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 3014, 3015, 4000,
            4001, 4002, 4003, 4004, 4005, 4006,
            4007, 4008, 4009, 4010, 4011, 4012,
            4013, 4014, 4015, 4016, 4017, 4018,
            4019, 4020, 4021, 4022, 4023, 4024,
            4025, 4026, 4027, 4028, 4029, 4030,
            4031, 4032, 4033, 4034, 4035, 4036.
TRACT 535700 INCLUDING BLOCK(S)
```

```
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011.
TRACT 537100 INCLUDING BLOCK(S)
          1010, 1011.
TRACT 537200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          2022, 2023, 2024, 2025, 2026, 2027,
          2028, 2029, 2030, 2031, 2032, 2033.
TRACT 537300 INCLUDING BLOCK(S)
          1005, 1006, 1007, 1008, 1009, 1010,
          1011, 1012, 1013, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2017, 2018,
          2019, 2020, 2021, 2022, 2023, 2024,
          2025, 2026, 3000, 3010, 3012, 3013,
          3014, 3015, 3016, 3017, 4003, 4004,
          4005, 4008.
TRACT 537800 INCLUDING BLOCK(S)
          2000, 2001, 2002, 2003, 3000, 3001,
          3008.
TRACT 542600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 3010, 3011, 3012, 3013,
          3014, 3015, 3016, 3017, 3018, 3019,
          3020, 3021, 3022, 3023, 4000, 4001,
          4002, 4003, 4004, 4005, 4006, 4007,
          4008, 4009.
TRACT 542700 INCLUDING BLOCK(S)
          1000, 1021, 1022, 1023, 1024, 1025,
          1026.
TRACT 545100 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 3000, 3001, 3002, 3003,
```

```
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020, 3021,
                    3022, 3023, 3024, 3025, 3026, 3027,
                    3028.
TRACT 545200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 4009, 4010, 4011, 4012, 4013,
                    4014, 4015.
TRACT 545300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 2023, 2024, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012.
TRACT 545400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011.
TRACT 545500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    5000, 5001, 5002, 5003, 5004, 5005,
                    5006, 5007, 6000, 6001, 6002, 6003,
                    6004, 6005, 6006, 6007.
TRACT 545600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 3000, 3001, 3002, 3003,
                    3004, 3005, 4000, 4001, 4002, 4003,
                    4004, 4005, 5000, 5001, 5002, 5003,
                    5004, 5005, 5006, 5007.
TRACT 545700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
```

```
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 2000,
                  2001, 2002, 2003, 2004, 2005, 2006,
                  2007, 2008, 2009, 2010, 2011, 2012,
                  2013, 2014, 2015, 2016, 2017, 2018,
                  2019, 2020, 2021, 2022, 2023, 2024,
                  2025, 2026, 2027, 2028, 2029, 2030,
                  2031, 2032.
TRACT 545800 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 2000, 2001,
                  2002, 2003, 2004, 2005, 3000, 3001,
                  3002, 3003, 3004, 3005, 4000, 4001,
                  4002, 4003, 4004, 4005, 4006, 5000,
                  5001, 5002, 5003, 5004, 5005, 5006,
                  5007, 5008, 5009, 5010.
TRACT 545900 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 3000, 3001, 3002, 3003,
                  3004, 3005, 4000, 4001, 4002, 4003,
                  4004, 4005, 5000, 5001, 5002, 5003,
                  5004, 5005, 5006.
TRACT 546000 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  2000, 2001, 2002, 2003, 2004, 2005,
                  2006, 2007, 2008, 2009, 3000, 3001,
                  3002, 3003, 3004, 3005, 3006, 3007,
                  3008, 3009, 3010, 3011, 4000, 4001,
                  4002, 4003, 4004, 4005, 4006, 4007,
                  4008, 4009, 5000, 5001, 5002, 5003,
                  5004, 5005, 5006, 5007, 5008, 5009,
                  5010, 5011, 5012, 5013, 5014, 5015.
TRACT 546100 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  2000, 2001, 2002, 2003, 2004, 2005,
                  2006, 2007, 3000, 3001, 3002, 3003,
                  3004, 3005, 4000, 4001, 4002, 4003,
                  4004, 4005, 4006, 4007, 4008, 4009,
                  4010, 4011, 5000, 5001, 5002, 5003,
                  5004, 5005, 5006, 5007, 5008, 5009,
                  5010, 5011.
TRACT 546200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 3000,
```

```
             3001, 3002, 3003, 3004, 3005, 3006,
             3007, 3008, 3009, 3010, 3011, 3012,
             3013, 3014, 3015, 3016, 3017, 3018,
             3019, 3020, 3021, 3022, 3023, 3024,
             3025, 3026, 3027, 3028, 3029, 3030,
             4000, 4001, 4002, 4003, 4004, 4005,
             4006, 4007, 4008, 4009, 4010, 4011.
TRACT 546300 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 2000, 2001, 2002, 2003,
             2004, 2005, 2006, 2007, 2008, 2009,
             2010, 2011, 2012, 2013, 2014, 2015,
             2016, 2017, 2018, 2019, 2020, 2021,
             2022, 2023, 2024, 2025, 2026, 2027,
             2028, 2029, 2030, 2031, 2032, 2033,
             2034, 2035, 2036.
TRACT 546400 INCLUDING BLOCK(S)
             1001, 1002, 1003, 1004, 1005, 1006,
             1007, 1008, 1009, 1010, 1011, 1012,
             2000, 2001, 2002, 2003, 2004, 2005,
             2006, 2007.
TRACT 546500 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 2000, 2001, 2002, 2003, 2004,
             2005, 2006, 2007, 2008, 2009, 2010,
             2011, 2012.
TRACT 546600 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 2000, 2001,
             2002, 2003, 2004, 2005, 2006, 2007,
             2008, 2009, 3000, 3001, 3002, 3003,
             3004, 3005, 3006, 3007, 3008, 3009,
             3010, 3011, 3012, 3013, 3014, 3015.
TRACT 546700 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 2000, 2001, 2002, 2003, 2004,
             2005, 2006, 2007, 2008, 2009, 2010,
             2011, 2012, 2013, 2014, 3000, 3001,
             3002, 3003, 3004, 3005, 3006, 3007,
             3008, 3009, 3010, 3011, 4000, 4001,
             4002, 4003, 4004, 4005, 4006, 4007,
             4008, 4009, 4010, 4011, 5000, 5001,
             5002, 5003, 5004, 5005, 5006, 5007,
             5008, 5009, 5010, 5011.
TRACT 546800 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
```

```
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 3015, 3016,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011.
          TRACT 546900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1006, 1007,
                    1008, 1009, 1010, 1011, 1012, 1013,
                    1014, 1015, 1016, 1017, 1018, 1019,
                    1020, 1021, 1022, 1023, 1024, 1025,
                    1026, 1027, 1028, 1029, 1030, 1031,
                    1032, 1033, 1034, 1035, 1036, 1037,
                    1038, 1039, 1040, 1041, 1042, 1043,
                    1044.
DISTRICT 010
   WAYNE COUNTY (PART)
      DETROIT CITY (PART)
          TRACT 539100 INCLUDING BLOCK(S)
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2012,
                    2013, 2014, 2015.
          TRACT 539200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 5000, 5001, 5002,
                    5003, 5004, 6000, 6001, 6002, 6003,
                    6004, 6005, 6006, 6007, 6008, 6009,
                    6010, 6011, 6012, 6013, 6014, 6015,
                    6016, 6017, 6018, 6019, 6020, 6021,
                    6022, 6023, 6024, 6025, 6026, 6027,
                    6028, 6029, 6030, 6031, 6032, 6033,
                    6034.
          TRACT 539300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
```

```
                    3011, 3012, 3013, 3014, 3015, 3016,
                    3017, 3018, 3019, 3020, 3021, 3022,
                    3023, 3024, 3025, 3026, 3027, 3028,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011,
                    4012, 4013, 4014, 4015, 4016, 4017,
                    4018, 4019.
          TRACT 539700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017.
          TRACT 540100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 3000, 3001,
                    3002, 3003, 3004, 3005, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 4009, 4010, 4011.
          TRACT 540200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 4000, 4001, 4002, 4003, 4004,
                    4005, 4006, 4007, 4008, 4009, 5000,
                    5001, 5002, 5003, 5004, 5005, 5006,
                    5007, 5008, 5009, 5010, 5011, 6000,
                    6001, 6002, 6003, 6004, 6005, 6006,
                    6007, 6008, 6009, 6010, 6011, 6012,
                    6013, 6014, 6015, 6016, 6017, 6018,
                    6019, 6020.
          TRACT 540700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 3000,
```

```
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                3013, 3014, 3015, 3016, 3017, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012.
TRACT 540800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 3000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016, 2017, 2018,
                2019, 2020, 2021, 2022, 2023, 2024,
                2025.
TRACT 540900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009, 4010, 4011,
                4012, 4013, 4014, 4015, 4016, 4017.
TRACT 541000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016, 2017, 2018,
                2019, 2020, 2021, 2022, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 3018, 3019,
                3020, 3021, 3022.
TRACT 541100 INCLUDING BLOCK(S)
                2003, 2004, 2005, 2006.
TRACT 541200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009.
TRACT 541300 INCLUDING BLOCK(S)
                2000, 2001, 2002, 2003, 2004, 2005,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 3000, 3001, 3002, 3003, 3007.
TRACT 541500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 2000, 2001, 2002,
```

```
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 4000,
                    4001, 4002, 4003, 4004, 4005, 4006,
                    4007, 4008, 4009, 4010, 4011, 4012,
                    4013, 4014, 4015, 4016.
        TRACT 541700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008.
        TRACT 541800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 2025.
        TRACT 554100 INCLUDING BLOCK(S)
                    4000, 4002.
            REDFORD TOWNSHIP
    DISTRICT 011
        WAYNE COUNTY (PART)
            DEARBORN HEIGHTS CITY (PART)
        TRACT 571500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020, 3021,
                    3022, 3023, 4000, 4001, 4002, 4003,
                    4004, 4005, 4006, 4007, 4008, 4009,
                    4010, 4011, 4012, 4013, 4014, 4015,
                    4016, 4017, 4018, 4019, 4020, 4021,
                    4022, 4023, 4024, 4025, 4026.
        TRACT 571600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1020, 1021,
                    1028, 1029, 1030, 1031, 1032, 1033,
                    1034, 1035, 1036, 1037, 1038, 1039,
                    1040.
        TRACT 571700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 2000,
```

```
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020.
       TRACT 571800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3010, 3011, 3012.
       TRACT 571900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012, 3013,
              3014, 3015.
       TRACT 572000 INCLUDING BLOCK(S)
              1003, 1004, 1005, 1006, 1007, 1008,
              1009, 1010, 1011, 1012, 1013, 1014,
              1018, 2000, 2001, 2002, 2003, 2004,
              2012, 2013, 2014, 2015, 2016, 2017.
       TRACT 572200 INCLUDING BLOCK(S)
              3002, 3003, 3004, 3005, 3012, 3013,
              3014, 4000, 4001, 4002, 4003, 4004,
              4005, 4006, 4007, 4008, 4009, 4010,
              4011, 4012, 4013, 4014, 4015, 4016,
              5002, 5003, 5004, 5005, 5006, 5007,
              5008, 5010, 5016, 5017, 5021, 5022.
       TRACT 573000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 2006, 2007,
              2008, 2009, 2018, 2019, 2023.
       TRACT 573100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 2002, 2003, 2006, 2007, 2012,
              2014, 2015, 2016, 2017, 2018.
GARDEN CITY CITY
INKSTER CITY
LIVONIA CITY (PART)
       TRACT 558900 INCLUDING BLOCK(S)
```

```
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020.
        TRACT 559000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 3019.
    WESTLAND CITY (PART)
        TRACT 567100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012
        TRACT 567201 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014.
        TRACT 567202 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015.
DISTRICT 012
    WAYNE COUNTY (PART)
        ROMULUS CITY
        TAYLOR CITY
        VAN BUREN TOWNSHIP (PART)
            TRACT 587900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1030, 1031, 1032, 3000,
```

```
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3025, 3026, 3027,
                    3028, 3029, 3030, 3031, 3033, 3034.
        TRACT 588000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 2020, 2021, 2022, 2023,
                    2024, 2025, 2026, 2027, 2028, 2029,
                    2032, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 3015, 3016,
                    3017, 3019.
DISTRICT 013
    WAYNE COUNTY (PART)
        ALLEN PARK CITY
        DEARBORN HEIGHTS CITY (PART)
        TRACT 571600 INCLUDING BLOCK(S)
                    1016, 1017, 1018, 1019, 1022, 1023,
                    1024, 1025, 1026, 1027.
        TRACT 572000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1015, 1016, 1017,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011.
        TRACT 572100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 4009, 4010, 4011, 4012, 5000,
                    5001, 5002, 5003, 5004, 5005, 5006,
                    5007, 5008, 5009, 5010, 5011, 5012,
                    5013, 5014.
        TRACT 572200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 3000, 3001, 3006, 3007, 3008,
```

```
              3009, 3010, 3011, 5000, 5001, 5009,
              5011, 5012, 5013, 5014, 5015, 5018,
              5019, 5020, 5023, 5024.
TRACT 572400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015.
TRACT 572500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019.
TRACT 572600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024,
              2025, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016,
              3017, 3018, 4000, 4001, 4002, 4003,
              4004, 4005, 4006, 4007, 4008, 4009,
              4010, 4011, 4012, 5000, 5001, 5002,
              5003, 5004, 5005, 5006, 5007, 5008,
              5009, 5010, 5011, 5012, 5013.
TRACT 572700 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 2017, 2018, 2019, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012, 3013,
              3014, 3015, 3016, 3017, 3018, 3019,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011,
              4012, 4013, 4014, 4015, 4016, 4017,
              4018, 4019, 4020, 4021, 4022.
TRACT 572800 INCLUDING BLOCK(S)
```

```
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 4009, 4010, 4011, 4012, 5000,
                    5001, 5002, 5003, 5004, 5005, 5006,
                    5007, 5008, 5009, 5010, 5011, 5012,
                    5013, 5014, 6000, 6001, 6002, 6003,
                    6004, 6005, 6006, 6007, 6008, 6009,
                    6010, 6011, 6012, 6013, 6014, 6015,
                    6016, 6017, 6018, 6019, 6020.
          TRACT 572900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018,
                    3019, 3020, 3021, 3022, 3023, 3024,
                    3025, 3026, 3027.
          TRACT 573000 INCLUDING BLOCK(S)
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2020, 2021, 2022.
          TRACT 573100 INCLUDING BLOCK(S)
                    2000, 2001, 2004, 2005, 2008, 2009,
                    2010, 2011, 2013, 2019.
          SOUTHGATE CITY
DISTRICT 014
     WAYNE COUNTY (PART)
          LINCOLN PARK CITY
          MELVINDALE CITY
          RIVERVIEW CITY
          WYANDOTTE CITY
DISTRICT 015
     WAYNE COUNTY (PART)
          DEARBORN CITY (PART)
               TRACT 573300 INCLUDING BLOCK(S)
```

```
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023,
            2024, 2025, 2026.
TRACT 573400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018, 3019, 3020,
            4000, 4001, 4002, 4003, 4004, 4005.
TRACT 573500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 2021,
            2022, 2023, 2024, 2025, 2026, 2027,
            2028, 2029, 2030, 2031, 2032, 2033,
            2034, 2035, 2036, 2037, 2038, 2039,
            2040, 2041, 2042, 2043, 2044, 2045,
            2046, 2047, 2048, 2049, 2050, 2051,
            2052, 2053, 2054, 2055, 2056, 2057,
            2058, 2059, 2060, 2061, 2062, 2063,
            2064, 2065, 2066, 2067, 2068, 2069,
            2070, 2071, 2072, 2073, 2074, 2075,
            2076, 2077, 2078, 2079, 2080, 2081,
            2082, 2083, 2084, 2085, 2086, 2087,
            2088, 2089, 2090.
TRACT 573600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
```

```
                3008, 3009, 3010, 3011, 3012, 3013,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009, 4010, 4011,
                4012, 4013, 4014, 4015, 4016, 4017,
                4018, 4019, 4020, 5000, 5001, 5002,
                5003, 5004, 5005, 5006, 5007, 5008,
                5009, 5010, 5011, 6000, 6001, 6002,
                6003, 6004, 6005, 6006, 6007, 6008,
                6009, 6010, 6011, 6012.
TRACT 573702 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 4013,
                4014.
TRACT 573800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2011, 2012, 2013, 2014, 2015, 2016,
                2017, 2018, 2019, 3000, 3001, 3006,
                3007, 3008, 3009.
TRACT 573900 INCLUDING BLOCK(S)
                1000, 1001, 1014, 1015, 1016, 1017,
                1024, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2013,
                2014, 2015, 2016, 2017, 2018, 2019,
                2020, 2021, 2022, 2023, 2024, 2025,
                2026, 2027, 2028, 2029, 2030.
TRACT 574000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 4013.
TRACT 574100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                2000, 2001, 2002, 2003, 2004, 2005,
```

```
                  2006, 2007, 2008, 2009, 2010, 2011,
                  2012, 2013, 2014, 2015, 2016, 3000,
                  3001, 3002, 3003, 3004, 3005, 3006,
                  3007, 3008, 3009, 3010, 3011, 4000,
                  4001, 4002, 4003, 4004, 4005, 4006,
                  4007, 4008, 4009.
       TRACT 574202 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  2000, 2001, 2002, 2003, 2004, 2005,
                  2006, 2007, 2008, 2009, 2010, 2011,
                  2012, 2013, 2014, 2015, 2016, 2017.
       TRACT 574300 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  1042, 1043, 1044, 1045, 1046, 1047,
                  1048, 1049, 1050, 1051, 1052, 1053,
                  1054, 1055, 1056, 1057, 1058, 1059,
                  1060, 1061, 1062, 1063, 1064, 1065,
                  1066, 1067, 1068, 1069, 1070, 2000,
                  2001, 2002, 2003, 2004, 2005, 2006,
                  2007, 2008, 2009, 2010, 2011, 2012,
                  2013, 2014, 2015, 2016, 2017, 2018,
                  2019, 2020, 3000, 3001, 3002, 3003,
                  3004, 3005, 3006, 3007, 3008, 3009,
                  3010, 3011, 3012, 3013, 3014, 3015,
                  3016.
       TRACT 574600 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 2000, 2001,
                  2002, 2003, 2004, 2005, 2006, 2007,
                  2008, 2009, 2010, 2011, 2012, 2013,
                  2014, 3000, 3001, 3002, 3003, 3004,
                  3005, 3006, 3007, 3008, 3009, 3010,
                  3011, 3012, 4000, 4001, 4002, 4003,
                  4004, 4005, 4006, 4007, 4008, 4009,
                  4010, 4011, 5000, 5001, 5002, 5003,
                  5004, 5005, 5006, 5007, 5008, 5009,
```

```
                    5010, 5011, 5012, 5013, 6000, 6001,
                    6002, 6003, 6004, 6005, 6006, 6007,
                    6008, 6009, 6010, 6011, 6012, 6013,
                    7000, 7001, 7002, 7003, 7004, 7005,
                    7006, 7007, 7008, 7009, 7010, 7011,
                    7012.
        TRACT 574700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011,
                    4012, 5000, 5001, 5002, 5003, 5004,
                    5005, 5006, 5007, 5008, 5009, 5010,
                    5011, 5012, 5013, 5014, 5015.
        TRACT 574800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 4000, 4001, 4002, 4003,
                    4004, 4005, 4006, 4007, 4008, 4009,
                    4010, 4011, 4012, 4013, 4014, 4015,
                    4016, 5000, 5001, 5002, 5003, 5004,
                    5005, 5006, 5007, 5008, 5009, 5010,
                    5011, 5012, 5013, 5014, 5015, 5016,
                    5017, 5018, 5019, 5020, 5021, 5022,
                    5023, 5024, 5025, 5026, 5027, 5028,
                    5029.
        TRACT 574900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
                    2025, 2026, 2027, 2028, 2029, 2030,
                    2031, 2032, 2033, 2034, 2035, 2036,
                    2037, 2038, 2039, 2040, 2041, 2042,
                    2043, 2044, 2045, 2046, 2047, 2048,
                    2049.
```

```
TRACT 575000 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 2000, 2001, 2002, 2003,
     2004, 2005, 2006, 2007, 2008, 2009,
     2010, 2011, 2012, 2013, 2014, 2015,
     2016, 3000, 3001, 3002, 3003, 3004,
     3005, 3006, 3007, 3008, 3009, 3010,
     3011, 3012, 4000, 4001, 4002, 4003,
     4004, 4005, 4006, 4007, 4008, 4009,
     4010, 4011, 4012, 4013, 4014, 4015,
     4016, 4017, 4018, 4019, 4020, 4021,
     4022, 4023, 4024, 4025, 4026, 4027,
     4028, 4029.
TRACT 575100 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 2000, 2001, 2002,
     2003, 2004, 2005, 2006, 2007, 2008,
     2009, 2010, 2011, 2012, 2013, 2014,
     2015, 2016, 3000, 3001, 3002, 3003,
     3004, 3005, 3006, 3007, 3008, 3009,
     3010, 3011.
TRACT 575200 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 2000,
     2001, 2002, 2003, 2004, 2005, 2006,
     2007, 2008, 2009, 2010, 2011, 2012,
     2013, 2014, 2015, 2016, 2017, 2018,
     2019, 2020, 3000, 3001, 3002, 3003,
     3004, 3005, 3006, 3007, 3008, 3009,
     3010, 3011, 3012, 4000, 4001, 4002,
     4003, 4004, 4005, 4006, 4007, 4008,
     4009, 4010, 4011.
TRACT 575300 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 2000,
     2001, 2002, 2003, 2004, 2005, 2006,
     2007, 2008, 2009, 2010, 2011, 2012,
     3000, 3001, 3002, 3003, 3004, 3005,
     3006, 3007, 3008, 3009, 3010, 3011,
     3012, 3013, 3014, 3015, 3016, 4000,
     4001, 4002, 4003, 4004, 4005, 4006,
     4007, 4008, 4009, 4010, 4011, 4012,
     4013, 5000, 5001, 5002, 5003, 5004,
     5005, 5006, 5007, 5008, 5009.
TRACT 575400 INCLUDING BLOCK(S)
```

```
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 2000, 2001,
     2002, 2003, 2004, 2005, 2006, 2007,
     2008, 2009, 2010, 2011, 3000, 3001,
     3002, 3003, 3004, 3005, 3006, 3007,
     3008, 3009, 3010, 3011, 3012, 3013,
     3014, 3015, 3016, 3017, 3018, 3019,
     3020, 4000, 4001, 4002, 4003, 4004,
     4005, 4006, 4007, 4008, 4009, 4010,
     4011, 4012, 4013, 4014, 4015, 4016,
     4017, 4018, 4019, 4020, 4021, 4022,
     4023, 4024, 4025, 4026, 4027, 4028,
     4029, 4030, 4031, 4032, 4033, 4034,
     4035, 4036, 4037, 4038, 4039, 4040,
     4041, 4042, 4043, 4044, 4045, 4046,
     4047, 4048, 4049, 4050, 4051, 4052,
     4053, 4054, 4055, 4056, 4057, 4058,
     4059, 4060, 4061, 4062, 4063, 4064,
     4065, 4066, 4067, 4068, 4069, 4070,
     4071, 4072, 4073, 4074, 4075, 4076,
     4077.
TRACT 575500 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 1020, 1021, 1022, 1023,
     1024, 1025, 1026, 1027, 1028, 1029,
     1030, 1031, 1032, 1033, 1034, 1035,
     1040, 2000, 2001, 2002, 2003, 2004,
     2005, 2006, 2007, 2008, 2009, 2010,
     2011, 2012, 2013, 2014, 2015, 2016,
     2017, 2018, 2019, 2020, 2021, 2022,
     2023, 2024, 2027, 3000, 3001, 3002,
     3003, 3004, 3005, 3006, 3007, 3008,
     3009, 3010, 3011, 4000, 4001, 4002,
     4003, 4004, 4005, 4006, 4007, 4008,
     4009, 4010, 4011.
TRACT 575600 INCLUDING BLOCK(S)
     1001, 1002, 1003, 1004, 1005, 1006,
     1007, 1008, 1009, 1010, 1011, 1012,
     1013, 1016, 1019, 2000, 2001, 2002,
     2003, 2004, 2005, 2006, 2007, 2008,
     2009, 2010, 2011, 2012, 2013, 2014,
     2015, 2016, 2017, 2018, 2019.
TRACT 576000 INCLUDING BLOCK(S)
     2003, 2004.
TRACT 579900 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
```

```
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 1051, 1052, 1053,
                    1054, 1055, 1056, 1057, 1058, 1059,
                    1060, 1061, 1062, 1063, 1064, 1065,
                    1066, 1067, 1068, 1069, 1070, 1071,
                    1072, 1073, 1074, 1075, 1076, 1077,
                    1078, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 2025, 2026, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014, 3015, 3016, 3017, 3018, 3019,
                    3020, 3021, 3022, 3023, 3024, 3025,
                    3026, 3027, 3028, 3029, 3030, 3031,
                    3032, 3033, 3034, 3035, 3036, 3037,
                    3038, 3039, 3040, 3041, 3042, 3043,
                    3044, 3045, 3046, 3047, 3048, 4000,
                    4001, 4002, 4003, 4004, 4005, 4006,
                    4007, 4008, 4009, 4010, 4011, 4012,
                    4013, 4014, 4015, 4016, 4017, 4018,
                    4019, 4020, 4021, 4022, 4023, 4024,
                    4025, 4026, 4027, 4028, 4029, 4030.
          TRACT 985700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1013, 1014, 1015, 1016, 1017, 1018,
                    1019, 1020, 1021, 1022, 1023, 1024,
                    1025, 1026, 1027, 1028, 1029, 1030,
                    1031, 1032, 1033, 1034, 1035, 1036.
    DISTRICT 016
       WAYNE COUNTY (PART)
          WAYNE CITY
          WESTLAND CITY (PART)
             TRACT 565100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
```

```
                2020, 2021, 2022, 2023, 2024, 2025,
                2026, 2027, 2028, 2029, 2030.
      TRACT 565200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 3013,
                2014, 2015, 2016, 2017, 2018, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                3013, 3014, 3015, 3016, 3017, 3018.
      TRACT 565300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007.
      TRACT 565600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012.
      TRACT 565700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018.
      TRACT 565800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014.
      TRACT 565900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008.
```

TRACT 567000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 1040, 1041,
        1042, 1043, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 3000, 3001,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016.
TRACT 567300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 2024, 2025, 2026, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010, 3011, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        5000, 5001, 5002, 5003, 5004, 5005,
        5006, 5007, 5008.
TRACT 567400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017.
TRACT 567800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 4008, 4009, 4010,
        4011, 4012, 4013, 4014, 4015, 4016,
        4017.
TRACT 567900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,

```
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015, 3016, 3017, 3018, 3019,
            3020, 3021, 3022, 3023, 3024, 3025,
            3026, 3027, 3028, 3029, 3030, 3031.
TRACT 568000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 2018.
TRACT 568200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 2021,
            2022, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 3014.
TRACT 568300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013, 4014,
            4015, 4016, 4017, 4018.
TRACT 568400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 4000, 4001,
            4002, 4003, 4004, 4005, 4006, 4007,
            4008, 4009, 4010, 4011, 4012, 4013,
            4014, 4015, 4016, 4017, 4018.
TRACT 568500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            3000, 3001, 3002, 3003, 3004, 3005,
```

```
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 3016, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012,
                4013, 4014, 4015, 4016, 4017, 4018,
                4019, 4020, 4021, 4022.
        TRACT 568700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                2000, 2001, 2002, 2003, 2004, 2005,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009, 4010, 4011,
                4012, 4013, 4014, 4015, 4016, 4017,
                4018.
        TRACT 568800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015.
        TRACT 568900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016.
DISTRICT 017
    MONROE COUNTY (PART)
        ASH TOWNSHIP
        BERLIN TOWNSHIP
        EXETER TOWNSHIP
        FRENCHTOWN TOWNSHIP
        LONDON TOWNSHIP
        MONROE CITY
        MONROE TOWNSHIP (PART)
            TRACT 832000 INCLUDING BLOCK(S)
                2009.
            TRACT 832300 INCLUDING BLOCK(S)
                2011, 2012, 2019.
    WAYNE COUNTY (PART)
        FLAT ROCK CITY
        ROCKWOOD CITY
        SUMPTER TOWNSHIP
DISTRICT 018
```

MACOMB COUNTY (PART)
    EASTPOINTE CITY
    ST. CLAIR SHORES CITY
    VILLAGE OF GROSSE POINTE SHORES, A MICHIGAN CITY CITY
DISTRICT 019
    WAYNE COUNTY (PART)
        LIVONIA CITY (PART)
            TRACT 556100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020, 3021,
                    3022, 3023, 3024, 3025, 3026, 3027,
                    3028, 3029, 4000, 4001, 4002, 4003,
                    4004, 4005, 4006, 4007, 4008, 4009,
                    4010, 4011, 4012, 4013, 4014, 4015.
            TRACT 556200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008.
            TRACT 556300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3018, 3019, 3020,
                    3021, 3022.
            TRACT 556400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018,
                    3019, 3020, 3021.
            TRACT 556500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,

```
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050.
TRACT 556600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016.
TRACT 556700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011.
TRACT 556800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016.
TRACT 556900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012.
TRACT 557000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015.
TRACT 557100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
```

```
                      2000, 2001, 2002, 3000, 3001, 3002,
                      3003, 3004, 3005, 3006, 3007, 3008,
                      3009, 3010, 3011.
        TRACT 557200 INCLUDING BLOCK(S)
                      1000, 1001, 1002, 1003, 1004, 1005,
                      2000, 2001, 2002, 2003, 2004, 2005,
                      2006, 2007, 2008, 2009, 2010, 2011,
                      2012, 2013.
        TRACT 557300 INCLUDING BLOCK(S)
                      1000, 1001, 1002, 1003, 1004, 1005,
                      1006, 1007, 1008, 2000, 2001, 2002,
                      2003, 2004, 2005, 2006, 2007, 2008,
                      2009, 2010, 2011, 2012, 2013, 2014,
                      2015, 2016, 2017, 2018, 2019, 2020,
                      2021, 2022, 2023, 2024, 2025, 2026,
                      2027.
        TRACT 557400 INCLUDING BLOCK(S)
                      1000, 1001, 1002, 1003, 1004, 1005,
                      1006, 1007, 1008, 1009, 1010, 1011,
                      1012, 1013, 1014, 1015, 1016, 1017,
                      1018, 1019, 1020, 1021, 1022, 1023,
                      1024, 1025, 1026, 1027, 1028, 1029,
                      1030, 1031, 1032, 1033, 1034, 2000,
                      2001, 2002, 2003, 2004, 2005, 2006,
                      2007, 2008, 2009, 2010, 2011, 2012,
                      2013, 2014, 2015, 2016, 2017, 2018,
                      2019, 2020, 2021, 2022, 2023, 2024.
        TRACT 557500 INCLUDING BLOCK(S)
                      1000, 1001, 1002, 1003, 1004, 1005,
                      1006, 1007, 1008, 1009, 1010, 1011,
                      2000, 2001, 2002, 2003, 2004, 2005,
                      2006, 2007, 2008, 2009, 2010, 2011,
                      2012, 2013, 2014, 2015, 2016, 2017,
                      2018, 2019, 3000, 3001, 3002, 3003,
                      3004, 3005, 3006, 3007, 3008, 3009,
                      3010, 3011, 4000, 4001, 4002, 4003,
                      4004, 4005, 4006, 4007, 4008.
        TRACT 557600 INCLUDING BLOCK(S)
                      1000, 1001, 1002, 1003, 1004, 1005,
                      1006, 1007, 1008, 1009, 1010, 1011,
                      1012, 1013, 1014, 1015, 1016, 2000,
                      2001, 2002, 2003, 2004, 2005, 2006,
                      2007, 2008, 2009, 2010, 2011, 2012,
                      2013, 2014, 2015, 2016, 2017, 2018,
                      2019, 2020, 2021, 3000, 3001, 3002,
                      3003, 3004, 3005, 3006, 3007, 3008,
                      3009, 3010, 3011.
        TRACT 557700 INCLUDING BLOCK(S)
                      1000, 1001, 1002, 1003, 1004, 1005,
```

```
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 3012,
            3013, 3014, 4000, 4001, 4002, 4003,
            4004, 4005, 4006, 4007, 4008, 4009,
            4010, 4011, 4012, 4013, 4014, 4015.
TRACT 557900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015, 3016, 3017, 3018, 3019,
            3020, 3021, 3022, 3023, 3024, 3025,
            3026, 3027, 3028, 3029, 3030, 3031,
            3032.
TRACT 558000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014, 3015,
            3016, 3017, 3018, 3019, 3020, 3021,
            3022, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 4009, 4010,
            4011, 4012, 4013, 4014, 4015, 4016,
            4017, 4018.
TRACT 558100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
```

```
          3014, 3015.
TRACT 558200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 4000, 4001, 4002, 4003, 4004,
          4005, 4006, 4007, 4008, 4009, 4010,
          4011, 4012, 4013, 4014, 4015, 4016,
          4017, 4018, 4019, 4020, 4021, 4022,
          4023.
TRACT 558300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 1046, 1047,
          1048, 1049, 1050, 1051, 1052, 1053,
          1054, 1055, 1056, 1057, 1058, 1059,
          1060, 1061, 1062, 1063, 1064, 1065,
          1066, 1067, 1068, 1069, 1070, 1071,
          1072, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          2011, 2012, 2013, 2014, 2015, 2016,
          2017, 2018, 2019, 2020, 2021, 2022,
          2023, 2024, 2025, 2026, 2027, 2028,
          2029, 2030, 2031, 2032, 2033, 2034,
          2035, 2036, 2037, 2038, 2039, 2040,
          2041, 2042, 2043, 2044, 2045, 2046,
          2047, 2048, 2049, 2050, 2051, 2052,
          2053, 2054, 2055, 2056, 2057, 2058,
          2059, 2060, 2061, 2062, 2063, 2064.
TRACT 558400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014, 3015, 3016, 3017,
          3018, 3019, 3020, 3021, 3022, 3023,
```

```
                   3024, 3025, 3026, 3027.
            TRACT 558500 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 2000, 2001,
                   2002, 2003, 2004, 2005, 2006, 2007,
                   2008, 2009, 3000, 3001, 3002, 3003,
                   3004, 3005, 3006, 3007, 3008, 3009,
                   3010, 3011, 3012, 3013, 3014, 3015,
                   3016, 3017, 4000, 4001, 4002, 4003,
                   4004, 4005, 4006, 4007, 4008.
            TRACT 558600 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 2000, 2001, 2002, 2003, 2004,
                   2005, 2006, 2007, 2008, 2009, 2010,
                   2011, 2012.
            TRACT 558700 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 2000, 2001, 2002, 2003, 2004,
                   2005, 2006, 2007, 2008, 2009, 3000,
                   3001, 3002, 3003, 3004, 3005, 3006,
                   3007, 3008, 3009, 3010, 3011, 3012,
                   3013, 3014, 3015.
            TRACT 558800 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 1016, 1017,
                   2000, 2001, 2002, 2003, 2004, 2005,
                   2006, 2007, 2008, 2009, 2010, 2011,
                   2012, 2013, 2014, 2015, 2016, 2017,
                   2018, 2019, 2020.
            TRACT 559100 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 1016, 1017,
                   1018, 1019, 1020, 1021, 1022, 2000,
                   2001, 2002, 2003, 2004, 2005, 2006,
                   2007, 2008, 2009, 2010, 2011, 2012,
                   2013, 2014, 2015, 2016.
            TRACT 559200 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 2000,
                   2001, 2002, 2003, 2004, 2005, 2006,
                   2007, 2008, 2009, 2010, 2011, 2012,
                   2013, 2014, 2015.
DISTRICT 020
   WAYNE COUNTY (PART)
       CANTON TOWNSHIP (PART)
```

```
TRACT 563200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017.
TRACT 563300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021.
TRACT 563900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034.
TRACT 564000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017, 2018, 2019,
        2020, 2021.
TRACT 564100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017.
TRACT 564700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011.
TRACT 564800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
```

```
                    1006, 1008, 1009, 1010.
          TRACT 564900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1031, 1032.
          TRACT 565000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1010, 1011, 1012, 1013,
                    1014, 1015, 1016, 1025, 1026, 1027,
                    1028, 1029, 1030, 1031, 1032, 1033,
                    1034, 1035, 1036, 1037, 1038, 1039,
                    1040, 1041, 1042, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014, 3015, 3016, 3017, 3018, 3019,
                    3020, 3021.
       NORTHVILLE CITY
       NORTHVILLE TOWNSHIP
       PLYMOUTH CITY
       PLYMOUTH TOWNSHIP
  DISTRICT 021
     WAYNE COUNTY (PART)
       BELLEVILLE CITY
       CANTON TOWNSHIP (PART)
          TRACT 563400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 4009, 4010, 4011, 4012, 4013,
                    4014, 4015, 4016, 4017, 4018, 4019,
                    4020.
          TRACT 563500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
```

```
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024,
              2025, 2026, 2027, 2028, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011.
TRACT 563600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022.
TRACT 563700 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 2000,
              2001, 2002, 2003, 2004, 2005, 2006.
TRACT 563800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011.
TRACT 564200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 2017, 2018, 3000, 3001, 3002,
              3003, 3004, 3005, 3006, 3007, 3008,
              3009, 3010, 3011, 3012, 3013, 3014,
              3015, 3016, 3017, 3018, 3019.
TRACT 564300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010.
TRACT 564401 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 1046, 1047,
              2000, 2001, 2002, 2003, 2004, 2005,
```

```
              2006, 2007, 2008, 2009.
TRACT 564402 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 1046, 1047,
              1048, 1049, 1050, 1051, 1052, 1053,
              1054, 1055, 1056, 1057, 1058.
TRACT 564501 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 1046, 1047,
              1048, 1049, 1050, 1051, 1052, 1053,
              1054, 1055, 1056, 1057.
TRACT 564502 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013, 2014, 2015, 2016,
              2017, 2018, 2019, 2020, 2021, 2022,
              2023, 2024, 2025, 2026, 2027, 2028,
              2029, 2030, 2031, 2032, 2033, 2034,
              2035, 2036, 2037, 2038, 2039, 2040,
              2041, 2042, 2043.
TRACT 564503 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 2017, 2018, 2019, 2020, 2021,
              2022, 2023, 2024, 2025, 2026, 2027,
              2028, 2029, 2030, 2031, 2032, 2033,
              2034, 2035, 2036, 2037, 2038, 2039,
```

```
                  2040, 2041, 2042, 2043, 2044, 2045,
                  2046, 2047, 2048, 2049, 2050, 2051,
                  2052, 2053, 2054, 2055, 2056.
TRACT 564504 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  1042, 1043, 1044, 1045, 1046, 1047,
                  1048, 1049, 1050, 1051, 1052, 1053,
                  1054, 1055, 1056, 1057, 1058, 1059,
                  1060, 1061, 1062, 1063, 1064, 1065,
                  1066, 1067, 1068, 1069, 1070, 1071,
                  1072, 1073, 1074, 1075, 1076, 1077,
                  1078, 1079, 1080, 1081, 1082, 1083,
                  1084, 1085, 1086, 1087, 1088, 1089,
                  1090, 1091, 1092, 1093, 1094, 1095,
                  1096, 1097, 1098, 1099, 1100, 1101,
                  1102, 1103, 1104, 1105, 1106, 1107,
                  1108, 1109, 1110, 1111, 1112, 1113,
                  1114, 1115, 1116, 1117, 1118, 1119.
TRACT 564600 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 2009,
                  2010, 2011, 2012, 2013, 2014, 2015,
                  2016, 2017, 2018, 2019, 2020, 2021,
                  3000, 3001, 3002, 3003, 3004, 3005,
                  3006, 3007, 3008, 3009, 3010, 3011,
                  3012, 3013, 3014, 3015, 3016, 3017,
                  3018, 3019, 3020, 3021, 3022, 3023,
                  3024, 3025, 3026, 3027, 3028, 3029,
                  3030, 3031, 3032, 3033, 3034, 3035,
                  3036, 3037.
TRACT 564700 INCLUDING BLOCK(S)
                  2000, 2001, 2002, 2003, 2004, 2005,
                  2006, 2007, 2008, 2009, 2010, 2011,
                  2012, 2013, 2014, 2015, 2016, 2017,
                  2018, 2019, 2020, 2021, 2022, 2023,
                  2024, 2025.
TRACT 564800 INCLUDING BLOCK(S)
                  1007, 1011, 1012, 1013, 1014, 1015,
                  1016, 1017, 1018, 1019, 1020, 1021,
                  1022, 1023, 1024, 1025, 1026, 1027,
                  2000, 2001, 2002, 2003, 2004, 2005,
```

```
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 2020, 2021, 2022, 2023,
                    2024, 2025, 2026, 2027, 2028, 2029,
                    2030, 2031, 2032, 2033, 2034, 2035,
                    2036, 2037, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018.
         TRACT 564900 INCLUDING BLOCK(S)
                    1025, 1026, 1027, 1028, 1029, 1030,
                    1033, 1034, 1035, 1036, 1037, 1038,
                    1039, 1040, 1041, 1042, 1043.
         TRACT 565000 INCLUDING BLOCK(S)
                    1008, 1009, 1017, 1018, 1019, 1020,
                    1021, 1022, 1023, 1024.
VAN BUREN TOWNSHIP (PART)
         TRACT 587000 INCLUDING BLOCK(S)
                    1000, 2016, 3002.
         TRACT 587900 INCLUDING BLOCK(S)
                    1008, 1009, 1010, 1011, 1012, 1013,
                    1014, 1015, 1016, 1017, 1018, 1019,
                    1020, 1021, 1022, 1023, 1024, 1025,
                    1026, 1027, 1028, 1029, 1033, 1034,
                    1035, 1036, 1037, 1038, 1039, 1040,
                    1041, 1042, 1043, 1044, 1045, 1046,
                    1047, 1048, 1049, 1050, 1051, 1052,
                    1053, 1054, 1055, 1056, 1057, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
                    2025, 3016, 3017, 3018, 3019, 3020,
                    3021, 3022, 3023, 3024, 3032, 3035,
                    3036, 3037, 3038, 3039, 3040, 3041,
                    3042, 3043, 3044, 3045, 3046, 3047,
                    3048, 3049, 3050, 3051.
         TRACT 588000 INCLUDING BLOCK(S)
                    1012, 2030, 2031, 3018.
         TRACT 588100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 1051, 1052, 1053,
```

```
           1054, 1055, 2000, 2001, 2002, 2003,
           2004, 2005, 2006, 2007, 2008, 2009,
           2010, 2011, 2012, 2013, 2014, 2015,
           2016, 2017, 2018, 2019, 2020, 2021,
           2022, 2023, 2024, 2025, 2026, 2027,
           2028, 2029, 2030, 2031, 2032, 2033,
           2034, 2035, 2036, 2037, 2038, 2039,
           2040, 2041, 2042, 2043, 2044, 2045,
           2046, 2047, 2048, 2049, 2050, 2051,
           2052, 2053, 2054, 2055, 2056, 2057,
           2058, 2059, 2060, 2061, 2062, 2063,
           2064.
TRACT 588200 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 2000,
           2001, 2002, 2003, 2004, 2005, 2006,
           2007, 2008, 2009, 2010, 2011, 2012,
           2013, 2014, 2015, 2016, 2017, 2018,
           2019, 2020, 2021.
TRACT 588300 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           2000, 2001, 2002, 2003, 2004, 2005,
           2006, 2007, 2008, 2009, 2010, 2011,
           2012, 2013, 2014, 2015, 2016, 2017,
           2018, 2019, 2020, 2021, 2022, 2023,
           2024, 2025, 2026, 2027, 2028, 2029,
           2030, 2031, 2032, 2033, 2034, 2035,
           2036, 2037, 2038, 3000, 3001, 3002,
           3003, 3004, 3005, 3006, 3007, 3008,
           3009, 3010, 3011, 3012, 3013, 3014,
           3015, 3016, 3017, 3018, 3019, 3020,
           3021, 3022, 3023, 3024, 3025, 3026,
           3027, 3028, 3029, 3030, 3031, 3032,
           3033, 3034, 3035, 3036, 3037, 3038.
TRACT 588400 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 1025, 1026, 1027, 1028, 1029,
           1030, 1031, 1032, 1033, 1034, 1035,
           1036, 1037, 1038, 1039, 1040, 1041,
           1042, 1043, 1044, 1045, 1046, 1047,
           1048, 1049, 1050, 1051, 1052, 1053,
           1054, 1055, 1056, 1057, 1058, 1059,
```

```
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 2020, 2021, 2022, 2023,
                    2024, 2025, 2026, 2027, 2028, 2029,
                    2030, 2031, 2032, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010.
        DISTRICT 022
            MACOMB COUNTY (PART)
                ROSEVILLE CITY
                WARREN CITY (PART)
                    TRACT 260000 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        2000, 2001, 2002, 2003, 2004, 2005,
                        2006, 2007, 2008, 2009, 2010, 2011,
                        2012, 2013, 2014, 3000, 3001, 3002,
                        3003, 3004, 3005, 3006, 3007.
                    TRACT 260100 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 2000, 2001, 2002, 2003,
                        2004, 2005, 2006, 2007, 2008, 3000,
                        3001, 3002, 3003, 3004, 3005, 3006,
                        3007, 3008, 3009, 3010, 3011.
                    TRACT 261400 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 2000, 2001, 2002, 2003,
                        2004, 2005, 2006, 3000, 3001, 3002,
                        3003, 3004, 3005, 3006, 3007, 3008,
                        3009, 3010, 3011, 3012, 3013, 3014,
                        3015, 3016.
                    TRACT 261500 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 1023,
                        1024, 1025, 1026, 1027, 1028, 2000,
                        2001, 2002, 2003, 2004, 2005, 2006,
                        2007, 2008, 2009, 2010, 2011, 2012,
                        2013, 2014, 2015, 2016, 2017, 2018,
                        2019, 2020, 2021, 2022, 2023, 2024,
                        2025, 2026, 2027, 2028, 2029, 2030,
                        2031.
                    TRACT 261600 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 2000, 2001, 2002,
                        2003, 2004, 2005, 2006, 2007, 2008,
                        2009, 2010, 2011, 2012, 2013, 2014,
```

```
          2015, 2016, 2017, 2018, 2019.
TRACT 261800 INCLUDING BLOCK(S)
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2018, 2019,
          2020.
TRACT 262600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011.
TRACT 262700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 4000, 4001, 4002, 4003,
          4004, 4005, 4006, 4007, 4008, 4009,
          4010, 4011, 4012.
TRACT 262800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 2018, 2019,
          2020, 2021.
TRACT 262900 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 4000, 4001, 4002, 4003, 4004,
          4005, 4006, 4007, 5000, 5001, 5002,
          5003, 5004, 5005, 5006.
TRACT 264200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          4000, 4001, 4002, 4003, 4004, 5000,
          5001, 5002, 5003, 5004, 5005, 5006,
          5007, 5008, 5009, 5010, 5011.
```

```
      TRACT 267600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 2000, 2001, 2002, 2003, 2004,
              2005, 2006.
      TRACT 268300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009.
      TRACT 268400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1026, 1027, 1028, 1029, 1032, 1033,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011,
              4012.
DISTRICT 023
    WAYNE COUNTY (PART)
        BROWNSTOWN TOWNSHIP
        GIBRALTAR CITY
        GROSSE ILE TOWNSHIP
        HURON TOWNSHIP
        TRENTON CITY
        WOODHAVEN CITY
DISTRICT 024
    MACOMB COUNTY (PART)
        CLINTON TOWNSHIP (PART)
        TRACT 240000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1037, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2015, 2016,
              2017, 2018, 2019, 2020, 2021, 2022,
              2023, 2024, 2025, 2026, 2027, 2028,
              2029, 2030, 2031, 2032, 2033, 2034,
```

```
                2035, 2036, 2037, 2038, 2039, 2040,
                2041, 2042, 2043.
TRACT 240300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013.
TRACT 240600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024, 2025, 2026, 2027, 2028, 2029,
                2030, 2031, 2032, 2033, 2034, 2035,
                2036, 2037, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 4000, 4001, 4002, 4003, 4004,
                4005, 4006, 4007, 4008, 4009, 4010,
                4011, 4012, 4013, 4014, 4015, 4016,
                4017, 4018, 4019, 4020.
TRACT 240700 INCLUDING BLOCK(S)
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 3025, 3026, 3027,
                4003, 4004, 4005, 4006, 4007, 4011.
TRACT 242000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016, 2017, 2018,
                2019, 2020, 2021, 2022, 2023, 2024,
                2025, 2026, 2027, 2028, 2029, 2030,
                2031, 2032, 2033, 2034, 2035, 2036,
                2037, 2038.
TRACT 242500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1046, 1047,
                1048, 2000, 2001, 2002, 2003, 2004,
```

```
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014, 3015,
            3016, 3017, 3018, 3019, 3020.
      TRACT 243000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 2020.
      TRACT 243500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 2021,
            2022, 2023, 2024, 2025.
      TRACT 244000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025.
HARRISON TOWNSHIP
MACOMB TOWNSHIP (PART)
      TRACT 224100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 1046, 1047,
            1048, 1049, 1050, 1051, 1052, 1053,
            1054, 1055, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2024, 2034,
            2035, 2036, 2037, 2038, 2039, 2040,
            2042, 2043.
```

```
TRACT 224200 INCLUDING BLOCK(S)
        1001, 1002, 1003, 1004, 1005, 1006,
        1007, 1008, 1009, 1010, 1011, 1012,
        1013, 1014, 1015, 1016, 1017, 1018,
        1019, 1020, 1021, 1022, 1023, 1024,
        1025, 1026, 1027, 1028, 1030, 1031,
        1032, 1033, 1034, 1035, 1036, 1037,
        1041, 1042, 1043, 1044, 1045, 2036.
TRACT 224300 INCLUDING BLOCK(S)
        1000.
TRACT 224400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014, 3015, 3016,
        3017, 3018, 3019
TRACT 224500 INCLUDING BLOCK(S)
        1017, 1018, 1019, 1020, 1021, 1022,
        1023, 1024, 1025, 1026, 1028, 2001,
        2002, 2003, 2004, 2005, 2009, 2010,
        2011, 2012, 2013, 2024, 2025, 2026,
        2027, 2028, 2030, 2031, 2032, 2033,
        2034, 2035, 2036, 2037, 2039, 2041,
        2042.
TRACT 224600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017, 2018, 2019,
        2020, 2021, 2022, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020.
DISTRICT 025
    MACOMB COUNTY (PART)
        STERLING HEIGHTS CITY (PART)
            TRACT 230000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
```

```
                 1024, 1025, 1026, 1027, 1028, 1029,
                 1030, 2000, 2001, 2002, 2003, 2004,
                 2005, 2006, 2007, 2008, 2009, 2010,
                 2011, 2012, 2013, 2014, 2015, 2016,
                 2017, 2018, 2019, 2020, 2021, 2022,
                 2023, 2024, 2025, 2026, 2027, 2028,
                 2029, 2030, 2031, 2032, 2033.
     TRACT 230200 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 2000,
                 2001, 2002, 2003, 2004, 2005, 2006,
                 2007, 2008, 2009, 2010, 2011, 2012,
                 2013, 2014, 3000, 3001, 3002, 3003,
                 3004, 3005, 3006, 3007, 3008, 3009,
                 3010, 3011, 3012, 3013, 3014, 3015,
                 3016, 3017, 3018, 3019, 3020, 3021,
                 3022, 3023, 3024, 4000, 4001, 4002,
                 4003, 4004, 4005, 4006, 4007, 4008,
                 4009, 4010, 4011, 4012, 4013, 4014,
                 4015, 4016, 4017, 4018, 4019, 4020,
                 4021, 4022, 4023, 4024, 4025, 4026,
                 4027, 4028, 4029, 4030, 4031, 4032,
                 4033, 4034.
     TRACT 230300 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1021, 1022, 1023,
                 1024, 1025, 1026, 1027, 1028, 1029,
                 1030, 1031, 1032, 1033, 1034, 1035,
                 2000, 2001, 2002, 2003, 2004, 2005,
                 2006, 2007, 2008, 2009, 2010, 2011,
                 2012, 2013, 3000, 3001, 3002, 3003,
                 3004, 3005, 3006, 3007, 3008, 3009,
                 3010, 3011, 3012, 3013, 3014, 3015.
     TRACT 230400 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1023, 1024, 1025,
                 1026, 1027, 1028, 1029, 1030, 3000,
                 3001, 3002, 3005.
     TRACT 230500 INCLUDING BLOCK(S)
                 2012, 2013, 2015, 3013.
     TRACT 230900 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 2000, 2001, 2002,
                 2003, 2004, 2005, 2006, 2007, 2008,
                 2009, 2010, 2011, 2012, 2013, 2014,
```

```
              2015, 2016, 2017, 2018, 2019, 2020,
              2021, 2022, 2023, 2024, 2025, 2026,
              2027, 2028, 2029, 2030, 2031, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 3010, 3011, 3012,
              3013, 3014, 3015, 3016, 3017, 3018,
              3019, 3020, 3021, 3022, 3023, 3024,
              3025, 3026, 3027, 3028, 3029, 3030,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 5000, 5001, 5002,
              5003, 5004, 5005, 5006, 5007, 5008,
              5009, 5010, 5011, 5012, 5013, 5014,
              5015, 5016, 5017.
TRACT 231000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016,
              3017, 3018, 3019, 3020, 3021, 3022,
              3023, 3024.
TRACT 231100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013, 2014, 2015, 2016,
              2017, 2018, 2019, 2020, 2021, 2022,
              2023, 2024, 2025, 2026, 2027, 2028,
              2029, 2030, 2031, 2032, 2033.
TRACT 231200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016,
              3017, 3018, 3019, 3020, 3021, 3022,
```

```
                    3023, 3024.
        TRACT 231800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012.
        TRACT 231900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020, 3021,
                    3022, 3023, 3024, 3025, 3026, 3027,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008.
        TRACT 232000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012.
        TRACT 232100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 2025, 2026, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013.
        TRACT 232200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
```

```
            2009, 2010, 2011, 2012, 2013, 2014,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 4000,
            4001, 4002, 4003, 4004, 4005, 4006,
            4007, 4008, 4009, 4010, 5000, 5001,
            5002, 5003, 5004, 5005.
    TRACT 232500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 2021,
            2022.
    TRACT 233000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023,
            2024, 2025, 2026, 2027, 2028, 2029,
            2030, 2031, 2032, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018.
    TRACT 987000 INCLUDING BLOCK(S)
            1046, 1047, 1048.
WARREN CITY (PART)
    TRACT 260200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 3000, 3001, 3002, 3003,
            3004, 3005, 3006.
    TRACT 260300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 3000, 3001,
            3002, 3003, 3004, 3005, 3006.
    TRACT 260400 INCLUDING BLOCK(S)
```

```
                    2000, 2001, 2002, 2027, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 4002, 4003, 4004, 4005, 4006,
                    4007, 4008, 4009.
          TRACT 261100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 3015, 3016,
                    3017, 3018, 3019, 3020, 3021, 3022,
                    3023, 3024, 3025, 3026, 3027, 3028,
                    3029, 3030, 3031, 3032, 3033, 3034,
                    3035, 3036, 3037, 3038, 3039, 3040,
                    3041, 3042, 3043, 3044, 3045, 3046,
                    3047, 3048, 3049, 3050, 3051, 3052,
                    3053, 3054, 3055, 3056, 3057, 3058,
                    3059, 3060.
          TRACT 261200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014.
          TRACT 262000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018.
DISTRICT 026
     OAKLAND COUNTY (PART)
          MADISON HEIGHTS CITY
          ROYAL OAK CITY
DISTRICT 027
     OAKLAND COUNTY (PART)
          BERKLEY CITY
          FERNDALE CITY
          HAZEL PARK CITY
          HUNTINGTON WOODS CITY
          OAK PARK CITY
          PLEASANT RIDGE CITY
          ROYAL OAK TOWNSHIP
```

```
DISTRICT 028
    MACOMB COUNTY (PART)
        CENTER LINE CITY
        WARREN CITY (PART)
            TRACT 260400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024, 2025, 2026, 2028, 2029, 2030,
                2031, 2032, 2033, 2034, 2035, 4000,
                4001, 5000, 5001, 5002, 5003, 5004,
                5005, 5006, 5007, 5008, 5009, 5010,
                5011, 5012, 5013, 5014, 5015.
            TRACT 260600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 3015, 3016,
                3017.
            TRACT 260700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014.
            TRACT 260800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008.
            TRACT 260900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 5000, 5001, 5002, 5003, 5004,
                5005, 5006, 5007, 5008, 5009.
            TRACT 261000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
```

```
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007.
        TRACT 261300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011.
        TRACT 261700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012.
        TRACT 261800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 2016, 2017.
        TRACT 261900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023.
        TRACT 262100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 1051, 1052, 1053,
                    1054, 1055, 1056, 1057, 1058, 1059,
                    1060, 1061, 1062, 1063, 1064, 1065,
                    1066, 1067, 1068, 1069, 1070, 1071,
                    1072, 1073, 1074.
        TRACT 262200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
```

```
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 1014, 1015, 2000, 2001,
         2002, 2003, 2004, 2005, 2006, 2007,
         2008, 2009, 2010, 2011, 2012, 2013,
         2014, 2015, 2016, 2017, 2018, 2019,
         2020, 2021, 2022, 2023, 2024, 2025,
         2026, 2027, 2028, 3000, 3001, 3002,
         3003, 3004, 3005, 3006, 3007, 3008,
         3009, 4000, 4001, 4002, 4003, 4004,
         4005, 4006, 4007, 4008, 4009, 4010,
         4011, 4012.
TRACT 262300 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 1014, 1015, 1016, 2000,
         2001, 2002, 2003, 2004, 2005, 2006,
         2007, 2008, 2009, 2010, 2011, 2012,
         2013, 2014, 2015, 3000, 3001, 3002,
         3003, 3004, 3005, 3006, 3007, 3008,
         3009, 3010, 3011, 3012, 3013, 3014,
         3015, 3016, 3017, 3018, 3019, 3020,
         3021, 3022, 3023, 3024, 3025, 3026,
         3027.
TRACT 262400 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         2000, 2001, 2002, 2003, 2004, 2005,
         2006, 2007, 2008, 2009, 2010, 2011,
         2012, 3000, 3001, 3002, 3003, 3004,
         3005, 3006, 3007, 3008, 3009, 3010,
         3011, 3012, 3013, 3014, 3015, 3016,
         3017, 3018, 3019, 3020, 3021.
TRACT 262500 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 2000, 2001, 2002, 2003,
         2004, 2005, 2006, 2007, 2008, 2009,
         2010, 2011, 2012, 2013, 3000, 3001,
         3002, 3003, 3004, 3005, 3006, 3007,
         3008, 3009, 3010, 3011, 3012, 3013,
         3014, 3015, 3016, 3017, 3018, 3019,
         3020, 3021, 3022, 3023, 3024, 3025,
         3026, 3027, 3028, 3029, 3030, 3031,
         3032, 3033, 3034, 3035, 3036, 4000,
         4001, 4002, 4003, 4004, 4005, 4006,
         4007, 4008, 4009, 4010, 4011, 4012,
         4013, 4014, 4015, 4016, 4017, 4018,
         4019, 4020, 4021, 5000, 5001, 5002,
         5003, 5004, 5005, 5006, 5007, 5008,
         5009, 5010, 5011, 5012, 5013, 6000,
```

```
                    6001, 6002, 6003, 6004, 6005, 6006,
                    6007, 6008, 6009, 6010, 6011, 6012,
                    6013, 7000, 7001, 7002, 7003, 7004,
                    7005, 7006, 7007, 7008, 7009, 7010,
                    7011, 7012, 7013, 7014, 7015, 7016,
                    7017, 7018, 7019, 7020, 7021, 7022,
                    7023, 7024.
        TRACT 263200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 4000, 4001, 4002, 4003, 4004,
                    4005, 4006, 4007, 4008, 4009, 4010,
                    4011, 4012, 4013, 4014, 4015.
        TRACT 263400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011,
                    4012, 4013, 5000, 5001, 5002, 5003,
                    5004, 5005, 5006, 5007, 5008.
        TRACT 263500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 4000, 4001, 4002,
                    4003, 4004, 4005, 4006, 4007, 4008,
                    4009, 4010, 4011, 4012, 4013, 4014,
                    4015, 4016, 4017, 4018.
        TRACT 263600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011,
                    4012, 4013, 4014, 4015, 4016, 4017,
```

```
                 4018, 5000, 5001, 5002, 5003, 5004,
                 5005, 5006, 5007, 5008, 5009, 5010,
                 5011, 5012, 5013, 5014, 5015, 5016,
                 5017, 5018, 5019, 5020, 5021, 5022,
                 5023, 5024, 5025, 5026.
    TRACT 263700 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 2000,
                 2001, 2002, 2003, 2004, 2005, 2006,
                 2007, 2008, 2009, 2010, 2011, 3000,
                 3001, 3002, 3003, 3004, 3005, 3006,
                 3007, 3008, 3009, 3010, 4000, 4001,
                 4002, 4003, 4004, 4005, 4006, 4007,
                 4008, 4009, 4010, 4011, 4012, 4013,
                 4014, 5000, 5001, 5002, 5003, 5004,
                 5005, 5006, 5007, 5008, 5009, 5010,
                 5011, 5012, 5013, 5014, 5015, 5016,
                 5017.
    TRACT 263800 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 2000, 2001, 2002, 2003, 2004, 2005,
                 2006, 2007, 2008, 2009, 2010, 2011,
                 2012, 2013, 2014, 2015, 2016, 2017,
                 2018, 2019, 2020, 2021, 2022, 2023,
                 2024, 2025, 2026, 2027, 2028, 2029,
                 2030, 2031, 2032, 2033, 2034, 2035,
                 2036, 3000, 3001, 3002, 3003, 3004,
                 3005, 3006, 3007, 3008, 3009, 3010,
                 3011, 3012, 3013, 3014.
    TRACT 263900 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1021, 1022, 1023,
                 1024, 2000, 2001, 2002, 2003, 2004,
                 2005, 2006, 2007, 2008, 2009, 2010,
                 2011, 2012, 2013, 2014, 2015, 2016,
                 3000, 3001, 3002, 3003, 3004, 3005,
                 3006, 3007, 3008, 3009, 3010, 3011,
                 3012, 3013, 3014, 3015, 3016, 3017,
                 3018.
    TRACT 264000 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 2000, 2001, 2002, 2003,
                 2004, 2005, 2006, 2007, 2008, 2009,
                 2010, 2011, 2012, 2013, 2014, 2015,
                 2016, 2017, 2018, 2019, 2020, 2021,
```

```
                        2022, 2023, 2024.
            TRACT 268400 INCLUDING BLOCK(S)
                        1024, 1025, 1030, 1031, 2000, 2001,
                        2002, 2003, 2004, 2005, 2006, 2007,
                        2008, 2009, 2010, 2011, 2012, 2013,
                        2014, 3000, 3001, 3002, 3003, 3004,
                        3005, 3006, 3007, 3008, 3009, 3010,
                        3011, 3012, 3013, 4013, 4014.
            TRACT 982200 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 1023,
                        1024.
            TRACT 982300 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 1023,
                        1024, 1025, 1026, 1027, 1028, 1029,
                        1030, 1031, 1032, 1033, 1034, 1035,
                        1036, 1037, 1038, 1039, 1040, 1041,
                        1042, 1043, 1044, 1045, 1046, 1047,
                        1048, 1049, 1050, 1051, 1052, 1053,
                        1054, 1055, 1056, 1057, 1058, 1059,
                        1060, 1061, 1062, 1063, 1064, 1065,
                        1066, 1067, 1068, 1069, 1070, 1071,
                        1072, 1073.
DISTRICT 029
    OAKLAND COUNTY (PART)
        AUBURN HILLS CITY
        KEEGO HARBOR CITY
        ORCHARD LAKE VILLAGE CITY
        PONTIAC CITY
        SYLVAN LAKE CITY
DISTRICT 030
    MACOMB COUNTY (PART)
        SHELBY TOWNSHIP (PART)
            TRACT 225702 INCLUDING BLOCK(S)
                        2002, 2019, 2020.
            TRACT 225800 INCLUDING BLOCK(S)
                        2000, 2001, 2002, 2003, 2004, 2005,
                        2006, 2007, 2008, 2009, 2010, 2011,
                        2012, 2013, 2014, 2015, 2016, 2017,
                        2018, 2019, 2020, 2021, 2022, 2023,
                        3009, 3010, 3011, 3012, 3017, 3018,
                        3019, 3020, 3021, 3022, 3023, 3024,
                        3025, 3026, 3027, 3028, 3029, 3030,
                        3031, 3032, 3033, 3034, 3035, 3036,
```

```
              3037, 3038, 3039, 4000, 4001, 4002,
              4003, 4004, 4005, 4006, 4007, 4008,
              4009, 4010, 4011, 4012, 4013, 4014,
              4015, 4016, 4017, 4018, 4019.
    TRACT 225900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016.
    TRACT 227000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3010, 3011, 3012, 3013, 3014, 3015,
              3016, 3017, 3018, 3019, 3020, 3021,
              3022, 3023, 3024, 3025, 3026, 4000,
              4001, 4002, 4003, 4004, 4005, 4006,
              4007, 4008, 4009, 4010, 4011, 4012,
              4013, 4014, 4015, 4016, 4017, 4018,
              4019, 4020, 4021, 4022, 4023, 4024,
              4025, 4026, 4027.
    TRACT 227300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023, 2024, 2025,
              2026, 2027, 2028, 2029, 2030, 2031,
              2032, 2033, 2034, 2035.
STERLING HEIGHTS CITY (PART)
    TRACT 230400 INCLUDING BLOCK(S)
              1021, 1022, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 3003, 3004, 3006, 3007,
```

```
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014, 3015, 3016.
        TRACT 230500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2014, 2016, 2017, 2018, 2019,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 4000, 4001, 4002, 4003, 4004,
                    4005, 4006, 4007, 4008, 4009, 4010,
                    4011, 4012, 4013, 4014, 4015, 4016,
                    4017, 4018, 4019, 4020, 4021, 4022,
                    4023.
        TRACT 230601 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 1051, 1052, 1053,
                    1054, 1055, 1056, 1057, 1058, 1059,
                    1060, 1061, 1062, 1063, 1064, 1065,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 2020, 2021, 2022, 2023,
                    2024, 2025.
        TRACT 230602 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 1051, 1052, 1053,
                    1054, 1055, 1056, 1057, 1058, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
```

```
               2013, 2014, 2015, 2016, 2017, 2018.
TRACT 230700 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 1022, 1023,
               1024, 1025, 1026, 1027, 1028, 1029,
               1030, 1031, 2000, 2001, 2002, 2003,
               2004, 2005, 2006, 2007, 2008, 2009,
               2010, 3000, 3001, 3002, 3003, 3004,
               3005, 3006, 3007, 3008, 3009.
TRACT 230800 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 2000, 2001, 2002, 2003,
               2004, 2005, 2006, 2007, 2008, 2009,
               2010, 2011, 2012, 2013, 2014, 2015,
               2016, 2017, 2018, 3000, 3001, 3002,
               3003, 3004, 3005, 3006, 3007, 3008,
               3009, 3010, 3011, 3012, 3013, 3014,
               3015, 3016, 3017, 3018, 3019, 3020.
TRACT 231400 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 1022, 1023,
               1024, 1025, 1026, 1027, 1028, 2000,
               2001, 2002, 2003, 2004, 2005, 2006,
               2007, 2008, 2009, 2010, 2011, 2012,
               2013, 2014, 2015, 2016, 2017, 2018,
               2019, 2020, 2021, 2022, 2023, 2024,
               2025, 2026, 3000, 3001, 3002, 3003,
               3004, 3005, 3006, 3007, 3008, 3009,
               3010, 3011, 3012, 3013, 3014, 3015,
               3016, 3017, 3018, 3019.
TRACT 231500 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 2000, 2001, 2002,
               2003, 2004, 2005, 2006, 2007, 2008,
               2009, 2010, 2011, 2012, 2013, 2014,
               2015, 3000, 3001, 3002, 3003, 3004,
               3005, 3006, 3007, 3008, 3009, 3010,
               3011, 3012, 3013, 3014, 3015, 3016,
               4000, 4001, 4002, 4003, 4004, 4005,
               4006, 4007, 4008, 4009, 4010, 4011,
               4012, 4013.
TRACT 231600 INCLUDING BLOCK(S)
```

```
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010.
        TRACT 231700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011.
        TRACT 232300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024, 2025, 2026, 2027, 3000.
        TRACT 232400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012.
        TRACT 982000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1049, 1050,
                1051, 1052, 1053, 1054, 1055, 1056,
                1057.
UTICA CITY
```

DISTRICT 031
    MACOMB COUNTY (PART)
        CLINTON TOWNSHIP (PART)
            TRACT 240000 INCLUDING BLOCK(S)
                1031, 1032, 1033, 1034, 1035, 1036.
            TRACT 240400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012,
                4013, 4014, 4015.
            TRACT 240500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 2016,
                2017, 2018, 2019, 2020, 2021, 2022,
                2023, 2024, 2025, 2026.
            TRACT 240700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 3018, 3019,
                3020, 3021, 3022, 3023, 3024, 4000,
                4001, 4002, 4008, 4009, 4010, 4012,
                4013, 4014.
            TRACT 240800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 3015, 3016,

```
            3017, 3018, 3019, 3020, 3021, 3022,
            3023, 3024, 3025, 3026, 3027, 3028.
TRACT 240900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 2021,
            2022, 2023, 2024, 2025.
TRACT 241000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2021, 2022,
            2023, 2024, 2025, 2026, 2027, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 3012,
            3013, 3014, 3015, 3016, 3017, 3018,
            3019, 3020, 3021, 3022, 3023, 3024,
            3025, 3026, 3027, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013, 4014,
            4015, 4016, 4017.
TRACT 241200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015, 3016, 3017, 4000, 4001,
            4002, 4003, 4004, 4005, 4006, 4007,
            4008, 4009, 4010, 4011, 4012, 5000,
            5001, 5002, 5003, 5004, 5005, 5006,
            5007, 5008.
TRACT 241300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037.
TRACT 241400 INCLUDING BLOCK(S)
```

```
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  2000, 2001, 2002, 2003, 2004, 2005,
                  2006, 2007, 2008, 2009, 2010, 2011,
                  2012, 2013, 2014, 2015, 2016, 2017,
                  2018, 2019, 2020, 2021, 2022, 2023,
                  2024, 2025, 2026, 2027, 2028, 2029,
                  2030, 2031, 2032.
TRACT 241500 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  1042, 1043, 1044, 1045, 1046, 1047,
                  1048, 1049, 1050, 1051, 1052.
TRACT 241600 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 2000, 2001, 2002,
                  2003, 2004, 2005, 2006, 2007, 2008,
                  2009, 2010, 2011, 2012, 2013, 2014,
                  2015.
TRACT 241700 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 2000, 2001,
                  2002, 2003, 2004, 2005, 2006, 2007,
                  2008, 2009, 2010, 2011, 2012, 2013,
                  2014, 2015, 2016, 2017, 2018, 2019,
                  2020, 2021, 2022, 2023, 2024, 2025,
                  3000, 3001, 3002, 3003, 3004, 3005,
                  3006, 3007, 3008, 3009, 3010, 3011,
                  3012, 3013, 3014, 3015, 3016, 3017,
                  3018, 3019, 3020, 3021, 3022, 3023,
                  3024, 3025, 3026, 3027, 3028.
TRACT 241800 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  1042, 1043, 1044, 1045, 1046, 1047,
                  1048, 1049, 1050, 1051, 1052, 1053,
                  1054, 1055, 1056, 1057, 1058, 1059,
                  1060, 1061, 1062, 1063, 1064, 1065,
```

```
                    1066, 1067, 1068, 1069, 1070, 1071,
                    1072, 1073, 1074, 1075, 1076, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
                    2025, 2026, 2027, 2028, 2029, 2030,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 3019, 3020.
          TRACT 241900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
                    2025, 2026, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020, 3021.
          TRACT 242100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012.
          TRACT 243500 INCLUDING BLOCK(S)
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2026.
          FRASER CITY
          MT. CLEMENS CITY
    DISTRICT 032
       MACOMB COUNTY (PART)
          CHESTERFIELD TOWNSHIP
          NEW BALTIMORE CITY
       ST. CLAIR COUNTY (PART)
          CASCO TOWNSHIP
          COLUMBUS TOWNSHIP
          IRA TOWNSHIP
          KENOCKEE TOWNSHIP
          KIMBALL TOWNSHIP
          MEMPHIS CITY
          RICHMOND CITY
          RILEY TOWNSHIP
          WALES TOWNSHIP
    DISTRICT 033
```

MACOMB COUNTY (PART)
    ARMADA TOWNSHIP
    LENOX TOWNSHIP
    MACOMB TOWNSHIP (PART)
        TRACT 223400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024, 2025, 2026, 2027, 2028, 2029,
                2030, 2031, 2032, 2033, 2034, 2035,
                2036, 2037, 2038, 2039, 2040, 2041,
                2042, 2043, 2044, 2045, 2046, 2047,
                2048, 2049, 2050, 2051, 2052, 2053,
                2054, 2055, 2056, 2057, 2058, 2059,
                2060, 2061, 2062, 2063, 2064, 2065,
                2066, 2067, 2068, 2069, 2070, 2071,
                2072, 2073, 2074, 2075, 2076, 2077,
                2078, 2079, 2080, 2081, 2082, 2083,
                2084, 2085, 2086, 2087, 2088, 2089,
                2090, 2091, 2092, 2093, 2094, 2095,
                2096, 2097, 2098, 2099, 2100, 2101,
                2102, 2103, 2104, 2105, 2106, 2107,
                2108, 2109, 2110, 2111, 2112, 2113,
                2114, 2115, 2116, 2117, 2118, 2119,
                2120, 2121, 2122, 2123, 2124, 2125,
                2126, 2127, 2128, 2129, 2130, 2131,
                2132, 2133, 2134, 2135, 2136, 2137,
                2138, 2139, 2140, 2141, 2142, 2143,
                2144, 2145, 2146, 2147, 2148, 2149.
        TRACT 223500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1046.
        TRACT 223800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,

```
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 2049, 2050, 2051, 2052,
2053, 2054, 2055, 2056, 2057, 2058,
2059, 2060, 2061, 2062, 2063, 2064,
2065, 2066, 2067, 2068, 2069, 2070,
2071, 2072, 2073, 2074, 2075, 2076,
2077, 2078, 2079, 2080, 2081, 2082,
2083, 2084, 2085, 2086, 2087, 2088,
2089, 2090, 2091, 2092, 2093, 2094,
2095, 2096, 2097, 2098, 2099, 2100,
2101, 2102, 2103, 2104, 2105, 2106,
2107, 2108, 2109, 2110, 2111, 2112,
2113, 2114, 2115, 2116, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019.
```
TRACT 223900 INCLUDING BLOCK(S)
```
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041, 3042, 3043,
3044, 3045, 3046, 3047, 3048, 3049,
3050, 3051, 3052, 3053, 3054, 3055,
3056, 3057, 3058, 3059, 3060, 3061,
3062, 3063, 3064.
```
TRACT 224000 INCLUDING BLOCK(S)
```
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
```

```
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022,
        2023, 2024, 2025, 2026, 2027, 3028,
        2029, 2030, 2031, 2032, 2033, 3034,
        2035, 2036, 2037, 2038, 2039, 2040,
        2041, 2042, 2043, 2044, 2045, 2046,
        2047, 2048, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 3023, 3024, 3025, 3026, 3027,
        3028, 3029, 3030, 3031, 3032, 3033,
        3034, 3035, 3036, 3037, 3038, 3039,
        3040, 3041, 3042, 3043, 3044, 3045,
        3046, 3047, 3048, 3049, 3050, 3051,
        3052, 3053, 3054, 3055, 3056, 3057,
        3058, 3059, 3060, 3061, 3062, 3063,
        3064, 3065.
TRACT 224100 INCLUDING BLOCK(S)
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2021, 2022, 2023, 2025, 2026,
        2027, 2028, 2029, 2030, 2031, 2032,
        2033, 2041.
TRACT 224200 INCLUDING BLOCK(S)
        1000, 1025, 1038, 1039, 1040, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 2017, 2018,
        2019, 2020, 2021, 2022, 2023, 2024,
        2025, 2026, 2027, 2028, 2029, 2030,
        2031, 2032, 2033, 2034, 2035, 2037,
        2038, 2039, 2040, 2041, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 3023, 3024, 3025,
        3026.
TRACT 224300 INCLUDING BLOCK(S)
        1001, 1002, 1003, 1004, 1005, 1006,
        1007, 1008, 1009, 1010, 1011, 1012,
        1013, 1014, 1015, 1016, 1017, 1018,
        1019, 1020, 1021, 1022, 1023, 1024,
        1025, 1026, 2000, 2001, 2002, 2003,
```

```
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021.
        TRACT 224500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1027,
                    2000, 2006, 2007, 2008, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 2029, 2038, 2040.
    MEMPHIS CITY
    RAY TOWNSHIP
    RICHMOND CITY
    RICHMOND TOWNSHIP
DISTRICT 034
    GENESEE COUNTY (PART)
        FLINT CITY (PART)
        TRACT 000100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006.
        TRACT 000200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011,
                    4012, 4013, 4014, 4015, 4016, 4017,
                    4018, 4019.
        TRACT 000300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008.
        TRACT 000400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 3000, 3001,
```

```
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 3018, 3019,
                3020, 3021, 3022, 3023, 3024, 3025.
    TRACT 000500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018.
    TRACT 000600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010.
    TRACT 000700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 4000, 4001, 4002, 4003,
                4004, 4005, 4006, 4007, 4008, 4009,
                4010, 4011, 4012, 4013, 4014, 4015,
                4016, 4017, 4018, 4019, 5000, 5001,
                5002, 5003, 5004, 5005, 5006, 5007,
                5008, 5009.
    TRACT 000800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 2020,
                2021, 2022, 2023, 2024, 2025, 2026.
    TRACT 000900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2000, 2001, 2002, 2003,
```

```
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 3017,
            3018, 3019, 3020, 3021, 3022, 3023,
            3024, 3025, 3026, 3027, 3028, 3029,
            3030, 3031, 4000, 4001, 4002, 4003,
            4004, 4005, 4006, 4007, 4008, 4009,
            4010, 4011, 4012, 4013, 5000, 5001,
            5002, 5003, 5004, 5005, 5006, 5007,
            5008, 5009, 5010, 5011, 5012, 5013,
            5014, 5015, 5016, 5017, 5018, 5019.
TRACT 001000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 4000, 4001, 4002, 4003,
            4004, 4005, 4006, 4007, 4008, 4009,
            4010, 4011, 4012, 4013, 4014, 4015,
            4016, 4017, 4018, 4019, 4020.
TRACT 001100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 3014, 3015, 3016,
            3017, 3018, 3019, 3020, 3021, 3022,
            3023, 3024, 3025, 3026, 3027, 3028,
            4000, 4001, 4002, 4003, 4004, 4005,
            4006, 4007, 4008, 4009, 4010, 4011,
            4012, 4013, 4014, 4015, 4016, 4017,
            4018, 4019, 4020, 4021, 4022, 4023,
            4024, 4025, 4026, 4027, 4028, 4029,
            4030, 4031, 4032, 4033, 4034, 4035,
            4036, 4037.
TRACT 001200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016, 2017, 2018, 2019,
            2020, 2021, 2022, 2023, 2024, 2025,
```

```
              2026, 2027, 2028, 2029, 2030, 2031,
              2032, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 4000, 4001, 4002,
              4003, 4004, 4005, 4006, 4007, 4008,
              4009, 4010, 4011, 4012, 4013.
TRACT 001300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013, 2014, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 4000, 4001, 4002,
              4003, 4004, 4005, 4006, 4007, 4008,
              4009, 4010.
TRACT 001400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012, 3013,
              3014, 3015, 3016, 3017, 3018, 3019,
              3020, 3021, 3022, 3023, 3024, 3025,
              3026, 3027, 3028, 3029, 3030, 3031,
              3032, 3033, 3034, 3035.
TRACT 001500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023, 2024, 2025,
              2026, 2027, 2028, 2029, 2030, 2031.
TRACT 001600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 2003, 2004,
              2005, 2006, 2010, 3000, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3018,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011,
              4012, 4013, 4014, 4015, 4016, 4017,
```

```
                4018, 4019, 4020, 4021, 4022, 4023,
                4024, 4025, 4026, 4027, 5000, 5001,
                5002, 5003, 5004, 5005, 5006, 5007,
                5008, 5009, 5010, 5011, 5012, 5013,
                5014, 5015.
    TRACT 001700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016, 2017, 2018,
                2019, 2020, 2021, 2022, 2023, 2024,
                2025, 2026, 2027, 2028, 2029, 2030,
                2031, 2032, 2033, 2034, 2035, 2036,
                2037, 2038, 2039, 2040, 2041, 2042,
                2043, 2044, 2045, 2046, 2047, 2048,
                2049, 2050, 2051, 2052, 2053, 2054,
                2055, 2056, 2057, 2058, 2059, 2060.
    TRACT 001800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016, 2017, 2018,
                2019, 2020, 2021, 2022, 2023, 2024.
    TRACT 001900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                3015, 3016, 3017, 3018, 3019, 3020,
                3021, 3022, 3023, 3024, 3025, 3026,
                3027, 3028, 3029, 3030, 3031, 3032,
                3033, 3034, 3035, 3036.
    TRACT 002000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
```

```
                  2008, 2009, 2010, 2011, 2012, 2013,
                  2014, 2015, 2016, 2017, 2018, 2019,
                  2020, 2021, 2022, 2023, 2024, 2025,
                  2026.
      TRACT 002200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 2007, 2008, 2009, 2010,
                  2011, 2012, 2013, 2014, 3000, 3001,
                  3002, 3003, 3004, 3005, 3006, 3007,
                  3008, 3009, 3010, 3011, 4000, 4001,
                  4002, 4003, 4004, 4005, 4006, 4007,
                  4008, 4009, 4010, 4011, 5000, 5001,
                  5002, 5003, 5004, 5005, 5006, 5007,
                  5008, 5009, 5010, 5011, 5012, 5013,
                  5014, 5015, 5016, 5017, 5018, 5019,
                  5020, 5021, 5022, 5023, 5024, 5025,
                  5026, 5027, 5028, 5029, 5030, 5031,
                  5032, 5033, 5034, 5035, 5036, 5037,
                  5038.
      TRACT 002300 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 2000,
                  2001, 2002, 2003, 2004, 2005, 2006,
                  2007, 2008, 2009, 2010, 2011, 2012,
                  2013, 2014, 2015, 2016, 2017, 2018,
                  2019, 2020, 2021, 2022, 2023, 2024,
                  2025, 2026, 2027, 3000, 3001, 3002,
                  3003, 3004, 3005, 3006, 3007, 3008,
                  3009, 3010, 3011, 3012, 3013, 3014,
                  3015, 3016, 3017, 3018, 3019.
      TRACT 002400 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 2000, 2001,
                  2002, 2003, 2004, 2005, 2006, 2007,
                  2008, 2009, 2010, 3000, 3001, 3002,
                  3003, 3004, 3005, 3006, 3007, 3008.
      TRACT 002600 INCLUDING BLOCK(S)
                  1011, 1012, 1013, 1015, 1016, 2004,
                  2005, 2006, 2007, 2008, 4000, 4001,
                  4002, 4003, 4004, 4005, 4006, 4007,
                  4008, 4009, 4010, 4011, 4012, 4013,
                  4014, 4015, 5000, 5001, 5002, 5003,
                  5004, 5005, 5006, 5007, 5008, 5009,
```

```
            5010, 5011, 5012, 5013, 5014, 5015,
            5016, 5017, 5018, 5019, 5020, 5021,
            5022, 5023, 5024, 5025, 5026, 5027,
            5028, 5029, 5030, 5031, 5032, 5033.
TRACT 002700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015, 3016, 3017, 3018, 3019,
            3020, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 4009, 4010,
            4011, 4012, 4013, 4014, 4015, 4016,
            4017, 4018, 4019, 4020, 4021, 4022,
            4023, 4024, 4025, 4026, 4027, 4028,
            4029, 4030, 4031
TRACT 002800 INCLUDING BLOCK(S)
            1009, 1010, 1011, 1012, 1013, 1014,
            1015, 1016, 1018, 1019, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2017,
            2018, 2019, 2020, 2021, 2026, 2027,
            2028, 2029, 2030, 2031, 2036, 2037,
            2038, 2049, 2050, 2051, 2104, 2105,
            3005, 3006, 3027, 3028, 3029, 3030,
            3031, 3032, 3038, 3039, 3040.
TRACT 003000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1014, 1015, 1016, 1017, 1018,
            1019, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2021, 2022,
            2023, 2024, 2025, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3028,
            3039, 3040, 3041, 3042.
TRACT 003100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
```

```
            2016, 2017, 2018, 2019, 2020, 2021,
            2022, 2023, 2024, 2025, 2026, 2027,
            2028, 2029, 2030, 2031, 2032, 2033,
            2034, 2035, 2036, 2037, 2038, 2039,
            2040, 2041, 2042, 2043, 2044, 2045,
            2046, 2047, 2048, 2049, 2050, 2051,
            2052, 2053, 2054, 2055, 2056, 2057,
            2058, 2059.
TRACT 003200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 3000, 3001,
            3002, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018, 4000, 4001,
            4002, 4003, 4004, 4005, 4006, 4007,
            4008, 4009, 4010, 4011, 4012, 4013,
            4014, 4015, 4016, 4017, 4018, 4019,
            4020, 4021, 4022.
TRACT 003300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008.
TRACT 003400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 2007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 2020,
            2021, 2022, 2023.
TRACT 003500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
```

```
                    3007, 3008, 3009.
TRACT 003600 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 1008, 1009, 1010, 1011,
       1012, 1013, 1014, 1015, 1016, 1017,
       1018, 1019, 1020, 1021, 1022, 2000,
       2001, 2002, 2003, 2004, 2005, 2006,
       2007, 2008, 2009, 2010, 2011, 2012,
       2013, 2014, 2015, 2016, 2017, 2018,
       2019, 2020, 2021, 2022, 2023, 3000,
       3001, 3002, 3003, 3004, 3005, 3006,
       3007, 3008, 3009, 3010, 3011, 3012,
       3013, 3014, 3015, 4000, 4001, 4002,
       4003, 4004, 4005, 4006, 4007, 4008,
       4009, 4010, 4011, 4012, 4013, 4014,
       4017, 4018, 4026, 4027, 4029, 5000,
       5001, 5002, 5003, 5004, 5005.
TRACT 003700 INCLUDING BLOCK(S)
       1005, 1006, 1008, 2000, 2001, 2002,
       2003, 2004, 2005, 2006, 2007, 2008,
       2009, 2010, 2011, 2015, 2016, 2017,
       2018, 2019, 2020, 2021, 2022, 2023,
       2024, 2025, 2026, 2027, 2028, 2029,
       2030, 2031, 2032, 2033, 2034, 2035,
       2036, 3000, 3001, 3002, 3031, 3033,
       4000, 4001, 4002, 4003, 4004, 4005,
       4006, 4007, 4008, 4009, 4010, 4011,
       4012, 4013, 4014, 4015, 4016, 4017,
       4018.
TRACT 003800 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 1008, 1009, 1010, 1011,
       1012, 1013, 1014, 1015, 1016, 1017,
       1018, 1019, 1020, 1021, 1022, 1023,
       1024, 1025, 1026, 1027, 1028, 1029,
       1030, 1031, 1032, 1033, 1034, 1035,
       1036, 1037, 1038, 1039, 1040, 1041,
       1042, 1043, 1044, 1045, 1046, 1047,
       1048, 2000, 2001, 2002, 2003, 2004,
       2005, 2006, 2007, 2008, 2009, 2010,
       2011, 2012, 2013, 2014, 2015, 2016,
       2017, 2018, 2019, 2020, 2021, 2022,
       2023, 2024, 2025, 2026, 2027, 2028,
       2029, 2030, 2031, 2032, 2033, 2034,
       2035, 2036.
TRACT 004000 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 1008, 1009, 1010, 1011,
       1012, 1013, 1014, 1015, 1016, 1017,
```

```
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 2000, 2001, 2002, 2003, 2004,
           2005, 2006, 2007, 2008, 2009, 2010,
           2011, 2012, 2013, 2014, 2015, 2016,
           2017, 2018, 2019, 2020, 2021, 2022,
           2023, 2024, 2025, 2026, 2027, 2028,
           2029, 2030, 2031, 2032, 2033, 3000,
           3001, 3002, 3003, 3004, 3005, 3006,
           3007, 3008, 3009, 3010, 3011, 3012,
           3013, 3014, 3015, 3016, 4000, 4001,
           4002, 4003, 4004, 4005, 4006, 4007,
           4008, 4009, 4010, 4011, 4012, 4013,
           4014, 4015, 4016, 4017, 4018, 4019,
           4020.
    TRACT 013600 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 1025, 1026, 1027, 1028, 1029,
           1030, 1031, 1032, 1033, 1034.
    TRACT 980100 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 1025, 1026, 1027, 1028, 1029,
           1030, 1031, 1032, 1033, 1034, 1035,
           1036, 1037, 1038, 1039, 1040, 1041,
           1042.
DISTRICT 035
    OAKLAND COUNTY (PART)
        LATHRUP VILLAGE CITY
        SOUTHFIELD CITY
        SOUTHFIELD TOWNSHIP
DISTRICT 036
    MACOMB COUNTY (PART)
        BRUCE TOWNSHIP
        SHELBY TOWNSHIP (PART)
        TRACT 225100 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 1025, 1026, 1027, 1028, 1029,
           1030, 1031, 1032, 1033, 1034, 2000,
           2001, 2002, 2003, 2004, 2005, 2006,
           2007, 2008, 2009, 2010, 2011, 2012,
           2013, 2014, 2015, 2016, 2017.
```

```
TRACT 225200 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 1020, 1021, 1022, 1023,
     1024, 1025, 1026, 1027, 1028, 1029,
     1030, 1031, 1032, 1033, 1034, 1035,
     1036, 2000, 2001, 2002, 2003, 2004,
     2005, 2006, 2007, 2008, 2009, 2010,
     2011, 2012, 2013, 2014, 2015, 2016,
     2017, 2018, 3000, 3001, 3002, 3003,
     3004, 3005, 3006, 3007, 3008, 3009,
     3010, 3011, 3012, 3013, 3014, 3015,
     3016, 3017, 3018, 3019, 3020, 3021,
     3022, 3023, 3024, 3025, 3026, 3027.
TRACT 225300 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 2000, 2001, 2002, 2003, 2004,
     2005, 2006, 2007, 2008, 2009, 2010,
     2011, 2012, 3000, 3001, 3002, 3003,
     3004, 3005, 3006, 3007, 3008, 3009,
     4000, 4001, 4002, 4003, 4004, 4005,
     4006, 4007, 4008, 4009, 4010, 4011,
     4012, 4013, 4014, 4015, 4016, 4017,
     4018, 4019, 4020, 4021, 4022, 4023,
     4024, 4025.
TRACT 225400 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 1020, 1021, 1022, 1023,
     1024, 1025, 1026, 1027, 1028, 1029,
     1030, 1031, 1032, 1033, 1034, 1035,
     1036, 1037, 1038, 1039, 1040, 1041,
     1042, 1043, 2000, 2001, 2002, 2003,
     2004, 2005, 2006, 2007, 2008, 2009,
     2010, 2011, 2012, 2013, 2014, 2015,
     2016, 2017, 2018, 2019, 2020, 2021,
     2022, 2023, 2024, 2025, 2026, 2027,
     2028, 2029, 2030, 2031, 2032, 2033,
     2034, 3000, 3001, 3002, 3003, 3004,
     3005, 3006, 3007, 3008, 3009, 3010,
     3011, 3012, 3013, 3014, 3015, 3016,
     3017.
TRACT 225500 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
```

```
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          2011, 2012, 2013, 2014, 2015, 2016,
          2017, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          3011, 3012, 3013, 3014.
TRACT 225600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 2018, 2019,
          2020, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          3011, 3012, 3013, 3014, 3015, 3016,
          3017, 3018, 3019, 3020, 3021, 3022,
          3023, 3024.
TRACT 225701 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3017, 3018, 3019.
TRACT 225702 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018.
TRACT 225800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3013, 3014, 3015, 3016.
TRACT 226100 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
```

```
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016, 2017, 2018, 2019,
            2020, 2021, 2022, 2023, 2024, 2025,
            2026, 2027, 2028, 2029, 2030, 2031,
            2032, 2033.
     TRACT 226400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036.
     TRACT 226700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 2021,
            2022, 2023, 2024, 2025, 2026, 2027,
            2028, 2029, 2030, 2031, 2032, 2033,
            2034, 2035, 2036, 2037, 2038, 2039,
            2040, 2041.
        WASHINGTON TOWNSHIP
DISTRICT 037
     OAKLAND COUNTY (PART)
        FARMINGTON CITY
        FARMINGTON HILLS CITY
DISTRICT 038
     OAKLAND COUNTY (PART)
        LYON TOWNSHIP
        NORTHVILLE CITY
        NOVI CITY
        NOVI TOWNSHIP
        SOUTH LYON CITY
        WALLED LAKE CITY
DISTRICT 039
     OAKLAND COUNTY (PART)
        COMMERCE TOWNSHIP
        WEST BLOOMFIELD TOWNSHIP (PART)
            TRACT 145200 INCLUDING BLOCK(S)
```

```
                    1035, 1036, 2006, 2007, 2020, 2021,
                    2022, 2024, 2025.
          TRACT 154100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 2024, 2025, 2026, 2027,
                    2028, 2029, 2030, 2031, 2032, 2033,
                    2034, 2035, 2036, 2037, 2038, 2039,
                    2040, 2041, 2042, 2043, 2044, 2045.
          TRACT 154600 INCLUDING BLOCK(S)
                    1002, 1003, 1004, 1005, 1008, 1010,
                    1011, 1012, 1013, 1014, 1015, 1016,
                    1017, 1018, 1019, 1020, 1021, 1022,
                    1023, 1024, 1028, 1029, 1030, 1031,
                    1032, 1033, 1034, 1035, 1036, 1037,
                    1038, 1039, 1040, 1041, 1042, 1043,
                    1044, 1045, 1046, 1047, 1048, 1049,
                    1050, 1053, 1054, 1055, 1056, 1057,
                    1058, 1059, 1060, 1061, 1062, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008.
          TRACT 156100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 2020, 2021, 2022, 2023,
                    2024, 2025, 2026, 2027.
          TRACT 156200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 2020, 2021, 2022, 2023,
                    2024, 2025, 2026, 2027, 2028, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
```

```
                3013, 3014, 3015, 3016, 3017, 3018,
                3019, 3020, 3021, 3022, 3023, 3024,
                3025, 3026, 3027, 3028, 3029, 3030,
                3031, 3032, 4000, 4001, 4002, 4003,
                4004, 4005, 4006, 4007, 4008, 4009,
                4010, 4011, 4012, 4013, 4014, 4015,
                4016, 4017, 4018, 4019, 4020, 4021,
                4022, 4023, 4024, 5000, 5001, 5002,
                5003, 5004, 5005, 5006, 5007, 5008,
                5009, 5010, 5011, 5012, 5013, 5014,
                5015, 5016, 5017, 5018, 5019, 5020,
                5021, 5022, 5023, 5024, 5025, 5026,
                5027, 5028, 5029, 5030, 5031, 5032,
                5033.
TRACT 156500 INCLUDING BLOCK(S)
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2015, 2016, 2017, 2018, 2019.
TRACT 157200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 2020,
                2021, 2022, 2023, 2024, 2025.
TRACT 157300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 2016,
                2017, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010.
TRACT 157400 INCLUDING BLOCK(S)
                2000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015.
TRACT 157500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 2018.
TRACT 157600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
```

```
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020.
          TRACT 157700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019.
       WIXOM CITY
DISTRICT 040
    OAKLAND COUNTY (PART)
       BIRMINGHAM CITY
       BLOOMFIELD TOWNSHIP
       BLOOMFIELD HILLS CITY
       WEST BLOOMFIELD TOWNSHIP (PART)
          TRACT 150600 INCLUDING BLOCK(S)
                    2012, 2018, 2021, 2031.
          TRACT 156000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020, 3021.
          TRACT 156300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020, 3021,
```

```
                3022, 3023, 3024, 3025, 3026, 3027,
                3028, 3029, 3030.
    TRACT 156400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1028, 1029, 1030,
                1031, 1032, 1033, 1034, 1035, 1036,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024, 2025, 2026, 2027, 2028, 2029,
                2030, 2031, 2032, 2033, 2034, 2035,
                2036, 2037, 2038, 2039, 2040, 2041,
                2042.
    TRACT 156500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011.
    TRACT 156900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021,
                2022, 2023, 2024, 2025, 2026, 2027.
    TRACT 157000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024, 2025, 2026, 2027, 2028, 2029,
                2030, 2031, 2032, 2033.
    TRACT 157100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
```

```
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013.
            TRACT 157800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018,
                    3019, 3020, 3021.
            TRACT 157900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021.
DISTRICT 041
    OAKLAND COUNTY (PART)
        CLAWSON CITY
        TROY CITY
DISTRICT 042
    LIVINGSTON COUNTY (PART)
        BRIGHTON CITY
        BRIGHTON TOWNSHIP
        GENOA TOWNSHIP
        GREEN OAK TOWNSHIP
        HAMBURG TOWNSHIP
        PUTNAM TOWNSHIP
DISTRICT 043
    OAKLAND COUNTY (PART)
        INDEPENDENCE TOWNSHIP
        LAKE ANGELUS CITY
        VILLAGE OF CLARKSTON CITY
        WATERFORD TOWNSHIP (PART)
            TRACT 143500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 4000, 4001, 4002,
                    4003, 4004, 4005, 4006, 4007, 4008,
                    4009, 4010, 4011, 4012, 4013, 5009,
                    5010, 5011, 5012, 5014, 5015, 5016,
```

```
              5017, 5018, 5019, 5020, 5021, 5023,
              5024, 5025, 5026, 5027, 5028, 5029,
              5031, 5032, 5033, 5034, 5039.
TRACT 144100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 2017, 2018, 3000, 3001, 3002,
              3003, 3004, 3005, 3006, 3007, 3008,
              3009, 3010, 3011, 3012, 3013, 3014,
              3015, 3016, 3017, 3018, 3019, 3020,
              3021, 3022, 4000, 4001, 4002, 4003,
              4004, 4005, 4006, 4007, 4008, 4009,
              4010, 4011, 4012, 4013, 4014, 4015,
              4016, 4017, 4018.
TRACT 144200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 3010, 3011, 3012,
              3013, 3014, 3015, 3016, 3017, 3018,
              3019, 3020, 3021, 3022, 3023, 3024,
              3025, 3026, 3027, 3028, 3029, 4000,
              4001, 4002, 4003, 4004, 4005, 4006,
              4007, 4008, 4009, 4010, 4011, 4012,
              4013, 4014, 4015, 4016.
TRACT 144300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3010, 3011, 3012, 3013, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 4007,
              4008, 4009, 4010, 4011, 4012, 4013,
              4014, 4015, 4016, 4017, 4018, 4019,
              4020, 4021, 4022, 4023, 4024, 4025,
              4026.
TRACT 144400 INCLUDING BLOCK(S)
```

```
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 4000, 4001, 4002,
          4003, 4004, 4005, 4006, 4007, 4008,
          4009, 4010, 4011, 4012, 4013, 4014,
          4015.
TRACT 144500 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024, 2025, 2026, 2027, 2028, 2029,
          2030, 2031, 2032, 2033, 2034, 2035,
          2036, 2037, 2038, 2039, 2040, 2041,
          2042, 2043, 2044, 2045, 2046, 2047,
          2048, 2049, 2050, 2051, 2052, 2053,
          2054, 2055, 2056, 2057, 2058.
TRACT 144600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 3010, 4000, 4001, 4002,
          4003, 4004, 4005, 4006, 4007, 4008,
          4009, 4010.
TRACT 144701 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019.
TRACT 144800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016.
```

TRACT 144900 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 2000,
    2001, 2002, 2003, 2004, 2005, 2006,
    2007, 2008, 2009, 2010, 2011, 2012,
    2013, 2014, 2015, 2016, 2017, 3000,
    3001, 3002, 3003, 3004, 3005, 3006,
    3007, 3008, 3009, 3010, 3011, 3012,
    3013, 3014, 3015, 4000, 4001, 4002,
    4003, 4004, 4005, 4006, 4007, 4008,
    4009, 4010.
TRACT 145100 INCLUDING BLOCK(S)
    1000, 1001, 1004, 1005, 1006, 1007,
    1018, 1019, 1020, 1021, 2000, 2001,
    2002, 2003, 2004, 2005, 2006, 2007,
    2008, 2009, 2010, 2011, 2012, 2013,
    2014, 2015, 2016, 2017.
TRACT 145200 INCLUDING BLOCK(S)
    3008, 3009, 3010, 3011, 3012.
TRACT 145300 INCLUDING BLOCK(S)
    1000, 1001, 1003, 2000, 2001, 2002,
    2003, 2004, 2005, 2006, 2007, 2008,
    2009, 2010, 2011, 2012, 2013, 2014,
    2015, 2016, 2017, 2018, 2019, 2020,
    2021, 2022, 2023, 2024, 2025, 2026,
    2027, 2028, 2029, 3000, 3001, 3002,
    3003, 3004, 3005, 3006, 3007, 3008,
    3009, 3010, 3011, 3012, 3013, 3014,
    3015, 4000, 4001, 4002, 4003, 4004,
    4005, 4006, 4007, 4008.
TRACT 145400 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 2000,
    2001, 2002, 2003, 2004, 2005, 2006,
    2007, 2008, 2009, 2010, 2011, 2012,
    2013, 2014, 2015, 2016, 2017, 2018,
    2019, 2020, 2021, 2022, 2023, 3000,
    3001, 3002, 3003, 3004, 3005, 3006,
    3007, 3008, 3009, 3010, 3011, 3012,
    3013, 3014, 3015, 3016, 3017, 3018,
    3019, 3020, 3021, 3022, 3023, 3024,
    3025, 3026, 3027, 3028, 3029, 3030,
    3031, 3032, 3033, 3034, 3035, 3036,
    3037, 3038, 3039, 3040, 3041, 3042,
    3043, 3044, 3045, 3046, 3047, 3048,
    3049, 3050, 3051, 3052, 3053, 3054,
    4000, 4001, 4002, 4003, 4004, 4005,
    4006, 4007, 4008, 4009, 4010, 4011.

```
            TRACT 145502 INCLUDING BLOCK(S)
                1000.
            TRACT 145600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                2000, 2001, 2002, 2003.
            TRACT 145700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 2018, 2019,
                2020, 2021.
            TRACT 145900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029.
            TRACT 154200 INCLUDING BLOCK(S)
                1018.
            TRACT 154600 INCLUDING BLOCK(S)
                1000.
DISTRICT 044
    OAKLAND COUNTY (PART)
        HIGHLAND TOWNSHIP
        MILFORD TOWNSHIP
        SPRINGFIELD TOWNSHIP
        WATERFORD TOWNSHIP (PART)
            TRACT 145100 INCLUDING BLOCK(S)
                1002, 2003, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017.
            TRACT 145200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 2000,
                2001, 2002, 2003, 2004, 2005, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 2023,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007.
            TRACT 145300 INCLUDING BLOCK(S)
                1002, 1004, 1005, 1006, 1007, 1008,
                1009, 1010, 1011, 1012, 1013, 1014,
```

```
                      1015, 1016, 1017, 1018, 1019.
              TRACT 145501 INCLUDING BLOCK(S)
                      1000, 1001, 1002, 1003, 1004, 1005,
                      1006, 1007, 1008, 1009, 1010, 1011,
                      1012, 1013, 1014, 1015, 1016, 1017,
                      1018, 1019, 1020, 2000, 2001, 2002,
                      2003, 2004, 2005, 2006, 2007.
              TRACT 145502 INCLUDING BLOCK(S)
                      1001, 1002, 1003, 1004, 1005, 1006,
                      1007, 1008, 1009, 1010, 1011, 1012,
                      1013, 1014, 1015, 1016, 1017, 1018,
                      1019, 1020, 1021, 1022, 1023, 1024,
                      1025, 1026, 1027, 1028, 1029, 1030,
                      1031, 2000, 2001, 2002, 2003, 2004,
                      2005, 2006, 2007, 2008, 2009.
              TRACT 145600 INCLUDING BLOCK(S)
                      2004, 2005, 2006, 2007, 2008, 2009,
                      2010, 2011, 2012, 2013, 2014, 2015.
              TRACT 154600 INCLUDING BLOCK(S)
                      1006, 1007, 1009.
          WHITE LAKE TOWNSHIP
    DISTRICT 045
        OAKLAND COUNTY (PART)
          OAKLAND TOWNSHIP (PART)
              TRACT 190500 INCLUDING BLOCK(S)
                      1006, 1007, 1008, 1009, 1019, 1020,
                      1021, 1022.
              TRACT 190700 INCLUDING BLOCK(S)
                      1000, 1001, 1003, 1004, 1028, 1029,
                      1030, 1031, 1032, 1033, 1034.
              TRACT 190800 INCLUDING BLOCK(S)
                      1000, 1001, 1002, 1003, 1004, 1005,
                      1006, 1007, 1008, 1009, 1010, 1011,
                      1012, 1013, 1014, 1015, 1016, 1017,
                      1018, 1019, 1020, 1021, 1022.
          ROCHESTER CITY
          ROCHESTER HILLS CITY
    DISTRICT 046
        OAKLAND COUNTY (PART)
          ADDISON TOWNSHIP
          BRANDON TOWNSHIP
          OAKLAND TOWNSHIP (PART)
              TRACT 190200 INCLUDING BLOCK(S)
                      1000, 1001, 1002, 1003, 1004, 1005,
                      1006, 1007, 1008, 1009, 1010, 1011,
                      1012, 1013, 1014, 1015, 1016, 1017,
                      1018, 1019, 1020, 1021, 1022, 1023,
                      1024, 1025, 2000, 2001, 2002, 2003,
                      2004, 2005, 2006, 2007, 2008, 2009,
```

```
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022.
          TRACT 190400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018,
                    3019, 3020, 3021, 3022, 3023, 3024,
                    3025.
          TRACT 190500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1010, 1011, 1012, 1013, 1014, 1015,
                    1016, 1017, 1018, 1023, 1024.
          TRACT 190700 INCLUDING BLOCK(S)
                    1002, 1005, 1006, 1007, 1008, 1009,
                    1010, 1011, 1012, 1013, 1014, 1015,
                    1016, 1017, 1018, 1019, 1020, 1021,
                    1022, 1023, 1024, 1025, 1026, 1027,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 2020, 2021, 2022, 2023,
                    2024, 2025, 2026, 2027, 2028, 2029,
                    2030, 2031, 2032, 2033.
          ORION TOWNSHIP
          OXFORD TOWNSHIP
DISTRICT 047
    LIVINGSTON COUNTY (PART)
          COHOCTAH TOWNSHIP
          CONWAY TOWNSHIP
          DEERFIELD TOWNSHIP
          FENTON CITY
          HANDY TOWNSHIP
          HARTLAND TOWNSHIP
          HOWELL CITY
          HOWELL TOWNSHIP
          IOSCO TOWNSHIP
          MARION TOWNSHIP
          OCEOLA TOWNSHIP
          TYRONE TOWNSHIP
          UNADILLA TOWNSHIP
```

```
DISTRICT 048
    GENESEE COUNTY (PART)
        CLIO CITY
        DAVISON CITY
        DAVISON TOWNSHIP
        FOREST TOWNSHIP
        GENESEE TOWNSHIP
        MONTROSE CITY
        MONTROSE TOWNSHIP
        RICHFIELD TOWNSHIP
        THETFORD TOWNSHIP
        VIENNA TOWNSHIP
DISTRICT 049
    GENESEE COUNTY (PART)
        FLINT CITY (PART)
            TRACT 001500 INCLUDING BLOCK(S)
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 3016, 3017,
                3018, 3019.
            TRACT 001600 INCLUDING BLOCK(S)
                2000, 2001, 2002, 2007, 2008, 2009,
                2011, 2012, 2013, 2014, 3001, 3002,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017.
            TRACT 002600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1014,
                1017, 1018, 1019, 1020, 1021, 1022,
                1023, 1024, 1025, 1026, 1027, 1028,
                1029, 1030, 1031, 1032, 1033, 1034,
                1035, 1036, 2000, 2001, 2002, 2003,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                3015, 3016, 3017, 3018.
            TRACT 002800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1017, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2016, 2022, 2023, 2024, 2025,
                2032, 2033, 2034, 2035, 2039, 2040,
                2041, 2042, 2043, 2044, 2045, 2046,
                2047, 2048, 2052, 2053, 2054, 2055,
                2056, 2057, 2058, 2059, 2060, 2061,
                2062, 2063, 2064, 2065, 2066, 2067,
                2068, 2069, 2070, 2071, 2072, 2073,
                2074, 2075, 2076, 2077, 2078, 2079,
```

```
            2080, 2081, 2082, 2083, 2084, 2085,
            2086, 2087, 2088, 2089, 2090, 2091,
            2092, 2093, 2094, 2095, 2096, 2097,
            2098, 2099, 2100, 2101, 2102, 2103,
            2106, 2107, 2108, 2109, 3000, 3001,
            3002, 3003, 3004, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014, 3015,
            3016, 3017, 3018, 3019, 3020, 3021,
            3022, 3023, 3024, 3025, 3026, 3033,
            3034, 3035, 3036, 3037.
TRACT 002900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023,
            2024, 2025, 2026, 2027, 2028, 2029.
TRACT 003000 INCLUDING BLOCK(S)
            1013, 1020, 1021, 1022, 1023, 1024,
            1025, 1026, 1027, 1028, 1029, 3014,
            3015, 3016, 3017, 3018, 3019, 3020,
            3021, 3022, 3023, 3024, 3025, 3026,
            3027, 3029, 3030, 3031, 3032, 3033,
            3034, 3035, 3036, 3037, 3038, 3043,
            3044.
TRACT 003200 INCLUDING BLOCK(S)
            3003.
TRACT 003600 INCLUDING BLOCK(S)
            3016, 3017, 3018, 3019, 3020, 3021,
            4015, 4016, 4019, 4020, 4021, 4022,
            4023, 4024, 4025, 4028, 5006, 5007,
            5008, 5009, 5010, 5011, 5012, 5013,
            5014, 6000, 6001, 6002, 6003, 6004,
            6005, 6006, 6007, 6008, 6009, 6010,
            6011, 6012, 6013, 6014, 6015, 6016,
            6017, 6018, 6019, 6020, 6021, 6022,
            6023, 6024, 6025, 6026, 6027, 6028,
            6029.
TRACT 003700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1007,
            1009, 1010, 1011, 1012, 1013, 2012,
            2013, 2014, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 3012,
            3013, 3014, 3015, 3016, 3017, 3018,
```

```
                  3019, 3020, 3021, 3022, 3023, 3024,
                  3025, 3026, 3027, 3028, 3029, 3030,
                  3032, 3034, 3035, 3036, 3037, 3038,
                  3039, 3040, 3041, 3042.
       TRACT 013500 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 2009,
                  2010, 2011, 2012, 2013, 2014, 2015,
                  2016, 2017, 2018, 2019, 2020, 2021,
                  2022, 2023, 2024, 2025, 2026, 2027,
                  2028, 2029, 2030, 2031, 2032, 2033,
                  2034, 2035, 2036, 2037, 2038, 2039,
                  2040, 2041, 2042, 2043, 2044, 2045,
                  2046, 2047, 2048, 2049, 2050, 3000,
                  3001, 3002, 3003, 3004, 3005, 3006,
                  3007, 3008, 3009, 3010, 3011, 3012,
                  3013, 3014, 3015, 3016, 3017, 3018,
                  4000, 4001, 4002, 4003, 4004, 4005,
                  4006, 4007, 4008, 5000, 5001, 5002,
                  5003, 5004, 5005, 5006, 5007, 5008,
                  5009, 5010, 5011, 5012, 5013, 5014,
                  5015, 5016, 5017, 5018, 5019.
       TRACT 980000 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1019,
                  1020, 1021, 1022, 1023, 1024, 1025,
                  1026, 1027, 1028, 1029, 1030, 1031,
                  1032, 1033, 1034, 1035, 1036, 1037,
                  1039, 1040, 1041, 1042, 1043, 1044,
                  1045, 1046, 1047, 1048, 1049, 1050,
                  1051, 1052.
       FLINT TOWNSHIP
       FLUSHING CITY
       MOUNT MORRIS CITY
       MOUNT MORRIS TOWNSHIP
       SWARTZ CREEK CITY
DISTRICT 050
    GENESEE COUNTY (PART)
       BURTON CITY
       GRAND BLANC CITY
       GRAND BLANC TOWNSHIP
       MUNDY TOWNSHIP
DISTRICT 051
    GENESEE COUNTY (PART)
       ARGENTINE TOWNSHIP
       ATLAS TOWNSHIP
       CLAYTON TOWNSHIP
```

```
            FENTON CITY
            FENTON TOWNSHIP
            FLUSHING TOWNSHIP
            GAINES TOWNSHIP
            LINDEN CITY
        OAKLAND COUNTY (PART)
            FENTON CITY
            GROVELAND TOWNSHIP
            HOLLY TOWNSHIP
            ROSE TOWNSHIP
    DISTRICT 052
        WASHTENAW COUNTY (PART)
            ANN ARBOR CITY (PART)
                TRACT 403300 INCLUDING BLOCK(S)
                    1004, 3059, 3063.
            BRIDGEWATER TOWNSHIP
            CHELSEA CITY
            DEXTER TOWNSHIP
            FREEDOM TOWNSHIP
            LIMA TOWNSHIP
            LODI TOWNSHIP
            LYNDON TOWNSHIP
            MANCHESTER TOWNSHIP
            NORTHFIELD TOWNSHIP
            PITTSFIELD TOWNSHIP (PART)
                TRACT 423400 INCLUDING BLOCK(S)
                    2003, 2018, 2020.
            SALEM TOWNSHIP
            SALINE CITY
            SALINE TOWNSHIP
            SCIO TOWNSHIP (PART)
                TRACT 403300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1009, 2005,
                    2007, 2008, 2040, 3004, 3005, 3033,
                    3034, 3037, 3039, 3041, 3044, 3046,
                    3060, 3061.
                TRACT 404200 INCLUDING BLOCK(S)
                    2002.
                TRACT 453000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 2020, 2021, 2022, 2023,
```

```
                2024, 2025, 2026, 2027, 2028, 2029,
                2030, 2031, 2032, 2033, 2034, 2035,
                2036, 2037, 2038, 2039, 2040, 2041,
                2042, 2043, 2044, 2045, 2046, 2047,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 3016, 3019,
                3020, 3021, 3022, 3023, 3024, 3025,
                3026, 3027, 3028, 3029, 3030, 3031,
                3032.
TRACT 454000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1046, 1047,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024, 2025, 2026, 2027, 2028, 2029,
                2030, 2031, 2032, 2033, 2034, 2035,
                2036, 2037, 2038, 2039, 2040, 2041,
                2042, 2043, 2044, 2045, 2046, 2047,
                2048, 2049, 2050, 2051, 2052, 2053,
                2054, 2055, 2056, 2057, 2058, 2059,
                2060, 2061, 2062.
TRACT 455000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 2020,
                2021, 2022, 2023, 2024, 2025, 2026,
                2027, 2028, 2029, 2030, 2031, 2032,
                2033, 2034, 2035, 2036, 2037, 2038,
                2039, 2040, 2041, 2042, 2043, 2044,
                2045, 2046, 2047, 2048, 2049, 2050,
                2051, 2052, 2053.
TRACT 456000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
```

```
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014.
        SHARON TOWNSHIP
        SYLVAN TOWNSHIP
        WEBSTER TOWNSHIP
    DISTRICT 053
        WASHTENAW COUNTY (PART)
            ANN ARBOR CITY (PART)
                TRACT 400100 INCLUDING BLOCK(S)
                    1000, 1001, 1010, 1011, 1012, 1013,
                    1014, 1015, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032.
                TRACT 400200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 3000, 3001,
                    3002, 3003, 3004, 4000, 4001.
                TRACT 400300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016.
                TRACT 400400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014, 3015, 3016, 3017, 3018, 3019.
                TRACT 400500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 5000, 5001, 5002,
                    5003, 5004, 5005, 5006, 5007, 5008.
```

```
TRACT 400600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 2024, 2025, 2026, 2027,
        2028, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007.
TRACT 400700 INCLUDING BLOCK(S)
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        3000, 3001.
TRACT 400800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 2000, 2002,
        2005, 2007, 3000, 3001, 3002, 3003,
        3004, 3005.
TRACT 402100 INCLUDING BLOCK(S)
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 3008, 3009, 3010.
TRACT 402200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 2009, 3000, 3001,
        3002, 3003, 3005, 3006, 3007, 3008,
        3009, 4000, 4002, 4003.
TRACT 402300 INCLUDING BLOCK(S)
        1005, 1006, 1007, 1008, 1009, 1010,
        1011, 1012, 1013, 1014, 1017, 2000,
        2001, 2002, 2003, 2006, 2008, 2009,
        2010, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2024, 2025,
        2027, 2029, 2030, 2031, 2033, 2034,
        2035, 2036, 2037, 2038, 2039, 2040,
        2041, 2042, 2045, 2046.
TRACT 403300 INCLUDING BLOCK(S)
        1005, 1006, 1008, 1010, 1011, 1012,
        1013, 1014, 1015, 1016, 1017, 1018,
        1019, 1020, 1021, 1022, 1023, 1024,
        1025, 1026, 1027, 1028, 1029, 1033,
        2000, 2001, 2002, 2003, 2004, 2006,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        2021, 2024, 2026, 2028, 2029, 2032,
        2034, 2035, 2036, 3000, 3001, 3003,
        3006, 3008, 3009, 3010, 3011, 3012,
```

```
              3013, 3014, 3015, 3016, 3018, 3019,
              3020, 3021, 3023, 3024, 3025, 3026,
              3027, 3029, 3030, 3031, 3032, 3035,
              3036, 3038, 3040, 3042, 3043, 3045,
              3047, 3048, 3049, 3050, 3051, 3052,
              3053, 3054, 3055, 3056, 3057, 3058,
              3062.
TRACT 403400 INCLUDING BLOCK(S)
              2000, 2001, 2002, 2003, 2004, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2019.
TRACT 403500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1029, 1031,
              1032, 1033, 1034, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2010.
TRACT 403600 INCLUDING BLOCK(S)
              1008, 1009, 1010, 1011.
TRACT 404100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2000, 2001,
              2002, 2003, 2004, 3000, 3001, 3002,
              3003, 3004, 3005, 3006, 3007, 3008,
              3009, 3010, 3011, 4000, 4001, 4002,
              4003, 4004, 4005, 4006, 4007, 4008,
              4009, 4010, 4011, 4012.
TRACT 404200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              2000, 2001, 2003, 2004, 2005, 2006.
TRACT 404300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2014, 2015, 2016, 2017,
              2018, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016,
              3017, 3018, 3019, 3020.
TRACT 404400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 2000,
              2002, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 2016.
TRACT 404500 INCLUDING BLOCK(S)
```

```
            1000, 1001, 1005, 1006, 1009, 1011,
            1013, 1014, 1015, 1016, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011.
TRACT 404600 INCLUDING BLOCK(S)
            1000, 1002, 1003, 1005, 1006, 1008,
            1009, 1010, 1011, 1012, 1013, 1014,
            1016, 1017, 1018, 1019, 1020, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 2018,
            2019, 2020, 2021, 2022, 2023, 2024,
            2025, 2026, 2027, 2028, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            4000, 4001, 4002, 4003, 4004, 4005,
            4006, 4007, 4008, 4009, 4010, 4011.
TRACT 405100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1006,
            1008, 1009, 1010, 1011, 1012, 1013,
            1014, 1015, 1016, 1017, 1018, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 2018,
            2019, 2020, 2021.
TRACT 405200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 3000, 3001, 3002, 3003,
            3004, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4012, 4013, 4014,
            4015, 4016, 4018, 4019, 4020, 4021,
            5000, 5001, 5002, 5003, 5004, 5005,
            5006, 5007, 5008, 6000, 6001, 6002,
            6003, 6004, 6005, 6006, 6007, 6008.
TRACT 405300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1010, 1011, 1012,
            1013, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2017,
            2018, 2019, 2020, 2022, 2024, 2025,
            2026, 2028, 2030, 2033, 2039, 2040,
            2043, 2044, 2046, 2047, 2049, 2050,
            2051, 2052, 2060, 2061, 2062, 2063,
            2067, 2068, 2070, 3000, 3001, 3002,
            3003, 3004, 3006, 3008, 3009, 3010,
```

```
                3011, 3012, 3013, 3015, 3016, 3017,
                3018, 3019, 3020, 3021, 3022, 3023,
                3024, 3025, 3026, 3027, 3028, 3029,
                3030, 3032, 3033, 3034, 3035, 3036,
                3037, 3038, 3039, 3040, 3041, 3042,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009, 4010, 4011,
                4012, 4013, 4014, 4015, 4016, 4017,
                4018, 4019, 4020, 5000, 5001, 5002,
                5003, 5005, 5006, 5007, 5008, 5009,
                5010, 5011, 5012, 5013, 5015, 5016,
                5017, 5018, 5019, 5020, 5022, 5023,
                5024, 5026, 5030, 5031, 5032, 5033,
                5035, 5036, 5038, 5040, 5041, 5042,
                5043, 5044, 5045, 5046, 5047, 5048,
                5049, 5052, 5053, 5054, 5055, 5056,
                5057.
TRACT 405400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 3003, 3004, 3005,
                3006, 3007, 3008, 3010, 3011.
TRACT 405500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2001, 2002, 2003,
                2004, 2005, 2008, 2009, 2010, 2011,
                2012, 2022, 2023.
TRACT 405600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 2000, 2001,
                2002, 2003, 2004, 2006, 2007, 2008,
                2009, 2010, 2011, 3000, 3001, 3002,
                3004, 3005, 3006, 3007, 3008, 3009,
                3011, 3012, 3013.
TRACT 414200 INCLUDING BLOCK(S)
                1013, 1014.
TRACT 414700 INCLUDING BLOCK(S)
                1000, 1005, 1007, 1013, 1019, 1025.
TRACT 414900 INCLUDING BLOCK(S)
                1002, 1003.
TRACT 415400 INCLUDING BLOCK(S)
                1003, 1004.
TRACT 453000 INCLUDING BLOCK(S)
                3017, 3018.
```

ANN ARBOR TOWNSHIP (PART)
    TRACT 402200 INCLUDING BLOCK(S)
        1003, 3004, 4001.
    TRACT 402300 INCLUDING BLOCK(S)
        1018, 2004, 2005, 2007, 2011, 2021,
        2022, 2023, 2026, 2028, 2032.
    TRACT 403500 INCLUDING BLOCK(S)
        1028, 1030, 2009.
    TRACT 404300 INCLUDING BLOCK(S)
        2012, 2013.
    TRACT 404500 INCLUDING BLOCK(S)
        1002.
    TRACT 404600 INCLUDING BLOCK(S)
        1004.
    TRACT 405300 INCLUDING BLOCK(S)
        1009, 2016, 2021, 2023, 2027, 2029,
        2041, 2048, 2056, 2065, 2066, 2069,
        3005, 3007, 3014, 3031, 5004, 5014,
        5021, 5025, 5027, 5028, 5029, 5034,
        5037, 5039, 5050, 5051.
PITTSFIELD TOWNSHIP (PART)
    TRACT 404400 INCLUDING BLOCK(S)
        2001, 2003.
    TRACT 404500 INCLUDING BLOCK(S)
        1003, 1004, 1007, 1008, 1010, 1012,
        2013.
    TRACT 404600 INCLUDING BLOCK(S)
        1001, 1007, 1015.
    TRACT 405100 INCLUDING BLOCK(S)
        1005, 1007.
    TRACT 405200 INCLUDING BLOCK(S)
        4008, 4009, 4010, 4011, 4017.
    TRACT 405800 INCLUDING BLOCK(S)
        2005, 3003.
SCIO TOWNSHIP (PART)
    TRACT 403300 INCLUDING BLOCK(S)
        1007, 1030, 1031, 1032, 2022, 2023,
        2025, 2027, 2030, 2031, 2033, 2037,
        2038, 2039, 2041, 2042, 3002, 3007,
        3017, 3022, 3028.
DISTRICT 054
    WASHTENAW COUNTY (PART)
        SUPERIOR TOWNSHIP
        YPSILANTI CITY
        YPSILANTI TOWNSHIP
DISTRICT 055
    WASHTENAW COUNTY (PART)
        ANN ARBOR CITY (PART)
            TRACT 400100 INCLUDING BLOCK(S)

```
                1002, 1003, 1004, 1005, 1006, 1007,
                1008, 1009, 1016, 1017, 1018, 1019.
    TRACT 400700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 2000,
                2001, 2002, 2003, 2016.
    TRACT 400800 INCLUDING BLOCK(S)
                1004, 1005, 1006, 1007, 2001, 2003,
                2004, 2006.
    TRACT 402100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3011, 3012, 3013.
    TRACT 402200 INCLUDING BLOCK(S)
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2010.
    TRACT 402300 INCLUDING BLOCK(S)
                1003, 1004.
    TRACT 402500 INCLUDING BLOCK(S)
                1000, 1001, 1004, 1005, 1006, 1008,
                1009, 1011, 1013, 1014, 1015, 1016,
                1017, 1018, 1019, 1020, 1021, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009.
    TRACT 402600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1009, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011.
    TRACT 402700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 3000, 3001,
                3002, 3003, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 3015, 3016,
                3017, 3018, 3019, 3020, 3021, 3022,
                3023.
    TRACT 403100 INCLUDING BLOCK(S)
                1000, 1008, 1009, 1011, 1012, 1015,
                1016, 1017, 1019, 1022, 1024, 1025,
                1026, 1027, 1028, 1032, 1034, 1037,
                1041, 1042, 1045, 1047, 1048, 1049,
```

1056.
TRACT 403200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1011, 1012, 1013, 1014, 1015,
1016, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1025, 1026, 1027, 1028,
1029, 1030, 1031, 1032, 1033, 1034,
1035, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3001, 3002, 3004, 3005, 3008, 3009,
3010, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020.
TRACT 403400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1010, 1011, 1012,
1013, 1014, 2005, 2006, 2017, 2018,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015.
TRACT 403600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1006,
1007, 2000, 2001, 2002, 2003, 2004,
3001, 3002, 3003, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3017, 3018, 3019, 3021.
TRACT 403800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1006, 1007,
1008, 1009, 1011, 1013, 1014, 1015,
1018, 1019, 1020, 1021, 1022, 1023,
1026, 1027, 2002, 2003, 2004, 2006,
2007, 2008, 2009, 2010, 2011, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2023.
TRACT 406000 INCLUDING BLOCK(S)
1031, 1038, 1039, 1048, 1050, 1051,
1052, 1053, 2006.
ANN ARBOR TOWNSHIP (PART)
TRACT 402300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1015, 1016, 2043,
2044, 2047.
TRACT 402500 INCLUDING BLOCK(S)
1002, 1003, 1007, 1010, 1012, 1022.
TRACT 402600 INCLUDING BLOCK(S)
1008.
TRACT 402700 INCLUDING BLOCK(S)
3004, 3005, 3006.
TRACT 403100 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1010, 1013, 1014, 1018, 1020,

```
                    1021, 1023, 1029, 1030, 1031, 1033,
                    1035, 1036, 1038, 1039, 1040, 1043,
                    1044, 1046, 1050, 1051, 1052, 1053,
                    1054, 1055.
        TRACT 403200 INCLUDING BLOCK(S)
                    1007, 1008, 1009, 1010, 1017, 3000,
                    3003, 3006, 3007, 3011.
        TRACT 403400 INCLUDING BLOCK(S)
                    1009.
        TRACT 403600 INCLUDING BLOCK(S)
                    1005, 3000, 3004, 3015, 3016, 3020,
                    3022.
        TRACT 403800 INCLUDING BLOCK(S)
                    1004, 1005, 1010, 1012, 1016, 1017,
                    1024, 1025, 2000, 2001, 2005, 2012,
                    2022, 2024.
        TRACT 405300 INCLUDING BLOCK(S)
                    2031, 2032, 2034, 2035, 2036, 2037,
                    2038, 2042, 2055, 2057, 2058, 2064.
        TRACT 406000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1032, 1033, 1034, 1035, 1036,
                    1037, 1040, 1041, 1042, 1043, 1044,
                    1045, 1046, 1047, 1049, 1054, 1055,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
                    2025, 2026, 2027, 2028, 2029, 2030,
                    2031, 2032, 2033, 2034, 2035, 2036,
                    2037, 2038, 2039, 2040, 2041, 2045,
                    2046, 2047, 2048, 2049, 2050, 2051,
                    2054, 2055, 2056, 2057, 2058, 2059,
                    2060, 2061, 2062, 2063, 2064, 2065,
                    2069, 2070, 2071, 2072, 2073, 2074,
                    2075, 2076, 2077, 2078, 2079, 2080,
                    2081, 2082, 2083, 2084, 2085, 2086.
        TRACT 407000 INCLUDING BLOCK(S)
                    1036, 1037, 1069, 1096.
        TRACT 456000 INCLUDING BLOCK(S)
                    2015, 2016, 2017, 2018.
AUGUSTA TOWNSHIP
MILAN CITY
PITTSFIELD TOWNSHIP (PART)
        TRACT 405300 INCLUDING BLOCK(S)
```

```
          2045, 2053, 2054, 2059.
TRACT 405400 INCLUDING BLOCK(S)
          3000, 3001, 3002, 3009.
TRACT 405500 INCLUDING BLOCK(S)
          2000, 2006, 2007, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021.
TRACT 405600 INCLUDING BLOCK(S)
          3010.
TRACT 414000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          2000, 2001, 2002, 2003, 3000, 3001,
          3002, 3003.
TRACT 414200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1015, 1016, 1017, 1018, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 3000, 3001, 3002,
          3003, 3004.
TRACT 414300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029.
TRACT 414500 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          2013, 2014, 2015, 2016, 2017, 2018,
          2019, 2020, 2021, 2022, 2023, 2024,
          2025, 2026, 2027, 2028, 2029, 2030.
TRACT 414700 INCLUDING BLOCK(S)
          1001, 1002, 1003, 1004, 1006, 1008,
          1009, 1010, 1011, 1012, 1014, 1015,
          1016, 1017, 1018, 1020, 1021, 1022,
          1023, 1024, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035.
TRACT 414900 INCLUDING BLOCK(S)
          1000, 1001, 1004, 1005, 1006, 1007,
          1008, 1009, 1010, 1011, 1012, 1013,
          1014, 1015, 1016, 1017, 1018, 1019,
          1020, 1021, 1022, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014.
```

```
TRACT 415200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018.
TRACT 415400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1005, 1006, 1007,
        1008, 1009, 1010, 1011, 1012, 1013,
        1014, 1015, 1016, 1017, 1018, 1019,
        1020, 1021, 1022, 1023, 1024, 1025,
        1026, 1027, 1028, 1029, 1030, 1031,
        1032, 1033, 1034, 1035, 1036, 1037,
        1038, 1039, 1040, 1041, 1042, 1043,
        1044, 1045, 1046, 1047, 1048, 1049,
        1050, 1051, 1052, 1053, 1054, 1055,
        1056, 1057.
TRACT 415600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028.
TRACT 415800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023,
        2024, 2025, 2026, 2027, 2028, 2029,
        2030, 2031, 2032, 2033, 2034, 2035,
        2036.
TRACT 416000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014.
TRACT 416200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 1040, 1041,
        1042, 1043, 1044, 1045, 1046, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
```

```
                          2007, 2008, 2009, 2010, 2011, 2012,
                          2013, 2014, 2015, 2016.
               TRACT 422900 INCLUDING BLOCK(S)
                          1000, 1001.
               TRACT 423400 INCLUDING BLOCK(S)
                          2021.
          YORK TOWNSHIP
DISTRICT 056
     MONROE COUNTY (PART)
          BEDFORD TOWNSHIP
          DUNDEE TOWNSHIP
          ERIE TOWNSHIP
          IDA TOWNSHIP
          LASALLE TOWNSHIP
          LUNA PIER CITY
          MILAN TOWNSHIP
          MILAN CITY
          MONROE TOWNSHIP (PART)
               TRACT 831800 INCLUDING BLOCK(S)
                          1032, 1042, 1043, 1044, 1045, 1047,
                          1048, 1049, 1050, 1054, 1055, 1056,
                          1057, 1058, 1059, 2023, 2024, 2025,
                          2027.
               TRACT 832000 INCLUDING BLOCK(S)
                          2017, 2018, 2019, 2020.
               TRACT 832200 INCLUDING BLOCK(S)
                          1000, 1001, 1002, 1003, 1004, 1005,
                          1006, 1007, 1008, 1009, 1010, 1011,
                          1012, 1013, 1014, 1015, 1016, 1017,
                          1018, 1019, 1020, 1021, 1022, 1023,
                          1024, 1025, 1026, 1027, 2000, 2001,
                          2002, 2003, 2004, 2005, 2006, 2007,
                          2008, 2009, 2010, 2011, 2012, 2013,
                          2014.
               TRACT 832300 INCLUDING BLOCK(S)
                          1007, 1009, 1017, 1018, 2003, 2004,
                          2005, 2006, 2009, 2013, 2014, 2015,
                          2017, 2018, 2020, 2021, 2022, 2023,
                          2024, 2025, 2026, 2027, 2028, 2029,
                          2030, 2031, 3000, 3001, 3002, 3003,
                          3004, 3005, 3006, 3007, 3008, 3009,
                          3010, 3011, 3012, 4000, 4001, 4002,
                          4003, 4004, 4005, 4006, 4007, 4008,
                          4009, 4010, 4011, 4012, 4013, 4014,
                          5000, 5001, 5002, 5003, 5004, 5005,
                          5006, 5007, 5008, 5009, 5010, 5011.
               TRACT 832400 INCLUDING BLOCK(S)
                          1000, 1001, 1002, 1003, 1004, 1005,
                          1006, 1007, 1008, 1009, 1010, 1011,
```

```
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 1023,
                        1024, 1025, 1026, 1027, 1028, 1029,
                        1030, 1031, 1032, 1033, 1034, 1035,
                        1036, 2000, 2001, 2002, 2003, 2004,
                        2005, 2006, 2007, 2008, 3000, 3001,
                        3002, 3003, 3004, 3005, 3006, 3007,
                        3008, 3009, 3010, 3011, 3012, 3013,
                        3014, 3015, 3016.
        TRACT 832500 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 1023,
                        1024, 1025, 1026, 1027, 1028, 1029,
                        1030, 1031, 1032, 1033, 1034, 1035,
                        1036, 1037, 1038, 1039, 1040, 1041,
                        1042, 1043, 1044, 1045, 1046, 1047,
                        1048, 1049, 1050, 2000, 2001, 2002,
                        2003, 2004, 2005, 2006, 2007, 2008,
                        2009, 2010, 2011, 2012, 2013, 2014,
                        2015, 2016, 2017, 2018, 2019, 2020,
                        2021, 2022, 2023, 2024, 3000, 3001,
                        3002, 3003, 3004, 3005, 3006, 3007,
                        3008, 3009, 3010, 3011, 3012, 3013,
                        3014, 3015, 3016, 3017, 3018, 3019,
                        3020, 3021, 3022, 3023, 3024, 3025,
                        3026, 3027, 3028, 3029, 3030, 3031,
                        3032, 3033, 3034, 3035, 3036, 3037,
                        3038, 3039, 3040, 3041.
        PETERSBURG CITY
        RAISINVILLE TOWNSHIP
        SUMMERFIELD TOWNSHIP
        WHITEFORD TOWNSHIP
DISTRICT 057
    LENAWEE COUNTY (PART)
        ADRIAN CITY
        ADRIAN TOWNSHIP
        BLISSFIELD TOWNSHIP
        CLINTON TOWNSHIP
        DEERFIELD TOWNSHIP
        DOVER TOWNSHIP
        FAIRFIELD TOWNSHIP
        FRANKLIN TOWNSHIP
        HUDSON CITY
        HUDSON TOWNSHIP
        MACON TOWNSHIP
        MADISON TOWNSHIP
        MEDINA TOWNSHIP
```

```
              MORENCI CITY
              OGDEN TOWNSHIP
              PALMYRA TOWNSHIP
              RAISIN TOWNSHIP
              RIDGEWAY TOWNSHIP
              RIGA TOWNSHIP
              ROLLIN TOWNSHIP
              ROME TOWNSHIP
              SENECA TOWNSHIP
              TECUMSEH CITY
              TECUMSEH TOWNSHIP
              WOODSTOCK TOWNSHIP
      DISTRICT 058
          BRANCH COUNTY
          HILLSDALE COUNTY
      DISTRICT 059
          CASS COUNTY (PART)
              CALVIN TOWNSHIP
              DOWAGIAC CITY
              JEFFERSON TOWNSHIP
              LAGRANGE TOWNSHIP
              MARCELLUS TOWNSHIP
              MASON TOWNSHIP
              NEWBERG TOWNSHIP
              PENN TOWNSHIP
              POKAGON TOWNSHIP
              PORTER TOWNSHIP
              VOLINIA TOWNSHIP
              WAYNE TOWNSHIP
          ST. JOSEPH COUNTY
      DISTRICT 060
          KALAMAZOO COUNTY (PART)
              KALAMAZOO CITY
              KALAMAZOO TOWNSHIP (PART)
                  TRACT 000202 INCLUDING BLOCK(S)
                      1001, 1003.
                  TRACT 001501 INCLUDING BLOCK(S)
                      1000, 1001, 1002, 1003, 1004, 1005,
                      1006, 1007, 1008, 1009, 1010, 1011,
                      1012, 1013, 1014, 2000, 2001, 2002,
                      2003, 2004, 2005, 2006, 2007, 2008,
                      2009, 2010, 2011, 2012, 2013, 2014,
                      2015, 2016, 2017, 2018, 2019, 2020,
                      2021, 2022, 2023, 2024, 2025, 2026,
                      2027, 2028, 2029, 2030, 2031, 2032,
                      2033, 2034, 2035, 2036, 2037, 2038,
                      2039, 2040, 2041, 2042, 2043, 3000,
                      3002, 3003, 3004, 3005, 3006, 3007,
                      3008, 3009, 3010, 3011, 3012, 3013,
```

```
              3014, 3015, 3016, 3017, 3018, 3019,
              3020, 3021, 3022, 3023, 3024, 3025,
              3026, 3027, 3028, 3029, 3030, 3031,
              3032, 3033, 3034, 3035, 3036, 3037,
              3038, 3039, 3040, 3041, 3042, 3043,
              3044, 3045, 3046, 3047, 3048, 3049,
              3050, 3051, 3052, 3053, 3054, 3055,
              3056, 3057, 3058, 3059, 3060, 3061,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011,
              4012, 4013.
    TRACT 001502 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 2017, 2018, 2019, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012, 3013,
              3014, 3015, 3016, 3017, 3018, 4000,
              4001, 4002, 4003, 4004, 4005, 4006,
              4007, 4008, 4009, 4010, 4011, 4012,
              4013, 4014, 4015, 4016, 4017, 4018,
              4019, 4020.
    TRACT 001503 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 4000, 4001, 4002,
              4003, 4004, 4005, 4006, 4007, 4008,
              4009, 4010, 4011, 4012, 4013, 4014,
              4015, 4016, 4017, 4018, 4019, 5000,
              5001, 5002, 5003, 5004, 5005, 5006,
              5007, 5008, 5009, 5010, 5011, 5012,
              5013.
    TRACT 001803 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 1046, 1047,
```

```
                1048, 1049, 1050, 1051, 1052, 1053,
                1054, 1055, 1058, 1059, 1060, 1061,
                1062, 1063, 1064, 1065, 1066, 1067,
                1068, 1069, 1070, 1071, 1072, 1073,
                1074, 1075, 1076, 1077, 1078, 1079,
                1080, 1081, 1082, 1083, 1084, 1085,
                1086, 1087, 1088, 1089, 1090, 1091,
                1092, 1093, 1094, 1095, 1096, 1097,
                1098, 1099, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021,
                2023, 2029, 2030, 2031, 2032, 2033.
      TRACT 005501 INCLUDING BLOCK(S)
                1035, 1040, 1048, 3016, 3018, 3019,
                3020, 3021, 3022, 3023, 3024, 3025,
                3028, 3029, 3030, 3031, 3032, 3033.
      TRACT 005502 INCLUDING BLOCK(S)
                1013, 1014, 2013, 2014, 2015, 2016,
                2017, 2018, 2019, 2020, 2021, 2022,
                2023, 2024, 2025, 2026, 2028, 2029,
                2030, 2031, 2032, 2033, 2034, 2037,
                3018, 3019, 3020, 3021, 3022, 3025,
                3026, 3027, 3028, 3029, 3030, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012,
                4013, 4014, 4015, 4016, 4017, 4018,
                4019, 4020, 4021, 4022, 4023, 4024,
                4025, 4026, 4027, 4028, 4029, 4030,
                4031, 4032.
    PORTAGE CITY (PART)
      TRACT 001802 INCLUDING BLOCK(S)
                2036.
DISTRICT 061
  KALAMAZOO COUNTY (PART)
    OSHTEMO TOWNSHIP
    PORTAGE CITY (PART)
      TRACT 001905 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 4000, 4001, 4002,
                4003, 4004, 4005, 4006, 4007, 4008,
                4009, 4010, 4011, 4012, 4013, 4014,
                4015, 4016, 4017, 4018, 4019, 4020,
```

```
                  4021, 4022, 4023, 4024, 4025, 4026,
                  4027, 4028, 4029, 4030, 4031, 4032,
                  4033, 4034, 4035, 4036, 4037, 4038,
                  4039, 4040, 4041, 4042, 4043, 4044,
                  4045, 4046, 4047, 4048, 4049, 4050,
                  4051, 4052, 4053, 4054, 5000, 5001,
                  5002, 5003, 5004, 5005, 5006, 5007,
                  5008, 5009, 5010, 5011, 5012, 5013,
                  5014, 5015, 5016, 5017, 5018, 5019,
                  5020, 5021, 5022, 5023, 5024, 5025,
                  5026, 5027, 5028, 5029, 5030, 5031.
        TRACT 001906 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 2000,
                  2001, 2002, 2003, 2004, 2005, 2006,
                  2007, 2008, 2009, 2010, 2011, 2012,
                  2013, 3000, 3001, 3002, 3003, 3004,
                  3005, 3006, 3007, 3008, 3009, 3010,
                  3011, 3012, 3013, 3014, 3015, 3016,
                  3017, 3018.
        TRACT 001907 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 2009,
                  2010, 2011, 2012, 2013, 2014, 2015,
                  2016, 2017, 2018, 2019, 3000, 3001,
                  3002, 3003, 3004, 3005, 3006, 3007,
                  3008, 3009, 3010, 3011, 3012.
        TRACT 002002 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 2000,
                  2001, 2002, 2003, 2004, 2005, 2006,
                  2007, 2008, 2009, 2010, 2011, 2012,
                  2013, 2014, 2015, 2016, 2017, 2018,
                  2019, 2020, 2021, 2022, 2023, 2024,
                  2025, 2026, 2027, 2028, 2029, 2030,
                  2031, 2032, 2033, 2034, 2035, 2036,
                  2037, 2038, 2039, 2040, 3000, 3001,
                  3002, 3003, 3004, 3005, 3006, 3007,
                  3008, 3009, 3010.
        TRACT 002003 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
```

```
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 1025, 1026, 1027, 1028, 1029,
           1030, 1031, 1032, 1033, 1034, 1035,
           1036, 1037, 1038, 2000, 2001, 2002,
           2003, 2004, 2005, 2006, 2007, 2008,
           2009, 2010, 2011, 2012, 2013, 2014,
           2015, 2016, 2017, 2018, 2019, 2020,
           2021, 2022, 2023, 2024, 2025, 2026,
           2027, 2028, 2029, 2030, 2031, 2032,
           2033, 2034, 2035, 2036, 2037, 2038,
           2039, 2040, 2041, 2042.
   TRACT 002004 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 1025, 1026, 1027, 1028, 1029,
           1030, 2000, 2001, 2002, 2003, 2004,
           2005, 2006, 2007, 2008, 2009, 2010,
           2011, 2012.
   TRACT 002005 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 2000, 2001, 2002,
           2003, 2004, 2005, 2006, 2007, 2008,
           2009, 2010, 2011, 2012, 2013, 2014,
           2015, 2016, 2017, 2018, 2019, 2020,
           3000, 3001, 3002, 3003, 3004, 3005,
           3006, 3007, 3008, 3009, 3010, 3011,
           3012, 3013, 3014, 3015, 3016, 3017,
           3018, 3019.
   TRACT 002101 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 2000, 2001, 2002, 2003, 2004,
           2005, 2006, 2007, 2008, 2009, 2010,
           2011, 2012, 2013, 2014, 2015, 3000,
           3001, 3002, 3003, 3004, 3005, 3006,
           3007, 3008, 3009, 3010, 3011, 3012,
           3013, 3014, 3015, 3016, 3017, 3018,
           3019, 3020, 3021, 3022, 3023, 3024,
           3025, 3026, 3027, 3028, 3029, 3030,
           3031, 3032, 3033, 4000, 4001, 4002,
           4003, 4004, 4005, 4006, 4007, 4008,
           4009, 4010, 4011, 4012, 4013, 4014,
           4015, 4016, 4017, 5000, 5001, 5002,
```

```
                    5003, 5004, 5005, 5006, 5007, 5008,
                    5009, 5010, 5011, 5012, 5013, 5014,
                    5015.
        TRACT 002102 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
                    2025, 2026, 2027, 2028.
        TRACT 003500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 4000, 4001, 4002, 4003, 4004,
                    4005, 4006, 4007, 4008, 4009, 4010,
                    4011, 4012, 4013, 4014, 4015, 4016,
                    4017, 4018, 4019, 5000, 5001, 5002,
                    5003, 5004, 5005, 5006, 5007, 5008,
                    5009, 5010, 5011, 5012, 5013, 5014,
                    5015, 5016, 5017, 5018, 5019, 5020,
                    5021, 5022, 5023, 5024, 5025, 5026,
                    5027, 5028, 5029, 5030, 5031, 5032,
                    5033.
        PRAIRIE RONDE TOWNSHIP
        SCHOOLCRAFT TOWNSHIP
        TEXAS TOWNSHIP
DISTRICT 062
    CALHOUN COUNTY (PART)
        ALBION CITY
        ALBION TOWNSHIP
        BATTLE CREEK CITY
        BEDFORD TOWNSHIP
        CLARENCE TOWNSHIP
        CONVIS TOWNSHIP
        LEE TOWNSHIP
        PENNFIELD TOWNSHIP
```

```
            SHERIDAN TOWNSHIP
            SPRINGFIELD CITY
    DISTRICT 063
        CALHOUN COUNTY (PART)
            ATHENS TOWNSHIP
            BURLINGTON TOWNSHIP
            CLARENDON TOWNSHIP
            ECKFORD TOWNSHIP
            EMMETT TOWNSHIP
            FREDONIA TOWNSHIP
            HOMER TOWNSHIP
            LEROY TOWNSHIP
            MARENGO TOWNSHIP
            MARSHALL CITY
            MARSHALL TOWNSHIP
            NEWTON TOWNSHIP
            TEKONSHA TOWNSHIP
        KALAMAZOO COUNTY (PART)
            BRADY TOWNSHIP
            CHARLESTON TOWNSHIP
            CLIMAX TOWNSHIP
            COMSTOCK TOWNSHIP
            GALESBURG CITY
            KALAMAZOO TOWNSHIP (PART)
                TRACT 005502 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2011,
                    2012, 2027, 2035, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3023, 3024.
            PAVILION TOWNSHIP
            RICHLAND TOWNSHIP
            ROSS TOWNSHIP
            WAKESHMA TOWNSHIP
    DISTRICT 064
        JACKSON COUNTY (PART)
            CONCORD TOWNSHIP
            HANOVER TOWNSHIP
            JACKSON CITY (PART)
                TRACT 000100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
```

```
            2013, 2014, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014, 3015,
            3016, 3017, 3018, 3019, 3020, 3021,
            3022, 3023.
TRACT 000200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 4009, 4010.
TRACT 000400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 5000, 5001,
            5002, 5003, 5004, 5005, 5006, 5007,
            5008, 5009, 5010, 5011, 5012, 5013,
            5014, 5015, 5016, 5017, 5018, 5019,
            5020, 5021, 5022.
TRACT 000500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023.
TRACT 000600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 1046, 1047,
            1048, 1049, 1050, 1051, 1052, 1053,
            1054, 1055, 1056, 1057.
TRACT 000800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
```

```
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021,
                3022, 3023, 3024, 3025, 3026, 3027,
                3028, 3029, 3030, 3031, 3032, 3033,
                3034, 3035, 3036, 3037, 3038, 3039,
                3040, 3041, 3042, 3043, 3044, 3045,
                3046, 3047, 3048, 3049, 3050, 3051,
                3052, 3053, 4000, 4001, 4002, 4003,
                4004, 4005, 4006, 4007, 4008, 4009,
                4010, 4011, 4012, 4013, 4014, 4015,
                4016, 4017, 4018, 4019, 4020, 4021,
                4022, 4023, 4024, 4025, 4026, 4027,
                4028, 4029, 4030, 4031, 4032, 4033,
                4034, 4035, 4036
TRACT 000900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                3015, 3016, 4000, 4001, 4002, 4003,
                4004, 4005, 4006, 4007, 4008, 4009,
                4010, 4011, 4012, 4013.
TRACT 001000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009.
TRACT 001100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 2018, 2019,
                2020, 2021, 2022.
TRACT 001200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
```

```
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      2000, 2001, 2002, 2003, 2004, 2005,
      2006, 2007, 2008, 2009, 2010, 2011,
      2012, 2013, 2014, 2015, 2016, 2017,
      2018, 2019, 2020, 2021, 2022, 2023,
      2024, 2025, 2026, 2027, 2028, 2029,
      2030, 2031, 2032, 2033, 2034, 2035,
      2036, 2037, 2038, 2039, 2040, 2041,
      2042, 2043, 2044, 2045, 2046, 2047,
      2048, 2049, 2050, 2051, 2052, 2053,
      2054, 2055, 2056, 2057, 2058, 2059,
      2060, 2061, 2062, 2063, 2064, 2065,
      2066, 2067, 2068, 2069, 2070, 2071,
      2072, 2073, 2074, 2075, 2076, 2077,
      2078, 2079, 2080, 2081, 2082, 2083,
      2084, 2085, 2086, 2087, 2088, 2089,
      2090, 2091, 2092, 2093, 2094, 2095,
      2097, 3000, 3001, 3002, 3003, 3004,
      3005, 3006, 3007, 3008, 3009, 3010,
      3011, 3012, 3013, 3014, 3015, 3016,
      3017, 3018, 3019, 3020, 3021, 3022.
TRACT 001300 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 2000, 2001, 2002, 2003,
      2004, 2005, 2006, 2007, 2008, 2009,
      2010, 2011, 2012, 2013, 2014, 2015,
      2016, 2017, 3000, 3001, 3002, 3003,
      3004, 3005, 3006, 3007, 3008, 3009,
      3010, 3011, 3012, 3013, 3014, 3015,
      3016, 3017, 3018, 3019, 3020, 3021,
      3022, 3023, 3024, 3025, 3026, 3027,
      3028, 3029, 3030, 3031, 3032, 3033,
      3034, 3035, 3036, 3037, 3038.
TRACT 006100 INCLUDING BLOCK(S)
      6009, 6011.
TRACT 006900 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      2000, 2001, 2002, 2003, 2004, 2005,
      2006, 2007, 2008, 2009, 2010, 2011,
      2012, 2013, 2014, 3000, 3001, 3002,
      3003, 3004, 3005, 3006, 3007, 3008,
      3009, 3010, 3011, 3012, 3013, 3014,
      3015, 3016, 3017, 3018, 3019, 3020,
```

```
                3021, 3022, 3023, 3024, 3025, 3026,
                3027, 3028, 3029, 3030, 3031, 3032,
                3033, 3034, 3035, 3036, 3037, 3038,
                3039.
        NAPOLEON TOWNSHIP
        PARMA TOWNSHIP
        PULASKI TOWNSHIP
        SANDSTONE TOWNSHIP
        SPRING ARBOR TOWNSHIP
        SUMMIT TOWNSHIP
DISTRICT 065
    EATON COUNTY (PART)
        BROOKFIELD TOWNSHIP
        EATON TOWNSHIP (PART)
            TRACT 020901 INCLUDING BLOCK(S)
                3000, 3001, 3003, 3004, 3006, 3010,
                3011, 4007, 4008.
            TRACT 020902 INCLUDING BLOCK(S)
                1000, 1001, 1050.
            TRACT 021001 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1012, 1013,
                1014, 1016, 1017, 1018, 1019, 1020,
                1031, 1033, 1034, 1035, 1036, 1037,
                1038, 1039, 1040, 1041, 1042, 1043,
                1044, 1045, 1050, 1054, 1058, 1059,
                1060, 1061, 1065, 1067, 1068, 1069,
                1070, 1071, 1072, 1073, 1077, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2010, 2011, 2012.
            TRACT 021002 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1034, 1035,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3015, 3017, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 4013,
                4014, 4015, 4016, 4017, 4018, 4019,
                4020, 4021, 4022, 4023, 4024, 4025,
                4026, 4027, 4028, 4029, 4030, 4031,
                4032, 4033, 4034, 4035, 4036, 4037,
                4038, 4039, 4040, 4041, 4042, 4043,
                4044.
        EATON RAPIDS CITY
        HAMLIN TOWNSHIP
    JACKSON COUNTY (PART)
        BLACKMAN TOWNSHIP
        COLUMBIA TOWNSHIP
        GRASS LAKE TOWNSHIP
```

```
                HENRIETTA TOWNSHIP
                JACKSON CITY (PART)
                    TRACT 005900 INCLUDING BLOCK(S)
                        3018.
                LEONI TOWNSHIP
                LIBERTY TOWNSHIP
                NORVELL TOWNSHIP
                RIVES TOWNSHIP
                SPRINGPORT TOWNSHIP
                TOMPKINS TOWNSHIP
                WATERLOO TOWNSHIP
            LENAWEE COUNTY (PART)
                CAMBRIDGE TOWNSHIP
    DISTRICT 066
            KALAMAZOO COUNTY (PART)
                ALAMO TOWNSHIP
                COOPER TOWNSHIP
                PARCHMENT CITY
            VAN BUREN COUNTY
    DISTRICT 067
            INGHAM COUNTY (PART)
                ALAIEDON TOWNSHIP
                AURELIUS TOWNSHIP
                BUNKER HILL TOWNSHIP
                DELHI TOWNSHIP
                INGHAM TOWNSHIP
                LANSING CITY (PART)
                    TRACT 002000 INCLUDING BLOCK(S)
                        1018, 2003, 2004, 2007, 2008, 2009,
                        2010, 3000, 3001, 3002, 3003, 3004,
                        3014, 3015, 3016, 3017, 3018, 3019,
                        3020, 3021, 3022, 4000, 4001, 4002,
                        4003, 4004, 4005, 4006, 4007, 4008,
                        4009, 4010, 4011, 4012, 4013, 4014,
                        4015, 4016, 4017, 4018, 4019, 4020,
                        4021, 4022, 4023.
                    TRACT 002300 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 2000, 2001, 2002,
                        2003, 2004, 2005, 2006, 2007, 2008,
                        2009, 2010, 2011, 2012, 2013, 2014,
                        2015, 2016, 2017, 2018, 3000, 3001,
                        3002, 3003, 3004, 3005, 3006, 3007,
                        3008, 3009, 3010, 3011, 3012, 3013,
                        3014, 3015, 3016, 3017, 3018, 3019,
                        3020, 3021, 3022, 3023, 3024, 3025,
                        3026, 4000, 4001, 4002, 4003, 4004,
                        4005, 4006, 4007, 4008, 4009, 4010,
```

```
            4011, 4012, 4013, 4014, 4015, 4016,
            4017, 4018, 4019, 4020.
TRACT 002600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 2018.
TRACT 002700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 2020,
            2021, 2022, 2023, 2024, 2025, 2026,
            2027, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 3014.
TRACT 002800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016.
TRACT 002901 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1009, 1010, 1011,
            1012.
TRACT 002902 INCLUDING BLOCK(S)
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018, 3019, 3020,
            3021.
TRACT 003700 INCLUDING BLOCK(S)
            1000, 1001, 1003, 1004, 1005, 1006,
            1007, 1008, 1009, 1010, 1011, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008.
```

```
            TRACT 005303 INCLUDING BLOCK(S)
                 2000, 2001, 2002, 2003, 2004, 2005,
                 2006, 2007, 2008, 2009, 2010, 2011,
                 2012, 2013, 3000, 3001, 3002, 3003,
                 3004, 3005, 3006, 3007, 3008, 3009,
                 3010, 3011, 3012.
            TRACT 005304 INCLUDING BLOCK(S)
                 1006, 1016, 1017, 1018, 1019, 1020,
                 1029, 1030, 1031, 1032, 1033, 1034,
                 1035, 1036, 1037, 1038, 1039, 1040,
                 1041, 1042, 1043, 1044, 1045, 1046,
                 1047, 1048, 1049, 1051, 1052, 1053,
                 1054, 1055, 1056, 1057, 1058, 1059,
                 1064, 1065, 1066, 1067.
            TRACT 005600 INCLUDING BLOCK(S)
                 1013, 1022, 1024.
            TRACT 006600 INCLUDING BLOCK(S)
                 3048, 3049, 3050, 3051, 3062, 3065,
                 3075, 3076, 3080.
            TRACT 006700 INCLUDING BLOCK(S)
                 1035, 1062, 1063
            TRACT 980100 INCLUDING BLOCK(S)
                 1071, 1072, 1073, 1074, 1075, 1076,
                 1077, 1083, 1084, 1089, 1093, 1094,
                 1095, 1096.
            TRACT 980200 INCLUDING BLOCK(S)
                 1076, 1077, 1096.
        LEROY TOWNSHIP
        LESLIE CITY
        LESLIE TOWNSHIP
        MASON CITY
        ONONDAGA TOWNSHIP
        STOCKBRIDGE TOWNSHIP
        VEVAY TOWNSHIP
        WHEATFIELD TOWNSHIP
        WHITE OAK TOWNSHIP
        WILLIAMSTON CITY
DISTRICT 068
    INGHAM COUNTY (PART)
        LANSING CITY (PART)
            TRACT 000100 INCLUDING BLOCK(S)
                 1004, 1005, 1006, 1007, 1008, 1009,
                 1010, 1011, 1012, 1013, 1014, 1015,
                 1016, 1017, 1018, 1019, 1020, 1021,
                 1022, 1023, 1024, 1025, 1026, 1027,
                 1028, 1029, 2000, 2001, 2002, 2003,
                 2004, 2005, 2006, 2007, 2008, 2009,
                 2010, 2011, 2012, 2013, 2014, 2015,
                 2016, 2017, 2018, 2019, 2020, 2021,
```

```
               2022, 2023, 2024, 2025, 2026, 2027,
               2028, 2029, 2030, 2031, 2032, 2033,
               2034, 2035, 2036, 2037, 2038.
TRACT 000400 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 1022, 1023,
               1024, 1025, 1026, 1027, 1028, 1029,
               1030, 1031, 1032, 2000, 2001, 2002,
               2003, 2004, 2005, 2006, 2007, 2008,
               2009, 2010, 2011, 2012, 2013, 2014,
               2015, 2016, 2017, 2018, 2019, 2020,
               2021, 2022, 2023, 2024, 3000, 3001,
               3002, 3003, 3004, 3005, 3006, 3007,
               3008, 3009, 3010, 3011, 3012, 3013,
               3014, 3015, 3016, 3017, 3018, 3019,
               3020, 3021, 3022, 3023, 3024, 3025,
               3026, 3027, 3028, 3029.
TRACT 000600 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 2000, 2001,
               2002, 2003, 2004, 2005, 2006, 2007,
               2008, 2009, 2010, 2011, 2012, 2013,
               2014, 2015.
TRACT 000700 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 1022, 2000,
               2001, 2002, 2003, 2004, 2005, 2006,
               2007, 2008, 2009, 2010, 2011, 2012,
               2013, 2014, 2015, 2016, 3000, 3001,
               3002, 3003, 3004, 3005, 3006, 3007,
               3008, 3009, 3010, 3011.
TRACT 000800 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 2000, 2001, 2002, 2003, 2004,
               2005, 2006, 2007, 2008, 2009, 2010,
               2011, 3000, 3001, 3002, 3003, 3004,
               3005, 3006, 3007, 3008, 3009, 3010,
               3011, 3012, 3013, 3014, 3015, 3016,
               3017, 4000, 4001, 4002, 4003, 4004,
               4005, 4006, 4007, 4008.
TRACT 001000 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
```

```
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 2000, 2001, 2002,
        2003, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 2024, 2025, 2026, 2030,
        2031.
TRACT 001200 INCLUDING BLOCK(S)
        1004, 1005, 1006, 1007, 1008, 1009,
        1010, 1011, 1012, 1013, 1014, 1020,
        1023, 1024, 1027, 1028, 1029, 1030,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020,
        3021, 3022, 3023, 3024, 3025, 3026,
        3027, 3028.
TRACT 001703 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 3017.
TRACT 002000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        2000, 2001, 2002, 2005, 2006, 2011,
        2012, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 4024, 4025,
        4026, 4027, 4028, 4029, 4030, 4031.
TRACT 002101 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017, 2018, 2019,
        2020.
TRACT 002200 INCLUDING BLOCK(S)
```

```
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2021, 2022,
            2023, 2024, 2025, 2026, 2027, 2028,
            2029.
TRACT 002901 INCLUDING BLOCK(S)
            1003, 1004, 1005, 1006, 1007, 1008,
            2006, 2007, 2008, 2009, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 2018,
            2019, 2020, 2021, 2022, 2023.
TRACT 002902 INCLUDING BLOCK(S)
            1001, 1002, 1003, 1004, 1005.
TRACT 003103 INCLUDING BLOCK(S)
            1016, 1017, 1018, 1020, 1021, 1022,
            1023, 1024, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2010, 2011, 2014,
            2015, 2018, 2020, 2023, 3000, 3002,
            3003, 3005, 3006, 3008, 4000, 4001,
            4002, 4003, 4004, 4005, 4006, 4007,
            4008, 4009, 4010, 4011, 4012, 4013,
            4014, 4015, 4016, 4017, 5000, 5001,
            6000, 6007, 6008, 6009, 6010, 6011,
            6012, 6013.
TRACT 003200 INCLUDING BLOCK(S)
            1002, 1003, 1004, 1005, 1006, 1007,
            1008, 1009, 1010, 1011, 1012, 1013,
            1014, 1015, 1016, 1017, 1018, 1019,
            1021, 1022, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016.
TRACT 003301 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018, 3019, 3020,
            3021, 3022, 3023, 3024, 3025.
TRACT 003302 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
```

```
            1018, 1019, 1020, 1021, 1022, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 2018,
            2019, 2020, 2021, 2022, 2023, 2024.
TRACT 003400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1024, 1025, 1031, 1032.
TRACT 003500 INCLUDING BLOCK(S)
            2000, 2030, 2031, 2032.
TRACT 003601 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014.
TRACT 003602 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011.
TRACT 003700 INCLUDING BLOCK(S)
            1002, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 4000,
            4001, 4002, 4003, 4004, 4005, 4006,
            4007, 4008, 5000, 5001, 5002, 5003,
            5004, 5005, 5006, 5007, 5008, 5009.
TRACT 003801 INCLUDING BLOCK(S)
            3008, 3009, 3021, 3022, 3023, 3024,
            3028, 3029, 3030, 3031, 3032.
TRACT 004000 INCLUDING BLOCK(S)
            3004, 3005, 3014, 3015, 3016, 3017,
            3018, 3025, 3026, 3027, 3028, 3035,
            3037, 3038, 3039, 3040, 3041.
TRACT 005100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016, 2017, 2018, 2019,
            2020, 2021, 2022, 2023, 2026, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
```

```
        3007.
TRACT 005201 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 4000,
        4001, 4002, 4003, 5000, 5001, 5002,
        5003, 5004, 5005, 5006, 5007, 5008,
        5009, 5010.
TRACT 005202 INCLUDING BLOCK(S)
        1000, 1001, 2000, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2030.
TRACT 005302 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2028, 2029,
        2030.
TRACT 005303 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 4000, 4001, 4002,
        4003, 4004, 4005, 4006, 4007, 4008,
        4009, 4010, 4011, 4012, 4013, 4014.
TRACT 005304 INCLUDING BLOCK(S)
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022.
TRACT 005501 INCLUDING BLOCK(S)
        2006.
TRACT 006500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 3017,
        3018, 3019, 3020, 4000, 4001, 4002,
        4003, 4004, 4005, 4006, 4007, 4008,
        4009, 4010, 4011, 4012, 4013.
TRACT 006600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
```

```
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 3045, 3046, 3047,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3063, 3064,
3066, 3067, 3068, 3069, 3070, 3071,
3072, 3073, 3074, 3077, 3078, 3079.
TRACT 006700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1036,
1037, 1038, 1039, 1040, 1041, 1042,
1043, 1044, 1045, 1046, 1047, 1048,
1049, 1050, 1051, 1052, 1053, 1054,
1055, 1056, 1057, 1058, 1059, 1060,
1061, 1064, 1065, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
```

```
          4025, 4026.
TRACT 006800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 2018, 2019,
          2020, 2021, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 3012, 3013, 3014, 3015,
          3016, 4000, 4001, 4002, 4003, 4004,
          4005, 4006, 4007, 4008, 4009, 4010,
          4011, 4012, 4013, 4014, 4015, 4016,
          4017.
TRACT 007000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 2016, 2017, 2018, 2019, 2020,
          2021, 2022, 2023, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3017, 3018, 3019, 3020,
          3021, 3022, 3023, 3024, 3025, 3026,
          3027, 3028, 3029, 3030, 3031, 3032,
          3033, 3034, 3035, 3036, 3037, 4000,
          4001, 4002, 4003, 4004, 4005, 4006,
          4007, 4008, 4009, 4010, 4011, 4012,
          4013, 5000, 5001, 5002, 5003, 5004,
          5005, 5006, 5007, 5008, 5009, 5010,
          5011, 5012, 5013, 5014, 5015, 5016,
          5017, 5018, 5019, 5020, 5021, 5022,
          5023, 5024, 5025, 5026, 5027, 5028,
          6000, 6001, 6002, 6003, 6004, 6005,
          6006, 6007, 6008, 6009, 6010, 6011,
          6012, 6013, 6014, 6015, 6016, 6017,
          6018, 6019, 6020, 6021, 6022, 6023,
          6024, 6025, 6026, 6027, 6028, 6029,
          6030.
TRACT 980000 INCLUDING BLOCK(S)
          1133, 1135, 1136, 1137, 1138, 1139,
          1140, 1152, 1153, 1154, 1155, 1173,
          1183.
TRACT 980100 INCLUDING BLOCK(S)
          1000, 1004, 1005, 1006, 1010, 1029,
```

```
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1038, 1039, 1040, 1041, 1042, 1043,
                    1044, 1045, 1046, 1047, 1048, 1049,
                    1050, 1051, 1052, 1053, 1054, 1055,
                    1056, 1057, 1058, 1059, 1060, 1061,
                    1062, 1063, 1064, 1065, 1066, 1067,
                    1068, 1069, 1070, 1078, 1079, 1080,
                    1081, 1082, 1090, 1091, 1092.
              TRACT 980200 INCLUDING BLOCK(S)
                    1000, 1002, 1007, 1008, 1009, 1010,
                    1023, 1025, 1026, 1027, 1028, 1030,
                    1046, 1047, 1048, 1049, 1050, 1051,
                    1052, 1053, 1054, 1055, 1056, 1057,
                    1058, 1059, 1060, 1061, 1062, 1063,
                    1064, 1065, 1066, 1067, 1068, 1069,
                    1070, 1071, 1072, 1073, 1074, 1075,
                    1078, 1079, 1080, 1081, 1082, 1083,
                    1084, 1085, 1086, 1087, 1088, 1089,
                    1091, 1092, 1093, 1094, 1095.
           LANSING TOWNSHIP
    DISTRICT 069
       INGHAM COUNTY (PART)
          EAST LANSING CITY
          LANSING CITY (PART)
              TRACT 005001 INCLUDING BLOCK(S)
                    1009, 1011, 1012, 1013.
          LOCKE TOWNSHIP
          MERIDIAN TOWNSHIP
          WILLIAMSTOWN TOWNSHIP
    DISTRICT 070
       GRATIOT COUNTY (PART)
          ALMA CITY
          ARCADA TOWNSHIP (PART)
              TRACT 000600 INCLUDING BLOCK(S)
                    1041.
          BETHANY TOWNSHIP
          EMERSON TOWNSHIP (PART)
              TRACT 000200 INCLUDING BLOCK(S)
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3026, 3033,
                    3034, 3035, 3036, 3037, 3038, 3039,
                    3040, 3041, 3042, 3043, 3044, 3045,
                    3046, 3047, 3048, 3049, 3050, 3051,
                    3052, 3053, 3054, 3055, 3056, 3057,
                    3058, 3059, 3060, 3061, 3062, 3063,
                    3064, 3065, 3066, 3067, 3068, 3083,
                    3084, 3091, 3092, 3093, 3094, 3095,
                    3096, 3097, 3098, 3099, 3106, 3107,
```

```
                    3108, 3109, 3110, 3111, 3112, 3113,
                    3114, 3115, 3116, 3121, 3122, 3123,
                    3124, 3125, 3126, 3127, 3128, 3132,
                    3133, 3134, 3135, 3136, 3137, 3138,
                    3139, 3140.
          PINE RIVER TOWNSHIP
          ST. LOUIS CITY
          SEVILLE TOWNSHIP
      MONTCALM COUNTY
DISTRICT 071
      EATON COUNTY (PART)
          BELLEVUE TOWNSHIP
          BENTON TOWNSHIP
          CARMEL TOWNSHIP
          CHARLOTTE CITY
          CHESTER TOWNSHIP
          DELTA TOWNSHIP
          EATON TOWNSHIP (PART)
              TRACT 021001 INCLUDING BLOCK(S)
                  1028, 1075.
          EATON RAPIDS TOWNSHIP
          GRAND LEDGE CITY
          KALAMO TOWNSHIP
          LANSING CITY
          OLIVET CITY
          ONEIDA TOWNSHIP
          POTTERVILLE CITY
          ROXAND TOWNSHIP
          SUNFIELD TOWNSHIP
          VERMONTVILLE TOWNSHIP
          WALTON TOWNSHIP
          WINDSOR TOWNSHIP
DISTRICT 072
      ALLEGAN COUNTY (PART)
          DORR TOWNSHIP
          LEIGHTON TOWNSHIP
          WAYLAND CITY
          WAYLAND TOWNSHIP
      KENT COUNTY (PART)
          GAINES TOWNSHIP
          KENTWOOD CITY
DISTRICT 073
      KENT COUNTY (PART)
          CANNON TOWNSHIP
          COURTLAND TOWNSHIP
          EAST GRAND RAPIDS CITY
          GRAND RAPIDS TOWNSHIP
          NELSON TOWNSHIP
          OAKFIELD TOWNSHIP
```

```
        PLAINFIELD TOWNSHIP
        SPENCER TOWNSHIP
DISTRICT 074
    KENT COUNTY (PART)
        ALGOMA TOWNSHIP
        ALPINE TOWNSHIP
        CEDAR SPRINGS CITY
        GRANDVILLE CITY
        ROCKFORD CITY
        SOLON TOWNSHIP
        SPARTA TOWNSHIP
        TYRONE TOWNSHIP
        WALKER CITY
DISTRICT 075
    KENT COUNTY (PART)
        GRAND RAPIDS CITY (PART)
            TRACT 001101 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020.
            TRACT 001200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1010, 1014, 1015, 1016, 1017, 1018,
                1019, 1020, 1021, 1022, 1023, 1024,
                1025, 1026, 1027, 1028, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 3018, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008.
            TRACT 001300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 2016,
                2017, 2018, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021,
```

```
        3022, 3023, 3024, 3025, 3026.
TRACT 001400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 1040, 1041,
        1042, 1043, 1044, 1045, 1046, 1047,
        1048, 1049, 1050, 1051, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017.
TRACT 001500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 2024, 2025, 2026, 2027,
        2028, 2029, 2030, 2031, 2032, 2033,
        2034, 2035, 2036, 2037, 2038, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010, 3011, 3012,
        3013, 3014, 3015.
TRACT 001600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        4007, 4008, 4009, 4010, 4011, 4012,
        4013, 4014, 4015, 4016, 4017, 4018,
        4019, 4020, 4021, 4022, 4023, 4024,
        4025, 4026, 4027, 4028, 4029, 5000,
        5001, 5002, 5003, 5004, 5005, 5006,
        5007, 5008, 5009, 5010, 5011, 5012,
        5013, 5014, 5015, 5016, 5017, 5018,
        5019, 5020, 5021.
TRACT 001700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1015,
        2000, 2001, 2002, 2003, 2004, 2008,
```

```
                2009, 2012, 2013, 2014, 2015, 2016,
                2017, 2018, 2019, 2020, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 3018, 3019,
                3020, 3021, 3022, 3023, 3024, 3025.
TRACT 001900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1046, 1047,
                1048, 1049, 1050, 1051, 1052, 1053,
                1054, 1055, 1056, 1057, 1058, 1059,
                1060, 1061, 1062, 1063, 1064, 1065,
                1066, 1067, 1068, 1069, 1070, 1071,
                1072, 1073, 1074, 1075, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                3015, 3016, 3017, 3018, 3019, 3020,
                3021, 3022, 3023, 3024, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 4013,
                4014, 4015, 4016, 4017, 4018, 4019,
                4020, 4021, 4022, 4023, 4024, 4025,
                4026, 4027, 5000, 5001, 5002, 5003,
                5004, 5005, 5006, 5007, 5008, 5009,
                5010, 5011, 5012, 6000, 6001, 6002,
                6003, 6004, 6005, 6006, 6007, 6008,
                6009.
TRACT 002000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1046, 1047,
                1048, 1049, 1050, 1051, 1052, 1053,
                1054, 1055, 1056, 1057, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
```

```
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 2023, 2024, 2025,
                    2026, 2027, 2028, 2029, 2030, 2031,
                    2032.
       TRACT 002100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014.
       TRACT 002200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 4000, 4001, 4002, 4003,
                    4004, 4005, 4006, 4007, 4008, 4009,
                    4010, 4011, 4012, 4013, 4014, 4015.
       TRACT 002300 INCLUDING BLOCK(S)
                    1042, 1043, 1044, 1050, 1051, 1052,
                    1053, 2000, 2002, 2003, 2007, 2008,
                    2009, 2010, 2011, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 2024, 2025, 2026, 2027,
                    2028.
       TRACT 002400 INCLUDING BLOCK(S)
                    2015, 2017.
       TRACT 002500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018, 2019, 3021,
                    3022, 3023, 4000, 4001, 4002, 4003,
                    4004, 4005, 4006, 4007, 4008.
       TRACT 002600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
```

```
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 1046, 1047,
          1048, 1049, 1050, 1051, 1052, 1053,
          1054, 1055, 1056, 1057, 1058, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          2013, 2014, 2015, 2016, 2017, 2018,
          2019, 2020, 2021, 2022, 2023, 2024,
          2025, 2026, 2027, 2028, 2029, 2030,
          2031, 2032, 2033, 2034, 2035, 2036,
          2037, 2038, 2039, 2040, 2041, 2042,
          2043, 2044, 2045, 2046, 2047, 2048,
          2049, 2050, 2051, 2052, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 3010, 3011, 3012, 3013,
          3014, 3015, 3016.
TRACT 002700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 2018, 2019,
          2020, 2021, 2022, 2000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3017, 3018, 3019, 3020,
          3021, 3022, 3023, 3024, 3025, 3026,
          3027, 3028, 3029, 3030, 3031, 3032,
          3033, 3034, 3035, 3036, 3037, 3038,
          3039, 3040, 3041, 3042, 3043, 3044,
          3045, 3046, 3047, 3048, 3049, 3050,
          3051, 3052, 3053, 3054, 3055, 3056,
          3057, 3058, 3059, 3060, 3061.
TRACT 002800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
```

```
           1042, 1043, 1044, 2000, 2001, 2002,
           2003, 2004, 2005, 2006, 2007, 2008,
           2009, 2010, 2011, 2012, 2013, 2014,
           2015, 2016, 2017, 2018, 2019, 2020,
           2021, 2022, 2023.
TRACT 002900 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 2000,
           2001, 2002, 2003, 2004, 2005, 2006,
           2007, 2008, 2009, 2010.
TRACT 003000 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 2000, 2001, 2002, 2003, 2004,
           2005, 2006, 2007, 2008, 2009, 2010,
           2011, 2012.
TRACT 003100 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           2000, 2001, 2002, 2003, 2004, 2005,
           2006, 2007, 2008, 2009, 2010, 2011,
           3000, 3001, 3002, 3003, 3004, 3005,
           3006, 3007, 3008, 3009, 3010, 3011,
           3012.
TRACT 003200 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           2000, 2001, 2002, 2003, 2004, 2005,
           2006, 2007, 2008, 2009, 2010, 2011,
           2012, 2013, 2014, 3000, 3001, 3002,
           3003, 3004, 3005, 3006, 3007, 3008,
           3009, 3010, 4000, 4001, 4002, 4003,
           4004, 4005, 4006, 4007, 4008, 4009,
           5000, 5001, 5002, 5003, 5004, 5005,
           5006, 5007, 5008, 5009, 5010, 5011,
           5012, 5013, 5014, 5015, 5016, 5017,
           5018, 5019, 5020, 5021.
TRACT 003300 INCLUDING BLOCK(S)
           1005, 1006, 1007, 1008, 1009, 1010,
           1011, 1012, 1016, 1017.
TRACT 003500 INCLUDING BLOCK(S)
           2000, 2001, 2002, 2003, 2004, 2005,
           2006, 2007, 2008, 2009, 2010, 2011,
           2012, 2013, 2014, 2015, 2016, 2017,
           2018, 2019, 2020, 2021, 2022, 2023,
           2024, 2025, 3000, 3001, 3002, 3003,
           3004, 3005, 3006, 3007, 3008, 3009,
           3010, 3011, 3012, 3013, 3014, 3015,
           3016, 3017, 3018, 3019, 3020, 3021,
```

```
                 3022, 3023, 3024, 3025, 3026, 4000,
                 4001, 4002, 4003, 4004, 4005, 4006,
                 4007, 4008, 4009, 4010, 4011, 4012,
                 4013, 4014, 4015.
        TRACT 003600 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 2000, 2001, 2002, 2003,
                 2004, 2005, 2006, 2007, 2008, 2009,
                 2010, 2011, 2012, 2013, 2014, 2015,
                 2016, 2017, 2018, 2019, 2020, 2021,
                 2022, 2023, 2024, 2025, 2026, 2027,
                 2028, 2029, 2030, 2031, 2032, 2033,
                 2034, 2035, 2036, 2037.
        TRACT 003700 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1021, 1022, 1023,
                 1024, 1025, 1026, 1027, 1028, 1029,
                 1030, 2000, 2001, 2002, 2003, 2004,
                 2005, 2006, 2007, 2008, 2009, 2010,
                 2011, 2012, 2013, 2014, 2015, 2016,
                 2017, 2018, 2019, 2020, 2021, 2022,
                 2023, 2024, 2025, 2026, 2028, 2029,
                 2030, 2031, 2032.
        TRACT 003800 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 2000, 2001, 2002,
                 2003, 2004, 2005, 2006, 2007, 2008,
                 2009, 2010, 3000, 3001, 3002, 3003,
                 3004, 3005, 3006, 3007, 3008, 3009,
                 3010, 3011, 3012, 3013, 3014, 3015,
                 3016, 3017, 3018, 3019, 3020.
        TRACT 003900 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1004, 1005, 1006,
                 1007, 1008, 1009, 1010, 1011, 1012,
                 1014, 1015, 1016, 1017, 1018, 1019,
                 1020, 1021, 1022, 1023, 2000, 2001,
                 2002, 2003, 2004, 2005, 2006, 2007,
                 2008, 2009, 2010, 2011, 2012, 2013,
                 2014, 2015.
        TRACT 004000 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 2000, 2001, 2002, 2003, 2004,
                 2005, 2006, 2007, 2008, 2009, 2010,
```

```
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 2025, 2026, 2027.
          TRACT 004100 INCLUDING BLOCK(S)
                    1001, 1002, 1003, 1004, 1005, 1006,
                    1007, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016.
          TRACT 004200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2008, 2014.
          TRACT 004300 INCLUDING BLOCK(S)
                    1002, 1003, 1004, 1005, 1006, 1010.
          TRACT 013300 INCLUDING BLOCK(S)
                    1000.
  DISTRICT 076
      KENT COUNTY (PART)
          GRAND RAPIDS CITY (PART)
          TRACT 000100 INCLUDING BLOCK(S)
                    1002, 1003, 1004, 1005, 1006, 1007,
                    1008, 1009, 1010, 1011, 1012, 1013,
                    1014, 1015, 1016, 1017, 1018, 1019,
                    1020, 1021, 1022, 1023, 1024, 1025,
                    1026, 1027, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016.
          TRACT 000200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 2023, 2024, 2025,
                    2026, 2027, 2028, 2029, 2030, 2031,
                    2032, 2033, 2034, 2035, 2036, 2037,
                    2038, 2039.
          TRACT 000300 INCLUDING BLOCK(S)
                    1001, 1002, 1003, 1004, 1005, 1006,
                    1007, 1008, 1009, 1010, 1011, 1012,
                    1013, 1014, 1015, 1016, 1017, 1018,
                    1019, 1020, 1021, 1022, 1023, 2002,
                    2003, 2004, 2005, 2006, 2009, 2010,
```

```
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011,
              3012, 3013, 3014, 3015, 3016, 3017,
              3018.
TRACT 000400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013, 2014, 2015, 2016,
              2017, 2018, 2019, 2020, 2021, 2022,
              2023, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016.
TRACT 000500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3010, 3011, 3012, 3013, 3014, 3015,
              3016, 3017, 3018, 3019, 3020, 3021,
              3022, 3023, 3024, 3025, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 4007,
              4008, 4009, 4010, 4011, 4012, 4013,
              4014, 4015, 4016, 4017.
TRACT 000600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023, 2024, 2025,
              2026, 2027, 2028, 2029, 2030.
TRACT 000700 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
```

```
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 2026, 3000, 3001, 3002,
              3003, 3004, 3005, 3006, 3007, 3008,
              3009, 3010, 3011, 3012, 3013, 3014,
              3015, 3016, 3017.
TRACT 000800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 1046, 1047,
              1048, 1049, 1050, 1051, 1052, 1053,
              1054, 1055, 1056, 1057, 1058, 1059,
              1060, 1061, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 2017, 2018, 2019, 2020, 2021,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010.
TRACT 000900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013, 2014, 2015, 2016,
              2017, 2018, 2019, 2020, 2021, 2022,
              2023, 2024, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3010, 3011, 3012, 3013, 3014, 3015,
              3016, 3017, 3018, 3019, 3020, 3021,
              3022, 3023, 3024, 3025, 3026, 3027,
              3028, 3029, 3030.
TRACT 001000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016,
              3017, 3018, 3019, 3020, 3021, 3022,
              3023, 3024, 3025, 3026, 3027, 4000,
              4001, 4002, 4003, 4004, 4005, 4006,
```

```
              4007, 4008, 4009, 4010.
   TRACT 001101 INCLUDING BLOCK(S)
              2000, 2001, 2002, 2020.
   TRACT 001102 INCLUDING BLOCK(S)
              1001, 1002, 1003, 1004, 1005, 1006,
              1007, 1008, 1009, 1010, 1011, 1012,
              1013, 1014, 1015, 1016, 1017, 1018,
              1019, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013.
   TRACT 001200 INCLUDING BLOCK(S)
              1006, 1007, 1008, 1009, 1011, 1012,
              1013.
   TRACT 001700 INCLUDING BLOCK(S)
              1005, 1006, 1007, 1008, 1009, 1010,
              1011, 1012, 1013, 1014, 2005, 2006,
              2007, 2010, 2011.
   TRACT 001800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011,
              3012, 3013, 3014, 3015, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 4007,
              4008, 4009, 4010, 4011, 4012, 4013,
              4014, 4015, 4016, 5000, 5001, 5002,
              5003, 5005, 5006, 5007, 5008, 5009,
              5010, 5011, 5012, 5013, 5014, 5015,
              5016, 5017, 5018, 5019, 5020, 5021,
              5022, 5023, 5024.
   TRACT 002300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1033,
              1034, 1035, 1036, 1037, 1038, 1039,
              1040, 1041, 1045, 1046, 1047, 1048,
              1049, 1054, 1055, 1056, 2001, 2004,
              2005, 2006, 2012.
   TRACT 002400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 2000, 2001, 2002, 2003,
```

```
               2004, 2005, 2006, 2007, 2008, 2009,
               2010, 2011, 2012, 2013, 2014, 2016,
               2018.
TRACT 002500 INCLUDING BLOCK(S)
               3000, 3001, 3002, 3003, 3004, 3005,
               3006, 3007, 3008, 3009, 3010, 3011,
               3012, 3013, 3014, 3015, 3016, 3017,
               3018, 3019, 3020, 3024.
TRACT 003300 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1013,
               1014, 1015, 2000, 2001, 2002, 2003,
               2004, 2005, 2006, 2007, 2008, 2009,
               2010, 2011, 2012, 2013, 2014, 2015,
               2016, 2017, 2018, 2019, 2020, 2021,
               3000, 3001, 3002, 3003, 3004, 3005,
               3006, 3007, 3008, 3009, 3010, 3011,
               3012, 3013, 3014, 3015, 3016, 3017,
               3018.
TRACT 003400 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 1022, 1023,
               1024, 1025, 1026, 1027, 1028, 1029,
               1030, 1031, 2000, 2001, 2002, 2003,
               2004, 2005, 2006, 2007, 2008, 2009,
               2010, 2011, 2012, 2013, 2014, 2015,
               2016, 2017, 2018, 2019, 2020, 2025,
               2026, 2027, 2028, 3000, 3001, 3002,
               3003, 3004, 3005, 3006, 3007, 3008,
               3009, 3010, 3011, 3012, 3013, 3014,
               3015, 3016, 3017, 3018, 3019.
TRACT 003500 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 1022, 1023,
               1024.
TRACT 003700 INCLUDING BLOCK(S)
               2027.
TRACT 004100 INCLUDING BLOCK(S)
               1000, 1008, 1009, 1010, 1011, 1012,
               1014, 1015, 1016, 1017, 1018, 1019,
               1020, 1021, 1022, 1023, 1024, 1025,
               1026, 1027, 1028, 1029, 1030, 1031,
               1032, 1033, 1034, 1035, 1036, 2017,
               2018, 2019, 2020, 2021, 2022, 2023,
               2024, 2025, 2026, 2027, 2028, 2029,
               2030.
```

```
TRACT 004200 INCLUDING BLOCK(S)
     2007, 2009, 2010, 2011, 2012, 2013,
     2015, 2016, 2017, 2018, 2019, 2020,
     2021, 2022, 2023, 2024, 2025, 2026,
     2027, 2028, 2029, 2030, 2031, 2032.
TRACT 004300 INCLUDING BLOCK(S)
     1000, 1001, 1007, 1008, 1009, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 2000, 2001, 2002, 2003,
     2004, 2005, 2006, 2007, 2008, 2009,
     2010, 2011, 2012, 2013, 2014, 2015,
     2016, 2017, 2018, 3000, 3001, 3002,
     3003, 3004, 3005, 3006, 3007, 3008,
     3009, 3010, 3011, 3012, 3013, 3014,
     3015.
TRACT 004400 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 2000, 2001, 2002, 2003, 2004,
     2005, 2006, 2007, 2008, 2009, 2010,
     2011, 2012, 2013, 2014, 2015, 2016,
     2017, 2018, 2019, 2020, 2021, 2022,
     2023, 2024, 2025, 2026, 2027, 3000,
     3001, 3002, 3003, 3004, 3005, 3006,
     3007, 3008, 3009, 3010, 3011, 3012,
     3013, 4002, 4003, 4004, 4012, 4013,
     4014, 4015, 4016, 4017, 4018, 4019,
     4020, 4022, 4025, 4026, 4027, 4028,
     4029, 4030, 5000, 5001, 5002, 5003,
     5004, 5005, 5006, 5007, 5008, 5009,
     5010, 5011, 5012, 5013, 5014, 5015,
     5016, 5017, 5018, 5019.
TRACT 004500 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1017, 2002, 2003,
     2004, 2005, 2006, 2007, 3001, 3002,
     3003, 3004, 3005, 3006, 3007, 3008,
     3009, 3010, 3011, 3012, 3013, 3014,
     3015, 3016, 3019, 3020, 3021, 4000,
     4001, 4002, 4003, 4004, 4005, 4006,
     4007, 4008, 4009, 4010, 4011, 4012,
     4013, 4014, 4015, 4016, 4017, 4018,
     4019, 4020, 4021, 4022, 4023, 4024,
     4025, 5000, 5001, 5002, 5003, 5004,
     5005, 5006, 5007, 5008, 5009, 5010,
     5011, 5012, 5013, 5014, 5015, 5016,
     5017, 5018, 5019, 5020, 5021, 5022,
```

```
          5024, 6000, 6001, 6002, 6003, 6004,
          6005, 6006, 6007, 6008, 6009, 6010,
          6011, 6012, 6013, 6014, 6015, 6016,
          6017, 6018.
TRACT 004600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 2016, 2017, 2018, 2019, 2020,
          2021, 2022, 2023, 2024, 2025, 2026,
          2027, 2028, 2029, 2030, 2031, 2032,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014, 3015, 3016, 3017,
          3018, 3019, 3020, 3021, 3022, 3023,
          3024, 3025, 3026.
TRACT 011600 INCLUDING BLOCK(S)
          1042, 1043, 3000, 3001, 3011, 3016,
          3017, 3018, 3019, 3020, 3021, 3024,
          3025, 3027, 3028, 3029, 3030, 3031,
          3032, 3033, 3034, 3035, 3036, 3037,
          3039.
TRACT 011801 INCLUDING BLOCK(S)
          1016, 1018, 1019, 1020, 1021, 1024,
          1026, 1029, 1030, 3009, 3010, 3011,
          4040, 4041.
TRACT 011803 INCLUDING BLOCK(S)
          1005, 1007, 1008, 1009, 1010, 1011,
          1016, 1017, 1018, 1019, 1020, 1021,
          1023, 1027, 1028, 1048, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2011,
          2012, 2013, 2014, 2021, 2022, 2023,
          2024, 2025.
TRACT 012605 INCLUDING BLOCK(S)
          1004, 1005, 1006, 1010, 1011, 1012.
TRACT 012606 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 4000, 4001, 4002,
          4003, 4004, 4005, 4006, 4007, 4008,
          4009, 4010, 4011, 4012, 4013, 4014,
```

```
                        4015, 4016, 4017, 4018, 4019.
            TRACT 012607 INCLUDING BLOCK(S)
                        1002, 1003, 1004.
            TRACT 014200 INCLUDING BLOCK(S)
                        2043, 2044, 2045, 2048, 2049, 2050,
                        2051.
DISTRICT 077
    KENT COUNTY (PART)
        BYRON TOWNSHIP
        WYOMING CITY
DISTRICT 078
    BERRIEN COUNTY (PART)
        BARODA TOWNSHIP
        BERRIEN TOWNSHIP
        BERTRAND TOWNSHIP
        BUCHANAN CITY
        BUCHANAN TOWNSHIP
        CHIKAMING TOWNSHIP
        GALIEN TOWNSHIP
        NEW BUFFALO CITY
        NEW BUFFALO TOWNSHIP
        NILES CITY
        NILES TOWNSHIP
        ORONOKO TOWNSHIP
        PIPESTONE TOWNSHIP
        SODUS TOWNSHIP
        THREE OAKS TOWNSHIP
        WEESAW TOWNSHIP
    CASS COUNTY (PART)
        HOWARD TOWNSHIP
        MILTON TOWNSHIP
        NILES CITY
        ONTWA TOWNSHIP
        SILVER CREEK TOWNSHIP
DISTRICT 079
    BERRIEN COUNTY (PART)
        BAINBRIDGE TOWNSHIP
        BENTON TOWNSHIP
        BENTON HARBOR CITY
        BRIDGMAN CITY
        COLOMA CITY
        COLOMA TOWNSHIP
        HAGAR TOWNSHIP
        LAKE TOWNSHIP
        LINCOLN TOWNSHIP
        ROYALTON TOWNSHIP
        ST. JOSEPH CITY
        ST. JOSEPH TOWNSHIP
        WATERVLIET CITY
```

```
              WATERVLIET TOWNSHIP
DISTRICT 080
    ALLEGAN COUNTY (PART)
         ALLEGAN CITY
         ALLEGAN TOWNSHIP
         CASCO TOWNSHIP
         CHESHIRE TOWNSHIP
         CLYDE TOWNSHIP
         VILLAGE OF DOUGLAS CITY
         FENNVILLE CITY
         FILLMORE TOWNSHIP
         GANGES TOWNSHIP
         GUNPLAIN TOWNSHIP
         HEATH TOWNSHIP
         HOLLAND CITY
         HOPKINS TOWNSHIP
         LAKETOWN TOWNSHIP
         LEE TOWNSHIP
         MANLIUS TOWNSHIP
         MARTIN TOWNSHIP
         MONTEREY TOWNSHIP
         OTSEGO CITY
         OTSEGO TOWNSHIP
         OVERISEL TOWNSHIP
         PLAINWELL CITY
         SALEM TOWNSHIP
         SAUGATUCK CITY
         SAUGATUCK TOWNSHIP
         SOUTH HAVEN CITY
         TROWBRIDGE TOWNSHIP
         VALLEY TOWNSHIP
         WATSON TOWNSHIP
DISTRICT 081
    ST. CLAIR COUNTY (PART)
         ALGONAC CITY
         BERLIN TOWNSHIP
         BROCKWAY TOWNSHIP
         CHINA TOWNSHIP
         CLAY TOWNSHIP
         CLYDE TOWNSHIP
         COTTRELLVILLE TOWNSHIP
         EAST CHINA TOWNSHIP
         EMMETT TOWNSHIP
         GRANT TOWNSHIP
         GREENWOOD TOWNSHIP
         LYNN TOWNSHIP
         MARINE CITY CITY
         MARYSVILLE CITY
         MUSSEY TOWNSHIP
```

```
          PORT HURON TOWNSHIP
          ST. CLAIR CITY
          ST. CLAIR TOWNSHIP
          YALE CITY
DISTRICT 082
     LAPEER COUNTY
DISTRICT 083
     ST. CLAIR COUNTY (PART)
          BURTCHVILLE TOWNSHIP
          FORT GRATIOT TOWNSHIP
          PORT HURON CITY
     SANILAC COUNTY
DISTRICT 084
     HURON COUNTY
     TUSCOLA COUNTY
DISTRICT 085
     SAGINAW COUNTY (PART)
          BRADY TOWNSHIP
          BRANT TOWNSHIP
          CHAPIN TOWNSHIP
          CHESANING TOWNSHIP
          FREMONT TOWNSHIP
          JONESFIELD TOWNSHIP
          LAKEFIELD TOWNSHIP
          MAPLE GROVE TOWNSHIP
          MARION TOWNSHIP
          RICHLAND TOWNSHIP
     SHIAWASSEE COUNTY
DISTRICT 086
     IONIA COUNTY (PART)
          BELDING CITY
          BERLIN TOWNSHIP (PART)
             TRACT 032100 INCLUDING BLOCK(S)
                1001.
          EASTON TOWNSHIP
          IONIA CITY (PART)
             TRACT 031600 INCLUDING BLOCK(S)
                1028, 1029, 1033, 1035, 1036, 1037,
                1038, 1039, 1040, 1041, 1042, 1043,
                1044, 1049, 1050, 1051, 2004, 2009,
                2017, 2019, 2020, 2021, 2023, 2024,
                2025, 2026, 2027, 2028, 2029, 2033,
                2034, 2035, 2036, 2037, 2038, 2039,
                2040, 2041, 2042, 2043, 2044, 2045,
                3022, 3023, 3024, 3025, 3026, 3047,
                3048, 3049, 3050, 3051, 3055, 3056,
                3060, 3061, 3062, 3064, 3065, 3066,
                3067, 3068.
             TRACT 031700 INCLUDING BLOCK(S)
```

```
                1000, 1001, 1002, 1003, 1004, 1010,
                1011, 1012, 1013, 1014, 1015, 1016,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                3015, 3016, 3017, 3018, 3019, 3020,
                3021, 3022, 3023, 3024, 3025, 3026,
                3027, 3028, 3029, 3030, 3031, 3032,
                3033, 3034, 3035, 4001, 4005, 4008,
                4009, 4010, 4011, 4012, 4013, 4014,
                4018, 4019, 4020, 4023, 4024, 4026,
                4027, 4028, 4029, 4030, 4031, 4032,
                4033, 4034, 4035, 4036, 4037, 4038,
                4039, 4040, 4041, 4042, 4043, 4044,
                4045, 4046, 4048, 4049, 4050, 4051,
                4052, 4053, 4054, 4055, 4058, 4059,
                4060, 4061, 4062.
        TRACT 031900 INCLUDING BLOCK(S)
                1054, 1056, 1061, 4005.
        TRACT 032100 INCLUDING BLOCK(S)
                1000, 1002, 1003, 1004, 1005, 1006,
                1007, 1008, 2000, 2001, 2002, 2011,
                2017, 2018, 2019, 2020, 2023, 2024,
                2025, 2026, 2027, 2028, 2029, 2030,
                2031, 2032, 2033, 2034, 2035, 2036,
                2037, 2038, 2039, 2041, 2046, 2047,
                2053, 2065, 2066, 2067, 2069, 2072,
                2077, 2078, 2084, 3003, 3016, 3017,
                3018, 3019.
        TRACT 982200 INCLUDING BLOCK(S)
                1000, 1002, 1003, 1004, 1005, 1007.
        IONIA TOWNSHIP
        ORLEANS TOWNSHIP
        OTISCO TOWNSHIP
    KENT COUNTY (PART)
        ADA TOWNSHIP
        BOWNE TOWNSHIP
        CALEDONIA TOWNSHIP
        CASCADE TOWNSHIP
        GRATTAN TOWNSHIP
        LOWELL CITY
        LOWELL TOWNSHIP
        VERGENNES TOWNSHIP
DISTRICT 087
    BARRY COUNTY
    IONIA COUNTY (PART)
        BERLIN TOWNSHIP (PART)
```

```
TRACT 031900 INCLUDING BLOCK(S)
         2057, 2058, 2059, 2060, 2061, 2062,
         2063, 2064, 2065, 2066, 2067, 2068,
         2069, 2070, 3000, 3001, 3002, 3003,
         3004, 3005, 3006, 3007, 3008, 3009,
         3010, 3011, 3012, 3013, 3014, 3015,
         3016, 3017, 3018, 3019, 3020, 3021,
         3022, 3023, 3024, 3025, 3026, 3027,
         3028, 3029, 3030, 3031, 3032, 3033,
         3034, 3035, 3036, 3037, 3038, 3039,
         3040, 3041, 3042, 3043, 3044, 3045,
         3046, 3047, 3048, 3049, 3050, 3051,
         3052, 3053, 3054, 3055, 3056, 3057,
         3058, 3059, 3060, 3061, 3062, 3063,
         3064, 3065, 3066, 3067, 3068, 3069,
         3070, 3071, 3072, 3073, 3074, 3075,
         3076, 3077, 3078, 3079, 3080, 3081,
         3082, 3083, 3084, 4007, 4008, 4009,
         4010, 4011, 4012, 4013, 4031, 4032,
         4033, 4037, 4041, 4042.
TRACT 032100 INCLUDING BLOCK(S)
         2040, 2042, 2043, 2044, 2054, 2055,
         2056, 2057, 2063, 2064, 3002, 3011,
         3012, 3013, 3014, 3015, 3020, 3021,
         3022, 3023, 3024, 3025, 3026, 3027.
   BOSTON TOWNSHIP
   CAMPBELL TOWNSHIP
   DANBY TOWNSHIP
   IONIA CITY (PART)
      TRACT 031900 INCLUDING BLOCK(S)
         4030.
   KEENE TOWNSHIP
   LYONS TOWNSHIP
   NORTH PLAINS TOWNSHIP
   ODESSA TOWNSHIP
   ORANGE TOWNSHIP
   PORTLAND CITY
   PORTLAND TOWNSHIP
   RONALD TOWNSHIP
   SEBEWA TOWNSHIP
DISTRICT 088
   OTTAWA COUNTY (PART)
      ALLENDALE TOWNSHIP
      CHESTER TOWNSHIP
      COOPERSVILLE CITY
      GEORGETOWN TOWNSHIP
      POLKTON TOWNSHIP
      TALLMADGE TOWNSHIP
      WRIGHT TOWNSHIP
```

DISTRICT 089
    OTTAWA COUNTY (PART)
        BLENDON TOWNSHIP
        CROCKERY TOWNSHIP
        FERRYSBURG CITY
        GRAND HAVEN CITY
        GRAND HAVEN TOWNSHIP
        OLIVE TOWNSHIP
        PARK TOWNSHIP
        PORT SHELDON TOWNSHIP
        ROBINSON TOWNSHIP
        SPRING LAKE TOWNSHIP
DISTRICT 090
    OTTAWA COUNTY (PART)
        HOLLAND CITY
        HOLLAND TOWNSHIP
        HUDSONVILLE CITY
        JAMESTOWN TOWNSHIP
        ZEELAND CITY
        ZEELAND TOWNSHIP
DISTRICT 091
    MUSKEGON COUNTY (PART)
        BLUE LAKE TOWNSHIP
        CASNOVIA TOWNSHIP
        CEDAR CREEK TOWNSHIP
        DALTON TOWNSHIP
        EGELSTON TOWNSHIP
        FRUITPORT TOWNSHIP
        HOLTON TOWNSHIP
        MONTAGUE CITY
        MONTAGUE TOWNSHIP
        MOORLAND TOWNSHIP
        NORTON SHORES CITY
        RAVENNA TOWNSHIP
        ROOSEVELT PARK CITY
        SULLIVAN TOWNSHIP
        WHITEHALL CITY
        WHITE RIVER TOWNSHIP
DISTRICT 092
    MUSKEGON COUNTY (PART)
        FRUITLAND TOWNSHIP
        LAKETON TOWNSHIP
        MUSKEGON CITY
        MUSKEGON TOWNSHIP
        MUSKEGON HEIGHTS CITY
        NORTH MUSKEGON CITY
        WHITEHALL TOWNSHIP
DISTRICT 093
    CLINTON COUNTY

```
GRATIOT COUNTY (PART)
    ARCADA TOWNSHIP (PART)
        TRACT 000200 INCLUDING BLOCK(S)
                3016, 3017, 3032, 3069, 3070, 3071,
                3072, 3073, 3074, 3075, 3076, 3077,
                3078, 3079, 3080, 3081, 3082, 3085,
                3086, 3087, 3088, 3089, 3090, 3100,
                3101, 3102, 3103, 3104, 3105, 4000,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 4013,
                4014, 4015, 4016, 4017, 4018, 4019,
                4020, 4021, 4022, 4023, 4024, 4025,
                4026, 4027, 4028, 4029, 4030, 4031,
                4032, 4038, 4043, 4044, 4045, 4046,
                4047, 4048, 4049, 4050, 4051, 4052,
                4053, 4054, 4055, 4056, 4057.
        TRACT 000600 INCLUDING BLOCK(S)
                1020, 1021, 1039, 1043, 1044, 2016,
                2017, 3024, 3025, 4026.
    ELBA TOWNSHIP
    EMERSON TOWNSHIP (PART)
        TRACT 000200 INCLUDING BLOCK(S)
                3119, 3120, 3129, 3130, 3131.
    FULTON TOWNSHIP
    HAMILTON TOWNSHIP
    ITHACA CITY
    LAFAYETTE TOWNSHIP
    NEWARK TOWNSHIP
    NEW HAVEN TOWNSHIP
    NORTH SHADE TOWNSHIP
    NORTH STAR TOWNSHIP
    SUMNER TOWNSHIP
    WASHINGTON TOWNSHIP
    WHEELER TOWNSHIP
DISTRICT 094
    SAGINAW COUNTY (PART)
        ALBEE TOWNSHIP
        BIRCH RUN TOWNSHIP
        BLUMFIELD TOWNSHIP
        FRANKENMUTH CITY
        FRANKENMUTH TOWNSHIP
        SAGINAW TOWNSHIP
        ST. CHARLES TOWNSHIP
        SWAN CREEK TOWNSHIP
        TAYMOUTH TOWNSHIP
        THOMAS TOWNSHIP
        TITTABAWASSEE TOWNSHIP
DISTRICT 095
    SAGINAW COUNTY (PART)
```

```
            BRIDGEPORT TOWNSHIP
            BUENA VISTA TOWNSHIP
            CARROLLTON TOWNSHIP
            JAMES TOWNSHIP
            KOCHVILLE TOWNSHIP
            SAGINAW CITY
            SPAULDING TOWNSHIP
            ZILWAUKEE CITY
            ZILWAUKEE TOWNSHIP
DISTRICT 096
    BAY COUNTY (PART)
            BANGOR TOWNSHIP
            BAY CITY CITY
            ESSEXVILLE CITY
            FRANKENLUST TOWNSHIP
            HAMPTON TOWNSHIP
            KAWKAWLIN TOWNSHIP
            MERRITT TOWNSHIP
            MONITOR TOWNSHIP
            PORTSMOUTH TOWNSHIP
DISTRICT 097
    ARENAC COUNTY
    CLARE COUNTY
    GLADWIN COUNTY
    OSCEOLA COUNTY (PART)
            EVART CITY
            EVART TOWNSHIP
            HERSEY TOWNSHIP
            HIGHLAND TOWNSHIP
            MARION TOWNSHIP
            MIDDLE BRANCH TOWNSHIP
            ORIENT TOWNSHIP
            OSCEOLA TOWNSHIP
            SHERMAN TOWNSHIP
            SYLVAN TOWNSHIP
DISTRICT 098
    BAY COUNTY (PART)
            AUBURN CITY
            BEAVER TOWNSHIP
            FRASER TOWNSHIP
            GARFIELD TOWNSHIP
            GIBSON TOWNSHIP
            MIDLAND CITY
            MT. FOREST TOWNSHIP
            PINCONNING CITY
            PINCONNING TOWNSHIP
            WILLIAMS TOWNSHIP
    MIDLAND COUNTY (PART)
            HOMER TOWNSHIP
```

```
        JEROME TOWNSHIP
        LARKIN TOWNSHIP
        LEE TOWNSHIP
        LINCOLN TOWNSHIP
        MIDLAND CITY
        MIDLAND TOWNSHIP
DISTRICT 099
    ISABELLA COUNTY
    MIDLAND COUNTY (PART)
        COLEMAN CITY
        EDENVILLE TOWNSHIP
        GENEVA TOWNSHIP
        GREENDALE TOWNSHIP
        HOPE TOWNSHIP
        INGERSOLL TOWNSHIP
        JASPER TOWNSHIP
        MILLS TOWNSHIP
        MT. HALEY TOWNSHIP
        PORTER TOWNSHIP
        WARREN TOWNSHIP
DISTRICT 100
    LAKE COUNTY
    NEWAYGO COUNTY
    OCEANA COUNTY
DISTRICT 101
    BENZIE COUNTY
    LEELANAU COUNTY
    MANISTEE COUNTY
    MASON COUNTY
DISTRICT 102
    MECOSTA COUNTY
    OSCEOLA COUNTY (PART)
        BURDELL TOWNSHIP
        CEDAR TOWNSHIP
        HARTWICK TOWNSHIP
        LEROY TOWNSHIP
        LINCOLN TOWNSHIP
        REED CITY CITY
        RICHMOND TOWNSHIP
        ROSE LAKE TOWNSHIP
    WEXFORD COUNTY
DISTRICT 103
    CRAWFORD COUNTY
    KALKASKA COUNTY
    MISSAUKEE COUNTY
    OGEMAW COUNTY
    ROSCOMMON COUNTY
DISTRICT 104
    GRAND TRAVERSE COUNTY
```

```
DISTRICT 105
    ANTRIM COUNTY
    CHARLEVOIX COUNTY
    MONTMORENCY COUNTY
    OSCODA COUNTY
    OTSEGO COUNTY
DISTRICT 106
    ALCONA COUNTY
    ALPENA COUNTY
    CHEBOYGAN COUNTY (PART)
        ALOHA TOWNSHIP
        BENTON TOWNSHIP
        BURT TOWNSHIP
        ELLIS TOWNSHIP
        FOREST TOWNSHIP
        GRANT TOWNSHIP
        INVERNESS TOWNSHIP
        MENTOR TOWNSHIP
        MULLETT TOWNSHIP
        NUNDA TOWNSHIP
        WALKER TOWNSHIP
        WAVERLY TOWNSHIP
        WILMOT TOWNSHIP
    IOSCO COUNTY
    PRESQUE ISLE COUNTY
DISTRICT 107
    CHEBOYGAN COUNTY (PART)
        BEAUGRAND TOWNSHIP
        CHEBOYGAN CITY
        HEBRON TOWNSHIP
        KOEHLER TOWNSHIP
        MACKINAW TOWNSHIP
        MUNRO TOWNSHIP
        TUSCARORA TOWNSHIP
    CHIPPEWA COUNTY
    EMMET COUNTY
    MACKINAC COUNTY
DISTRICT 108
    DELTA COUNTY
    DICKINSON COUNTY
    MENOMINEE COUNTY
DISTRICT 109
    ALGER COUNTY
    LUCE COUNTY
    MARQUETTE COUNTY (PART)
        CHAMPION TOWNSHIP
        CHOCOLAY TOWNSHIP
        ELY TOWNSHIP
        EWING TOWNSHIP
```



```
                FORSYTH TOWNSHIP
                HUMBOLDT TOWNSHIP
                ISHPEMING CITY
                MARQUETTE CITY
                MARQUETTE TOWNSHIP
                MICHIGAMME TOWNSHIP
                NEGAUNEE CITY
                NEGAUNEE TOWNSHIP
                REPUBLIC TOWNSHIP
                RICHMOND TOWNSHIP
                SANDS TOWNSHIP
                SKANDIA TOWNSHIP
                TILDEN TOWNSHIP
                TURIN TOWNSHIP
                WELLS TOWNSHIP
                WEST BRANCH TOWNSHIP
            SCHOOLCRAFT COUNTY
        DISTRICT 110
            BARAGA COUNTY
            GOGEBIC COUNTY
            HOUGHTON COUNTY
            IRON COUNTY
            KEWEENAW COUNTY
            MARQUETTE COUNTY (PART)
                ISHPEMING TOWNSHIP
                POWELL TOWNSHIP
            ONTONAGON COUNTY".
```

The motion prevailed, the vote being 5-3-1.

FAVORABLE ROLL CALL:

Yeas: Reps. Lund, McBroom, Knollenberg, Tyler, Outman,

Nays: Reps. Byrum, Nathan, Stanley,

Pass:  None.

Chair Lund recognized Terry Marquardt from the Senate Republican Caucus and Dan McMaster from the House Republican Caucus to explain the maps for the districts for the Senate and House of Representatives for Michigan.  Mr. Marquardt and Mr. McMaster answered questions by members of the Redistricting and Elections Committee.

Rep. Scott moved to report out SB 498, as amended with the recommendation that it pass.

Rep. Scott withdrew his motion without objection.

Chair Lund recognized the following people who testified in opposition to SB 498, as amended.

Rep. Fred Durhal, Jr., Chair of the Michigan Legislative Black Caucus
Rep. Rashida Tlaib representing the 12th House of Representatives District
Jocelyn Benson representing the Michigan Center for Election Law
Melvin Butch Hollowell representing the Michigan Legislative Black Caucus
Susan Kay Smith, President of the League of Women Voters

The following person filled out a testimony card in opposition to SB 498 as amended but did not want to tesfify.

Christina Kuo representing Common Cause

Rep. Byrum moved to amend SB 498 as follows:

1.  Amend page 559, line 24, by striking out all of section 3.

The motion did not prevail, the vote being 3-5-1.

UNFAVORABLE ROLL CALL:

Yeas: Reps.  Byrum, Nathan, Stanley,

Nays: Reps. Lund, McBroom, Knollenberg, Tyler, Outman,

Pass:  Rep. Nathan.

Rep. Byrum moved to amend SB 498, as amended as follows.

Amend page 1, line 8, by striking out the balance of the page through line 26 of page 399 and inserting:

```
     1.    Amend page 1, line 8, by striking out the balance of the
page through line 26 of page 399 and inserting:
"  DISTRICT 001
    WAYNE COUNTY (PART)
      DETROIT CITY (PART)
        TRACT 500700 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 2000, 2001, 2002,
               2003, 2004, 2005, 2006, 2007, 2008,
               2009, 2010, 3000, 3001, 3002, 3003,
               3004, 3005, 3006, 3007, 3008, 3009,
               3010, 3011, 3012, 3013, 3014, 3015,
               4000, 4001, 4002, 4003, 4004, 4005,
               4006, 4007, 4008, 4009, 4010, 4011,
               4012, 4013, 4014, 4015, 4016.
        TRACT 500800 INCLUDING BLOCK(S)
```

```
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011.
TRACT 500900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 4000, 4001, 4002,
        4003, 4004, 4005, 4006.
TRACT 501000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010, 3011, 3012.
TRACT 501100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 3023, 3024, 3025,
        3026, 3027, 3028, 3029, 4000, 4001,
        4002, 4003, 4004, 4005, 4006, 4007,
        4008, 4009, 4010, 4011, 4012, 4013,
        4014, 4015, 4016, 4017, 5000, 5001,
        5002, 5003, 5004, 5005, 5006, 5007,
        5008, 5009.
TRACT 501200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011.
TRACT 501300 INCLUDING BLOCK(S)
```

```
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1021,
            1022, 1023, 1024, 2000, 2001, 2010,
            2011, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4015, 5000, 5001,
            5002, 5003, 5004, 5005, 5006, 5007,
            5008, 5009, 5010, 5011, 5012, 5013,
            5014, 5015, 5016, 5017, 5018, 5019,
            5020, 5021, 5022, 5023, 5024, 5025,
            5026, 5027, 5028, 5029, 5030, 5031,
            5032.
TRACT 501400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 3014, 3015, 3016,
            3017, 3018, 3019, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013, 4014,
            4015, 4016, 4017, 4018, 4019, 4020,
            4021, 4022, 4023, 4024, 4025, 4026,
            4027, 4028, 4029, 4030, 4031, 4032.
TRACT 501500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018, 3019, 3020,
            3021, 3022, 3023, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 5000, 5001,
            5002, 5003, 5004, 5005, 5006, 5007,
            5008, 5009, 5010, 5011, 5012, 5013,
            5014, 5015, 5016, 5017, 5018, 5019,
            5020, 5021, 5022, 5023, 5024, 5025,
            5026, 5027, 5028, 5029, 5030, 5031,
            5032, 5033, 5034, 5035, 5036, 5037,
```

```
                    5038.
        TRACT 501600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 2023, 2024, 2025,
                    2026, 2027, 2028, 2029, 2030, 2031,
                    2032.
        TRACT 501700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1016, 1017, 1018, 1019,
                    1023, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 2025, 2026, 2027, 2028,
                    2029.
        TRACT 501800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 3000, 3001, 3002,
                    3003, 3004, 3005, 3011, 4000, 4001,
                    4002, 4003, 4004.
        TRACT 504000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013.
        TRACT 504100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 3019, 3020, 3021.
        TRACT 504200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 2003, 2004, 2005,
```

```
                    2006, 2007, 2008, 2009, 2010, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011,
                    4012, 4013, 4014, 4015, 4016.
          TRACT 512100 INCLUDING BLOCK(S)
                    4000, 4002, 4006, 4007, 4008, 4009,
                    4017, 4018.
          TRACT 551600 INCLUDING BLOCK(S)
                    1010, 1011.
      GROSSE POINTE CITY (PART)
          TRACT 550500 INCLUDING BLOCK(S)
                    2000, 2001, 2002, 2003.
      GROSSE POINTE FARMS CITY
      GROSSE POINTE WOODS CITY
      HARPER WOODS CITY
      VILLAGE OF GROSSE POINTE SHORES A MICHIGAN CITY CITY
DISTRICT 002
    MACOMB COUNTY (PART)
      EASTPOINTE CITY
      WARREN CITY (PART)
          TRACT 262900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 4000, 4001, 4002, 4003, 4004,
                    4005, 4006, 4007, 5000, 5001, 5002,
                    5003, 5004, 5005, 5006.
          TRACT 264200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    4000, 4001, 4002, 4003, 4004, 5000,
                    5001, 5002, 5003, 5004, 5005, 5006,
                    5007, 5008, 5009, 5010, 5011.
          TRACT 268300 INCLUDING BLOCK(S)
                    1002, 1003, 1004, 1005, 1006, 1007,
                    1008, 1009, 1010, 1011, 1012, 1013,
                    1014, 1015, 1016, 1017, 1018, 1019,
                    1020, 1021, 1022, 1023, 1024, 1025,
                    1026, 1027, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
```

```
                  2016, 2017, 3000, 3001, 3002, 3003,
                  3004, 3005, 3006, 3007, 3008, 3009.
         TRACT 268400 INCLUDING BLOCK(S)
                  1014, 1017, 1018, 1019, 1020, 1021,
                  1022, 1023, 1032, 1033.
WAYNE COUNTY (PART)
   DETROIT CITY (PART)
         TRACT 500100 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 2000, 2001,
                  2002, 2003, 2004, 2005, 2006, 2007,
                  2008, 2009, 2010, 2011, 2012, 2013,
                  2014, 3000, 3001, 3002, 3003, 3004,
                  3005, 3006, 3007, 3008, 3009, 3010,
                  3011, 4000, 4001, 4002, 4003, 4004,
                  4005, 4006, 4007, 4008, 4009.
         TRACT 500200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  2000, 2001, 2002, 2003, 2004, 2005,
                  2006, 2007, 2008, 2009, 2010, 2011,
                  3000, 3001, 3002, 3003, 3004, 3005,
                  3006, 3007, 3008, 4000, 4001, 4002,
                  4003, 4004, 4005, 4006, 4007, 4008,
                  4009, 4010.
         TRACT 500300 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 2009,
                  2010, 2011, 2012, 2013, 2014, 3000,
                  3001, 3002, 3003, 3004, 3005, 3006,
                  3007, 3008, 4000, 4001, 4002, 4003,
                  4004, 4005, 4006, 4007, 4008, 4009,
                  4010, 4011.
         TRACT 500400 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 3000, 3001, 3002,
                  3003, 3004, 3005, 3006, 3007, 3008,
                  3009, 3010, 3011, 3012, 3013, 3014,
                  3015, 3016, 3017, 4000, 4001, 4002,
                  4003, 4004, 4005, 4006, 4007, 4008,
                  4009, 4010, 4011, 4012, 4013, 4014,
                  4015.
         TRACT 500500 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
```

```
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          4000, 4001, 4002, 4003, 4004, 4005,
          4006, 4007, 4008, 4009.
TRACT 500600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 3008, 3009, 3010, 3011, 4000,
          4001, 4002, 4003, 4004, 4005, 4006,
          4007, 4008, 4009, 4010, 4011, 4012,
          4013, 5000, 5001, 5002, 5003, 5004,
          5005, 5006, 5007, 5008, 5009, 5010,
          5011, 5012, 5013, 5014, 5015, 5016,
          5017, 5018, 5019, 5020, 5021, 5022,
          5023.
TRACT 503100 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          3011, 3012.
TRACT 503200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 3010, 3011, 3012, 3013,
          3014, 3015, 3016, 3017, 3018, 3019,
          3020, 3021, 3022.
TRACT 503300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 2000, 2001, 2002, 2003,
```

```
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                3013, 3014, 3015, 4000, 4001, 4002,
                4003, 4004, 4005, 4006, 4007, 4008,
                4009, 4010, 4011, 4012, 4013, 4014.
      TRACT 503400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016, 2017.
      TRACT 503500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 5000, 5001, 5002, 5003,
                5004, 5005, 5006, 5007, 5008, 5009,
                5010, 5011, 5012, 5013, 5014, 5015,
                5016, 5017, 5018, 5019.
      TRACT 503600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015.
      TRACT 503900 INCLUDING BLOCK(S)
                2000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3015.
      TRACT 504300 INCLUDING BLOCK(S)
                3000, 3003, 3004.
      TRACT 504400 INCLUDING BLOCK(S)
                1000, 1003.
      TRACT 504900 INCLUDING BLOCK(S)
                1004, 4000, 4001, 4002.
      TRACT 505000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
```

```
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009.
        TRACT 505100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004.
        TRACT 505400 INCLUDING BLOCK(S)
                1006, 1011, 1012, 1013, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                3015, 3016, 3017, 4000, 4001, 4002,
                4003, 4004, 4005, 4006, 4007, 4008,
                4009, 4010.
DISTRICT 003
    WAYNE COUNTY (PART)
        DETROIT CITY (PART)
        TRACT 501300 INCLUDING BLOCK(S)
                1017, 1018, 1019, 1020, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2012, 4008, 4009, 4010, 4011, 4012,
                4013, 4014.
        TRACT 501700 INCLUDING BLOCK(S)
                1014, 1015, 1020, 1021, 1022, 1024.
        TRACT 501800 INCLUDING BLOCK(S)
                3006, 3007, 3008, 3009, 3010, 3012,
                3013, 3014, 3015, 3016, 3017, 3018,
                3019, 3020, 3021, 3022, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012,
                4013, 4014.
        TRACT 501900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009.
        TRACT 502000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019.
        TRACT 503600 INCLUDING BLOCK(S)
```

```
        3016.
TRACT 503900 INCLUDING BLOCK(S)
        3014.
TRACT 504300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        3001, 3002, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014.
TRACT 504400 INCLUDING BLOCK(S)
        1001, 1002, 1004, 1005, 1006, 1007,
        1008, 1009, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012.
TRACT 504700 INCLUDING BLOCK(S)
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3018, 3019, 3020.
TRACT 504800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        2021, 2022.
TRACT 504900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1005, 1006,
        1007, 1008, 1009, 1010, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020,
        3021, 3022, 3023, 3024, 3025, 3026,
        3027, 3028, 3029, 3030, 3031, 3032,
        4003, 4004, 4005, 4006, 4007, 4008,
        4009, 4010, 4011, 4012, 4013, 4014,
        4015, 4016, 4017, 4018, 4019, 4020,
        4021, 4022, 4023, 4024, 4025, 4026,
        4027, 4028, 4029, 4030, 4031, 4032,
```

```
          4033, 4034, 4035, 4036, 4037, 4038,
          4039, 4040, 4041, 4042, 4043, 4044,
          4045, 4046, 4047, 4048, 4049, 4050,
          4051, 4052, 4053, 4054, 4055, 4056,
          4057, 4058, 4059, 4060, 4061, 4062,
          4063.
TRACT 505000 INCLUDING BLOCK(S)
          2010, 2011.
TRACT 505100 INCLUDING BLOCK(S)
          1005, 1006, 1007, 1008, 1009, 1010,
          1011, 1012, 1013, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 3008, 3009, 3010, 3011, 4000,
          4001, 4002, 4003, 4004, 4005, 4006,
          5000, 5001, 5002, 5003.
TRACT 505200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 4000, 4001, 4002, 4003,
          4004, 4005, 4006, 4007, 4008, 4009,
          4010, 4011.
TRACT 505400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1007, 1008, 1009, 1010, 1014, 1015,
          4011, 4012, 4013, 4014, 4015, 4016,
          4017.
TRACT 505800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 1046, 1047,
          1048, 1049, 1050, 1051, 1052, 1053,
          1054, 1055, 1056, 1057, 1058, 1059,
          1060, 1061, 1062, 1063, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 2018, 2019,
          2020, 2021, 2022, 2023, 2024, 2025,
          2026, 2027, 2028, 2029, 2030, 2031.
TRACT 506100 INCLUDING BLOCK(S)
```

```
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016.
TRACT 506200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 2018, 2019,
          2020, 2021, 2022, 2023, 2024, 2025.
TRACT 506300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2012, 2013,
          2014, 2015.
TRACT 512100 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 2016, 2017, 2018, 2019, 2020,
          2021, 2022, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 4001, 4003, 4004, 4005,
          4010, 4011, 4012, 4013, 4014, 4015,
          4016, 4019, 4020, 5000, 5001, 5002,
          5003, 5004, 5005, 5006, 5007, 5008,
          5009, 5010, 5011, 5012, 5013, 5014.
TRACT 512200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015.
TRACT 512300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 2016, 2017.
TRACT 512400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 2000, 2001, 2002,
```

```
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014, 3015, 3016, 3017,
          3018, 3019.
TRACT 512600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 2000, 2001, 2002, 2003, 3004,
          2005, 2006, 2007, 2008, 2009, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 3008, 4000, 4001, 4002, 4003,
          4004, 4005, 4006, 4007, 4008, 4009,
          4010.
TRACT 512900 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          3000, 3001, 3002, 3003, 3004, 3005.
TRACT 513200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014, 3015, 3016, 3017.
TRACT 513300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          2011, 2012, 2013, 2014, 2015, 2016,
          2017, 2018.
TRACT 513600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          2013, 2014, 2015, 2016, 2017.
TRACT 513700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
```

```
             1024, 1025, 1026, 1027, 1028, 1029,
             1030, 1031, 1032, 1033, 1034, 1037,
             1038, 2000, 2001, 2002, 2003, 2004,
             2005, 2006, 2007, 2008, 2009, 2010,
             2011, 2012, 2013, 3000, 3001, 3002,
             3003, 3004, 3005, 3006, 3007, 3008,
             3009, 3010, 3011, 3012, 3013.
TRACT 513900 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             2000, 2001, 2002, 2003, 2004, 2005,
             2006, 2007, 2008, 2009, 2010, 2011,
             2012, 2013, 2014, 3000, 3001, 3002,
             3003, 3004, 3005, 3006, 3007, 3008,
             3009, 3010, 3011, 3012, 3013, 3014.
TRACT 514100 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 2000, 2001, 2002, 2003, 2004,
             2005, 2006, 3000, 3001, 3002, 3003,
             3004, 3005, 3006, 3007, 3008, 4000,
             4001, 4002, 4003, 4004, 4005, 4006,
             4007, 4008, 4009, 4010, 4011, 4012,
             4013, 4014, 4015, 4016, 4017, 4018,
             4019, 4020, 4021, 4022.
TRACT 514200 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 2000, 2001,
             2002, 2003, 2004, 2005, 2006.
TRACT 514300 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 1016, 1017,
             1018, 1019, 1020, 1021, 1022, 1023,
             1024, 1025, 1026, 1027, 1028, 2000,
             2001, 2002, 2003, 2004, 2005, 2006,
             2007, 2008, 2009, 2010, 2011, 2012,
             2013, 3000, 3001, 3002, 3003, 3004,
             3005, 3006, 3007, 3008, 3009, 3010,
             3011, 3012, 3013, 3014, 3015, 3016,
             3017, 3018, 3019, 3020, 3021, 3022,
             3023, 3024, 3025, 3026, 3027, 3028,
             3029.
TRACT 514500 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             2000, 2001, 2002, 2003, 2004, 2005,
             2006, 2007, 2008, 2009, 2010, 2011,
             2012, 2013, 2014.
TRACT 515300 INCLUDING BLOCK(S)
```

```
                1012.
        TRACT 515400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014.
        TRACT 515600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 2016,
                2017, 2018, 2019, 2020, 2021, 2022,
                2023, 2024, 2025, 2026, 2027.
        TRACT 515700 INCLUDING BLOCK(S)
                1001, 1002, 2000, 2001, 2002, 2003.
        TRACT 515900 INCLUDING BLOCK(S)
                1000, 1001.
        TRACT 516000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012.
        TRACT 985200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016.
GROSSE POINTE CITY (PART)
        TRACT 550400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010.
        TRACT 550500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                3015, 3016, 3017, 3018, 3019, 3020,
                3021, 3022, 3023.
        TRACT 990100 INCLUDING BLOCK(S)
                0004.
```

```
GROSSE POINTE PARK CITY
DISTRICT 004
   WAYNE COUNTY (PART)
      DETROIT CITY (PART)
         TRACT 504700 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 1022, 1023,
               1024, 1025, 1026, 1027, 1028, 1029,
               1030, 1031, 1032, 1033, 3015, 3016,
               3017.
         TRACT 506300 INCLUDING BLOCK(S)
               1008, 1009, 1010, 1011, 2008, 2009,
               2010, 2011, 2016, 2017, 2018, 3000,
               3001, 3002, 3003, 3004, 3005, 3006,
               3007, 3008, 3009, 3010, 3011, 3012,
               3013, 3014, 3015, 3016, 3017, 3018,
               3019, 3020, 3021, 3022, 3023, 3024,
               3025, 3026, 3027, 3028, 3029, 3030,
               3031, 3032, 3033, 3034, 3035, 3036,
               3037, 3038.
         TRACT 510600 INCLUDING BLOCK(S)
               1009, 1010, 1011, 1014, 1015, 1016,
               1017, 1018, 1019, 1020, 1021, 1022,
               1023, 1024, 1025, 1026, 1027, 1028,
               1029, 1030, 1031, 1032, 1033, 2009,
               2010, 2011, 2012, 2013, 2014.
         TRACT 510700 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 2000, 2001, 2002, 2003,
               2004, 2005, 2006, 2007, 2008, 2009,
               2010, 2011, 2012.
         TRACT 511000 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 1022, 1023,
               1024, 1025, 1026, 1027, 1028, 1029,
               1030, 1031, 1032, 2000, 2001, 2002,
               2003, 2004, 2005, 2006, 2007, 2008,
               2009, 2010, 2011, 2012, 2013, 2014,
               2015, 2016, 2017, 2018, 2019, 2020,
               2021, 2022, 2023, 2024, 2025, 2026,
               2027, 2028, 2029, 2030, 2031, 2032,
               2033, 2034, 2035, 2036, 2037, 2038,
               2039, 2040, 2041, 2042, 2043, 2044,
               2045, 2046, 2047, 3000, 3001, 3002,
```

```
                  3003, 3004, 3005, 3006, 3007, 3008,
                  3009, 3010, 3011, 3012, 3013, 3014,
                  3015, 3016, 3017, 3018, 3019, 3020,
                  3021, 3022, 3023, 3024, 3025, 3026,
                  3027, 3028, 3029, 3030, 3031, 3032,
                  3033, 3034, 3035, 3036, 3037, 3038,
                  3039, 3040, 3041, 3042, 4000, 4001,
                  4002, 4003, 4004, 4005, 4006, 4007,
                  4008, 4009, 4010, 4011, 4012, 4013,
                  4014, 4015, 4016, 4017, 4018, 4019,
                  4020, 4021, 4022, 4023, 4024, 4025,
                  4026, 4027, 4028, 4029, 4030, 4031,
                  4032, 4033, 4034, 4035, 4036, 4037,
                  4038, 4039, 4040, 4041, 4042, 4043.
TRACT 511200 INCLUDING BLOCK(S)
                  1078, 1079.
TRACT 513700 INCLUDING BLOCK(S)
                  1035, 1036.
TRACT 514200 INCLUDING BLOCK(S)
                  3000, 3001, 3002, 3003, 3004, 3005,
                  3006, 3007, 4000, 4001, 4002, 4003,
                  4004, 4005, 5000, 5001, 5002, 5003,
                  5004, 5005.
TRACT 515200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 2007, 2008, 2009, 2010,
                  2011, 2012, 2013, 2014, 2015, 2016,
                  2017, 2018, 2019, 2020, 2021, 2022,
                  2023.
TRACT 515300 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1013, 1014, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 2009,
                  2010, 2011, 2012, 3000, 3001, 3002,
                  3003, 3004, 3005, 3006, 3007, 3008,
                  3009, 3010, 3011, 3012, 3013, 3014.
TRACT 515700 INCLUDING BLOCK(S)
                  1000, 1003, 1004, 1005, 1006.
TRACT 515900 INCLUDING BLOCK(S)
                  1002, 1003, 1004, 1005, 1006, 1007,
                  1008, 1009, 1010, 1011, 1012, 1013,
                  1014, 1015, 1016, 1017, 1018, 1019,
                  1020, 1021, 1022, 1023, 1024, 1025,
                  1026, 1027, 1028, 1029, 1030, 1031,
                  1032, 1033, 1034, 1035, 1036, 1037,
```

```
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 3014, 3015, 3016,
            3017, 3018, 3019, 3020, 3021, 3022,
            3023, 3024.
TRACT 516000 INCLUDING BLOCK(S)
            1013, 1014, 1015, 1016, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013, 4014,
            4015, 4016, 4017, 4018, 4019, 4020,
            4021.
TRACT 516100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 2018,
            2019, 2020, 2021, 2022, 2023, 2024,
            2025, 2026, 2027, 2028, 2029, 2030,
            2031, 2032, 2033, 2034, 2035, 2036,
            2037, 2038, 2039, 2040, 2041, 2042,
            2043, 2044, 2045.
TRACT 516200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016.
TRACT 516300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026.
TRACT 516400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
```

```
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023,
            2024, 2025.
    TRACT 516500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 1046, 1047,
            1048, 1049.
    TRACT 516600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023.
    TRACT 516700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 2000, 2001, 2002, 2003.
    TRACT 516800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018.
    TRACT 516900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020.
    TRACT 517000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020.
    TRACT 517100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
```

```
                        1012, 1013, 1014, 1015.
         TRACT 517200 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 1023,
                        1024, 1025, 1026, 1027, 1028, 1029,
                        1030, 1031, 1032, 1033, 1034, 1035,
                        1036, 1037, 1038, 1039, 1040, 1041,
                        1042, 1043, 1044, 1045, 1046, 1047,
                        1048, 1049, 1050, 1051, 1052, 1053,
                        1054, 1055, 1056, 1057, 1058, 1059,
                        1060, 1061, 1062, 1063, 1064, 1065,
                        1066, 1067, 1068, 1069, 1070, 1071,
                        1072, 1073, 1074, 1075, 1076, 1077,
                        1078, 1079, 1080, 1081, 1082, 1083,
                        1084, 1085, 1086, 1087, 1088, 1089,
                        1090, 1091, 2000, 2001, 2002, 2003,
                        2004, 2005, 2006, 2007, 2008, 2009,
                        2010, 2011, 2012, 2013, 2014, 2015,
                        2016, 2017, 2018, 2019, 2020, 2021,
                        2022, 2023, 2024, 2025, 2026, 2027,
                        2028, 2029, 2030, 2031, 2032, 2033,
                        2034, 2035, 2036, 2037, 2038, 2039,
                        2040, 2041, 2042, 2043, 2044, 2045,
                        2046, 2047, 2048, 2049, 2050, 2051,
                        2052, 2053, 2054, 2055, 2056, 2057,
                        2058, 2059, 2060, 2061.
         TRACT 517300 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 1023,
                        1024, 1025, 1026, 2000, 2001, 2002,
                        2003, 2004, 2005, 2006, 2007, 2008,
                        2009, 2010, 2011, 2012, 2013, 2014,
                        2015.
         TRACT 517500 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 2000, 2001, 2002, 2003,
                        2004, 2005, 2006, 2007, 2008, 2009,
                        2010, 2011, 2012, 3000, 3001, 3002,
                        3003, 3004, 3005, 3006, 3007, 3008,
                        3009, 3010, 3011, 3012, 3013, 3014,
                        3015.
         TRACT 518000 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 2000,
```

```
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024,
              2025, 2026, 2027, 2028, 2029, 2030,
              2031, 2032, 2033.
TRACT 518400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 1046, 1047,
              1048, 1049, 1050, 1051, 1052, 1053,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019.
TRACT 518500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016.
TRACT 518600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 2013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019.
TRACT 518800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 1046, 1047,
              1048, 1049, 1050, 1051, 1052, 1053,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
```

```
                  2012, 2013, 2014, 2015, 2016, 2017,
                  2018, 2019, 2020, 2021, 2022, 2023,
                  2024, 2025, 2026, 2027, 2028, 2029,
                  2030, 2031, 2032, 2033, 2034, 2035,
                  2036, 2037, 2038, 2039, 2040, 2041,
                  2042, 2043, 2044, 2045.
       TRACT 518900 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  1042, 1043, 1044, 1045, 1046, 1047,
                  1048, 1049, 1050, 1051, 1052, 1053,
                  1054, 1055, 1056, 1057, 1058, 1059,
                  1060, 1061, 1062, 1063, 1064, 1065,
                  1066, 1067, 1068, 1069, 1070, 1071,
                  1072, 1073, 1074, 1075, 1076, 1077,
                  1078, 1079, 1080, 1081, 1082, 1083,
                  1084, 1085, 1086, 1087, 1088, 1089,
                  1090, 1091, 1092, 1093, 1094, 1095,
                  1096, 1097, 1098, 1099, 1100, 1101,
                  1102, 1103, 1104, 1105, 1106.
       TRACT 520200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 2000,
                  2001, 2002, 2003, 2004, 2005, 2006,
                  2007, 2008, 2009, 2010, 2011, 2012,
                  2013, 2014, 2015, 2016, 2017, 2018,
                  2019, 2020, 2021, 2022, 2023, 2024,
                  2025.
       TRACT 520300 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 2007, 2008.
       TRACT 520400 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019.
       TRACT 520700 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
```

```
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 1051, 1052, 1053,
                    1054, 1055, 1056, 1057, 1058, 1059,
                    1060, 1061, 1062, 1063, 1064, 1065,
                    1066, 1067, 1068, 1069, 1070, 1071,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016.
        TRACT 520800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 1051, 1052, 1053,
                    1054, 1055, 1056, 1057, 1058, 1059,
                    1060, 1061, 1062, 1063, 1064, 1065,
                    1066, 1067, 1068, 1069, 1070, 1071,
                    1072, 1073, 1074, 1075, 1076, 1077,
                    1078, 1079, 1080, 1081, 1082, 1083,
                    1084, 1085, 1086, 1087, 1088, 1089,
                    1090, 1091, 1092, 1093, 1094, 1095,
                    1096, 1097, 1098, 1099, 1100, 1101,
                    1102, 1103, 1104, 1105, 1106, 1107,
                    1108, 1109, 1110, 1111, 1112, 1113,
                    1114, 1115, 1116, 1117.
        TRACT 521400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 2007, 1008, 1010, 1011, 1012,
                    1013, 1014, 1015, 1016, 1017, 1018,
                    1019, 1020, 1021, 1022, 1023, 1024,
                    1025, 1027, 1041, 1042, 1043, 1044,
                    1055, 1056, 1057, 1058, 1059, 1060,
                    1061, 1062, 1063, 1064, 1065, 1066,
                    1067, 1068, 1069, 1098, 1099, 1100,
                    1101, 1102, 1103, 1104, 1105, 1106,
                    1107.
        TRACT 521500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1026, 1027, 1028,
                    1029, 1030, 1039, 1040, 1041, 1042,
                    1043, 1044, 1045, 1046, 1047, 1048,
                    1050, 1051, 1052, 1062, 1063, 1064,
                    1065, 1066, 1067, 1068, 1077, 1078,
```

```
        1079, 1080, 1081, 1092, 1093, 1094,
        1095, 1096, 1097, 1100.
TRACT 521800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018.
TRACT 521900 INCLUDING BLOCK(S)
        1000, 1001, 1007, 1008, 1016, 1017,
        1018, 1019, 1025, 1026, 1027, 1028,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012.
TRACT 522000 INCLUDING BLOCK(S)
        1000.
TRACT 522500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014, 3015, 3016,
        3017, 3018, 3019, 3020, 3021.
TRACT 533900 INCLUDING BLOCK(S)
        3064.
TRACT 985100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1027,
        1028, 1034, 1035, 1036, 1037, 1066,
        1067, 1068, 1069, 1070, 1071, 1072,
        1073, 1074, 1075, 1076, 1077, 1078,
        1079, 1080, 1081, 1082, 1083, 1088,
        1099, 1100, 1101, 1107, 1108, 1109.
TRACT 985300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1014, 1015, 1016, 1017, 1018, 1019,
        1020, 1021, 1022, 1023, 1024, 1025,
        1026, 1032.
TRACT 985500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
```

```
                 1024, 1025, 1026, 1027, 1028, 1029,
                 1030, 1031, 1032, 1033, 1034, 1035,
                 1036, 1037, 1038, 1039, 1040, 1041,
                 1042, 1043, 1044, 1045, 1046, 1047,
                 1048, 1049, 1050, 1051, 1052, 1053,
                 1054, 1055, 1056, 1057, 1058, 1059,
                 1060, 1061, 1062, 1063, 1064, 1065,
                 1066, 1067, 1068, 1069, 1070, 1071,
                 1072, 1073, 1074, 1075, 1076, 1077,
                 1078, 1079, 1080, 1081.
        TRACT 985900 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020.
HAMTRAMCK CITY (PART)
        TRACT 552000 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 2000, 2001, 2002, 2003, 2004, 2005,
                 2006, 2007, 2008, 2009, 2010, 2011.
        TRACT 552100 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 2000, 2001, 2002, 2003, 2004, 2005,
                 3000, 3001, 3002, 3003, 3004, 3005,
                 3006, 4000, 4001, 4002, 4003, 4004,
                 4005, 4006, 4007, 4008, 4009, 4010,
                 4011, 4012, 4013, 4014, 4015, 4016,
                 4017, 4018, 4019, 4020, 4021, 4022,
                 5000, 5001, 5002, 5003, 5004, 5005,
                 5006, 5007, 5008, 5009, 5010, 5011.
        TRACT 552200 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 2000, 2001, 2002,
                 2003, 2004, 2005, 2006, 2007, 3000,
                 3001, 3002, 3003, 3004, 3005, 3006,
                 3007, 3008, 3009, 3010, 3011, 3012,
                 3013, 3014, 3015, 3016, 3017, 3018,
                 3019, 3020, 3021, 3022, 3023.
        TRACT 552300 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 2000, 2001, 2002, 2003, 2004, 2005,
                 2006, 2007, 3000, 3001, 3002, 3003,
                 3004, 3005.
        TRACT 552400 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 2000, 2001, 2002,
```

```
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018.
          TRACT 552800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 2004, 2005, 2006, 2009,
                    2010, 3000, 3001, 3002, 3003, 3004,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    5000, 5005, 5006, 5007.
DISTRICT 005
     MACOMB COUNTY (PART)
          WARREN CITY (PART)
          TRACT 262300 INCLUDING BLOCK(S)
                    3024.
          TRACT 262400 INCLUDING BLOCK(S)
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 3019, 3020, 3021.
          TRACT 263400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011,
                    4012, 4013, 5000, 5001, 5002, 5003,
                    5004, 5005, 5006, 5007, 5008.
          TRACT 263500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 4000, 4001, 4002,
                    4003, 4004, 4005, 4006, 4007, 4008,
                    4009, 4010, 4011, 4012, 4013, 4014,
                    4015, 4016, 4017, 4018.
          TRACT 263600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011,
```

```
                4012, 4013, 4014, 4015, 4016, 4017,
                4018, 5000, 5001, 5002, 5003, 5004,
                5005, 5006, 5007, 5008, 5009, 5010,
                5011, 5012, 5013, 5014, 5015, 5016,
                5017, 5018, 5019, 5020, 5021, 5022,
                5023, 5024, 5025, 5026.
        TRACT 263700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 4013,
                4014, 5000, 5001, 5002, 5003, 5004,
                5005, 5006, 5007, 5008, 5009, 5010,
                5011, 5012, 5013, 5014, 5015, 5016,
                5017.
WAYNE COUNTY (PART)
    DETROIT CITY (PART)
        TRACT 506400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 2020,
                2021, 2022, 3000, 3001, 3002, 3003,
                3004.
        TRACT 506500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                3013, 3014, 3015.
        TRACT 506600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
```

```
            2012, 2013, 2014, 2015, 2016, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 4000,
            4001, 4002, 4003, 4004, 4005, 4006,
            4007, 4008, 4009, 4010, 4011.
   TRACT 506700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044.
   TRACT 506800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 3017,
            3018, 3019, 3020, 3021, 3022, 3023,
            3024, 3025, 3026, 3027, 3028, 3029,
            3030, 3031, 3032, 3033, 3034, 3035,
            3036, 3037, 3038, 3039, 3040, 3041,
            3042, 3043, 3044, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011.
   TRACT 506900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            5000, 5001, 5002, 5003, 5004, 5005,
            5006, 5007, 5008, 5009, 5010, 5011,
            5012, 5013, 5014, 5015, 5016, 5017.
   TRACT 507000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023,
            2024, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
```

```
            3011, 3012, 3013, 3014, 3015, 3016,
            3017, 3018, 3019, 3020, 3021, 3022,
            3023, 3024, 3025, 3026, 3027, 3028.
TRACT 507100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013, 4014,
            4015, 4016.
TRACT 507200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016, 2017, 2018, 2019,
            2020, 2021, 2022, 2023, 2024, 2025,
            2026, 2027, 2028, 2029.
TRACT 507300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015, 3016, 3017, 3018, 3019,
            3020, 3021, 3022, 3023, 3024, 3025,
            3026, 3027, 3028, 3029, 3030, 3031,
            3032, 3033, 3034, 3035, 3036, 3037,
            3038, 3039, 3040, 3041, 3042.
TRACT 507400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016, 2017, 2018, 2019,
            2020, 2021, 2022, 2023, 2024, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 4000, 4001,
            4002, 4003, 4004, 4005, 4006, 4007,
            4008, 4009, 4010.
TRACT 507500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
```

```
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          3011, 3012, 3013, 3014, 3015, 3016,
          3017, 3018, 3019.
TRACT 507800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024, 2025, 2026, 2027.
TRACT 507900 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 3000, 3001, 3002,
          3003, 3004, 3005, 4000, 4001, 4002,
          4003, 4004, 4005, 4006, 4007.
TRACT 508000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          2022, 2023.
TRACT 508100 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          4000, 4001, 4002, 4003, 4004, 4005,
          4006, 4007, 4008, 4009, 4010, 4011,
          4012, 5000, 5001, 5002, 5003, 5004,
```

```
            5005, 5006, 5007, 5008.
     TRACT 510400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 2021,
            2022, 2023, 2024, 2025, 2026, 2027,
            2028, 2029, 2030, 2031, 2032, 2033,
            2034, 2035, 2036, 2037, 2038, 2039,
            2040, 2041, 2042, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018, 3019, 3020,
            3021.
     TRACT 510500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 3017,
            3018, 3019, 3020, 3021, 3022, 3023,
            3024, 3025, 3026, 3027, 3028, 3029,
            3030, 3031, 4000, 4001, 4002, 4003,
            4004, 4005, 4006, 4007, 4008, 4009,
            4010, 4011, 4012, 4013, 4014.
     TRACT 510600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1012, 1013, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014.
     TRACT 511300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
```

```
                2011, 2012, 2013, 2014, 2015, 2016,
                2017, 2018, 2019, 2020, 2021, 2022,
                2023, 2024, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021,
                3022, 3023, 3024.
        TRACT 511400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                5000, 5001, 5002, 5003, 5004, 5005,
                5006, 5007, 5008, 5009, 5010, 5011,
                5012, 5013, 5014, 5015, 5016, 5017.
        TRACT 532200 INCLUDING BLOCK(S)
                2000, 2001, 2002, 2008, 2011, 2012.
        TRACT 532300 INCLUDING BLOCK(S)
                1000, 1003, 1004, 1010, 1011, 1022,
                1023, 1035.
        TRACT 532400 INCLUDING BLOCK(S)
                1000, 1001.
        TRACT 538100 INCLUDING BLOCK(S)
                2009, 2010, 2011, 2013, 2014, 2027.
        TRACT 538200 INCLUDING BLOCK(S)
                1006, 1007, 1016, 1020, 1021, 1022,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024, 2025.
        TRACT 538300 INCLUDING BLOCK(S)
                1003, 1008, 1015, 1016, 1017, 1018,
                1019, 1022, 1023, 2005, 2006, 2007,
                2008, 2009, 2011.
        TRACT 985100 INCLUDING BLOCK(S)
                1105.
        HIGHLAND PARK CITY
DISTRICT 006
    WAYNE COUNTY (PART)
```

DETROIT CITY (PART)
    TRACT 521100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 1040, 1041,
        1042, 1043, 1044, 1045, 1046, 1047,
        1048, 1049, 1050, 1051, 1052, 1053,
        1054, 1055, 1056, 1057, 1058, 1059,
        1060, 1061, 1062, 1063, 1064, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 2017, 2018,
        2019, 2020, 2021, 2022, 2023, 2024,
        2025, 2026, 2027, 2028, 2029.
    TRACT 521300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 1040, 1041,
        1042, 1043, 1044, 1045, 1046, 1047,
        1048, 1049, 1050, 1051, 1052, 1053,
        1054, 1055, 1056, 1057, 1058, 1059,
        1060, 1061, 1062, 1063, 1064, 1065,
        1066, 1067, 1068, 1069, 1070.
    TRACT 521400 INCLUDING BLOCK(S)
        1009, 1026, 1028, 1029, 1030, 1031,
        1032, 1033, 1034, 1035, 1036, 1037,
        1038, 1039, 1040, 1045, 1046, 1047,
        1048, 1049, 1050, 1051, 1052, 1053,
        1054, 1070, 1071, 1072, 1073, 1074,
        1075, 1076, 1077, 1078, 1079, 1080,
        1081, 1082, 1083, 1084, 1085, 1086,
        1087, 1088, 1089, 1090, 1091, 1092,
        1093, 1094, 1095, 1096, 1097.
    TRACT 521500 INCLUDING BLOCK(S)
        1015, 1016, 1017, 1018, 1019, 1020,
        1021, 1022, 1023, 1024, 1025, 1031,
        1032, 1033, 1034, 1035, 1036, 1037,
        1038, 1049, 1053, 1054, 1055, 1056,
        1057, 1058, 1059, 1060, 1061, 1069,
        1070, 1071, 1072, 1073, 1074, 1075,
        1076, 1082, 1083, 1084, 1085, 1086,

```
              1087, 1088, 1089, 1090, 1091, 1098,
              1099, 1101, 1102, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 2016, 2017, 2018, 2019, 2020,
              2021, 2022, 2023, 2024, 2025, 2026,
              2027, 2028, 2029, 2030, 2031.
TRACT 521900 INCLUDING BLOCK(S)
              1002, 1003, 1004, 1005, 1006, 1009,
              1010, 1011, 1012, 1013, 1014, 1015,
              1020, 1021, 1022, 1023, 1024, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 3010, 3011, 3012,
              3013, 3014, 3015, 3016, 3017, 3018,
              3019, 3020, 3021, 3022, 3023, 3024,
              3025, 3026, 3027, 3028, 3029, 3030,
              3031, 3032, 3033, 3034, 3035, 3036,
              3037, 3038, 3039, 3040, 3041, 3042,
              3043, 3044, 3045, 3046, 3047, 3048,
              3049, 3050, 3051, 3052, 3053, 3054,
              3055, 3056, 3057, 3058, 3059, 3060,
              3061, 3062, 3063, 3064, 3065, 3066,
              3067, 3068, 3069, 3070, 3071.
TRACT 522000 INCLUDING BLOCK(S)
              1001, 1002, 1003, 1004, 1005, 1006,
              1007, 1008, 1009, 1010, 1011, 1012,
              1013, 1014, 1015, 1016, 1017, 1018,
              1019, 1020, 1021, 1022, 1023, 1024,
              1025, 1026, 1027, 1028, 1029, 1030,
              1031, 1032, 1033, 1034, 1035, 1036,
              1037, 1038, 1039, 1040, 1041, 1042,
              1043, 1044, 1045, 1046, 1047, 1048,
              1049, 1050, 1051, 1052, 1053, 1054,
              1055, 1056, 1057, 1058, 1059, 1060,
              1061, 1062, 1063, 1064, 1065, 1066,
              1067, 1068, 1069, 1070, 1071, 1072,
              1073, 1074, 1075, 1076, 1077, 1078,
              1079, 1080, 1081, 1082, 1083, 1084,
              1085, 1086, 1087, 1088, 1089, 1090,
              1091, 1092, 1093, 1094, 1095, 1096,
              1097, 1098.
TRACT 522100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
```

```
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024,
              2025, 2026, 2027, 2028, 2029, 2030,
              2031, 2032, 2033, 2034, 2035, 2036,
              2037, 2038, 2039, 2040, 2041.
    TRACT 522200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011.
    TRACT 522300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 1046, 1047,
              1048, 1049, 1050, 1051, 1052, 1053,
              1054, 1055, 1056, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 2016, 2017, 2018, 2019, 2020,
              2021, 2022, 2023, 2024, 2025, 2026,
              2027, 2028, 2029, 2030, 2031, 2032,
              2033, 2034, 2035, 2036, 2037, 2038,
              2039, 2040, 2041, 2042, 2043, 2044,
              2045, 2046, 2047, 2048, 2049, 2050,
              2051, 2052.
    TRACT 522400 INCLUDING BLOCK(S)
              1001, 1002, 1003, 1004, 1005, 1008,
              1009, 1010, 1011, 1012, 1013, 1014,
              1015, 1016, 1017, 1018, 1019, 1020,
              1021, 1022, 1023, 1024, 1025, 1026,
              1027, 1028, 1029, 1030, 1031, 1032,
              1033, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019.
    TRACT 523100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
```

```
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1046, 1047,
                1048, 1049, 1050, 1051, 1052, 1053,
                1054, 1055, 1056.
      TRACT 523200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 2016,
                2017, 2018, 2019, 2020, 2021, 2022,
                2023, 2024.
      TRACT 523300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007.
      TRACT 523400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008.
      TRACT 523800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012,
                4013, 4014, 4015, 4016, 4017, 4018,
                4019, 4020.
      TRACT 524000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006.
      TRACT 524100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
```

```
            1012, 1013, 1015, 1016, 1017, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 4000, 4001, 4002, 4003, 4004,
            4005.
TRACT 524200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 3000, 3001, 3002, 3003, 3004,
            3005, 4000, 4001, 4002, 4003, 4004,
            4005, 5000, 5001, 5002, 5003, 5004,
            5005, 5006, 6000, 6001, 6002, 6003,
            6004, 6005, 6006.
TRACT 524300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            3000, 3001, 3002, 3003, 3004, 3005.
TRACT 524500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023,
            2024, 2025, 2026, 2027, 2028, 2029,
            2030, 2031, 2032, 2033, 2034, 2035,
            2036, 2037, 2038, 2039, 2040, 2041,
            2042, 2043, 2044, 2045, 2046, 2047.
TRACT 524700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            4000, 4001, 4002, 4003, 4004, 4005,
            4006, 4007, 4008, 4009, 4010, 4011,
            4012, 4013, 4014, 4015, 4016, 4017,
            4018, 4019, 4020, 4021, 5000, 5001,
            5002, 5003, 5004, 5005, 5006, 5007,
            5008, 5009, 5010, 5011, 6000, 6001,
            6002, 6003, 6004, 6005, 6006, 6007,
            6008, 6009, 6010, 6011, 6012, 6013,
            6014, 6015, 6016, 6017, 6018, 6019,
            6020, 6021, 6022, 6023, 6024, 6025,
```

```
        6026, 6027, 6028, 6029.
TRACT 524800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 4008, 4009, 5000,
        5001, 5002, 5003, 5004, 5005, 5006,
        5007, 5008, 5009, 5010, 5011, 5012,
        5013, 5014, 5015, 5016, 5017, 5018,
        5019, 5020.
TRACT 524900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 1040, 1041,
        1042, 1043, 1044, 1045, 1046, 1047,
        1048, 1049, 1050, 1051, 1052, 1053,
        1054, 1055, 1056, 1057, 1058, 1059,
        1060, 1061, 1062, 1063, 1064, 1065,
        1066, 1067, 1068, 1069, 1070, 1071,
        1072, 1073, 1074, 1075, 1076, 1077,
        1078, 1079, 1080, 1081, 1082, 1083,
        1084, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022,
        2023, 2024, 2025, 2026, 2027, 2028,
        2029, 2030, 2031, 2032, 2033, 2034,
        2035, 2036, 2037, 2038, 2039, 2040,
        2041, 2042, 2043, 2044, 2045, 2046,
        2047, 2048, 2049, 2050, 2051, 2052,
        2053, 2054, 2055, 2056, 2057, 2058,
        2059.
TRACT 525000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023,
        2024, 2025, 2026, 2027, 2028, 2029,
        2030, 2031, 2032, 2033, 2034, 2035,
        2036, 2037, 2038, 2039, 2040, 2041,
```

```
             2042, 2043, 2044, 2045, 2046, 2047,
             2048, 2049, 2050, 2051, 2052, 2053,
             2054, 2055, 2056, 2057, 2058, 2059,
             2060, 2061, 2062, 2063, 2064, 2065,
             2066, 2067, 2068, 3000, 3001, 3002,
             3003, 3004, 3005, 3006, 3007, 3008,
             3009, 3010, 3011, 3012, 3013, 3014,
             3015, 3016, 3017, 3018, 3019, 3020,
             3021, 3022, 3023, 3024, 3025, 3026,
             3027, 3028, 3029, 3030, 3031, 3032,
             3033, 3034, 3035, 3036, 3037, 3038,
             3039, 3040, 3041, 3042, 3043, 3044,
             3045, 3046, 3047, 3048, 3049, 3050,
             3051.
TRACT 525400 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 2000, 2001,
             2002, 2003, 2004, 2005, 2006, 2007,
             2008, 2009, 2010, 2011, 2012, 2013,
             2014, 2015, 2016, 2017, 2018, 2019,
             3000, 3001, 3002, 3003, 3004, 3005,
             3006, 3007, 3008, 3009, 3010, 3011,
             3012, 3013, 3014, 3015, 3016, 3017,
             3018, 3019, 3020, 3021.
TRACT 525500 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 1016, 1017,
             1018, 1019, 1020, 1021, 1022, 2000,
             2001, 2002, 2003, 2004, 2005, 2006,
             2007, 2008, 2009, 2010, 2011, 2012,
             2013.
TRACT 525600 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 2000, 2001, 2002, 2003, 2004,
             2005, 2006, 2007, 2008, 2009, 2010,
             2011, 2012, 2013, 2014, 2015, 2016,
             2017, 2018.
TRACT 525700 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 2000, 2001, 2002, 2003,
             2004, 2005, 2006, 2007, 2008, 3000,
             3001, 3002, 3003, 3004, 3005, 3006,
             3007, 3008, 3009, 3010, 3011, 3012,
             3013, 3014, 3015, 4000, 4001, 4002,
             4003, 4004, 4005, 4006, 4007, 4008,
```

```
        4009, 4010.
TRACT 525800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022.
TRACT 526000 INCLUDING BLOCK(S)
        1017, 2002, 2003, 2011, 2012, 2019.
TRACT 526300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 3017,
        3018, 3019, 3020, 3021.
TRACT 526400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015.
TRACT 527200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009.
TRACT 527300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023,
        2024, 2025, 2026, 2027, 2028, 2029,
        2030, 2031, 2032.
TRACT 530800 INCLUDING BLOCK(S)
        1017.
TRACT 531100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008.
```

```
TRACT 531200 INCLUDING BLOCK(S)
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    2003, 2004, 2005, 2006, 2007, 2008.
TRACT 531300 INCLUDING BLOCK(S)
    1007, 1009.
TRACT 532600 INCLUDING BLOCK(S)
    1002, 1003, 1004, 1005, 1006, 1007,
    1008, 1009, 2001, 2002, 2003, 2004,
    2005, 2006, 2007, 2008, 2009, 2010,
    2011, 2012, 3001, 3002, 3003, 3004,
    3005, 3006, 3007, 3008.
TRACT 532700 INCLUDING BLOCK(S)
    1002, 1003, 1004, 1005, 1007, 1008,
    1009, 1010, 1011, 1012, 1013, 1014,
    2000, 2001, 2002, 2003, 2004, 2005,
    2006, 2007.
TRACT 533000 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 1021, 1022, 1023,
    1024, 1025, 2000, 2001, 2002, 2003,
    2004, 2005, 2006, 2007, 2008, 2009,
    2010, 2011, 2012, 2013, 2014, 2015.
TRACT 533100 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    2000, 2001, 2002, 2003, 2004, 2005,
    2006, 3000, 3001, 3002, 3003, 3004,
    3005, 3006.
TRACT 533200 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 2000, 2001, 2002,
    2003, 2004, 2005, 2006, 2007, 2008,
    3000, 3001, 3002, 3003, 3004, 3005,
    3006, 3007, 3008.
TRACT 533300 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 2000, 2001,
    2002, 2003, 2004, 2005, 2006, 2007,
    2008, 2009, 2010, 2011, 2012, 2013,
    2014, 2015, 2016, 2017, 2018, 2019.
TRACT 533400 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 2000, 2001, 2002,
    2003, 2004, 2005, 2006, 2007, 2008,
    2009, 2010, 2011, 2012, 2013, 2014,
```

```
                  2015, 2016, 2017, 2018, 2019, 2020,
                  2021, 2022, 2023, 2024, 2025, 2026,
                  2027, 2028, 2029, 2030, 2031, 3000,
                  3001, 3002, 3003, 3004, 3005, 3006,
                  4000, 4001, 4002, 4003, 4004, 4005,
                  4006, 4007, 4008, 4009, 4010, 4011,
                  4012, 4013, 4014, 4015, 4016, 4018,
                  5000, 5001, 5002, 5003, 5004, 5005,
                  5006.
        TRACT 533500 INCLUDING BLOCK(S)
                  1013, 1014, 1015, 1016, 1017, 1018,
                  2000, 2001, 2002, 2003, 2004, 2005,
                  2006, 2007, 2008, 2009, 2010, 2011,
                  2012, 2013.
        TRACT 533600 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 2009,
                  3000, 3001, 3002, 3003, 3004, 3005,
                  3006, 3007, 3008, 3009, 3010, 3011,
                  3012, 3013, 3014, 3015, 3016, 3017,
                  3018.
        TRACT 533700 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  2000, 2007, 2008, 2009, 2010, 2011.
        TRACT 985000 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009.
        TRACT 985300 INCLUDING BLOCK(S)
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1027, 1028, 1029, 1030,
                  1031, 1033, 1034, 1035, 1036, 1037,
                  1038, 1039, 1040, 1041, 1042, 1043,
                  1044, 1045.
DISTRICT 007
     WAYNE COUNTY (PART)
        DEARBORN CITY (PART)
        TRACT 573300 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 2000,
                  2001, 2002, 2003, 2004, 2005, 2006,
                  2007, 2008, 2009, 2010, 2011, 2012,
                  2013, 2014, 2015, 2016, 2017, 2018,
```

```
              2019, 2020, 2021, 2022, 2023, 2024,
              2025, 2026.
TRACT 573500 INCLUDING BLOCK(S)
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 2026, 2027, 2028, 2029,
              2030, 2031, 2085, 2086, 2090.
TRACT 573600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012, 3013,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011,
              4012, 4013, 4014, 4015, 4016, 4017,
              4018, 4019, 4020, 5000, 5001, 5002,
              5003, 5004, 5005, 5006, 5007, 5008,
              5009, 5010, 5011, 6000, 6001, 6002,
              6003, 6004, 6005, 6006, 6007, 6008,
              6009, 6010, 6011, 6012.
TRACT 573701 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019.
TRACT 573702 INCLUDING BLOCK(S)
              2000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011,
              3012, 4000, 4001, 4002, 4003, 4004,
              4005, 4006, 4007, 4008, 4009, 4010,
              4011, 4012, 4013, 4014, 5000, 5001,
              5002, 5003, 5004, 5005, 5006, 5007,
              5008, 5009, 5010, 5011, 5012.
TRACT 573800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
```

```
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 2020,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013, 4014,
            4015, 4016, 4017, 4018, 4019, 4020.
    TRACT 573900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2021, 2022,
            2023, 2024, 2025, 2026, 2027, 2028,
            2029, 2030.
    TRACT 574000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 2000, 2001,
            2002, 2003, 2004, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 4000, 4001, 4013.
    TRACT 574100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            2000, 2001, 2002, 2007, 2008, 2009,
            2010, 2011, 2012.
    TRACT 574300 INCLUDING BLOCK(S)
            1000, 1001, 1004.
    TRACT 985700 INCLUDING BLOCK(S)
            1000.
DETROIT CITY (PART)
    TRACT 511200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 1046, 1047,
            1048, 1049, 1050, 1051, 1052, 1053,
```

```
            1054, 1055, 1056, 1057, 1058, 1059,
            1060, 1061, 1062, 1063, 1064, 1065,
            1066, 1067, 1068, 1069, 1070, 1071,
            1072, 1073, 1074, 1075, 1076, 1077,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007.
TRACT 511900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 1046, 1047,
            1048, 1049, 1050, 1051, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016, 2017, 2018, 2019,
            2020.
TRACT 522400 INCLUDING BLOCK(S)
            1000, 1006, 1007, 2000, 2010, 2011.
TRACT 524100 INCLUDING BLOCK(S)
            1014.
TRACT 526000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1018,
            1019, 2000, 2001, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2013, 2014,
            2015, 2016, 2017, 2018.
TRACT 526100 INCLUDING BLOCK(S)
            1000, 2001, 1002, 1003, 1004, 1005,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022.
TRACT 526200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008.
TRACT 526300 INCLUDING BLOCK(S)
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008.
TRACT 526400 INCLUDING BLOCK(S)
            2000, 2001, 2002, 2003, 2004, 2005,
```

```
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016.
        TRACT 526500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007.
        TRACT 530400 INCLUDING BLOCK(S)
                    1009, 1010.
        TRACT 530500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010.
        TRACT 530800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006.
        TRACT 530900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020, 3021,
                    3022, 3023, 3024.
        TRACT 531200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    2000, 2001, 2002, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3018, 3019, 3020,
                    3021, 3022, 3023, 3024, 3025, 3026,
                    3027, 3028, 3029, 3030, 3031, 3032,
```

```
             3033, 3034, 3035, 3036, 3037.
TRACT 531300 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1008, 2000, 2001, 2002, 2003,
             2004, 2005, 2006, 2007, 2008, 2009.
TRACT 531400 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             2000, 2001, 2002, 2003, 2004, 2005,
             2006, 2007, 2008, 2009, 2010, 2011.
TRACT 531500 INCLUDING BLOCK(S)
             2001, 2002, 2004, 2005, 2006, 2007,
             2008, 2009, 3000, 3001, 3002, 3003,
             3004, 3005, 3006, 3007, 3008, 4005,
             4006, 4007, 4008.
TRACT 531800 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 2000, 2001, 2002,
             2003, 2004, 2005, 2006, 2007, 2008,
             2009, 2010, 2011, 2012, 2013, 2014.
TRACT 531900 INCLUDING BLOCK(S)
             2014, 2015, 2016, 2017, 2018, 2019,
             2020, 2021, 2022, 2023, 2024, 2025,
             2026.
TRACT 532200 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 2003, 2004,
             2005, 2006, 2007, 2009, 2010, 2013,
             2014, 2015, 2016, 2017.
TRACT 532300 INCLUDING BLOCK(S)
             1001, 1002, 1005, 1006, 1007, 1008,
             1009, 1012, 1013, 1014, 1015, 1016,
             1017, 1018, 1019, 1020, 1021, 1024,
             1025, 1026, 1027, 1028, 1029, 1030,
             1031, 1032, 1033, 1034, 1036, 1037.
TRACT 532400 INCLUDING BLOCK(S)
             1002, 1003, 1004, 1005, 2000, 2001,
             2002, 2003, 2004, 2005, 3000, 3001,
             3002, 3003, 3004, 3005, 3006, 3007,
             3008, 3009, 3010, 3011.
TRACT 532600 INCLUDING BLOCK(S)
             1000, 1001, 2000, 3000.
TRACT 532700 INCLUDING BLOCK(S)
             1000, 1001, 1006.
TRACT 533400 INCLUDING BLOCK(S)
             4017.
TRACT 533500 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
```

```
            1012.
     TRACT 533700 INCLUDING BLOCK(S)
            2001, 2002, 2003, 2004, 2005, 2006.
     TRACT 533900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 2000, 2001, 2002,
            2003, 2004, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014, 3015,
            3016, 3017, 3018, 3019, 3020, 3021,
            3022, 3023, 3024, 3025, 3026, 3027,
            3028, 3029, 3030, 3031, 3032, 3033,
            3034, 3035, 3036, 3037, 3038, 3039,
            3040, 3041, 3042, 3043, 3044, 3045,
            3046, 3047, 3048, 3049, 3050, 3051,
            3052, 3053, 3054, 3055, 3056, 3057,
            3058, 3059, 3060, 3061, 3062, 3063,
            3065.
     TRACT 534100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 3017,
            3018, 3019, 3020, 3021, 3022, 3023,
            3024.
     TRACT 534200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            2000, 2001, 2003, 2004, 2005, 2006,
            2007, 2008, 2010, 2011, 2012, 2013,
            2014, 2015, 3000, 3001, 3002, 3003,
            3006, 3007, 3008, 3009.
     TRACT 534500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 2021,
            2022, 2023, 2024, 2025, 2026, 2027.
```

```
        TRACT 534600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 3012,
            3013, 3014, 3015, 3016, 3017, 3018,
            3019.
        TRACT 536500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015, 3016, 3017, 3018, 3019,
            3020, 3021, 3022, 3023, 4000, 4001,
            4002, 4003, 4004, 4005, 4006, 4007,
            4008, 4009, 4010, 4011, 4012, 4013,
            4014, 4015, 4016, 4017, 4018, 4019,
            4020.
        TRACT 536600 INCLUDING BLOCK(S)
            1000, 1001, 1004, 1005, 1006, 1007,
            1008, 1009, 1010, 1011, 1012, 2000,
            2001, 2002, 2010, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 4009, 4010,
            4011, 4012, 4013, 4014, 4015, 4016,
            4017, 4018, 4019, 4020, 4021, 4022,
            4023, 4024, 4025, 4026, 4027, 4028,
            5000, 5001, 5002, 5003, 5004, 5005,
            5006, 5007, 5008, 5009.
        TRACT 585100 INCLUDING BLOCK(S)
            1017, 1018, 1019, 1020, 1021, 1022,
            1023, 1024, 1025, 1026, 1029, 1030,
            1031, 1032, 1033, 1038, 1039, 1040,
            1041, 1042, 1043, 1044, 1045, 1046,
            1047, 1048, 1049, 1050, 1051, 1052,
            1053, 1054, 1055, 1056, 1057, 1058,
            1059, 1060, 1061, 1062, 1063, 1064,
            1065, 1084, 1085, 1086, 1087, 1089,
            1090, 1091, 1092, 1093, 1094, 1095,
            1096, 1097, 1098, 1102, 1103, 1104,
            1106, 1110, 1111.
HAMTRAMCK CITY (PART)
        TRACT 552800 INCLUDING BLOCK(S)
            2000, 2001, 2002, 2003, 2007, 2008,
```

```
                  5001, 5002, 5003, 5004, 5008.
DISTRICT 008
    WAYNE COUNTY (PART)
        DETROIT CITY (PART)
            TRACT 530100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011.
            TRACT 530200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 4013,
                4014, 4015, 5000, 5001, 5002, 5003,
                5004, 5005, 5006, 5007, 5008.
            TRACT 530300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021,
                3022, 3023, 3024, 3025, 3026, 3027,
                3028, 3029, 3030.
            TRACT 530400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015.
            TRACT 531500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 2000, 2003, 4000, 4001, 4002,
                4003, 4004.
```

```
TRACT 531600 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 2000, 2001, 2002, 2003,
     2004, 2005, 2006, 2007, 2008.
TRACT 531700 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 2000, 2001,
     2002, 2003, 2004, 2005, 2006, 2007,
     2008, 2009, 2010, 2011, 2012, 2013,
     2014, 2015, 2016, 2017, 2018, 2019,
     2020, 2021, 2022, 2023, 2024, 2025,
     2026, 2027, 2028, 2029, 2030, 2031,
     2032, 2033.
TRACT 531800 INCLUDING BLOCK(S)
     3000, 3001, 3002, 3003, 3004, 3005,
     3006, 3007, 3008, 3009, 3010, 3011,
     3012, 3013, 3014, 3015, 3016, 3017,
     3018.
TRACT 531900 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 2020, 1021, 1022, 1023,
     1024, 2000, 2001, 2002, 2003, 2004,
     2005, 2006, 2007, 2008, 2009, 2010,
     2011, 2012, 2013.
TRACT 536100 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 2000, 2001, 2002, 2003,
     2004, 2005, 2006, 2007, 3000, 3001,
     3002, 3003, 3004, 3005, 3006, 3007,
     3008, 4000, 4001, 4002, 4003, 4004,
     4005, 4006, 4007, 4008, 4009, 4010,
     4011.
TRACT 536200 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 2000, 2001, 2002,
     2003, 2004, 2005, 2006, 2007, 2008,
     2009, 2010, 2011, 2012, 2013, 2014,
     2015, 2016, 2017, 2018, 2019, 2020,
     2021, 2022.
TRACT 536300 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 2000,
     2001, 2002, 2003, 2004, 2005, 2006,
     2007, 2008, 2009, 2010, 2011, 2012,
```

```
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 4000,
          4001, 4002, 4003, 4004, 4005, 4006,
          4007, 4008, 4009, 5000, 5001, 5002,
          5003, 5004, 5005, 5006, 5007, 5008,
          5009, 6000, 6001, 6002, 6003, 6004,
          6005, 6006, 6007, 6008, 6009, 6010,
          6011, 6012, 6013, 6014, 6015, 6016,
          6017, 6018, 6019, 6020, 6021.
TRACT 536400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 3010, 3011, 3012, 3013,
          3014, 4000, 4001, 4002, 4003, 4004,
          4005, 4006, 4007, 4008, 4009, 4010,
          4011, 4012, 4013.
TRACT 536700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009.
TRACT 536800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024.
TRACT 536900 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3017, 3018, 4000, 4001,
          4002, 4003, 4004, 4005, 4006.
TRACT 537000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          3000, 3001, 3002, 3003, 3004, 3005,
```

```
                  3006, 3007, 3008, 3009, 3010, 3011,
                  3012, 3013, 3014, 3015, 3016, 3017.
TRACT 537100 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1012, 1013,
                  1014, 1015, 1016, 1017, 1018, 2000,
                  2001, 2002, 2003, 2004, 2005, 2006,
                  2007, 3000, 3001, 3002, 3003, 3004,
                  3005, 3006, 3007, 3008, 3009, 3010,
                  3011, 3012, 3013, 3014, 3015, 3016.
TRACT 537500 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 2000, 2001,
                  2002, 2003, 2004, 2005, 2006, 2007,
                  2008, 2009, 2010, 3000, 3001, 3002,
                  3003, 3004, 3005, 3006, 3007, 4000,
                  4001, 4002, 4003, 4004, 4005, 4006,
                  4007, 5000, 5001, 5002, 5003, 5004,
                  5005, 5006, 5007.
TRACT 537600 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 2009,
                  2010, 2011, 3000, 3001, 3002, 3003,
                  3004, 3005, 3006, 3007, 3008, 3009,
                  3010, 3011, 3012, 3013, 3014, 3015.
TRACT 537700 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 2000, 2001, 2002, 2003,
                  2007, 2008, 2009, 3000, 3001, 3002,
                  3003, 3004, 3005, 3006, 3007.
TRACT 538100 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 2000, 2001, 2002,
                  2003, 2004, 2005, 2006, 2007, 2008,
                  2012, 2015, 2016, 2017, 2018, 2019,
                  2020, 2021, 2022, 2023, 2024, 2025,
                  2026.
TRACT 538200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1008, 1009, 1010, 1011, 1012, 1013,
                  1014, 1015, 1017, 1018, 1019, 1023,
                  1024.
TRACT 538300 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1004, 1005, 1006,
                  1007, 1009, 1010, 1011, 1012, 1013,
                  1014, 1020, 1021, 1024, 2000, 2001,
```

```
        2002, 2003, 2004, 2010.
TRACT 538400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 4000, 4001, 4002, 4003,
        4004, 4005, 4006, 4007, 4008, 4009,
        4010, 4011, 4012, 4013, 4014, 4015,
        4016, 4017, 4018, 4019.
TRACT 538500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 5000, 5001, 5002,
        5003, 5004, 5005, 5006, 5007, 6000,
        6001, 6002, 6003, 6004, 6005, 6006,
        6007, 7000, 7001, 7002, 7003, 7004,
        7005, 7006, 7007, 7008, 7009, 7010,
        7011, 7012, 7013, 7014, 7015.
TRACT 538600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        4000, 4001, 4002, 4003, 4004, 4005,
        4006, 4007, 4008, 4009, 5000, 5001,
        5002, 5003, 5004, 5005, 5006, 5007,
        5008, 5009, 5010, 5011, 5012, 5013,
        6000, 6001, 6002, 6003, 6004, 6005,
        6006, 6007, 6008, 6009, 6010, 6011,
        6012, 6013.
TRACT 538700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 3000, 3001, 3005, 3006,
        3007, 3008, 3009, 3010, 3011, 3012,
        3013, 3014, 3017, 3018, 3019, 3020.
TRACT 538900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 2000,
```

```
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018,
                    3019, 3020, 3021, 3022, 3023, 3024,
                    3025, 4000, 4001, 4002, 4003, 4004,
                    4005, 4006, 4007, 4008, 4009, 4010,
                    4011, 4012, 4013, 4014, 4015, 4016,
                    4017, 4018, 4019, 4020, 4021, 4022,
                    4023.
    TRACT 539000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 4000, 4001, 4002, 4003,
                    4004, 4005, 4006, 4007, 4008, 4009.
    TRACT 539400 INCLUDING BLOCK(S)
                    1008, 1009, 1010, 1011, 1012, 1013,
                    1014, 1015, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 3017, 3018, 3019, 3025,
                    3026, 3027, 3028, 3029, 3030, 3031,
                    3032.
    TRACT 539500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018, 2019, 2020,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 4000,
                    4001, 4002, 4003, 4004, 4005, 4006,
                    4007, 4008, 4009, 4010, 4011, 4012,
                    4013, 4014, 4015, 4016, 4017, 4018.
    TRACT 539600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
```

```
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2012, 2013, 2016, 2017, 2018,
                2019, 2020, 2021, 2022, 2023, 2024,
                2025, 2026, 2027, 2028, 2029, 2030,
                2031, 2032, 3004, 3005, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015.
        TRACT 540300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 2000,
                2005, 2006, 2011.
        TRACT 540400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 2011, 2012.
DISTRICT 009
    WAYNE COUNTY (PART)
        DETROIT CITY (PART)
            TRACT 538700 INCLUDING BLOCK(S)
                3002, 3003, 3004, 3015, 3016.
            TRACT 538800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012.
            TRACT 539100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015.
            TRACT 539200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 5000, 5001, 5002,
                5003, 5004, 6000, 6001, 6002, 6003,
                6004, 6005, 6006, 6007, 6008, 6009,
                6010, 6011, 6012, 6013, 6014, 6015,
                6016, 6017, 6018, 6019, 6020, 6021,
                6022, 6023, 6024, 6025, 6026, 6027,
                6028, 6029, 6030, 6031, 6032, 6033,
                6034.
```

```
TRACT 539300 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 1008, 1009, 1010, 1011,
       1012, 1013, 1014, 1015, 1016, 1017,
       1018, 1019, 1020, 1021, 1022, 1023,
       1024, 1025, 1026, 1027, 1028, 1029,
       1030, 1031, 2000, 2001, 2002, 2003,
       2004, 2005, 2006, 2007, 2008, 2009,
       2010, 2011, 2012, 2013, 2014, 2015,
       2016, 3000, 3001, 3002, 3003, 3004,
       3005, 3006, 3007, 3008, 3009, 3010,
       3011, 3012, 3013, 3014, 3015, 3016,
       3017, 3018, 3019, 3020, 3021, 3022,
       3023, 3024, 3025, 3026, 3027, 3028,
       4000, 4001, 4002, 4003, 4004, 4005,
       4006, 4007, 4008, 4009, 4010, 4011,
       4012, 4013, 4014, 4015, 4016, 4017,
       4018, 4019.
TRACT 539400 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 3000, 3001, 3002, 3003,
       3004, 3005, 3006, 3007, 3008, 3009,
       3010, 3011, 3012, 3013, 3014, 3015,
       3016, 3020, 3021, 3022, 3023, 3024,
       3033.
TRACT 539600 INCLUDING BLOCK(S)
       2000, 2001, 2002, 2003, 2004, 2005,
       2006, 2007, 2008, 2009, 2010, 2011,
       2014, 2015, 3000, 3001, 3002, 3003,
       3006, 3007.
TRACT 539700 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 1008, 1009, 1010, 1011,
       1012, 1013, 1014, 1015, 1016, 1017,
       1018, 1019, 1020, 1021, 1022, 1023,
       1024, 2000, 2001, 2002, 2003, 2004,
       2005, 2006, 2007, 2008, 2009, 2010,
       2011, 2012, 2013, 2014, 2015, 2016,
       2017.
TRACT 540100 INCLUDING BLOCK(S)
       1000, 1001, 1002, 1003, 1004, 1005,
       1006, 1007, 1008, 1009, 1010, 1011,
       1012, 1013, 1014, 1015, 1016, 1017,
       1018, 1019, 1020, 1021, 1022, 1023,
       1024, 1025, 1026, 1027, 1028, 1029,
       1030, 1031, 1032, 1033, 1034, 1035,
       1036, 1037, 1038, 1039, 1040, 1041,
       2000, 2001, 2002, 2003, 2004, 2005,
       2006, 2007, 2008, 2009, 3000, 3001,
```

```
            3002, 3003, 3004, 3005, 4000, 4001,
            4002, 4003, 4004, 4005, 4006, 4007,
            4008, 4009, 4010, 4011.
TRACT 540200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 4009, 5000,
            5001, 5002, 5003, 5004, 5005, 5006,
            5007, 5008, 5009, 5010, 5011, 6000,
            6001, 6002, 6003, 6004, 6005, 6006,
            6007, 6008, 6009, 6010, 6011, 6012,
            6013, 6014, 6015, 6016, 6017, 6018,
            6019, 6020.
TRACT 540300 INCLUDING BLOCK(S)
            2001, 2002, 2003, 2004, 2007, 2008,
            2009, 2010, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            4000, 4001, 4002, 4003, 4004, 4005,
            4006, 4007, 4008, 4009, 4010, 4011,
            4012, 5000, 5001, 5002, 5003, 5004,
            5005, 5006, 5007, 5008, 5009, 5010,
            5011, 5012, 5013, 5014, 5015, 5016,
            5017, 5018, 5019, 5020, 5021.
TRACT 540500 INCLUDING BLOCK(S)
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 4000, 4001, 4002, 4003,
            4004, 4005, 4006, 4007, 4008, 4009,
            4010, 4011.
TRACT 540600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 4000, 4001, 4002, 4003, 4005,
            4006, 4007, 4008, 4009.
TRACT 540700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 3012,
            3013, 3014, 3015, 3016, 3017, 4000,
```

```
              4001, 4002, 4003, 4004, 4005, 4006,
              4007, 4008, 4009, 4010, 4011, 4012.
TRACT 540800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024,
              2025.
TRACT 540900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 3000, 3001, 3002,
              3003, 3004, 3005, 3006, 3007, 3008,
              3009, 3010, 3011, 3012, 3013, 3014,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011,
              4012, 4013, 4014, 4015, 4016, 4017.
TRACT 541000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 2016, 2017, 2018, 2019, 2020,
              2021, 2022, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3010, 3011, 3012, 3013, 3014, 3015,
              3016, 3017, 3018, 3019, 3020, 3021,
              3022.
TRACT 541100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 3000, 3001, 3002, 3007, 3008,
              3009.
TRACT 541200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009.
TRACT 541300 INCLUDING BLOCK(S)
              2000, 2001, 2002, 2003, 2004, 2005,
              2009, 2010, 2011, 2012, 2013, 2014,
```

```
          2015, 3000, 3001, 3002, 3003, 3007.
     TRACT 541500 INCLUDING BLOCK(S)
          1000, 1001, 1002, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 4000,
          4001, 4002, 4003, 4004, 4005, 4006,
          4007, 4008, 4009, 4010, 4011, 4012,
          4013, 4014, 4015, 4016.
     TRACT 541700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008.
     TRACT 541800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          2011, 2012, 2013, 2014, 2015, 2016,
          2017, 2018, 2019, 2020, 2021, 2022,
          2023, 2024, 2025
     TRACT 554100 INCLUDING BLOCK(S)
          4000, 4002.
  REDFORD TOWNSHIP (PART)
     TRACT 554100 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 2016, 2017, 2018, 2019, 2020,
          2021, 2022, 2023, 2024, 2025, 2026,
          2027, 2028, 2029, 2030, 2031, 2032,
          2033, 2034, 2035, 2036, 2037, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 3008, 3009, 3010, 3011, 3012,
          3013, 3014, 3015, 3016, 3017, 3018,
          3019, 3020, 3021, 3022, 3023, 3024,
          3025, 4001, 4003, 4004, 4005, 4006,
          4007, 4008, 4009, 4010, 4011, 4012,
          4013, 4014, 4015, 4016, 4017, 4018,
          4019, 4020, 4021, 4022, 4023, 4024,
          4025, 4026, 4027, 4028, 4029, 4030,
          4031, 4032, 4033, 4034, 4035, 4036,
          4037.
     TRACT 554200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          2000, 2001, 2002, 2003, 2004, 2005,
```

```
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021,
                3022, 4000, 4001, 4002, 4003, 4004,
                4005, 4006, 4007, 4008, 4009, 4010,
                4011, 4012, 4013, 4014, 4015, 4016,
                4017, 4018, 4019, 4020, 4021.
TRACT 554300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                3013, 4000, 4001, 4002, 4003, 4004,
                4005, 4006, 4007, 4008, 4009, 4010,
                4011, 4012, 4013, 5000, 5001, 5002,
                5003, 5004, 5005, 5006, 5007, 5008,
                5009, 5010, 5011, 5012, 5013, 5014,
                5015, 5016, 5017, 5018, 5019.
TRACT 554400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                3015, 3016, 4000, 4001, 4002, 4003,
                4004, 4005, 4006, 4007, 4008, 4009,
                4010, 4011, 4012, 4013, 4014, 4015,
                4016.
TRACT 554500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 2020,
                2021, 2022, 2023, 2024, 2025, 2026,
                2027, 2028, 2029, 2030, 2031, 2032,
```

```
            2033, 2034, 2035, 2036, 2037, 2038,
            2039, 2040, 2041, 2042, 2043, 2044,
            2045, 2046.
TRACT 554600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 3012,
            3013, 3014, 4000, 4001, 4002, 4003,
            4004, 4005, 4006, 4007, 4008, 4009,
            4010, 4011, 4012, 4013, 4014, 4015,
            4016, 4017.
TRACT 554700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 3014, 3015, 3016,
            3017.
TRACT 554800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 3017,
            3018, 3019, 3020, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013, 4014,
            4015, 4016, 4017, 4018, 4019, 4020,
            4021, 4022, 4023, 4024, 4025, 4026,
            4027, 4028, 4029, 4030, 4031, 4032.
```

```
                TRACT 554900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 2023, 2024, 2025,
                    2026, 2027, 2028, 2029, 2030, 3031,
                    2032, 2033, 2034, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3018, 3019, 3020,
                    3021, 3022, 3023, 3024, 3025, 3026,
                    3027, 3028, 3029.
        DISTRICT 010
            WAYNE COUNTY (PART)
                DEARBORN HEIGHTS CITY (PART)
                    TRACT 571500 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 2000, 2001, 2002,
                        2003, 2004, 2005, 2006, 2007, 2008,
                        2009, 2010, 3000, 3001, 3002, 3003,
                        3004, 3005, 3006, 3007, 3008, 3009,
                        3010, 3011, 3012, 3013, 3014, 3015,
                        3016, 3017, 3018, 3019, 3020, 3021,
                        3022, 3023, 4000, 4001, 4002, 4003,
                        4004, 4005, 4006, 4007, 4008, 4009,
                        4010, 4011, 4012, 4013, 4014, 4015,
                        4016, 4017, 4018, 4019, 4020, 4021,
                        4022, 4023, 4024, 4025, 4026.
                    TRACT 571800 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1020, 1021,
                        1028, 1029, 1030, 1031, 1032, 1033,
                        1034, 1035, 1036, 1037, 1038, 1039,
                        1040.
                    TRACT 571700 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 2000,
                        2001, 2002, 2003, 2004, 2005, 2006,
                        2007, 2008, 2009, 2010, 2011, 2012,
                        2013, 2014, 2015, 2016, 2017, 2018,
                        2019, 2020.
                DETROIT CITY (PART)
                    TRACT 535400 INCLUDING BLOCK(S)
```

```
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008.
TRACT 535500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011.
TRACT 542700 INCLUDING BLOCK(S)
              1001, 1002, 1003, 1004, 1005, 1006,
              1007, 1008, 1009, 1010, 1011, 1012,
              1013, 1014, 1015, 1016, 1017, 1018,
              1019, 1020, 1027, 1028, 1029, 1030,
              1031, 1032, 1033, 1034, 1035, 1036,
              1037, 1038, 1039.
TRACT 543400 INCLUDING BLOCK(S)
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011,
              3012, 3013, 3014, 3015, 3016, 3017,
              3018, 3019, 3020.
TRACT 543600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 2016, 2017, 2018, 2019, 2020,
              2021, 2022, 2023, 2024, 2025, 2026,
              2027, 2028, 2029, 2030, 2031, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 3010, 3011, 3012,
              3013, 3014, 3015, 3016, 3017, 3018,
              3019, 3020, 3021, 3022, 3023.
TRACT 543700 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012, 3013,
              3014, 3015.
TRACT 543800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
```

```
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 2026, 2027, 2028, 2029.
TRACT 543900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024,
              2025, 2026, 2027, 2028, 2029, 2030,
              2031, 2032, 2033, 2034, 2035, 2036,
              2037, 2038.
TRACT 544000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013, 2014, 2015, 2016,
              2017, 2018, 2019, 2020, 2021, 2022,
              2023, 2024, 2025, 2026, 2027, 2028,
              2029, 2030, 2031, 2032, 2033, 2034.
TRACT 544100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 3000,
              3001, 3002, 3003, 3004, 3005, 3006.
TRACT 545100 INCLUDING BLOCK(S)
              1005, 1006, 1007, 1008, 1009, 2009.
TRACT 545200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011,
              3012, 3013, 3014, 3015, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 4007,
              4008, 4009, 4010, 4011, 4012, 4013,
              4014, 4015.
TRACT 545300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023, 2024, 3000,
```

```
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 3010, 3011, 3012.
TRACT 545400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011.
TRACT 545500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 4007,
              5000, 5001, 5002, 5003, 5004, 5005,
              5006, 5007, 6000, 6001, 6002, 6003,
              6004, 6005, 6006, 6007.
TRACT 545600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 2000, 2001, 2002, 2003,
              2004, 2005, 3000, 3001, 3002, 3003,
              3004, 3005, 4000, 4001, 4002, 4003,
              4004, 4005, 5000, 5001, 5002, 5003,
              5004, 5005, 5006, 5007.
TRACT 545700 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024,
              2025, 2026, 2027, 2028, 2029, 2030,
              2031, 2032.
TRACT 545800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2000, 2001,
              2002, 2003, 2004, 2005, 3000, 3001,
              3002, 3003, 3004, 3005, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 5000,
              5001, 5002, 5003, 5004, 5005, 5006,
              5007, 5008, 5009, 5010.
TRACT 545900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 3000, 3001, 3002, 3003,
              3004, 3005, 4000, 4001, 4002, 4003,
              4004, 4005, 5000, 5001, 5002, 5003,
```

```
          5004, 5005, 5006.
TRACT 546000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 3010, 3011, 4000, 4001,
          4002, 4003, 4004, 4005, 4006, 4007,
          4008, 4009, 5000, 5001, 5002, 5003,
          5004, 5005, 5006, 5007, 5008, 5009,
          5010, 5011, 5012, 5013, 5014, 5015.
TRACT 546100 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 3000, 3001, 3002, 3003,
          3004, 3005, 4000, 4001, 4002, 4003,
          4004, 4005, 4006, 4007, 4008, 4009,
          4010, 4011, 5000, 5001, 5002, 5003,
          5004, 5005, 5006, 5007, 5008, 5009,
          5010, 5011.
TRACT 546200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 3008, 3009, 3010, 3011, 3012,
          3013, 3014, 3015, 3016, 3017, 3018,
          3019, 3020, 3021, 3022, 3023, 3024,
          3025, 3026, 3027, 3028, 3029, 3030,
          4000, 4001, 4002, 4003, 4004, 4005,
          4006, 4007, 4008, 4009, 4010, 4011.
TRACT 546300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          2022, 2023, 2024, 2025, 2026, 2027,
          2028, 2029, 2030, 2031, 2032, 2033,
          2034, 2035, 2036.
TRACT 546400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007.
```

```
            TRACT 546500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012.
            TRACT 546600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015.
            TRACT 546700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 4009, 4010, 4011, 5000, 5001,
                    5002, 5003, 5004, 5005, 5006, 5007,
                    5008, 5009, 5010, 5011.
            TRACT 546800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 3015, 3016,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011.
            TRACT 546900 INCLUDING BLOCK(S)
                    1001, 1002, 1003, 1004, 1005, 1009,
                    1010, 1011, 1012, 1013, 1014, 1015,
                    1016, 1017, 1018, 1019, 1020, 1021,
                    1022, 1023, 1024, 1025, 1026, 1027,
                    1028, 1029, 1030, 1032, 1033, 1034,
                    1035, 1036, 1037, 1038, 1039, 1043,
                    1044.
    REDFORD TOWNSHIP (PART)
            TRACT 555100 INCLUDING BLOCK(S)
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4011, 4012, 4013, 4014, 4015, 4016,
                    4017, 4020, 4021, 4022, 4023, 4024,
                    4025, 4026, 4027, 4028, 4029, 4030,
                    4031, 4032.
            TRACT 555300 INCLUDING BLOCK(S)
```

```
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2014, 2017,
                    2018, 2019, 2021, 2022, 2023, 2024,
                    2025, 2026, 2027, 2028, 2029, 2030,
                    2031, 2032, 2033, 2034, 2035, 2036,
                    2037, 2038, 2039, 2040, 2041, 2042,
                    2043, 2044, 2045, 2046, 2047.
          TRACT 555400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014, 3015, 3016, 3017, 3018, 3019,
                    3020, 3021, 3022, 3023, 3024, 3025.
          TRACT 555500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021.
DISTRICT 011
     WAYNE COUNTY (PART)
          DETROIT CITY (PART)
             TRACT 534200 INCLUDING BLOCK(S)
                    2002, 2009, 3004, 3005, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 5000,
                    5001, 5002, 5003, 5004, 5005, 5006,
                    5007, 5008, 5009, 5010, 5011, 5012,
                    5013, 5014, 5015, 5016, 5017, 5018,
                    5019, 5020, 5021.
             TRACT 534300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017.
             TRACT 534400 INCLUDING BLOCK(S)
```

```
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 2020,
                2021, 2022, 2023.
TRACT 534700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                2000, 2001, 2002, 2003, 2004, 3005,
                2006, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 4000, 4001, 4002,
                4003, 4004, 4005, 4006, 4007, 4008,
                4009, 4010, 4011, 4012, 4013, 4014,
                4015, 4016, 4017, 4018, 4019, 4020,
                4021, 4022, 4023, 4024, 4025, 4026,
                4027, 4028, 4029, 4030, 4031, 4032,
                4033, 4034, 4035, 4036.
TRACT 535000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011.
TRACT 535100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017.
TRACT 535200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012,
                4013, 4014, 4015, 4016, 4017, 4018,
                4019, 4020, 4021, 4022, 4023, 4024.
TRACT 535300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 4000, 4001, 4002, 4003, 4004,
```

```
            4005, 4006, 4007, 4008, 5000, 5001,
            5002, 5003, 5004, 5005, 5006, 5007,
            5008, 5009, 5010, 5011, 5012, 5013,
            5014, 5015, 5016, 5017, 5018, 5019,
            5020, 5021, 5022, 5023, 5024, 5025,
            5026, 5027, 5028, 5029, 5030, 5031,
            5032.
TRACT 535400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1016, 1017, 1018, 1019, 1020, 2000.
TRACT 535600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 2020,
            2021, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 3014, 3015, 4000,
            4001, 4002, 4003, 4004, 4005, 4006,
            4007, 4008, 4009, 4010, 4011, 4012,
            4013, 4014, 4015, 4016, 4017, 4018,
            4019, 4020, 4021, 4022, 4023, 4024,
            4025, 4026, 4027, 4028, 4029, 4030,
            4031, 4032, 4033, 4034, 4035, 4036.
TRACT 535700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011.
TRACT 535800 INCLUDING BLOCK(S)
            1002, 1003, 1013, 1014, 1015, 1016,
            1017, 1018, 1019, 1020, 1021, 1022,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2011, 2012, 2013, 2014, 2015.
TRACT 537100 INCLUDING BLOCK(S)
            1010, 1011.
TRACT 537200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 2021,
            2022, 2023, 2024, 2025, 2026, 2027,
            2028, 2029, 2030, 2031, 2032, 2033.
```

```
TRACT 537300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 2024, 2025, 2026, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010, 3011, 3012,
        3013, 3014, 3015, 3016, 3017, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        4007, 4008.
TRACT 537700 INCLUDING BLOCK(S)
        1008, 1009, 1010, 1011, 2004, 2005,
        2006, 2010, 2011, 3008, 3009, 3010,
        3011.
TRACT 537800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010.
TRACT 540400 INCLUDING BLOCK(S)
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2013,
        2014, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014, 4000, 4001,
        4002, 4003, 4004, 4005, 4006, 4007,
        4008, 4009, 4010, 4011, 4012, 4013,
        4014, 4015, 4016, 4017, 4018, 4019,
        4020, 4021, 4022, 4023, 4024, 4025,
        4026, 4027.
TRACT 540500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022.
TRACT 540600 INCLUDING BLOCK(S)
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 4004.
TRACT 541100 INCLUDING BLOCK(S)
        3003, 3004, 3005, 3006, 4000, 4001,
        4002, 4003, 4004, 4005, 4006, 4007,
        4008, 4009, 5000, 5001, 5002, 5003,
        5004, 5005, 5006, 5007, 5008, 5009.
TRACT 541200 INCLUDING BLOCK(S)
```

```
          2000, 2001, 2002, 2003, 2004, 2005,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 4000, 4001, 4002, 4003, 4004,
          4005, 4006, 4007, 4008.
TRACT 541300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 2006,
          2007, 2008, 2016, 2017, 2018, 2019,
          2020, 2021, 2022, 2023, 2024, 2025,
          2026, 2027, 3004, 3005, 3006, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016.
TRACT 541400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          2022, 2023, 2024, 2025, 2026, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 3008, 3009, 3010, 3011, 3012,
          3013, 3014, 3015, 3016, 3017, 3018.
TRACT 542100 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 3008, 3009, 3010, 3011, 3012,
          3013, 4000, 4001, 4002, 4003, 4004,
          4005, 4006, 4007, 4008, 4009, 4010,
          4011, 5000, 5001, 5002, 5003, 5004,
          5005, 5006, 5007, 5008, 5009, 5010,
          5011, 5012, 5013, 5014, 5015, 5016,
          6000, 6001, 6002, 6003, 6004, 6005,
          6006, 6007, 6008, 6009, 6010, 6011.
TRACT 542200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          4000, 4001, 4002, 4003, 4004, 4005,
          4006, 4007, 4008, 4009, 4010, 4011,
          5000, 5001, 5002, 5003, 5004, 5005,
          5006, 5007, 5008, 5009, 5010, 5011,
```

```
        5012, 5013, 5014.
TRACT 542300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017.
TRACT 542400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012.
TRACT 542500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 3017,
        3018, 3019, 3020, 3021, 3022.
TRACT 542600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 3023, 4000, 4001,
        4002, 4003, 4004, 4005, 4006, 4007,
        4008, 4009.
TRACT 542700 INCLUDING BLOCK(S)
        1000, 1021, 1022, 1023, 1024, 1025,
        1026.
TRACT 542800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008.
TRACT 542900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
```

```
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  2000, 2001, 2002, 2003, 2004, 2005,
                  2006, 2007, 2008, 2009, 2010, 2011,
                  2012, 2013, 2014, 2015, 2016, 2017,
                  2018, 2019, 2020, 3000, 3001, 3002,
                  3003, 3004, 3005, 3006, 3007, 3008,
                  3009, 3010, 3011, 4000, 4001, 4002,
                  4003, 4004, 4005, 4006, 4007, 4008,
                  4009, 4010, 4011.
  TRACT 543000 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  2000, 2001, 2002, 2003, 2004, 2005,
                  2006, 2007, 2008, 2009, 2010, 2011,
                  2012, 2013, 2014, 2015, 2016, 2017,
                  2018, 2019, 2020, 2021, 2022, 2023,
                  2024, 2025, 2026, 2027, 2028, 2029,
                  2030, 2031, 2032.
  TRACT 543100 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 2009,
                  2010, 2011, 2012, 2013, 2014, 2015,
                  2016, 2017, 2018, 2019, 2020.
  TRACT 543200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  1042, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 2007, 2008, 2009, 2010,
                  2011, 2012, 2013, 2014, 2015, 2016,
                  2017, 3000, 3001, 3002, 3003, 3004,
                  3005, 3006, 3007, 3008, 3009, 3010,
                  3011, 3012, 3013, 3014, 3015, 3016,
                  3017, 3018, 3019, 3020, 3021, 3022.
```

```
TRACT 543400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010.
TRACT 543500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023.
TRACT 544200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 2024, 2025, 2026, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010, 3011, 3012,
        3013, 3014, 3015, 3016, 3017, 3018,
        3019, 3020, 3021, 3022, 3023.
TRACT 544300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020,
        3021, 3022, 3023, 3024, 3025, 3026.
TRACT 545100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 3023, 3024, 3025, 3026, 3027,
        3028.
```

```
              TRACT 546900 INCLUDING BLOCK(S)
                  1000, 1006, 1007, 1008, 1031, 1040,
                  1041, 1042.
DISTRICT 012
    WAYNE COUNTY (PART)
        DEARBORN CITY (PART)
            TRACT 573300 INCLUDING BLOCK(S)
                  1029.
            TRACT 573400 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 3000, 3001, 3002,
                  3003, 3004, 3005, 3006, 3007, 3008,
                  3009, 3010, 3011, 3012, 3013, 3014,
                  3015, 3016, 3017, 3018, 3019, 3020,
                  4000, 4001, 4002, 4003, 4004, 4005.
            TRACT 573500 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 2032, 2033, 2034, 2035,
                  2036, 2037, 2038, 2039, 2040, 2041,
                  2042, 2043, 2044, 2045, 2046, 2047,
                  2048, 2049, 2050, 2051, 2052, 2053,
                  2054, 2055, 2056, 2057, 2058, 2059,
                  2060, 2061, 2062, 2063, 2064, 2065,
                  2066, 2067, 2068, 2069, 2070, 2071,
                  2072, 2073, 2074, 2075, 2076, 2077,
                  2078, 2079, 2080, 2081, 2082, 2083,
                  2084, 2087, 2088, 2089.
            TRACT 574000 INCLUDING BLOCK(S)
                  2005, 2006, 2007, 2008, 2009, 2010,
                  2011, 2012, 2013, 4002, 4003, 4004,
                  4005, 4006, 4007, 4008, 4009, 4010,
                  4011, 4012.
            TRACT 574100 INCLUDING BLOCK(S)
                  2003, 2004, 2005, 2006, 2013, 2014,
                  2015, 2016, 3000, 3001, 3002, 3003,
                  3004, 3005, 3006, 3007, 3008, 3009,
                  3010, 3011, 4000, 4001, 4002, 4003,
                  4004, 4005, 4006, 4007, 4008, 4009.
            TRACT 574202 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
```

```
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017.
TRACT 574300 INCLUDING BLOCK(S)
            1002, 1003, 1005, 1006, 1007, 1008,
            1009, 1010, 1011, 1012, 1013, 1014,
            1015, 1016, 1017, 1018, 1019, 1020,
            1021, 1022, 1023, 1024, 1025, 1026,
            1027, 1028, 1029, 1030, 1031, 1032,
            1033, 1034, 1035, 1036, 1037, 1038,
            1039, 1040, 1041, 1042, 1043, 1044,
            1045, 1046, 1047, 1048, 1049, 1050,
            1051, 1052, 1053, 1054, 1055, 1056,
            1057, 1058, 1059, 1060, 1061, 1062,
            1063, 1064, 1065, 1066, 1067, 1068,
            1069, 1070, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 3012,
            3013, 3014, 3015, 3016.
TRACT 574600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 4000, 4001, 4002, 4003,
            4004, 4005, 4006, 4007, 4008, 4009,
            4010, 4011, 5000, 5001, 5002, 5003,
            5004, 5005, 5006, 5007, 5008, 5009,
            5010, 5011, 5012, 5013, 6000, 6001,
            6002, 6003, 6004, 6005, 6006, 6007,
            6008, 6009, 6010, 6011, 6012, 6013,
            7000, 7001, 7002, 7003, 7004, 7005,
            7006, 7007, 7008, 7009, 7010, 7011,
            7012.
TRACT 574700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
```

```
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011,
              4012, 5000, 5001, 5002, 5003, 5004,
              5005, 5006, 5007, 5008, 5009, 5010,
              5011, 5012, 5013, 5014, 5015.
TRACT 574800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 4000, 4001, 4002, 4003,
              4004, 4005, 4006, 4007, 4008, 4009,
              4010, 4011, 4012, 4013, 4014, 4015,
              4016, 5000, 5001, 5002, 5003, 5004,
              5005, 5006, 5007, 5008, 5009, 5010,
              5011, 5012, 5013, 5014, 5015, 5016,
              5017, 5018, 5019, 5020, 5021, 5022,
              5023, 5024, 5025, 5026, 5027, 5028,
              5029.
TRACT 574900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024,
              2025, 2026, 2027, 2028, 2029, 2030,
              2031, 2032, 2033, 2034, 2035, 2036,
              2037, 2038, 2039, 2040, 2041, 2042,
              2043, 2044, 2045, 2046, 2047, 2048,
              2049.
TRACT 575000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 4000, 4001, 4002, 4003,
              4004, 4005, 4006, 4007, 4008, 4009,
              4010, 4011, 4012, 4013, 4014, 4015,
              4016, 4017, 4018, 4019, 4020, 4021,
```

```
          4022, 4023, 4024, 4025, 4026, 4027,
          4028, 4029.
TRACT 575100 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 2016, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011.
TRACT 575200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          2013, 2014, 2015, 2016, 2017, 2018,
          2019, 2020, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 3012, 4000, 4001, 4002,
          4003, 4004, 4005, 4006, 4007, 4008,
          4009, 4010, 4011.
TRACT 575300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014, 3015, 3016, 4000,
          4001, 4002, 4003, 4004, 4005, 4006,
          4007, 4008, 4009, 4010, 4011, 4012,
          4013, 5000, 5001, 5002, 5003, 5004,
          5005, 5006, 5007, 5008, 5009.
TRACT 575400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 3010, 3011, 3012, 3013,
          3014, 3015, 3016, 3017, 3018, 3019,
          3020, 4000, 4001, 4002, 4003, 4004,
          4005, 4006, 4007, 4008, 4009, 4010,
          4011, 4012, 4013, 4014, 4015, 4016,
          4017, 4018, 4019, 4020, 4021, 4022,
```

```
            4023, 4024, 4025, 4026, 4027, 4028,
            4029, 4030, 4031, 4032, 4033, 4034,
            4035, 4036, 4037, 4038, 4039, 4040,
            4041, 4042, 4043, 4044, 4045, 4046,
            4047, 4048, 4049, 4050, 4051, 4052,
            4053, 4054, 4055, 4056, 4057, 4058,
            4059, 4060, 4061, 4062, 4063, 4064,
            4065, 4066, 4067, 4068, 4069, 4070,
            4071, 4072, 4073, 4074, 4075, 4076,
            4077.
TRACT 575500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1040, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2021, 2022,
            2023, 2024, 2027, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011.
TRACT 575600 INCLUDING BLOCK(S)
            1001, 1002, 1003, 1004, 1005, 1006,
            1007, 1008, 1009, 1010, 1011, 1012,
            1013, 1016, 1019, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019.
TRACT 576000 INCLUDING BLOCK(S)
            2003, 2004.
TRACT 579900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 1046, 1047,
            1048, 1049, 1050, 1051, 1052, 1053,
            1054, 1055, 1056, 1057, 1058, 1059,
            1060, 1061, 1062, 1063, 1064, 1065,
            1066, 1067, 1068, 1069, 1070, 1071,
            1072, 1073, 1074, 1075, 1076, 1077,
```

```
             1078, 2000, 2001, 2002, 2003, 2004,
             2005, 2006, 2007, 2008, 2009, 2010,
             2011, 2012, 2013, 2014, 2015, 2016,
             2017, 2018, 2019, 2020, 2021, 2022,
             2023, 2024, 2025, 2026, 3000, 3001,
             3002, 3003, 3004, 3005, 3006, 3007,
             3008, 3009, 3010, 3011, 3012, 3013,
             3014, 3015, 3016, 3017, 3018, 3019,
             3020, 3021, 3022, 3023, 3024, 3025,
             3026, 3027, 3028, 3029, 3030, 3031,
             3032, 3033, 3034, 3035, 3036, 3037,
             3038, 3039, 3040, 3041, 3042, 3043,
             3044, 3045, 3046, 3047, 3048, 4000,
             4001, 4002, 4003, 4004, 4005, 4006,
             4007, 4008, 4009, 4010, 4011, 4012,
             4013, 4014, 4015, 4016, 4017, 4018,
             4019, 4020, 4021, 4022, 4023, 4024,
             4025, 4026, 4027, 4028, 4029, 4030.
      TRACT 985700 INCLUDING BLOCK(S)
             1001, 1002, 1003, 1004, 1005, 1006,
             1007, 1008, 1009, 1010, 1011, 1013,
             1014, 1015, 1016, 1017, 1018, 1019,
             1020, 1021, 1022, 1023, 1024, 1025,
             1026, 1027, 1028, 1029, 1030, 1031,
             1032, 1033, 1034, 1035, 1036.
DEARBORN HEIGHTS CITY (PART)
      TRACT 572600 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 1016, 1017,
             1018, 1019, 1020, 1021, 1022, 2000,
             2001, 2002, 2003, 2004, 2005, 2006,
             2007, 2008, 2009, 2010, 2011, 2012,
             2013, 2014, 2015, 2016, 2017, 2018,
             2019, 2020, 2021, 2022, 2023, 2024,
             2025, 3000, 3001, 3002, 3003, 3004,
             3005, 3006, 3007, 3008, 3009, 3010,
             3011, 3012, 3013, 3014, 3015, 3016,
             3017, 3018, 4000, 4001, 4006, 4007,
             4008, 4009, 4011, 4012, 5000, 5001,
             5002, 5003, 5004, 5005, 5006, 5007,
             5008, 5009, 5010, 5011, 5012, 5013.
      TRACT 572700 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 1016, 1017,
             1018, 1019, 2000, 2001, 2002, 2003,
             2004, 2005, 2006, 2007, 2008, 2009,
             2010, 2011, 2012, 2013, 2014, 2015,
```

```
              2016, 2017, 2018, 2019, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012, 3013,
              3014, 3015, 3016, 3017, 3018, 3019,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011,
              4012, 4013, 4014, 4015, 4016, 4017,
              4018, 4019, 4020, 4021, 4022.
    TRACT 572800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 4007,
              4008, 4009, 4010, 4011, 4012, 5000,
              5001, 5002, 5003, 5004, 5005, 5006,
              5007, 5008, 5009, 5010, 5011, 5012,
              5013, 5014, 6000, 6001, 6002, 6003,
              6004, 6005, 6006, 6007, 6008, 6009,
              6010, 6011, 6012, 6013, 6014, 6015,
              6016, 6017, 6018, 6019, 6020.
    TRACT 572900 INCLUDING BLOCK(S)
              1002, 1003, 1012, 2011, 3008, 3009,
              3025, 3026, 3027.
        MELVINDALE CITY
DISTRICT 013
    WAYNE COUNTY (PART)
        RIVERVIEW CITY
        SOUTHGATE CITY
        TAYLOR CITY (PART)
    TRACT 583300 INCLUDING BLOCK(S)
              2016.
    TRACT 583400 INCLUDING BLOCK(S)
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3010, 3011, 3012, 3013, 4016, 4017,
              4018, 4019, 4020, 4021, 5012, 5013,
              5014, 5015, 5018, 5019, 5020.
    TRACT 583500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 2000,
```

```
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012.
TRACT 583600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018, 3019, 3020.
TRACT 583900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010.
TRACT 584000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 2000, 2001, 2002, 2003, 2004,
            2005, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010.
TRACT 584100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014.
TRACT 584200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 2021,
            2022, 2023, 2024, 2025, 2026.
TRACT 584500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
```

```
                    1024, 1025, 1026, 1027, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 2023, 2024, 2025,
                    2026, 2027, 2028, 2029, 2030, 2031,
                    2032, 2033, 2034, 2035, 2036, 2037,
                    2038.
            TRACT 584600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
                    2025, 2026, 2027, 2028, 2029, 2030,
                    2031, 2032, 2033, 2034, 2035, 2036,
                    2037, 2038, 2039.
            TRACT 584700 INCLUDING BLOCK(S)
                    2001, 2002.
        WYANDOTTE CITY
DISTRICT 014
    WAYNE COUNTY (PART)
        ALLEN PARK CITY
        DEARBORN HEIGHTS CITY (PART)
            TRACT 572900 INCLUDING BLOCK(S)
                    1000, 1001, 1004, 1005, 1006, 1007,
                    1008, 1009, 1010, 1011, 1013, 1014,
                    1015, 1016, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2012, 2013, 2014, 2015, 2016,
                    2017, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018,
                    3019, 3020, 3021, 3022, 3023, 3024.
        ECORSE CITY
        LINCOLN PARK CITY
        RIVER ROUGE CITY
DISTRICT 015
    WAYNE COUNTY (PART)
        DEARBORN HEIGHTS CITY (PART)
            TRACT 571600 INCLUDING BLOCK(S)
                    1016, 1017, 1018, 1019, 1022, 1023,
                    1024, 1025, 1026, 1027.
            TRACT 571800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
```

```
                1012, 1013, 1014, 1015, 1016, 1017,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024, 2025, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012.
    TRACT 571900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015.
    TRACT 572000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 2016,
                2017.
    TRACT 572100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 2016,
                2017, 2018, 2019, 2020, 2021, 2022,
                2023, 2024, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 5000,
                5001, 5002, 5003, 5004, 5005, 5006,
                5007, 5008, 5009, 5010, 5011, 5012,
                5013, 5014.
    TRACT 572200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 4013,
```

```
              4014, 4015, 4016, 5000, 5001, 5002,
              5003, 5004, 5005, 5006, 5007, 5008,
              5009, 5010, 5011, 5012, 5013, 5014,
              5015, 5016, 5017, 5018, 5019, 5020,
              5021, 5022, 5023, 5024.
      TRACT 572400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015.
      TRACT 572500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019.
      TRACT 572600 INCLUDING BLOCK(S)
              4002, 4003, 4004, 4005, 4010.
      TRACT 573000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023.
      TRACT 573100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013, 2014, 2015, 2016,
              2017, 2018, 2019.
GARDEN CITY CITY
INKSTER CITY
REDFORD TOWNSHIP (PART)
      TRACT 555100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023, 2024, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 3010, 3011, 3012,
              3013, 3014, 3015, 3016, 3017, 3018,
```

```
                   3019, 3020, 3021, 3022, 3023, 3024,
                   3025, 3026, 3027, 3028, 3029, 3030,
                   3031, 3032, 3033, 3034, 3035, 3036,
                   3037, 3038, 3039, 4006, 4007, 4008,
                   4009, 4010, 4018, 4019.
          TRACT 555300 INCLUDING BLOCK(S)
                   2000, 2001, 2002, 2003, 2004, 2012,
                   2013, 2015, 2016, 2020.
          TRACT 555600 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 2000,
                   2001, 2002, 2003, 2004, 2005, 2006,
                   2007, 2008, 2009, 2010, 2011, 2012,
                   2013, 2014, 2015, 2016, 2017, 2018,
                   2019, 2020, 2021, 2022, 2023, 2024,
                   2025, 2026.
DISTRICT 016
    WAYNE COUNTY (PART)
        BROWNSTOWN TOWNSHIP
        FLAT ROCK CITY
        GIBRALTAR CITY
        GROSSE ILE TOWNSHIP
        ROCKWOOD CITY
        TRENTON CITY
        WOODHAVEN CITY
DISTRICT 017
    MONROE COUNTY (PART)
        ASH TOWNSHIP
        BERLIN TOWNSHIP
        EXETER TOWNSHIP
        FRENCHTOWN TOWNSHIP
        LONDON TOWNSHIP
        MILAN TOWNSHIP (PART)
            TRACT 830600 INCLUDING BLOCK(S)
                   2009, 2014.
        MONROE CITY
        MONROE TOWNSHIP (PART)
            TRACT 832000 INCLUDING BLOCK(S)
                   2009.
            TRACT 832300 INCLUDING BLOCK(S)
                   2011, 2012, 2019.
    WAYNE COUNTY (PART)
        HURON TOWNSHIP
        SUMPTER TOWNSHIP
DISTRICT 018
    WAYNE COUNTY (PART)
        WAYNE CITY
        WESTLAND CITY (PART)
            TRACT 565300 INCLUDING BLOCK(S)
```

```
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007.
     TRACT 565600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012.
     TRACT 565700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018.
     TRACT 565800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014.
     TRACT 565900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008.
     TRACT 567000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 3000, 3001,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016.
```

```
TRACT 567100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 2017, 2018,
        2019, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012.
TRACT 567201 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014.
TRACT 567202 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015.
TRACT 567300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 2024, 2025, 2026, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010, 3011, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        5000, 5001, 5002, 5003, 5004, 5005,
        5006, 5007, 5008.
TRACT 567400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017.
TRACT 567800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
```

```
         2010, 2011, 2012, 2013, 2014, 2015,
         2016, 2017, 2018, 2019, 2020, 2021,
         2022, 2023, 3000, 3001, 3002, 3003,
         3004, 3005, 3006, 3007, 3008, 3009,
         3010, 4000, 4001, 4002, 4003, 4004,
         4005, 4006, 4007, 4008, 4009, 4010,
         4011, 4012, 4013, 4014, 4015, 4016,
         4017.
TRACT 567900 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         2000, 2001, 2002, 2003, 2004, 2005,
         2006, 2007, 2008, 2009, 3000, 3001,
         3002, 3003, 3004, 3005, 3006, 3007,
         3008, 3009, 3010, 3011, 3012, 3013,
         3014, 3015, 3016, 3017, 3018, 3019,
         3020, 3021, 3022, 3023, 3024, 3025,
         3026, 3027, 3028, 3029, 3030, 3031.
TRACT 568000 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 2000,
         2001, 2002, 2003, 2004, 2005, 2006,
         2007, 2008, 2009, 2010, 2011, 2012,
         2013, 2014, 2015, 2016, 2017, 2018.
TRACT 568200 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 2000, 2001, 2002, 2003,
         2004, 2005, 2006, 2007, 2008, 2009,
         2010, 2011, 2012, 2013, 2014, 2015,
         2016, 2017, 2018, 2019, 2020, 2021,
         2022, 3000, 3001, 3002, 3003, 3004,
         3005, 3006, 3007, 3008, 3009, 3010,
         3011, 3012, 3013, 3014.
TRACT 568300 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 2000, 2001, 2002, 2003,
         2004, 2005, 2006, 2007, 2008, 2009,
         2010, 2011, 2012, 2013, 3000, 3001,
         3002, 3003, 3004, 3005, 3006, 3007,
         3008, 3009, 3010, 4000, 4001, 4002,
         4003, 4004, 4005, 4006, 4007, 4008,
         4009, 4010, 4011, 4012, 4013, 4014,
         4015, 4016, 4017, 4018.
TRACT 568400 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 2000, 2001, 2002, 2003, 2004,
         2005, 2006, 2007, 3000, 3001, 3002,
```

```
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 4013,
                4014, 4015, 4016, 4017, 4018.
        TRACT 568500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 3010,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 3016, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012,
                4013, 4014, 4015, 4016, 4017, 4018,
                4019, 4020, 4021, 4022.
        TRACT 568700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                2000, 2001, 2002, 2003, 2004, 2005,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009, 4010, 4011,
                4012, 4013, 4014, 4015, 4016, 4017,
                4018.
        TRACT 568800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015.
        TRACT 568900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016.
DISTRICT 019
    WAYNE COUNTY (PART)
        LIVONIA CITY (PART)
        TRACT 556100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
```

```
                   2007, 2008, 3000, 3001, 3002, 3003,
                   3004, 3005, 3006, 3007, 3008, 3009,
                   3010, 3011, 3012, 3013, 3014, 3015,
                   3016, 3017, 3018, 3019, 3020, 3021,
                   3022, 3023, 3024, 3025, 3026, 3027,
                   3028, 3029, 4000, 4001, 4002, 4003,
                   4004, 4005, 4006, 4007, 4008, 4009,
                   4010, 4011, 4012, 4013, 4014, 4015.
TRACT 556200 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 1016, 1017,
                   2000, 2001, 2002, 2003, 2004, 2005,
                   2006, 2007, 2008, 2009, 2010, 2011,
                   2012, 3000, 3001, 3002, 3003, 3004,
                   3005, 3006, 3007, 3008.
TRACT 556300 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 1016, 1017,
                   2000, 2001, 2002, 2003, 2004, 2005,
                   2006, 2007, 2008, 2009, 2010, 2011,
                   2012, 2013, 2014, 3000, 3001, 3002,
                   3003, 3004, 3005, 3006, 3007, 3008,
                   3009, 3010, 3011, 3012, 3013, 3014,
                   3015, 3016, 3017, 3018, 3019, 3020,
                   3021, 3022.
TRACT 556400 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 2000, 2001, 2002, 2003, 2004,
                   2005, 2006, 2007, 2008, 2009, 3000,
                   3001, 3002, 3003, 3004, 3005, 3006,
                   3007, 3008, 3009, 3010, 3011, 3012,
                   3013, 3014, 3015, 3016, 3017, 3018,
                   3019, 3020, 3021.
TRACT 556500 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 1008, 1009, 1010, 1011,
                   1012, 1013, 1014, 1015, 1016, 1017,
                   1018, 1019, 1020, 1021, 1022, 1023,
                   1024, 1025, 1026, 1027, 1028, 1029,
                   1030, 1031, 1032, 1033, 1034, 1035,
                   1036, 1037, 1038, 1039, 1040, 1041,
                   1042, 1043, 1044, 1045, 1046, 1047,
                   1048, 1049, 1050.
TRACT 556600 INCLUDING BLOCK(S)
                   1000, 1001, 1002, 1003, 1004, 1005,
                   1006, 1007, 2000, 2001, 2002, 2003,
```

```
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016.
TRACT 556700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011.
TRACT 556800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016.
TRACT 556900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012.
TRACT 557000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015.
TRACT 557100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011.
TRACT 557200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013.
TRACT 557300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
```

```
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 2016, 2017, 2018, 2019, 2020,
              2021, 2022, 2023, 2024, 2025, 2026,
              2027.
TRACT 557400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024.
TRACT 557500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3010, 3011, 4000, 4001, 4002, 4003,
              4004, 4005, 4006, 4007, 4008.
TRACT 557600 INCLUDING BLOCK(S)
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011.
TRACT 557900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013, 2014, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012, 3013,
              3014, 3015, 3016, 3017, 3018, 3019,
              3020, 3021, 3022, 3023, 3024, 3025,
              3026, 3027, 3028, 3029, 3030, 3031,
              3032.
TRACT 558000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 2000, 2001, 2002, 2003, 2004,
```

```
               2005, 2006, 2007, 2008, 2009, 2010,
               2011, 2012, 2013, 2014, 2015, 2016,
               2017, 2018, 3000, 3001, 3002, 3003,
               3004, 3005, 3006, 3007, 3008, 3009,
               3010, 3011, 3012, 3013, 3014, 3015,
               3016, 3017, 3018, 3019, 3020, 3021,
               3022, 4000, 4001, 4002, 4003, 4004,
               4005, 4006, 4007, 4008, 4009, 4010,
               4011, 4012, 4013, 4014, 4015, 4016,
               4017, 4018.
TRACT 558100 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 1022, 2000,
               2001, 2002, 2003, 2004, 2005, 2006,
               2007, 2008, 2009, 2010, 2011, 2012,
               2013, 2014, 2015, 2016, 3000, 3001,
               3002, 3003, 3004, 3005, 3006, 3007,
               3008, 3009, 3010, 3011, 3012, 3013,
               3014, 3015.
TRACT 558200 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 2000, 2001,
               2002, 2003, 2004, 2005, 2006, 2007,
               2008, 2009, 2010, 2011, 2012, 2013,
               2014, 2015, 2016, 3000, 3001, 3002,
               3003, 3004, 3005, 3006, 3007, 3008,
               3009, 3010, 3011, 3012, 3013, 3014,
               3015, 4000, 4001, 4002, 4003, 4004,
               4005, 4006, 4007, 4008, 4009, 4010,
               4011, 4012, 4013, 4014, 4015, 4016,
               4017, 4018, 4019, 4020, 4021, 4022,
               4023.
TRACT 558300 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 1022, 1023,
               1024, 1025, 1026, 1027, 1028, 1029,
               1030, 1031, 1032, 1033, 1034, 1035,
               1036, 1037, 1038, 1039, 1040, 1041,
               1042, 1043, 1044, 1045, 1046, 1047,
               1048, 1049, 1050, 1051, 1052, 1053,
               1054, 1055, 1056, 1057, 1058, 1059,
               1060, 1061, 1062, 1063, 1064, 1065,
               1066, 1067, 1068, 1069, 1070, 1071,
               1072, 2000, 2001, 2002, 2003, 2004,
```

```
             2005, 2016, 2017, 2018, 2019, 2020,
             2021, 2022, 2023, 2024, 2025, 2026,
             2027, 2028, 2029, 2030, 2031, 2036,
             2037, 2038, 2039, 2040, 2041, 2042,
             2043, 2044, 2045, 2046, 2047, 2048,
             2049, 2050, 2060, 2061, 2062, 2063,
             2064.
    TRACT 558500 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 2000, 2001,
             2002, 2003, 2004, 2005, 2006, 2007,
             2008, 2009, 3000, 3001, 3002, 3003,
             3004, 3005, 3006, 3007, 3008, 3009,
             3010, 3011, 3012, 3013, 3014, 3015,
             3016, 3017, 4000, 4001, 4002, 4003,
             4004, 4005, 4006, 4007, 4008.
    TRACT 558600 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 2000, 2001, 2002, 2003, 2004,
             2005, 2006, 2007, 2008, 2009, 2010,
             2011, 2012.
    TRACT 558700 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 2000, 2001, 2002, 2003, 2004,
             2005, 2006, 2007, 2008, 2009, 3000,
             3001, 3002, 3003, 3004, 3005, 3006,
             3007, 3008, 3009, 3010, 3011, 3012,
             3013, 3014, 3015.
    TRACT 558800 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 2007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 1016, 1017,
             2000, 2001, 2002, 2003, 2004, 2005,
             2006, 2007, 2008, 2009, 2010, 2011,
             2012, 2013, 2014, 2015, 2016, 2017,
             2018, 2019, 2020.
    TRACT 558900 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 1011,
             1012, 1013, 1014, 1015, 1016, 1017,
             1018, 2000, 2001, 2002, 2003, 2004,
             2005, 2006, 2007, 2008, 2009, 2010,
             2011, 2012, 2013, 2014, 2015, 2016,
             2017, 2018, 2019, 2020.
    TRACT 559000 INCLUDING BLOCK(S)
             1000, 1001, 1002, 1003, 1004, 1005,
             1006, 1007, 1008, 1009, 1010, 2000,
```

```
                    2001, 2002, 2003, 2004, 2005, 2006,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 3019.
          TRACT 559100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016.
          TRACT 559200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015.
DISTRICT 020
    WAYNE COUNTY (PART)
       LIVONIA CITY (PART)
          TRACT 557600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021.
          TRACT 557700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 4000, 4001, 4002, 4003,
                    4004, 4005, 4006, 4007, 4008, 4009,
                    4010, 4011, 4012, 4013, 4014, 4015.
          TRACT 558300 INCLUDING BLOCK(S)
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2032, 2033,
                    2034, 2035, 2051, 2052, 2053, 2054,
                    2055, 2056, 2057, 2058, 2059.
          TRACT 558400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
```

```
                1012, 1013, 1014, 1015, 1016, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 3016, 3017,
                3018, 3019, 3020, 3021, 3022, 3023,
                3024, 3025, 3026, 3027.
        NORTHVILLE CITY
        NORTHVILLE TOWNSHIP
        PLYMOUTH CITY
        PLYMOUTH TOWNSHIP
        WESTLAND CITY (PART)
            TRACT 565100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 2018, 2019,
                2020, 2021, 2022, 2023, 2024, 2025,
                2026, 2027, 2028, 2029, 2030.
            TRACT 565200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 2018, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                3013, 3014, 3015, 3016, 3017, 3018.
DISTRICT 021
    WAYNE COUNTY (PART)
        CANTON TOWNSHIP
DISTRICT 022
    WAYNE COUNTY (PART)
        BELLEVILLE CITY
        ROMULUS CITY
        TAYLOR CITY (PART)
            TRACT 583000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
```

```
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 3016, 3017.
      TRACT 583100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012,
                4013, 4014, 4015, 4016, 5000, 5001,
                5002, 5003, 5004, 5005, 5006, 5007,
                5008, 5009, 5010, 5011, 5012, 5013,
                5014, 5015, 5016.
      TRACT 583200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021.
      TRACT 583300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2017, 2018,
                2019, 2020.
      TRACT 583400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 2000, 2001, 2002, 2003,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009, 4010, 4011,
                4012, 4013, 4014, 4015, 4022, 5000,
                5001, 5002, 5003, 5004, 5005, 5006,
                5007, 5008, 5009, 5010, 5011, 5016,
                5017.
      TRACT 583700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
```

```
            2008, 2009, 2010, 2011, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 4000, 4001,
            4002, 4003, 4004, 4005, 4006, 4007,
            4008, 4009, 4010, 4011, 4012.
TRACT 583800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 3014, 3015, 3016,
            3017, 3018, 3019, 3020.
TRACT 584300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015.
TRACT 584400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023,
            2024, 2025, 2026, 2027, 2028, 2029,
            2030.
TRACT 584700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 2000, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016.
TRACT 584800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
```

```
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018,
                    3019, 4000, 4001, 4002, 4003, 4004,
                    4005, 4006, 4007, 4008, 4009, 4010,
                    4011, 4012.
           VAN BUREN TOWNSHIP
DISTRICT 023
     MACOMB COUNTY (PART)
          CENTER LINE CITY
          STERLING HEIGHTS CITY (PART)
               TRACT 230200 INCLUDING BLOCK(S)
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 3019, 3020, 3021, 3022, 3023,
                    3024, 4008, 4013, 4014, 4016, 4017,
                    4023, 4024, 4025, 4026, 4027, 4028,
                    4029, 4030, 4031, 4032, 4033, 4034.
               TRACT 230900 INCLUDING BLOCK(S)
                    1000, 3002, 3004, 3006, 3007, 3016,
                    3019, 3020, 3021, 3022, 3023, 3024,
                    3025, 3026, 3027, 3028, 3029, 4000,
                    4001, 4002, 4003, 4004, 4005, 4006,
                    4007, 4008, 5006, 5007, 5008, 5009,
                    5010, 5011, 5012, 5013, 5014, 5015,
                    5016, 5017
               TRACT 231000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 3015, 3016,
                    3017, 3018, 3019, 3020, 3021, 3022,
                    3023, 3024.
               TRACT 231100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
```

```
                2017, 2018, 2019, 2020, 2021, 2022,
                2023, 2024, 2025, 2026, 2027, 2028,
                2029, 2030, 2031, 2032, 2033.
       TRACT 231200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 3015, 3016,
                3017, 3018, 3019, 3020, 3021, 3022,
                3023, 3024.
       TRACT 231800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012.
       TRACT 231900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021,
                3022, 3023, 3024, 3025, 3026, 3027,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008.
       TRACT 232000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012.
       TRACT 232100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
```

```
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2021, 2022,
            2023, 2024, 2025, 2026, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013.
    TRACT 232200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 4000,
            4001, 4002, 4003, 4004, 4005, 4006,
            4007, 4008, 4009, 4010, 5000, 5001,
            5002, 5003, 5004, 5005.
    TRACT 232500 INCLUDING BLOCK(S)
            1025, 1026, 1027, 1028, 1029, 1030,
            1031, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2021, 2022.
    TRACT 233000 INCLUDING BLOCK(S)
            1020, 1021, 1022, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 2020,
            2021, 2022, 2023, 2024, 2025, 2026,
            2027, 2028, 2029, 2030, 2031, 2032,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 3017,
            3018.
    TRACT 982000 INCLUDING BLOCK(S)
            1046, 1047, 1048.
WARREN CITY (PART)
    TRACT 260200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 3000, 3001, 3002, 3003,
            3004, 3005, 3006.
    TRACT 260300 INCLUDING BLOCK(S)
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 3000, 3001,
            3002.
```

```
TRACT 260400 INCLUDING BLOCK(S)
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023,
        2024, 2025, 2026, 2027, 2028, 2029,
        2030, 2031, 2032, 2033, 2034, 2035,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 4000, 4001, 4002,
        4003, 4004, 4005, 4006, 4007, 4008,
        4009, 5000, 5001, 5002, 5003, 5004,
        5005, 5006, 5007, 5008, 5009, 5010,
        5011, 5012, 5013, 5014, 5015.
TRACT 261100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014, 3015, 3016,
        3017, 3018, 3019, 3020, 3021, 3022,
        3023, 3024, 3025, 3026, 3027, 3028,
        3029, 3030, 3031, 3032, 3033, 3034,
        3035, 3036, 3037, 3038, 3039, 3040,
        3041, 3042, 3043, 3044, 3045, 3046,
        3047, 3048, 3049, 3050, 3051, 3052,
        3053, 3054, 3055, 3056, 3057, 3058,
        3059, 3060.
TRACT 261800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023.
TRACT 262000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010, 3011, 3012,
        3013, 3014, 3015, 3016, 3017, 3018.
TRACT 262100 INCLUDING BLOCK(S)
        1042, 1043, 1044, 1045, 1074.
```

```
TRACT 262500 INCLUDING BLOCK(S)
     2000, 2001, 2002, 2003, 2004, 2005,
     2006, 2007, 2008, 2009, 2010, 2011,
     2012, 2013, 3034, 4000, 4001, 7000,
     7001, 7002, 7003, 7004, 7005, 7006,
     7007, 7008, 7009, 7010, 7011, 7012,
     7013, 7014, 7015, 7016, 7017, 7018,
     7019, 7020, 7021, 7022, 7023, 7024.
TRACT 262600 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1010, 1011, 2000,
     2001, 2002, 2003, 2004, 2005, 2006,
     2007, 2008, 2009, 2010, 2011.
TRACT 262700 INCLUDING BLOCK(S)
     3001, 4007.
TRACT 263200 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 2000, 2001, 2002,
     2003, 2004, 2005, 2006, 2007, 2008,
     2009, 2010, 2011, 3000, 3001, 3002,
     3003, 3004, 3005, 3006, 3007, 3008,
     3009, 3010, 3011, 3012, 3013, 3014,
     3015, 4000, 4001, 4002, 4003, 4004,
     4005, 4006, 4007, 4008, 4009, 4010,
     4011, 4012, 4013, 4014, 4015.
TRACT 263800 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     2000, 2001, 2002, 2003, 2004, 2005,
     2006, 2007, 2008, 2009, 2010, 2011,
     2012, 2013, 2014, 2015, 2016, 2017,
     2018, 2019, 2020, 2021, 2022, 2023,
     2024, 2025, 2026, 2027, 2028, 2029,
     2030, 2031, 2032, 2033, 2034, 2035,
     2036, 3000, 3001, 3002, 3003, 3004,
     3005, 3006, 3007, 3008, 3009, 3010,
     3011, 3012, 3013, 3014.
TRACT 263900 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 1020, 1021, 1022, 1023,
     1024, 2000, 2001, 2002, 2003, 2004,
     2005, 2006, 2007, 2008, 2009, 2010,
     2011, 2012, 2013, 2014, 2015, 2016.
TRACT 264000 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
```

```
                        1006, 1007, 2000, 2001, 2002, 2003,
                        2004, 2005, 2006, 2007, 2008, 2009,
                        2010, 2011, 2012, 2013, 2014, 2015,
                        2016, 2017, 2018, 2019, 2020, 2021,
                        2022, 2023, 2024.
          TRACT 268400 INCLUDING BLOCK(S)
                        2003, 2004, 2005, 2010, 2011, 2014,
                        3006, 3007, 3013.
          TRACT 982200 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 1023,
                        1024.
DISTRICT 024
    MACOMB COUNTY (PART)
        CHESTERFIELD TOWNSHIP (PART)
          TRACT 221100 INCLUDING BLOCK(S)
                        1011, 1012, 1013, 1014, 1015, 1016,
                        1017, 1020, 1021, 1022, 1023, 1024,
                        1025, 1028, 1029, 1030, 2040.
          TRACT 268200 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 1023,
                        1024, 1025, 1026, 1027, 1028, 1029,
                        1030, 1031, 1032, 1033, 1034, 1035,
                        1036, 1037, 1038, 1039, 1040, 1041,
                        1042, 2000, 2001, 2002, 2003, 2004,
                        2005, 2006, 2007, 2008, 2009, 2010,
                        2011, 2012, 2013, 2014, 3000, 3001,
                        3005, 3006, 3007, 3008, 3009, 3010,
                        3011, 3012.
          TRACT 982100 INCLUDING BLOCK(S)
                        1016, 1017, 1018, 1019, 1020, 1021,
                        1022.
        HARRISON TOWNSHIP
        ST. CLAIR SHORES CITY
        VILLAGE OF GROSSE POINTE SHORES, A MICHIGAN CITY CITY
DISTRICT 025
    MACOMB COUNTY (PART)
        STERLING HEIGHTS CITY (PART)
          TRACT 230500 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 1023,
                        1024, 1025, 1026, 1027, 1028, 1029,
```

```
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          2013, 2015, 2016, 2017, 2018, 2019,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 4000, 4001, 4002, 4003,
          4004, 4005, 4006, 4007, 4008, 4009,
          4010, 4011, 4012, 4013, 4014, 4015,
          4016, 4017, 4018, 4019, 4020, 4021,
          4022, 4023.
TRACT 230601 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 1046, 1047,
          1048, 1049, 1050, 1051, 1052, 1053,
          1054, 1055, 1056, 1057, 1058, 1059,
          1060, 1061, 1062, 1063, 1064, 1065.
TRACT 230602 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 1046, 1047,
          1048, 1049, 1050, 1051, 1052, 1053,
          1054, 1055, 1056, 1057, 1058.
TRACT 230700 INCLUDING BLOCK(S)
          1028, 1029, 1030.
TRACT 230800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3017, 3018, 3019, 3020.
TRACT 230900 INCLUDING BLOCK(S)
          1001, 1002, 1003, 1004, 1005, 1006,
```

```
                1007, 1008, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021,
                2022, 2023, 2024, 2025, 2026, 2027,
                2028, 2029, 2030, 2031, 3000, 3001,
                3003, 3005, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 3017, 3018,
                3030, 5000, 5001, 5002, 5003, 5004,
                5005.
     TRACT 231400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016, 2017, 2018,
                2019, 2020, 2021, 2022, 2023, 2024,
                2025, 2026, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019.
     TRACT 231500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 3015, 3016,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009, 4010, 4011,
                4012, 4013.
     TRACT 231600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010.
     TRACT 231700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 2000,
```

```
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011.
        TRACT 232300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 2020, 2021, 2022, 2023,
                    2024, 2025, 2026, 2027, 3000.
        TRACT 232400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 4000,
                    4001, 4002, 4003, 4004, 4005, 4006,
                    4007, 4008, 4009, 4010, 4011, 4012.
        TRACT 982000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1049, 1050,
                    1051, 1052, 1053, 1054, 1055, 1056,
                    1057.
WARREN CITY (PART)
        TRACT 260400 INCLUDING BLOCK(S)
                    1000, 1001, 1002.
        TRACT 260600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 3015, 3016,
                    3017.
        TRACT 260700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
```

```
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014.
      TRACT 260800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008.
      TRACT 260900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 5000, 5001, 5002, 5003, 5004,
                    5005, 5006, 5007, 5008, 5009.
      TRACT 261000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007.
      TRACT 262100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1046, 1047, 1048, 1049, 1050, 1051,
                    1052, 1053, 1054, 1055, 1056, 1057,
                    1058, 1059, 1060, 1061, 1062, 1063,
                    1064, 1065, 1066, 1067, 1068, 1069,
                    1070, 1071, 1072, 1073.
      TRACT 262200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
```

```
            1012, 1013, 1014, 1015, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016, 2017, 2018, 2019,
            2020, 2021, 2022, 2023, 2024, 2025,
            2026, 2027, 2028, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 4009, 4010,
            4011, 4012.
TRACT 262300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018, 3019, 3020,
            3021, 3022, 3023, 3025, 3026, 3027.
TRACT 262400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012.
TRACT 262500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014, 3015,
            3016, 3017, 3018, 3019, 3020, 3021,
            3022, 3023, 3024, 3025, 3026, 3027,
            3028, 3029, 3030, 3031, 3032, 3033,
            3035, 3036, 4002, 4003, 4004, 4005,
            4006, 4007, 4008, 4009, 4010, 4011,
            4012, 4013, 4014, 4015, 4016, 4017,
            4018, 4019, 4020, 4021, 5000, 5001,
            5002, 5003, 5004, 5005, 5006, 5007,
            5008, 5009, 5010, 5011, 5012, 5013,
            6000, 6001, 6002, 6003, 6004, 6005,
            6006, 6007, 6008, 6009, 6010, 6011,
            6012, 6013.
TRACT 982300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
```

```
                        1024, 1025, 1026, 1027, 1028, 1029,
                        1030, 1031, 1032, 1033, 1034, 1035,
                        1036, 1037, 1038, 1039, 1040, 1041,
                        1042, 1043, 1044, 1045, 1046, 1047,
                        1048, 1049, 1050, 1051, 1052, 1053,
                        1054, 1055, 1056, 1057, 1058, 1059,
                        1060, 1061, 1062, 1063, 1064, 1065,
                        1066, 1067, 1068, 1069, 1070, 1071,
                        1072, 1073.
DISTRICT 026
     OAKLAND COUNTY (PART)
          MADISON HEIGHTS CITY
          PLEASANT RIDGE CITY
          ROYAL OAK CITY
DISTRICT 027
     OAKLAND COUNTY (PART)
          BERKLEY CITY
          FERNDALE CITY
          HAZEL PARK CITY
          HUNTINGTON WOODS CITY
          OAK PARK CITY
          ROYAL OAK TOWNSHIP
DISTRICT 028
     MACOMB COUNTY (PART)
          SHELBY TOWNSHIP
          STERLING HEIGHTS CITY (PART)
               TRACT 230400 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 1021, 1022, 1023,
                        1024, 1025, 1026, 1027, 1028, 1029,
                        1030, 2000, 2001, 2002, 2003, 2004,
                        2005, 2006, 2007, 2008, 2009, 2010,
                        2011, 3000, 3001, 3002, 3003, 3004,
                        3005, 3006, 3007, 3008, 3009, 3010,
                        3011, 3012, 3013, 3014, 3015, 3016.
               TRACT 230500 INCLUDING BLOCK(S)
                        2000, 2001, 2014.
               TRACT 230601 INCLUDING BLOCK(S)
                        2000, 2001, 2002, 2003, 2004, 2005,
                        2006, 2007, 2008, 2009, 2010, 2011,
                        2012, 2013, 2014, 2015, 2016, 2017,
                        2018, 2019, 2020, 2021, 2022, 2023,
                        2024, 2025.
               TRACT 230602 INCLUDING BLOCK(S)
                        2000, 2001, 2002, 2003, 2004, 2005,
                        2006, 2007, 2008, 2009, 2010, 2011,
                        2012, 2013, 2014, 2015, 2016, 2017,
```

```
          2018.
    TRACT 230700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1031, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009.
    UTICA CITY
DISTRICT 029
    OAKLAND COUNTY (PART)
       AUBURN HILLS CITY
       BLOOMFIELD TOWNSHIP (PART)
       TRACT 150000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          2013, 2014, 2015, 2016, 2017, 2018,
          2019, 2020, 2021, 2022, 2023, 2024,
          2025, 2026, 2027, 2028, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 3010, 3011, 3012, 4000,
          4001, 4002, 4003, 4004, 4005, 4006,
          4007, 4008, 4009, 4010, 4011, 4012,
          4013, 4014, 4015, 5000, 5001, 5002,
          5003, 5004, 5005, 5006, 5007, 5008,
          5009, 5010, 5011, 5012, 5013, 5014,
          5015, 5016, 5017, 5018, 5019, 5020,
          5021, 5022, 5023, 5024.
       TRACT 150400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024, 2025, 2026, 2027.
    TRACT 150500 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
```

```
                    1024, 1025, 1026, 1027, 1028, 1029,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014.
          BLOOMFIELD HILLS CITY
          PONTIAC CITY
DISTRICT 030
     MACOMB COUNTY (PART)
          ROSEVILLE CITY
          WARREN CITY (PART)
             TRACT 260000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007.
             TRACT 260100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011.
             TRACT 260200 INCLUDING BLOCK(S)
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011.
             TRACT 260300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    3003, 3004, 3005, 3006.
             TRACT 261200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014.
             TRACT 261300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011.
             TRACT 261400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
```

```
                  3015, 3016.
        TRACT 261500 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 2000,
                  2001, 2002, 2003, 2004, 2005, 2006,
                  2007, 2008, 2009, 2010, 2011, 2012,
                  2013, 2014, 2015, 2016, 2017, 2018,
                  2019, 2020, 2021, 2022, 2023, 2024,
                  2025, 2026, 2027, 2028, 2029, 2030,
                  2031.
        TRACT 261600 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 2000, 2001, 2002,
                  2003, 2004, 2005, 2006, 2007, 2008,
                  2009, 2010, 2011, 2012, 2013, 2014,
                  2015, 2016, 2017, 2018, 2019.
        TRACT 261700 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 2000,
                  2001, 2002, 2003, 2004, 2005, 2006,
                  2007, 2008, 2009, 2010, 2011, 2012.
        TRACT 261800 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 2000, 2001,
                  2002, 2003, 2004, 2005, 2006, 2007,
                  2008, 2009, 2010, 2011, 2012, 2013,
                  2014, 2015, 2016, 2017, 2018, 2019,
                  2020.
        TRACT 262600 INCLUDING BLOCK(S)
                  1009.
        TRACT 262700 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 2007, 2008, 2009, 2010,
                  3000, 3002, 3003, 3004, 3005, 3006,
                  3007, 3008, 3009, 3010, 3011, 3012,
                  3013, 4000, 4001, 4002, 4003, 4004,
                  4005, 4006, 4008, 4009, 4010, 4011,
                  4012.
        TRACT 262800 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 2000, 2001,
```

```
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021.
        TRACT 263900 INCLUDING BLOCK(S)
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018.
        TRACT 267600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006.
        TRACT 268300 INCLUDING BLOCK(S)
                    1000, 1001.
        TRACT 268400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1015, 1016, 1024, 1025,
                    1026, 1027, 1028, 1029, 1030, 1031,
                    2000, 2001, 2002, 2006, 2007, 2008,
                    2009, 2012, 2013, 3000, 3001, 3002,
                    3003, 3004, 3005, 3008, 3009, 3010,
                    3011, 3012, 4000, 4001, 4002, 4003,
                    4004, 4005, 4006, 4007, 4008, 4009,
                    4010, 4011, 4012, 4013, 4014.
DISTRICT 031
    MACOMB COUNTY (PART)
        CLINTON TOWNSHIP (PART)
        TRACT 240000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 2025, 2026, 2027, 2028,
                    2029, 2030, 2031, 2032, 2033, 2034,
                    2035, 2036, 2037, 2038, 2039, 2040,
                    2041, 2042, 2043.
        TRACT 241000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
```

```
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2021, 2022,
            2023, 2026, 2027, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018, 3019, 3020,
            3021, 3022, 3023, 3024, 3025, 3026,
            3027, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 4009, 4010,
            4011, 4012, 4014, 4015, 4017.
TRACT 241600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015.
TRACT 241700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016, 2017, 2018, 2019,
            2020, 2021, 2022, 2023, 2024, 2025,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 3017,
            3018, 3019, 3020, 3021, 3022, 3023,
            3024, 3025, 3026, 3027, 3028.
TRACT 241800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 1046, 1047,
            1048, 1049, 1050, 1051, 1052, 1053,
            1054, 1055, 1056, 1057, 1058, 1059,
            1060, 1061, 1062, 1063, 1064, 1065,
            1066, 1067, 1068, 1069, 1070, 1071,
            1072, 1073, 1074, 1075, 1076, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 2018,
            2019, 2020, 2021, 2022, 2023, 2024,
```

```
                    2025, 2026, 2027, 2028, 2029, 2030,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 3019, 3020.
         TRACT 241900 INCLUDING BLOCK(S)
                    1024, 3010, 3011.
         TRACT 242100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012.
         TRACT 243500 INCLUDING BLOCK(S)
                    1000, 1026.
FRASER CITY
MACOMB TOWNSHIP (PART)
         TRACT 223400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    2007, 2008, 2009, 2010, 2012, 2013,
                    2015, 2016, 2017, 2018, 2019, 2038,
                    2063, 2064, 2065, 2066, 2067, 2068,
                    2069, 2070, 2071, 2072, 2073, 2074,
                    2075, 2076, 2077, 2078, 2079, 2080,
                    2081, 2089, 2090, 2091, 2092, 2093,
                    2094, 2095, 2096, 2097, 2098, 2099,
                    2100, 2101, 2102, 2103, 2104, 2105,
                    2106, 2107, 2108, 2109, 2110, 2111,
                    2112, 2113, 2114, 2115, 2116, 2117,
                    2118, 2119, 2120, 2121, 2122, 2123,
                    2124, 2125, 2126, 2127, 2128, 2129,
                    2130, 2131, 2135, 2136, 2148, 2149.
         TRACT 224100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 1051, 1052, 1053,
                    1054, 1055, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 2024, 2025, 2026, 2027,
```

```
                  2028, 2029, 2030, 2031, 2032, 2033,
                  2034, 2035, 2036, 2037, 2038, 2039,
                  2040, 2041, 2042, 2043.
TRACT 224200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  1042, 1043, 1044, 1045, 2000, 2001,
                  2002, 2003, 2004, 2005, 2006, 2007,
                  2008, 2009, 2010, 2011, 2012, 2013,
                  2014, 2015, 2016, 2017, 2018, 2019,
                  2020, 2021, 2022, 2023, 2024, 2025,
                  2026, 2027, 2028, 2029, 2030, 2031,
                  2032, 2033, 2034, 2035, 2036, 2037,
                  2038, 2039, 2040, 2041, 3000, 3001,
                  3002, 3003, 3004, 3005, 3006, 3007,
                  3008, 3009, 3010, 3011, 3012, 3013,
                  3014, 3015, 3016, 3017, 3018, 3019,
                  3020, 3021, 3022, 3023, 3024, 3025,
                  3026.
TRACT 224300 INCLUDING BLOCK(S)
                  1000, 1024, 2016, 2017, 2018, 2020,
                  2021.
TRACT 224400 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 2007, 2008, 2009, 2010,
                  2011, 3000, 3001, 3002, 3003, 3004,
                  3005, 3006, 3007, 3008, 3009, 3010,
                  3011, 3012, 3013, 3014, 3015, 3016,
                  3017, 3018, 3019.
TRACT 224500 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 2000,
                  2001, 2002, 2003, 2004, 2005, 2006,
                  2007, 2008, 2009, 2010, 2011, 2012,
                  2013, 2014, 2015, 2016, 2017, 2018,
                  2019, 2020, 2021, 2022, 2023, 2024,
                  2025, 2026, 2027, 2028, 2029, 2030,
```

```
                    2031, 2032, 2033, 2034, 2035, 2036,
                    2037, 2038, 2039, 2040, 2041, 2042.
         TRACT 224600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3018, 3019, 3020.
         MT. CLEMENS CITY
   DISTRICT 032
      MACOMB COUNTY (PART)
         CHESTERFIELD TOWNSHIP (PART)
            TRACT 221100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1018,
                    1019, 1026, 1027, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018, 2019, 2020,
                    2021, 2022, 2023, 2024, 2025, 2026,
                    2027, 2028, 2029, 2030, 2031, 2032,
                    2033, 2034, 2035, 2036, 2037, 2038,
                    2039, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 3015, 3016,
                    3017, 3018, 3019, 3020, 3021, 3022,
                    3023, 3024, 3025, 3026.
            TRACT 221200 INCLUDING BLOCK(S)
                    2000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 2023, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014, 3015, 3016, 3017, 3018, 3019,
                    3020, 3021, 3022, 3023, 3024, 4000,
                    4001, 4002, 4003, 4004, 4005, 4006,
                    4007, 4008, 4009, 4010, 4011, 4012,
```

```
          4013, 4014, 4015.
TRACT 221500 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042.
TRACT 221800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 2016, 2017, 2018, 2019, 2020,
          2021, 2022, 2023, 2024, 2025, 2026,
          2027, 2028, 2029, 2030, 2031, 2032,
          2033, 2034, 2035, 2036, 2037, 2038,
          2039, 2040, 2041, 2042, 2043, 2044,
          2045, 2046, 2047, 2048, 2049, 2050,
          2051, 2052, 2053, 2054, 2055, 2056,
          2057, 2058, 2059, 2060.
TRACT 222101 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          2022, 2023, 2024, 2025, 2026, 2027,
          2028, 2029, 2030, 2031, 2032, 2033,
          2034, 2035, 2036, 2037, 2038.
TRACT 222102 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 1046, 1047,
```

```
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 3015, 3016,
                3017, 3018, 3019.
        TRACT 222500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021,
                2022, 2023, 2024, 2025, 2026.
        TRACT 222800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021.
        TRACT 268200 INCLUDING BLOCK(S)
                3002, 3003, 3004.
    MEMPHIS CITY
    NEW BALTIMORE CITY
    RICHMOND CITY
    RICHMOND TOWNSHIP
ST. CLAIR COUNTY (PART)
    CASCO TOWNSHIP
    COLUMBUS TOWNSHIP
    IRA TOWNSHIP
    KENOCKEE TOWNSHIP
    KIMBALL TOWNSHIP
    MEMPHIS CITY
    RICHMOND CITY
    RILEY TOWNSHIP
    WALES TOWNSHIP
DISTRICT 033
    MACOMB COUNTY (PART)
        CLINTON TOWNSHIP (PART)
            TRACT 240300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013.
```

```
TRACT 240400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        4007, 4008, 4009, 4010, 4011, 4012,
        4013, 4014, 4015.
TRACT 240500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022,
        2023, 2024, 2025, 2026.
TRACT 240600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023,
        2024, 2025, 2026, 2027, 2028, 2029,
        2030, 2031, 2032, 2033, 2034, 2035,
        2036, 2037, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 4008, 4009, 4010,
        4011, 4012, 4013, 4014, 4015, 4016,
        4017, 4018, 4019, 4020.
TRACT 240700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014, 3015, 3016,
        3017, 3018, 3019, 3020, 3021, 3022,
```

```
                3023, 3024, 3025, 3026, 3027, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012,
                4013, 4014.
     TRACT 240800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 3015, 3016,
                3017, 3018, 3019, 3020, 3021, 3022,
                3023, 3024, 3025, 3026, 3027, 3028.
     TRACT 240900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021,
                2022, 2023, 2024, 2025.
     TRACT 241000 INCLUDING BLOCK(S)
                2024, 2025, 4013, 4016.
     TRACT 241200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 5000,
                5001, 5002, 5003, 5004, 5005, 5006,
                5007, 5008.
     TRACT 241300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037.
     TRACT 241400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
```

```
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023,
            2024, 2025, 2026, 2027, 2028, 2029,
            2030, 2031, 2032.
TRACT 241500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 1046, 1047,
            1048, 1049, 1050, 1051, 1052.
TRACT 241900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1025, 1026, 1027, 1028, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016, 2017, 2018, 2019,
            2020, 2021, 2022, 2023, 2024, 2025,
            2026, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3012,
            3013, 3014, 3015, 3016, 3017, 3018,
            3019, 3020, 3021.
TRACT 242000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 2018,
            2019, 2020, 2021, 2022, 2023, 2024,
            2025, 2026, 2027, 2028, 2029, 2030,
            2031, 2032, 2033, 2034, 2035, 2036,
            2037, 2038.
TRACT 242500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
```

```
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 1046, 1047,
          1048, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          2011, 2012, 2013, 2014, 2015, 2016,
          2017, 2018, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 3012, 3013, 3014, 3015,
          3016, 3017, 3018, 3019, 3020.
  TRACT 243000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 2016, 2017, 2018, 2019, 2020.
  TRACT 243500 INCLUDING BLOCK(S)
          1001, 1002, 1003, 1004, 1005, 1006,
          1007, 1008, 1009, 1010, 1011, 1012,
          1013, 1014, 1015, 1016, 1017, 1018,
          1019, 1020, 1021, 1022, 1023, 1024,
          1025, 1027, 1028, 1029, 1030, 1031,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024, 2025, 2026.
  TRACT 244000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025.
STERLING HEIGHTS CITY (PART)
  TRACT 230000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          2011, 2012, 2013, 2014, 2015, 2016,
          2017, 2018, 2019, 2020, 2021, 2022,
          2023, 2024, 2025, 2026, 2027, 2028,
          2029, 2030, 2031, 2032, 2033.
```

```
    TRACT 230200 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 2000,
         2001, 2002, 2003, 2004, 2005, 2006,
         2007, 2008, 2009, 2010, 2011, 2012,
         2013, 2014, 4000, 4001, 4002, 4003,
         4004, 4005, 4006, 4007, 4009, 4010,
         4011, 4012, 4015, 4018, 4019, 4020,
         4021, 4022.
    TRACT 230300 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 1014, 1015, 1016, 1017,
         1018, 1019, 1020, 1021, 1022, 1023,
         1024, 1025, 1026, 1027, 1028, 1029,
         1030, 1031, 1032, 1033, 1034, 1035,
         2000, 2001, 2002, 2003, 2004, 2005,
         2006, 2007, 2008, 2009, 2010, 2011,
         2012, 2013, 3000, 3001, 3002, 3003,
         3004, 3005, 3006, 3007, 3008, 3009,
         3010, 3011, 3012, 3013, 3014, 3015.
    TRACT 232500 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 1014, 1015, 1016, 1017,
         1018, 1019, 1020, 1021, 1022, 1023,
         1024.
    TRACT 233000 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 1014, 1015, 1016, 1017,
         1018, 1019, 1023.
DISTRICT 034
   GENESEE COUNTY (PART)
      FLINT CITY (PART)
         TRACT 000100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 3000, 3001, 3002, 3003,
              3004, 3005, 3006.
         TRACT 000200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 3000, 3001, 3002, 3003, 3004,
```

```
                    3005, 3006, 3007, 3008, 3009, 3010,
                    4000, 4001, 4002, 4003, 4004, 4005,
                    4006, 4007, 4008, 4009, 4010, 4011,
                    4012, 4013, 4014, 4015, 4016, 4017,
                    4018, 4019.
        TRACT 000300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008.
        TRACT 000400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014, 3015, 3016, 3017, 3018, 3019,
                    3020, 3021, 3022, 3023, 3024, 3025.
        TRACT 000500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018.
        TRACT 000600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 4009, 4010.
        TRACT 000700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 4000, 4001, 4002, 4003,
                    4004, 4005, 4006, 4007, 4008, 4009,
                    4010, 4011, 4012, 4013, 4014, 4015,
```

```
               4016, 4017, 4018, 4019, 5000, 5001,
               5002, 5003, 5004, 5005, 5006, 5007,
               5008, 5009.
     TRACT 000800 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 1022, 1023,
               1024, 1025, 1026, 2000, 2001, 2002,
               2003, 2004, 2005, 2006, 2007, 2008,
               2009, 2010, 2011, 2012, 2013, 2014,
               2015, 2016, 2017, 2018, 2019, 2020,
               2021, 2022, 2023, 2024, 2025, 2026.
     TRACT 000900 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 2000, 2001, 2002, 2003,
               2004, 2005, 2006, 2007, 2008, 2009,
               2010, 2011, 2012, 2013, 2014, 2015,
               3000, 3001, 3002, 3003, 3004, 3005,
               3006, 3007, 3008, 3009, 3010, 3011,
               3012, 3013, 3014, 3015, 3016, 3017,
               3018, 3019, 3020, 3021, 3022, 3023,
               3024, 3025, 3026, 3027, 3028, 3029,
               3030, 3031, 4000, 4001, 4002, 4003,
               4004, 4005, 4006, 4007, 4008, 4009,
               4010, 4011, 4012, 4013, 5000, 5001,
               5002, 5003, 5004, 5005, 5006, 5007,
               5008, 5009, 5010, 5011, 5012, 5013,
               5014, 5015, 5016, 5017, 5018, 5019.
     TRACT 001000 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 2000, 2001, 2002,
               2003, 2004, 2005, 2006, 2007, 2008,
               2009, 2010, 2011, 2012, 2013, 2014,
               2015, 2016, 3000, 3001, 3002, 3003,
               3004, 3005, 3006, 3007, 3008, 3009,
               3010, 3011, 4000, 4001, 4002, 4003,
               4004, 4005, 4006, 4007, 4008, 4009,
               4010, 4011, 4012, 4013, 4014, 4015,
               4016, 4017, 4018, 4019, 4020.
     TRACT 001100 INCLUDING BLOCK(S)
               1000, 1001, 1002, 1003, 1004, 1005,
               1006, 1007, 1008, 1009, 1010, 1011,
               1012, 1013, 1014, 1015, 1016, 1017,
               1018, 1019, 1020, 1021, 2000, 2001,
               2002, 2003, 2004, 2005, 2006, 2007,
               2008, 3000, 3001, 3002, 3003, 3004,
```

```
          3005, 3006, 3007, 3008, 3009, 3010,
          3011, 3012, 3013, 3014, 3015, 3016,
          3017, 3018, 3019, 3020, 3021, 3022,
          3023, 3024, 3025, 3026, 3027, 3028,
          4000, 4001, 4002, 4003, 4004, 4005,
          4006, 4007, 4008, 4009, 4010, 4011,
          4012, 4013, 4014, 4015, 4016, 4017,
          4018, 4019, 4020, 4021, 4022, 4023,
          4024, 4025, 4026, 4027, 4028, 4029,
          4030, 4031, 4032, 4033, 4034, 4035,
          4036, 4037.
TRACT 001200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 2018, 2019,
          2020, 2021, 2022, 2023, 2024, 2025,
          2026, 2027, 2028, 2029, 2030, 2031,
          2032, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          3011, 3012, 3013, 4000, 4001, 4002,
          4003, 4004, 4005, 4006, 4007, 4008,
          4009, 4010, 4011, 4012, 4013.
TRACT 001300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          2011, 2012, 2013, 2014, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 3010, 4000, 4001, 4002,
          4003, 4004, 4005, 4006, 4007, 4008,
          4009, 4010.
TRACT 001400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 3010, 3011, 3012, 3013,
          3014, 3015, 3016, 3017, 3018, 3019,
          3020, 3021, 3022, 3023, 3024, 3025,
          3026, 3027, 3028, 3029, 3030, 3031,
          3032, 3033, 3034, 3035.
TRACT 001500 INCLUDING BLOCK(S)
```

```
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023, 2024, 2025,
              2026, 2027, 2028, 2029, 2030, 3031,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011,
              3012, 3013, 3014, 3015, 3016, 3017,
              3018, 3019.
TRACT 001600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016,
              3017, 3018, 4000, 4001, 4002, 4003,
              4004, 4005, 4006, 4007, 4008, 4009,
              4010, 4011, 4012, 4013, 4014, 4015,
              4016, 4017, 4018, 4019, 4020, 4021,
              4022, 4023, 4024, 4025, 4026, 4027,
              5000, 5001, 5002, 5003, 5004, 5005,
              5006, 5007, 5008, 5009, 5010, 5011,
              5012, 5013, 5014, 5015.
TRACT 001700 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024,
              2025, 2026, 2027, 2028, 2029, 2030,
              2031, 2032, 2033, 2034, 2035, 2036,
              2037, 2038, 2039, 2040, 2041, 2042,
              2043, 2044, 2045, 2046, 2047, 2048,
              2049, 2050, 2051, 2052, 2053, 2054,
              2055, 2056, 2057, 2058, 2059, 2060.
TRACT 001800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 2000,
```

```
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 2024.
     TRACT 001900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 3000, 3001, 3002,
              3003, 3004, 3005, 3006, 3007, 3008,
              3009, 3010, 3011, 3012, 3013, 3014,
              3015, 3016, 3017, 3018, 3019, 3020,
              3021, 3022, 3023, 3024, 3025, 3026,
              3027, 3028, 3029, 3030, 3031, 3032,
              3033, 3034, 3035, 3036.
     TRACT 002000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023, 2024, 2025,
              2026.
     TRACT 002200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013, 2014, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 4007,
              4008, 4009, 4010, 4011, 5000, 5001,
              5002, 5003, 5004, 5005, 5006, 5007,
              5008, 5009, 5010, 5011, 5012, 5013,
              5014, 5015, 5016, 5017, 5018, 5019,
              5020, 5021, 5022, 5023, 5024, 5025,
              5026, 5027, 5028, 5029, 5030, 5031,
              5032, 5033, 5034, 5035, 5036, 5037,
              5038.
     TRACT 002300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
```

```
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016, 2017, 2018,
                2019, 2020, 2021, 2022, 2023, 2024,
                2025, 2026, 2027, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                3015, 3016, 3017, 3018, 3019.
TRACT 002400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008.
TRACT 002600 INCLUDING BLOCK(S)
                1011, 1012, 1013, 1015, 1016, 2004,
                2005, 2006, 2007, 2008, 4000, 4001,
                4002, 4003, 4004, 4005, 4006, 4007,
                4008, 4009, 4010, 4011, 4012, 4013,
                4014, 4015, 5000, 5001, 5002, 5003,
                5004, 5005, 5006, 5007, 5008, 5009,
                5010, 5011, 5012, 5013, 5014, 5015,
                5016, 5017, 5018, 5019, 5020, 5021,
                5022, 5023, 5024, 5025, 5026, 5027,
                5028, 5029, 5030, 5031, 5032, 5033.
TRACT 002700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 3018, 3019,
                3020, 4000, 4001, 4002, 4003, 4004,
                4005, 4006, 4007, 4008, 4009, 4010,
                4011, 4012, 4013, 4014, 4015, 4016,
                4017, 4018, 4019, 4020, 4021, 4022,
                4023, 4024, 4025, 4026, 4027, 4028,
                4029, 4030, 4031.
TRACT 002800 INCLUDING BLOCK(S)
                1009, 1010, 1011, 1012, 1013, 1014,
                1015, 1016, 1018, 1019, 2009, 2010,
```

```
                 2011, 2012, 2013, 2014, 2015, 2017,
                 2018, 2019, 2020, 2021, 2026, 2027,
                 2028, 2029, 2030, 2031, 2036, 2037,
                 2038, 2049, 2050, 2051, 2104, 2105,
                 3005, 3006, 3027, 3028, 3029, 3030,
                 3031, 3032, 3038, 3039, 3040.
TRACT 003000 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1014, 1015, 1016, 1017, 1018,
                 1019, 2000, 2001, 2002, 2003, 2004,
                 2005, 2006, 2007, 2008, 2009, 2010,
                 2011, 2012, 2013, 2014, 2015, 2016,
                 2017, 2018, 2019, 2020, 2021, 2022,
                 2023, 2024, 2025, 3000, 3001, 3002,
                 3003, 3004, 3005, 3006, 3007, 3008,
                 3009, 3010, 3011, 3012, 3013, 3028,
                 3039, 3040, 3041, 3042.
TRACT 003100 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 2000, 2001, 2002, 2003,
                 2004, 2005, 2006, 2007, 2008, 2009,
                 2010, 2011, 2012, 2013, 2014, 2015,
                 2016, 2017, 2018, 2019, 2020, 2021,
                 2022, 2023, 2024, 2025, 2026, 2027,
                 2028, 2029, 2030, 2031, 2032, 2033,
                 2034, 2035, 2036, 2037, 2038, 2039,
                 2040, 2041, 2042, 2043, 2044, 2045,
                 2046, 2047, 2048, 2049, 2050, 2051,
                 2052, 2053, 2054, 2055, 2056, 2057,
                 2058, 2059.
TRACT 003200 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1021, 1022, 1023,
                 1024, 2000, 2001, 2002, 2003, 2004,
                 2005, 2006, 2007, 2008, 2009, 2010,
                 2011, 2012, 2013, 2014, 3000, 3001,
                 3002, 3004, 3005, 3006, 3007, 3008,
                 3009, 3010, 3011, 3012, 3013, 3014,
                 3015, 3016, 3017, 3018, 4000, 4001,
                 4002, 4003, 4004, 4005, 4006, 4007,
                 4008, 4009, 4010, 4011, 4012, 4013,
                 4014, 4015, 4016, 4017, 4018, 4019,
                 4020, 4021, 4022.
TRACT 003300 INCLUDING BLOCK(S)
```

```
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008.
TRACT 003400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 2020,
                2021, 2022, 2023.
TRACT 003500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009.
TRACT 003600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016, 2017, 2018,
                2019, 2020, 2021, 2022, 2023, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                3013, 3014, 3015, 4000, 4001, 4002,
                4003, 4004, 4005, 4006, 4007, 4008,
                4009, 4010, 4011, 4012, 4013, 4014,
                4017, 4018, 4026, 4027, 4029, 5000,
                5001, 5002, 5003, 5004, 5005.
TRACT 003700 INCLUDING BLOCK(S)
                1005, 1006, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024, 2025, 2026, 2027, 2028, 2029,
                2030, 2031, 2032, 2033, 2034, 2035,
```

```
                    2036, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3031,
                    3033, 4000, 4001, 4002, 4003, 4004,
                    4005, 4006, 4007, 4008, 4009, 4010,
                    4011, 4012, 4013, 4014, 4015, 4016,
                    4017, 4018.
TRACT 003800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 2025, 2026, 2027, 2028,
                    2029, 2030, 2031, 2032, 2033, 2034,
                    2035, 2036.
TRACT 004000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 2025, 2026, 2027, 2028,
                    2029, 2030, 2031, 2032, 2033, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 4009, 4010, 4011, 4012, 4013,
                    4014, 4015, 4016, 4017, 4018, 4019,
                    4020.
TRACT 013600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034.
TRACT 980100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
```

```
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042.
        DISTRICT 035
            OAKLAND COUNTY (PART)
                LATHRUP VILLAGE CITY
                SOUTHFIELD CITY
                SOUTHFIELD TOWNSHIP
        DISTRICT 036
            MACOMB COUNTY (PART)
                ARMADA TOWNSHIP
                BRUCE TOWNSHIP
                LENOX TOWNSHIP
                MACOMB TOWNSHIP (PART)
                    TRACT 223400 INCLUDING BLOCK(S)
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2011, 2014, 2020, 2021, 2022,
                    2023, 2024, 2025, 2026, 2027, 2028,
                    2029, 2030, 2031, 2032, 2033, 2034,
                    2035, 2036, 2037, 2039, 2040, 2041,
                    2042, 2043, 2044, 2045, 2046, 2047,
                    2048, 2049, 2050, 2051, 2052, 2053,
                    2054, 2055, 2056, 2057, 2058, 2059,
                    2060, 2061, 2062, 2082, 2083, 2084,
                    2085, 2086, 2087, 2088, 2132, 2133,
                    2134, 2137, 2138, 2139, 2140, 2141,
                    2142, 2143, 2144, 2145, 2146, 2147.
                    TRACT 223500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046.
                    TRACT 223800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
```

Proposed

```
              2023, 2024, 2025, 2026, 2027, 2028,
              2029, 2030, 2031, 2032, 2033, 2034,
              2035, 2036, 2037, 2038, 2039, 2040,
              2041, 2042, 2043, 2044, 2045, 2046,
              2047, 2048, 2049, 2050, 2051, 2052,
              2053, 2054, 2055, 2056, 2057, 2058,
              2059, 2060, 2061, 2062, 2063, 2064,
              2065, 2066, 2067, 2068, 2069, 2070,
              2071, 2072, 2073, 2074, 2075, 2076,
              2077, 2078, 2079, 2080, 2081, 2082,
              2083, 2084, 2085, 2086, 2087, 2088,
              2089, 2090, 2091, 2092, 2093, 2094,
              2095, 2096, 2097, 2098, 2099, 2100,
              2101, 2102, 2103, 2104, 2105, 2106,
              2107, 2108, 2109, 2110, 2111, 2112,
              2113, 2114, 2115, 2116, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012, 3013,
              3014, 3015, 3016, 3017, 3018, 3019.
TRACT 223900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023, 2024, 2025,
              2026, 2027, 2028, 2029, 3000, 3001,
              3002, 3003, 3004, 3005, 3006, 3007,
              3008, 3009, 3010, 3011, 3012, 3013,
              3014, 3015, 3016, 3017, 3018, 3019,
              3020, 3021, 3022, 3023, 3024, 3025,
              3026, 3027, 3028, 3029, 3030, 3031,
              3032, 3033, 3034, 3035, 3036, 3037,
              3038, 3039, 3040, 3041, 3042, 3043,
              3044, 3045, 3046, 3047, 3048, 3049,
              3050, 3051, 3052, 3053, 3054, 3055,
              3056, 3057, 3058, 3059, 3060, 3061,
              3062, 3063, 3064.
TRACT 224000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
```

```
                    1036, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 2018, 2019, 2020, 2021, 2022,
                    2023, 2024, 2025, 2026, 2027, 2028,
                    2029, 2030, 2031, 2032, 2033, 2034,
                    2035, 2036, 2037, 2038, 2039, 2040,
                    2041, 2042, 2043, 2044, 2045, 2046,
                    2047, 2048, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020, 3021,
                    3022, 3023, 3024, 3025, 3026, 3027,
                    3028, 3029, 3030, 3031, 3032, 3033,
                    3034, 3035, 3036, 3037, 3038, 3039,
                    3040, 3041, 3042, 3043, 3044, 3045,
                    3046, 3047, 3048, 3049, 3050, 3051,
                    3052, 3053, 3054, 3055, 3056, 3057,
                    3058, 3059, 3060, 3061, 3062, 3063,
                    3064, 3065.
             TRACT 224300 INCLUDING BLOCK(S)
                    1001, 1002, 1003, 1004, 1005, 1006,
                    1007, 1008, 1009, 1010, 1011, 1012,
                    1013, 1014, 1015, 1016, 1017, 1018,
                    1019, 1020, 1021, 1022, 1023, 1025,
                    1026, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2019.
         RAY TOWNSHIP
         WASHINGTON TOWNSHIP
DISTRICT 037
     OAKLAND COUNTY (PART)
         FARMINGTON CITY
         FARMINGTON HILLS CITY
DISTRICT 038
     OAKLAND COUNTY (PART)
         LYON TOWNSHIP
         NORTHVILLE CITY
         NOVI CITY
         NOVI TOWNSHIP
         SOUTH LYON CITY
         WALLED LAKE CITY
DISTRICT 039
     OAKLAND COUNTY (PART)
         COMMERCE TOWNSHIP (PART)
             TRACT 130500 INCLUDING BLOCK(S)
                    2022.
             TRACT 134000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
```

```
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014, 3015, 3016, 3017,
          3018, 3019, 3020, 3021, 3022, 3023,
          3024, 3025, 3026, 4000, 4001, 4002,
          4003, 4004, 4005, 4006, 4007, 4008,
          4009, 4010, 4011, 4012, 4013, 4014,
          4015, 4016, 4017.
TRACT 134300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 1046, 1047,
          1048, 1049, 1050, 1051, 1052, 1053,
          1054, 1055, 1056, 1057, 1058, 1059,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024, 2025, 2026, 2027, 2028, 2029,
          2030, 2031, 2032, 2033, 2034, 2035,
          2036, 2037, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 3012, 3013, 3014, 3015,
          3016, 3017, 3018, 3019, 3020, 3021,
          3022.
TRACT 134400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          2022, 2023, 2024, 2025, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 4000, 4001, 4002, 4003,
          4004, 4005, 4006, 4007, 4008, 4009,
```

```
                    4010, 4011, 4012, 4013, 4014, 4015,
                    4016, 4017, 4018, 4019, 4020, 4021,
                    4022, 4023, 4024, 4025, 4026.
        TRACT 134500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1010, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1026,
                    1027, 1028, 1029, 1030, 1032, 1033,
                    1034, 1035, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008.
        TRACT 134600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
                    2025, 2026, 2027, 2028, 2029, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018,
                    3019, 3020, 3021, 3022, 3023, 3024,
                    3025.
        TRACT 134700 INCLUDING BLOCK(S)
                    1012, 2014.
        TRACT 134800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020.
        TRACT 134900 INCLUDING BLOCK(S)
                    1001, 1002.
        TRACT 135000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
```

```
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035.
    TRACT 135100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 2017, 2018, 2019, 2020, 2021,
              2022, 2023, 2024, 2025, 2026, 2027,
              2028, 2029, 2030, 2031, 2032, 2033.
    TRACT 135200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033.
    TRACT 135300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016.
KEEGO HARBOR CITY
ORCHARD LAKE VILLAGE CITY
SYLVAN LAKE CITY
WATERFORD TOWNSHIP (PART)
    TRACT 154600 INCLUDING BLOCK(S)
              1006, 1007, 1009.
WEST BLOOMFIELD TOWNSHIP (PART)
    TRACT 154100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 2017, 2018, 2019, 2020, 2021,
              2022, 2023, 2024, 2025, 2026, 2027,
              2028, 2029, 2030, 2031, 2032, 2033,
              2034, 2035, 2036, 2037, 2038, 2039,
```

```
          2040, 2041, 2042, 2043, 2044, 2045.
TRACT 154600 INCLUDING BLOCK(S)
          1002, 1003, 1004, 1005, 1008, 1010,
          1011, 1012, 1013, 1014, 1015, 1016,
          1017, 1018, 1019, 1020, 1021, 1022,
          1023, 1024, 1028, 1029, 1030, 1031,
          1032, 1033, 1034, 1035, 1036, 1037,
          1038, 1039, 1040, 1041, 1042, 1043,
          1044, 1045, 1046, 1047, 1048, 1049,
          1050, 1053, 1054, 1055, 1056, 1057,
          1058, 1059, 1060, 1061, 1062, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008.
TRACT 156100 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024, 2025, 2026, 2027.
TRACT 156200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024, 2025, 2026, 2027, 2028, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 3008, 3009, 3010, 3011, 3012,
          3013, 3014, 3015, 3016, 3017, 3018,
          3019, 3020, 3021, 3022, 3023, 3024,
          3025, 3026, 3027, 3028, 3029, 3030,
          3031, 3032, 4000, 4001, 4002, 4003,
          4004, 4005, 4006, 4007, 4008, 4009,
          4010, 4011, 4012, 4013, 4014, 4015,
          4016, 4017, 4018, 4019, 4020, 4021,
          4022, 4023, 4024, 5000, 5001, 5002,
          5003, 5004, 5005, 5006, 5007, 5008,
          5009, 5010, 5011, 5012, 5013, 5014,
          5015, 5016, 5017, 5018, 5019, 5020,
          5021, 5022, 5023, 5024, 5025, 5026,
          5027, 5028, 5029, 5030, 5031, 5032,
          5033.
```

```
            TRACT 156500 INCLUDING BLOCK(S)
                 2000, 2001, 2002, 2003, 2004, 2005,
                 2006, 2015, 2016, 2017, 2018, 2019.
            TRACT 157200 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 2000, 2001, 2002,
                 2003, 2004, 2005, 2006, 2007, 2008,
                 2009, 2010, 2011, 2012, 2013, 2014,
                 2015, 2016, 2017, 2018, 2019, 2020,
                 2021, 2022, 2023, 2024, 2025.
            TRACT 157500 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1021, 1022, 1023,
                 1024, 1025, 1026, 1027, 1028, 1029,
                 1030, 1031, 1032, 1033, 2000, 2001,
                 2002, 2003, 2004, 2005, 2006, 2007,
                 2008, 2009, 2010, 2011, 2012, 2013,
                 2014, 2015, 2016, 2017, 2018.
         WIXOM CITY
   DISTRICT 040
      OAKLAND COUNTY (PART)
         BIRMINGHAM CITY
         BLOOMFIELD TOWNSHIP (PART)
            TRACT 150100 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1021, 1022, 1023,
                 1024, 1025, 1026, 1027, 1028, 1029,
                 1030, 1031, 1032, 1033, 1034, 2002,
                 2003, 2005, 2006, 2007, 2008, 2009,
                 2010, 2011, 2012, 2013, 2014, 2015,
                 2016, 2017, 2018, 2019, 2020, 2021,
                 2022, 2023, 2024, 2025, 2026, 2027,
                 2031, 2032, 2033, 2036, 2037, 2038,
                 2039, 2040, 2041, 2042, 2043, 2044,
                 2045, 2046, 2047, 2048, 2049, 2050,
                 2051, 2052, 2053, 2054, 2055, 2056,
                 3000, 3001, 3002, 3003, 3004, 3005,
                 3006, 3007, 3008, 3009, 3010, 3011,
                 3012, 3013, 3014, 3015, 3016, 3017,
                 3018, 3019, 3020, 3021, 3022, 3023,
                 3024, 3025.
            TRACT 150200 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
```

```
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              1036, 1037, 1038, 1039, 1040, 1041,
              1042, 1043, 1044, 1045, 1046, 1047,
              1048, 1049, 1050, 1051, 1052, 1053,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024.
TRACT 150300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 2022, 2023, 2024, 2025,
              2026, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016,
              3017, 4000, 4001, 4002, 4003, 4004,
              4005, 4006, 4007, 4008, 4009, 4010,
              4011, 4012, 4013, 4014, 4015, 4016,
              4017, 4018, 4019, 4020, 4021, 4022,
              4023.
TRACT 150500 INCLUDING BLOCK(S)
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 2026, 2027, 2028, 2029,
              2030, 2031, 2032, 2033, 2034, 2035,
              3015, 3016, 3017, 3018, 3019, 3020,
              3021.
TRACT 150600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2013,
              2014, 2015, 2016, 2017, 2019, 2020,
              2022, 2023, 2024, 2025, 2026, 2027,
              2028, 2029, 2030, 2032, 2033, 2034,
              2035, 2036, 2037, 2038, 2039.
TRACT 150700 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
```

```
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013, 4014,
            4015, 4016, 4017, 4018, 4019, 4020,
            4021, 4022, 4023, 4024, 4025.
TRACT 150800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
            2017, 2018, 2019, 2020, 2021, 2022,
            2023, 2024, 2025, 2026, 2027, 2028,
            2029, 2030, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014, 3015,
            3016, 3017, 4000, 4001, 4002, 4003,
            4004, 4005, 4006, 4007, 4008, 4009,
            4010, 4011.
TRACT 150900 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 2016, 2017, 2018, 2019,
            2020, 2021, 2022, 2023, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011.
TRACT 151000 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 2015, 2016,
```

```
                2017, 2018, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009, 4010, 4011,
                4012, 4013, 4014, 4015, 4016, 4017,
                4018, 5000, 5001, 5002, 5003, 5004,
                5005, 5006, 5007, 5008, 5009, 5010,
                5011, 5012, 5013, 5014, 5015, 5016,
                5017, 5018, 5019, 5020.
        TRACT 152700 INCLUDING BLOCK(S)
                1013, 1015.
        TRACT 153100 INCLUDING BLOCK(S)
                1000, 1005.
        TRACT 156400 INCLUDING BLOCK(S)
                1027.
WEST BLOOMFIELD TOWNSHIP (PART)
        TRACT 150600 INCLUDING BLOCK(S)
                2012, 2018, 2021, 2031.
        TRACT 156000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2014, 2015, 2016, 2017, 2018,
                2019, 2020, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021.
        TRACT 156300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021,
                3022, 3023, 3024, 3025, 3026, 3027,
                3028, 3029, 3030.
        TRACT 156400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
```

```
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1028, 1029, 1030,
              1031, 1032, 1033, 1034, 1035, 1036,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 2026, 2027, 2028, 2029,
              2030, 2031, 2032, 2033, 2034, 2035,
              2036, 2037, 2038, 2039, 2040, 2041,
              2042.
TRACT 156500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 3000, 3001, 3002,
              3003, 3004, 3005, 3006, 3007, 3008,
              3009, 3010, 3011.
TRACT 156900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 2017, 2018, 2019, 2020, 2021,
              2022, 2023, 2024, 2025, 2026, 2027.
TRACT 157000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 2026, 2027, 2028, 2029,
              2030, 2031, 2032, 2033.
TRACT 157100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013.
TRACT 157300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
```

```
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014, 2015, 2016,
                    2017, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010.
        TRACT 157400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015.
        TRACT 157600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020.
        TRACT 157700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019
        TRACT 157800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 3000,
                    3001, 3002, 3003, 3004, 3005, 3006,
                    3007, 3008, 3009, 3010, 3011, 3012,
                    3013, 3014, 3015, 3016, 3017, 3018,
                    3019, 3020, 3021.
        TRACT 157900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021.
DISTRICT 041
    OAKLAND COUNTY (PART)
        CLAWSON CITY
        TROY CITY
DISTRICT 042
    LIVINGSTON COUNTY (PART)
```

```
            BRIGHTON CITY
            BRIGHTON TOWNSHIP
            GENOA TOWNSHIP
            GREEN OAK TOWNSHIP
            HAMBURG TOWNSHIP
            PUTNAM TOWNSHIP
   DISTRICT 043
      OAKLAND COUNTY (PART)
            INDEPENDENCE TOWNSHIP
            LAKE ANGELUS CITY
            VILLAGE OF CLARKSTON CITY
            WATERFORD TOWNSHIP (PART)
         TRACT 143500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013, 5009,
            5010, 5011, 5012, 5014, 5015, 5016,
            5017, 5018, 5019, 5020, 5021, 5023,
            5024, 5025, 5026, 5027, 5028, 5029,
            5031, 5032, 5033, 5034, 5039.
         TRACT 144100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018, 3019, 3020,
            3021, 3022, 4000, 4001, 4002, 4003,
            4004, 4005, 4006, 4007, 4008, 4009,
            4010, 4011, 4012, 4013, 4014, 4015,
            4016, 4017, 4018.
         TRACT 144200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 3000,
```

```
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 3010, 3011, 3012,
              3013, 3014, 3015, 3016, 3017, 3018,
              3019, 3020, 3021, 3022, 3023, 3024,
              3025, 3026, 3027, 3028, 3029, 4000,
              4001, 4002, 4003, 4004, 4005, 4006,
              4007, 4008, 4009, 4010, 4011, 4012,
              4013, 4014, 4015, 4016.
    TRACT 144300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3010, 3011, 3012, 3013, 4000, 4001,
              4002, 4003, 4004, 4005, 4006, 4007,
              4008, 4009, 4010, 4011, 4012, 4013,
              4014, 4015, 4016, 4017, 4018, 4019,
              4020, 4021, 4022, 4023, 4024, 4025,
              4026.
    TRACT 144400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 4000, 4001, 4002,
              4003, 4004, 4005, 4006, 4007, 4008,
              4009, 4010, 4011, 4012, 4013, 4014,
              4015.
    TRACT 144500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 2026, 2027, 2028, 2029,
              2030, 2031, 2032, 2033, 2034, 2035,
              2036, 2037, 2038, 2039, 2040, 2041,
              2042, 2043, 2044, 2045, 2046, 2047,
              2048, 2049, 2050, 2051, 2052, 2053,
              2054, 2055, 2056, 2057, 2058.
```

```
TRACT 144600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 4000, 4001, 4002,
        4003, 4004, 4005, 4006, 4007, 4008,
        4009, 4010.
TRACT 144701 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019.
TRACT 144800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016.
TRACT 144900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 2017, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010, 3011, 3012,
        3013, 3014, 3015, 4000, 4001, 4002,
        4003, 4004, 4005, 4006, 4007, 4008,
        4009, 4010.
TRACT 145100 INCLUDING BLOCK(S)
        1000, 1001, 1004, 1005, 1006, 1007,
        1018, 1019, 1020, 1021, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017.
TRACT 145200 INCLUDING BLOCK(S)
        3008, 3009, 3010, 3011, 3012.
TRACT 145300 INCLUDING BLOCK(S)
        1000, 1001, 1003, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        2021, 2022, 2023, 2024, 2025, 2026,
```

```
              2027, 2028, 2029, 3000, 3001, 3002,
              3003, 3004, 3005, 3006, 3007, 3008,
              3009, 3010, 3011, 3012, 3013, 3014,
              3015, 4000, 4001, 4002, 4003, 4004,
              4005, 4006, 4007, 4008.
   TRACT 145400 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
              2019, 2020, 2021, 2022, 2023, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 3010, 3011, 3012,
              3013, 3014, 3015, 3016, 3017, 3018,
              3019, 3020, 3021, 3022, 3023, 3024,
              3025, 3026, 3027, 3028, 3029, 3030,
              3031, 3032, 3033, 3034, 3035, 3036,
              3037, 3038, 3039, 3040, 3041, 3042,
              3043, 3044, 3045, 3046, 3047, 3048,
              3049, 3050, 3051, 3052, 3053, 3054,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011.
   TRACT 145502 INCLUDING BLOCK(S)
              1000.
   TRACT 145600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              2000, 2001, 2002, 2003.
   TRACT 145700 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021.
   TRACT 145900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029.
   TRACT 154200 INCLUDING BLOCK(S)
              1018.
   TRACT 154600 INCLUDING BLOCK(S)
              1000.
```

```
DISTRICT 044
    OAKLAND COUNTY (PART)
        COMMERCE TOWNSHIP (PART)
            TRACT 130700 INCLUDING BLOCK(S)
                2039, 2040.
        HIGHLAND TOWNSHIP
        MILFORD TOWNSHIP
        SPRINGFIELD TOWNSHIP
        WATERFORD TOWNSHIP (PART)
            TRACT 145100 INCLUDING BLOCK(S)
                1002, 1003, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017.
            TRACT 145200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 2000,
                2001, 2002, 2003, 2004, 2005, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 2023,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007.
            TRACT 145300 INCLUDING BLOCK(S)
                1002, 1004, 1005, 1006, 1007, 1008,
                1009, 1010, 1011, 1012, 1013, 1014,
                1015, 1016, 1017, 1018, 1019.
            TRACT 145501 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007.
            TRACT 145502 INCLUDING BLOCK(S)
                1001, 1002, 1003, 1004, 1005, 1006,
                1007, 1008, 1009, 1010, 1011, 1012,
                1013, 1014, 1015, 1016, 1017, 1018,
                1019, 1020, 1021, 1022, 1023, 1024,
                1025, 1026, 1027, 1028, 1029, 1030,
                1031, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009.
            TRACT 145600 INCLUDING BLOCK(S)
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015.
        WEST BLOOMFIELD TOWNSHIP (PART)
            TRACT 145200 INCLUDING BLOCK(S)
                1035, 1036, 2006, 2007, 2020, 2021,
                2022, 2024, 2025.
```

```
            WHITE LAKE TOWNSHIP
DISTRICT 045
    OAKLAND COUNTY (PART)
        OAKLAND TOWNSHIP (PART)
            TRACT 190500 INCLUDING BLOCK(S)
                1006, 1007, 1008, 1009, 1019, 1020,
                1021, 1022.
            TRACT 190700 INCLUDING BLOCK(S)
                1000, 1001, 1003, 1004, 1028, 1029,
                1030, 1031, 1032, 1033, 1034.
            TRACT 190800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022.
        ROCHESTER CITY
        ROCHESTER HILLS CITY
DISTRICT 046
    OAKLAND COUNTY (PART)
        ADDISON TOWNSHIP
        BRANDON TOWNSHIP
        OAKLAND TOWNSHIP (PART)
            TRACT 190200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021,
                2022.
            TRACT 190400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                3013, 3014, 3015, 3016, 3017, 3018,
                3019, 3020, 3021, 3022, 3023, 3024,
                3025.
            TRACT 190500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1010, 1011, 1012, 1013, 1014, 1015,
```

```
                     1016, 1017, 1018, 1023, 1024.
            TRACT 190700 INCLUDING BLOCK(S)
                     1002, 1005, 1006, 1007, 1008, 1009,
                     1010, 1011, 1012, 1013, 1014, 1015,
                     1016, 1017, 1018, 1019, 1020, 1021,
                     1022, 1023, 1024, 1025, 1026, 1027,
                     2000, 2001, 2002, 2003, 2004, 2005,
                     2006, 2007, 2008, 2009, 2010, 2011,
                     2012, 2013, 2014, 2015, 2016, 2017,
                     2018, 2019, 2020, 2021, 2022, 2023,
                     2024, 2025, 2026, 2027, 2028, 2029,
                     2030, 2031, 2032, 2033.
         ORION TOWNSHIP
         OXFORD TOWNSHIP
   DISTRICT 047
      LIVINGSTON COUNTY (PART)
         COHOCTAH TOWNSHIP
         CONWAY TOWNSHIP
         DEERFIELD TOWNSHIP
         FENTON CITY
         HANDY TOWNSHIP
         HARTLAND TOWNSHIP
         HOWELL CITY
         HOWELL TOWNSHIP
         IOSCO TOWNSHIP
         MARION TOWNSHIP
         OCEOLA TOWNSHIP
         TYRONE TOWNSHIP
         UNADILLA TOWNSHIP
   DISTRICT 048
      GENESEE COUNTY (PART)
         ARGENTINE TOWNSHIP
         CLAYTON TOWNSHIP
         CLIO CITY
         FLUSHING CITY
         FLUSHING TOWNSHIP
         GAINES TOWNSHIP
         MONTROSE CITY
         MONTROSE TOWNSHIP
         MT. MORRIS TOWNSHIP
         THETFORD TOWNSHIP
         VIENNA TOWNSHIP
   DISTRICT 049
      GENESEE COUNTY (PART)
         FENTON TOWNSHIP
         FLINT CITY (PART)
            TRACT 002600 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1003, 1004, 1005,
                     1006, 1007, 1008, 1009, 1010, 1014,
```

```
              1017, 1018, 1019, 1020, 1021, 1022,
              1023, 1024, 1025, 1026, 1027, 1028,
              1029, 1030, 1031, 1032, 1033, 1034,
              1035, 1036, 2000, 2001, 2002, 2003,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 2016, 2017, 3000, 3001, 3002,
              3003, 3004, 3005, 3006, 3007, 3008,
              3009, 3010, 3011, 3012, 3013, 3014,
              3015, 3016, 3017, 3018.
TRACT 002800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1017, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2016, 2022, 2023, 2024, 2025,
              2032, 2033, 2034, 2035, 2039, 2040,
              2041, 2042, 2043, 2044, 2045, 2046,
              2047, 2048, 2052, 2053, 2054, 2055,
              2056, 2057, 2058, 2059, 2060, 2061,
              2062, 2063, 2064, 2065, 2066, 2067,
              2068, 2069, 2070, 2071, 2072, 2073,
              2074, 2075, 2076, 2077, 2078, 2079,
              2080, 2081, 2082, 2083, 2084, 2085,
              2086, 2087, 2088, 2089, 2090, 2091,
              2092, 2093, 2094, 2095, 2096, 2097,
              2098, 2099, 2100, 2101, 2102, 2103,
              2106, 2107, 2108, 2109, 3000, 3001,
              3002, 3003, 3004, 3007, 3008, 3009,
              3010, 3011, 3012, 3013, 3014, 3015,
              3016, 3017, 3018, 3019, 3020, 3021,
              3022, 3023, 3024, 3025, 3026, 3033,
              3034, 3035, 3036, 3037.
TRACT 002900 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1031, 1032, 1033, 1034, 1035,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 2026, 2027, 2028, 2029.
TRACT 003000 INCLUDING BLOCK(S)
              1013, 1020, 1021, 1022, 1023, 1024,
              1025, 1026, 1027, 1028, 1029, 3014,
              3015, 3016, 3017, 3018, 3019, 3020,
              3021, 3022, 3023, 3024, 3025, 3026,
              3027, 3029, 3030, 3031, 3032, 3033,
```

```
                3034, 3035, 3036, 3037, 3038, 3043,
                3044.
TRACT 003200 INCLUDING BLOCK(S)
                3003.
TRACT 003600 INCLUDING BLOCK(S)
                3016, 3017, 3018, 3019, 3020, 3021,
                4015, 4016, 4019, 4020, 4021, 4022,
                4023, 4024, 4025, 4028, 5006, 5007,
                5008, 5009, 5010, 5011, 5012, 5013,
                5014, 6000, 6001, 6002, 6003, 6004,
                6005, 6006, 6007, 6008, 6009, 6010,
                6011, 6012, 6013, 6014, 6015, 6016,
                6017, 6018, 6019, 6020, 6021, 6022,
                6023, 6024, 6025, 6026, 6027, 6028,
                6029.
TRACT 003700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1007,
                1009, 1010, 1011, 1012, 1013, 2012,
                2013, 2014, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 3018, 3019,
                3020, 3021, 3022, 3023, 3024, 3025,
                3026, 3027, 3028, 3029, 3030, 3032,
                3034, 3035, 3036, 3037, 3038, 3039,
                3040, 3041, 3042.
TRACT 013500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021,
                2022, 2023, 2024, 2025, 2026, 2027,
                2028, 2029, 2030, 2031, 2032, 2033,
                2034, 2035, 2036, 2037, 2038, 2039,
                2040, 2041, 2042, 2043, 2044, 2045,
                2046, 2047, 2048, 2049, 2050, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                3013, 3014, 3015, 3016, 3017, 3018,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 5000, 5001, 5002,
                5003, 5004, 5005, 5006, 5007, 5008,
                5009, 5010, 5011, 5012, 5013, 5014,
                5015, 5016, 5017, 5018, 5019.
TRACT 980000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1019,
                1020, 1021, 1022, 1023, 1024, 1025,
                1026, 1027, 1028, 1029, 1030, 1031,
```

```
                    1032, 1033, 1034, 1035, 1036, 1037,
                    1039, 1040, 1041, 1042, 1043, 1044,
                    1045, 1046, 1047, 1048, 1049, 1050,
                    1051, 1052.
         FLINT TOWNSHIP
         LINDEN CITY
         MUNDY TOWNSHIP
         SWARTZ CREEK CITY
DISTRICT 050
     GENESEE COUNTY (PART)
         BURTON CITY
         DAVISON CITY
         DAVISON TOWNSHIP
         FOREST TOWNSHIP
         GENESEE TOWNSHIP
         MT. MORRIS CITY
         RICHFIELD TOWNSHIP
DISTRICT 051
     GENESEE COUNTY (PART)
         ATLAS TOWNSHIP
         FENTON CITY
         GRAND BLANC CITY
         GRAND BLANC TOWNSHIP
     OAKLAND COUNTY (PART)
         FENTON CITY
         GROVELAND TOWNSHIP
         HOLLY TOWNSHIP
         ROSE TOWNSHIP
DISTRICT 052
     WASHTENAW COUNTY (PART)
         ANN ARBOR CITY (PART)
             TRACT 403300 INCLUDING BLOCK(S)
                 1004, 3012, 3026, 3047, 3063.
         ANN ARBOR TOWNSHIP (PART)
             TRACT 456000 INCLUDING BLOCK(S)
                 2016, 2017.
         BRIDGEWATER TOWNSHIP
         CHELSEA CITY
         DEXTER TOWNSHIP
         FREEDOM TOWNSHIP
         LIMA TOWNSHIP
         LODI TOWNSHIP
         LYNDON TOWNSHIP
         MANCHESTER TOWNSHIP
         NORTHFIELD TOWNSHIP
         PITTSFIELD TOWNSHIP (PART)
             TRACT 423400 INCLUDING BLOCK(S)
                 2003, 2018, 2020.
         SALEM TOWNSHIP
```

```
SALINE CITY
SALINE TOWNSHIP
SCIO TOWNSHIP (PART)
     TRACT 403300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1009, 2005,
          2007, 2008, 2040, 2041, 3004, 3005,
          3033, 3034, 3037, 3039, 3041, 3044,
          3046.
     TRACT 404200 INCLUDING BLOCK(S)
          2002.
     TRACT 453000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024, 2025, 2026, 2027, 2028, 2029,
          2030, 2031, 2032, 2033, 2034, 2035,
          2036, 2037, 2038, 2039, 2040, 2041,
          2042, 2043, 2044, 2045, 2046, 2047,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014, 3015, 3016, 3019,
          3020, 3021, 3022, 3023, 3024, 3025,
          3026, 3027, 3028, 3029, 3030, 3031,
          3032.
     TRACT 454000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 1046, 1047,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024, 2025, 2026, 2027, 2028, 2029,
          2030, 2031, 2032, 2033, 2034, 2035,
          2036, 2037, 2038, 2039, 2040, 2041,
          2042, 2043, 2044, 2045, 2046, 2047,
          2048, 2049, 2050, 2051, 2052, 2053,
```

```
                    2054, 2055, 2056, 2057, 2058, 2059,
                    2060, 2061, 2062.
          TRACT 455000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018, 2019, 2020,
                    2021, 2022, 2023, 2024, 2025, 2026,
                    2027, 2028, 2029, 2030, 2031, 2032,
                    2033, 2034, 2035, 2036, 2037, 2038,
                    2039, 2040, 2041, 2042, 2043, 2044,
                    2045, 2046, 2047, 2048, 2049, 2050,
                    2051, 2052, 2053.
          TRACT 456000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014.
    SHARON TOWNSHIP
    SYLVAN TOWNSHIP
    WEBSTER TOWNSHIP
DISTRICT 053
    WASHTENAW COUNTY (PART)
      ANN ARBOR CITY (PART)
          TRACT 400100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032.
          TRACT 400200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 3000, 3001,
                    3002, 3003, 3004, 4000, 4001.
          TRACT 400300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
```

```
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                3015, 3016.
    TRACT 400400 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 3000, 3001,
                3002, 3003, 3004, 3005, 3006, 3007,
                3008, 3009, 3010, 3011, 3012, 3013,
                3014, 3015, 3016, 3017, 3018, 3019.
    TRACT 400500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 5000, 5001, 5002,
                5003, 5004, 5005, 5006, 5007, 5008.
    TRACT 400600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021,
                2022, 2023, 2024, 2025, 2026, 2027,
                2028, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 4000, 4001, 4002, 4003, 4004,
                4005, 4006, 4007.
    TRACT 400700 INCLUDING BLOCK(S)
                1002, 1003, 1004, 1005, 1006, 1007,
                1008, 1009, 1010, 1011, 1012, 1013,
                1014, 1015, 1016, 1017, 1018, 1019,
                1020, 1021, 1022, 1023, 1024, 1025,
                1026, 1027, 1028, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 3000, 3001.
    TRACT 400800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 3000, 3001,
```

```
          3002, 3003, 3004, 3005.
TRACT 402200 INCLUDING BLOCK(S)
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2010, 3001, 3002,
          3003, 3005, 3006, 3007, 3008, 3009.
TRACT 402300 INCLUDING BLOCK(S)
          1003, 1004, 1005, 1006, 1007, 1008,
          1009, 1010, 1011, 1012, 1013, 1014,
          1017, 2000, 2001, 2002, 2003, 2006,
          2008, 2009, 2010, 2012, 2013, 2014,
          2015, 2016, 2017, 2018, 2019, 2020,
          2024, 2025, 2027, 2029, 2030, 2031,
          2033, 2034, 2035, 2036, 2037, 2038,
          2039, 2040, 2041, 2042, 2045, 2046.
TRACT 402500 INCLUDING BLOCK(S)
          1000, 1001, 1004, 1005, 1006, 1008,
          1009, 1011, 1013, 1014, 1015, 1016,
          1017, 1018, 1019, 1020, 1021, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009.
TRACT 402600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1009, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011.
TRACT 403300 INCLUDING BLOCK(S)
          1005, 1006, 1008, 1010, 1011, 1012,
          1013, 1014, 1015, 1016, 1017, 1018,
          1019, 1020, 1021, 1022, 1023, 1024,
          1025, 1026, 1027, 1028, 1029, 1033,
          2000, 2001, 2002, 2003, 2004, 2006,
          2009, 2010, 2011, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          2024, 2026, 2028, 2029, 2032, 2034,
          2035, 2036, 3000, 3001, 3003, 3006,
          3008, 3009, 3010, 3011, 3012, 3013,
          3014, 3015, 3016, 3018, 3019, 3020,
          3021, 3023, 3024, 3025, 3027, 3029,
          3030, 3031, 3032, 3035, 3036, 3038,
          3040, 3042, 3043, 3045, 3048, 3049,
          3050, 3051, 3052, 3053, 3054, 3055,
          3056, 3057, 3058, 3059, 3062.
TRACT 403500 INCLUDING BLOCK(S)
          1004, 1005, 1006, 1007, 1008, 1009,
          1010, 1011, 1012, 1013, 1014, 1015,
          1016, 1017, 1024, 1025, 1026, 1027,
          1029, 1031, 1032, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2010.
```

```
TRACT 404100 INCLUDING BLOCK(S)
     1008, 1009, 2001, 2002, 2003, 3000,
     3001, 3002, 3003, 3004, 3005, 3006,
     3007, 3008, 3009, 3010, 3011, 4000,
     4001, 4002, 4003, 4004, 4005, 4006,
     4007, 4008, 4009, 4010, 4011, 4012.
TRACT 404200 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     2000, 2001, 2003, 2004, 2005, 2006.
TRACT 404300 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 2000, 2001, 2002, 2003,
     2004, 2005, 2006, 2007, 2008, 2009,
     2010, 2011, 2014, 2015, 2016, 2017,
     2018, 3000, 3001, 3002, 3003, 3004,
     3005, 3006, 3007, 3008, 3009, 3010,
     3011, 3012, 3013, 3014, 3015, 3016,
     3017, 3018, 3019, 3020.
TRACT 404400 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 2000,
     2002, 2004, 2005, 2006, 2007, 2008,
     2009, 2010, 2011, 2012, 2013, 2014,
     2015, 2016.
TRACT 404500 INCLUDING BLOCK(S)
     1000, 1001, 1005, 1006, 1009, 1011,
     1013, 1014, 1015, 1016, 2000, 2001,
     2002, 2003, 2004, 2005, 2006, 2007,
     2008, 2009, 2010, 2011, 2012, 3000,
     3001, 3002, 3003, 3004, 3005, 3006,
     3007, 3008, 3009, 3010, 3011.
TRACT 404600 INCLUDING BLOCK(S)
     1000, 1002, 1003, 1005, 1006, 1008,
     1009, 1010, 1011, 1012, 1013, 1014,
     1016, 1017, 1018, 1019, 1020, 2000,
     2001, 2002, 2003, 2004, 2005, 2006,
     2007, 2008, 2009, 2010, 2011, 2012,
     2013, 2014, 2015, 2016, 2017, 2018,
     2019, 2020, 2021, 2022, 2023, 2024,
     2025, 2026, 2027, 2028, 3000, 3001,
     3002, 3003, 3004, 3005, 3006, 3007,
     4000, 4001, 4002, 4003, 4004, 4005,
     4006, 4007, 4008, 4009, 4010, 4011.
TRACT 405100 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1006,
     1008, 1009, 1010, 1011, 1012, 1013,
     1014, 1015, 1016, 1017, 1018, 2000,
     2001, 2002, 2003, 2004, 2005, 2006,
     2007, 2008, 2009, 2010, 2011, 2012,
```

```
                  2013, 2014, 2015, 2016, 2017, 2018,
                  2019, 2020, 2021.
TRACT 405200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 2000, 2001, 2002,
                  2003, 2004, 3000, 3001, 3002, 3003,
                  3004, 4000, 4001, 4002, 4003, 4004,
                  4005, 4006, 4007, 4012, 4013, 4014,
                  4015, 4016, 4018, 4019, 4020, 4021,
                  5000, 5001, 5002, 5003, 5004, 5005,
                  5006, 5007, 5008, 6000, 6001, 6002,
                  6003, 6004, 6005, 6006, 6007, 6008.
TRACT 405300 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1010, 1011, 1012,
                  1013, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 2007, 2008, 2009, 2010,
                  2011, 2012, 2013, 2014, 2015, 2017,
                  2018, 2019, 2020, 2022, 2024, 2025,
                  2026, 2028, 2030, 2033, 2040, 2043,
                  2044, 2046, 2047, 2049, 2050, 2052,
                  2060, 2061, 2062, 2063, 2067, 2068,
                  2070, 3000, 3001, 3002, 3003, 3004,
                  3006, 3008, 3009, 3010, 3011, 3012,
                  3013, 3015, 3016, 3017, 3018, 3019,
                  3020, 3021, 3022, 3023, 3024, 3025,
                  3026, 3027, 3028, 3029, 3030, 3032,
                  3033, 3034, 3035, 3036, 3037, 3038,
                  3039, 3040, 3041, 3042, 4000, 4001,
                  4002, 4003, 4004, 4005, 4006, 4007,
                  4008, 4009, 4010, 4011, 4012, 4013,
                  4014, 4015, 4016, 4017, 4018, 4019,
                  4020, 5000, 5001, 5002, 5003, 5005,
                  5006, 5007, 5008, 5009, 5010, 5011,
                  5012, 5013, 5015, 5016, 5017, 5018,
                  5019, 5020, 5022, 5023, 5024, 5026,
                  5030, 5031, 5032, 5033, 5035, 5036,
                  5038, 5040, 5041, 5042, 5043, 5044,
                  5045, 5046, 5047, 5048, 5049, 5052,
                  5053, 5054, 5055, 5056, 5057.
TRACT 405400 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 2007, 2008, 2009, 2010,
                  2011, 2012, 2013, 3003, 3004, 3005,
                  3006, 3007, 3008, 3010, 3011.
```

```
        TRACT 405500 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 2001, 2002, 2003,
              2004, 2005, 2008, 2009, 2010, 2011,
              2012, 2022, 2023.
        TRACT 405600 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 2000, 2001,
              2002, 2003, 2004, 2006, 2007, 2008,
              2009, 2010, 2011, 3000, 3001, 3002,
              3004, 3005, 3006, 3007, 3008, 3009,
              3011, 3012, 3013.
        TRACT 414200 INCLUDING BLOCK(S)
              1013, 1014.
        TRACT 414700 INCLUDING BLOCK(S)
              1000, 1005, 1007, 1013, 1019, 1025.
        TRACT 414900 INCLUDING BLOCK(S)
              1002, 1003.
        TRACT 415400 INCLUDING BLOCK(S)
              1003, 1004.
        TRACT 453000 INCLUDING BLOCK(S)
              3017, 3018.
ANN ARBOR TOWNSHIP (PART)
        TRACT 402200 INCLUDING BLOCK(S)
              3004.
        TRACT 402300 INCLUDING BLOCK(S)
              1018, 2004, 2005, 2007, 2011, 2021,
              2022, 2023, 2026, 2028, 2032.
        TRACT 402600 INCLUDING BLOCK(S)
              1008.
        TRACT 403500 INCLUDING BLOCK(S)
              1028, 1030, 2009.
        TRACT 404300 INCLUDING BLOCK(S)
              2012, 2013.
        TRACT 404500 INCLUDING BLOCK(S)
              1002.
        TRACT 404600 INCLUDING BLOCK(S)
              1004.
        TRACT 405300 INCLUDING BLOCK(S)
              1009, 2016, 2021, 2023, 2027, 2029,
              2041, 2048, 2056, 2065, 2066, 2069,
              3005, 3007, 3014, 3031, 5004, 5014,
              5021, 5025, 5027, 5028, 5029, 5034,
              5037, 5039, 5050, 5051.
PITTSFIELD TOWNSHIP (PART)
        TRACT 404400 INCLUDING BLOCK(S)
              2001, 2003.
```

```
      TRACT 404500 INCLUDING BLOCK(S)
           1003, 1004, 1007, 1008, 1010, 1012,
           2013.
      TRACT 404600 INCLUDING BLOCK(S)
           1001, 1007, 1015.
      TRACT 405100 INCLUDING BLOCK(S)
           1005, 1007.
      TRACT 405200 INCLUDING BLOCK(S)
           4008, 4009, 4010, 4011, 4017.
      TRACT 405600 INCLUDING BLOCK(S)
           2005, 3003.
   SCIO TOWNSHIP (PART)
      TRACT 403300 INCLUDING BLOCK(S)
           1007, 1030, 1031, 1032, 2022, 2023,
           2025, 2027, 2030, 2031, 2033, 2037,
           2038, 2039, 2042, 3002, 3007, 3017,
           3022, 3028, 3060, 3061.
DISTRICT 054
   WASHTENAW COUNTY (PART)
      SUPERIOR TOWNSHIP (PART)
         TRACT 407000 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 1025, 1026, 1027, 1028, 1029,
           1030, 1031, 1032, 1033, 1034, 1035,
           1038, 1039, 1040, 1041, 1042, 1043,
           1044, 1045, 1046, 1047, 1048, 1049,
           1050, 1051, 1052, 1053, 1054, 1055,
           1056, 1057, 1058, 1059, 1060, 1061,
           1062, 1063, 1064, 1065, 1066, 1067,
           1068, 1070, 1071, 1072, 1073, 1074,
           1075, 1076, 1077, 1078, 1079, 1080,
           1081, 1082, 1083, 1084, 1085, 1086,
           1087, 1088, 1089, 1090, 1091, 1092,
           1093, 1094, 1095, 1097, 1098, 1099,
           1100, 1101, 1102, 2000, 2001, 2002,
           2003, 2004, 2005, 2006, 2007, 2008,
           2009, 2010, 2011, 2012, 2013, 2014,
           2015, 2016, 2017, 2018, 2019, 2020,
           2021, 2022, 2023, 2024, 2025, 2026,
           2027, 2028, 2029, 2030, 2031, 2032,
           2033, 2034, 2035, 2036, 2037, 2038,
           2039, 2040, 2041, 2042, 2043, 2044,
           2045, 2046, 2047, 2048, 2049, 2050,
           2051, 2052, 2053, 2054, 2055, 2056,
           2057, 2058, 2059, 2060, 2061, 2062,
           2064, 2065, 2066, 2067, 2068, 2069,
```

```
                    2070, 2071, 2072, 2073, 2074, 2075,
                    2076, 2077, 2078, 2079.
          TRACT 407400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015.
          TRACT 407600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029.
      YPSILANTI CITY
      YPSILANTI TOWNSHIP
DISTRICT 055
   WASHTENAW COUNTY (PART)
      ANN ARBOR CITY (PART)
          TRACT 400700 INCLUDING BLOCK(S)
                    1000, 1001, 2000, 2001, 2002, 2003,
                    2016.
          TRACT 402100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013.
          TRACT 402200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 2009, 3000, 4000,
                    4002, 4003.
          TRACT 402700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 3000, 3001,
                    3002, 3003, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 3015, 3016,
                    3017, 3018, 3019, 3020, 3021, 3022,
```

```
            3023.
    TRACT 403100 INCLUDING BLOCK(S)
            1000, 1008, 1009, 1011, 1012, 1015,
            1016, 1017, 1019, 1022, 1024, 1025,
            1026, 1027, 1028, 1032, 1034, 1037,
            1041, 1042, 1045, 1047, 1048, 1049,
            1056.
    TRACT 403200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1011, 1012, 1013, 1014, 1015,
            1016, 1018, 1019, 1020, 1021, 1022,
            1023, 1024, 1025, 1026, 1027, 1028,
            1029, 1030, 1031, 1032, 1033, 1034,
            1035, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            3001, 3002, 3004, 3005, 3008, 3009,
            3010, 3012, 3013, 3014, 3015, 3016,
            3017, 3018, 3019, 3020.
    TRACT 403400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1010, 1011, 1012,
            1013, 1014, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015.
    TRACT 403500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1018, 1019,
            1020, 1021, 1022, 1023, 1033, 1034.
    TRACT 403600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1006,
            1007, 1008, 1009, 1010, 1011, 2000,
            2001, 2002, 2003, 2004, 3001, 3002,
            3003, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014, 3017,
            3018, 3019, 3021.
    TRACT 403800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1006, 1007,
            1008, 1009, 1011, 1013, 1014, 1015,
            1018, 1019, 1020, 1021, 1022, 1023,
            1026, 1027, 2002, 2003, 2004, 2006,
            2007, 2008, 2009, 2010, 2011, 2013,
            2014, 2015, 2016, 2017, 2018, 2019,
            2020, 2021, 2023.
    TRACT 404100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 2000, 2004.
```

```
        TRACT 405300 INCLUDING BLOCK(S)
              2039, 2051.
        TRACT 406000 INCLUDING BLOCK(S)
              1031, 1038, 1039, 1048, 1050, 1051,
              1052, 1053, 2006.
ANN ARBOR TOWNSHIP (PART)
        TRACT 402200 INCLUDING BLOCK(S)
              1003, 4001.
        TRACT 402300 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1015, 1016, 2043,
              2044, 2047.
        TRACT 402500 INCLUDING BLOCK(S)
              1002, 1003, 1007, 1010, 1012, 1022.
        TRACT 402700 INCLUDING BLOCK(S)
              3004, 3005, 3006.
        TRACT 403100 INCLUDING BLOCK(S)
              1001, 1002, 1003, 1004, 1005, 1006,
              1007, 1010, 1013, 1014, 1018, 1020,
              1021, 1023, 1029, 1030, 1031, 1033,
              1035, 1036, 1038, 1039, 1040, 1043,
              1044, 1046, 1050, 1051, 1052, 1053,
              1054, 1055.
        TRACT 403200 INCLUDING BLOCK(S)
              1007, 1008, 1009, 1010, 1017, 3000,
              3003, 3006, 3007, 3011.
        TRACT 403400 INCLUDING BLOCK(S)
              1009.
        TRACT 403600 INCLUDING BLOCK(S)
              1005, 3000, 3004, 3015, 3016, 3020,
              3022.
        TRACT 403800 INCLUDING BLOCK(S)
              1004, 1005, 1010, 1012, 1016, 1017,
              1024, 1025, 2000, 2001, 2005, 2012,
              2022, 2024.
        TRACT 405300 INCLUDING BLOCK(S)
              2031, 2032, 2034, 2035, 2036, 2037,
              2038, 2042, 2055, 2057, 2058, 2064.
        TRACT 406000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 1025, 1026, 1027, 1028, 1029,
              1030, 1032, 1033, 1034, 1035, 1036,
              1037, 1040, 1041, 1042, 1043, 1044,
              1045, 1046, 1047, 1049, 1054, 1055,
              2000, 2001, 2002, 2003, 2004, 2005,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 2015, 2016, 2017, 2018,
```

```
                2019, 2020, 2021, 2022, 2023, 2024,
                2025, 2026, 2027, 2028, 2029, 2030,
                2031, 2032, 2033, 2034, 2035, 2036,
                2037, 2038, 2039, 2040, 2041, 2045,
                2046, 2047, 2048, 2049, 2050, 2051,
                2054, 2055, 2056, 2057, 2058, 2059,
                2060, 2061, 2062, 2063, 2064, 2065,
                2069, 2070, 2071, 2072, 2073, 2074,
                2075, 2076, 2077, 2078, 2079, 2080,
                2081, 2082, 2083, 2084, 2085, 2086.
        TRACT 407000 INCLUDING BLOCK(S)
                1036, 1037, 1069, 1096.
        TRACT 456000 INCLUDING BLOCK(S)
                2015, 2018.
AUGUSTA TOWNSHIP
MILAN CITY
PITTSFIELD TOWNSHIP (PART)
        TRACT 405300 INCLUDING BLOCK(S)
                2045, 2053, 2054, 2059.
        TRACT 405400 INCLUDING BLOCK(S)
                3000, 3001, 3002, 3009.
        TRACT 405500 INCLUDING BLOCK(S)
                2000, 2006, 2007, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021.
        TRACT 405600 INCLUDING BLOCK(S)
                3010.
        TRACT 414000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                2000, 2001, 2002, 2003, 3000, 3001,
                3002, 3003.
        TRACT 414200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1015, 1016, 1017, 1018, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 3000, 3001, 3002,
                3003, 3004.
        TRACT 414300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029.
        TRACT 414500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 2000,
```

```
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          2013, 2014, 2015, 2016, 2017, 2018,
          2019, 2020, 2021, 2022, 2023, 2024,
          2025, 2026, 2027, 2028, 2029, 2030.
TRACT 414700 INCLUDING BLOCK(S)
          1001, 1002, 1003, 1004, 1006, 1008,
          1009, 1010, 1011, 1012, 1014, 1015,
          1016, 1017, 1018, 1020, 1021, 1022,
          1023, 1024, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035.
TRACT 414900 INCLUDING BLOCK(S)
          1000, 1001, 1004, 1005, 1006, 1007,
          1008, 1009, 1010, 1011, 1012, 1013,
          1014, 1015, 1016, 1017, 1018, 1019,
          1020, 1021, 1022, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014.
TRACT 415200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018.
TRACT 415400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1005, 1006, 1007,
          1008, 1009, 1010, 1011, 1012, 1013,
          1014, 1015, 1016, 1017, 1018, 1019,
          1020, 1021, 1022, 1023, 1024, 1025,
          1026, 1027, 1028, 1029, 1030, 1031,
          1032, 1033, 1034, 1035, 1036, 1037,
          1038, 1039, 1040, 1041, 1042, 1043,
          1044, 1045, 1046, 1047, 1048, 1049,
          1050, 1051, 1052, 1053, 1054, 1055,
          1056, 1057.
TRACT 415600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028.
TRACT 415800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024, 2025, 2026, 2027, 2028, 2029,
          2030, 2031, 2032, 2033, 2034, 2035,
```

```
                    2036.
          TRACT 416000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2010,
                    2011, 2012, 2013, 2014.
          TRACT 416200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016.
          TRACT 422900 INCLUDING BLOCK(S)
                    1000, 1001.
          TRACT 423400 INCLUDING BLOCK(S)
                    2021.
     SUPERIOR TOWNSHIP (PART)
          TRACT 406000 INCLUDING BLOCK(S)
                    2042, 2043, 2044, 2052, 2053, 2066,
                    2067, 2068, 2087.
          TRACT 407000 INCLUDING BLOCK(S)
                    2063.
     YORK TOWNSHIP
DISTRICT 056
   MONROE COUNTY (PART)
     BEDFORD TOWNSHIP
     DUNDEE TOWNSHIP
     ERIE TOWNSHIP
     IDA TOWNSHIP
     LASALLE TOWNSHIP
     LUNA PIER CITY
     MILAN TOWNSHIP (PART)
          TRACT 830700 INCLUDING BLOCK(S)
                    1032, 2000, 2002, 2005, 2007, 2008,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2031, 2032, 2033, 2034, 2036,
                    2039, 2041, 2042, 2043, 2044, 2045,
                    2046, 2047, 2048, 2049, 2050, 2051,
                    2052, 2053, 2054, 2055, 2057, 2058,
                    2059, 2060, 2061, 2062, 2063, 2064,
                    2065, 2066, 2067, 2068, 2069, 2070,
```

```
                2071, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 3015, 3016,
                3017, 3018, 3019, 3020, 3021, 3022,
                3023, 3024, 3025, 3026, 3027, 3028,
                3029, 3030, 3031, 3032, 3033, 3034,
                3035, 3036, 3037, 3038, 3039, 3040,
                3041, 3042, 3043, 3044, 3045, 3046,
                3047, 3048, 3049, 3050, 3051, 3052,
                3053, 3054, 3055, 3056, 3057, 3058,
                3059, 3060, 3061, 3062, 3063, 3064,
                3065, 3066, 3067, 3068, 3069, 3070,
                3071, 3072, 3073, 3074, 3075, 3076,
                3077, 3078, 3079, 3080, 3081, 3082,
                3083, 3084, 3085, 3086, 3087, 3088,
                3089, 3090, 3091, 3092, 3093, 3094,
                3095, 3096, 3097, 3098, 3099, 3100,
                3101, 3102, 3103, 3104, 3105, 3106,
                3107, 3108, 3109, 3110, 3111, 3112,
                3113, 3114, 3115, 3116, 3117, 3118,
                3119, 3120, 3121, 3122, 3123, 3124,
                3125, 3126, 3127, 3128, 3129.
MILAN CITY
MONROE TOWNSHIP (PART)
    TRACT 831800 INCLUDING BLOCK(S)
                1032, 1042, 1043, 1044, 1045, 1047,
                1048, 1049, 1050, 1054, 1055, 1056,
                1057, 1058, 1059, 2023, 2024, 2025,
                2027.
    TRACT 832000 INCLUDING BLOCK(S)
                2017, 2018, 2019, 2020.
    TRACT 832200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014.
    TRACT 832300 INCLUDING BLOCK(S)
                1007, 1009, 1017, 1018, 2003, 2004,
                2005, 2006, 2009, 2013, 2014, 2015,
                2017, 2018, 2020, 2021, 2022, 2023,
                2024, 2025, 2026, 2027, 2028, 2029,
                2030, 2031, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 4000, 4001, 4002,
                4003, 4004, 4005, 4006, 4007, 4008,
```

```
                    4009, 4010, 4011, 4012, 4013, 4014,
                    5000, 5001, 5002, 5003, 5004, 5005,
                    5006, 5007, 5008, 5009, 5010, 5011.
          TRACT 832400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014, 3015, 3016.
          TRACT 832500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018, 2019, 2020,
                    2021, 2022, 2023, 2024, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014, 3015, 3016, 3017, 3018, 3019,
                    3020, 3021, 3022, 3023, 3024, 3025,
                    3026, 3027, 3028, 3029, 3030, 3031,
                    3032, 3033, 3034, 3035, 3036, 3037,
                    3038, 3039, 3040, 3041.
          PETERSBURG CITY
          RAISINVILLE TOWNSHIP
          SUMMERFIELD TOWNSHIP
          WHITEFORD TOWNSHIP
  DISTRICT 057
       LENAWEE COUNTY (PART)
          ADRIAN CITY
          ADRIAN TOWNSHIP
          BLISSFIELD TOWNSHIP
          CLINTON TOWNSHIP
          DEERFIELD TOWNSHIP
          DOVER TOWNSHIP
          FAIRFIELD TOWNSHIP
```

```
            FRANKLIN TOWNSHIP
            HUDSON CITY
            HUDSON TOWNSHIP
            MACON TOWNSHIP
            MADISON TOWNSHIP
            MEDINA TOWNSHIP
            MORENCI CITY
            OGDEN TOWNSHIP
            PALMYRA TOWNSHIP
            RAISIN TOWNSHIP
            RIDGEWAY TOWNSHIP
            RIGA TOWNSHIP
            ROLLIN TOWNSHIP
            ROME TOWNSHIP
            SENECA TOWNSHIP
            TECUMSEH CITY
            TECUMSEH TOWNSHIP
            WOODSTOCK TOWNSHIP
    DISTRICT 058
        BRANCH COUNTY
        HILLSDALE COUNTY
    DISTRICT 059
        CASS COUNTY (PART)
            CALVIN TOWNSHIP
            DOWAGIAC CITY
            JEFFERSON TOWNSHIP
            LAGRANGE TOWNSHIP
            MARCELLUS TOWNSHIP
            MASON TOWNSHIP
            NEWBERG TOWNSHIP
            PENN TOWNSHIP
            POKAGON TOWNSHIP
            PORTER TOWNSHIP
            VOLINIA TOWNSHIP
            WAYNE TOWNSHIP
        ST. JOSEPH COUNTY
    DISTRICT 060
        KALAMAZOO COUNTY (PART)
            OSHTEMO TOWNSHIP
            PORTAGE CITY (PART)
                TRACT 001905 INCLUDING BLOCK(S)
                        1000, 1001, 1002, 1003, 1004, 1005,
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 1019, 1020, 2000, 2001, 2002,
                        2003, 2004, 2005, 2006, 2007, 2008,
                        2009, 2010, 3000, 3001, 3002, 3003,
                        3004, 3005, 3006, 3007, 3008, 3009,
                        3010, 3011, 3012, 4000, 4001, 4002,
```

```
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013, 4014,
            4015, 4016, 4017, 4018, 4019, 4020,
            4021, 4022, 4023, 4024, 4025, 4026,
            4027, 4028, 4029, 4030, 4031, 4032,
            4033, 4034, 4035, 4036, 4037, 4038,
            4039, 4040, 4041, 4042, 4043, 4044,
            4045, 4046, 4047, 4048, 4049, 4050,
            4051, 4052, 4053, 4054, 5000, 5001,
            5002, 5003, 5004, 5005, 5006, 5007,
            5008, 5009, 5010, 5011, 5012, 5013,
            5014, 5015, 5016, 5017, 5018, 5019,
            5020, 5021, 5022, 5023, 5024, 5025,
            5026, 5027, 5028, 5029, 5030, 5031.
TRACT 001906 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 3014, 3015, 3016,
            3017, 3018
TRACT 001907 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012.
TRACT 002002 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 2018,
            2019, 2020, 2021, 2022, 2023, 2024,
            2025, 2026, 2027, 2028, 2029, 2030,
            2031, 2032, 2033, 2034, 2035, 2036,
            2037, 2038, 2039, 2040, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
```

```
                3008, 3009, 3010.
        TRACT 002003 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 2020,
                2021, 2022, 2023, 2024, 2025, 2026,
                2027, 2028, 2029, 2030, 2031, 2032,
                2033, 2034, 2035, 2036, 2037, 2038,
                2039, 2040, 2041, 2042.
        TRACT 002004 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012.
        TRACT 002005 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2019, 2020,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 3016, 3017,
                3018, 3019.
        TRACT 002101 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                3013, 3014, 3015, 3016, 3017, 3018,
                3019, 3020, 3021, 3022, 3023, 3024,
                3025, 3026, 3027, 3028, 3029, 3030,
                3031, 3032, 3033, 4000, 4001, 4002,
```

```
                    4003, 4004, 4005, 4006, 4007, 4008,
                    4009, 4010, 4011, 4012, 4013, 4014,
                    4015, 4016, 4017, 5000, 5001, 5002,
                    5003, 5004, 5005, 5006, 5007, 5008,
                    5009, 5010, 5011, 5012, 5013, 5014,
                    5015.
         TRACT 002102 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
                    2025, 2026, 2027, 2028.
         TRACT 003500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018, 4000, 4001, 4002, 4003, 4004,
                    4005, 4006, 4007, 4008, 4009, 4010,
                    4011, 4012, 4013, 4014, 4015, 4016,
                    4017, 4018, 4019, 5000, 5001, 5002,
                    5003, 5004, 5005, 5006, 5007, 5008,
                    5009, 5010, 5011, 5012, 5013, 5014,
                    5015, 5016, 5017, 5018, 5019, 5020,
                    5021, 5022, 5023, 5024, 5025, 5026,
                    5027, 5028, 5029, 5030, 5031, 5032,
                    5033.
      PRAIRIE RONDE TOWNSHIP
      SCHOOLCRAFT TOWNSHIP
      TEXAS TOWNSHIP
DISTRICT 061
   KALAMAZOO COUNTY (PART)
      KALAMAZOO CITY
      KALAMAZOO TOWNSHIP (PART)
         TRACT 000202 INCLUDING BLOCK(S)
                    1001, 1003.
         TRACT 001501 INCLUDING BLOCK(S)
```

```
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 2016, 2017, 2018, 2019, 2020,
            2021, 2022, 2023, 2024, 2025, 2026,
            2027, 2028, 2029, 2030, 2031, 2032,
            2033, 2034, 2035, 2036, 2037, 2038,
            2039, 2040, 2041, 2042, 2043, 3000,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015, 3016, 3017, 3018, 3019,
            3020, 3021, 3022, 3023, 3024, 3025,
            3026, 3027, 3028, 3029, 3030, 3031,
            3032, 3033, 3034, 3035, 3036, 3037,
            3038, 3039, 3040, 3041, 3042, 3043,
            3044, 3045, 3046, 3047, 3048, 3049,
            3050, 3051, 3052, 3053, 3054, 3055,
            3056, 3057, 3058, 3059, 3060, 3061,
            4000, 4001, 4002, 4003, 4004, 4005,
            4006, 4007, 4008, 4009, 4010, 4011,
            4012, 4013.
TRACT 001502 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015, 3016, 3017, 3018, 4000,
            4001, 4002, 4003, 4004, 4005, 4006,
            4007, 4008, 4009, 4010, 4011, 4012,
            4013, 4014, 4015, 4016, 4017, 4018,
            4019, 4020.
TRACT 001503 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 2013, 2014,
            2015, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 3012, 3013, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013, 4014,
            4015, 4016, 4017, 4018, 4019, 5000,
```

```
                    5001, 5002, 5003, 5004, 5005, 5006,
                    5007, 5008, 5009, 5010, 5011, 5012,
                    5013.
          TRACT 001803 INCLUDING BLOCK(S)
                    1013, 1014, 1015, 1016, 1017, 1018,
                    1019, 1020, 1021, 1022, 1023, 1024,
                    1025, 1026, 1027, 1028, 1029, 1030,
                    1031, 1032, 1033, 1034, 1035, 1036,
                    1037, 1038, 1039, 1040, 1041, 1042,
                    1043, 1044, 1045, 1046, 1047, 1048,
                    1049, 1050, 1051, 1052, 1053, 1054,
                    1055, 1058, 1059, 1060, 1061, 1062,
                    1063, 1064, 1065, 1066, 1067, 1068,
                    1069, 1070, 1071, 1072, 1073, 1074,
                    1075, 1076, 1077, 1078, 1079, 1080,
                    1081, 1082, 1083, 1084, 1085, 1086,
                    1087, 1088, 1089, 1090, 1091, 1092,
                    1093, 1094, 1095, 1096, 1097, 1098,
                    1099, 2030, 2031.
          TRACT 005501 INCLUDING BLOCK(S)
                    1035, 1040, 1048, 3016, 3018, 3019,
                    3020, 3021, 3022, 3023, 3024, 3025,
                    3028, 3029, 3030, 3031, 3032, 3033.
          TRACT 005502 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2011,
                    2012, 2027, 2035, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3023, 3024.
     PORTAGE CITY (PART)
          TRACT 001802 INCLUDING BLOCK(S)
                    2036.
DISTRICT 062
     CALHOUN COUNTY (PART)
          ALBION CITY
          ALBION TOWNSHIP
          BATTLE CREEK CITY
          BEDFORD TOWNSHIP
          CLARENCE TOWNSHIP
          CONVIS TOWNSHIP
          LEE TOWNSHIP
          PENNFIELD TOWNSHIP
          SHERIDAN TOWNSHIP
          SPRINGFIELD CITY
DISTRICT 063
     CALHOUN COUNTY (PART)
```

```
        ATHENS TOWNSHIP
        BURLINGTON TOWNSHIP
        CLARENDON TOWNSHIP
        ECKFORD TOWNSHIP
        EMMETT TOWNSHIP
        FREDONIA TOWNSHIP
        HOMER TOWNSHIP
        LEROY TOWNSHIP
        MARENGO TOWNSHIP
        MARSHALL CITY
        MARSHALL TOWNSHIP
        NEWTON TOWNSHIP
        TEKONSHA TOWNSHIP
    KALAMAZOO COUNTY (PART)
        BRADY TOWNSHIP
        CHARLESTON TOWNSHIP
        CLIMAX TOWNSHIP
        COMSTOCK TOWNSHIP
        GALESBURG CITY
        KALAMAZOO TOWNSHIP (PART)
            TRACT 001803 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 2016,
                2017, 2018, 2019, 2020, 2021, 2023,
                2029, 2032, 2033.
            TRACT 005502 INCLUDING BLOCK(S)
                1013, 1014, 2013, 2014, 2015, 2016,
                2017, 2018, 2019, 2020, 2021, 2022,
                2023, 2024, 2025, 2026, 2028, 2029,
                2030, 2031, 2032, 2033, 2034, 2037,
                3018, 3019, 3020, 3021, 3022, 3025,
                3026, 3027, 3028, 3029, 3030, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012,
                4013, 4014, 4015, 4016, 4017, 4018,
                4019, 4020, 4021, 4022, 4023, 4024,
                4025, 4026, 4027, 4028, 4029, 4030,
                4031, 4032.
        PAVILION TOWNSHIP
        RICHLAND TOWNSHIP
        ROSS TOWNSHIP
        WAKESHMA TOWNSHIP
DISTRICT 064
    JACKSON COUNTY (PART)
        CONCORD TOWNSHIP
        HANOVER TOWNSHIP
```

JACKSON CITY (PART)
    TRACT 000100 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014, 3015,
            3016, 3017, 3018, 3019, 3020, 3021,
            3022, 3023.
    TRACT 000200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 4009, 4010.
    TRACT 000400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007, 4008, 5000, 5001,
            5002, 5003, 5004, 5005, 5006, 5007,
            5008, 5009, 5010, 5011, 5012, 5013,
            5014, 5015, 5016, 5017, 5018, 5019,
            5020, 5021, 5022.
    TRACT 000500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023.
    TRACT 000600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,

```
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1046, 1047,
                1048, 1049, 1050, 1051, 1052, 1053,
                1054, 1055, 1056, 1057.
TRACT 000800 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 3015,
                3016, 3017, 3018, 3019, 3020, 3021,
                3022, 3023, 3024, 3025, 3026, 3027,
                3028, 3029, 3030, 3031, 3032, 3033,
                3034, 3035, 3036, 3037, 3038, 3039,
                3040, 3041, 3042, 3043, 3044, 3045,
                3046, 3047, 3048, 3049, 3050, 3051,
                3052, 3053, 4000, 4001, 4002, 4003,
                4004, 4005, 4006, 4007, 4008, 4009,
                4010, 4011, 4012, 4013, 4014, 4015,
                4016, 4017, 4018, 4019, 4020, 4021,
                4022, 4023, 4024, 4025, 4026, 4027,
                4028, 4029, 4030, 4031, 4032, 4033,
                4034, 4035, 4036.
TRACT 000900 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 2008, 2009, 2010,
                2011, 2012, 2013, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011, 3012, 3013, 3014,
                3015, 3016, 4000, 4001, 4002, 4003,
                4004, 4005, 4006, 4007, 4008, 4009,
                4010, 4011, 4012, 4013.
TRACT 001000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 2000, 2001, 2002, 2003, 2004,
                2005, 2006, 2007, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009.
TRACT 001100 INCLUDING BLOCK(S)
```

```
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017, 2018, 2019,
        2020, 2021, 2022.
TRACT 001200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023,
        2024, 2025, 2026, 2027, 2028, 2029,
        2030, 2031, 2032, 2033, 2034, 2035,
        2036, 2037, 2038, 2039, 2040, 2041,
        2042, 2043, 2044, 2045, 2046, 2047,
        2048, 2049, 2050, 2051, 2052, 2053,
        2054, 2055, 2056, 2057, 2058, 2059,
        2060, 2061, 2062, 2063, 2064, 2065,
        2066, 2067, 2068, 2069, 2070, 2071,
        2072, 2073, 2074, 2075, 2076, 2077,
        2078, 2079, 2080, 2081, 2082, 2083,
        2084, 2085, 2086, 2087, 2088, 2089,
        2090, 2091, 2092, 2093, 2094, 2095,
        2097, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014, 3015, 3016,
        3017, 3018, 3019, 3020, 3021, 3022.
TRACT 001300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 3023, 3024, 3025, 3026, 3027,
        3028, 3029, 3030, 3031, 3032, 3033,
        3034, 3035, 3036, 3037, 3038.
TRACT 006100 INCLUDING BLOCK(S)
        6009, 6011.
TRACT 006900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
```

```
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3018, 3019, 3020,
                    3021, 3022, 3023, 3024, 3025, 3026,
                    3027, 3028, 3029, 3030, 3031, 3032,
                    3033, 3034, 3035, 3036, 3037, 3038,
                    3039.
          NAPOLEON TOWNSHIP
          PARMA TOWNSHIP
          PULASKI TOWNSHIP
          SANDSTONE TOWNSHIP
          SPRING ARBOR TOWNSHIP
          SUMMIT TOWNSHIP
     DISTRICT 065
          EATON COUNTY (PART)
               BROOKFIELD TOWNSHIP
               EATON TOWNSHIP (PART)
                    TRACT 020901 INCLUDING BLOCK(S)
                    3000, 3001, 3003, 3004, 3006, 3010,
                    3011, 4007, 4008.
                    TRACT 020902 INCLUDING BLOCK(S)
                    1000, 1001, 1030.
                    TRACT 021001 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1012, 1013,
                    1014, 1016, 1017, 1018, 1019, 1020,
                    1031, 1033, 1034, 1035, 1036, 1037,
                    1038, 1039, 1040, 1041, 1042, 1043,
                    1044, 1045, 1050, 1054, 1058, 1059,
                    1060, 1061, 1065, 1067, 1068, 1069,
                    1070, 1071, 1072, 1073, 1077, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2010, 2011, 2012.
                    TRACT 021002 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1034, 1035,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3015, 3017, 4000, 4001,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 4009, 4010, 4011, 4012, 4013,
                    4014, 4015, 4016, 4017, 4018, 4019,
                    4020, 4021, 4022, 4023, 4024, 4025,
                    4026, 4027, 4028, 4029, 4030, 4031,
                    4032, 4033, 4034, 4035, 4036, 4037,
```

```
                    4038, 4039, 4040, 4041, 4042, 4043,
                    4044.
          EATON RAPIDS CITY
          HAMLIN TOWNSHIP
     JACKSON COUNTY (PART)
          BLACKMAN TOWNSHIP
          COLUMBIA TOWNSHIP
          GRASS LAKE TOWNSHIP
          HENRIETTA TOWNSHIP
          JACKSON CITY (PART)
               TRACT 005900 INCLUDING BLOCK(S)
                    3018.
          LEONI TOWNSHIP
          LIBERTY TOWNSHIP
          NORVELL TOWNSHIP
          RIVES TOWNSHIP
          SPRINGPORT TOWNSHIP
          TOMPKINS TOWNSHIP
          WATERLOO TOWNSHIP
     LENAWEE COUNTY (PART)
          CAMBRIDGE TOWNSHIP
DISTRICT 066
     KALAMAZOO COUNTY (PART)
          ALAMO TOWNSHIP
          COOPER TOWNSHIP
          PARCHMENT CITY
     VAN BUREN COUNTY
DISTRICT 067
     INGHAM COUNTY (PART)
          ALAIEDON TOWNSHIP
          AURELIUS TOWNSHIP
          BUNKER HILL TOWNSHIP
          DELHI TOWNSHIP
          INGHAM TOWNSHIP
          LANSING CITY (PART)
               TRACT 003602 INCLUDING BLOCK(S)
                    2004, 2005, 2006, 2008, 2009, 2010,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011.
               TRACT 003700 INCLUDING BLOCK(S)
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 4004, 4005,
                    4006, 4007, 4008.
               TRACT 005100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
```

```
                2014, 2015, 2016, 2017, 2018, 2019,
                2020, 2021, 2022, 2023, 2026, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007.
     TRACT 005201 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 4000,
                4001, 4002, 4003, 5000, 5001, 5002,
                5003, 5004, 5005, 5006, 5007, 5008,
                5009, 5010.
     TRACT 005202 INCLUDING BLOCK(S)
                1000, 1001, 2000, 2008, 2009, 2010,
                2011, 2012, 2013, 2014, 2015, 2030.
     TRACT 005302 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 2017, 2018, 2028, 2029,
                2030.
     TRACT 005303 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009, 4010, 4011,
                4012, 4013, 4014.
     TRACT 005304 INCLUDING BLOCK(S)
                1006, 1016, 1017, 1018, 1019, 1020,
                1029, 1030, 1031, 1032, 1033, 1034,
                1035, 1036, 1037, 1038, 1039, 1040,
                1041, 1042, 1043, 1044, 1045, 1046,
                1047, 1048, 1049, 1051, 1052, 1053,
                1054, 1055, 1056, 1057, 1058, 1059,
                1064, 1065, 1066, 1067, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 2018, 2019,
                2020, 2021, 2022.
     TRACT 005501 INCLUDING BLOCK(S)
```

```
              2006.
         TRACT 005600 INCLUDING BLOCK(S)
              1013, 1022, 1024.
    LEROY TOWNSHIP
    LESLIE CITY
    LESLIE TOWNSHIP
    LOCKE TOWNSHIP
    MASON CITY
    ONONDAGA TOWNSHIP
    STOCKBRIDGE TOWNSHIP
    VEVAY TOWNSHIP
    WHEATFIELD TOWNSHIP
    WHITE OAK TOWNSHIP
    WILLIAMSTON CITY (PART)
         TRACT 005700 INCLUDING BLOCK(S)
              1002, 1003, 1004.
         TRACT 005800 INCLUDING BLOCK(S)
              3000, 3001, 3002, 3003, 3004, 3005,
              3006, 3007, 3008, 3009, 3010, 3011,
              3012, 3018, 3022, 3023, 3024, 3026,
              3027, 3028, 3029, 3030, 3031, 3033,
              4001, 4005, 4006, 4007, 4008, 4013,
              4014, 4015, 4016, 4017, 4018, 4019,
              4020, 4021, 4022, 4023.
DISTRICT 068
    INGHAM COUNTY (PART)
       EAST LANSING CITY (PART)
         TRACT 002901 INCLUDING BLOCK(S)
              2010.
         TRACT 003103 INCLUDING BLOCK(S)
              3004.
         TRACT 003801 INCLUDING BLOCK(S)
              1007, 1008, 1009, 1010, 1011, 1012,
              1013, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 2008, 2009, 2010,
              2011, 2012, 2013, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3013, 3016,
              3018, 3019, 3020.
         TRACT 003802 INCLUDING BLOCK(S)
              3015.
         TRACT 980100 INCLUDING BLOCK(S)
              1001, 1087, 1088.
       LANSING CITY (PART)
         TRACT 000100 INCLUDING BLOCK(S)
              1004, 1005, 1006, 1007, 1008, 1009,
              1010, 1011, 1012, 1013, 1014, 1015,
              1016, 1017, 1018, 1019, 1020, 1021,
              1022, 1023, 1024, 1025, 1026, 1027,
              1028, 1029, 2000, 2001, 2002, 2003,
```

Proposed

```
                 2004, 2005, 2006, 2007, 2008, 2009,
                 2010, 2011, 2012, 2013, 2014, 2015,
                 2016, 2017, 2018, 2019, 2020, 2021,
                 2022, 2023, 2024, 2025, 2026, 2027,
                 2028, 2029, 2030, 2031, 2032, 2033,
                 2034, 2035, 2036, 2037, 2038.
     TRACT 000400 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1021, 1022, 1023,
                 1024, 1025, 1026, 1027, 1028, 1029,
                 1030, 1031, 1032, 2000, 2001, 2002,
                 2003, 2004, 2005, 2006, 2007, 2008,
                 2009, 2010, 2011, 2012, 2013, 2014,
                 2015, 2016, 2017, 2018, 2019, 2020,
                 2021, 2022, 2023, 2024, 3000, 3001,
                 3002, 3003, 3004, 3005, 3006, 3007,
                 3008, 3009, 3010, 3011, 3012, 3013,
                 3014, 3015, 3016, 3017, 3018, 3019,
                 3020, 3021, 3022, 3023, 3024, 3025,
                 3026, 3027, 3028, 3029.
     TRACT 000600 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1021, 2000, 2001,
                 2002, 2003, 2004, 2005, 2006, 2007,
                 2008, 2009, 2010, 2011, 2012, 2013,
                 2014, 2015.
     TRACT 000700 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 1013, 1014, 1015, 1016, 1017,
                 1018, 1019, 1020, 1021, 1022, 2000,
                 2001, 2002, 2003, 2004, 2005, 2006,
                 2007, 2008, 2009, 2010, 2011, 2012,
                 2013, 2014, 2015, 2016, 3000, 3001,
                 3002, 3003, 3004, 3005, 3006, 3007,
                 3008, 3009, 3010, 3011.
     TRACT 000800 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1006, 1007, 1008, 1009, 1010, 1011,
                 1012, 2000, 2001, 2002, 2003, 2004,
                 2005, 2006, 2007, 2008, 2009, 2010,
                 2011, 3000, 3001, 3002, 3003, 3004,
                 3005, 3006, 3007, 3008, 3009, 3010,
                 3011, 3012, 3013, 3014, 3015, 3016,
                 3017, 4000, 4001, 4002, 4003, 4004,
```

```
        4005, 4006, 4007, 4008.
TRACT 001000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 2000, 2001, 2002,
        2003, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 2024, 2025, 2026, 2030,
        2031.
TRACT 001200 INCLUDING BLOCK(S)
        1004, 1005, 1006, 1007, 1008, 1009,
        1010, 1011, 1012, 1013, 1014, 1021,
        1023, 1024, 1027, 1028, 1029, 1030,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020,
        3021, 3022, 3023, 3024, 3025, 3026,
        3027, 3028.
TRACT 001703 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 3017.
TRACT 002000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 4008, 4009, 4010,
        4011, 4012, 4013, 4014, 4015, 4016,
        4017, 4018, 4019, 4020, 4021, 4022,
        4023, 4024, 4025, 4026, 4027, 4028,
        4029, 4030, 4031.
```

```
TRACT 002101 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017, 2018, 2019,
        2020.
TRACT 002200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022,
        2023, 2024, 2025, 2026, 2027, 2028,
        2029.
TRACT 002300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 3023, 3024, 3025,
        3026, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 4008, 4009, 4010,
        4011, 4012, 4013, 4014, 4015, 4016,
        4017, 4018, 4019, 4020.
TRACT 002600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 2017, 2018.
TRACT 002700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
```

```
                     2015, 2016, 2017, 2018, 2019, 2020,
                     2021, 2022, 2023, 2024, 2025, 2026,
                     2027, 3000, 3001, 3002, 3003, 3004,
                     3005, 3006, 3007, 3008, 3009, 3010,
                     3011, 3012, 3013, 3014.
        TRACT 002800 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1003, 1004, 1005,
                     1006, 1007, 1008, 1009, 1010, 1011,
                     1012, 1013, 1014, 1015, 1016, 1017,
                     1018, 2000, 2001, 2002, 2003, 2004,
                     2005, 2006, 2007, 2008, 2009, 2010,
                     2011, 2012, 2013, 2014, 2015, 2016,
                     2017, 2018, 2019, 3000, 3001, 3002,
                     3003, 3004, 3005, 3006, 3007, 3008,
                     3009, 3010, 3011, 3012, 3013, 3014,
                     3015, 3016.
        TRACT 002901 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1009, 1010, 1011,
                     1012, 2011, 2012.
        TRACT 002902 INCLUDING BLOCK(S)
                     1006, 1007, 1008, 1009, 1010, 1011,
                     1012, 1013, 1014, 2000, 2001, 2002,
                     2003, 2004, 2005, 2006, 2007, 2008,
                     2009, 2010, 2011, 3000, 3001, 3002,
                     3003, 3004, 3005, 3006, 3007, 3008,
                     3009, 3010, 3011, 3012, 3013, 3014,
                     3015, 3016, 3017, 3018, 3019, 3020,
                     3021.
        TRACT 003103 INCLUDING BLOCK(S)
                     1016, 1017, 1018, 1020, 1021, 1022,
                     1023, 1024, 2000, 2001, 2002, 2003,
                     2004, 2005, 2006, 2010, 2011, 2014,
                     2015, 2018, 2020, 2023, 3000, 3002,
                     3003, 3005, 3006, 3008, 4000, 4001,
                     4002, 4003, 4004, 4005, 4006, 4007,
                     4008, 4009, 4010, 4011, 4012, 4013,
                     4014, 4015, 4016, 4017, 5000, 5001,
                     6000, 6007, 6008, 6009, 6010, 6011,
                     6012, 6013.
        TRACT 003200 INCLUDING BLOCK(S)
                     1002, 1003, 1004, 1005, 1006, 1007,
                     1008, 1009, 1010, 1011, 1012, 1013,
                     1014, 1015, 1016, 1017, 1018, 1019,
                     1021, 1022, 2000, 2001, 2002, 2003,
                     2004, 2005, 2006, 2007, 2008, 2009,
                     2010, 2011, 2012, 2013, 2014, 2015,
                     2016.
        TRACT 003301 INCLUDING BLOCK(S)
                     1000, 1001, 1002, 1003, 1004, 1005,
```

```
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3017, 3018, 3019, 3020,
          3021, 3022, 3023, 3024, 3025.
TRACT 003302 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          2013, 2014, 2015, 2016, 2017, 2018,
          2019, 2020, 2021, 2022, 2023, 2024.
TRACT 003400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1024, 1025, 1031, 1032.
TRACT 003500 INCLUDING BLOCK(S)
          2000, 2030, 2031, 2032.
TRACT 003601 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014.
TRACT 003602 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 2000, 2001, 2002, 2003,
          2007.
TRACT 003700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 4000, 4001, 4002,
          4003, 5000, 5001, 5002, 5003, 5004,
          5005, 5006, 5007, 5008, 5009.
TRACT 003801 INCLUDING BLOCK(S)
          3008, 3009, 3021, 3022, 3023, 3024,
          3028, 3029, 3030, 3031, 3032.
TRACT 004000 INCLUDING BLOCK(S)
          3004, 3005, 3014, 3015, 3016, 3017,
          3018, 3027, 3028, 3035, 3037, 3038,
```

```
            3040, 3041.
TRACT 006500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 3017,
            3018, 3019, 3020, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4008,
            4009, 4010, 4011, 4012, 4013.
TRACT 006600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 2017,
            2018, 2019, 2020, 2021, 2022, 2023,
            2024, 2025, 2026, 2027, 2028, 2029,
            2030, 2031, 2032, 2033, 2034, 2035,
            2036, 2037, 2038, 2039, 2040, 2041,
            3000, 3001, 3002, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011,
            3012, 3013, 3014, 3015, 3016, 3017,
            3018, 3019, 3020, 3021, 3022, 3023,
            3024, 3025, 3026, 3027, 3028, 3029,
            3030, 3031, 3032, 3033, 3034, 3035,
            3036, 3037, 3038, 3039, 3040, 3041,
            3042, 3043, 3044, 3045, 3046, 3047,
            3048, 3049, 3050, 3051, 3052, 3053,
            3054, 3055, 3056, 3057, 3058, 3059,
            3060, 3061, 3062, 3063, 3064, 3065,
            3066, 3067, 3068, 3069, 3070, 3071,
            3072, 3073, 3074, 3075, 3076, 3077,
            3078, 3079, 3080.
TRACT 006700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 1046, 1047,
```

```
              1048, 1049, 1050, 1051, 1052, 1053,
              1054, 1055, 1056, 1057, 1058, 1059,
              1060, 1061, 1062, 1063, 1064, 1065,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006, 2007, 2008, 2009, 2010, 2011,
              2012, 2013, 2014, 2015, 2016, 2017,
              2018, 2019, 2020, 2021, 2022, 2023,
              2024, 2025, 2026, 2027, 2028, 3000,
              3001, 3002, 3003, 3004, 3005, 3006,
              3007, 3008, 3009, 3010, 3011, 3012,
              3013, 3014, 3015, 3016, 3017, 3018,
              3019, 3020, 3021, 3022, 3023, 3024,
              3025, 3026, 3027, 3028, 3029, 3030,
              3031, 3032, 4000, 4001, 4002, 4003,
              4004, 4005, 4006, 4007, 4008, 4009,
              4010, 4011, 4012, 4013, 4014, 4015,
              4016, 4017, 4018, 4019, 4020, 4021,
              4022, 4023, 4024, 4025, 4026.
TRACT 006800 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007,
              2008, 2009, 2010, 2011, 2012, 2013,
              2014, 2015, 2016, 2017, 2018, 2019,
              2020, 2021, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              3010, 3011, 3012, 3013, 3014, 3015,
              3016, 4000, 4001, 4002, 4003, 4004,
              4005, 4006, 4007, 4008, 4009, 4010,
              4011, 4012, 4013, 4014, 4015, 4016,
              4017.
TRACT 007000 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 2008,
              2009, 2010, 2011, 2012, 2013, 2014,
              2015, 2016, 2017, 2018, 2019, 2020,
              2021, 2022, 2023, 3000, 3001, 3002,
              3003, 3004, 3005, 3006, 3007, 3008,
              3009, 3010, 3011, 3012, 3013, 3014,
              3015, 3016, 3017, 3018, 3019, 3020,
              3021, 3022, 3023, 3024, 3025, 3026,
              3027, 3028, 3029, 3030, 3031, 3032,
              3033, 3034, 3035, 3036, 3037, 4000,
              4001, 4002, 4003, 4004, 4005, 4006,
              4007, 4008, 4009, 4010, 4011, 4012,
```

```
              4013, 5000, 5001, 5002, 5003, 5004,
              5005, 5006, 5007, 5008, 5009, 5010,
              5011, 5012, 5013, 5014, 5015, 5016,
              5017, 5018, 5019, 5020, 5021, 5022,
              5023, 5024, 5025, 5026, 5027, 5028,
              6000, 6001, 6002, 6003, 6004, 6005,
              6006, 6007, 6008, 6009, 6010, 6011,
              6012, 6013, 6014, 6015, 6016, 6017,
              6018, 6019, 6020, 6021, 6022, 6023,
              6024, 6025, 6026, 6027, 6028, 6029,
              6030.
    TRACT 980100 INCLUDING BLOCK(S)
              1000, 1004, 1010, 1029, 1030, 1031,
              1032, 1033, 1034, 1035, 1044, 1045,
              1046, 1047, 1048, 1049, 1050, 1051,
              1052, 1053, 1054, 1055, 1056, 1057,
              1058, 1059, 1060, 1061, 1062, 1063,
              1064, 1068, 1069, 1070, 1071, 1072,
              1073, 1074, 1075, 1076, 1077, 1078,
              1079, 1080, 1081, 1082, 1083, 1084,
              1089, 1090, 1093, 1094, 1095, 1096.
    TRACT 980200 INCLUDING BLOCK(S)
              1000, 1002, 1007, 1008, 1009, 1010,
              1023, 1025, 1026, 1027, 1028, 1030,
              1046, 1047, 1048, 1049, 1050, 1051,
              1052, 1053, 1054, 1055, 1056, 1057,
              1058, 1059, 1060, 1061, 1062, 1063,
              1064, 1065, 1066, 1067, 1068, 1069,
              1070, 1071, 1072, 1073, 1074, 1075,
              1076, 1077, 1078, 1079, 1080, 1081,
              1082, 1083, 1084, 1085, 1086, 1087,
              1088, 1089, 1091, 1092, 1093, 1094,
              1095, 1096.
LANSING TOWNSHIP (PART)
    TRACT 000100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1030.
    TRACT 001000 INCLUDING BLOCK(S)
              2004, 2005, 2006, 2007, 2008, 2009,
              2010, 2011, 2012, 2013, 2014, 2015,
              2016, 2027, 2028, 2029, 2032, 2033.
    TRACT 001200 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1015, 1016,
              1017, 1018, 1019, 1021, 1022, 1025,
              1026, 1031.
    TRACT 002902 INCLUDING BLOCK(S)
              1000.
    TRACT 003103 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
```

```
                    1012, 1013, 1014, 1015, 1019, 2007,
                    2008, 2009, 2012, 2013, 2016, 2017,
                    2019, 2021, 2022, 2024, 3001, 3007,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3018, 3019, 5002,
                    5003, 5004, 5005, 5006, 5007, 5008,
                    5009, 5010, 5011, 5012, 5013, 5014,
                    5015, 5016, 5017, 5018, 5019, 5020,
                    5021, 5022, 6001, 6002, 6003, 6004,
                    6005, 6006, 6014, 6015, 6016.
       TRACT 003200 INCLUDING BLOCK(S)
                    1000, 1001, 1020.
       TRACT 003400 INCLUDING BLOCK(S)
                    1007, 1008, 1009, 1010, 1011, 1012,
                    1013, 1014, 1015, 1016, 1017, 1018,
                    1019, 1020, 1021, 1022, 1023, 1026,
                    1027, 1028, 1029, 1030, 1033, 1034,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 3000, 3001, 3002, 3003, 3004,
                    3005, 3006, 3007, 3008, 3009, 3010,
                    3011, 3012, 3013, 3014, 3015.
       TRACT 003500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
                    2025, 2026, 2027, 2028, 2029, 2033,
                    2034, 2035, 2036, 2037, 2038, 2039,
                    2040, 2041, 2042, 2043, 2044, 2045,
                    2046, 2047, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013.
       TRACT 003801 INCLUDING BLOCK(S)
                    3010, 3011, 3012, 3025, 3026, 3027.
       TRACT 003802 INCLUDING BLOCK(S)
                    3016.
       TRACT 004000 INCLUDING BLOCK(S)
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3029, 3030, 3031, 3032,
                    3033, 3034, 3036.
       TRACT 980000 INCLUDING BLOCK(S)
                    1144, 1146.
       TRACT 980100 INCLUDING BLOCK(S)
                    1007, 1008, 1009, 1011, 1012, 1013,
                    1018, 1019, 1028.
```

```
        TRACT 980200 INCLUDING BLOCK(S)
            1001, 1003, 1004, 1005, 1006, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1024,
            1029, 1031, 1032, 1033, 1034, 1035,
            1036, 1037, 1038, 1039, 1040, 1041,
            1042, 1043, 1044, 1045, 1090.
DISTRICT 069
    INGHAM COUNTY (PART)
        EAST LANSING CITY (PART)
            TRACT 002901 INCLUDING BLOCK(S)
                2000, 2001, 2002, 2003, 2004, 2005,
                2024, 2025.
            TRACT 003801 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 3000, 3014, 3015, 3017.
            TRACT 003802 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 2007, 2008,
                2009, 2010, 2011, 2012, 2013, 2014,
                2015, 2016, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3014, 3017, 3018, 3019,
                3020.
            TRACT 003901 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1010, 1012, 1013, 1014,
                1015, 1016, 1017, 1018, 1019, 1020,
                1021, 1022, 1023, 1024, 1025, 1026,
                1027, 1028, 1029, 1030, 1031, 1032,
                1033, 1034, 1035, 1036, 1037.
            TRACT 003902 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 3016, 3017,
                3018, 3019, 3020, 3021, 3022, 3023,
                3024, 3025.
            TRACT 004000 INCLUDING BLOCK(S)
```

```
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 1017,
              1018, 1019, 1020, 1021, 1022, 1023,
              1024, 2000, 2001, 2002, 2003, 2004,
              2005, 2006, 2007, 3000, 3001, 3002,
              3003, 3019, 3020, 3021, 3022, 3023,
              3024, 4000, 4001, 4002, 4003, 4004,
              4005, 4006, 4007, 4008, 4009, 4010,
              4011, 4012, 4013, 4014, 4015, 4016,
              4017, 4018, 5000, 5001, 5002, 5003,
              5004, 5005, 5006, 5007, 5008, 5009,
              5010, 5011, 5012, 5013, 5014, 5015,
              5016, 5017, 5018, 5019.
TRACT 004100 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 1015, 1016, 2000,
              2001, 2002, 2003, 2004, 2005, 2006,
              2007, 2008, 2009, 2010, 2011, 2012,
              2013, 2014, 3000, 3001, 3002, 3003,
              3004, 3005, 3006, 3007, 3008, 3009,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011,
              4012, 4013, 4014.
TRACT 004301 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1012, 1014, 1015,
              2001, 2002, 2004, 2005, 2006, 2007,
              2017, 3000, 3001, 3002, 3003, 3004,
              3005, 3006, 3007, 3008, 3009, 3010,
              3011, 3012, 3013, 3014, 3015, 3016,
              4000, 4001, 4002, 4003, 4004, 4005,
              4006, 4007, 4008, 4009, 4010, 4011,
              4012, 4013, 4014, 4015, 4016, 4017,
              4018, 4019, 4020, 4021, 4022, 4023.
TRACT 004302 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 2006, 2007.
TRACT 004402 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              2000, 2001, 2002, 2003, 2004, 2005,
              2006.
TRACT 004403 INCLUDING BLOCK(S)
              1000, 1001, 1002, 1003, 1004, 1005,
              1006, 1007, 1008, 1009, 1010, 1011,
              1012, 1013, 1014, 2000, 2001, 2002,
              2003, 2004, 2005, 2006, 2007, 3000,
```

```
                  3001, 3002, 3003, 3004, 3005, 3006.
         TRACT 004490 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004.
         TRACT 004491 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003.
         TRACT 004492 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014.
         TRACT 004493 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003.
         TRACT 004494 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018.
         TRACT 004500 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003.
         TRACT 004600 INCLUDING BLOCK(S)
                  1020, 1021, 1022, 1023, 1025, 1027,
                  1028, 1030, 1046, 1047, 1048, 1049,
                  1050.
         TRACT 980000 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 1037, 1038, 1039, 1040, 1041,
                  1042, 1043, 1044, 1045, 1046, 1047,
                  1048, 1049, 1050, 1051, 1052, 1053,
                  1054, 1055, 1056, 1057, 1058, 1059,
                  1060, 1061, 1062, 1063, 1064, 1065,
                  1066, 1067, 1068, 1069, 1070, 1071,
                  1072, 1073, 1074, 1075, 1076, 1077,
                  1078, 1079, 1080, 1081, 1082, 1083,
                  1084, 1085, 1086, 1087, 1088, 1089,
                  1090, 1091, 1092, 1093, 1094, 1095,
                  1096, 1097, 1098, 1099, 1100, 1101,
                  1102, 1103, 1104, 1105, 1106, 1107,
                  1108, 1109, 1110, 1111, 1112, 1113,
                  1114, 1115, 1116, 1117, 1118, 1119,
                  1120, 1121, 1122, 1123, 1124, 1125,
                  1130, 1131, 1132, 1134, 1141, 1142,
                  1174, 1175, 1176, 1177, 1178, 1179,
                  1180, 1181, 1182, 1184, 1185.
         TRACT 980100 INCLUDING BLOCK(S)
                  1002, 1003, 1014, 1015, 1016, 1017,
```

```
                    1020, 1021, 1022, 1023, 1024, 1025,
                    1026, 1027, 1036, 1037, 1085, 1086.
         LANSING CITY (PART)
             TRACT 002901 INCLUDING BLOCK(S)
                    1003, 1004, 1005, 1006, 1007, 1008,
                    2006, 2007, 2008, 2009, 2013, 2014,
                    2015, 2016, 2017, 2018, 2019, 2020,
                    2021, 2022, 2023.
             TRACT 002902 INCLUDING BLOCK(S)
                    1001, 1002, 1003, 1004, 1005.
             TRACT 004000 INCLUDING BLOCK(S)
                    3025, 3026, 3039.
             TRACT 005001 INCLUDING BLOCK(S)
                    1009, 1011, 1012, 1013.
             TRACT 980000 INCLUDING BLOCK(S)
                    1133, 1135, 1136, 1137, 1138, 1139,
                    1140, 1152, 1153, 1154, 1155, 1173,
                    1183.
             TRACT 980100 INCLUDING BLOCK(S)
                    1005, 1006, 1038, 1039, 1040, 1041,
                    1042, 1043, 1065, 1066, 1067, 1091,
                    1092.
         LANSING TOWNSHIP (PART)
             TRACT 003802 INCLUDING BLOCK(S)
                    3012, 3013.
             TRACT 980000 INCLUDING BLOCK(S)
                    1145.
         MERIDIAN TOWNSHIP
         WILLIAMSTON CITY (PART)
             TRACT 005800 INCLUDING BLOCK(S)
                    1006, 1007, 1009, 1010, 1015, 1016,
                    1017, 1018, 1019, 1020, 1021, 1022,
                    1023, 2005, 2006, 2007, 2008, 2010,
                    2011, 2012, 2014, 2016, 2017, 2018,
                    2019, 2020, 2021, 2023, 2024, 2025,
                    2031, 2032, 2033, 2035, 4009, 4010,
                    4011.
         WILLIAMSTOWN TOWNSHIP
DISTRICT 070
    GRATIOT COUNTY (PART)
         ALMA CITY
         ARCADA TOWNSHIP (PART)
             TRACT 000600 INCLUDING BLOCK(S)
                    1041.
         BETHANY TOWNSHIP
         EMERSON TOWNSHIP
         ITHACA CITY (PART)
             TRACT 000200 INCLUDING BLOCK(S)
                    3117, 3118.
```

```
      TRACT 000900 INCLUDING BLOCK(S)
          3009.
      TRACT 001000 INCLUDING BLOCK(S)
          1000, 1001, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          2022, 2024, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 3012, 3013, 3014, 3015,
          3016, 3017, 3018, 3019, 3020, 3021,
          3022, 3023, 3024, 3025, 3026, 3027,
          3028, 3029, 3030, 3031, 3032, 3033,
          3034, 3035, 3036, 3037, 3038, 4000,
          4001, 4002, 4003, 4004, 4005, 4006,
          4007, 4008, 4009, 4010, 4011, 4012,
          4013, 4014, 4015, 4016, 4017, 4018,
          4019, 4020, 4021, 4022, 4023, 4024,
          4025, 4026, 4027, 4028, 4029, 4030,
          4031, 4032, 4033, 4034, 4035, 4036.
    PINE RIVER TOWNSHIP
    ST. LOUIS CITY
    SEVILLE TOWNSHIP
  MONTCALM COUNTY
DISTRICT 071
  EATON COUNTY (PART)
    BELLEVUE TOWNSHIP
    BENTON TOWNSHIP
    CARMEL TOWNSHIP
    CHARLOTTE CITY
    CHESTER TOWNSHIP
    DELTA TOWNSHIP
    EATON TOWNSHIP (PART)
      TRACT 021000 INCLUDING BLOCK(S)
          1028, 1075.
    EATON RAPIDS TOWNSHIP
    GRAND LEDGE CITY
    KALAMO TOWNSHIP
    LANSING CITY
    OLIVET CITY
    ONEIDA TOWNSHIP
    POTTERVILLE CITY
    ROXAND TOWNSHIP
    SUNFIELD TOWNSHIP
    VERMONTVILLE TOWNSHIP
    WALTON TOWNSHIP
    WINDSOR TOWNSHIP
DISTRICT 072
  ALLEGAN COUNTY (PART)
```

```
            DORR TOWNSHIP
            LEIGHTON TOWNSHIP
            WAYLAND CITY
            WAYLAND TOWNSHIP
        KENT COUNTY (PART)
            GAINES TOWNSHIP
            KENTWOOD CITY
DISTRICT 073
        KENT COUNTY (PART)
            CANNON TOWNSHIP
            COURTLAND TOWNSHIP
            EAST GRAND RAPIDS CITY
            GRAND RAPIDS CITY (PART)
                TRACT 004400 INCLUDING BLOCK(S)
                    2004, 2022, 2023.
            GRAND RAPIDS TOWNSHIP
            NELSON TOWNSHIP
            OAKFIELD TOWNSHIP
            PLAINFIELD TOWNSHIP
            SPENCER TOWNSHIP
DISTRICT 074
        KENT COUNTY (PART)
            ALGOMA TOWNSHIP
            ALPINE TOWNSHIP
            CEDAR SPRINGS CITY
            GRANDVILLE CITY
            ROCKFORD CITY
            SOLON TOWNSHIP
            SPARTA TOWNSHIP
            TYRONE TOWNSHIP
            WALKER CITY
DISTRICT 075
        KENT COUNTY (PART)
            GRAND RAPIDS CITY (PART)
                TRACT 000300 INCLUDING BLOCK(S)
                    1001, 1002, 1003, 1004, 1005, 1006,
                    1007, 1008, 1009, 1010, 1011, 1012,
                    1013, 1014, 1015, 1016, 1017, 1018,
                    1019, 1020, 1021, 1022, 1023, 2002,
                    2003, 2004, 2005, 2006, 2009, 2010,
                    3000, 3001, 3002, 3003, 3004, 3005,
                    3006, 3007, 3008, 3009, 3010, 3011,
                    3012, 3013, 3014, 3015, 3016, 3017,
                    3018.
                TRACT 000400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 2000, 2001, 2002, 2003, 2004,
```

```
          2005, 2006, 2007, 2008, 2009, 2010,
          2011, 2012, 2013, 2014, 2015, 2016,
          2017, 2018, 2019, 2020, 2021, 2022,
          2023, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          3011, 3012, 3013, 3014, 3015, 3016.
TRACT 001000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 3005,
          2006, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          3011, 3012, 3013, 3014, 3015, 3016,
          3017, 3018, 3019, 3020, 3021, 3022,
          3023, 3024, 3025, 3026, 3027, 4000,
          4001, 4002, 4003, 4004, 4005, 4006,
          4007, 4008, 4009, 4010.
TRACT 001101 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 2016, 2017, 2018, 2019, 2020,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014, 3015, 3016, 3017,
          3018, 3019, 3020.
TRACT 001102 INCLUDING BLOCK(S)
          1001, 1002, 1003, 1004, 1005, 1006,
          1007, 1008, 1009, 1010, 1011, 1012,
          1013, 1014, 1015, 1016, 1017, 1018,
          1019, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          2011, 2012, 2013.
TRACT 001200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1027, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3011,
          3012, 3013, 3018.
TRACT 002200 INCLUDING BLOCK(S)
          1000, 1001, 1003, 1004, 1005, 1006,
          1007, 1008, 1009, 1010, 1013, 1025,
          1026, 1027, 1028, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
```

```
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3013, 3014, 4000, 4005, 4006,
                    4007, 4011.
        TRACT 002300 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1033,
                    1034, 1035, 1036, 1037, 1038, 1039,
                    1040, 1041, 1042, 1043, 1044, 1045,
                    1046, 1047, 1048, 1049, 1050, 1051,
                    1052, 1053, 1054, 1055, 1056, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
                    2025, 2026, 2027, 2028.
        TRACT 002400 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018.
        TRACT 002500 INCLUDING BLOCK(S)
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 2015, 2016, 2017,
                    2018, 2019, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020, 3021,
                    3022, 3023, 3024.
        TRACT 003000 INCLUDING BLOCK(S)
                    2009, 2010, 2012.
        TRACT 003100 INCLUDING BLOCK(S)
                    1000, 1001.
        TRACT 003200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    2000, 2001, 2002, 2003, 2004, 2005,
                    2006, 2007, 2008, 2009, 2010, 2011,
                    2012, 2013, 2014, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
```

```
        3009, 3010, 4000, 4001, 4002, 4003,
        4004, 4005, 4006, 4007, 4008, 4009,
        5000, 5001, 5002, 5003, 5004, 5005,
        5006, 5007, 5008, 5009, 5010, 5011,
        5012, 5013, 5014, 5015, 5016, 5017,
        5018, 5019, 5020, 5021.
TRACT 003300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018.
TRACT 003400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2025,
        2026, 2027, 2028, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019.
TRACT 003600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022,
        2023, 2024, 2025, 3000, 3001, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 3023, 3024, 3025, 3026, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        4007, 4008, 4009, 4010, 4011, 4012,
        4013, 4014, 4015.
TRACT 003700 INCLUDING BLOCK(S)
```

```
                  1017, 1018, 1019, 1025, 1026, 1027,
                  1028, 1029, 1030, 2015, 2016, 2017,
                  2018, 2019, 2020, 2021, 2022, 2023,
                  2024, 2025, 2026, 2027, 2028, 2029,
                  2030, 2031, 2032.
         TRACT 004100 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 1027, 1028, 1029,
                  1030, 1031, 1032, 1033, 1034, 1035,
                  1036, 2000, 2001, 2002, 2003, 2004,
                  2005, 2006, 2007, 2008, 2009, 2010,
                  2011, 2012, 2013, 2014, 2015, 2016,
                  2017, 2018, 2019, 2020, 2021, 2022,
                  2023, 2024, 2025, 2026, 2027, 2028,
                  2029, 2030.
         TRACT 004200 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 1020, 1021, 1022, 1023,
                  1024, 1025, 1026, 2000, 2001, 2002,
                  2003, 2004, 2005, 2006, 2007, 2008,
                  2009, 2010, 2011, 2012, 2013, 2014,
                  2015, 2016, 2017, 2018, 2019, 2020,
                  2021, 2022, 2023, 2024, 2025, 2026,
                  2027, 2028, 2029, 2030, 2031, 2032.
         TRACT 004300 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 1019, 2000, 2001, 2002, 2003,
                  2004, 2005, 2006, 2007, 2008, 2009,
                  2010, 2011, 2012, 2013, 2014, 2015,
                  2016, 2017, 2018, 3000, 3001, 3002,
                  3003, 3004, 3005, 3006, 3007, 3008,
                  3009, 3010, 3011, 3012, 3013, 3014,
                  3015.
         TRACT 004400 INCLUDING BLOCK(S)
                  1000, 1001, 1002, 1003, 1004, 1005,
                  1006, 1007, 1008, 1009, 1010, 1011,
                  1012, 1013, 1014, 1015, 1016, 1017,
                  1018, 2000, 2001, 2002, 2003, 2005,
                  2006, 2007, 2008, 2009, 2010, 2011,
                  2012, 2013, 2014, 2015, 2016, 2017,
                  2018, 2019, 2020, 2021, 2024, 2025,
                  2026, 2027, 3000, 3001, 3002, 3003,
```

```
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 3012, 3013, 4002, 4003,
          4004, 4012, 4013, 4014, 4015, 4016,
          4017, 4018, 4019, 4020, 4022, 4025,
          4026, 4027, 4028, 4029, 4030, 5000,
          5001, 5002, 5003, 5004, 5005, 5006,
          5007, 5008, 5009, 5010, 5011, 5012,
          5013, 5014, 5015, 5016, 5017, 5018,
          5019.
TRACT 004500 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1017, 2002, 2003,
          2004, 2005, 2006, 2007, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3019, 3020, 3021, 4000,
          4001, 4002, 4003, 4004, 4005, 4006,
          4007, 4008, 4009, 4010, 4011, 4012,
          4013, 4014, 4015, 4016, 4017, 4018,
          4019, 4020, 4021, 4022, 4023, 4024,
          4025, 5000, 5001, 5002, 5003, 5004,
          5005, 5006, 5007, 5008, 5009, 5010,
          5011, 5012, 5013, 5014, 5015, 5016,
          5017, 5018, 5019, 5020, 5021, 5022,
          5024, 6000, 6001, 6002, 6003, 6004,
          6005, 6006, 6007, 6008, 6009, 6010,
          6011, 6012, 6013, 6014, 6015, 6016,
          6017, 6018.
TRACT 004600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 2016, 2017, 2018, 2019, 2020,
          2021, 2022, 2023, 2024, 2025, 2026,
          2027, 2028, 2029, 2030, 2031, 2032,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014, 3015, 3016, 3017,
          3018, 3019, 3020, 3021, 3022, 3023,
          3024, 3025, 3026.
TRACT 011801 INCLUDING BLOCK(S)
          1016, 1018, 1019, 1020, 1021, 1024,
```

```
                    1026, 1029, 1030, 3009, 3010, 3011,
                    4040, 4041.
          TRACT 011803 INCLUDING BLOCK(S)
                    1005, 1007, 1008, 1009, 1010, 1011,
                    1016, 1017, 1018, 1019, 1020, 1021,
                    1023, 1027, 1028, 1048, 2003, 2004,
                    2005, 2006, 2007, 2008, 2009, 2011,
                    2012, 2013, 2014, 2021, 2022, 2023,
                    2024, 2025.
          TRACT 012605 INCLUDING BLOCK(S)
                    1004, 1005, 1006, 1010, 1011, 1012.
          TRACT 012606 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 4000, 4001, 4002,
                    4003, 4004, 4005, 4006, 4007, 4008,
                    4009, 4010, 4011, 4012, 4013, 4014,
                    4015, 4016, 4017, 4018, 4019.
          TRACT 012607 INCLUDING BLOCK(S)
                    1002, 1003, 1004.
          TRACT 014200 INCLUDING BLOCK(S)
                    2043, 2044, 2045, 2048, 2049, 2050,
                    2051.
     DISTRICT 076
       KENT COUNTY (PART)
          GRAND RAPIDS CITY (PART)
          TRACT 000100 INCLUDING BLOCK(S)
                    1002, 1003, 1004, 1005, 1006, 1007,
                    1008, 1009, 1010, 1011, 1012, 1013,
                    1014, 1015, 1016, 1017, 1018, 1019,
                    1020, 1021, 1022, 1023, 1024, 1025,
                    1026, 1027, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016.
          TRACT 000200 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 2023, 2024, 2025,
                    2026, 2027, 2028, 2029, 2030, 2031,
                    2032, 2033, 2034, 2035, 2036, 2037,
                    2038, 2039.
          TRACT 000500 INCLUDING BLOCK(S)
```

```
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 3012, 3013, 3014, 3015,
          3016, 3017, 3018, 3019, 3020, 3021,
          3022, 3023, 3024, 3025, 4000, 4001,
          4002, 4003, 4004, 4005, 4006, 4007,
          4008, 4009, 4010, 4011, 4012, 4013,
          4014, 4015, 4016, 4017.
TRACT 000600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 2018, 2019,
          2020, 2021, 2022, 2023, 2024, 2025,
          2026, 2027, 2028, 2029, 2030.
TRACT 000700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 2019, 2020, 2021, 2022, 2023,
          2024, 2025, 2026, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3017.
TRACT 000800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
```

```
          1042, 1043, 1044, 1045, 1046, 1047,
          1048, 1049, 1050, 1051, 1052, 1053,
          1054, 1055, 1056, 1057, 1058, 1059,
          1060, 1061, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010.
TRACT 000900 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          2011, 2012, 2013, 2014, 2015, 2016,
          2017, 2018, 2019, 2020, 2021, 2022,
          2023, 2024, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 3012, 3013, 3014, 3015,
          3016, 3017, 3018, 3019, 3020, 3021,
          3022, 3023, 3024, 3025, 3026, 3027,
          3028, 3029, 3030.
TRACT 001200 INCLUDING BLOCK(S)
          1014, 1015, 1016, 1017, 1018, 1019,
          1020, 1021, 1022, 1023, 1024, 1025,
          1026, 1028, 2011, 3009, 3010, 3014,
          3015, 3016, 3017, 4000, 4001, 4002,
          4003, 4004, 4005, 4006, 4007, 4008.
TRACT 001300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 2000, 2001, 2002, 2003, 2004,
          2005, 2006, 2007, 2008, 2009, 2010,
          2011, 2012, 2013, 2014, 2015, 2016,
          2017, 2018, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 3012, 3013, 3014, 3015,
          3016, 3017, 3018, 3019, 3020, 3021,
          3022, 3023, 3024, 3025, 3026.
TRACT 001400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 1046, 1047,
```

```
                1048, 1049, 1050, 1051, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017.
        TRACT 001500 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2000, 2001, 2002, 2003,
                2004, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021,
                2022, 2023, 2024, 2025, 2026, 2027,
                2028, 2029, 2030, 2031, 2032, 2033,
                2034, 2035, 2036, 2037, 2038, 3000,
                3001, 3002, 3003, 3004, 3005, 3006,
                3007, 3008, 3009, 3010, 3011, 3012,
                3013, 3014, 3015.
        TRACT 001600 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 3000, 3001, 3002, 3003,
                3004, 3005, 3006, 3007, 3008, 3009,
                3010, 3011, 3012, 3013, 3014, 4000,
                4001, 4002, 4003, 4004, 4005, 4006,
                4007, 4008, 4009, 4010, 4011, 4012,
                4013, 4014, 4015, 4016, 4017, 4018,
                4019, 4020, 4021, 4022, 4023, 4024,
                4025, 4026, 4027, 4028, 4029, 5000,
                5001, 5002, 5003, 5004, 5005, 5006,
                5007, 5008, 5009, 5010, 5011, 5012,
                5013, 5014, 5015, 5016, 5017, 5018,
                5019, 5020, 5021.
        TRACT 001700 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 2018, 2019,
                2020, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 3015, 3016,
                3017, 3018, 3019, 3020, 3021, 3022,
                3023, 3024, 3025.
        TRACT 001800 INCLUDING BLOCK(S)
```

```
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          3000, 3001, 3002, 3003, 3004, 3005,
          3006, 3007, 3008, 3009, 3010, 3011,
          3012, 3013, 3014, 3015, 4000, 4001,
          4002, 4003, 4004, 4005, 4006, 4007,
          4008, 4009, 4010, 4011, 4012, 4013,
          4014, 4015, 4016, 5000, 5001, 5002,
          5003, 5005, 5006, 5007, 5008, 5009,
          5010, 5011, 5012, 5013, 5014, 5015,
          5016, 5017, 5018, 5019, 5020, 5021,
          5022, 5023, 5024.
TRACT 001900 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 1035,
          1036, 1037, 1038, 1039, 1040, 1041,
          1042, 1043, 1044, 1045, 1046, 1047,
          1048, 1049, 1050, 1051, 1052, 1053,
          1054, 1055, 1056, 1057, 1058, 1059,
          1060, 1061, 1062, 1063, 1064, 1065,
          1066, 1067, 1068, 1069, 1070, 1071,
          1072, 1073, 1074, 1075, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3017, 3018, 3019, 3020,
          3021, 3022, 3023, 3024, 4000, 4001,
          4002, 4003, 4004, 4005, 4006, 4007,
          4008, 4009, 4010, 4011, 4012, 4013,
          4014, 4015, 4016, 4017, 4018, 4019,
          4020, 4021, 4022, 4023, 4024, 4025,
          4026, 4027, 5000, 5001, 5002, 5003,
          5004, 5005, 5006, 5007, 5008, 5009,
          5010, 5011, 5012, 6000, 6001, 6002,
          6003, 6004, 6005, 6006, 6007, 6008,
          6009.
TRACT 002000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
```

```
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 1051, 1052, 1053,
                    1054, 1055, 1056, 1057, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 2023, 2024, 2025,
                    2026, 2027, 2028, 2029, 2030, 2031,
                    2032.
      TRACT 002100 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014.
      TRACT 002200 INCLUDING BLOCK(S)
                    1002, 1011, 1012, 1014, 1015, 1016,
                    1017, 1018, 1019, 1020, 1021, 1022,
                    1023, 1024, 1029, 1030, 3009, 3010,
                    3011, 3012, 3015, 3016, 3017, 4001,
                    4002, 4003, 4004, 4008, 4009, 4010,
                    4012, 4013, 4014, 4015.
      TRACT 002500 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 4000, 4001, 4002,
                    4003, 4004, 4005, 4006, 4007, 4008.
      TRACT 002600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 1045, 1046, 1047,
                    1048, 1049, 1050, 1051, 1052, 1053,
                    1054, 1055, 1056, 1057, 1058, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010, 2011, 2012,
                    2013, 2014, 2015, 2016, 2017, 2018,
                    2019, 2020, 2021, 2022, 2023, 2024,
```

```
                    2025, 2026, 2027, 2028, 2029, 2030,
                    2031, 2032, 2033, 2034, 2035, 2036,
                    2037, 2038, 2039, 2040, 2041, 2042,
                    2043, 2044, 2045, 2046, 2047, 2048,
                    2049, 2050, 2051, 2052, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012, 3013,
                    3014, 3015, 3016.
        TRACT 002700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015, 2016, 2017, 2018, 2019,
                    2020, 2021, 2022, 3000, 3001, 3002,
                    3003, 3004, 3005, 3006, 3007, 3008,
                    3009, 3010, 3011, 3012, 3013, 3014,
                    3015, 3016, 3017, 3018, 3019, 3020,
                    3021, 3022, 3023, 3024, 3025, 3026,
                    3027, 3028, 3029, 3030, 3031, 3032,
                    3033, 3034, 3035, 3036, 3037, 3038,
                    3039, 3040, 3041, 3042, 3043, 3044,
                    3045, 3046, 3047, 3048, 3049, 3050,
                    3051, 3052, 3053, 3054, 3055, 3056,
                    3057, 3058, 3059, 3060, 3061.
        TRACT 002800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 1020, 1021, 1022, 1023,
                    1024, 1025, 1026, 1027, 1028, 1029,
                    1030, 1031, 1032, 1033, 1034, 1035,
                    1036, 1037, 1038, 1039, 1040, 1041,
                    1042, 1043, 1044, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 2011, 2012, 2013, 2014,
                    2015, 2016, 2017, 2018, 2019, 2020,
                    2021, 2022, 2023.
        TRACT 002900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 2000,
                    2001, 2002, 2003, 2004, 2005, 2006,
                    2007, 2008, 2009, 2010.
        TRACT 003000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
```

```
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 2000, 2001, 2002, 2003, 2004,
                    2005, 2006, 2007, 2008, 2011.
        TRACT 003100 INCLUDING BLOCK(S)
                    1002, 1003, 1004, 1005, 1006, 1007,
                    1008, 1009, 1010, 1011, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 3000, 3001,
                    3002, 3003, 3004, 3005, 3006, 3007,
                    3008, 3009, 3010, 3011, 3012.
        TRACT 003500 INCLUDING BLOCK(S)
                    3002.
        TRACT 003600 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1017,
                    1018, 1019, 2000, 2001, 2002, 2003,
                    2004, 2005, 2006, 2007, 2008, 2009,
                    2010, 2011, 2012, 2013, 2014, 2015,
                    2016, 2017, 2018, 2019, 2020, 2021,
                    2022, 2023, 2024, 2025, 2026, 2027,
                    2028, 2029, 2030, 2031, 2032, 2033,
                    2034, 2035, 2036, 2037.
        TRACT 003700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1012, 1013, 1014, 1015, 1016, 1020,
                    1021, 1022, 1023, 1024, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014.
        TRACT 003800 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 2000, 2001, 2002,
                    2003, 2004, 2005, 2006, 2007, 2008,
                    2009, 2010, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 3019, 3020.
        TRACT 003900 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1004, 1005, 1006,
                    1007, 1008, 1009, 1010, 1011, 1012,
                    1014, 1015, 1016, 1017, 1018, 1019,
                    1020, 1021, 1022, 1023, 2000, 2001,
                    2002, 2003, 2004, 2005, 2006, 2007,
                    2008, 2009, 2010, 2011, 2012, 2013,
                    2014, 2015.
        TRACT 004000 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
```

```
                        1006, 1007, 1008, 1009, 1010, 1011,
                        1012, 1013, 1014, 1015, 1016, 1017,
                        1018, 2000, 2001, 2002, 2003, 2004,
                        2005, 2006, 2007, 2008, 2009, 2010,
                        2011, 2012, 2013, 2014, 2015, 2016,
                        2017, 2018, 2019, 2020, 2021, 2022,
                        2023, 2024, 2025, 2026, 2027.
            TRACT 011600 INCLUDING BLOCK(S)
                        1042, 1043, 3000, 3001, 3011, 3016,
                        3017, 3018, 3019, 3020, 3021, 3024,
                        3025, 3027, 3028, 3029, 3030, 3031,
                        3032, 3033, 3034, 3035, 3036, 3037,
                        3039.
            TRACT 013300 INCLUDING BLOCK(S)
                        1000.
    DISTRICT 077
        KENT COUNTY (PART)
            BYRON TOWNSHIP
            WYOMING CITY
    DISTRICT 078
        BERRIEN COUNTY (PART)
            BERRIEN TOWNSHIP
            BERTRAND TOWNSHIP
            BUCHANAN CITY
            BUCHANAN TOWNSHIP
            CHIKAMING TOWNSHIP
            GALIEN TOWNSHIP
            NEW BUFFALO CITY
            NEW BUFFALO TOWNSHIP
            NILES CITY
            NILES TOWNSHIP
            ORONOKO TOWNSHIP
            PIPESTONE TOWNSHIP
            SODUS TOWNSHIP
            THREE OAKS TOWNSHIP
            WEESAW TOWNSHIP
        CASS COUNTY (PART)
            HOWARD TOWNSHIP
            MILTON TOWNSHIP
            NILES CITY
            ONTWA TOWNSHIP
            SILVER CREEK TOWNSHIP
    DISTRICT 079
        BERRIEN COUNTY (PART)
            BAINBRIDGE TOWNSHIP
            BARODA TOWNSHIP
            BENTON TOWNSHIP
            BENTON HARBOR CITY
            BRIDGMAN CITY
```

```
            COLOMA CITY
            COLOMA TOWNSHIP
            HAGAR TOWNSHIP
            LAKE TOWNSHIP
            LINCOLN TOWNSHIP
            ROYALTON TOWNSHIP
            ST. JOSEPH CITY
            ST. JOSEPH TOWNSHIP
            WATERVLIET CITY
            WATERVLIET TOWNSHIP
    DISTRICT 080
        ALLEGAN COUNTY (PART)
            ALLEGAN CITY
            ALLEGAN TOWNSHIP
            CASCO TOWNSHIP
            CHESHIRE TOWNSHIP
            CLYDE TOWNSHIP
            VILLAGE OF DOUGLAS CITY
            FENNVILLE CITY
            FILLMORE TOWNSHIP
            GANGES TOWNSHIP
            GUNPLAIN TOWNSHIP
            HEATH TOWNSHIP
            HOLLAND CITY
            HOPKINS TOWNSHIP
            LAKETOWN TOWNSHIP
            LEE TOWNSHIP
            MANLIUS TOWNSHIP
            MARTIN TOWNSHIP
            MONTEREY TOWNSHIP
            OTSEGO CITY
            OTSEGO TOWNSHIP
            OVERISEL TOWNSHIP
            PLAINWELL CITY
            SALEM TOWNSHIP
            SAUGATUCK CITY
            SAUGATUCK TOWNSHIP
            SOUTH HAVEN CITY
            TROWBRIDGE TOWNSHIP
            VALLEY TOWNSHIP
            WATSON TOWNSHIP
    DISTRICT 081
        ST. CLAIR COUNTY (PART)
            ALGONAC CITY
            BERLIN TOWNSHIP
            BROCKWAY TOWNSHIP
            CHINA TOWNSHIP
            CLAY TOWNSHIP
            CLYDE TOWNSHIP
```

```
        COTTRELLVILLE TOWNSHIP
        EAST CHINA TOWNSHIP
        EMMETT TOWNSHIP
        GRANT TOWNSHIP
        GREENWOOD TOWNSHIP
        LYNN TOWNSHIP
        MARINE CITY CITY
        MARYSVILLE CITY
        MUSSEY TOWNSHIP
        PORT HURON CITY (PART)
            TRACT 620000 INCLUDING BLOCK(S)
                2000, 2001, 2002, 4011, 4012, 5021,
                5022.
            TRACT 623000 INCLUDING BLOCK(S)
                1002.
            TRACT 624000 INCLUDING BLOCK(S)
                3027, 3028.
            TRACT 625000 INCLUDING BLOCK(S)
                1000, 1001, 2000.
            TRACT 626000 INCLUDING BLOCK(S)
                2000, 2010, 2011
            TRACT 627000 INCLUDING BLOCK(S)
                1000.
            TRACT 628000 INCLUDING BLOCK(S)
                1000, 1001, 4000, 4004.
            TRACT 629000 INCLUDING BLOCK(S)
                1000.
            TRACT 631600 INCLUDING BLOCK(S)
                2000.
            TRACT 990000 INCLUDING BLOCK(S)
                0005, 0006.
        PORT HURON TOWNSHIP
        ST. CLAIR CITY
        ST. CLAIR TOWNSHIP
        YALE CITY
DISTRICT 082
    LAPEER COUNTY
DISTRICT 083
    ST. CLAIR COUNTY (PART)
        BURTCHVILLE TOWNSHIP
        FORT GRATIOT TOWNSHIP
        PORT HURON CITY (PART)
            TRACT 620000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 3000, 3001, 3002,
```

```
           3003, 3004, 3005, 3006, 3007, 3008,
           3009, 3010, 3011, 3012, 3013, 3014,
           3015, 3016, 3017, 3018, 3019, 3020,
           3021, 3022, 3023, 4000, 4001, 4002,
           4003, 4004, 4005, 4006, 4007, 4008,
           4009, 4010, 4013, 4014, 5000, 5001,
           5002, 5003, 5004, 5005, 5006, 5007,
           5008, 5009, 5010, 5011, 5012, 5013,
           5014, 5015, 5016, 5017, 5018, 5019,
           5020, 5023, 5024, 5025, 5026, 5027,
           5028, 5029, 5030, 5031, 5032, 5033
TRACT 621000 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 1025, 1026, 1027, 1028, 1029,
           1030, 1031, 1032, 1033, 1034, 1035,
           1036, 2000, 2001, 2002, 2003, 2004,
           2005, 2006, 2007, 2008, 2009, 2010,
           2011, 2012, 2013, 2014, 2015, 2016,
           2017, 2018, 2019, 2020, 2021, 2022,
           2023, 2024, 2025, 2026, 2027, 2028,
           2029, 2030, 2031, 2032, 3000, 3001,
           3002, 3003, 3004, 3005, 3006, 3007,
           3008, 3009, 3010, 3011, 3012, 3013,
           3014, 3015, 3016, 3017, 3018, 3019,
           3020, 3021, 3022, 3023, 3024, 3025,
           3026, 3027, 3028, 3029, 3030, 3031.
TRACT 622000 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           2000, 2001, 2002, 2003, 2004, 2005,
           2006, 2007, 2008, 2009, 2010, 2011,
           2012, 2013, 2014, 2015, 2016, 2017,
           2018, 2019, 2020, 2021, 2022, 2023,
           2024, 2025, 2026, 2027, 2028, 2029,
           2030, 2031, 2032, 2033, 3000, 3001,
           3002, 3003, 3004, 3005, 3006, 3007,
           3008, 3009, 3010, 3011, 3012, 3013,
           3014, 3015, 3016, 3017, 3018, 3019,
           3020, 3021, 3022, 3023, 3024, 3025,
           3026, 3027, 3028, 3029, 3030, 3031,
           3032, 3033, 3034, 3035, 3036, 3037,
           3038, 3039, 3040, 3041, 3042, 3043,
           3044, 3045, 3046, 3047, 3048, 3049,
           3050, 3051, 3052, 3053, 3054, 3055,
```

3056.
TRACT 623000 INCLUDING BLOCK(S)
        1000, 1001, 1003, 1004, 1005, 1006,
        1007, 1008, 1009, 1010, 1011, 1012,
        1013, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020,
        3021, 3022, 3023, 3024, 3025, 3026,
        3027, 3028, 3029, 3030, 3031.
TRACT 624000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 3023, 3024, 3025,
        3026, 3029, 3030, 3031.
TRACT 625000 INCLUDING BLOCK(S)
        1002, 1003, 1004, 1005, 1006, 1007,
        1008, 1009, 1010, 1011, 1012, 1013,
        1014, 1015, 1016, 1017, 1018, 1019,
        1020, 1021, 1022, 1023, 1024, 1025,
        1026, 1027, 1028, 1029, 1030, 1031,
        1032, 1033, 1034, 1035, 1036, 1037,
        1038, 1039, 1040, 1041, 1042, 1043,
        1044, 1045, 1046, 1047, 1048, 1049,
        1050, 1051, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022,
        2023, 2024, 2025, 2026, 2027, 2028,
        2029, 2030, 2031, 2032, 2033, 2034,
        2035, 2036, 2037, 2038, 2039, 2040,
        2041, 2042, 2043, 2044, 2045, 2046,
        2047, 2048, 2049, 2050, 2051, 2052.
TRACT 626000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 2001,

```
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          2022, 2023, 2024, 2025, 2026, 2027,
          2028, 2029, 2030, 2031, 2032, 2033,
          2034, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          3011, 3012, 3013, 3014, 3015, 3016,
          3017, 3018, 3019, 3020, 3021, 3022,
          3023, 3024, 3025, 3026, 3027, 3028,
          3029, 3030, 3031, 3032, 3033, 3034,
          3035, 3036, 3037, 3038.
TRACT 627000 INCLUDING BLOCK(S)
          1001, 1002, 1003, 1004, 1005, 1006,
          1007, 1008, 1009, 1010, 1011, 1012,
          1013, 1014, 1015, 1016, 1017, 1018,
          1019, 1020, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 2019, 2020, 2021,
          2022, 2023, 3000, 3001, 3002, 3003,
          3004, 3005, 3006, 3007, 3008, 3009,
          3010, 3011, 3012, 3013, 3014, 3015,
          3016, 3017, 3018, 3019, 3020, 3021,
          3022, 3023, 3024.
TRACT 628000 INCLUDING BLOCK(S)
          1002, 1003, 1004, 1005, 1006, 1007,
          1008, 1009, 1010, 1011, 1012, 1013,
          1014, 1015, 1016, 1017, 1018, 1019,
          1020, 1021, 1022, 1023, 1024, 1025,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 2013, 2014, 2015, 2016, 2017,
          2018, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          3011, 3012, 3013, 3014, 3015, 3016,
          3017, 3018, 4001, 4002, 4003, 4005,
          4006, 4007, 4008, 4009, 4010, 4011,
          4012, 4013, 4014, 4015, 4016, 4017,
          4018, 4019, 4020, 4021, 4022, 4023,
          4024, 4025, 4026, 4027, 4028, 4029,
          4030, 4031, 4032, 4033, 4034, 4035.
TRACT 629000 INCLUDING BLOCK(S)
          1001, 1002, 1003, 1004, 1005, 1006,
          1007, 1008, 1009, 1010, 1011, 1012,
          1013, 1014, 1015, 1016, 1017, 1018,
          1019, 1020, 1021, 1022, 2000, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
```

```
                          2016, 2017, 2018, 2019, 2020, 2021,
                          2022, 2023, 2024, 2025, 2026, 2027.
             TRACT 630400 INCLUDING BLOCK(S)
                          3010, 3011, 3012.
             TRACT 631600 INCLUDING BLOCK(S)
                          2001.
             TRACT 636000 INCLUDING BLOCK(S)
                          1022, 3035.
      SANILAC COUNTY
DISTRICT 084
      HURON COUNTY
      TUSCOLA COUNTY
DISTRICT 085
      SAGINAW COUNTY (PART)
          BRADY TOWNSHIP
          BRANT TOWNSHIP
          CHAPIN TOWNSHIP
          CHESANING TOWNSHIP
          FREMONT TOWNSHIP
          JONESFIELD TOWNSHIP
          LAKEFIELD TOWNSHIP
          MAPLE GROVE TOWNSHIP
          MARION TOWNSHIP
          RICHLAND TOWNSHIP
      SHIAWASSEE COUNTY
DISTRICT 086
      IONIA COUNTY (PART)
          BELDING CITY
          BERLIN TOWNSHIP (PART)
             TRACT 032100 INCLUDING BLOCK(S)
                          1001.
          EASTON TOWNSHIP
          IONIA CITY (PART)
             TRACT 031600 INCLUDING BLOCK(S)
                          1028, 1029, 1033, 1035, 1036, 1037,
                          1038, 1039, 1040, 1041, 1042, 1043,
                          1044, 1049, 1050, 1051, 2004, 2009,
                          2017, 2019, 2020, 2021, 2023, 2024,
                          2025, 2026, 2027, 2028, 2029, 2033,
                          2034, 2035, 2036, 2037, 2038, 2039,
                          2040, 2041, 2042, 2043, 2044, 2045,
                          3022, 3023, 3024, 3025, 3026, 3047,
                          3048, 3049, 3050, 3051, 3055, 3056,
                          3060, 3061, 3062, 3064, 3065, 3066,
                          3067, 3068.
             TRACT 031700 INCLUDING BLOCK(S)
                          1000, 1001, 1002, 1003, 1004, 1010,
                          1011, 1012, 1013, 1014, 1015, 1016,
                          2000, 2001, 2002, 2003, 2004, 2005,
```

```
                   2006, 2007, 2008, 2009, 2010, 2011,
                   2012, 2013, 2014, 3000, 3001, 3002,
                   3003, 3004, 3005, 3006, 3007, 3008,
                   3009, 3010, 3011, 3012, 3013, 3014,
                   3015, 3016, 3017, 3018, 3019, 3020,
                   3021, 3022, 3023, 3024, 3025, 3026,
                   3027, 3028, 3029, 3030, 3031, 3032,
                   3033, 3034, 3035, 4001, 4005, 4008,
                   4009, 4010, 4011, 4012, 4013, 4014,
                   4018, 4019, 4020, 4023, 4024, 4026,
                   4027, 4028, 4029, 4030, 4031, 4032,
                   4033, 4034, 4035, 4036, 4037, 4038,
                   4039, 4040, 4041, 4042, 4043, 4044,
                   4045, 4046, 4048, 4049, 4050, 4051,
                   4052, 4053, 4054, 4055, 4058, 4059,
                   4060, 4061, 4062.
         TRACT 031900 INCLUDING BLOCK(S)
                   1054, 1056, 1061, 4006
         TRACT 032100 INCLUDING BLOCK(S)
                   1000, 1002, 1003, 1004, 1005, 1006,
                   1007, 1008, 2000, 2001, 2002, 2011,
                   2017, 2018, 2019, 2020, 2023, 2024,
                   2025, 2026, 2027, 2028, 2029, 2030,
                   2031, 2032, 2033, 2034, 2035, 2036,
                   2037, 2038, 2039, 2041, 2046, 2047,
                   2053, 2065, 2066, 2067, 2069, 2072,
                   2077, 2078, 2084, 3003, 3016, 3017,
                   3018, 3019.
         TRACT 982200 INCLUDING BLOCK(S)
                   1000, 1002, 1003, 1004, 1005, 1007.
      IONIA TOWNSHIP
      ORLEANS TOWNSHIP
      OTISCO TOWNSHIP
   KENT COUNTY (PART)
      ADA TOWNSHIP
      BOWNE TOWNSHIP
      CALEDONIA TOWNSHIP
      CASCADE TOWNSHIP
      GRATTAN TOWNSHIP
      LOWELL CITY
      LOWELL TOWNSHIP
      VERGENNES TOWNSHIP
DISTRICT 087
   BARRY COUNTY
   IONIA COUNTY (PART)
      BERLIN TOWNSHIP (PART)
         TRACT 031900 INCLUDING BLOCK(S)
                   2057, 2058, 2059, 2060, 2061, 2062,
                   2063, 2064, 2065, 2066, 2067, 2068,
```

```
            2069, 2070, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014, 3015,
            3016, 3017, 3018, 3019, 3020, 3021,
            3022, 3023, 3024, 3025, 3026, 3027,
            3028, 3029, 3030, 3031, 3032, 3033,
            3034, 3035, 3036, 3037, 3038, 3039,
            3040, 3041, 3042, 3043, 3044, 3045,
            3046, 3047, 3048, 3049, 3050, 3051,
            3052, 3053, 3054, 3055, 3056, 3057,
            3058, 3059, 3060, 3061, 3062, 3063,
            3064, 3065, 3066, 3067, 3068, 3069,
            3070, 3071, 3072, 3073, 3074, 3075,
            3076, 3077, 3078, 3079, 3080, 3081,
            3082, 3083, 3084, 4007, 4008, 4009,
            4010, 4011, 4012, 4013, 4031, 4032,
            4033, 4037, 4041, 4042.
         TRACT 032100 INCLUDING BLOCK(S)
            2040, 2042, 2043, 2044, 2054, 2055,
            2056, 2057, 2063, 2064, 3002, 3011,
            3012, 3013, 3014, 3015, 3020, 3021,
            3022, 3023, 3024, 3025, 3026, 3027.
      BOSTON TOWNSHIP
      CAMPBELL TOWNSHIP
      DANBY TOWNSHIP
      IONIA CITY (PART)
         TRACT 031900 INCLUDING BLOCK(S)
            4030.
      KEENE TOWNSHIP
      LYONS TOWNSHIP
      NORTH PLAINS TOWNSHIP
      ODESSA TOWNSHIP
      ORANGE TOWNSHIP
      PORTLAND CITY
      PORTLAND TOWNSHIP
      RONALD TOWNSHIP
      SEBEWA TOWNSHIP
DISTRICT 088
   OTTAWA COUNTY (PART)
      ALLENDALE TOWNSHIP
      CHESTER TOWNSHIP
      COOPERSVILLE CITY
      GEORGETOWN TOWNSHIP
      POLKTON TOWNSHIP
      TALLMADGE TOWNSHIP
      WRIGHT TOWNSHIP
DISTRICT 089
   OTTAWA COUNTY (PART)
      BLENDON TOWNSHIP
```

CROCKERY TOWNSHIP
FERRYSBURG CITY
GRAND HAVEN CITY
GRAND HAVEN TOWNSHIP
HOLLAND CITY (PART)
    TRACT 022600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        2021, 2022.
OLIVE TOWNSHIP
PARK TOWNSHIP
PORT SHELDON TOWNSHIP
ROBINSON TOWNSHIP
SPRING LAKE TOWNSHIP
DISTRICT 090
    OTTAWA COUNTY (PART)
        HOLLAND CITY (PART)
        TRACT 024900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 1040, 1041,
        1042, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022,
        2023, 2024, 2025, 2026, 2027, 2028,
        2029, 2030, 2031, 2032, 2033, 2034,
        2035, 2036, 2037, 2038, 2039, 2040,
        2041, 2042, 2043, 2044, 2045, 2046,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 3017,
        3018, 3019, 3020, 4000, 4001, 4002,
        4003, 4004, 4005, 4006, 4008, 4009,
        4010, 4011, 4012, 4013, 4014, 4015,
        4016, 4017, 4018, 4019, 4020, 4021,
        4022, 4023.
        TRACT 025100 INCLUDING BLOCK(S)
        1023, 1024, 1025, 5045, 5056, 5063.
        TRACT 025200 INCLUDING BLOCK(S)

```
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 2000, 2001,
            2002, 2003, 2004, 2005, 2006, 2007,
            2008, 2009, 2010, 2011, 2012, 2013,
            2014, 2015, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            3010, 3011, 3012, 3013, 3014, 3015,
            3016, 3017, 3018, 3019, 3020, 3021,
            3022, 3023, 3024, 3025, 4000, 4001,
            4002, 4003, 4004, 4005, 4006, 4007,
            4008, 4009, 4010, 4011, 4012, 4013,
            4014, 4015, 4016, 4017, 4018, 4019.
TRACT 025500 INCLUDING BLOCK(S)
            1034.
TRACT 025700 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            2000, 2001, 2002, 2003, 2004, 2005,
            2006, 2007, 2008, 2009, 2010, 2011,
            2012, 2013, 2014, 2015, 2016, 3000,
            3001, 3002, 3003, 3004, 3005, 3006,
            3007, 3008, 3009, 3010, 3011, 3012,
            3013, 3014, 3015, 3016, 4000, 4001,
            4002, 4003, 4004, 4005, 4006, 4007,
            4008, 4009, 4010, 4011, 4012, 4013,
            4014, 4015, 4016, 4017, 4018, 4019,
            4020, 4021, 4022, 4023, 4024, 4025,
            4026, 4027, 4028, 4029, 5000, 5001,
            5002, 5003, 5004, 5005, 5006, 5007,
            5008, 5009, 5010, 5011, 5012, 5013,
            5014, 5015, 6000, 6001, 6002, 6003,
            6004, 6005, 6006, 6007, 6008, 6009,
            6010, 6011, 6012, 6013, 6014, 6015,
            6016.
TRACT 025800 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 2000,
            2001, 2002, 2003, 2004, 2005, 2006,
            2007, 2008, 2009, 2010, 2011, 2012,
            2013, 2014, 2015, 2016, 2017, 2018,
            2019, 2020, 2021, 2022, 2023, 2024,
```

```
                    2025, 2026, 3000, 3001, 3002, 3003,
                    3004, 3005, 3006, 3007, 3008, 3009,
                    3010, 3011, 3012, 3013, 3014, 3015,
                    3016, 3017, 3018, 4000, 4001, 4002,
                    4003, 4004, 4005, 4006, 4007, 4008,
                    4009, 4010, 4011, 4012, 4013, 4014,
                    4015, 4016, 4017, 4018, 4019, 4020,
                    4021, 4022, 4023, 4024, 4025, 4026,
                    4027, 4028, 4029.
          HOLLAND TOWNSHIP
          HUDSONVILLE CITY
          JAMESTOWN TOWNSHIP
          ZEELAND CITY
          ZEELAND TOWNSHIP
DISTRICT 091
     MUSKEGON COUNTY (PART)
          BLUE LAKE TOWNSHIP
          CASNOVIA TOWNSHIP
          CEDAR CREEK TOWNSHIP
          DALTON TOWNSHIP
          EGELSTON TOWNSHIP
          FRUITPORT TOWNSHIP
          HOLTON TOWNSHIP
          MONTAGUE CITY
          MONTAGUE TOWNSHIP
          MOORLAND TOWNSHIP
          NORTON SHORES CITY
          RAVENNA TOWNSHIP
          ROOSEVELT PARK CITY
          SULLIVAN TOWNSHIP
          WHITEHALL CITY (PART)
               TRACT 003700 INCLUDING BLOCK(S)
               1002, 1003, 1004, 1006, 1007, 1010,
               1011, 1012, 1013, 1015, 1016, 1027,
               1028, 1029, 1030, 1031, 1032, 1033,
               1034, 1035, 1038, 1039, 1040, 1041,
               1042, 1043, 1044, 1045, 1046, 1047,
               1048, 1049, 1050, 1051, 1058, 2001,
               2002, 2003, 2004, 2005, 2006, 2007,
               2008, 2009, 2010, 2011, 2012, 2013,
               2014, 2015, 2016, 2017, 2018, 2019,
               2020, 2021, 2022, 2023, 2024, 2025,
               2026, 2027, 2028, 2029, 2030, 2031,
               3003, 3004, 3005, 3006, 3007, 3008,
               3009, 3011, 3012, 3013, 3014, 3015,
               3016, 3017, 3018, 3019, 3020, 3021,
               3022, 3023, 3024, 3025, 3026, 3027,
               3028, 4000, 4001, 4002, 4003, 4004,
               4005, 4006, 4007, 4008, 4009, 4010,
```

```
                    4011, 4012, 4013, 4014, 4015, 4016,
                    4017, 4018, 4019, 4020, 4021, 4022,
                    4023, 4024, 4025, 4026, 4027, 4028,
                    4029, 4030, 4031, 4032, 4033, 4034,
                    4035, 4036, 4037, 4038, 4039, 4040,
                    4041, 4042, 4043, 4044, 4045, 4052,
                    4053, 4067.
            TRACT 004000 INCLUDING BLOCK(S)
                    1205, 1206.
        WHITEHALL TOWNSHIP (PART)
            TRACT 004000 INCLUDING BLOCK(S)
                    1132, 1155, 1156, 1210, 1220, 1221.
        WHITE RIVER TOWNSHIP
DISTRICT 092
    MUSKEGON COUNTY (PART)
        FRUITLAND TOWNSHIP
        LAKETON TOWNSHIP
        MUSKEGON CITY
        MUSKEGON TOWNSHIP
        MUSKEGON HEIGHTS CITY
        NORTH MUSKEGON CITY
        WHITEHALL CITY (PART)
            TRACT 004000 INCLUDING BLOCK(S)
                    1176, 1204, 1212.
        WHITEHALL TOWNSHIP (PART)
            TRACT 003700 INCLUDING BLOCK(S)
                    1000, 1001, 1005, 1017, 1018, 1019,
                    1020, 1021, 1022, 1023, 1024, 1025,
                    1057, 1059, 1060, 1061, 1062, 1063,
                    1064, 1065, 1066, 2000, 3000, 3001,
                    3002, 3010.
            TRACT 004000 INCLUDING BLOCK(S)
                    1124, 1125, 1126, 1127, 1128, 1129,
                    1130, 1131, 1142, 1143, 1144, 1145,
                    1146, 1147, 1148, 1153, 1154, 1158,
                    1159, 1160, 1161, 1162, 1163, 1164,
                    1165, 1166, 1167, 1168, 1169, 1170,
                    1171, 1172, 1173, 1174, 1175, 1177,
                    1178, 1179, 1180, 1181, 1182, 1183,
                    1184, 1185, 1186, 1187, 1188, 1189,
                    1190, 1191, 1192, 1193, 1194, 1195,
                    1198, 1199, 1200, 1201, 1202, 1203,
                    1207, 1208, 1209, 1255, 1256, 1264,
                    1267.
DISTRICT 093
    CLINTON COUNTY
    GRATIOT COUNTY (PART)
        ARCADA TOWNSHIP (PART)
            TRACT 000200 INCLUDING BLOCK(S)
```

```
                    3016, 3017, 3032, 3069, 3070, 3071,
                    3072, 3073, 3074, 3075, 3076, 3077,
                    3078, 3079, 3080, 3081, 3082, 3085,
                    3086, 3087, 3088, 3089, 3090, 3100,
                    3101, 3102, 3103, 3104, 3105, 4000,
                    4002, 4003, 4004, 4005, 4006, 4007,
                    4008, 4009, 4010, 4011, 4012, 4013,
                    4014, 4015, 4016, 4017, 4018, 4019,
                    4020, 4021, 4022, 4023, 4024, 4025,
                    4026, 4027, 4028, 4029, 4030, 4031,
                    4032, 4038, 4043, 4044, 4045, 4046,
                    4047, 4048, 4049, 4050, 4051, 4052,
                    4053, 4054, 4055, 4056, 4057.
          TRACT 000600 INCLUDING BLOCK(S)
                    1020, 1021, 1039, 1043, 1044, 2016,
                    2017, 3024, 3025, 3026.
       ELBA TOWNSHIP
       FULTON TOWNSHIP
       HAMILTON TOWNSHIP
       ITHACA CITY (PART)
          TRACT 000900 INCLUDING BLOCK(S)
                    3006.
       LAFAYETTE TOWNSHIP
       NEWARK TOWNSHIP
       NEW HAVEN TOWNSHIP
       NORTH SHADE TOWNSHIP
       NORTH STAR TOWNSHIP
       SUMNER TOWNSHIP
       WASHINGTON TOWNSHIP
       WHEELER TOWNSHIP
DISTRICT 094
    SAGINAW COUNTY (PART)
       ALBEE TOWNSHIP
       BIRCH RUN TOWNSHIP
       FRANKENMUTH CITY
       FRANKENMUTH TOWNSHIP
       JAMES TOWNSHIP
       SAGINAW TOWNSHIP
       ST. CHARLES TOWNSHIP
       SWAN CREEK TOWNSHIP
       TAYMOUTH TOWNSHIP
       THOMAS TOWNSHIP
       TITTABAWASSEE TOWNSHIP
DISTRICT 095
    SAGINAW COUNTY (PART)
       BLUMFIELD TOWNSHIP
       BRIDGEPORT TOWNSHIP
       BUENA VISTA TOWNSHIP
       CARROLLTON TOWNSHIP
```

```
                    KOCHVILLE TOWNSHIP
                    SAGINAW CITY
                    SPAULDING TOWNSHIP
                    ZILWAUKEE CITY
                    ZILWAUKEE TOWNSHIP
          DISTRICT 096
              BAY COUNTY (PART)
                  BANGOR TOWNSHIP (PART)
                      TRACT 285800 INCLUDING BLOCK(S)
                          1000, 1001, 1002, 1003, 1004, 1005,
                          1006, 1007, 1008, 1009, 1010, 1011,
                          1012, 1013, 1014, 1015, 1016, 1017,
                          1018, 1019, 1020, 1021, 1022, 1023,
                          1024, 1025, 1026, 1027, 2000, 2001,
                          2002, 2003, 2004, 2005, 2006, 2007,
                          2008, 2009, 2010, 2011, 2012, 2013,
                          3000, 3001, 3002, 3003, 3004, 3005,
                          3006, 3007, 3008, 3009, 3010, 3011,
                          3012, 3013, 3014, 3015, 3016, 3017,
                          4000, 4001, 4002, 4003, 4004, 4005,
                          4006, 4007, 4008, 4009, 4010, 4011,
                          4012, 4013, 4014, 4015, 4016, 4017,
                          4018, 4019, 4020, 4021, 4022, 4023,
                          4024, 4025.
                      TRACT 285900 INCLUDING BLOCK(S)
                          1003, 1004, 1005, 1006, 1007, 1008,
                          1009, 1010, 1011, 1012, 1013, 1014,
                          1015, 1016, 1017, 1018, 1019, 1020,
                          1021, 1022, 1023, 1024, 1025, 1026,
                          1027, 1028, 1029, 1030, 1031, 1032,
                          1033, 1034, 1035, 1036, 1037, 1038,
                          1039, 1040, 1041, 1042, 1043, 1044,
                          1045, 1046, 1047, 1048, 1049, 1050,
                          1051, 1052, 1053, 1054, 1055, 1056,
                          1057, 1058, 1059, 1060, 1061, 1062,
                          1063, 1064, 1065, 1066, 1067, 1068,
                          2000, 2001, 2002, 2003, 2004, 2005,
                          2006, 2007, 2008, 2009, 2010, 2011,
                          2012, 2013, 2014, 2015, 2016, 2017,
                          2018, 2019, 2020, 2021, 2022, 3000,
                          3001, 3002, 3003, 3004, 3005, 3006,
                          3007, 3008, 3009, 3010, 3011, 3012,
                          3013, 3014, 3015, 3016, 3017, 3018,
                          3019, 3020, 3021, 3022, 3023, 3024,
                          3025, 3026, 3027, 3028, 3029, 3030,
                          3031, 3032, 3033, 3034, 3035.
                      TRACT 286000 INCLUDING BLOCK(S)
                          1001, 1002, 1003, 1004, 1005, 1006,
                          1007, 1008, 1009, 1010, 1011, 1012,
```

```
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013.
```

BAY CITY CITY
ESSEXVILLE CITY
FRANKENLUST TOWNSHIP
HAMPTON TOWNSHIP (PART)
    TRACT 285201 INCLUDING BLOCK(S)

```
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014.
```

    TRACT 285202 INCLUDING BLOCK(S)

```
1006, 1007, 1008, 1009, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1020, 1021, 1023, 1024, 1025, 1026,
1027, 1028, 1031, 1032, 1033, 1034,
1035, 1036, 1037, 1038, 1039, 1040,
1041, 1042, 1043, 1044, 1045, 1046,
1047, 1048, 1049, 1050, 1051, 1052,
1053, 1054, 1055, 1056, 1057, 1058,
```

```
                         1059, 1061, 1062, 1063, 1064, 1065,
                         1066, 1067, 1069, 1070, 2004, 2005,
                         2009, 2018, 2020, 2022, 2023, 2024,
                         2025, 2028, 2029, 2030, 2031, 2032,
                         2033, 2034, 2035, 2036, 2037, 2038,
                         2039, 2040, 2041, 2042, 2043, 2044,
                         2045, 2047, 2048, 2049, 2050, 2051,
                         2052, 2053.
           KAWKAWLIN TOWNSHIP
           MERRITT TOWNSHIP
           MONITOR TOWNSHIP
           PORTSMOUTH TOWNSHIP
DISTRICT 097
     ARENAC COUNTY
     BAY COUNTY (PART)
        BANGOR TOWNSHIP (PART)
           TRACT 285900 INCLUDING BLOCK(S)
                 1000, 1001, 1002.
           TRACT 286000 INCLUDING BLOCK(S)
                 1000, 1023, 2000.
           TRACT 990000 INCLUDING BLOCK(S)
                 0005, 0006, 0007, 0009.
        HAMPTON TOWNSHIP (PART)
           TRACT 285202 INCLUDING BLOCK(S)
                 1000, 1001, 1002, 1003, 1004, 1005,
                 1010, 1019, 1022, 1029, 1030, 1060,
                 1068, 2000, 2001, 2002, 2003, 2006,
                 2007, 2008, 2010, 2011, 2012, 2013,
                 2014, 2015, 2016, 2017, 2019, 2021,
                 2026, 2027, 2046.
           TRACT 990000 INCLUDING BLOCK(S)
                 0010, 0011, 0012, 0013, 0014.
     CLARE COUNTY
     GLADWIN COUNTY
     OSCEOLA COUNTY (PART)
        EVART CITY
        EVART TOWNSHIP
        HERSEY TOWNSHIP
        HIGHLAND TOWNSHIP
        MARION TOWNSHIP
        MIDDLE BRANCH TOWNSHIP
        ORIENT TOWNSHIP
        OSCEOLA TOWNSHIP
        SHERMAN TOWNSHIP
        SYLVAN TOWNSHIP
DISTRICT 098
     BAY COUNTY (PART)
        AUBURN CITY
        BEAVER TOWNSHIP
```

```
        FRASER TOWNSHIP
        GARFIELD TOWNSHIP
        GIBSON TOWNSHIP
        MIDLAND CITY
        MT. FOREST TOWNSHIP
        PINCONNING CITY
        PINCONNING TOWNSHIP
        WILLIAMS TOWNSHIP
     MIDLAND COUNTY (PART)
        HOMER TOWNSHIP
        JEROME TOWNSHIP
        LARKIN TOWNSHIP
        LEE TOWNSHIP
        LINCOLN TOWNSHIP
        MIDLAND CITY
        MIDLAND TOWNSHIP
DISTRICT 099
     ISABELLA COUNTY
     MIDLAND COUNTY (PART)
        COLEMAN CITY
        EDENVILLE TOWNSHIP
        GENEVA TOWNSHIP
        GREENDALE TOWNSHIP
        HOPE TOWNSHIP
        INGERSOLL TOWNSHIP
        JASPER TOWNSHIP
        MILLS TOWNSHIP
        MT. HALEY TOWNSHIP
        PORTER TOWNSHIP
        WARREN TOWNSHIP
DISTRICT 100
     LAKE COUNTY
     NEWAYGO COUNTY
     OCEANA COUNTY
DISTRICT 101
     BENZIE COUNTY
     LEELANAU COUNTY
     MANISTEE COUNTY
     MASON COUNTY
DISTRICT 102
     MECOSTA COUNTY
     OSCEOLA COUNTY (PART)
        BURDELL TOWNSHIP
        CEDAR TOWNSHIP
        HARTWICK TOWNSHIP
        LEROY TOWNSHIP
        LINCOLN TOWNSHIP
        REED CITY CITY
        RICHMOND TOWNSHIP
```

```
            ROSE LAKE TOWNSHIP
         WEXFORD COUNTY
DISTRICT 103
      CRAWFORD COUNTY
      KALKASKA COUNTY
      MISSAUKEE COUNTY
      OGEMAW COUNTY
      ROSCOMMON COUNTY
DISTRICT 104
      GRAND TRAVERSE COUNTY
DISTRICT 105
      ANTRIM COUNTY
      CHARLEVOIX COUNTY
      MONTMORENCY COUNTY
      OSCODA COUNTY
      OTSEGO COUNTY
DISTRICT 106
      ALCONA COUNTY
      ALPENA COUNTY
      CHEBOYGAN COUNTY (PART)
         ALOHA TOWNSHIP
         BENTON TOWNSHIP
         BURT TOWNSHIP
         ELLIS TOWNSHIP
         FOREST TOWNSHIP
         GRANT TOWNSHIP
         INVERNESS TOWNSHIP
         MENTOR TOWNSHIP
         MULLETT TOWNSHIP
         NUNDA TOWNSHIP
         WALKER TOWNSHIP
         WAVERLY TOWNSHIP
         WILMOT TOWNSHIP
      IOSCO COUNTY
      PRESQUE ISLE COUNTY
DISTRICT 107
      CHEBOYGAN COUNTY (PART)
         BEAUGRAND TOWNSHIP
         CHEBOYGAN CITY
         HEBRON TOWNSHIP
         KOEHLER TOWNSHIP
         MACKINAW TOWNSHIP
         MUNRO TOWNSHIP
         TUSCARORA TOWNSHIP
      CHIPPEWA COUNTY
      EMMET COUNTY
      MACKINAC COUNTY
DISTRICT 108
      DELTA COUNTY
```



```
          DICKINSON COUNTY
          MENOMINEE COUNTY
     DISTRICT 109
          ALGER COUNTY
          LUCE COUNTY
          MARQUETTE COUNTY (PART)
               CHAMPION TOWNSHIP
               CHOCOLAY TOWNSHIP
               ELY TOWNSHIP
               EWING TOWNSHIP
               FORSYTH TOWNSHIP
               HUMBOLDT TOWNSHIP
               ISHPEMING CITY
               MARQUETTE CITY
               MARQUETTE TOWNSHIP
               MICHIGAMME TOWNSHIP
               NEGAUNEE CITY
               NEGAUNEE TOWNSHIP
               REPUBLIC TOWNSHIP
               RICHMOND TOWNSHIP
               SANDS TOWNSHIP
               SKANDIA TOWNSHIP
               TILDEN TOWNSHIP
               TURIN TOWNSHIP
               WELLS TOWNSHIP
               WEST BRANCH TOWNSHIP
          SCHOOLCRAFT COUNTY
     DISTRICT 110
          BARAGA COUNTY
          GOGEBIC COUNTY
          HOUGHTON COUNTY
          IRON COUNTY
          KEWEENAW COUNTY
          MARQUETTE COUNTY (PART)
               ISHPEMING TOWNSHIP
               POWELL TOWNSHIP
          ONTONAGON COUNTY".
```

The motion did not prevail, the vote being 3-0-6.

UNFAVORABLE ROLL CALL:

Yeas: Rep. Byrum, Nathan, Stanley,

Nays: Reps. Lund, McBroom, Knollenberg, Scott, Tyler, Outman,

Pass:  None.

Rep. Stanley moved to amend SB 498, as amended by offering a substitue H-1.  The motion did not prevailed, the vote being 2-6-1.

UNFAVORABLE ROLL CALL:

Yeas: Reps.  Byrum, Stanley,

Nays:  Reps. Lund, McBroom, Knollenberg, Scott, Tyler, Outman

Pass:  Rep. Nathan.

Rep. Scott moved to report out SB 498, as amended with the recommendation that it pass.  The motion prevailed, the vote being 6-3-0.

FAVORABLE ROLL CALL:

Yeas: Reps. Lund, McBroom, Knollenberg, Scott, Tyler, Outman,

Nays:  Reps. Byrum, Nathan, Stanley,

Pass:  None.

With no further business to come before the Committee Chair Lund adjourned the meeting, the time being 9:40a.m.

_____
Representative Pete Lund, Chair

Mary Lou Terrien, Clerk

**ALTERNATIVE PLANS WILL BE SUBMITTED UNDER SEPARATE COVER**



# CITIZENS RESEARCH COUNCIL OF MICHIGAN



CRC

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

### MAY 2011

### REPORT 370

CELEBRATING 95 YEARS OF INDEPENDENT, NONPARTISAN
PUBLIC POLICY RESEARCH IN MICHIGAN

# BOARD OF DIRECTORS

Chairman
**Eugene A. Gargaro, Jr.**

Vice Chairman
**Jeffrey D. Bergeron**

Treasurer
Nick A. Khouri

**Joseph R. Angileri**
Deloitte.

**Jeffrey D. Bergeron**
Ernst & Young LLP

**Michael G. Bickers**
PNC Financial Services Group

**Beth Chappell**
Detroit Economic Club

**Rick DiBartolomeo**

**Terence M. Donnelly**
Dickinson Wright PLLC

**Randall W. Eberts**
W. E. Upjohn Institute

**David O. Egner**
Hudson-Webber Foundation

**Laura Fournier**
Compuware

**Eugene A. Gargaro, Jr.**
Manoogian Foundation

**John J. Gasparovic**
BorgWarner Inc.

**Ingrid A. Gregg**
Earhart Foundation

**Marybeth S. Howe**
Wells Fargo Bank

**Nick A. Khouri**
DTE Energy Company

**Daniel T. Lis**
Kelly Services, Inc.

**Sarah L. McClelland**
JPMorgan Chase & Co.

**Aleksandra A. Miziolek**
Dykema Gossett PLLC

**Cathleen H. Nash**
Citizens Bank

**Paul R. Obermeyer**
Comerica Incorporated

**Kevin Prokop**
Rockbridge Growth Equity, LLC

**Lynda Rossi**
Blue Cross Blue Shield of Michigan

**Jerry E. Rush**
Meritor, Inc.

**Michael A. Semanco**
Hennessey Capital LLC

**Terence A. Thomas, Sr.**

**Amanda Van Dusen**
Miller, Canfield, Paddock and
Stone, PLC

**Kent J. Vana**
Varnum

# ADVISORY DIRECTOR

**Louis Betanzos**

# BOARD OF TRUSTEES

**Terence E. Adderley**
Kelly Services, Inc.

**Jeffrey D. Bergeron**
Ernst & Young LLP

**Stephanie W. Bergeron**
Walsh College

**David P. Boyle**
PNC

**Beth Chappell**
Detroit Economic Club

**Mary Sue Coleman**
University of Michigan

**Matthew P. Cullen**
Rock Ventures LLC

**Tarik Daoud**
Long Family Service Center

**Stephen R. D'Arcy**
Detroit Medical Center

**James N. De Boer, Jr.**
Varnum

**John M. Dunn**
Western Michigan University

**David O. Egner**
Hudson-Webber Foundation
New Economy Initiative

**David L. Eisler**
Ferris State University

**David G. Frey**
Frey Foundation

**Mark Gaffney**
Michigan State AFL-CIO

**Eugene A. Gargaro, Jr.**
Manoogian Foundation

**Ralph J. Gerson**
Guardian Industries Corporation

**Eric R. Gilbertson**
Saginaw Valley State University

**Allan D. Gilmour**
Wayne State University

**Alfred R. Glancy III**
Unico Investment Group LLC

**Thomas J. Haas**
Grand Valley State University

**James S. Hilboldt**
The Connable Office, Inc.

**Paul C. Hillegonds**
DTE Energy Company

**Daniel J. Kelly**
Deloitte. Retired

**David B. Kennedy**
Earhart Foundation

**Mary Kramer**
Crain Communications, Inc.

**David Leitch**
Ford Motor Company

**Edward C. Levy, Jr.**
Edw. C. Levy Co.

**Daniel Little**
University of Michigan-Dearborn

**Sam Logan**
Michigan Chronicle

**Arend D. Lubbers**
Grand Valley State University, Emeritus

**Alphonse S. Lucarelli**
Ernst & Young LLP, Retired

**Susan W. Martin**
Eastern Michigan University

**William L. Matthews**
Plante & Moran PLLC

**Sarah L. McClelland**
JPMorgan Chase & Co.

**Paul W. McCracken**
University of Michigan, Emeritus

**Patrick M. McQueen**
The PrivateBank

**Robert Milewski**
Blue Cross Blue Shield
of Michigan

**Glenn D. Mroz**
Michigan Technological University

**Mark A. Murray**
Meijer Inc.

**Cathy H. Nash**
Citizens Bank

**James M. Nicholson**
PVS Chemicals

**Donald R. Parfet**
Apjohn Group LLC

**Sandra E. Pierce**
Charter One

**Philip H. Power**
The Center for Michigan

**Keith A. Pretty**
Northwood University

**John Rakolta Jr.**
Walbridge

**Douglas B. Roberts**
IPPSR- Michigan State University

**Irving Rose**
Edward Rose & Sons

**George E. Ross**
Central Michigan University

**Gary D. Russi**
Oakland University

**Nancy M. Schlichting**
Henry Ford Health System

**John M. Schreuder**
First National Bank of Michigan

**Lloyd A. Semple**
Dykema

**Lou Anna K. Simon**
Michigan State University

**S. Martin Taylor**

**Amanda Van Dusen**
Miller, Canfield, Paddock
and Stone PLC

**Kent J. Vana**
Varnum

**Theodore J. Vogel**
CMS Energy Corporation

**Gail L. Warden**
Henry Ford Health System,
Emeritus

**Jeffrey K. Willemain**
Deloitte.

**Leslie E. Wong**
Northern Michigan University

*Citizens Research Council of Michigan is a tax deductible 501(c)(3) organization*

# Citizens Research Council of Michigan



# Congressional and Legislative Redistricting Reform

## May 2011

## Report 370

CITIZENS RESEARCH COUNCIL OF MICHIGAN

MAIN OFFICE 38777 Six Mile Road, Suite 208 • Livonia, MI 48152-3974 • 734-542-8001 • Fax 734-542-8004
LANSING OFFICE 124 West Allegan, Suite 620 • Lansing, MI 48933-1738 • 517-485-9444 • Fax 517-485-0423
CRCMICH.ORG

# Congressional and Legislative Redistricting Reform

## Contents

Summary ............................................................................................................. v

Introduction ...................................................................................................... 1
    Apportionment vs. Redistricting ................................................................. 2
    Reapportionment ......................................................................................... 2

State Approaches to Redistricting ............................................................... 5
    Considerations of the Various Approaches .............................................. 6
    Michigan's Approach to Redistricting....................................................... 9

Federal Requirements for Redistricting ..................................................... 11
    Population ....................................................................................................... 11
    Equal Opportunity ....................................................................................... 13

State Requirements for Redistricting .......................................................... 15
    Commonly Used Requirements ................................................................. 15
        Political Boundaries ................................................................................ 15
        Communities of Interest ........................................................................ 15
        Contiguity ................................................................................................. 17
        Compactness ............................................................................................ 17
    Lesser Used Requirements .......................................................................... 18
        Data ........................................................................................................... 18
        Competitive Districts ............................................................................. 18
        Geographic Boundaries ......................................................................... 19
        Nesting...................................................................................................... 19
        Transparency and Public Engagement ............................................... 19
        Multi-Member Districts ......................................................................... 20
        Approval Threshold ............................................................................... 21
        Frequency ................................................................................................ 21
        Prioritizing among Requirements ........................................................ 22
        Schedule ................................................................................................... 22

Recommendations .......................................................................................... 26
    Redistricting Commission ........................................................................... 26
    Frequency ....................................................................................................... 28
    Process ............................................................................................................ 28
    Transparency and Public Engagement ..................................................... 29
    Legal Standing .............................................................................................. 29
    Standards ....................................................................................................... 29

Conclusion ........................................................................................................ 31

Appendix A:  2001 Congressional, Michigan House of Representatives
and Michigan Senate Districts ...................................................................... 32

Appendix B:  Method of Equal Proportions ............................................. 35

CRC REPORT

# CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

## Tables

Table 1   Comparison of District Size and Variation by State, 2000 ...................................... 12

Table 2   Redistricting Criteria by State, 2000 ................................................ 16

Table 3   Michigan's 2012 Election Deadlines ................................................ 27

## Charts

Chart 1   Michigan Congressional Representation and Population, 1900-2010 ........................ 3

## Maps

Map 1    Michigan County Population Changes: 2000-2010 ................................................. 4

Map 2    Entity Responsible for Congressional Redistricting................................................. 6

Map 3    Entity Responsible for Legislative Redistricting................................................. 7

Map 4    Section 5 Covered Jurisdictions ................................................ 14

Map 5    New York State Senate District 60: An Example of a Noncontiguous District .......... 17

Map 6    Laws Determining Frequency of Redrawing State Legislative Districts.................... 21

Map 7    Laws Determining Frequency of Redrawing Congressional Districts ...................... 22

Map 8    New York Assembly District 131 after the 2000 Redistricting ................................ 23

Map 9    Michigan's 15 Congressional Districts................................................ 33

Map 10   Michigan's 110 State House of Representative Districts ......................................... 34

Map 11   Michigan's 38 State Senate Districts ................................................ 35

# CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

## Summary

With the U.S. Census Bureau's release of the 2010 population counts, states are set to begin the process of redrawing electoral district boundaries. Voters elect members to the U.S. House of Representatives and to both chambers of the state legislature from districts. How voters are grouped into these districts therefore affects who the representatives are and what policies representatives implement.

As a fundamental part of our democracy, federal and state laws govern the redistricting process. The U.S. Constitution mandates equal representation among districts, and the Voting Rights Act of 1965 requires that states provide minority groups an equal opportunity to elect candidates of their choice. Most states have secondary guidelines to govern and constrain the redistricting process. The most common requirements are that districts adhere to political boundaries, preserve communities of interest, and be contiguous and compact.

Michigan's legislative redistricting laws have undergone a number of changes since adoption of the 1963 Michigan Constitution. Article IV, Sections 2 through 6, of the Constitution originally defined Michigan's legislative redistricting approach. However, in 1964, the U.S. Supreme Court found that standards used to create districts based on anything other than population were in violation of the "one man, one vote" provisions of the federal Constitution, and in 1982, the Michigan Supreme Court invalidated Michigan's redistricting provisions because one requirement violated the Equal Protection Clause of the U.S. Constitution and the other provisions were non-severable from the violating section. Although the Michigan Supreme Court prescribed criteria that a special master used to draft the redistricting plan after the 1980 census, it was not until 1996, when the state legislature passed Public Act (PA) 463, that Michigan again had guidelines for legislative redistricting. These requirements comprise provisions for a population variance of five percent above or below the ideal district size,[1] upholding precedents related to the Voting Rights Act, preserving political boundaries, contiguity, compactness, and single-member districts.

Because the state legislature, with gubernatorial approval, has the authority to change state statute but cannot change the state Constitution without a vote of the people, redistricting provisions outlined in statute do not bind the legislature. Case in point: PA 221 of 1999, the Congressional Redistricting Act, established guidelines for drawing Michigan's congressional districts. The guidelines comprised provisions for strict population equity, upholding the Voting Rights Act, preserving political boundaries, contiguity, compactness, single-member districts, and numbering districts. In 2002, a group of voters challenged the redistricting plan that the 2001 legislature passed, contending in part that the plan failed to comply with PA 221 of 1999. The Michigan Supreme Court, however, opined that PA 221 of 1999 is not binding beyond the 1999 legislature because, in essence, when the 2001 legislature approved the congressional redistricting plan, the statute they passed superseded the provisions of PA 221 of 1999. Thus, this opinion also puts PA 463 of 1996 in question.

Given how critical redistricting is to representative democracy, Michigan legislators should use this redistricting cycle to do more than redraw boundaries. Legislators should draft a constitutional amendment to reform the process and provide clear guidelines for future redistricting. The Citizens Research Council of Michigan recommends that the legislature introduce a constitutional amendment to amend Sections 2 through 6 of Article IV of the 1963 Michigan Constitution and enshrine in the constitution provisions to:

- Recreate a redistricting commission,
- Limit redistricting to once per decade,
- Describe the appropriate redistricting procedures and timeline,
- Increase transparency and public engagement,
- Protect electors' right to challenge redistricting plans,

---

[1] The total state population, typically per the decennial census, divided by the number of seats in a legislative body.

# CRC REPORT

- Minimize population variance among districts,
- Ensure contiguous single-member districts,
- Create district boundaries that adhere to political boundaries, and
- Protect communities of interest.

To ensure that the process occurs in a way that minimizes bias and to ensure that districts have the preferred characteristics, it is necessary to amend Michigan's Constitution with valid and binding language. District boundaries determine from which voters a candidate must gain support, creating an incentive for a redistricting entity to try to bias districts to advantage one group over another—called gerrymandering. While it may be too difficult to isolate the effects of gerrymandering to measure them, most experts agree that gerrymandering distorts voters' choices and undermines the legitimacy of our democracy. These experts argue that a transparent redistricting process—outlined in a state's constitution, offering opportunities for public engagement and minimizing political control—can do much to deter gerrymandering and uphold the integrity of the political system.

Unless valid constitutional provisions are adopted, redistricting in Michigan will continue to occur in a legislatively-devised and legislatively-adjustable framework. This paper recommends that the legislature take advantage of this redistricting cycle to put in place constitutional standards to guide the redistricting process for future years.

# CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

## Introduction

It has been 29 years since Michigan had constitutional redistricting guidelines. With Michigan having lost population for the first time since the U.S. government began the census and significant population shifts throughout the state redistricting will result in significant changes to the maps of Michigan's legislative and congressional districts. Michigan legislators should use this redistricting cycle to do more than redraw boundaries. Legislators should draft a constitutional amendment to reform the process and provide clear guidelines for future redistricting. This paper suggests a comprehensive policy to do just that, including provisions to recreate a redistricting commission; increase transparency and public engagement; and to minimize population variance, protect minorities, adhere to political boundaries, ensure contiguity, and protect communities of interest.

With the U.S. Census Bureau's release of the 2010 population counts, states are set to begin the process of redrawing electoral district boundaries. Voters elect members to the U.S. House of Representatives and to both chambers of the state legislature from districts. How voters are grouped into these districts affects the selection of representatives and the policies that ultimately are implemented.

As a fundamental part of our democracy, federal and state laws govern the redistricting process. The U.S. Constitution mandates equal representation among districts, and the Voting Rights Act of 1965 requires that states provide minority groups an equal opportunity to elect candidates of their choice. Most states have secondary guidelines to govern and constrain the redistricting process. The most common requirements are that districts adhere to political boundaries, preserve communities of interest, and be contiguous and compact.

Michigan's legislative redistricting laws have undergone a number of changes since adoption of the 1963 Michigan Constitution. Article IV, Sections 2 through 6, of the Constitution originally defined Michigan's legislative redistricting approach. How-ever, in 1964, the U.S. Supreme Court found that standards used to create districts based on anything other than population were in violation of the "one man, one vote" provisions of the federal Constitution, and in 1982, the Michigan Supreme Court invalidated Michigan's redistricting provisions because one requirement violated the Equal Protection Clause of the U.S. Constitution and the other provisions were non-severable from the violating section. Although the Michigan Supreme Court prescribed criteria that a special master used to draft the redistricting plan after the 1980 census, it was not until 1996, when the state legislature passed Public Act (PA) 463, that Michigan again had guidelines for legislative redistricting. These requirements comprise provisions for a population variance of five percent above or below the ideal district size,[1] upholding precedents related to the Voting Rights Act, preserving political boundaries, contiguity, compactness, and single-member districts.

Because the state legislature, with gubernatorial approval, has the authority to change state statute but cannot change the state Constitution without a vote of the people, redistricting provisions outlined in statute do not bind future legislatures. Case in point: PA 221 of 1999, the Congressional Redistricting Act, established guidelines for drawing Michigan's congressional districts. The guidelines comprised provisions for strict population equity, upholding the Voting Rights Act, preserving political boundaries, contiguity, compactness, single-member districts, and numbering districts. In 2002, a group of voters challenged the redistricting plan that the 2001 legislature passed, contending in part that the plan failed to comply with PA 221 of 1999. The Michigan Supreme Court, however, opined that PA 221 of 1999 is not binding beyond the 1999 legislature because, in essence, when the 2001 legislature approved the congressional redistricting plan, the statute they passed superseded the provisions of PA 221 of 1999. Thus, this opinion also puts PA 463 of 1996, the statute defining legislative redistricting guidelines, in question.

# CRC REPORT

To ensure that the process occurs in a way that minimizes bias and to ensure that districts have the preferred characteristics, it is necessary to amend the Michigan Constitution with valid and binding language. District boundaries determine from which voters a candidate must gain support, creating an incentive for a redistricting entity to try to bias districts to advantage one group over another—called gerrymandering. While it may be too difficult to isolate the effects of gerrymandering to measure them, most experts agree that gerrymandering distorts voters' choices and undermines the legitimacy of our democracy. These experts argue that a transparent redistricting process—outlined in a state's constitution, offering opportunities for public engagement and minimizing political control—can do much to deter gerrymandering and uphold the integrity of the political system.

> Apportionment is the process of determining how many members of the U.S. House of Representatives will represent each state, and redistricting is the process of drawing the districts for those members as well as for the members of the state legislature.

### Apportionment vs. Redistricting

Apportionment is the process of determining how many members of the U.S. House of Representatives will represent each state, and redistricting is the process of drawing the districts for those members as well as for the members of the state legisla-

ture. Therefore, reapportionment is the reallocation of seats, typically following an updated population count. The federal government apportions congressional seats among states and the states, in turn, are responsible for ensuring that there are set boundaries for each seat's district and that those districts fulfill federal and, where applicable, state requirements. States fulfill this obligation through redistricting, the process of redrawing the geographic boundaries of districts. States usually redistrict legislative districts at the same time as congressional districts. Maps of Michigan's congressional and legislative districts that legislators drew after the 2000 census can be found in **Appendix A**.

### Reapportionment

The U.S. Constitution prescribes for the reapportionment of congressional districts among the states. There are 435 seats in the U.S. House, a number that has not changed since taking effect in 1913,[2] except for a temporary increase to 437 when Alaska and Hawaii joined the union in 1959.[3] Article I, Section 2 of the U.S. Constitution guarantees each state at least one seat in the House of Representatives and, following each decennial census, requires Con-

---

**The 2010 Census Process**[a]

In March 2010, the Census Bureau sent census forms to over 130 million addresses, and households completed and returned the forms. In December 2010, the Census Bureau delivered to the President the 2010 state resident and apportionment populations. The Census Bureau then distributed the data to the states. It shipped the first data sets to the States of Louisiana, Mississippi, New Jersey, and Virginia on February 2, 2011 and the final data sets to the District of Columbia, Maine, and New York on March 22, 2010, using internal state deadlines to determine the order.[b] Michigan was one of the last states to receive its census data; the Census Bureau sent the data on March 21, 2010.

---

[a] U.S. Census Bureau, How People Are Counted. 2010: 2. Web. 30 Mar 2011. http://2010.census.gov/partners/pdf/brochure_HowPeopleAreCounted.pdf.

[b] U.S. Census Bureau. "2010 Census Redistricting Data: Determining Order of Release." Question & Answer Center. 16 Feb 2011. Web. 11 Apr 2011. https://ask.census.gov/app/answers/detail/a_id/8843/related/session/L2F2L2EvdGlt2S8xMzAyNTI2OTA4NnpZC9EeDNNWWNvaw%3D%3D.

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

gress to reapportion the remaining 385 seats among the states based on population. Since 1941, Congress has used the Method of Equal Proportions to reapportion seats. See **Appendix B** for a description of this method.

The population that Congress uses comes from the U.S. Census Bureau and sums each state's decennial census resident population with its portion of overseas U.S. military and federal civilian employees and their dependents living with them—data that employing federal departments and agencies provide.[4] The number of seats assigned to each state ranges from one in Alaska, Delaware, Montana, North Dakota, South Dakota, Vermont, and Wyoming to 53 in California.

Because of a quickly growing population, Michigan's number of congressional districts climbed from 12

> Since reaching a high of 19 congressional representatives in 1960 and 1970, Michigan has lost congressional districts following each decennial census as a result of population growth that lagged that of other states.

in 1900 to a high of 19 in 1960 and 1970 (see **Chart 1**). Since then, Michigan has lost congressional districts following each decennial census as a result of population growth that lagged that of other states. Following the 2010 census, Michigan was the only state to have a net population loss and, as a result, lost one congressional district. Thus, at the November 6, 2012 general election Michigan voters will elect just 14 members to the U.S. House. Despite the change, Michigan will still rank eighth in the number of seats in the House. Illinois, Iowa, Louisiana, Massachusetts, Missouri, New Jersey, and Pennsylvania also each will lose a seat, and New York and Ohio will each lose two seats.[5] Meanwhile, Texas will gain four seats; Florida will gain two seats; and Arizona, Georgia, Nevada, South Carolina, Utah, and Washington each will gain one seat.[6]



**Chart 1**
**Michigan Congressional Representation and Population, 1900–2010**

Source: U.S. Census Bureau, *Resident Population and Apportionment of the U.S. House of Representatives*, www.census.gov/dmd/www/resapport/states/michigan.pdf.

# CRC REPORT

The Michigan legislature will redraw district boundaries in 2011 to better reflect the number and location of Michigan residents. **Map 1** describes the significant Michigan county population changes since the 2000 census. Because southeast Michigan has experienced the largest decline in population relative to other regions in the state, congressional districts in this region are most likely to be affected by the state's loss of a seat in the U.S. House. Although the number of Michigan House and Senate districts is constitutionally fixed, population changes within the state over the last decade will require redistricting that shifts the distribution of seats from less- to more-populous areas within the state.



Map 1
Michigan County Population Changes: 2000 to 2010

more than 5% growth
1% to 5% growth
within 1% change + or -
1% to 5% decline
more than 5% decline

Source: U.S. Census Bureau

CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

## State Approaches to Redistricting

The entity responsible for redistricting varies substantially from state to state and between congressional and legislative redistricting processes. To summarize the approaches, this paper uses categorizations for both congressional and legislative redistricting processes that the Rose Institute of State and Local Government created.[7]  Based at Claremont McKenna College in California, the Rose Institute conducts and publishes research on issues related to the governance and politics of California. CRC uses the Rose Institute's categorizations because of their attention to the subtle differences among processes. In addition to the category descriptions, U.S. maps that the Rose Institute created provide a visual reference for understanding the variation of approaches among states (see **Maps 2** and **3**).

> The entity responsible for redistricting varies substantially from state to state and between congressional and legislative redistricting processes.

**Standard Legislative Process.**  A legislative committee creates a redistricting plan and submits it, in the form of a bill, to the full legislature. Upon final legislative approval, the redistricting plan is subject to gubernatorial veto. This is the process that Michigan and 19 other states use for legislative redistricting.

**Legislature.**  The legislature, not a legislative committee, creates and passes a redistricting plan in bill form that is subject to gubernatorial veto. This is the most common redistricting approach. Forty states use this process for congressional redistricting.

**Total Legislative Control.**  The legislature creates and passes a redistricting plan; the governor may not veto it. Two states use this process for both congressional and legislative redistricting.

**Legislative System with Back-Up.**  The legislature is responsible for creating and passing a redistricting plan that is subject to gubernatorial veto. If the legislature fails to pass a plan by a certain date, the governor vetoes the plan, or the state supreme court rules the plan invalid, a non-judicial entity—secretary of state, a commission, etc.—assumes responsibility for creating the redistricting plan. Ten states use this process for legislative redistricting.

**Non-Legislative Political Control.**  A group of public officials create a redistricting plan that may or may not be subject to legislative or gubernatorial approval.  In Arkansas this group comprises the governor, secretary of state and attorney; in Ohio, it is a board of legislative appointees and executives; in Maryland, it is the governor and an advisory committee of legislators.

**Advisory Commission.**  The advisory commission drafts a redistricting plan or advises the legislature on the creation of a plan that is subject to legislative approval and may or may not be subject to gubernatorial veto, depending on the state. In some states, the legislature may amend the plan.  The advisory commission comprises leaders from each legislative chamber or individuals that legislative or political leaders appoint and, at times, individuals that the commission members elect. Two states use this process for congressional redistricting; two for legislative redistricting.

**Legislature-Appointed Commission.**  The legislature-appointed commission comprises individuals that members of the state legislature appoint and, in some states, also individuals that the appointed individuals elect.  The committee creates a redistricting plan that may or may not be subject to legislative approval, depending on the state, and that is not subject to gubernatorial approval.  In some states, the legislature may provide recommendations to the commission and/or may amend the plan. Four states use this process for both congressional and legislative redistricting.

**State-Appointed Commission.**  The state-appointed commission comprises individuals that the governor and chief justice appoint and the majority and minority leaders of each chamber—or individuals that the majority and minority leaders of each chamber appoint.  The state-appointed commission creates a redistricting plan that is not subject to legislative or gubernatorial approval. Three states use this process for legislative redistricting.

# CRC REPORT



Map 2
Entity Responsible for Congressional Redistricting

☐ Legislature                    ■ Legislature-Appointed Commission
▨ Total Legislative Control      ▨ Party-Appointed Commission
▨ Advisory Commission            ▨ Independent Commission

Source: Rose Institute of State and Local Government, *Who Draws the Lines: A National Review of Congressional Redistricting Methods.* Rose Institute of State and Local Government, http://rosereport.org/congress/.

**Party-Appointed Commission.** The majority and minority leaders from each chamber appoint individuals to the commission and the appointed individuals elect additional individuals to the commission, or the state Republican and Democratic parties appoint individuals to the commission—in some states with input from the governor. The party-appointed commission creates a redistricting plan that is not subject to legislative or gubernatorial approval. One state uses this process for congressional redistricting; two for legislative redistricting.

**Independent Commission.** An existing independent state entity (i.e. Appellate Court Committee or Auditor Committee) creates a list of candidates with an equal number of Republicans and Democrats and a number of independents. Party or legislative lead-

ers then choose or strike, respectively, names from each political subpool. In California, a lottery is used to select eight members from the list, with representation from each political party; these members elect six additional members. The independent commission creates a redistricting plan that is not subject to legislative or gubernatorial approval. One state uses this process for congressional redistricting; two for legislative redistricting.

## Considerations of the Various Approaches

While no approach is ideal, entrusting redistricting responsibilities to the legislature, the same entity that is the chief beneficiary of the process, fosters a process that seems to many to be inappropriate. District boundaries determine from which voters a

CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM



Map 3
Entity Responsible for Legislative Redistricting

- ■ Standard Legislative Process
- ■ Total Legislative Control
- ▧ Legislative System with Back Up
- ■ Non-Legislative Political Control
- ☐ Advisory Commission
- ■ Legislature Approved Commission
- ■ State Appointed Commission
- ▨ Party Appointed Commission
- ▧ Independent Commission

Source: Rose Institute of State and Local Government, *Who Draws the Lines: A National Review of State Legislature Redistricting Methods*, http://rosereport.org/stateleg/. (CRC edited this map. The Rose Institute had characterized Michigan's approach as "Total Legislative Control." However, because Michigan's governor has veto power over the enactment of public acts, including redistricting plans, CRC recharacterized Michigan's approach as "Standard Legislative Process.")

candidate must gain support, creating an incentive for a legislature with redistricting authority to try to draw districts that advantage incumbent legislators. Additionally, conferring redistricting authority to the legislature, a partisan entity by design, tempts the majority legislative party to try to create a redistricting plan that advantages its party. At the same time, independent redistricting bodies with equal representation among political parties often deadlock: not once during its 18-year existence did a majority of the eight-member Michigan Commission on Legisla-

tive Apportionment agree on a redistricting plan; following the 1960, 1970, and 1980 censuses, the Commission split along partisan lines. And yet there may still be benefits in using a non-legislative redistricting entity in that it minimizes incumbent legislators' ability to draw their own districts. Whatever the responsible entity, if it does not agree on a plan, another entity—in Michigan, the state Supreme Court—will ultimately finalize the redistricting plan. But even these secondary entities often have partisan leanings. For example, in Michigan political par-

# CRC REPORT

## The Michigan Supreme Court and Partisan Concerns

Given the Michigan Supreme Court's critical role in redistricting, it is important to consider whether the court is free from partisan influences when it considers redistricting questions. While the justices are elected in nonpartisan elections, political parties nominate the candidates at the parties' state conventions. Because the court has seven members, one of the two main political parties generally will have nominated a majority of the justices serving on the court. If the court decides a redistricting case in a way that favors the political party that nominated the majority of the justices, it can raise concerns that the court was not fully objective and fair in representing the interests of all Michigan citizens.

This problem is not easily resolved. It is extremely important that Michigan citizens feel that their interests are impartially considered in a dispute over redistricting or any other matter. Removing the political parties from the judicial nomination process could help address these concerns.

ties nominate Supreme Court candidates, who, if elected, ultimately hold office without explicit political affiliations.

In choosing the type of entity responsible for creating redistricting plans, states make decisions about the size of those bodies. According to the Brennan Center for Justice, "Redistricting bodies range in size from 424 legislators in New Hampshire to just three executive officials in Arkansas." There is no magic number; and if a state assigns redistricting responsibility to an existing entity, such as the legislature, there may be no flexibility in the size. However, if a state creates a unique entity, a size of 7 to 15 individuals may be ideal to foster productivity while having enough members to represent the state's diversity in terms of geography, ethnicity, race, etc.[8]

The size of the redistricting entity is also important because it can dictate the challenges the entity will face. An odd number prohibits deadlocked decisions, but it may also result in one political party holding a majority. In states in which the responsible entity is the legislature, the legislature and governor (if controlled by the same party), or a commission with unequal political representation, a single party will dominate the redistricting process. If the responsible entity has an even number of members, it is possible to achieve equal political representation but it is also more likely that there will be a stalemate. To avoid gridlock, some states that use an entity with equal political representation also appoint a tiebreaker acceptable to both parties, which in practice will be someone nonpartisan or willing to act in a nonpartisan fashion.

# CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

## Michigan's Approach to Redistricting

Although today the Michigan legislature creates congressional and legislative redistricting plans, this has not always been the case. Article IV, Section 6 of the Michigan Constitution creates an independent Commission on Legislative Apportionment and assigns it the responsibility for drawing districts for the state's 38 Senate and 110 House seats. However, in 1982 the U.S. Supreme Court ruled that apportionment based, to any extent, on land area—as Article IV, Section 2 of the Michigan Constitution directs—violates the Equal Protection Clause of the U.S. Constitution.[9] Because of the non-severability

> In 1964 the U.S. Supreme Court ruled that apportionment based, to any extent, on land area—as Article IV, Section 2 of the Michigan Constitution directs—violates the Equal Protection Clause of the U.S. Constitution.

between Sections 2 through 6 of Article IV, in 1982 the Michigan Supreme Court invalidated the redistricting provisions of all five sections.[10] Since then, the state legislature has attempted to carry out both congressional and legislative redistricting.

When legislators propose a redistricting plan, they do so by introducing in the House or Senate a bill that includes the details of one or more plans. The bills are referred to the House and Senate committees responsible for redistricting; in 2011 these committees are the House Redistricting and Election Committee and the Senate Redistricting Committee. Each committee comprises nine mem-

### Michigan Redistricting Laws

- **Michigan Constitution Article IV, Sections 2 to 6** defines Michigan's legislative redistricting approach. These sections create the Commission on Legislative Apportionment and assign to it the responsibility for drawing legislative districts that have population variances of 25 percent above or below the ideal district size, preserve political boundaries, are contiguous and compact, and have single-member districts. In 1982, the Michigan Supreme Court invalidated the redistricting provisions in these sections because one requirement violates the Equal Protection Clause of the U.S. Constitution and the others were non-severable from the violating section.

- **Public Act 463 of 1996** establishes guidelines for drawing Michigan's legislative districts and confers jurisdiction on the Michigan Supreme Court to review redistricting plans for compliance with those guidelines, which comprise provisions for a maximum 10 percent total population variance, upholding precedents related to the Voting Rights Act, preserving political boundaries, contiguity, compactness, and single-member districts. The *LeRoux v. Secretary of State* opinion (described in the next bullet) suggest that PA 463 of 1996 does not bind the legislature when creating redistricting plans.

- While Michigan has no binding guidelines for congressional redistricting, **Public Act 221 of 1999, Congressional Redistricting Act** establishes guidelines for drawing Michigan's congressional districts. The guidelines comprise provisions for strict population equity, upholding the Voting Rights Act, preserving political boundaries, contiguity, compactness, single-member districts, and numbering districts. In *LeRoux v. Secretary of State, 465 Mich. 594, 640 NW 2d 849 (2002)*, the Michigan Supreme Court opined that PA 221 of 1999 is not binding beyond the 1999 legislature because, in essence, when a legislature approves a congressional redistricting plan, the statute it passes supersedes the provisions of PA 221 of 1999.

- **Public Act 222 of 1999** confers jurisdiction on the Michigan Supreme Court to hear and decide cases on congressional redistricting and to review and order congressional redistricting plans.

- **Public Act 282 of 1964, as amended by PA 115 of 2001**, describes Michigan's current congressional districts.

- **Public Act 116 of 2001** describes Michigan's current legislative districts.

## CRC REPORT

bers, who the respective majority leaders appoint to two-year terms. Within 60 days of the enactment of a congressional or legislative redistricting plan, any elector may apply to the Michigan Supreme Court for review of the plan.[11] If the plan fails to comply with existing laws, the Michigan Supreme Court may modify or remand that plan to a special master for further action.[12]

If the state legislature and governor have not adopted congressional and legislative redistricting plans by November 1st of the year following the decennial census, the majority or minority leaders of either chamber or a political party may request that the Michigan Supreme Court create the plan.[13] The Michigan Supreme Court then has until April of the following year—the second year after the decennial census—to develop a plan. Following the 1990 census, political control of the Michigan Legislature was divided and the legislature was unable to reach consensus on a redistricting plan; therefore the Michigan Supreme Court created the legislative redistricting plan.[14] After the 2000 census, the same political party controlled the state legislature and the governor's office, a redistricting plan was adopted and the Michigan Supreme Court upheld the plan against legal challenges.

### Michigan's Unconstitutional Constitutional Provisions

Article IV, Section 6 of the 1963 Michigan Constitution creates the Commission on Legislative Apportionment and assigns to it the responsibility of drawing legislative districts. However, when the Commission repeatedly failed to reach agreement on redistricting plans – based on the 1960, 1970, and 1980 censuses – the Michigan Supreme Court assumed responsibility. In doing so in 1982, the Court took things a step further.

Article IV, Section 2 of the 1963 Michigan Constitution includes provisions to apportion legislative districts based on each county's share of the state's population and the state's land area. However, in 1982 the Michigan Supreme Court opined that principle is unconstitutional based on the 1964 U.S. Supreme Court "one person, one vote" ruling.[1] Because of the non-severability among Sections 2 through 6 of Article IV, the Court ruled that the redistricting provisions of all 5 sections became null and void with the "one person, one vote" ruling.[2] The Court found that both standards and process are "inextricably intertwined" and the Commission cannot survive without redistricting rules.

Removing the invalidated language from the Constitution requires a constitutional amendment, which can occur as the result of legislative-referred or voter-initiated proposals, or a constitutional revision, which can occur by means of a constitutional convention.[3] Yet, neither the legislature nor voters have used their power to propose such a constitutional amendment; and there has been no constitutional convention since the 1960s. Upon removing the "land area" language, the remaining, previously invalidated language (on the basis of non-severability), may become valid.

It is noteworthy that each of the four Michigan Constitutions adopted since 1835 has contained specific legislative apportionment provisions. This suggests that voters have deemed it unwise to leave the matter to the discretion of any branch of state government, including the judiciary. Given the historical preference of Michigan voters, and due to the fundamental importance of redistricting, state constitutional provisions specifying what entity should bear responsibility for the process and what standards should govern the process would seem a prudent recourse. A new redistricting process designed to produce districts that are drawn in conformance with specific standards is imperative to ensure the unbiased and effective representation of Michigan citizens.

[1] *Reynolds v Sims*, 377 US 533; 84 S Ct 1362; 12 L Ed 2d 506 (1964)

[2] 413 Mich. 96; 321 NW 2d 565 (1982).

[3] Michigan Constitution Article XII, §§ 2-3

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

## Federal Requirements for Redistricting

The federal government provides minimal restrictions on states' redistricting processes. The U.S. Constitution mandates equal representation among districts, and the Voting Rights Act requires that States provide minority groups an equal opportunity to elect candidates of their choice.

### Population

The Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution requires that every U.S. citizen receive equal congressional and legislative representation. However, defining "equal" presents challenges. The U.S. Supreme Court has ruled that the only permissible deviation from strict equity among congressional district population within a given state is the deviation necessary to comply with the Voting Rights Act and state requirements, such as compact or contiguous districts.[15] One might imagine that such a rule could lead to wide variation among district sizes in a state, but existing technology and congressional districts' large sizes make it possible to create districts with little to no population variation. Following the last two censuses, most states drew congressional districts with variations of just one person.[16] Current congressional districts have total variations[17] of no more than 0.6 percent from the ideal district size within a given state (see **Table 1** on page 12). However, because the U.S. Constitution apportions at least one congressional seat to even the smallest state, congressional districts among states have a total variation of 38 percent.

To provide flexibility in drawing legislative districts that fulfill other federal and state requirements, the U.S. Supreme Court has held that, when there exists meaningful state requirements or unique geographical features, legislative districts may have variations larger than those permitted for congressional districts.[18] The U.S. Supreme Court generally requires justification for legislative districts that have

a total variation of more than 10 percent[19] and has indicated that a total variation of 16.4 percent may "approach tolerable limits."[20] On average, current legislative districts have a total variation of seven percent (**Table 1** on page 12). Michigan statute permits legislative districts to be greater or less than the ideal district size by up to five percent, for a total variation of up to 10 percent.[21]

In addition to the ambiguity regarding equity in size, there may exist ambiguity regarding the population on which size is based. The federal government uses the apportionment population described previously to apportion congressional seats, while most states, including Michigan, use the decennial census resident population as the base for redistricting. States may use alternative population bases for redistricting as long as the state uses the alternative base uniformly[22] and the resulting districts reflect districts that could be produced using the census resident population.[23] Alternative bases include the population of residents of voting age, the population of citizens of voting age, the population of registered voters, the population of voters who participated in a recent election or set of elections, and the population determined by a state-conducted census.[24]

> The U.S. Constitution mandates equal representation among districts, and the Voting Rights Act requires that States provide minority groups an equal opportunity to elect candidates of their choice.

Regardless of the population base that a state uses, because federal and state laws limit the right to vote—based on, for example, age, citizenship, criminal conviction, etc.—and because enfranchised and non-enfranchised people do not reside evenly among geographic areas, the ratio of people to eligible voters varies among districts.[25] This variation combined with use of the decennial census resident population can significantly impact the weight of individual votes in some districts. For example, the census counts incarcerated individuals in the locations where they are imprisoned. Because not all prisoners are enfranchised, this inflates the voting power of districts that have prisons, and because some prisoners are enfranchised, this reduces the voting power

## Table 1
## Comparison of District Size and Variation by State, 2000

| | Congressional Districts | | State House Districts | | State Senate Districts | |
|---|---|---|---|---|---|---|
| | Ideal Size | Total Variation | Ideal Size | Total Variation | Ideal Size | Total Variation |
| Alabama | 636,300 | 0.00% | 42,353 | 9.93% | 127,060 | 9.73% |
| Alaska | N/A | N/A | 15,673 | 9.96% | 31,346 | 9.32% |
| Arizona | 641,329 | 0.00% | 171,021 | 3.79% | 171,021 | 3.79% |
| Arkansas | 668,350 | 0.10% | 26,734 | 9.87% | 76,383 | 9.81% |
| California | 639,087 | 0.00% | 423,395 | 0.00% | 846,792 | 0.00% |
| Colorado | 614,465 | 0.00% | 66,174 | 4.88% | 122,863 | 4.95% |
| Connecticut | 681,113 | 0.00% | 22,553 | 9.20% | 94,599 | 8.03% |
| Delaware | N/A | N/A | 19,112 | 9.98% | 37,314 | 9.96% |
| Florida | 639,295 | 0.00% | 133,186 | 2.79% | 399,559 | 0.03% |
| Georgia | 629,727 | 0.00% | 45,480 | 1.95% | 146,187 | 1.93% |
| Hawaii | 605,769 | 0.31% | 22,046 | 20.10% | 44,973 | 38.90% |
| Idaho | 646,977 | 0.60% | 36,970 | 9.71% | 36,970 | 9.71% |
| Illinois | 653,647 | 0.00% | 105,248 | 0.00% | 210,496 | 0.00% |
| Indiana | 675,609 | 0.02% | 60,805 | 1.92% | 121,610 | 3.80% |
| Iowa | 585,265 | 0.02% | 29,263 | 1.89% | 58,526 | 1.46% |
| Kansas | 672,105 | 0.00% | 21,378 | 9.95% | 66,806 | 9.27% |
| Kentucky | 673,628 | 0.00% | 40,418 | 10.00% | 106,362 | 9.53% |
| Louisiana | 638,425 | 0.04% | 42,561 | 9.88% | 114,589 | 9.95% |
| Maine | 637,462 | 0.00% | 8,443 | 9.33% | 36,426 | 3.57% |
| Maryland | 662,060 | 0.00% | 37,564 | 9.89% | 112,692 | 9.96% |
| Massachusetts | 634,910 | 0.39% | 39,682 | 9.68% | 158,727 | 9.33% |
| Michigan | 662,563 | 0.00% | 90,350 | 9.92% | 261,538 | 9.92% |
| Minnesota | 614,935 | 0.00% | 36,713 | 1.56% | 73,425 | 1.35% |
| Mississippi | 711,165 | 0.00% | 23,317 | 9.98% | 54,705 | 9.30% |
| Missouri | 621,690 | 0.00% | 34,326 | 6.08% | 164,565 | 6.81% |
| Montana | N/A | N/A | 9,022 | 9.85% | 18,044 | 9.81% |
| Nebraska | 570,421 | 0.00% | N/A | N/A | 34,924 | 10.00% |
| Nevada | 666,086 | 0.00% | 47,578 | 1.97% | 95,155 | 9.91% |
| New Hampshire | 617,893 | 0.10% | 3,089 | 9.26% | 51,491 | 4.96% |
| New Jersey | 647,257 | 0.00% | 210,359 | 1.83% | 210,359 | 1.83% |
| New Mexico | 606,349 | 0.03% | 25,986 | 9.70% | 43,311 | 9.60% |
| New York | 654,361 | 0.00% | 126,510 | 9.43% | 306,072 | 9.78% |
| North Carolina | 619,178 | 0.00% | 67,078 | 9.98% | 160,986 | 9.96% |
| North Dakota | N/A | N/A | 13,664 | 10.00% | 13,664 | 10.00% |
| Ohio | 630,730 | 0.00% | 114,678 | 12.46% | 344,035 | 8.81% |
| Oklahoma | 690,131 | 0.00% | 34,165 | 2.05% | 71,889 | 4.71% |
| Oregon | 684,280 | 0.00% | 57,023 | 1.90% | 114,047 | 1.77% |
| Pennsylvania | 646,371 | 0.00% | 60,498 | 5.54% | 245,621 | 3.98% |
| Rhode Island | 524,160 | 0.00% | 13,978 | 9.88% | 27,587 | 9.83% |
| South Carolina | 668,669 | 0.00% | 32,355 | 4.99% | 87,218 | 9.87% |
| South Dakota | N/A | N/A | 21,567 | 9.71% | 21,567 | 9.69% |
| Tennessee | 632,143 | 0.00% | 57,468 | 9.99% | 172,403 | 9.98% |
| Texas | 651,619 | 0.00% | 139,012 | 9.74% | 672,639 | 9.71% |
| Utah | 744,390 | 0.00% | 29,776 | 8.00% | 77,006 | 7.02% |
| Vermont | N/A | N/A | 4,059 | 18.99% | 20,294 | 14.73% |
| Virginia | 643,501 | 0.00% | 70,785 | 3.90% | 176,963 | 4.00% |
| Washington | 654,902 | 0.00% | 120,288 | 0.30% | 120,288 | 0.30% |
| West Virginia | 602,781 | 0.22% | 18,083 | 9.98% | 106,374 | 10.92% |
| Wisconsin | 670,459 | 0.00% | 54,179 | 1.60% | 162,536 | 0.98% |
| Wyoming | N/A | N/A | 8,230 | 9.81% | 16,451 | 9.51% |

Note: Alaska, Delaware, Montana, North Dakota, South Dakota, Vermont and Wyoming received only one seat in the U.S. House so their congressional plans did not have an overall range. Also, Nebraska has a unicameral legislature, so it had no House plan.
Source: National Conference of State Legislatures, *Redistricting Law 2010*, 47-48.

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

in districts whose residents are incarcerated. The Equal Protection Clause does not prohibit redistricting plans with equal populations and yet unequal numbers of enfranchised people.

### Equal Opportunity

Ensuring minority groups an equal opportunity to elect candidates of their choice is one requirement that may induce variation among district populations. Passed in 1870, the Fifteenth Amendment to the U.S. Constitution prohibited voting restrictions based on race. However, southern states used poll taxes, literacy tests and other means to continue to disenfranchise African Americans. It was not until passage of the Voting Rights Act of 1965 that minorities received protection from discrimination in voting practices.

> Ensuring minority groups an equal opportunity to elect candidates of their choice is one requirement that may induce variation among district populations.

Sections 2 and 5 of the Voting Rights Act are particularly relevant to the redistricting process. Section 2 requires that states provide minority groups an equal opportunity to elect candidates of their choice. Three determinants, called the Gingles factors, describe for which groups states must provide equal opportunity:

- Minority groups that are large enough and geographically compact enough to constitute a majority of the voting age population in a single-member district;[26]
- Minority groups whose members have a history of voting for the same candidate; and
- Minority groups in districts where the majority group votes as a bloc to the extent that it usually defeats the minority's preferred candidate.[27]

Minority groups may comprise individuals of a racial or language group, but there is no consensus on whether a minority group may comprise individuals of multiple racial groups if they do not share a common language.[28]

Section 2 concerns whether equal opportunity exists, not whether the redistricting entity intends to provide or deny equal opportunity. Thus, rather than focusing on a redistricting entity's motivations, the extent to which members of a minority group have been elected to public office can indicate whether or not a government has violated the Voting Rights Act with its redistricting plan. If, in a given district, there is a history of the minority group's preferred candidate being defeated after receiving the majority of votes in the predominantly minority precincts and few votes in the predominantly majority precincts, then it is likely that the district violates the Voting Rights Act.

Similarly, Section 2 concerns elections in which minority and majority groups prefer different candidates, not the reasons for voters' preferences. Thus, a minority group's preferred candidate does not need to be of the same race or language as the group.[29] If the candidates in a given election are of the same race and language and yet the candidate that the minority group prefers loses, this could be evidence of a violation. In determining whether a minority group's vote has been diluted, the courts must consider the totality of circumstances.[30]

While there is no single quantitative way to prove that a redistricting plan provides equal opportunity to minority groups, proportionality may provide evidence in support of a plan. Proportionality is the percent of districts in which the minority group is the predominant group compared to the percent of the total population that the minority group represents. This measure is also used in Section 5 of the

# CRC Report



**Map 4
Section 5 Covered Jurisdictions**

Source: U.S. Department of Justice, Section 5 Covered Jurisdictions, 2008 www.justice.gov/crt/voting/

Voting Rights Act to help identify jurisdictions in which minority groups are at risk of experiencing discrimination. The jurisdictions covered under Section 5 (see **Map 4**) may only change their election practices, including district boundaries, with the approval of the U.S. Attorney General. This means that the U.S. Attorney General must review all redistricting plans affecting these jurisdictions before such plans may be implemented. In Michigan, only Clyde Township in Allegan County and Buena Vista Township in Saginaw County are subject to these restrictions.[31]

Although progress has been made over time, minorities still struggle to win elections in districts that majority groups dominate. According to the American Civil Liberties Union, "Throughout the 1970s and 1980s, only about 1% of majority white districts elected a black candidate.... The number of blacks elected to state legislatures increased after the 1990 redistricting, but the increase was the result of the increase in the number of majority black districts." In 2000, majority white districts elected only four of the 38 black members of Congress, and majority white districts elected none of the Latino members of Congress.[32]

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

### State Requirements for Redistricting

In addition to the federal population and equal opportunity requirements, states may adopt secondary guidelines to govern and constrain the redistricting process. The most common requirements are that districts adhere to political boundaries, preserve communities of interest, and be contiguous and compact (see **Table 2**). These requirements are based on the idea that a single elected official should represent those with shared characteristics and interests, and, in doing so, the representative may be more responsive to local needs. Additionally, such requirements can decrease the time it takes for candidates and voters to travel to the various parts of the district. While requirements can make gerrymandering more difficult, adding state requirements may make it more difficult to abide by federal requirements, and fulfilling one state requirement may require neglecting other state requirements.

> The most common requirements are that districts adhere to political boundaries, preserve communities of interest, and be contiguous and compact.

#### Commonly Used Requirements

Michigan and many other states use the following common redistricting standards as guidelines for redistricting plans.

#### Political Boundaries

Many states require redistricting plans to respect political boundaries, such as the boundaries of a county, township, or city. This type of requirement may take a number of forms:

- Preserve all county boundaries;
- Break no more than a specific number of county boundaries;
- Maintain county boundaries; if the redistricting plan must break a county boundary, maintain city and township boundaries; if the redistricting plan must break a city or township boundary, do so in such a way that maximizes compactness—this is Michigan's approach.[33]

Adhering to political boundaries minimizes the burden on local governments to administer elections while simplifying the organization of political jurisdictions for voters. However, it also may make it more difficult to provide opportunities for minorities, preserve communities of interest, and create competitive districts. Similarly, because of residential patterns of political segregation and the compact nature of predominantly Democratic urban jurisdictions, preserving political boundaries may create a Republican bias;[34] this phenomenon is discussed in more detail later in this paper.

#### Communities of Interest

A redistricting plan that preserves communities of interest places into the same districts individuals within close proximity to one another, who share cultural, economic, ethnic, political, religious, or social ties. Communities of interest may be difficult to define, because shared interests may not be obvious and people's interests change. To preserve communities of interest, some suggest preserving census tracts, which generally have populations that share meaningful characteristics; others suggest asking communities to identify themselves.[35]

In every census between 1940 and 2000, about one in every six households received a long form, which asked approximately 50 questions more than the short form.[36] While the short form's questions center on basic demographics (gender, age, and race), the long form's questions generated information about households' socioeconomic and housing characteristics, information that may be useful in identifying communities of interest. Although the 2010 census did not use the long form, those states that have used the long form data in the past to identify communities of interest may now use the American Community Survey, which provides comparable data based on sampling rather than a full census and available on a more frequent schedule—annually

**Table 2**
**Redistricting Criteria by State, 2000**

| | Adhere to Political Boundaries | Preserve Communities of Common Interest | Contiguous | Compact |
|---|---|---|---|---|
| Alabama | C, L | | | |
| Alaska | | | C, L | C, L |
| Arizona | C, L | C, L | C, L | C, L |
| Arkansas | C, L* | | | |
| California | | | | |
| Colorado | | L | | |
| Connecticut | | | | |
| Delaware | | | L | |
| Florida | | | | |
| Georgia | C, L | | C, L | |
| Hawaii | | | L | C, L |
| Idaho | | | C, L | C, L |
| Illinois | | | | |
| Indiana | | | | |
| Iowa | C, L | | C, L | C, L |
| Kansas | C, L | C, L | C, L | C, L |
| Kentucky | L | | L | |
| Louisiana | | | L | |
| Maine | L | | | |
| Maryland | L | | L | L |
| Massachusetts | | | L | |
| Michigan | C, L | | C, L | C, L |
| Minnesota | C, L | C, L | C, L | C, L |
| Mississippi | | | C, L | |
| Missouri | | | C, L | C, L |
| Montana | | | | |
| Nebraska | C, L | | C, L | C, L |
| Nevada | C, L | | C, L | C, L |
| New Hampshire | | | L | |
| New Jersey | L | | C, L | L |
| New Mexico | C, L | C, L | | |
| New York | C, L | | C, L | L |
| North Carolina | C, L | | C, L | |
| North Dakota | L | | L | |
| Ohio | L | | L | L |
| Oklahoma | | | L | L |
| Oregon | C, L | C, L | C, L | L |
| Pennsylvania | | | | |
| Rhode Island | | | | |
| South Carolina | C, L | C, L | C, L | C, L |
| South Dakota | | | | |
| Tennessee | | | L | |
| Texas | | | | |
| Utah | | | C, L | C, L |
| Vermont | | | | |
| Virginia | AC, AL | AC, AL | C, L | C, L |
| Washington | C, L | C, L | C, L | C, L |
| West Virginia | C, L | | L | C, L |
| Wisconsin | | | L | L |
| Wyoming | | | C, L | C, L |

C: required in congressional plans            AC: allowed in congressional plans
L: required in legislative plans            AL: allowed in legislative plans

*The original table stated that Michigan required these criteria for congressional districts. However, as mentioned in, *LeRoux v. Secretary of State* the Michigan Supreme Court opined that the criteria are not binding beyond the 1999 legislature.

Source: National Conference of State Legislatures, Redistricting Law 2010, 106-108.

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

rather than once per decade. Even without the American Community Survey, the type of information that the Census Bureau provides states for redistricting purposes—commonly referred to as PL 94-171, the public law that required the Census Bureau to distribute the information—will not change. PL 94-171 was based on the short form in 2000.[37] Thus, the 2010 census data that states use in 2011 redistricting will have a similar level of detail as the 2000 census data that states used in 2001 redistricting.

### Contiguity

In a contiguous district, there is the ability to move to any location within the district without leaving it. If a body of water separates land in a district, the district is contiguous if a bridge runs across the water. A district with an island is contiguous if the island is



**Map 5**
**New York State Senate District 60:**
**An Example of a Noncontiguous District**

Source: University of Buffalo, *Reference Maps*,
http://rkn.buffalo.edu/maps/reference.cfm.

part of the same district as the closest mainland or, in Michigan, if the island is part of the same district as the county in which the island is located.[38] Because political boundaries are not always contiguous, preserving political boundaries may lead to noncontiguity. New York State Senate District 60 is one example of a noncontiguous district. It comprises an island and three separate geographic areas on the mainland, the white sections indicated in **Map 5**.

### Compactness

Districts that are compact minimize the distances among district residents. Although most states that require compact districts do not specify how to measure compactness,[39] there are many such measures. Applying multiple measures to the same district may lead to different conclusions about the district's compactness. Some popular measures include:

- Shape: Districts in the shape of a circle, square, or hexagon are more compact.[40]

- Boundaries: Districts with smoother rather than squiggly boundaries are more compact.

- Perimeter: Districts with smaller perimeters are more compact.

- Area: The closer a district's area is to the area of the smallest circle or polygon that can be drawn around the district, the more compact the district. This is the measure that Michigan uses.[41]

- Perimeter and area: The closer the area of a district is to the area of a circle with the same perimeter, the more compact the district.

- Dispersion: The more equal the height and width of a district, the more compact the district.

- Shape and population: The closer a district's population center is to the geographic center of the district, the more compact the district.

Because maximizing compactness may prohibit meeting other requirements, states may require that each district individually, the sum of all the districts, or the districts on average simply meet some compactness threshold.[42] As previously mentioned and as discussed in more detail later in the paper, requiring compactness may create a Republican bias in a redistricting plan.

## CRC REPORT

### Lesser Used Requirements

While Michigan and many other states use the most common redistricting standards as guidelines for redistricting plans, a few states use a number of less common principles: limiting the use of certain data, drawing competitive districts, respecting geographic boundaries, nesting house districts in senate districts, engaging the public, avoiding multi-member districts and redistricting on a decennial basis.

### Data

A few states, not including Michigan, have redistricting requirements specifying what data a redistricting entity may reference in drawing district boundaries. Some states prohibit consideration of any person's residence; others only prohibit considering incumbents' residences but not the residences of potential candidates.[43] Arizona prohibits the use of incumbents' residence data but permits the use of party registration and voting history data after the "initial phase of mapping."[44] Similarly, Montana prohibits "in the development of a plan" the use of data on incumbents' residences, registered voters' political affiliations, previous election results, and partisan political voter lists.[45] Iowa prohibits the use of data on incumbents' residences, previous election results, and demographics other than population, unless required by federal law.[46] Idaho only allows its redistricting entity to consider population data.[47]

In restricting a redistricting entity's use of data, these requirements seek to minimize district boundaries that disproportionally advantage specific individuals or groups. District boundaries determine from which residents a candidate must gain support. A redistricting entity may stretch or contract district boundaries to place a given incumbent among his preferred constituency, to separate an incumbent from his preferred constituency, or to place two incumbents in the same district, forcing them to compete against one another. Requirements to prohibit the

use of incumbent residence addresses attempt to eliminate these types of gerrymandering.

While these requirements attempt to instill integrity into redistricting processes by minimizing political motivations, there is no reliable evidence of their effectiveness. First, members of redistricting bodies likely know the location of legislators' residences and may consider those locations regardless of provisions instructing otherwise. Second, such efforts are not foolproof because voters move. Thus, with time, the effects of redistricting based on the location of individual residences fades. Term limits compound this challenge because they make it difficult to anticipate the optimal boundary lines given that future candidates are unknown.

> Although researchers have not achieved consensus on the effects of competitive district requirements, proponents of competitive districts cite many benefits, including more responsive and moderate elected officials, decreased political corruption, basic fairness, and increased participation in elections.

### Competitive Districts

A competitive district is one in which candidates from each of the dominant political parties have a reasonable chance of winning the general election. Districts with relatively equal numbers of Democrat and Republican voters may breed competition by building confidence among members of the party that is not in power that they have a chance of electing their preferred candidate and by instilling insecurity in members of the incumbent party that their preferred candidate may not be elected.

Although researchers have not achieved consensus on the effects of competitive district requirements (see "Competitive Districts and Political Polarization" on page 24), proponents of competitive districts cite many benefits, including more responsive and moderate elected officials, decreased political corruption, basic fairness, and increased participation in elections. Competition may incent incumbent representatives to respond to constituents' preferences, because voters can hold them accountable at the next election. Competitive districts may discourage extreme political candidates because they have difficulty appealing to centrist swing voters. At the same time, competitive districts may limit political corrup-

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

tion by limiting one party's control of a given district. Perhaps most importantly, though, "competitive districts appeal to our sense of fairness."[48] For all these reasons, some believe that competitive districts may improve voter turnout.[49]

In addition to disagreeing about the benefits, opponents of competitive districts argue that competitive districts do not necessarily foster competitive elections. In the short run, the advantages of incumbency—such as name recognition and an existing public platform—may clinch a wide-margin victory for the incumbent despite competitive-district engineering. Over the years, voters may change their preferences or move, rocking the political balance of a district designed to be competitive.

> Efforts to instill transparency and public engagement in the redistricting process educates the public about the redistricting process while also serving as evidence when defending the plan in court.

States pursue competitive districts using a variety of approaches. Some states require the redistricting entity to consider district competitiveness as one of a number of priorities.[50] Others prefer to let competitive districts evolve more organically by simply prohibiting their redistricting bodies from using data about voter political affiliations, except when necessary to adhere to the Voting Rights Act and even though members of redistricting bodies likely understand voting patterns without data.[51] Still another approach is setting a threshold of the number of districts that must be competitive or the minimum level of competitiveness required in each district. Michigan has no requirement encouraging or discouraging competitive districts.

### Geographic Boundaries

Although Michigan does not, some states require that district boundaries follow geographic boundaries. This is the most impartial redistricting requirement that a government can use because, for the most part, governments do not set the location of natural features like mountain ranges, rivers, and lakes. However, if a government values districts that provide opportunities for minorities, are competitive, etc., random assignment may not foster such districts. And yet requiring district boundaries to align

with geographic boundaries results in districts that comprise individuals who live near, in, or on a common natural feature, share a common interest, and, therefore, may merit a common representative.

### Nesting

Nesting is the process of drawing lower legislative chamber districts within higher legislative chamber districts. It requires the number of lower legislative chamber seats to be a multiple of the number of higher legislative chamber seats. Because of this, nesting currently is not possible in Michigan. While nesting simplifies the organization of political jurisdictions for voters, it may also limit variety in representation by using the same constituency groupings for both chambers.

### Transparency and Public Engagement

An open redistricting process can develop trust between redistricting entities and the public, possibly minimizing lawsuits and increasing participation in the democratic process. As of 2006, 35 states required some form of transparency in their redistricting processes, usually through public hearings.[52] Because the Michigan legislative committees responsible for redistricting are standing committees, their meetings are open to the public. Open meetings are the extent of Michigan's redistricting transparency requirements.

States may engage the public in many other ways. Some states solicit feedback on redistricting plans while others consider plans that members of the general public design.[53] States can also require redistricting bodies to report the motivations for their plans or distribute a record of all redistricting meetings. This type of information educates the public about the redistricting process while also serving as evidence when defending the plan in court. However states engage the public, it comes at the cost of time. Moreover, public engagement may make it more difficult for redistricting entities to make good policy decisions that are politically unpopular.

# CRC Report

## Multi-Member Districts

Multi-member districts are districts with two or more representatives. Federal law prohibits multi-member congressional districts, but some state and many local governments still use multi-member districts.[54] Michigan does not use multi-member districts for state legislative offices.

Governments that use multi-member districts may require that each district has the same number of representatives, or they may allow the number of representatives to vary by district. Multi-member districts are very compatible with nested districts in that the higher and lower legislative chamber districts may have the same boundaries, but the higher legislative chamber district will have one representative while the lower legislative chamber district will have more than one representative.

Using multi-member districts may help preserve po-

litical and geographic boundaries as well as communities of interest, but it can make it more difficult to abide by the provisions of the Voting Rights Act. Because multi-member districts are larger than single-member districts, redistricting entities may divide fewer political boundaries, geographic boundaries, and communities of interest than single-member districts. At the same time, combining multi-member districts with a typical voting method, in which each elector submits one vote for each preferred candidate, may make it more difficult for minority groups to elect a candidate of choice. This is because the majority group's preferences can dominate repeatedly, electing the majority group's preferred candidates for every open seat.

One adaptation of multi-member districts is the floterial district, which is a district layered on top of portions of multiple single-member districts such that parts of each of the single-member districts have

### Alternative Voting Methods

Alternative voting methods—such as cumulative, instant runoff, or limited voting—may resolve problems of majority group dominance in multi-member district elections.¹ Lists of state and local governments that use these voting methods can be found at FairVote.org.²

- **Cumulative.** Each elector has a certain number of votes that may be distributed equally or unequally among candidates—one vote for each candidate or more than one vote per candidate—until the elector has used up the votes. For example, if there are five candidates and three seats, each elector may submit three votes, one vote for each of three candidates, two votes for one candidate, and one for a second candidate, or three votes for one candidate.

- **Instant Runoff.** Each elector ranks the preferred candidates for the available seats. For example, each elector ranks the first choice as 1, the second choice as 2, the third choice as 3, etc. A candidate requires a certain minimum number of votes to be elected, most commonly one vote more than the number of votes equally divided among one more than the number of open seats. For example, if electors cast 100,000 votes to fill three seats, a candidate needs 25,001—(100,000/4)+1—to be elected. Election officials count all of the '1' votes. If a candidate has more than 25,001 votes, that candidate is elected and the surplus votes are transferred to the candidates listed as '2' on the ballots. If, even after transferring votes, no candidate has more than 25,001 votes, election officials eliminate the candidate with the fewest votes and transfer that candidate's '3' votes. This process repeats until every seat is filled.

- **Limited.** Each elector has fewer votes than there are open seats and may only submit one vote per preferred candidate. For example, if there are five candidates and three seats, each elector may submit two votes and the top three vote getters are elected.

¹ Levitt, Justin. *A Citizen's Guide to Redistricting.* Brennan Center for Justice. 2010: 67.
² Cumulative and limited: http://archive.fairvote.org/?page=2101, Instant runoff: www.fairvote.org/where-instant-runoff-is-used

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

more than one elected official.[55] Floterial districts are useful in fulfilling competing redistricting requirements. For example, if a state requires the preservation of political boundaries, has an ideal district size of 100,000, and has contiguous cities with populations of 150,000 each, the state can fulfill both federal and state requirements by creating a single-member district in each city and a floterial district of 150,000, comprising 75,000 from each city.[56] Each district meets the federal requirement of equal population and the single-member districts maintain political boundaries. Moreover, the 300,000 voters cooperatively elect three representatives, conforming to the voting power standards that the ideal district size establishes.

### Approval Threshold

Although most states require a simple majority of the redistricting entity's members to vote in support of the redistricting plan for it to take effect, some require a super-majority. California, Connecticut and Maine require two-thirds super-majorities, while Missouri requires a 70 percent supermajority.[57] Supermajority requirements may create an incentive for bipartisanship in drafting redistricting plans, but they do not safeguard against gerrymandering. Instead, members of the redistricting entity, particularly if the redistricting entity comprises legislators, may collude to protect all incumbents, regardless of political party. Supermajority requirements also make a stalemate more likely.

### Frequency

While most states redistrict once per de-

cade, a few states redistrict more often (see **Maps 6** and **7**). Michigan law requires legislative redistricting once every ten years, beginning November 1, 2001,[58] to coordinate with the decennial census. PA 221 of 1999 stated the same requirement for congressional redistricting, but the Michigan Supreme Court ruled in 2002 that this law was not binding beyond the 1999 legislature,[59] leaving the legislature free to redistrict more than once per decade. Nineteen states prohibit redistricting more than once per decade for state legislative districts, and four do the same for congressional districts. Requirements permitting redistricting more than once per decade may only allow mid-decade redistricting under special circumstances, or they may allow redistricting as often as the responsible entity prefers.

The most famous case of mid-decade redistricting may be the 2003 Texas congressional plan. In 2002, for the first time in 130 years, Republicans won majorities in the Texas House and Senate.[60] Upon taking office in 2003, the legislature redrew Texas's congressional districts, which the Democrat-controlled legis-





Map 6
Laws Determining Frequency of Redrawing State Legislative Districts

■ Once per Decade
☐ At Any time
☒ Unclear
☐ No Law

Source: Levitt, Justin. *A Citizen's Guide to Redistricting.* Brennan Center for Justice: 2010. 17.
Note: the original map stated that Michigan had no laws regarding the frequency of redrawing legislative districts. However, PA 463 of 1996 requires legislative redistricting once per decade.

## CRC REPORT



**Map 7**
**Laws Determining Frequency of Redrawing Congressional Districts**

■ Once per Decade
▨ At Any time
▣ Unclear
□ No Law

Source: Levitt, Justin. *A Citizen's Guide to Redistricting.* Brennan Center for Justice. 2010: 17.

the following prioritization for congressional district guidelines, in order of preeminence: equal population, equal opportunity to elect candidates, contiguity, adherence to political boundaries, and compactness.

### Schedule

States generally have similar start and end dates for their redistricting processes, although exact deadlines may vary. By April 1st of the year following the census year, the U.S. Census Bureau releases to the states block-level data. Some states wait until this point to begin the redistricting process, while others, particularly those that create unique redistricting commissions, may begin selecting commission members before they receive their census data.[62] The filing deadline for a state's primary election in the second year after the decennial census is the most common deadline for finalizing redistricting plans.[63] In Michigan, the deadline for legislatively created plans is November 1st of the year following the decennial census. However, it may behoove a state to finalize plans before its deadline in an effort to address legal objections before plans are needed.

lature had drawn in 2001. The U.S. Supreme Court upheld all but one of the redrawn districts.[61]

There are advantages and disadvantages to redistricting more than once per decade. The advantage is the ability to maintain districts that reflect federal and state requirements. The disadvantage is that it enhances gerrymanders' abilities to respond to new threats and opportunities. Frequent redrawing also distorts elected officials' accountability to their constituents given the potential for ongoing shifts in voters among districts.

### Prioritizing among Requirements

There is no standard among states for prioritizing the various redistricting requirements, and many states do not formally prioritize their requirements. Redistricting requirements often conflict, so identifying a formal prioritization builds consistency into the redistricting process and protects against gerrymandering that selectively fulfills some requirements over others. At the same time, there is no best way to prioritize among the various requirements. Michigan does not prioritize among its legislative district guidelines, but, when in effect, PA 221 of 1999 used

Interim deadlines are also helpful and important. According to the Brennan Center for Justice, "The amount of time that each state devotes to each part of the redistricting process can affect the resulting district lines. For example, states that allow relatively little time for the primary redistricting body to negotiate over various proposals may be more prone to deadlock, leaving responsibility for the final district lines to the courts or other backup institutions. In states with more time, on the other hand, public hearings may reveal unintended consequences of a particular proposal, and allow the primary redistricting body to adjust the map accordingly."[64]

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

### Gerrymandering

Redistricting is fundamental to democracy because district boundaries determine from which voters a candidate must gain support and, ultimately, which individuals an elected official represents. Thus, the ways in which redistricting bodies may bias district boundaries to advantage specific individuals or groups is of great concern. Although there is no single measure to prove a district has been gerrymandered or to estimate the extent of gerrymandering, that does not mean that gerrymandering does not occur. Rather, it speaks to the complicated, often opaque process of redistricting. Similarly, the lack of reliable evidence demonstrating the effects of gerrymandering does not mean that gerrymander does not affect communities; it just may be too difficult to isolate the effects of gerrymandering to measure them. In order to assess and improve the redistricting process, it is important to understand how gerrymandering manifests so that changes to the process minimize opportunities for biasing boundaries and put in place controls for identifying and remedying gerrymandering when it occurs.

### Techniques

Gerrymanderers use a variety of techniques in biasing district boundaries. They can draw boundaries to move from one district to another residents who historically vote with certain partisan leanings or who are likely candidates for certain public offices, manipulating the choices that voters face. Gerrymandering techniques include packing, cracking, tacking, hijacking, kidnapping, and eliminating competitors.

**Packing.** Placing as many voters of one type in a single district to minimize the number of elections they can influence. For example, after the 2000 census, Republicans controlled both the Michigan legislature and the governor's office. In redistricting, they were alleged to have packed Democrats into Michigan's already heavily Democratic Fifteenth and Twelfth Congressional Districts to free up Republicans for the Eighth and Ninth districts.[a]

**Cracking.** Spreading voters of one type over many districts where they will comprise minorities that are unable to influence elections.[b] In 1992 Koreatown, a predominantly Korean American neighborhood comprising just more than a square mile of land in Los Angeles, was divided into five state assembly districts, with no single legislator accountable to the Korean American community.[c] If this was the result of gerrymandering, as many charge, it is an example of cracking.

**Tacking.** Reaching out from a district to grab a distant area with desired demographics. This is alleged to have been the technique that New York Democrats used to draw Assembly District 131 in 2002 (see **Map 8**). Because most of the district is in the predominantly Republican suburbs, the redistricting entity added a trail of heavily Democratic

residences (northeast corner) to keep the Democratic incumbent in office.

**Hijacking.** Separating an incumbent candidate from the candidate's constituents, and creating a district in which the candidate has no name recognition. Following the 2000 census, Michigan lost a congressional seat. The redistricting plan that the Republican Michigan legislature created and that the Republican governor approved shifted Democrat Congressman David Bonior's residence from the Tenth District to the more conservative Twelfth District; Bonior did not run for reelection but instead ran unsuccessfully to be the Democratic candidate for governor.[d] If this shift was the result of gerrymandering, as the *Harvard Law Review* alleges,[e] then it is an example of hijacking.

**Kidnapping.** Drawing two incumbent candidates into the same district so they must run against each other. Also in 2000, the Michigan Republicans' redistricting plan moved the district boundaries of Democratic members of the U.S. House John Dingell and Lynn Rivers, resulting in a primary election in which the two ran against each other. John Dingell, who had served 23 terms in the U.S. House by that time, beat out Lynn Rivers, an eight-term member. If Michigan Republicans gerrymandered these districts, as the *Harvard Law Review* implicates,[f] then the technique that was used is kidnapping.

**Eliminating Competitors.** Shifting district boundaries to move an incumbent's potential competitor to another district. In 2000, 13-term incumbent Roger Green narrowly defeated his opponent in the primary election for New York's 57th legislative seat. The redistricting that took place in New

**Map 8**
**New York Assembly District 131 after the 2000 Redistricting**



Source: Citizens for a Better New York, Inc. *Current Gerrymandering*, www.cbguy.org/gerry.htm.

# CRC Report

York after the 2000 census changed the boundaries of the district such that Green's competitor no longer lived in the district, a change that many believe to be the result of gerrymandering. In 2004, Green had no primary election opponent. Two years later, Green's challenger moved back into the 57th legislative district and defeated Green in that year's primary election, going on to win the general election as well.[e]

## Evidence

Although there is no single measure to prove a district has been gerrymandered or to estimate the extent of gerrymandering, some point to characteristics such as irregular district shape, political boundary breaks and skewed election results as helpful indicators. However, caution is necessary when using these measures as a basis for a gerrymandering accusation.

**Irregular Shape.** Gerrymandering that includes or carves out specific precincts, blocks, or houses may distort the shape of an otherwise compact district with smooth boundaries. Yet federal and state requirements often induce irregularity. Additionally, the last district that a redistricting entity draws and districts on a state's border tend to be irregularly shaped.[a] Unless the irregularity is excessive and correlates with a significant shift in the political makeup of the district's voters, as was the case with New York Assembly District 131, it is usually difficult to differentiate between gerrymandered and legitimate variation in a district's shape. What's more, today's redistricting software often makes it unnecessary to draw irregularly shaped districts in order to gerrymander desired voter compositions.

**Political Boundary Breaks.** For states that require preserving political boundaries, the number of boundary breaks may indicate the extent to which the redistricting entity gerrymandered the districts. However, as with shape irregularity, other federal and state requirements may induce political boundary breaks. What's more, while gerrymanders may cross political boundaries in order to include or exclude specific areas, doing so may not be necessary. Before the 2000 redistricting, Michigan congressional districts had 17 county and 15 municipal boundary breaks. After the 2000 redistricting, which resulted in a plan that some Republicans have admitted was gerrymandered,[f] congressional districts had just 11 county and 14 municipal boundary breaks.[f]

**Election Results.** When a political party's share of legislative seats is significantly greater than the party's share of votes, there are often allegations of gerrymandering. For example, between 2002 and 2010, Democrats received 49.5 percent of the votes for seats in the Michigan Senate but received just 39.5 percent of the Senate seats; similarly, Democrats received 52.0 percent of the votes for seats in the Michigan House but received only 49.3 percent of the House seats.[a] Many people have since used these statistics as evidence that Republicans gerrymandered the 2001 redistricting plan.

There are two reasons why this type of argument might not hold. First, combining single-member districts with majority voting naturally results in representation that does not align with the distribution of votes. For example, consider a hypothetical election in which Party A receives 41 percent, 51 percent, and 61 percent of votes, respectively, in three separate districts that have not been gerrymandered and that have an equal number of voters and equal populations. Party A has won two of the three districts (67 percent) but just 51 percent of the vote. The disproportionate representation is not the result of gerrymandering but rather the result of the electoral system. Second, according to researchers at the University of Michigan and Stanford University, "…Urban districts tend to be homogeneous and Democratic while suburban and rural districts tend to be moderately Republican. Thus in Florida and other states where Democrats are highly concentrated in cities, the seemingly apolitical practice of requiring compact, contiguous districts will produce systematic pro-Republican electoral bias."[m] This means that redistricting entities' commitment to upholding state requirements, not gerrymandering, may cause disproportionate election results.

Another measure that some point to as evidence of gerrymandering is a lack of district turnover. Such accusations usually center on the frequency with which voters of a given district elect a representative from the opposite political party as that of the individual currently holding the office. The argument is that a pattern of districts that do not turn over is evidence of gerrymandering, but evidence does not support such a hypothesis. Data show that gerrymandering may contribute to a lack of turnover, but its impact is relatively minor.[e]

**Adjudication.** Regardless of the evidence, political gerrymandering claims against redistricting plans that fulfill federal and state requirements are not justiciable because there are no "judicially discernible and manageable standards" for adjudication.[e] Neither the Equal Protection Clause nor the Voting Rights Act provides limits for the political considerations that states may take into account when redistricting.

## Alleged Consequences

There is no reliable evidence to support arguments that gerrymandering reduces the number of competitive districts, increases political polarization, fosters political corruption, discourages participation in elections, or erodes public trust in government. However, this does not mean that there are no consequences; it just may be too difficult to isolate the effects of gerrymandering to measure them.

**Competitive Districts and Political Polarization.** There is a theory that gerrymandering creates less competitive districts and that a lack of competitiveness encourages extreme political candidates because they do not need to appeal to centrist swing voters. While there is evidence that congressional elections are historically uncompetitive and

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

members of the U.S. House and Senate are increasingly politically polarized, there is no evidence that the two issues are linked or that gerrymandering is the cause of either issue...The trend of increasing congressional political polarization began well before the trend of noncompetitive elections, meaning that gerrymandering noncompetitive districts did not create the polarization problem. Rather, researchers from Princeton University, the University of California, and New York University have shown that increasing polarization is largely a result of the fact that, "For a given set of constituency characteristics, a Republican representative compiles an increasingly more conservative record than a Democrat does." They also show that "Some of the increase in polarization is due to an increase in the congruence between a district's characteristics and the party of its representative."[e] Similarly, Thomas Mann of the Brookings Institution has found gerrymandering's role in electoral competition to be minor, if not insignificant. Rather, he blames the alignment of political parties with ideology, residential patterns of political segregation, and a lack of bipartisanship in legislative voting.[g]

**Corruption, Voter Turnout, and Public Trust.** There appears to be no evidence that gerrymandering affects corruption, voter turnout, or public trust either positively or negatively.[h]

The lack of statistically significant evidence demonstrating the effects of gerrymandering may have to do with its self-limiting nature, as well as the difficulty in measuring such effects. First, in order to gerrymander, a redistricting entity must weaken safe districts to shift voters to other districts. In doing so, they increase the risk of losing formerly safe districts. Term limits compound this challenge because they make it difficult to anticipate the optimal boundary lines given that future candidates are unknown. Second, it may be difficult to discern gerrymandering let alone separate the effects of gerrymandering from other factors such as political scandals. Despite the lack of evidence for more sensational effects, gerrymandering at minimum affects representation through the choices that voters face and therefore undercuts the legitimacy of our democracy.

[a] "Political Gerrymandering 2000-2008: A Self-Limiting Enterprise?" *Harvard Law Review*. 122 (2009): 1476.

[b] There is some evidence that, if a state has geographic redistricting constraints—such as requiring continuity—packing and cracking are ineffective forms of gerrymandering. Puppe, Clemens, and Attila Tasnadi. "Optimal Redistricting under Geographical Constraints: Why 'pack and crack' does not work." July 2008: 93.

[c] Levitt, Justin. *A Citizen's Guide to Redistricting*. Brennan Center for Justice. 2010: 13.

[d] "Gerrymandering, Pure and Corrupt." Editorial. *The New York Times*. 11 Nov. 2009. Web. 6 Feb. 2011. www.nytimes.com/2009/11/12/opinion/12thu1.html.

[e] "Political Gerrymandering 2000-2008: A Self-Limiting Enterprise?" *Harvard Law Review*. 122 (2009): 1476 and 1487.

[f] "Political Gerrymandering 2000-2008: A Self-Limiting Enterprise?" *Harvard Law Review*. 122 (2009): 1476 and 1487.

[g] "Political Gerrymandering 2000-2008: A Self-Limiting Enterprise?" *Harvard Law Review*. 122 (2009): 1476.

[h] Levitt, Justin. *A Citizen's Guide to Redistricting*. Brennan Center for Justice. 2008: 11.

[i] National Conference of State Legislatures. "Hands-On Redistricting Simulation." *National Redistricting Seminar*. 27 Sept. 2010, Providence, Rhode Island. Web. 28 Mar. 2011: 32. www.ncsl.org/documents/legismgt/SimHandouts3.pdf.

[j] Center for Michigan. *Re-Drawing Michigan: How Redistricting Pre-Determines Many Election Results and Often Leaves Voters without Competitive Choices at the Polls*. February 2011:13. Web. 3 Apr. 2011. www.thecenterformichigan.net/wp-content/uploads/2011/02/CFM_redistricting_report_feb_2011.pdf.

[k] PA 282 of 1964

[l] Center for Michigan. *Re-Drawing Michigan: How Redistricting Pre-Determines Many Election Results and Often Leaves Voters without Competitive Choices at the Polls*. February 2011:12. Web. 3 Apr. 2011. www.thecenterformichigan.net/wp-content/uploads/2011/02/CFM_redistricting_report_feb_2011.pdf.

[m] McDonald, Michael D. "A Standard for Detecting and Remedying Gerrymanders." Binghamton University – SUNY. Aug. 2005: 4. Web. 11 Mar. 2011. http://cdp.binghamton.edu/papers/Gerrymandering.pdf.

[n] Chen, Jowei and Rodden, Jonathan. "Tobler's Law, Urbanization, and Electoral Bias: Why Compact, Contiguous Districts are Bad for the Democrats." 4 Nov. 2009: 1. Web. 6 Feb. 2011. www.stanford.edu/~jowei/identified.pdf.

[o] Friedman, John N. and Holden, Richard T. "The Rising Incumbent Reelection Rate: What's Gerrymandering Got to Do with It?" *The Journal of Politics*. 71. 2. 2009: 593-611.

[p] *Vieth v. Jubelirer*, 541 U.S. 267 (2004)

[q] McCarty, Nolan, Pool, Keith T. and Rosenthal, Howard. "Does Gerrymandering Cause Polarization?" 23 Oct. 2006: 4. Web. 28 Mar. 2011. www.princeton.edu/~nmccarty/gerrymander11.pdf.

[r] Walker, Richard. "Chapter 6 Summary—Red and Blue Nation? Characteristics and Causes of America's Polarized Politics." The Brookings Institution. Dec. 2006. Web. 27 Mar. 2011. www.brookings.edu/gs/projects/redandbluenation/ch6summary.pdf.

[s] *Davis v. Bandemer*, 478 U.S. 109 (1986). O'Connor, J., concurring in the judgment

## CRC REPORT

### Recommendations

Michigan's constitutional legislative redistricting rules are invalid; its statutory guidelines are not binding for congressional redistricting; and it is uncertain whether its legislative redistricting guidelines are binding. Unless valid constitutional provisions are adopted, redistricting will continue to occur in a legislatively-devised and legislatively-adjustable framework. To replace Michigan's existing constitutional language requires a legislature-referred or voter-initiated proposal or revision at a constitutional convention. Given that the voters just rejected the calling of a constitutional convention, it would be prudent at this time for a constitutional amendment to be introduced to amend Sections 2 through 6 of Article IV of the 1963 Michigan Constitution, and PA 463 of 1996 should be statutorily amended to fully implement the new constitutional provisions.

> A constitutional amendment should be introduced to amend Sections 2 through 6 of Article IV of the 1963 Michigan Constitution, and PA 463 of 1996 should be statutorily amended to fully implement the new constitutional provisions.

### Redistricting Commission

Article IV, Section 6 of the Michigan Constitution creates an independent, party-appointed Commission on Legislative Apportionment and assigns it the responsibility for drawing legislative districts. However, the Michigan Supreme Court invalidated the Commission as part of its 1982 ruling that invalidated all the constitutional redistricting provisions in Sections 2 through 6. Moreover, not once during its 18-year existence did a majority of the 8-member Michigan Commission on Legislative Apportionment agree on a redistricting plan; following the 1960, 1970, and 1980 censuses, the Commission split along partisan lines.

While the 1961 state Constitutional Convention did much admirable work, the problems with the Commission on Legislative Apportionment were apparent immediately. The primary challenge was that, with an even-numbered membership, there was no way to resolve deadlock. The following recommended provisions suggest a return to an independent commission in such a way as to maintain the

strengths and correct for the key weaknesses of the Commission on Legislative Apportionment.

- **Recreate a commission to conduct redistricting.** The commission should comprise an odd number of members, with the majority and minority leaders of each chamber appointing two individuals and the appointed individuals electing a member who is unaffiliated with any political party. Just as is currently provided in Article IV, Section 6, "Vacancies shall be filled in the same manner as for original appointment." Most states that use a commission for redistricting employ an odd number of members, which helps avoid deadlock, and sizes range from 3 to 18.[65] The commission should conduct both congressional and legislative redistricting.

- **Maintain the safeguard for the representation of a prominent third political party.** In describing the composition of the Commission on Legislative Apportionment, Article IV Section 6 expands the commission to accommodate representation of a third political party if that party becomes significant, as evidenced by a gubernatorial candidate of the party receiving more than 25 percent of the most recent general election vote. Such a provision should be preserved under a constitutional amendment. However, rather than allowing the third political party to appoint the additional four commissioners, as the Michigan Constitution now states, the amendment should assign the responsibility to the gubernatorial candidate.

- **Maintain the requirement for geographic diversity among commissioners.** Article IV, Section 6 also requires that Commission of Legislative Apportionment members reflect the diversity of the state, creating a commission that comprises an equal number of representatives from each region of the state. A constitutional

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

amendment should similarly strive for geographic diversity among commissioners.

- **Maintain the requirement that commissioners be registered voters.** This standard helps to ensure that commissioners are, at the most basic level, active members of their democracy and have a vested interest in an unbiased redistricting plan. Article IV, Section 6 already states that the membership of the Commission on Legislative Apportionment comprises electors. This language should be adapted to the new commission and preserved under a constitutional amendment.

- **Maintain restrictions on who can serve on the commission,** to minimize potential conflicts of interest. Article IV, Section 6 prohibits government officers and employees, other than notaries and members of the armed forces reserve,

from serving on the Commission on Legislative Apportionment and states that commissioners will be ineligible for election to the legislature for two years after their commission appointment. Michigan's restrictions are relatively minor compared to the strong standard that, for example, California sets. A Michigan constitutional amendment should include, at minimum the existing constitutional language. The state may wish to consider more stringent language. California, which has particularly strong language, prohibits among other things, members of its commission from being current or recent elected officials; candidates for public office; officers, employees, or paid consultants of political parties or of certain political campaign committees; registered lobbyists; legislative staff; and blood or legal members of certain public officials' immediate families.[66] California also prohibits members of its commission from holding elective of-

**Table 3**
**Michigan's 2012 Election Deadlines**

| Date | Deadline | Election |
|---|---|---|
| May 15 | Candidates (other than judicial candidates) file nominating petitions (or fees if applicable) and Affidavit of Identity | Primary |
| May 30 | Petitions to place a legislative initiative proposal on the ballot filed with Secretary of State | General |
| July 9 | Voter registration | Primary |
| | Petitions to place a proposed constitutional amendment on the ballot filed with the Secretary of State | General |
| July 19 | Candidates without political affiliation file qualifying petitions and Affidavit of Identity | General |
| | New political parties file petitions to qualify for ballot | General |
| August 7 | **Primary election** | |
| October 9 | Voter registration | General |
| October 26 | Write-in candidates file Declaration of Intent forms | General |
| November 6 | **General election** | |

Source: State of Michigan, *August 7, 2012 Primary and November 6, 2012 General Election: Important Dates and Filing Deadlines,* www.michigan.gov/documents/sos/ 2012_Important_Dates_Filing_Deadline_346119_7.pdf.

## CRC REPORT

fice for ten years from the date of appointment and from holding appointive public office, serving as staff to certain federal and state officials, and registering as a lobbyist for five years from the date of appointment.[67]

- **Require the legislature to fund the commission before appointing commissioners.** To minimize the opportunity for the legislature to control the commission using its appropriation power, Arizona and California require that their legislatures fund their redistricting commissions before appointing commissioners.[68] Michigan should include similar language in its Constitution. The California Government Code requires, in each

> The funding of the commission and appointment of commissioners should occur in the year of the federal census to minimize opportunity for the legislature to control the commission.

year ending in nine, that the governor's budget and the subsequent legislative Budget Act include "sufficient" funding, which is described in more detail, for the state's redistricting commission; it also enables the legislature to "make additional appropriations in any year in which it determines that the commission requires additional funding in order to fulfill its duties."[69]

- **Require appointment of commissioners by December 31 of the year of the federal decennial census.** Having a deadline for the appointment of commissioners ensures that the commission will have sufficient time to elect a member who is unaffiliated with any political party before Michigan receives its redistricting data. In doing so, the commission will be able to hit the ground running when it receives the data. California's deadline of December 31 of each year ending in zero[70] is ideal because this is the deadline for the U.S. Census Bureau to deliver to the President the state resident and apportionment populations.

- **State that the commission's plan is final.** A constitutional amendment should include explicit language stating that the plan that the com-

mission approves is final and is not to subject to legislative or gubernatorial approval. Legislators and the governor, like the rest of the public, should have opportunities to provide input before plans are developed and feedback on the proposed plan, without compromising the commission's independence. Legislators and the governor, like other Michigan electors, have legal standing to challenge final plans under Article IV, Section 6. This language should be preserved under a constitutional amendment. Florida and North Carolina use a similar approach.[71]

### Frequency

**Permit redistricting to occur only after the federal decennial census.** A constitutional amendment to improve Michigan's redistricting process should build on the foundation that Michigan law currently provides. PA 463 of 1996 requires that legislative redistricting occur once every ten years, beginning November 1, 2001, to coordinate with the decennial census. PA 221 of 1999 states the same requirement for congressional redistricting, although the Michigan Supreme Court ruled in 2002 that this act is not binding.[72] A constitutional amendment should make it clear that redistricting should occur only once every ten years.

### Process

**Maintain the description of redistricting responsibilities, procedures, and timeline.** The redistricting process described in Article IV, Section 6 should be retained. It identifies the secretary of state as the Commission on Legislative Apportionment's secretary and technical services provider, empowers the Commission to elect a chairman and make its own procedural rules, states that commissioners should be compensated as defined by law, requires a majority of commissioners to support all final commission decisions, and lays out a timeline for the redistricting process.

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

### Transparency and Public Engagement

Although the Michigan Open Meetings Act requires that public bodies provide adequate notice of upcoming meetings and make available recordings and transcripts of hearings, redistricting provisions should go further in ensuring transparency and offering meaningful opportunities for interested parties and the public to participate. A constitutional amendment should include language stating that the Commission will:

- **Hold public hearings around the state to secure public input;**

- **Share information about the tools and processes the commission will use;**

- **Share the proposed plan and hold public hearings on the proposed plan;** and

- **Leave sufficient time between the end of the public comment period and the plan's due date in order to revise the plan based on public feedback.**

> Redistricting provisions should ensure transparency and offer meaningful opportunities for interested parties and the public to participate.

While no state requires this exact bundle of transparency and public engagement provisions, former Congressman John Tanner of Tennessee introduced a bill last year in the U.S. House, the Redistricting Transparency Act of 2010, to require states to improve their congressional redistricting processes. The bill provides some sample language that may be useful to Michigan policymakers as they draft statutory language to provide for the implementation of the state's congressional and legislative redistricting processes. It requires soliciting public input for 60 days and holding at least one public hearing prior to the initial development of a plan, making redistricting data publicly available, offering opportunities for public comment on the proposed plan, and leaving at least ten days between publishing and adopting the final plan.[73]

**Maintain redistricting proceedings as public record, and require the publication of the fi-**

**nal plan.** Michigan's existing constitutional language suffices in fulfilling this provision; it should be maintained. Article IV, Section 6 requires that the secretary of state keep a public record of the proceedings of the Commission on Legislative Apportionment and that the final plan be published within 30 days of the Commission adopting it.

### Legal Standing

**Maintain protection of electors' right to challenge redistricting plans.** Article IV, Section 6 empowers, within 60 days of a redistricting plan's publication, any elector to request a Michigan Supreme Court review of the final plan. If it finds that the plan is unconstitutional, the Court may remand the plan to the Commission on Legislative Apportionment for further action. This provision should be adapted to the new commission and preserved under a constitutional amendment.

### Standards

Although there is variation between Michigan's constitutional and statutory redistricting language as well as between Michigan congressional and legislative redistricting guidelines, many (but not all) of Michigan's existing requirements should be included in a constitutional amendment. Although invalid and potentially not binding, respectively, the Michigan Constitution and PA 463 of 1996 include legislative redistricting rules for maximum population variances; preserving political boundaries; and contiguous and compact single-member districts. While not binding, PA 221 of 1999 establishes guidelines for drawing Michigan's congressional districts. The guidelines comprise provisions for strict population equity, upholding the Voting Rights Act, preserving political boundaries, contiguity, compactness, single-member districts, and numbering districts. Congressional redistricting guidelines have never been in the Michigan Constitution. However, because of the importance of having binding congressional redistricting standards, they should be.

## CRC REPORT

In general, requirements should be limited in order to provide the commission flexibility in drawing districts that meet the most important criteria and purposeful in order to avoid unintended consequences. The guidelines listed here do not include requirements like compactness and adherence to geographic boundaries because of the arbitrary nature of these requirements and the subsequent bias that such requirements may foster. Moreover, they do not include criteria regarding individual residences because of the difficulty of enforcing such a requirement. Finally, they do not include a requirement for district competitiveness because of the lack of evidence demonstrating that it is possible or helpful to engineer competitive elections.

> CRC recommends new standards comprising provisions for population equity, single-member districts, contiguity, adherence to political boundaries, and preserving communities of interest.

- **Require strictly equal populations among congressional districts, and limit legislative districts' population variation to five percent above or below the ideal district size.** Existing technology and congressional districts' large sizes make it relatively easy to create districts with little to no population variation. Thus, congressional districts should have strictly equitable populations, as PA 221 of 1999 prescribes. Article IV, Section 3 currently allows legislative district populations to vary by up to 25 percent above or below the ideal district size, which is almost certainly is a violation of the federal Constitution. Legislative districts should maintain populations that vary no more than five percent above or below the ideal district size, as PA 463 of 1996 states.

- **Maintain the requirement for single-member districts.** Federal law requires single-member congressional districts. A Michigan constitutional amendment should require single-member legislative districts, preserving language already in Article IV, Sections 2 and 3.

- **Maintain the requirement that districts be contiguous.** The existing language in Article IV, Sections 3 and 4 is effective in clearly communicating this requirement. It should be extended to apply to congressional districts as well.

- **Maintain the requirement to adhere as close to political boundaries as possible.** Article IV, Section 3 prescribes for districts "adhering to county lines" and directs districts to "follow city and township boundaries where applicable." At minimum, this language should be preserved under a constitutional amendment. Statute should be used to implement this provision. PA 463 of 1996 provides a more detailed description of how to preserve boundaries but does not apply to congressional districts. Additionally, PA 116 of 2001 defines one way of counting the number of political boundary breaks; language like this is necessary in order to implement a constitutional requirement for preserving political boundaries, particularly because counting boundary breaks can often be contentious.

- **Preserve communities of interest.** A constitutional amendment could also provide that the redistricting commission should account for communities of interest in its work. Details of what constitutes a community of interest should be provided in state law, not the constitution. PA 221 of 1999 includes language requiring that the Voting Rights Act be upheld; this act is not binding. Arguably communities of interest would extend beyond ethnicity to economic and social interests.

CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

## Conclusion

Redistricting is fundamental to democracy because it matches potential candidates to constituencies, setting the parameters for representation. As such, detailed policies contained in the U.S. and state governments' fundamental laws should govern redistricting. The U.S. Constitution mandates equal representation among districts, and the Voting Rights Act requires that states provide minority groups an equal opportunity to elect candidates of their choice. While most states have secondary guidelines to constrain the redistricting process—such as that districts adhere to political boundaries, preserve communities of interest, and be contiguous and compact—Michigan remains without even the most basic guidelines for congressional redistricting and with precarious guidelines for legislative redistricting.

With Michigan having lost population for the first time since the U.S. government began the census and significant population shifts throughout the state redistricting will result in significant changes to the maps of Michigan's legislative and congressional districts. A clearly defined and transparent process etched into Michigan's Constitution is the best solution for improving Michigan's redistricting process.

Each of the Michigan Constitutions has contained specific legislative apportionment provisions. This suggests that voters have deemed it unwise to leave the matter to the discretion of any branch of state government, including the judiciary. Given the historical preference of Michigan voters, and due to the fundamental importance of redistricting, state constitutional provisions specifying what entity should bear responsibility for the process and what standards should govern the process would seem a prudent recourse. A new redistricting process designed to produce districts that are drawn in conformance with specific standards is imperative to ensure the unbiased and effective representation of Michigan citizens.

# CRC REPORT

## Appendix A
### 2001 Congressional, Michigan House of Representatives and Michigan Senate Districts

**Map 9**
**Michigan's 15 Congressional Districts**



Source: State of Michigan website, www.michigan.gov/documents/Congress01-state-E_43697_7.pdf.

CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

**Map 10**
**Michigan's 110 State House of Representative Districts**



Source: Michigan House of Representatives website, www.house.mi.gov/district_maps/HOUSE%20MASTER.pdf

## CRC REPORT

**Map 10**
**Michigan's 38 State Senate Districts**



Source: Michigan Senate website, www.michigan.gov/documents/Senate_state_16748_7.pdf.

CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

## Appendix B
## Method of Equal Proportions

Under the Method of Equal Proportions, Congress assigns seats based on states' priority values, a state's population divided by the square root of the product of the number of seats up to that point in the reapportionment process and the number of seats if it were to receive the next seat. The state with the highest priority value in each round receives the seat, until all 385 seats are assigned.[75] For example, if a state has a population of 40 million, it's priority value for the 51st seat is $\frac{40,000,000}{\sqrt{1*2}} = 28,284,271.25$. If this value is the highest among all states, it will receive the 51st seat and have two seats. If it receives the 51st seat, its priority value for the 52nd seat will decrease to $\frac{40,000,000}{\sqrt{2*3}} = 16,329,931.62$; if not, its priority value for the 52nd seat will remain 28,284,271.25.

# CRC REPORT

## Endnotes

[1] The total state population, typically per the decennial census, divided by the number of seats in a legislative body.

[2] Office of the Clerk, U.S. House of Representatives. "7, What Is the Size of the House of Representatives and How Is It Determined?" *Member FAQs.* Web. 11 Apr. 2011. http://clerk.house.gov/member_info/memberfaq.aspx.

[3] Mills, Karen M. *Congressional Apportionment.* U.S. Census Bureau. Jul. 2001: 1. Web. 11 Apr. 2011. www.census.gov/prod/2001pubs/c2kbr01-7.pdf.

[4] U.S. Census Bureau. *Congressional Apportionment.* Web. 27 Mar. 2011. www.census.gov/population/apportionment/.

[5] New York and Ohio each lose two seats despite population increases, while Michigan only loses one seat with a net population loss because of the size of their population changes relative to other similarly sized states.

[6] U.S. Census Bureau. "Apportionment Population and Number of Representatives, by State: 2010 Census." *Congressional Apportionment: 2010 Apportionment Results.* Web. 29 Mar. 2011. www.census.gov/population/apportionment/data/files/Apportionment%20Population%202010.pdf.

[7] *Who Draws the Lines: A National Review of State Legislature Redistricting Methods.* Rose Institute of State and Local Government. Web. 25 Mar. 2011. http://rosereport.org/stateleg/ and *Who Draws the Lines: A National Review of Congressional Redistricting Methods.* Rose Institute of State and Local Government. Web. 25 Mar. 2011. http://rosereport.org/congress/.

[8] Levitt, Justin. *A Citizen's Guide to Redistricting.* Brennan Center for Justice. 2010: 75.

[9] *Reynolds v Sims,* 377 US 533; 84 S Ct 1362; 12 L Ed 2d 506 (1964)

[10] 413 Mich. 96; 321 NW 2d 565 (1982)

[11] PA 222 of 1999 and PA 463 of 1996

[12] A special master is an individual appointed by a court to carry out some action on its behalf.

[13] PA 463 of 1996

[14] Following the 1960, and 1970 censuses, the Michigan Supreme Court selected the effective redistricting plans from among plans that the Commission on Legislative Apportionment submitted after it could not reach consensus on a single plan. Following the 1980 census, when neither the Commission on Legislative Apportionment nor the legislature could agree on a plan, the Michigan Supreme Court appointed an officer to draft a plan that the Court subsequently adopted. Citizens Research Council of Michigan. *Legislative Apportionment in Michigan.* No. 303. December 1991: 12-15.

[15] *Kirkpatrick v. Preisler,* 394 U.S. 526 (1969)

[16] American Civil Liberties Union. *Everything You Always Wanted to Know about Redistricting but Were Afraid to Ask.* 2010: 9.

[17] The sum of the population variations, as compared to the ideal district size, of the largest and smallest districts.

[18] *Abrams v. Johnson,* 521 U.S. 74 (1997)

[19] *White v. Regester,* 412 U.S. 755, 764 (1973)

[20] *Mahan v. Howell,* 410 U.S. 315, 325 (1973). The facts of Mahan suggest that the actual deviation was not 16.4 percent as indicated by the Court but rather 16.4 percentage points. A percent is a part of a whole expressed in hundredths, while a percentage point is the difference produced by subtracting two numbers expressed as percents. For example, an increase in value from 1 percent to 2 percent is an increase of 100 percent but of only one percentage point. Citizens Research Council of Michigan. *Legislative Apportionment in Michigan.* No. 303. Dec. 1991: 6.

[21] PA 463 of 1996

[22] *Kirkpatrick v. Preisler,* 394 U.S. 526 (1969)

[23] *Burns v. Richardson,* 384 U.S. 73 at 92-96 (1966) and National Conference of State Legislatures. *Redistricting Law 2010.* 10.

[24] National Conference of State Legislatures. *Redistricting Law 2010.* 10.

[25] Scot A. Reader, "One Person, One Vote Revisited: Choosing a Population Basis to Form Political Districts," 17 *Harvard Journal of Law and Public Policy.* 1994. 521-565.

[26] *Bartlett v. Strickland,* No. 07-689, 129 S.Ct. 1231 (2009)

[27] *Thornburg v. Gingles,* 478 U.S. 30 (1986)

[28] Ancheta, Angelo N. *Race, Rights and the Asian American Experience.* New Brunswick, New Jersey: Rutgers University Press. 1992, 2006: 192-193.

[29] *Thornburg v. Gingles,* 478 U.S. 30 (1986)

[30] *Thornburg v. Gingles,* 478 U.S. 30 (1986)

[31] Voting Rights Act of 1965, Section 5.

[32] American Civil Liberties Union. *Everything You Always Wanted to Know about Redistricting but Were Afraid to Ask.* 2010: 25.

[33] PA 463 of 1996 and PA 221 of 1999

[34] McDonald, Michael. *Midwest Mapping Project Michigan Summary.* Handout at Draw the Line Michigan, Livonia, Michigan. 14 Mar. 2011.

[35] Levitt, Justin. *A Citizen's Guide to Redistricting.* Brennan Center for Justice. 2010: 56.

## CONGRESSIONAL AND LEGISLATIVE REDISTRICTING REFORM

[36] Population Reference Bureau. *How the 2010 Census is Different.* Apr. 2009. Web. 11 Apr. 2011. www.prb.org/Articles/2009/changesin2010.aspx.

[37] *Public Law 94-171.* U.S. Census Bureau. Web. 26 Mar. 2011. http://factfinder.census.gov/jsp/saff/SAFFInfo.jsp?_lang=en&_sse=on&_content=sp4_decennial_pl.html&_title=Public+Law+94-171.

[38] Michigan Constitution  Article IV, Section 5

[39] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 52.

[40] National Conference of State Legislatures.  *Redistricting Law 2010.*  225.

[41] PA 221 of 1999

[42] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 53.

[43] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 65.

[44] Arizona Constitution. Article IV, part 2, Section 1(15)

[45] Montana Code Section 5-1-115(3)

[46] Iowa Code Section 42.4(5)

[47] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 123.

[48] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 62.

[49] Jackson, Robert A.  "A Reassessment of Voter Mobilization." *Political Research Quarterly* 49.  2 (1996): 331-349.

[50] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 64.

[51] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 64.

[52] Cain, Bruce E.  and Mac Donald, Karin.  *Transparency and Redistricting.*  University of California at Berkley Institute of Governmental Studies.  2006: 3.

[53] Cain, Bruce E.  and Mac Donald, Karin.  *Transparency and Redistricting.*  University of California at Berkley Institute of Governmental Studies.  2006: 3.

[54] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 67.

[55] Hamilton, Howard D.  "Legislative Constituencies: Single-Member Districts, Multi-Member Districts, and Floterial Districts." *The Western Political Quarterly* 20. 2 (1967): 321-340.

[56] Levitt, Justin. *A Citizen's Guide to Redistricting.* Brennan Center for Justice. 2010: 67.

[57] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 27.

[58] PA 463 of 1996

[59] *LeRoux v.  Secretary of State,* 465 Mich.  594; 640 NW 2d 849 (2002)

[60] Carson, Jamie L., Engstrom, Erik J.  and Roberts, Jason M.  "Redistricting, Candidate Entry, and the Politics of Nine-teenth-Century U.S. House Elections." *American Journal of Political Science.* 50.2.  Apr.  2006: 283.

[61] *League of United Latin American Citizens v.  Perry,* 548 U.S.  399 (2006)

[62] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 40.

[63] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 40.

[64] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 40.

[65] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 29-30.

[66] California Government Code Sections 8252.2(A),(B)

[67] California Constitution Article XXII, Section 2(a)

[68] Levitt, Justin.  *A Citizen's Guide to Redistricting.*  Brennan Center for Justice.  2010: 77.

[69] California Government Code §§ 8253.6(a)

[70] California Constitution Article XXII, Section 2(c)(6)

[71] *Who Draws the Lines: A National Review of State Legislature Redistricting Methods.*  Rose Institute of State and Local Government.  Web.  25 Mar.  2011.  http://rosereport.org/stateleg/ and *Who Draws the Lines: A National Review of Congressional Redistricting Methods.  Rose Institute of State and Local Government.*  Web.  25 Mar.  2011.  http://rosereport.org/congress/.

[72] *LeRoux v.  Secretary of State,* 465 Mich.  594; 640 NW 2d 849 (2002)

[73] House Resolution 4918 §§ 2-5, 111th Congress

[74] California Constitution Article XXII, Section 2 (d)(4)

[75] U.S. Census Bureau.  *Congressional Apportionment: Computing Apportionment.*  Web.  29 Mar.  2011.  www.census.gov/population/apportionment/about/computing.html.

5/4/2011

1

---

## Outline

1.) Overview of data releases

2.) State level population change

3.) Regional population change

4.) Race distribution

5.) Housing and vacancy

6.) The Count Question Resolution process

---

## Major Data Releases

| | |
|---|---|
| 1) Apportionment Counts | 12/10 |
| 2) Redistricting Counts | 3/11 |
| 3) Group Quarter Counts | 4/11 |
| 4) Local Profiles | 5/11 |
| 5) Detailed Tables | summer |
| 6) American Community Survey | |
|    2010    (population 65k+) | 9/11 |
|    2008-10 (population 20k+) | 10/11 |
|    2006-10 (all areas) | 12/11 |

---

## 2010 Census Data for Michigan

Presentation to the Senate
Redistricting Committee

May 4, 2011

---

## Major Data Releases

| | |
|---|---|
| 1) Apportionment Counts | 12/10 |
| 2) Redistricting Counts | 3/11 |

- Population totals
- Race distribution
- Population over and under age 18
- Housing unit counts
- Vacancy data



5/4/2011

2



Estimated Population of Michigan, 2000-2010



Population Growth
in Michigan Counties 1994-2000

## Access to Data

www.michigan.gov/census

www.census.gov

To sign up for listserv:

Send email to DargaK@michigan.gov

## Data: Population Totals

- Michigan lost 55,000 residents from 2000 to 2010
- Only state to lose population
- 10th slowest rate of growth 2000-04
- 2nd fastest rate of decline 2004-10 (behind Rhode Island)

5/4/2011

3

## Data: Population Totals

Selected Regions:

| | |
|---|---|
| +6.0% | West Michigan (7 counties) |
| +5.8% | Grand Traverse (10 counties) |
| +3.6% | Lansing (3 counties) |
| -2.0% | Upper Peninsula (15 counties) |
| -2.0% | East Central (14 counties) |
| -2.7% | Southeast Michigan (7 counties) |
| -3.2% | Northeast LP (8 counties) |

## Data: Race Distribution

### Distribution of Michigan Population by Race and Hispanic Origin

| | % of Tot. | Ch. 00-10 |
|---|---|---|
| **Total Population** | 100.0% | - 0.6% |
| Hispanic | 4.4% | +34.7% |
| Non-Hispanic White Alone | 76.6% | - 3.0% |
| Non-Hispanic Black Alone | 14.0% | - 1.3% |
| Non-Hispanic Native American Alone | 0.6% | +2.3% |
| Non-Hispanic Asian/Pacific Alone | 2.4% | +34.5% |
| Non-Hispanic Multiracial | 1.9% | +16.5% |



## Data: Population Totals

**Some General Patterns:**

- Most university counties gained population

- Large cities generally lost population while surrounding communities often gained

- Central cities generally performed slightly better than had been estimated.

5/4/2011

4





How Many People Live in Manistee County?

|  | 2000 | 2010 | Change |
|---|---|---|---|
| Population: | 24,500 | 24,733 | + 1.0% |
| Vacancy Rate: | 30.9% | 34.3% | |





5/4/2011



## Data: Housing and Vacancy

**Change from 2000 to 2010:**

| | |
|---|---|
| Population: | − 0.6% |
| Occupied Units: | + 2.3% |
| Housing Units: | + 7.0% |
| Vacant Units: | +47.1% |

## Data: Housing and Vacancy

**Selected Vacancy Statistics:**

- Lowest: Westphalia   2.5%
- Highest: Mackinac Island   76%
- Statewide: up from 10.6% to 14.6%
- Cities:   up from  6.7% to 12.2%
- Detroit:   up from 10.3% to 22.8%
- 95% of cities and villages had higher vacancy in 2010 than in 2000

5/4/2011

---

## Count Question Resolution

**Time Frame:**
- Issues can be submitted: June 2011 – June 2013
- Issues should be resolved by end of 2013.

**Impact:**

Changes WILL:
- be official census counts
- affect federal funding and program eligibility
- affect state revenue sharing
- be reflected in annual population estimates
- be suitable for all official purposes
- be published in an "Errata" document

---

## Count Question Resolution

**Impact:**

Changes WILL NOT:
- affect redistricting files or any other census products published online or by other means (aside from Errata document)
- be available by age, race, sex, or other characteristics

---

## Count Question Resolution

**Types of Correctible Error:**
- Boundary errors
- Geocoding errors (living quarters assigned to wrong block)
- Processing errors

  Corrections will "add or delete specific living quarters and people associated with them, identified during the census process but erroneously [considered] as duplicates or excluded due to processing errors."

---



Michigan Population as Percent of U.S.: 1970-2010



**Michigan Population as Percent of U.S.: 1970-2010**

Source: U.S. Census Bureau, Estimated Population by State, 2000-2009, released 12/23/2009
U.S. Census Bureau, 2010 Census  Counts by State, released 12/21/2010

Michigan Department of Information Technology / CSSTP

# Testimony of Melvin Butch Hollowell

# Legal Counsel, Michigan Legislative Black Caucus

### Redistricting Committee

### Michigan State Senate

### May 11, 2011

Page 2

Good afternoon Mr. Chairman.  I would like to take this opportunity to thank you and the Members of the Senate Redistricting Committee for inviting me to provide testimony to this body on the application of the Voting Rights Act of 1965 (42 U.S.C. Sections 1973-1973aa-6) to the state's legislative redistricting process.

I am appearing today in my capacity as Counsel to the Michigan Legislative Black Caucus, which represents twenty two (22) Members of the Michigan State Legislature. I would like to acknowledge Caucus Chair Fred Durhal, as well as Senators Bert Johnson and Virgil Smith, Members of this Committee, and my co-counsel in this matter, Alan Canady.

As an overview, the newly-released census figures indicate that America is a more diverse nation.  And likewise, Michigan – though smaller – is a more diverse state. While Michigan's overall population declined over the past 10 years (the only state to lose population) its minority population percentage increased significantly during this period, from 21.4% in 2000, to 23.4% in 2010.

The position of the Michigan Legislative Black Caucus is that these significant gains in the state's minority population should be reflected in the maps that are drawn in this redistricting process.

These gains in diversity look different than they did in the past.  More people of color now live in the suburbs and in West Michigan.  No longer is there just a concentration in our city centers.  Voters of color moved across the street and across the state.

For example, between 2000 and 2010 there was a 389% increase in the number of African-Americans living in Warren, a 496% increase in Eastpointe, and a 260% increase in Melvindale.  Western Michigan saw similar gains.  In Grand Rapids the Hispanic population increased by 13.3%.  In Wyoming the Hispanic population increased 109% and the African-American population increased by 48.4%.  The same is true in Kentwood, which saw a 135% increase in its Hispanic population, and an 80% increase in the number of African-American residents.

All of this has implications under the Voting Rights Act.  The 1965 Voting Rights Act was passed by Congress and signed into law by President Lyndon B. Johnson just weeks after the attacks on men women and children, as they crossed Selma, Alabama's Edmund Pettis Bridge, in March of 1965, to peacefully protest laws aimed at disenfranchising African American voters.  This law, a cornerstone of the American civil rights movement, is credited with giving millions access to the ballot and full participation in the democratic process.

Page 3

In 2006 the Act was re-authorized for 25 years (until 2031) by Congress and signed into law by President George W. Bush. I was in attendance at the NAACP National Convention in Washington, D.C. that day, when President Bush made the announcement to those of us gathered in the Hall at the Washington Convention Center, that he would be signing the landmark legislation.

Section 2 of the Act is at the core of protecting minority voting rights in the redistricting process. In essence, Section 2 provides that minority voting strength is not to be diluted in the drawing of district boundaries. Based on the totality of circumstances, a Section 2 violation arises if it can be shown that district lines were drawn to limit the chances of minorities to elect candidates of their choosing. The 1982 Amendments to Section 2 provide that the courts are to strike down district lines that are drawn with either a racially discriminatory intent or effect. (42 U.S.C. Section 1973(a)(2000 ed.)).

As a general rule, minority vote dilution occurs when African-Americans are put in a district where the majority votes as a bloc to cancel out or minimize the effectiveness of minority voters.

Section 5 of the Voting Rights Act, which is known as the "Pre-clearance" provision, is also extremely important in the redistricting process. This section of the Act applies to certain states with a history of discrimination, called "Covered Jurisdictions," and provides that in these Covered Jurisdictions, any major changes to laws which affect voting rights, such as the drawing of redistricting maps, must be submitted to the Attorney General of the United States for his or her prior approval. Michigan has two such Covered Jurisdictions: Clyde Township in Allegan County and Buena Vista Township in Saginaw County.

The State of Michigan initiates the Section 5 Pre-clearance process by submitting a letter notifying the Attorney General of the proposed change, and requesting approval of same. The United States Department of Justice then conducts a review process which examines the proposed changes and allows for public comment and input, before making a determination of whether the proposed changes are consistent with the Voting Rights Act.

In this process, the burden is on the Covered Jurisdiction to show that the new law does not have a "retrogressive" or discriminatory effect on minority voting rights. The Attorney General has sixty (60) days to respond to the request. If the request is denied, the proposed changes are barred from taking effect. There is no

Page 4

appeal. The other option available to the Covered Jurisdiction is to request a judicial review of the proposed changes from a special panel of the United States District Court for the District of Columbia.

At this point, I thought it might be helpful to address a few of the questions that were posed to myself and co-counsel during the House Redistricting Committee's April 26 hearing on this matter.

Question: Is there a legal requirement that the Legislature create majority African-American districts?

Section 2 of the Voting Rights Act includes a requirement that African-American voting strength not be diluted in the drawing of district lines to ensure that minority voters have the opportunity to elect a candidate of their choosing. Furthermore, when there has been an increase in the minority population, as we have seen here in Michigan, the courts have consistently invalidated map boundaries which are drawn to "pack" too many voters of color into one district, and they have invalidated map boundaries that are drawn to unfairly divide voters of color into separate districts: a practice which is called "cracking."

Question: Is the Legislature required to create as many majority African-American districts as possible?

The United States Supreme Court in *Miller v. Johnson*, 515 U.S. 115 (1995) ruled that race cannot be the pre-dominant factor in drawing district boundaries. However, the High Court has also ruled, in *Shaw v. Reno*, 509 U.S. 630 (1993) that race is an important factor, among other factors, in the drawing of district maps, so long as it is not the pre-dominant factor. The bottom line is that the Michigan Legislature *cannot not* consider race when drawing district boundaries in light of the Voting Rights Act.

Some of the race-neutral factors which can and should be considered are (1) communities of common interest, (2) political party affiliations, (3) connections to faith-based institutions, (4)socio-economic levels, (5) networks of community-based organizations, block clubs, and neighborhood associations, (6) ethnic communities, (7) cultural associations and interests, (8) common interests in legislation or issues, and (9) as far as the City of Detroit goes, the need to preserve a strong voice for the largest city in the state – with a population of 713,777 - as a matter of public policy.

Page 5

Question: What percentage of African-Americans should a district have to give minorities a reasonable chance to elect a candidate of their choice?

While it is difficult to give a precise percentage, at least three (3) factors must be employed: (1) The percentage of African-Americans within the proposed district, (2) the percentage of African-American registered voters in the proposed district, and (3) the voter turn-out rates in the proposed district. If registration levels and historic turn-out rates are low, the percentage above fifty percent (50%) will need to be adjusted up-ward. As a practical matter, in the neighborhood of sixty percent (60%) is probably close, though the state will need to consult with statistical experts.

Question: Where in the state, other than Detroit, can majority-minority districts be created?

Outside of the City of Detroit and its adjacent suburbs with significant African-American populations, so-called "Opportunity Districts" can be drawn in Pontiac, Flint, Saginaw, and Grand Rapids.

Question: State law says that county, city and township boundaries should not be broken. Is the creation of majority African-American districts a justification for breaking political subdivision boundaries?

Yes. The creation of majority-minority districts is a justification under the Voting Rights Act where supported by population. The requirements of Federal law always trump state law requirements like contiguity (adjacency), political boundaries and compactness.

Fortunately, in Michigan there is no conflict in light of the provisions in our state's very progressive redistricting statute. MCL Sections 3.54(c) and (d) specifically requires the application of the Voting Rights Act, and the equal protection clauses of the XIV Amendments to the Federal and state constitutions. With the exception of California, which has its own Voting Rights Act, and New York which has excellent voter protections, Michigan's statute is fairly unique in the country.

Question: Are there any parts of the state where Hispanic or other minority districts be created?

Yes. There is the potential for such districts to be created in Southwest Detroit, Dearborn, Flint, and Grand Rapids.

Page 6


Question:  Is evidence of racial bloc voting necessary before majority African-American districts can be created?

No. Not at the map-drawing stage that we are in presently. Majority African-American districts can be created as a reflection of the African-American population.

Mr. Chairman, this concludes my testimony.  And again, on behalf of the Black Caucus, thank you for the opportunity to address the committee.



Senate Committee on Redistricting
May 25, 2011

The ACLU of Michigan has a long-held belief that the opportunity to cast a meaningful and effective vote should extend to all citizens in Michigan, and we believe the Michigan Legislature should strive to preserve the voters' right to fairly elected representation. Our position is that the denial or dilution of political representation violates the constitutional principles of political fairness and equal protection.

Michigan's citizens expect electoral mechanisms will enable groups of voters to have a realistic prospect of electing candidates of their choice in rough proportion to the group's size and prominence in the electorate. Electoral mechanisms that compromise the ability of groups to share in the exercise of political power violate the spirit of the U.S. Constitution.

Given these constitutional concerns, the ACLU-MI whole heartedly supports efforts to protect fair representation for ethnic and racial minorities through the creation of majority minority districts. Since single member districting is sometimes unable to provide sufficiently diverse representation in elected bodies, we believe that alternative voting systems and other preferential voting mechanisms may enhance such diverse representation. Statutory barriers to the adoption of such alternative systems should be removed, and the use of these systems should be adopted where appropriate.

As an organization dedicated to protecting the civil liberties of all Americans, the ACLU of Michigan supports legislative efforts to protect the rights of minority voters during the redistricting process. During the debates over redistricting lines and maps we urge that support legislation for congressional and state legislative redistricting require the following:

1. Redistricting plans to be available on the Legislature's web site for 30 days before passage.
2. That each chamber holds at least two committee meetings to receive testimony about the plan.
3. That the Legislature holds at least four public hearings around the state to allow direct comment by the public.
4. That the Legislature provides a statement for each district explaining how the boundaries were drawn and how the district has been changed.

These important changes to state law would appropriately increase the role of all constituents in determining how their community will be defined. With so much at stake, it is critical that Michigan residents have a voice in this important part of our democracy.

Shelli Weisberg, Legislative Director
sweisberg@aclumich.org
248.535.7112



Michigan
**Campaign** **Finance**
Network

May 25, 2011

Senate Redistricting Committee
State Capitol
Lansing, Michigan

Dear Chairman Hune and Committee Members:

I am writing to request that the committee give consideration to two fundamental points in this year's redistricting process.

First, make your actions as transparent as possible. When you believe you have a sound redistricting plan, publish your proposed maps and allow the citizens of this state to comment on them and suggest improvements to your plan.

Secondly, make competitiveness a desirable criterion, when you can, in drawing district boundaries. Competitiveness allows changing voter sentiments to find expression in changing legislative representation. That serves democracy in a way that partisan "packing" of districts does not.

Thank you for your consideration. I am sure all Michigan's citizens hope your work will nurture democracy in our fair state.

Sincerely,

Richard L. Robinson
Executive Director

**Testimony on Redistricting**
**By**
**Jeffrey Guilfoyle, Citizens Research Council of Michigan**
**Brittany Galisdorfer, Citizens Research Council of Michigan**

**Senate Committee on Redistricting**
**May 25, 2011**

Mr. Chairman, members of the Committee, thank you for the opportunity to testify today. My name is Jeff Guilfoyle and I am president of the Citizens Research Council of Michigan. With me is Brittany Galisdorfer, CRC fellow, and author of our recent work on redistricting. CRC is a nonprofit nonpartisan public affairs research organization dedicated to improving government in Michigan.

Yesterday, we published a report titled *Congressional and Legislative Redistricting Reform* which outlines our recommendations for changes that we believe should be made to Michigan's redistricting process.

Article IV, Sections 2 through 6, of the Michigan Constitution outline a process for legislative redistricting. However, these provisions were invalidated by the Michigan Supreme Court in 1982 because one provision violated the Equal Protection Clause of the U.S. Constitution and the remaining provisions were not severable from this section.

We believe that the absence of constitutional redistricting language has left Michigan with a process that is fundamentally flawed. Without a constitutional framework, the legislature has a relatively free hand in the redistricting process. Because one legislature cannot bind the next, each time Michigan redistricts, there is uncertainty regarding how the process will proceed. In addition, sanctioning an approach without standards, which we do by not adopting a permanent, constitutional structure, raises questions about the integrity of Michigan's democratic process.

We are recommending that as part of this year's redistricting effort the legislature place language on the 2012 ballot that would codify a redistricting process in the Michigan Constitution. We recommend that this Constitutional language do the following:

- Recreate a redistricting commission
- Limit redistricting to once per decade
- Describe the appropriate redistricting procedures and timeline
- Increase transparency and public engagement
- Protect electors rights to challenge redistricting plans
- Minimize population variance among districts
- Ensure contiguous single member districts
- Create district boundaries that adhere to political boundaries to the greatest extent possible, and
- Protect communities of interest.

We recommend the recreation of the redistricting commission, both because we feel it is a best practice, and because of its inclusion in Michigan's 1963 Constitution, meaning it was the process that elected delegates to Michigan's Constitutional Convention felt would be most appropriate for Michigan.

Adding these provisions to the Michigan Constitution will help to minimize bias and increase transparency in the redistricting process.  Valid and binding constitutional language will help to ensure the integrity of the redistricting process.

We have provided you with copies of our report, which provides additional detail on these recommendations.  Thank you for allowing us to testify today.



Michigan Citizens'
Redistricting
Competition 2011

### TESTIMONY OF PROFESSOR JOCELYN BENSON, ESQ.
### FOUNDER AND CEO, MICHIGAN CENTER FOR ELECTION LAW
### DIRECTOR, MICHIGAN CITIZENS' REDISTRICTING COMPETITION
BEFORE THE MICHIGAN SENATE COMMITTEE ON REDISTRICTING AND ELECTIONS
MAY 25, 2011

Good afternoon. I would like to thank the Senate Committee on Redistricting and Elections for holding this hearing and for inviting me to present testimony this morning.

I am here today in my capacity as the Founder and CEO of the Michigan Center for Election Law, and as the Director of the Michigan Citizens' Redistricting Competition.

**Michigan Citizens' Redistricting Competition**[1]
The 2011 "Michigan Citizens' Redistricting Competition" is a nonpartisan project of the Michigan Center for Election Law and Administration, in partnership with the Michigan Redistricting Collaborative (which includes groups such as Common Cause, the League of Women Voters, and Michigan Nonprofit Association).

Our concern is, simply, that the current process has led to increased gerrymandering, and has allowed political parties to increase their majorities and limit competition, which is the foundation of a healthy functioning democracy.

Our hope is that, through providing tools for any Michigan citizen to craft and design their own redistricting maps for Congressional or Michigan legislative districts, we will help to provide citizens with a meaningful voice in the 2011 redistricting process. We also hope to demonstrate that an open, transparent redistricting process based on objective criteria and citizen input can produce fair legislative districts in Michigan.

This past month, 2011 "Michigan Citizens' Redistricting Competition" offered any Michigan citizen the tools and opportunity to produce potential district maps for Michigan's 14 Congressional Seats, or Michigan's state senate or legislative seats. The maps were then scored based upon objective criteria, such as how well they keep county and city residents in one district or how close each district comes to having the same number of people. We received over 200 entries, and on Monday the top scoring plans were submitted to the State House and to this Senate committee for consideration. I have included electronic copies of those plans in my testimony before this committee today, and we will be posting these plans online shortly.

---

[1] Attached please find several news articles describing the competition, including an article posted by a contributor to the Detroit News' Conservative Website, "The Michigan View."

I developed the idea after being inspired by the former Ohio Secretary of State, Jennifer Brunner, who held the first competition of this kind in 2009. Information about that competition can be found at www.ohioredistricting.org. More recently, Christopher Newport University and the Public Mapping Project sponsored the Virginia College and University Legislative Redistricting Competition earlier this year, which invited college student teams to draw legislative lines for the Virginia House of Delegates, Senate of Virginia, and federal congressional lines for the House of Representatives.

For our competition here in Michigan, citizens were invited to visit http://www.michiganredistricting.org, enter some basic information and begin drawing their maps. The site provides a variety of mapping tools, as well as population information and legal guidance to help each entrant develop fair, legal maps.

The entrants used redistricting software hosted online by the Midwest Democracy Network and developed by George Mason University Professor Michael McDonald and the Public Mapping Project. To learn more about the Public Mapping Project, contact Dr. Michael McDonald (mmcdon@gmu.edu) or visit www.publicmapping.org.

***Judges and Judging Criteria***
A nonpartisan panel of seven judges developed the criteria to evaluate and score the plans, based upon the criteria used in the aforementioned competitions in Ohio and Virginia. The seven judges are:
- Jowei Chen, Assistant Professor of Political Science, University of Michigan
- Kristen Clarke, Esq. Co-Director of Political Participation Project, NAACP Legal Defense and Education Fund
- Marcia Johnson-Blanco, Esq., Co-Director of Voting Rights Project, Lawyers Committee for Civil Rights
- Kurt Metzger, Director, Data Driven Detroit
- Anthony Salciccioli, Teacher, Clarenceville Public Schools & President-Elect, Michigan Council on Social Studies
- Jeff Williams, Chief Executive Officer, Public Sector Consultants
- Hal Ziegler, Former Republican State Senator, Michigan State Senate

The panel developed the following objective criteria for evaluating the plans. The criteria is based on federal and state law, as well as traditional redistricting principles that legal experts generally agree should be adhered to in the creation of objective and fair redistricting plans.[2] Top scoring plans were selected based upon how well they meet eight objective traditional redistricting factors:
1. Contiguity: is every part of every district connected?
2. Voting Rights Act Compliance: does the plan contain the required number of majority African American districts? (per the recommendation of the Black Legislative Caucus)
3. Equipopulation: Does each district have roughly the same number of people in it? (You can deviate up to 1% for Congressional districts, 5% for State legislative and Senate districts)

---

[2] See, e.g., The Brennan Center for Justice at New York University School of Law's comprehensive *Citizens Guide to Redistricting*.

4. Preserve existing city and county boundaries: Do districts avoid splitting counties and cities as much as possible?

5. Compactness: Is the shape of districts as close to a circle or square as possible?

6. Competitiveness: Does the map contain districts where there is a balanced percentage (i.e., close to 50%/50%) of Republican and Democratic voters?

7. Partisan Representation: Does the map create roughly the same number of majority Democratic and majority Republican districts?

8. Preserving Communities of Interest: Does the map make an effort to keep some smaller communities (college campuses, language minority populations) together in one district to preserve their voting strength?

In the weeks ahead, we will be posting the attached maps on our website and inviting any member of the public to comment and support certain plans. Out of that process we will select one winning Congressional and State Senate plan, and will submit to you further information about which of the plans before you today ultimately receives that honor.

This nonpartisan competition is a unique and meaningful opportunity for us as citizens to contribute to decisions that affect our future as Michigan voters. And it's important because, ultimately, voters should have the sole authority to choose their representatives, not the other way around.

Thank you again for the opportunity to testify before you today, and for inviting public comment on the redistricting process at this hearing.

## Argument Opposing the 2011 Proposed Congressional Map

My name is Kevin Heine, and I am from Kentwood, Michigan.  My partner is Tom Norton, and he's from Sand Lake, Michigan.  We are representing the Independence Caucus of Kent County, a constitutionally conservative political action organization with a current membership of 498 registered voters and a leadership team of 9 people, the two of us included.

You might think that a conservative organization from Kent County would probably be speaking in support of the 2011 congressional district reapportionment, as proposed by the state legislature last Friday.  You would be wrong.

A key element of the decennial redrawing of congressional district boundaries is that like communities should be kept together; that's the whole point of the "compactness" standard. While that standard is supposed to be co-equal with all of the other legal standards, in practice compactness often receives the short end of the stick during reapportionment, which is how the practice of gerrymandering has become institutionalized in redistricting legislation.

Governor Snyder made the point frequently during his campaign last year, and has said so frequently since, that the State of Michigan does not recover unless the City of Detroit recovers. However, when I look at this proposed map, I see the exact opposite.  I look at the 9th, 12th, 13th, and 14th districts and I see the Michigan Republican Party telling the people of southeast Michigan that they don't count, that they're nothing but pawns to be used in a statewide game of political chess to the benefit of someone who isn't them.

At a total population of 713,777, Detroit just about rates its own congressional district, separate of the rest of Michigan.  The city's about 7,800 people too many to meet the population standard, and a split would have to occur somewhere in order to provide Highland Park and Hamtramck with contiguity, but I fail to understand why the entirety of Wayne County is so dramatically misdrawn as to be subdivided among four congressional districts.  I mean, since you're going to cut Detroit in two anyway, couldn't you at least have the decency to combine in the remainder of Wayne County, without creatively scrambling in a quarter of Oakland County while you're at it? I can see incorporating the Eight Mile corridor (of both Macomb and Oakland counties) if we're going to divide Detroit into a north district and a south district, but other than that, I cannot conceive of an honestly compact redraw that has more than three districts in Wayne County.

And it's not just in southeast Michigan where this problem occurs.  I was born in Flint and raised in Oscoda; I can tell you from first-hand knowledge that Iosco County and Genesee County have virtually nothing in common with each other, yet they are now the north and south ends of the redrawn 5th District.  The same concern applies to grouping Kent County and Calhoun County into the redrawn 3rd District.  I currently live in the City of Kentwood, and I'm curious as to how we have enough in common with Holland and Muskegon that we rate being included in the redrawn 2nd District (which also cuts the Kent County voting population almost exactly in half).

Another key element of redistricting is that we should think at least ten years ahead when doing our district redraws.  The proposed map goes to a great deal of trouble to protect every single incumbent currently sitting in Michigan's Congressional Delegation, with the exception that Peters and Levin are necessarily forced into a primary in 2012.  But have we considered that most of the people currently representing Michigan in Congress will probably not be in office a

Presented by Kevin Heine and Tom Norton on Tuesday, June 21st, 2011.

## Argument Opposing the 2011 Proposed Congressional Map

decade from now?  Why, instead of going out of our way to protect incumbents, are we not drawing districts in a way that encourages new people to prepare themselves as public servants?

I understand that a common interpretation of the Voting Rights Act is that we're supposed to draw minority-in-majority districts where possible.  I say "interpretation" because I've read through the VRA a few times, and I don't see the "minority-in-majority" clause in there anywhere.  For what my opinion is worth, I view a mindset that somehow requires us to fence people into voting districts according to their skin color as being exactly identical to segregation . . . by this we're essentially telling minorities (and especially blacks) that they're not capable of getting one of "their own" elected to Congress unless they have a numerical majority of voters in the district in question.  How is that philosophy not racist on its face?

We don't usually think of it this way, but the voters of Michigan (including racial minorities) back in 2006 approved a state constitutional amendment that permanently outlawed racial segregation in this state.  I realize that we do have to substantially comply with the VRA interpretation if it's practical to do so, and I'm pretty sure that any two given Detroit-based districts, no matter how they're drawn, are going to be minority-in-majority.  But what I don't get is why we seem compelled to turn southeast Michigan into a spaghetti bowl, deliberately segregating people based on nothing other than the color of their skin, and then trot this garbage out as "proof" that we've protected minority voting access.

Are you going to attempt to convince me that we can't draw more compact congressional districts in southeast Michigan and still comply with the charade of allegedly protecting the minority vote?  I am curious as to how you would explain that in a way that will make sense.

This map is telling the Michigan voters one thing: that the incumbents in Congress are afraid of the people they represent.  That deliberately redrawing their fiefdoms to ensure their own incumbency is more important than honestly answering to the voters who put them into office.

And that leaves the question of why that's the message that we want to send.

Presented by Kevin Heine and Tom Norton on Tuesday, June 21st, 2011.

## Argument Opposing the 2011 Proposed Congressional Map

| Population (as presented in committee hearing) | Congressional District | Population (as verified by ICKC) | Verified Deviation |
|---|---|---|---|
| 705,974 | CD – 01 | 705,288 | – 686 |
| 705,975 | CD – 02 | 706,097 | + 123 |
| 705,974 | CD – 03 | 705,992 | + 18 |
| 705,974 | CD – 04 | 701,066 | – 4,908 |
| 705,975 | CD – 05 | 706,673 | + 699 |
| 705,974 | CD – 06 | 706,423 | + 449 |
| 705,974 | CD – 07 | 706,970 | + 996 |
| 705,975 | CD – 08 | 705,030 | – 944 |
| 705,975 | CD – 09 | 685,766 | – 20,208 |
| 705,974 | CD – 10 | 725,045 | + 19,071 |
| 705,974 | CD – 11 | 712,219 | + 6,245 |
| 705,974 | CD – 12 | 705,480 | – 494 |
| 705,974 | CD – 13 | 706,015 | + 41 |
| 705,974 | CD – 14 | 705,576 | – 398 |

The two minority-in-majority districts (majority black voting-age population) are:
- CD-13: as proposed = 55.71 % (verified at 55.6 %)
- CD-14: as proposed = 57.05 % (verified at 56.5 %)

Presented by Kevin Heine and Tom Norton on Tuesday, June 21st, 2011.

## Argument Opposing the 2011 Proposed Congressional Map

| Congressional District | Overall Party Voting Loyalty | Presidential Vote 2008 Election | Party Dominance |
|---|---|---|---|
| CD – 01 | Democrat – 45.0 % Republican – 55.0 % | Obama – 49.8 % McCain – 48.4 % | Strong Republican |
| CD – 02 | Democrat – 63.4 % Republican – 36.6 % | Obama – 48.1 % McCain – 50.3 % | Strong Republican |
| CD – 03 | Democrat – 39.4 % Republican – 60.6 % | Obama – 49.6 % McCain – 48.7 % | Strong Republican |
| CD – 04 | Democrat – 42.0 % Republican – 58.0 % | Obama – 49.6 % McCain – 48.6 % | Strong Republican |
| CD – 05 | Democrat – 56.2 % Republican – 43.8 % | Obama – 63.0 % McCain – 35.4 % | Strong Democrat |
| CD – 06 | Democrat – 44.0 % Republican – 56.0 % | Obama – 53.1 % McCain – 45.2 % | Strong Republican |
| CD – 07 | Democrat – 42.9 % Republican – 57.1 % | Obama – 50.9 % McCain – 47.4 % | Strong Republican |
| CD – 08 | Democrat – 40.3 % Republican – 59.7 % | Obama – 52.0 % McCain – 46.4 % | Strong Republican |
| CD – 09 | Democrat – 49.8 % Republican – 50.2 % | Obama – 58.2 % McCain – 40.0 % | Toss-Up |
| CD – 10 | Democrat – 40.1 % Republican – 59.9 % | Obama – 48.2 % McCain – 49.9 % | Strong Republican |
| CD – 11 | Democrat – 38.8 % Republican – 61.2 % | Obama – 50.2 % McCain – 48.2 % | Strong Republican |
| CD – 12 | Democrat – 57.7 % Republican – 42.3 % | Obama – 66.9 % McCain – 31.4 % | Strong Democrat |
| CD – 13 | Democrat – 74.4 % Republican – 25.6 % | Obama – 83.3 % McCain – 15.6 % | Strong Democrat |
| CD – 14 | Democrat – 70.5 % Republican – 29.5 % | Obama – 80.6 % McCain – 18.7 % | Strong Democrat |

Presented by Kevin Heine and Tom Norton on Tuesday, June 21st, 2011.



Asian & Pacific Islander American Vote - Michigan

**Written Testimony for the Michigan State Senate Redistricting & Elections Committee**

Stephanie Chang, *President*, Asian & Pacific Islander American Vote – Michigan

June 22, 2011

Thank you for the opportunity to testify. My name is Stephanie Chang and I am the president of Asian & Pacific Islander American Vote – Michigan.

Asian and Pacific Islander American Vote - Michigan is a nonpartisan nonprofit 501(c)(3) organization that serves the Asian Pacific Islander American (APIA) community through civic participation, advocacy, and education. The APIA community includes Pacific Islanders and Native Hawaiians, South Asians, Southeast Asians, East Asians, multiracial Asians, and anyone who self-identifies as Asian.

As you know, the Census 2010 data showed that the APIA population is the fastest growing population in Michigan. Our state's APIA population grew by 34.9% from 2000 to 2010. In some cities, the APIA population more than doubled in that time span.

APIAVote-Michigan has closely monitored the redistricting process in several areas and actively participated in the county reapportionment process in Oakland and Wayne counties by submitting proposed maps and testimony. In addition, in Washtenaw, Kent and Macomb Counties, we submitted letters with comparison maps in order to educate reapportionment commissioners about key geographic areas in which the APIA population grew significantly between 2000 and 2010.

It was a great experience to participate in the reapportionment process in these counties. Our participation influenced the final map agreed upon by the commission in Oakland County and hope we were considered a significant voice in the other counties previously mentioned. It was because of the open and transparent process in some of these areas that we are able to fully participate.

APIAVote-Michigan is a proud member of the Michigan Redistricting Collaborative. Like our colleagues, we were glad to see that the House majority released proposed

redistricting maps prior to a conference committee this time around. We are also glad to see that some data is available to the public.

More time and information is needed to ensure that voters and all Michigan residents are able to look at information that matters to us in this redistricting process. For example, communities of interest like my own, the APIA community, would need more time to conduct a thorough analysis of how our demographic group is impacted by the proposed district lines.

In addition, additional racial demographic data should be added to the population data charts for each proposed district map. The current information available to the public only reveals racial demographic data for African American/Black populations and only for the majority minority districts. Information about Asian, Hispanic/Latino, Native American, and Native Hawaiian/Pacific Islander population counts and percentages for each proposed district should be made available.

This is a great opportunity to continue making redistricting an open and transparent process that all Michiganders can participate in. Today we join the other Michigan Redistricting Collaborative members in calling for:

- The posting of the plans with full detail on the legislature's website for 30 days before passage of legislation;

- Two or more committee hearings in each chamber to receive comment about the plans;

- Four or more public hearings around the state to allow a greater amount of public comment; and

- An official statement from the legislature about each district explaining why the proposed boundaries were drawn the way they were.

The November 1 deadline is still several months away, meaning that there is time to ensure that the best plan possible is adopted. I hope that this committee will consider these recommendations. Thank you for your time.



Asian & Pacific Islander American Vote- Michigan

### Written Testimony for the Michigan Senate Committee on Redistricting

Sally Kim, Redistricting Project Coordinator, Asian & Pacific Islander American Vote – Michigan
May 25, 2011

Thank you for the opportunity to be here today and share some information with you as you make very important decisions about redistricting.

Asian and Pacific Islander American Vote - Michigan is a nonpartisan nonprofit 501(c)(3) organization that serves the Asian Pacific Islander American (APIA) community through civic participation, advocacy, and education. The APIA community includes Pacific Islanders and Native Hawaiians, South Asians, Southeast Asians, East Asians, multiracial Asians, and anyone who self-identifies as Asian.

As you may know, the Census 2010 data showed that the APIA population is the fastest growing population in Michigan. Our state's APIA population grew by 34.9% from 2000 to 2010. In some cities, the APIA population more than doubled in that time span. More detail about our state's APIA demographic is provided later in this testimony.

Our growing APIA communities should be kept geographically together to avoid vote dilution in areas of density and growth. APIA community members and voters deserve to be able to elect representatives that will be held accountable to our communities' needs and issues. In this testimony, I will describe why APIAs should be considered a community of interest.

We believe that redistricting can be done to empower voters to choose candidates they feel best represents them and their community; if done wrongly redistricting can result in politicians choosing their own voters and not feeling particularly responsible for other voters.

We hope this committee will keep our growing APIA communities in mind while drafting new maps, so that our communities can elect candidates that we believe best represent our shared interests and needs. As an organization dedicated to encouraging the APIA Michigan community to be informed, educated and engaged voters, we want to make sure our votes -- our voices -- are counted. We urge this committee to keep APIA communities geographically together as much as possible during the redistricting process. We look forward to sharing proposed district maps with you in the coming weeks; these maps are in the process of being developed.

Our Community:

The U.S. Census Bureau released Michigan's Census 2010 data in March. We learned that the APIA community is the fastest growing population in Michigan, growing 34.9% between 2000 and 2010. The APIA community is also the fastest growing population nationwide, at 43%.

- Asian + NHPI alone                      240,803
- Asian & NHPI multiracial only          52,963 (18% of total API population is multiracial)
- Asian + NHPI, multiracial together     293,766
- The highest APIA population is in Oakland County with 68,082 APIAs, followed next by Wayne with 46,319, Washtenaw with 27,237, and Macomb County with 25,242.
- The fastest APIA growth is in Macomb at 48.3%, Ingham at 41.25%, Oakland at 37%, Ottawa at 35.27%, and Washtenaw County at 33.1% growth rates.
- Macomb County saw the fastest growth in the state, more than doubling in population at 55.3%, including multiracial APIAs, or 48.3% of APIA alone.
- Novi saw 113.22% growth in APIA population, followed by Hamtramck at 100.96% and Canton at 91.08%.
- 22% of the growth in the Asian American population from 2000-2010 (grew by 61,689 people) is accounted for by the growth in the Asian American population younger than 18 years old.
- These figures would be higher if we included the increasing multiracial APIA populations.

Communities of Interest:

APIA Vote-Michigan considers the growing APIA communities in Michigan as communities of interest that should be kept geographically together as practicable. We consider APIA communities as communities of interest based on shared racial, ethnic, cultural similarities and needs, languages spoken and language access needs and issues, policy concerns, voting patterns, what industry they work in and types of jobs they hold, and can also include geographically-relevant centers and facilities serving these communities such as places of worship, schools, and community service centers.

We also recognize that these communities of interest may be considered politically cohesive, a claim we are investigating further. In 2008, 9 out of 10 Asian and Arab voters in Michigan voted Democratic for President Obama, and 81 percent voted for Democratic Congressional candidates. Asian American voters were concerned with 3 top issues during the presidential race, including Economy/Jobs, Foreign Policy/War in Iraq, and Health Care[1].

In 2008, 98% of Asian and Arab American voters voted for the Democratic incumbent while 2% voted for the Republican challenger in the 13th Congressional District. That same year, 84% of Asian and Arab American voters voted for the Democratic incumbent while 12% voted for

the Republican challenger in the 15th Congressional district. 82% of Asian and Arab American voters voted for the Democratic candidate in the Eleventh Congressional District, while 68% of Asian and Arab American voters polled voted for the Democratic candidate for Congress in the Ninth Congressional District. In 2006, the majority of Asian Americans in Southeast Michigan exit polled were also Democrats. Unfortunately, there is no 2002 API exit poll data found so far for Michigan as that exit poll data was scrapped due to problems. The Roper Center for Public Opinion Research's 2000 exit poll for Asian Americans in Michigan found that 13.4% voted for Gore, 78.0% for Bush, and 8.6% for Nader.

APIAs have had historic barriers to voting and participating fully in the political process. From the 1790s when Asian Americans were "aliens ineligible for citizenship," to the Chinese Exclusion Act of the late 1800s that was later extended to most other Asian Americans by 1924[2]; to Asian-only segregated schools for Asian American youth that only ended nationwide in 1954[2], Asian Americans have faced institutional and legal barriers to participating fully in civic life.

During their 2008 Presidential and US Congressional election exit poll, the Asian and American Legal Defense and Education Fund found instances of limited English proficiency within Michigan's APIA population. Sixteen percent of respondents throughout Michigan were limited English proficient (LEP). Among native Bengali speakers in Detroit, 45% were LEP, with 27% preferring to vote with language assistance. In Hamtramck, 40% of native Arabic speakers were LEP, with 29% preferring to vote with language assistance.[1] Many of the respondents preferred voting with language assistance or used an interpreter, as the list below describes[3]

| Locality | Language Minority Group | Limited English Proficient | Prefers Voting with Language Assistance | Used an Interpreter | Used Translated Materials | |
|----------|------------------------|---------------------------|----------------------------------------|--------------------|--------------------------|---|
| Dearborn | Arabic | 27% | 18% | | 21% | 11% |
| Detroit | Bengali | 45% | 27% | | * | * |
| Hamtramck | Arabic | 40% | 29% | | 16% | * |

72% of APIA voters surveyed in AALDEF's exit poll were foreign-born naturalized U.S. citizens, with 28% born in the U.S. 8% had no formal U.S. education. 43% were first-time voters. The five largest ethnic groups surveyed in Michigan were Asian Indian (25%), Arab (24%), Chinese (23%), Bangladeshi (15%), and Korean (5%).[1]

Even today, Asian Americans face discrimination and language access issues voting. Michigan does not provide bilingual voting ballots for APIA voters, nor does any Michigan county voluntarily provide bilingual assistance (in an Asian language) on Election Day that we know of. APIA Vote does provide some bilingual assistance where we have the capacity to, to assist in completing voter registration forms, however, and has helped coordinate the translation of voter education information in the past.

Our communities have particular needs and deserve the ability to elect representatives who will feel responsible and be responsive to APIA communities' needs. We are concerned about the possibility of having our communities split up during redistricting. Should that be the case, some APIA voters' ballots cast may be diluted politically.

We recall a classic worst-case scenario in history, when the only Los Angeles APIA City Councilmember had his district redrawn in 1980's. His district was split up into four City Council and five State Assembly districts. After the Los Angeles race riots in 1992, there was $1 billion worth of damages concentrated in Asian and Korea town businesses. When Asian Americans appealed to their local representatives, each representative passed the buck saying it was someone else's district.  No legislator felt primarily responsible or accountable to the Asian American community there. We hope that such a problem would not happen here, and this is just one example of why we think it's important to keep APIA communities together.

In drafting new maps, we urge this Committee to adhere to making compact and contiguous districts while respecting city and township boundaries, and as close to equal population as possible. We propose that APIA communities of interest kept together by block groups from the census data. We also propose that APIA communities of interest with similar densities are kept together as much as possible, unless population guidelines necessitate otherwise.

We are in the process of drawing proposed state house and senate district lines for areas in the state with the highest APIA populations and very much look forward to sharing these with you in the near future.

Thank you for your time and consideration.

[1] Asian and American Legal Defense and Education Fund, *The Asian & Arab American Vote in Michigan 2008.*
[2] Asian American Justice Center, Senate Hearing http://www.advancingequality.org/files/VRA_Senate_Hearing_Statement_706.pdf
[3] See page 19, Asian and American Legal Defense and Education Fund, *The Asian American Vote in the 2008 Presidential Election, NY, NJ, MA, PA, VA, MD, DC, MI, IL, LA, TX, NV. http://www.aaldef.org/docs/AALDEF-ExitPoll-2008.pdf*
[4] Battle State--Michigan General Election Exit Poll: Roper Center for Public Opinion Research, University of Connecticut. *http:// www.ropercenter.uconn.edu/elections/2004/battle_states/michigan.html*
[5] *Center for Urban Studies, January 2001 Wayne State University. Working Paper No. 7; http://data.memberclicks.com/site/apacc/ asians_wayne2001.pdf*

For More Information: (313) 438-8862  redistricting@apiavotemi.org
**www.apiavotemi.org**



Testimony on Redistricting
Sue Smith, League of Women Voters of Michigan
Senate Committee on Redistricting
June 22, 2011

On behalf the Michigan Redistricting Collaborative, thank you for the opportunity to testify today.
My name is Sue Smith and I am the President of the League of Women Voters of Michigan and a member of the
Michigan Redistricting Collaborative.

As you may already know, the Michigan Redistricting Collaborative is a coalition of nonprofits from all segments of
the community, including business, labor and public interest, that believe redistricting must be more transparent
and open, with more involvement from the public. More than 40 organizations are members of the Collaborative,
working together because we all believe that voters should choose their elected officials, not the other way around.

Unfortunately, Michigan, unlike other states, does not have a history of providing opportunities for public input on
redistricting plans. On behalf of the Michigan Redistricting Collaborative, we urge you to provide more time and
information to allow for adequate public comment on proposed redistricting plans.

We are glad to see, that unlike in 2001, maps have been released prior to a conference committee. And we are
pleased that some level of data has been released to allow for public review.  However, more time and information
is needed to ensure voters can look at a variety of issues that matter to them more than partisan breakdown –
communities of interest, competitive nature of districts, etc.

As part of the Michigan Redistricting Collaborative, the Center for Michigan recently conducted community
conversations to inform Michigan citizens about redistricting, hear their views on it, and discuss how they can get
involved in the process. Community conversations took place in Detroit, Grand Rapids, Lansing, Livonia and
Traverse City. More than 200 people voiced their opinions on the redistricting process by voting on questions
posed to the group.

When asked about their priorities for how legislative districts are drawn, 88% said that transparency is very
important to them. Another question asked participants what process would be best, only 3% said the current
process is best, compared to 34% that indicated support for a new legislative system with more transparency,
public hearings, clear map rationale and 63% that said they would prefer a non-partisan redistricting commission
independent of legislature.

With public support for transparency, we encourage you to build on your action to date by:
   o   Posting redistricting plans (including data behind maps) to be available on the Legislature's web
       site for 30 days before passage.
   o   Holding at least two committee meetings (in each chamber) to receive testimony about the plan.
   o   Holding at least four public hearings around the state to allow direct comment by the public.
   o   Providing a statement for each district explaining how the boundaries were drawn and how the
       district has been changed.

Our request is simple. We are asking for meaningful dialogue on an issue that will impact communities for the next
ten years. However, for meaningful dialogue to occur, the public must be given the opportunity to provide feedback
on the legislature's redistricting plans.  We are asking you not to rush this process.

These simple steps would allow for redistricting plans to be more transparent, open and accountable to the public.
Other states already are taking the lead in this matter, and giving the people a bigger say in redistricting. Iowa and
about nine others have taken steps to reduce partisan legislative redistricting. Now it's time for Michigan to take
that step.

Considering the significant impact of these plans, there is no need to rush a process that happens only once every ten years
and is not required to be completed until Nov. 1.

# TESTIMONY OF
# DR. JEROME L. REIDE
# REGIONAL FIELD DIRECTOR
# NAACP
# FIELD OPERATIONS & MEMBERSHIP DEPARTMENT
# 4805 MT. HOPE DRIVE
# BALTIMORE, MD 21215


# THE SENATE REDISTRICTING COMMITTEE
# SENATE HEARING ROOM OF THE BOJI TOWER
## 124 W. Allegan, Lansing, MI
## WEDNESDAY JUNE 22, 2011 8 A.M.

**To the Committee through the Chair, Hon., Senator Joe Hune**

The Committee may wish to continue with the important process of redistricting by articulating the redistricting principles it follows.  We need to know your redistricting principles, *e.g.*, compactness, contiguity, no splitting precincts, so that we can incorporate those traditional redistricting principles in the alternative redistricting plans we will be proposing. Those principles should include transparency, fairness, and compliance with the Voting Rights Act and with Equal Protection.

You should ensure "one person one vote." You should redistrict in a way that avoids minority vote dilution.

- You should be careful to avoid: *packing* which is drawing district lines so that the minority population is over-concentrated or "packed" into election districts.
- You should also be careful to avoid *cracking* (or "fracturing") which is drawing district lines so that an area of concentrated minority population, which is large enough for separate representation in that it could constitute one or more majority minority or majority-black districts, is divided and spread among several districts that are predominantly white.
- You should be careful to avoid *stacking* which is drawing district lines so that a large minority population concentration is included with a larger white population with the purpose or effect of depriving minority voters of a voting majority.  Stacking most classically happens in the creation or redistricting of multi-member districts, although it can occur in the redistricting of single-member districts.  We also respectfully request that you avoid drawing plans that erode minority rights relative to the status quo, that is, that you avoid creating retrogressive redistricting plans.

A key traditional redistricting principle is respect for communities of interest.  These are defined by three characteristics:
- the extent to which non-members identify members as a distinct community;
- the extent to which members identify themselves as a distinct community; and
- the extent to which members are similarly affected by governmental action.

Black citizens form one of the strongest communities of interest in the State of Michigan and the redistricting plan should have as a priority the fashioning of districts that accord appropriate representation to communities of interest.

Parenthetically, what federal financial assistance does Michigan currently receive and from what federal agencies or departments?  As you know, Title VI of the Civil Rights Act, along with other federal laws, prohibits entities that receive federal funding from discriminating based on race or national origin.

We ask that as part of the transparency and increased community access to the process that the Committee provide interested community members with access to the State's redistricting software or on-line system and, of course, training for members to use that mapping system.  We request that you indicate the terminals that will be available to the community and when they will be available. We also request a schedule of the remainder of the redistricting process.

# Testimony of Mark Brewer Regarding Congressional Redistricting

## Before the Michigan Senate Redistricting Committee June 28, 2011

Mr. Chairman and members of the Committee, I am Mark Brewer, Chair of the Michigan Democratic Party. I have been involved in Legislative and Congressional redistricting in Michigan since the early 1980's. Thank you for allowing me to submit this testimony on Congressional redistricting.

### Introduction

On behalf of the voters of Michigan, the Michigan Democratic Party is very disappointed in the partisan hijacking of the redistricting process represented by the Congressional redistricting plan proposed by Republicans on June 17, 2011 which passed the House last week as HB 4780. Never in Michigan's history has a redistricting map been gerrymandered to be so overtly partisan and disrespectful of community interests to build partisan political advantage. This map zigs and zags throughout Southeastern Michigan to create non-competitive seats that do not represent the demographics of the state and will disenfranchise voters.

The people of Michigan deserve Congressional districts produced by the State Legislature and signed by the Governor that will ensure fair representation in keeping with Michigan's history of competitive districts that respect communities of interest. The people of Michigan deserve to choose their Representatives in Congress - this map clearly was drawn to let the Republican Representatives choose their voters.

### Analysis

At a time when population loss over the last decade reduces our State's influence in Congress by one Congressional seat, it is absolutely essential that redistricting be conducted in a fair manner to fully reflect all of the citizens of our State.

The Congressional plan in HB 4780 fails any test of fairness, compactness, and meaningful representation.

The map shreds counties and communities, eliminates competitive districts, and reduces representation in the 2nd largest county in the State.

## Gerrymandered Districts

Never before in Michigan's history have districts zigged and zagged all over a large geographic region for partisan advantage.

The two Detroit districts are no longer centered in Detroit.  For example, District 14 starts at the edge of River Rouge, sweeps over the Pointes, loops west to Southfield and Farmington Hills, before heading north and using a small stretch of land at Sylvan Lake to get to Pontiac.  The district is over 50 miles long but at some points less than half a mile wide.

District 11, previously a Western Wayne and Western Oakland County district now starts in Canton and stretches all the way over and around Pontiac, cutting through a slice of Rochester Hills to connect to Troy before looping around to capture Birmingham and Bloomfield Hills.  By taking in Farmington, it is literally only a few blocks wide at one point.

## Non-Competitive Districts

Competitive districts are better for voters and better for democracy.  Over the last decade, Michigan has seen competitive Congressional races in at least four districts and in the decade before that five districts were competitive.  They reflected the competitive nature of our state overall as surveys show that the state is equally divided between Democrats, and Republicans.

The Republican plan would reduce the number of competitive districts. There is not one district under the Republican plan that is 50-50 in partisan make-up when one reviews previous election results.  It is clear they sought solely to strengthen the partisan make-up for their Congressional Republican incumbents.

By reducing competitive districts, this plan disenfranchises not only Democrats and Republicans but independent voters – by making partisan primaries the key elections and making general elections irrelevant.

## Violates Community Boundaries

Michigan has a tradition of respecting city and county lines in redistricting.  This plan ignores that tradition to seek partisan advantage for Republican incumbents.

For example, in Oakland County, the City of Farmington is an "island" surrounded by Farmington Hills.  For the first time, Republicans use a narrow path to cut through to the City of Farmington and separate it from Farmington Hills.  Similarly, the City of Bloomfield Hills is separated from Bloomfield Township. Rochester Hills is split up simply to allow the Republicans to make their gerrymander contiguous. In Montcalm County, the City of Greenville is also an "island".

In the short space of 18 miles in southeast Michigan, a voter could go through 8 Congressional districts. Driving south from Orion Township in the 8th District, you then enter the 11th Congressional District in Auburn Hills before passing into the 14th District in Pontiac. You will then enter the 9th District in Bloomfield Township before re-entering the 11th District in Bloomfield Hills before entering the 9th District again before going through the 14th District again in Southfield before finally entering the 13th District in Detroit.

If you drove on Woodward from Pontiac to Detroit you would start in the 14th District, and drive through the 9th District in Bloomfield Township. You would then enter the 11th District while driving through Bloomfield Hills, drive through the 9th again in Bloomfield Township. You then re-enter the 11th in Birmingham before re-entering the 9th District in Royal Oak. When you hit 8 Mile you would enter the 14th District again until you got downtown when you enter the 13th District. You would then arrive at the Detroit River waterfront, 24 miles later, in the same district you left, the 14th District. On this straightforward drive on Woodward you pass through the 14th District 3 times, the 9th District 3 times, the 11th District twice, and the 13th District once.

<u>The Democratic Alternative</u>

These problems in Southeast Michigan are solved by the congressional redistricting map released yesterday by the Michigan Democratic Party which complies with the Voting Rights Act, and is more compact, contiguous, and competitive in Southeast Michigan than the Republican gerrymandered map passed by the House last week.

This map is proof that you can comply with the Voting Rights Act without gerrymandering districts the way Republicans did in their map. This map is more compact and contiguous than the Republican map, keeps like-minded areas together, and creates more competitive districts to ensure voters are not disenfranchised.

Republican map-drawers who testified to the House Redistricting Committee last week said it wasn't possible to draw two majority-minority districts without the geographic contortions of their map, but this map proves that testimony to be false. Their map is drawn to maximize a Republican advantage while the Democratic map is drawn to follow the law, give voters a choice, and ensure the districts are as compact as possible. The Democratic map is far superior to the Republicans' gerrymandered proposal.

## **Conclusion**

Voters in Michigan have never before faced such a shamelessly partisan redrawing of Congressional boundaries. Instead of drawing fair lines that follow community and county borders in a logical way, the Republican plan is so skewed that it exploits every trick in the book to gerrymander districts in ways that benefit Republican incumbents. The Legislature and Governor Snyder should reject this gerrymandered plan and draw Congressional boundaries in a way that puts Michigan voters' interests squarely ahead of flagrant partisan advantage.

 Michigan Citizens' Redistricting Competition 2011

TESTIMONY OF PROFESSOR JOCELYN BENSON, ESQ.
FOUNDER AND CEO, MICHIGAN CENTER FOR ELECTION LAW
DIRECTOR, MICHIGAN CITIZENS' REDISTRICTING COMPETITION
BEFORE THE MICHIGAN SENATE COMMITTEE ON REDISTRICTING AND ELECTIONS
JUNE 28, 2011

Good afternoon.  I would like to thank the Senate Committee on Redistricting and Elections for holding this hearing and for providing an opportunity to present testimony this morning.  I am here today in my capacity as the Founder and CEO of the Michigan Center for Election Law, and as the Director of the Michigan Citizens' Redistricting Competition.

**Michigan Citizens' Redistricting Competition**
The 2011 "Michigan Citizens' Redistricting Competition" is a nonpartisan project of the Michigan Center for Election Law and Administration, in partnership with the Michigan Redistricting Collaborative (which includes groups such as Common Cause, the League of Women Voters, and Michigan Nonprofit Association).

Through providing tools for any Michigan citizen to craft and design their own redistricting maps for Congressional or Michigan legislative districts, we offered citizens an opportunity to take part in producing potential district maps for Michigan's 14 Congressional Seats, or Michigan's state senate or legislative seats.

As discussed in my previous testimony before this committee, the maps were scored based upon objective criteria, and a nonpartisan panel of seven judges convened to evaluate and score the plans.  The top nine scoring Congressional plans were submitted for your consideration on May 23, 2011.

When citizens draw the plans, as our competition entrants showed, they do an excellent and fair job while respecting the law.  It is not too late for you to follow their example before finalizing their plans, and I urge you to do so.

Today I submit to you additional details about the competition's winning plan.  The detailed map is available online at:
https://districtbuilder.michiganredistricting.org/districtmapping/plan/359/view/

Nathan Inks, a Lincoln Park resident and Central Michigan University undergraduate student is the first-prize winner of the Michigan Citizens' Redistricting Commission. Inks, who also serves as president of the CMU College Republicans, is a meteorology major with plans to go to law school and practice election law. His plan was selected as best overall by a nonpartisan panel of judges, based on its excellent performance in the areas of equipopulation, compactness, limiting of county splits, high number of competitive districts and partisan fairness.

In a statement made shortly after learning his plan received the Competition's top honors, Inks stated that he encourages you to "adopt a plan that is fair to voters:"

"[A]s a life-long Republican," Inks said, "when I saw District 14 from the proposed [congressional] map, even I cringed because of how awkward and mangled it was. Such gerrymandering takes the focus off of the good things the GOP has done for the state and makes the party look like they need to 'cheat' to win."

All nine of the top congressional plans excelled in demonstrating that there are multiple ways in which Congressional districts may be drawn to comply with the law. Nathan's plan was the best of the best in a wide variety of key areas. And his plan demonstrates that it is possible to draw fair, legal maps without gerrymandering or creating oddly shaped districts.

Finally, on that last point regarding oddly shaped districts, I urge you consider the United States Supreme Court holding in *Shaw v. Reno* before enacting this Congressional District plan into law. That opinion, as you recall, concluded that a citizen in an racially gerrymandered district could state a claim under the Fourteenth Amendment if they could feasibly allege that traditional districting principles, such as respect for political subdivisions, compactness, and contiguity, had been set aside in deference to considerations of the racial makeup of the district. Most notably, the opinion expressed great concern over the shape of the districts in North Carolina's plan, referring to them as "dramatically irregular," and "bizarre." O'Connor emphasized the importance of appearance in redistricting, pontificating that when "redistricting legislation ... is so extremely irregular on its face that it rationally can be viewed only as an effort to segregate the races for purposes of voting, without regard for traditional districting principles," the legislation could violate the Equal Protection Clause of the Fourteenth Amendment.

And as Nathan Ink's plan and several others in our competition demonstrated, you need not draw districts with such a strange appearance in order to comply with the requirements of the Voting Rights Act.

Thank you again for the opportunity to testify before you today, and for inviting public comment on the redistricting process at this hearing.

MCRC Winning Plan available at:
https://districtbuilder.michiganredistricting.org/districtmapping/plan/359/view/
- High Scoring in Equipopulation, Compactness, and Least # of County Splits
- High number of Competitive Districts, High Ranking in Partisan Representation Fairness

**Average Equipopulation:** 0.416%
Rank (of 9): 3 (96 points)

**Number of County Splits:** 7
Rank (of 9): 2 (98 points)

**Average Compactness Score:** 68.61
Rank (of 9): 2 (98 points)

Competitive District Score: 6
    # of "heavily competitive" (partisan differential less than 5%): 3 (+6)
    # of "generally competitive" (P. Diff. between 5-10%): 5 (+5)
    # of noncompetitive districts (P. Diff. between 10-15%): 1 (+0)
    # of heavily noncompetitive districts (P.Diff. 15%+): 5 (-5)
Rank (of 9): 1 (100 points)

Partisan Representation Parity: (difference: +3 GOP); # of Competitive: 7
    Rank (of 9): 2 (98 points)

| Dist. | Tot Pop | Compactness | Black VAP | His. VAP | Dem PI | Rep PI |
|---|---|---|---|---|---|---|
| 1 | 706,811 | 62.53% | 1.56% | 1.02% | 43.66% | 56.34% |
| 2 | 706,217 | 80.45% | 4.67% | 4.49% | 37.97% | 62.03% |
| 3 | 705,620 | 77.74% | 8.89% | 6.93% | 38.66% | 61.34% |
| 4 | 706,965 | 67.13% | 6.50% | 3.55% | 45.91% | 54.09% |
| 5 | 708,837 | 73.66% | 12.13% | 2.43% | 51.20% | 48.80% |
| 6 | 708,398 | 84.40% | 8.25% | 4.10% | 44.28% | 55.72% |
| 7 | 704,209 | 72.64% | 8.12% | 4.09% | 45.78% | 54.22% |
| 8 | 707,807 | 71.89% | 3.54% | 2.54% | 36.93% | 63.07% |
| 9 | 707,014 | 67.76% | 9.83% | 2.86% | 45.99% | 54.01% |
| 10 | 703,039 | 71.38% | 7.07% | 1.94% | 45.75% | 54.25% |
| 11 | 705,564 | 59.55% | 12.53% | 2.52% | 47.64% | 52.36% |
| **12** | **704,073** | **56.68%** | **51.92%** | **6.85%** | **73.87%** | **26.13%** |
| **13** | **705,391** | **41.23%** | **53.04%** | **2.66%** | **70.94%** | **29.06%** |
| 14 | 703,695 | 73.57% | 8.93% | 3.51% | 52.30% | 47.70% |



Testimony on Redistricting
Sue Smith, League of Women Voters of Michigan
Senate Committee on Redistricting
June 28, 2011

On behalf the Michigan Redistricting Collaborative, thank you for the opportunity to testify today. My name is Sue Smith and I am the President of the League of Women Voters of Michigan and a member of the Michigan Redistricting Collaborative.

On behalf of the more than 40 organizational members of the Collabortative, I want to continue to voice our concern about the lack of transparency in this redistricting process.

Let me be clear. We are not asking for you to wait until November 1. We are simply asking for 30 days so that the proposed plans may be analyzed and meaningful dialogue can occur. The proposed plans have not been provided to the public in a format that is easily analyzed or understood.

As part of the Michigan Redistricting Collaborative, the Center for Michigan recently conducted community conversations to inform Michigan citizens about redistricting, hear their views on it, and discuss how they can get involved in the process. Community conversations took place in Detroit, Grand Rapids, Lansing, Livonia and Traverse City. More than 200 people voiced their opinions on the redistricting process by voting on questions posed to the group.

When asked about their priorities for how legislative districts are drawn, 88% said that transparency is very important to them. Another question asked participants what process would be best, only 3% said the current process is best, compared to 34% that indicated support for a new legislative system with more transparency, public hearings, clear map rationale and 63% that said they would prefer a non-partisan redistricting commission independent of legislature.

With public support for transparency, we encourage you to build on your action to date by:
   o   Posting redistricting plans (including data behind maps) to be available on the Legislature's web site for 30 days before passage.
   o   Holding at least two committee meetings (in each chamber) to receive testimony about the plan.
   o   Holding at least four public hearings around the state to allow direct comment by the public.
   o   Providing a statement for each district explaining how the boundaries were drawn and how the district has been changed.

Our request is simple. We are asking for meaningful dialogue on an issue that will impact communities for the next ten years. However, for meaningful dialogue to occur, the public must be given the opportunity to provide feedback on the legislature's redistricting plans.  We are asking you not to rush this process.

Considering the significant impact of these plans, there is no need to rush a process that happens only once every ten years.

**U.S. Rep. Sander Levin**
Testimony before Michigan State Senate
Hearing on Draft Redistricting Maps
June 28, 2011

Mr. Chairman and members of the committee, thank you for allowing me to present testimony on Congressional redistricting.

I have seen redistricting from the vantage point of a State Legislator, a County and State Party Chair and as a Member of Congress.  I'm here today because your action impacts our state for ten years and I have very deep concerns about the map as currently proposed.

While 75 percent of my current district stays together under the Republican proposal, one's self interest must be less important than the interest of the residents of our State.

At the heart of our democracy is the ability to choose your elected officials. Democracy is undercut if, because of the mis-shape of congressional districts for purely partisan purposes, every election for Congress ends in the August primary.

At the heart of our democracy is competition.  An exchange of ideas, healthy debate, and taking that debate to the public so they can make a choice in the General election.  The process works better when there are competitive districts. In competitive districts you have to reach out to Democratic, Republican and Independent voters.

The proposed Republican map goes out of its way to avoid them, with its overriding goal of partisan advantage and protecting their incumbents.

The proposed Republican map gets it backwards.  It allows incumbents to choose their voters through grossly gerrymandered lines, rather than voters choosing their Members of Congress.

The proposed Republican map shreds communities and counties in its drive for partisan advantage.  It disregards the significance of community.

In 1992, I came to Lansing to testify on re-districting, in a different forum – a three judge federal panel, with 2 judges appointed by a Republican president and 1 by a Democrat.  After taking testimony and reviewing both Democratic and Republican drafted maps, they drew their own congressional map for the State of Michigan.

It was a fully competitive one.  John Dingell, Dale Kildee, Debbie Stabenow, Bart Stupak and I all had close and competitive elections that decade.

The legal processes have changed since then but we should hold that decade up as a model of what is possible for our state.

We have never had maps so bizarrely shaped in Michigan as the one that passed the House.

I understand what is now easy to do with computer technology.  You just bring up the partisan information of voters and draw lines to group together as many of one party as possible.  It might be easy, but it is wrong.

The districts in the House plan meander throughout Southeast Michigan, contorting geography to pick up pockets of voters in a clear effort to gain partisan advantage

The proposed 14th Congressional District stretches from the Detroit River to Pontiac.  It is over 50 miles long but at some points is less than a half mile wide.

Or take the proposed 11th District, which starts in Canton in the south then heads north, ultimately bending above Pontiac to get to Troy – then bends back inward in almost a spiral to take in Birmingham and Bloomfield Hills.



DrawtheLineMichigan.org

Testimony on Redistricting
By
Sue Smith, League of Women Voters of Michigan
Christina Kuo, Common Cause of Michigan

Senate Committee on Redistricting
May 25, 2011

On behalf the Michigan Redistricting Collaborative, thank you for the opportunity to testify today regarding the need for a transparent and open redistricting process.

My name is Sue Smith and I am the President-Elect of the League of Women Voters of Michigan and a member of the Michigan Redistricting Collaborative.

As you may already know, the Michigan Redistricting Collaborative is a coalition of nonprofits from all segments of the community, including business, labor and public interest, that believe redistricting must be more transparent and open, with more involvement from the public.

More than 35 organizations are members of the Collaborative, working together because we all believe that voters should choose their elected officials, not the other way around.

Unfortunately, Michigan, unlike other states, does not have a history of providing opportunities for public input on redistricting plans.

Iowa, for example, has finished its congressional and legislative redistricting exercise, following public meetings and input – and the plan adopted had widespread support from Republicans and Democrats.

In Illinois, the state Senate is holding two public hearings after maps are drawn, and before they are approved – different than the usual process where the public is an afterthought.

Here in Michigan, however, we haven't seen any maps. Our concern is that this redistricting process will be similar to the one in 2001 when redistricting legislation was adopted by a legislative conference committee, with no members of the public being afforded a chance to even look at the maps, let alone offer any significant input, and then approved on straight party line votes and sent to Gov. John Engler for prompt signature. The secretive actions only added to public skepticism about the political process – and rightly so.

Thank you again for the opportunity to speak today, I'd now like to ask Christina Kuo with Common Cause to speak regarding the Collaborative's specific recommendations.

Good Morning. I'm Christina Kuo, Executive Director of Common Cause Michigan and member of the Michigan Redistricting Collaborative.

The Redistricting Collaborative is recommending the Legislature take the following small steps to ensure a transparent and open redistricting process:

- Require redistricting plans to be available on the Legislature's website for 30 days before passage.

- Mandate each chamber to hold at least two committee meetings to receive testimony about the plan.

- Hold four public hearings around the state to allow direct comment by the public on the plan.

- Provide a statement for each district explaining how the boundaries were drawn and how the district has been changed.

Our request is simple. We are asking for meaningful dialogue on an issue that will impact communities for the next ten years. However, for meaningful dialogue to occur, the public must be given the opportunity to provide feedback on the legislature's redistricting plans.

These simple steps would allow for redistricting plans to be more transparent, open and accountable to the public. It would also decrease the level of public scrutiny that is likely to occur if the process is a closed one.

In addition to the states mentioned earlier, Counties in Michigan are also taking action to ensure public input.

The counties have just as much statutory and legal guidance as the legislature in regard to redistricting, however, a number of counties, Ingham, Kalamazoo, and Oakland counties have gone above what is required of them and embraced our core principles of transparency and citizen participation. Oakland County, especially, is at the forefront of this. Their redistricting commission added a page to the county clerk's website to house, all minutes, actions, maps, analyses, and data relating to redistricting in that county. They have adopted procedures that open up the process to citizen input and scrutiny: the maps must be publicly posted on the website for a minimum of 72hrs before the commissioners can deliberate on them. They have held 2 night meetings, one solely devoted to public feedback on proposed plans by members of the county redistricting commission.

Oakland County shows how simple it is to have a transparent process that provides ample opportunities for citizens to participate and provide feedback on maps, when those charged with redistricting truly want an open and transparent redistricting process. On behalf of the Michigan Redistricting Collaborative, I urge you to provide opportunity for input on proposed redistricting maps. Transparency is a buzzword often heard in Lansing these days. Here is a chance to have it put into action.

Thank you again for the opportunity to testify today.

From:     "Rodney C. Nanney" <voterodney@gmail.com>
To:       "Rep. Pete Lund" <PeteLund@house.mi.gov>
Date:     6/20/2011 11:53 AM
Subject:  RE: redistricting and the unnecessary giveaway of the 55th district seat

Rep. Lund:

As chairman of the House Redistricting and Elections Committee, I am writing to you to ask for your help in correcting a disastrous failure of judgment with regards to the arrangement of the proposed 52nd and 55th district boundaries. **Please share this message with the full committee as my written testimony on the proposed Michigan House districts map, as I will not be able to be at Tuesday's hearing:**

**The proposed new 52nd/55th state House district boundaries are a disaster for the MI GOP and our county party efforts.** In 2010, a combination of a very strong Tea Party movement and absolutely tireless personal campaigning netted the GOP two new competitive House seats covering Washtenaw Co. The state party came in and gave the 55th district race a boost in the final couple of weeks, but it was the grassroots and even more importantly a relentless door-to-door effort on the part of the candidate that won the day.

**Now, less than a year later, the state party has proposed to give back the 55th District to the Democrats without a fight.** <u>That is unacceptable</u> to this grassroot Tea Party conservative, and it should be unacceptable to anyone who has had the pleasure of working with Rep. Olson in Lansing.

Even more importantly, **the decision to sacrifice the 55th district to Democrats in favor of bulletproofing the 52nd district seat for the GOP is unnecessary and suggests a dangerous ignorance of the local conditions "on the ground"** in this county. Conservatives in the growing Tea Party movement here helped win both of these seats, especially in the 55th district. The grassroots have only grown and become more knowledgeable, active, and campaign-savvy since then.

**There is no reason why the republican party**, with the help of the Willow Run Tea Party Caucus, Rattle With Us, the Western Washtenaw Tea Party, and nascent Saline Area Tea Party organizations **cannot win re-election for both of our currently republican districts if they are kept reasonably competitive (read: at least 50-50).**

The state party leadership's proposal to abandon what we on the ground gained in 2010 makes a clear and unmistakable statement to the party's grassroots here that they do not trust us to get the job done again. Is that the message you want to give going into a tough Presidential year?

**I strongly urge you to reconsider this flawed plan for the 52nd and 55th districts. It is far better to trust your grassroots here and revise the boundaries to create to viable and competitive districts.**

I urge you to revise the boundaries as follows:

1.  Move the north side of Ann Arbor and Ann Arbor Twp. back into the 52nd district. These areas are Mr. Ouimet's longtime backyard - if he cannot attract enough votes here he doesn't deserve re-election anyway. More importantly, the northside of Ann Arbor might as well be on the moon for

how little of a relationship it has with folks in Augusta Twp. at the other end of the proposed 55th district.

2. Revise the 55th district to be an east-west district lined up along the US-12 (Michigan Ave.) corridor, from Augusta Twp. on the east to Manchester Twp. on the west. Include Pittsfield, Lodi, and the City of Saline as necessary to balance the population.

This arrangement (adjusted as necessary to balance) would create two competitive districts that truly make sense for the geography and population distribution of the county.

**DON'T GIVE THE 55th DISTRICT BACK TO THE DEMOCRATS WITHOUT A FIGHT!** We fought too hard to win back this seat for the GOP to watch the state party leadership meekly give it back, especially when you have the power to fix it now!

I look forward to your response.

Respectfully,

Rodney C. Nanney
Ypsilanti, Michigan
Precinct delegate and 2010 GOP candidate for the 54th District House seat
VoteRodney@gmail.com
(734) 483-2271

MICHIGAN LEGISLATURE(www.legislature.mi.gov)
Printed on Thursday, September 22, 2011
Michigan Compiled Laws Complete Through PA Compiled through Act 87 and includes 89-140 of 2011

# Senate Bill 0498 (2011) 🔲 rss

## Public Act 129 of 2011 (Effective: SINE DIE) Find this PA in the MCL

**Sponsor**
Joseph Hune

**Categories** Legislature, apportionment; Legislature, other

Legislature; apportionment; redistricting of senate and house of representatives; provide for. Amends title & secs. 3 & 6 of 2001 PA 116 (MCL 4.2003 & 4.2006) & adds secs. 1a, 2a & 5a.

### Bill Document Formatting Information

(gray icons indicate that the action did not occur or that the document is not available)
**Documents**

 **Senate Introduced Bill**
Introduced bills appear as they were introduced and reflect no subsequent amendments or changes.

 **As Passed by the Senate**
As Passed by the Senate is the bill, as introduced, that includes any adopted Senate amendments.

 **As Passed by the House**
As Passed by the House is the bill, as received from the Senate, that includes any adopted House amendments.

 **Senate Concurred Bill**
Concurred bill is the version passed in identical form by both houses of the Legislature, issued prior to availability of the Enrolled bill.

 **Public Act**
Public Act is a bill that has become law.

### History (House actions in lowercase, Senate actions in UPPERCASE)

| Date ▲ | Journal | Action |
|---|---|---|
| 6/16/2011 | SJ 55 Pg. 1494 | REFERRED TO COMMITTEE ON REDISTRICTING |
| 6/23/2011 | SJ 58 Pg. 1659 | REPORTED FAVORABLY WITH SUBSTITUTE S-1 |
| 6/23/2011 | SJ 58 Pg. 1659 | COMMITTEE RECOMMENDED IMMEDIATE EFFECT |
| 6/23/2011 | SJ 58 Pg. 1659 | REFERRED TO COMMITTEE OF THE WHOLE WITH SUBSTITUTE S-1 |
| 6/23/2011 | SJ 58 Pg. 1593 | REPORTED BY COMMITTEE OF THE WHOLE FAVORABLY WITH SUBSTITUTE S-1 |
| 6/23/2011 | SJ 58 Pg. 1593 | SUBSTITUTE S-1 CONCURRED IN |
| 6/23/2011 | SJ 58 Pg. 1593 | PLACED ON ORDER OF THIRD READING WITH SUBSTITUTE S-1 |
| 6/23/2011 | SJ 58 Pg. 1593 | RULES SUSPENDED |
| 6/23/2011 | SJ 58 Pg. 1593 | PLACED ON IMMEDIATE PASSAGE |
| 6/23/2011 | SJ 58 Pg. 1597 | SUBSTITUTE S-3 OFFERED |
| 6/23/2011 | SJ 58 Pg. 1597 | AMENDMENT(S) ADOPTED |
| 6/23/2011 | SJ 58 Pg. 1597 | SUBSTITUTE S-3 DEFEATED |
| 6/23/2011 | SJ 58 Pg. 1597 | PASSED ROLL CALL # 353 YEAS 29 NAYS 8 EXCUSED 1 NOT |

|  | VOTING 0 |
|---|---|
| 6/23/2011 HJ 60 Pg. 1562 | received on 06/23/2011 |
| 6/23/2011 HJ 60 Pg. 1562 | read a first time |
| 6/23/2011 HJ 60 Pg. 1562 | referred to Committee on Redistricting and Elections |
| 6/28/2011 HJ 61 Pg. 1571 | reported with recommendation with amendment(s) |
| 6/28/2011 HJ 61 Pg. 1571 | referred to second reading |
| 6/28/2011 HJ 61 Pg. 1754 | read a second time |
| 6/28/2011 HJ 61 Pg. 1754 | amended |
| 6/28/2011 HJ 61 Pg. 1754 | placed on third reading |
| 6/28/2011 HJ 61 Pg. 1958 | placed on immediate passage |
| 6/28/2011 HJ 61 Pg. 1958 | read a third time |
| 6/28/2011 HJ 61 Pg. 1958 | passed Roll Call # 244 Yeas 65 Nays 42 |
| 6/28/2011 HJ 61 Pg. 1958 | returned to Senate |
| 6/29/2011 SJ 60 Pg. 1716 | HOUSE AMENDMENT(S) CONCURRED IN ROLL CALL # 376 YEAS 29 NAYS 9 EXCUSED 0 NOT VOTING 0 |
| 6/29/2011 SJ 60 Pg. 1716 | IMMEDIATE EFFECT DEFEATED |
| 6/29/2011 SJ 60 Pg. 1716 | ORDERED ENROLLED |
| 8/24/2011 SJ 63 Pg. 2014 | PRESENTED TO GOVERNOR 7/26/2011 @ 2:40 PM |
| 8/24/2011 SJ 63 Pg. 2020 | APPROVED BY GOVERNOR 8/9/2011 @ 11:09 AM |
| 8/24/2011 SJ 63 Pg. 2020 | FILED WITH SECRETARY OF STATE 8/9/2011 @ 1:33 PM |
| 8/24/2011 SJ 63 Pg. 2020 | ASSIGNED PA 0129'11 |

The Michigan Legislature Website is a free service of the Legislative Internet Technology Team in cooperation with the Michigan Legislative Council, the Michigan House of Representatives, and the Michigan Senate. The information obtained from this site is not intended to replace official versions of that information and is subject to revision. The Legislature presents this information, without warranties, express or implied, regarding the accuracy of the information, timeliness, or completeness. If you believe the information is inaccurate, out-of-date, or incomplete or if you have problems accessing or reading the information, please send your concerns to the appropriate agency using the online Comment Form in the bar above this text.

# No. 55
## STATE OF MICHIGAN

# Journal of the Senate

## 96th Legislature
### REGULAR SESSION OF 2011

Senate Chamber, Lansing, Thursday, June 16, 2011.

10:00 a.m.

The Senate was called to order by the President pro tempore, Senator Tonya Schuitmaker.

The roll was called by the Secretary of the Senate, who announced that a quorum was present.

| | | |
|---|---|---|
| Anderson—present | Hood—present | Pappageorge—present |
| Bieda—present | Hopgood—present | Pavlov—present |
| Booher—present | Hune—present | Proos—present |
| Brandenburg—present | Hunter—present | Richardville—present |
| Casperson—present | Jansen—present | Robertson—present |
| Caswell—present | Johnson—present | Rocca—present |
| Colbeck—present | Jones—present | Schuitmaker—present |
| Emmons—present | Kahn—present | Smith—present |
| Gleason—present | Kowall—present | Walker—present |
| Green—present | Marleau—present | Warren—present |
| Gregory—present | Meekhof—present | Whitmer—present |
| Hansen—present | Moolenaar—present | Young—present |
| Hildenbrand—present | Nofs—present | |

Senator Meekhof introduced
**Senate Bill No. 493, entitled**
A bill to amend 1947 PA 336, entitled "An act to prohibit strikes by certain public employees; to provide review from disciplinary action with respect thereto; to provide for the mediation of grievances and the holding of elections; to declare and protect the rights and privileges of public employees; and to prescribe means of enforcement and penalties for the violation of the provisions of this act," by amending section 15 (MCL 423.215), as amended by 2011 PA 25.
The bill was read a first and second time by title and referred to the Committee on Reforms, Restructuring and Rein-venting.

Senator Pavlov introduced
**Senate Bill No. 494, entitled**
A bill to amend 1972 PA 222, entitled "An act to provide for an official personal identification card; to provide for its form, issuance and use; to regulate the use and disclosure of information obtained from the card; to prescribe the powers and duties of the secretary of state; to prescribe fees; to prescribe certain penalties for violations; and to provide an appropriation for certain purposes," by amending sections 1 and 2 (MCL 28.291 and 28.292), section 1 as amended by 2008 PA 31 and section 2 as amended by 2008 PA 40.
The bill was read a first and second time by title and referred to the Committee on Transportation.

Senator Pappageorge introduced
**Senate Bill No. 495, entitled**
A bill to amend 1949 PA 300, entitled "Michigan vehicle code," by amending sections 57, 208b, 217a, 232, 301, 303, 306, 307, 307a, 312e, 312f, 312h, 314, 319b, 319d, 319f, 319g, 320a, 602b, 605, 732, 801, 801g, 802, 803b, 803r, 804, 806, 809, 811e, 811h, and 907 (MCL 257.57, 257.208b, 257.217a, 257.232, 257.301, 257.303, 257.306, 257.307, 257.307a, 257.312e, 257.312f, 257.312h, 257.314, 257.319b, 257.319d, 257.319f, 257.319g, 257.320a, 257.602b, 257.605, 257.732, 257.801, 257.801g, 257.802, 257.803b, 257.803r, 257.804, 257.806, 257.809, 257.811e, 257.811h, and 257.907), sections 57 and 301 as amended by 1988 PA 346, sections 208b, 217a, 232, 801, 802, 803b, 803r, 804, 806, 809, 811e, and 811h as amended by 2009 PA 99, section 303 as amended by 2010 PA 155, sections 306, 307a, 312e, 312f, 319f, and 319g as amended by 2006 PA 298, section 307 as amended by 2008 PA 36, section 312h as amended by 2003 PA 152, section 314 as amended by 2008 PA 7, section 319b as amended by 2008 PA 463, section 319d as amended by 1996 PA 404, section 320a as amended by 2010 PA 58, section 602b as added by 2010 PA 60, section 605 as amended by 2000 PA 97, sections 732 and 907 as amended by 2010 PA 59, and section 801g as amended by 1992 PA 29, and by adding section 36b.
The bill was read a first and second time by title and referred to the Committee on Transportation.

Senator Casperson introduced
**Senate Bill No. 496, entitled**
A bill to amend 1963 PA 181, entitled "Motor carrier safety act of 1963," by amending sections 1a, 2d, and 5 (MCL 480.11a, 480.12d, and 480.15), section 1a as amended by 2006 PA 50, section 2d as amended by 2005 PA 177, and section 5 as amended by 2006 PA 595; and to repeal acts and parts of acts.
The bill was read a first and second time by title and referred to the Committee on Transportation.

Senator Hune introduced
**Senate Bill No. 497, entitled**
A bill to amend 1964 PA 282, entitled "An act to divide the state into 15 congressional districts; to prescribe the powers and duties of certain state departments and officers; and to repeal acts and parts of acts," by amending the title and sections 3 and 5 (MCL 3.53 and 3.55), the title as amended and sections 3 and 5 as added by 2001 PA 115, and by adding sections 1a and 4a; and to repeal acts and parts of acts.
The bill was read a first and second time by title and referred to the Committee on Redistricting.

Senator Hune introduced
**Senate Bill No. 498, entitled**
A bill to amend 2001 PA 116, entitled "An act to divide this state into 110 representative and 38 senatorial districts; and to prescribe the powers and duties of certain state departments and officers," by amending the title and sections 3 and 6 (MCL 4.2003 and 4.2006) and by adding sections 1a, 2a, and 5a; and to repeal acts and parts of acts.
The bill was read a first and second time by title and referred to the Committee on Redistricting.

# No. 58
## STATE OF MICHIGAN

# Journal of the Senate
## 96th Legislature
### REGULAR SESSION OF 2011

Senate Chamber, Lansing, Thursday, June 23, 2011.

10:00 a.m.

The Senate was called to order by the President pro tempore, Senator Tonya Schuitmaker.

The roll was called by the Secretary of the Senate, who announced that a quorum was present.

| | | |
|---|---|---|
| Anderson—present | Hood—present | Pappageorge—present |
| Bieda—present | Hopgood—present | Pavlov—present |
| Booher—present | Hune—present | Proos—present |
| Brandenburg—present | Hunter—present | Richardville—present |
| Casperson—present | Jansen—present | Robertson—present |
| Caswell—present | Johnson—present | Rocca—present |
| Colbeck—present | Jones—present | Schuitmaker—present |
| Emmons—present | Kahn—present | Smith—present |
| Gleason—present | Kowall—present | Walker—present |
| Green—present | Marleau—present | Warren—present |
| Gregory—present | Meekhof—present | Whitmer—present |
| Hansen—present | Moolenaar—present | Young—present |
| Hildenbrand—excused | Nofs—present | |

With the recommendation that the bill pass.
The committee further recommends that the bill be given immediate effect.

Thomas A. Casperson
Chairperson

To Report Out:
Yeas: Senators Casperson, Kowall, Brandenburg, Pavlov and Gleason
Nays: None
The bill was referred to the Committee of the Whole.

The Committee on Redistricting reported
**Senate Bill No. 498, entitled**
A bill to amend 2001 PA 116, entitled "An act to divide this state into 110 representative and 38 senatorial districts; and to prescribe the powers and duties of certain state departments and officers," by amending the title and sections 3 and 6 (MCL 4.2003 and 4.2006) and by adding sections 1a, 2a, and 5a; and to repeal acts and parts of acts.
With the recommendation that the substitute (S-1) be adopted and that the bill then pass.
The committee further recommends that the bill be given immediate effect.

Joseph R. Hune
Chairperson

To Report Out:
Yeas: Senators Hune, Jones, Hildenbrand, Marleau, Moolenaar and Proos
Nays: None
The bill and the substitute recommended by the committee were referred to the Committee of the Whole.

COMMITTEE ATTENDANCE REPORT

The Committee on Redistricting submitted the following:
Meeting held on Wednesday, June 22, 2011, at 8:00 a.m., Senate Hearing Room, Ground Floor, Boji Tower
Present: Senators Hune (C), Jones, Hildenbrand, Marleau, Moolenaar, Proos, Bieda and Smith
Excused: Senator Johnson

The Committee on Reforms, Restructuring and Reinventing reported
**House Bill No. 4584, entitled**
A bill to amend 2010 PA 370, entitled "Michigan professional employer organization regulatory act," by amending sections 7, 9, 15, 17, 21, 23, and 27 (MCL 338.3727, 338.3729, 338.3735, 338.3737, 338.3741, 338.3743, and 338.3747).
With the recommendation that the substitute (S-1) be adopted and that the bill then pass.
The committee further recommends that the bill be given immediate effect.

Mark C. Jansen
Chairperson

To Report Out:
Yeas: Senators Jansen, Colbeck, Casperson, Kowall, Young and Warren
Nays: Senator Robertson
The bill and the substitute recommended by the committee were referred to the Committee of the Whole.

The Committee on Appropriations reported
**Senate Bill No. 447, entitled**
A bill to amend 1976 PA 399, entitled "Safe drinking water act," by amending section 9 (MCL 325.1009), as amended by 1998 PA 56.
With the recommendation that the bill pass.
The committee further recommends that the bill be given immediate effect.

Roger Kahn, M.D.
Chairperson

To Report Out:
Yeas: Senators Kahn, Moolenaar, Jansen, Pappageorge, Booher, Caswell, Green, Proos, Schuitmaker, Walker, Anderson, Gregory, Hood, Hopgood and Johnson
Nays: None
The bill was referred to the Committee of the Whole.

The Committee of the Whole reported back to the Senate, favorably and with amendments, the following bill:
**Senate Bill No. 448, entitled**
A bill to amend 1994 PA 451, entitled "Natural resources and environmental protection act," by amending sections 3110 and 4104 (MCL 324.3110 and 324.4104) and by adding section 3134.
The following are the amendments recommended by the Committee of the Whole:
1. Amend page 1, line 1, after "entity" by inserting a comma and "**OTHER THAN A CONCENTRATED ANIMAL FEED OPERATION,**".
2. Amend page 1, line 8, after "facilities" by inserting a comma and "**OTHER THAN A CONCENTRATED ANIMAL FEED OPERATION,**".
3. Amend page 3, line 4, by striking out all of subparagraph (*i*) and relettering the remaining subparagraphs.
4. Amend page 5, line 3, by striking out all of subparagraph (*i*) and relettering the remaining subparagraphs.
The Senate agreed to the amendments recommended by the Committee of the Whole, and the bill as amended was placed on the order of Third Reading of Bills.

The Committee of the Whole reported back to the Senate, favorably and with a substitute therefor, the following bill:
**Senate Bill No. 449, entitled**
A bill to amend 1994 PA 451, entitled "Natural resources and environmental protection act," by amending section 11525a (MCL 324.11525a), as amended by 2007 PA 75.
Substitute (S-2).
The Senate agreed to the substitute recommended by the Committee of the Whole, and the bill as substituted was placed on the order of Third Reading of Bills.

The Committee of the Whole reported back to the Senate, favorably and with a substitute therefor, the following bill:
**Senate Bill No. 507, entitled**
A bill to amend 1994 PA 451, entitled "Natural resources and environmental protection act," by amending sections 60101, 60102, 60104, 60105, 60106, 60107, and 60108 (MCL 324.60101, 324.60102, 324.60104, 324.60105, 324.60106, 324.60107, and 324.60108), as added by 1995 PA 57; and to repeal acts and parts of acts.
Substitute (S-1).
The Senate agreed to the substitute recommended by the Committee of the Whole, and the bill as substituted was placed on the order of Third Reading of Bills.

The Committee of the Whole reported back to the Senate, favorably and with a substitute therefor, the following bill:
**Senate Bill No. 498, entitled**
A bill to amend 2001 PA 116, entitled "An act to divide this state into 110 representative and 38 senatorial districts; and to prescribe the powers and duties of certain state departments and officers," by amending the title and sections 3 and 6 (MCL 4.2003 and 4.2006) and by adding sections 1a, 2a, and 5a; and to repeal acts and parts of acts.
Substitute (S-1).
The Senate agreed to the substitute recommended by the Committee of the Whole, and the bill as substituted was placed on the order of Third Reading of Bills.

**Recess**

Senator Meekhof moved that the Senate recess subject to the call of the Chair.
The motion prevailed, the time being 11:29 a.m.

11:49 a.m.

The Senate was called to order by the President pro tempore, Senator Schuitmaker.

By unanimous consent the Senate returned to the order of
**Third Reading of Bills**

Senator Meekhof moved that the rules be suspended and that the following bills, now on the order of Third Reading of Bills, be placed on their immediate passage:
**Senate Bill No. 498**
**Senate Bill No. 447**

**Not Voting—0**

In The Chair: Schuitmaker

The Senate agreed to the title of the bill.

**Protests**

Senators Anderson and Bieda, under their constitutional right of protest (Art. 4, Sec. 18), protested against the passage of Senate Bill No. 450.

Senator Anderson's statement, in which Senator Bieda concurred, is as follows:

I rise to oppose Senate Bill No. 450. I had hoped to make this statement prior to passage of the bill. I oppose Senate Bill No. 450 because this bill would allow the waste reduction fund to be used for the permit to install program in the DEQ Air Quality Division. While some may say it makes sense that the fund can currently be used for waste minimization purposes, it is not clear that it would be correct to use these funds in this manner.

I know that it is a budget implementation bill. The fiscal year 2012 budget removed $1.2 million from the waste fees, and staff has been cut already by nine positions, decreasing the ability to monitor and enforce our environmental laws. These individuals handled pollution prevention and compliance assistance programs, even helping businesses and individuals applying for environmental grants.

Why would we further injure a program designed to help businesses? Just as concerning, we will be giving the department, through statute, in perpetuity the ability to raid this fund without legislative oversight. We shouldn't allow the administration to use taxpayer dollars in this way, diverting these scarce resources and further jeopardizing our environment.

The following bill was read a third time:
**Senate Bill No. 498, entitled**
A bill to amend 2001 PA 116, entitled "An act to divide this state into 110 representative and 38 senatorial districts; and to prescribe the powers and duties of certain state departments and officers," by amending the title and sections 3 and 6 (MCL 4.2003 and 4.2006), and by adding sections 1a, 2a, and 5a.

The question being on the passage of the bill,
Senator Whitmer offered the following substitute:
Substitute (S-3).
The question being on the adoption of the substitute,
Senator Meekhof moved that further consideration of the substitute be postponed temporarily.
The motion prevailed.
Senator Hunter requested the yeas and nays.
The yeas and nays were ordered, 1/5 of the members present voting therefor.
The motion prevailed, a majority of the members voting therefor, as follows:

**Roll Call No. 351**                                        **Yeas—25**

| | | | |
|---|---|---|---|
| Booher | Hansen | Marleau | Proos |
| Brandenburg | Hune | Meekhof | Richardville |
| Casperson | Jansen | Moolenaar | Robertson |
| Caswell | Jones | Nofs | Rocca |
| Colbeck | Kahn | Pappageorge | Schuitmaker |
| Emmons | Kowall | Pavlov | Walker |
| Green | | | |

**Nays—12**

| | | | |
|---|---|---|---|
| Anderson | Gregory | Hunter | Warren |
| Bieda | Hood | Johnson | Whitmer |
| Gleason | Hopgood | Smith | Young |

**Excused—1**

Hildenbrand

**Not Voting—0**

In The Chair: Schuitmaker

Senator Richardville offered the following amendment:
1. Amend page 400, line 3, by striking out all of line 3 through line 8 of page 522 and inserting:
   "**DISTRICT 001**
   **WAYNE COUNTY (PART)**
   **BROWNSTOWN TOWNSHIP (PART)**
   **TRACT 591900 INCLUDING BLOCK(S)**
   1000, 1001, 1002, 1003, 1004, 1005,
   1006, 1007, 1008, 1009, 1010, 1011,
   1012, 1013, 1014, 1015, 1016, 1017,
   1018, 1019, 1020, 1021, 1022, 1023,
   1024, 2000, 2001, 2002, 2003, 2004,
   2005, 2006, 2007, 2008, 2009, 2010,
   3000, 3001, 3002, 3003, 3004, 3005,
   3006, 3007, 3008, 3009, 3010, 3011,
   3012, 3013, 3014, 3015, 3016, 3017,
   3018, 3019, 3020, 4000, 4001, 4002,
   4003, 4004, 4005, 4006, 4007, 4008,
   4009, 4010, 4011, 4012, 4013, 4014,
   4015, 4016.
   **DETROIT CITY (PART)**
   **TRACT 500800 INCLUDING BLOCK(S)**
   1000, 1001, 1002, 1003, 1004, 1005,
   1006, 1007, 1008, 1009, 1010, 1011,
   1012, 1013, 1014, 1015, 1016, 1017,
   1018, 1019, 1020, 1021, 1022, 1023,
   1024, 2000, 2001, 2002, 2003, 2004,
   2005, 2006, 2007, 2008, 2009, 2010.
   **TRACT 500900 INCLUDING BLOCK(S)**
   1000, 1001, 1002, 1003, 1004, 1005,
   1010, 1011, 1012, 1013, 1014, 1015,
   1016, 1017, 1018, 1019, 1020.
   **TRACT 501000 INCLUDING BLOCK(S)**
   2000, 2001, 2009.
   **TRACT 501300 INCLUDING BLOCK(S)**
   1002, 1004, 1005, 1006, 1007, 1008,
   1009, 1010, 1011, 1012, 1013, 1014,
   1015, 1016, 1017, 1018, 1019, 1020,
   1021, 1023, 1024, 2000, 2001, 2002,
   2003, 2004, 2005, 2006, 2007, 2008,
   2009, 2010, 2011, 2012, 3000, 3001,
   3002, 3003, 3004, 3005, 3006, 3007,
   3008, 3009, 3010, 3011, 4000, 4001,
   4002, 4003, 4004, 4005, 4006, 4007,
   4008, 4009, 4010, 4011, 4012, 4013,
   4014, 4015, 5000, 5002, 5003, 5004,
   5005, 5006, 5007, 5008, 5010, 5011,
   5012, 5013, 5014, 5015, 5016, 5017,

5018, 5019, 5020, 5021, 5022, 5023, 5024, 5025, 5026, 5027, 5028, 5029, 5030, 5031, 5032.

TRACT 501400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4013, 4020, 4021, 4022, 4023, 4024, 4025, 4026, 4027, 4028, 4029, 4030, 4031, 4032.

TRACT 501500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 5000, 5001, 5002, 5003, 5004, 5005, 5006, 5007, 5008, 5009, 5010, 5011, 5012, 5013, 5014, 5015, 5016, 5017, 5018, 5019, 5020, 5021, 5022, 5023, 5024, 5025, 5026, 5027, 5028, 5029, 5030, 5031, 5032, 5033, 5034, 5035, 5036, 5037, 5038.

TRACT 501600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032.

TRACT 501700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029.

TRACT 501800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014.
TRACT 501900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009.
TRACT 502000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 504400 INCLUDING BLOCK(S)
2005, 2006, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
3007, 3008, 3009, 3010, 3011, 3012.
TRACT 504700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020.
TRACT 504800 INCLUDING BLOCK(S)
1015, 1016, 1017, 1018, 1019, 1020.
TRACT 505500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,

1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031.
TRACT 511000 INCLUDING BLOCK(S)
1020, 4040, 4041.
TRACT 511200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007.
TRACT 511400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017.
TRACT 511900 INCLUDING BLOCK(S)
1000, 1001, 1004, 1005, 1006, 1007,
1008, 1011, 1012, 1013, 1014, 1015,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1031, 1032, 1033, 1034,
1035, 1038, 1039, 1043, 1044, 1045,
1046, 1047, 1048, 2000, 2001, 2002,
2003, 2004, 2005, 2008, 2009, 2013,
2014, 2015, 2016, 2017, 2018.
TRACT 512100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,

4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014.
TRACT 512200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 512300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017.
TRACT 512400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.
TRACT 512600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010.
TRACT 512900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005.
TRACT 513200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.
TRACT 513300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018.

TRACT 513600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017.
TRACT 513700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013.
TRACT 513900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014.
TRACT 514100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022.
TRACT 514200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 5000, 5001, 5002, 5003, 5004,
5005.
TRACT 514300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029.

TRACT 514500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014.
TRACT 515200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023.
TRACT 515300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014.
TRACT 515400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014.
TRACT 515600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027.
TRACT 515700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003.
TRACT 515900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024.

TRACT 516000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021.
TRACT 516100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045.
TRACT 516200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.
TRACT 516300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026.
TRACT 516400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025.
TRACT 516500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049.

JOURNAL OF THE SENATE [June 23, 2011]

TRACT 516600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023.
TRACT 516700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003.
TRACT 516800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018.
TRACT 516900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020.
TRACT 517000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020.
TRACT 517100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015.
TRACT 517200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,

2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056, 2057,
2058, 2059, 2060, 2061.
TRACT 517300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015.
TRACT 517500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015.
TRACT 518000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033.
TRACT 518400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 518500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016.
TRACT 518600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019.

TRACT 518800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045.
TRACT 518900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106.
TRACT 520200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025.
TRACT 520300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008.
TRACT 520400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019.
TRACT 520700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,

1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 520800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107,
1108, 1109, 1110, 1111, 1112, 1113,
1114, 1115, 1116, 1117.
TRACT 521100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029.
TRACT 521300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,

1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070.
TRACT 521400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107.
TRACT 521500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031.
TRACT 521800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018.
TRACT 521900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,

  3000, 3001, 3002, 3003, 3004, 3005,
3008, 3009, 3010, 3011, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3048,
3049, 3051, 3052, 3053, 3054, 3055,
3056, 3057, 3058, 3059, 3060, 3061,
3062, 3063, 3064, 3065, 3066, 3067,
3068, 3069, 3070, 3071.
 TRACT 522000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1032, 1033, 1034,
1035, 1036, 1037, 1038, 1039, 1040,
1041, 1042, 1043, 1044, 1045, 1046,
1047, 1048, 1049, 1050, 1051, 1052,
1053, 1054, 1055, 1056, 1057, 1058,
1059, 1060, 1061, 1062, 1063, 1064,
1065, 1066, 1067, 1068, 1069, 1070,
1071, 1072, 1075, 1076, 1077, 1078,
1079, 1080, 1081, 1082, 1083, 1084,
1085, 1086, 1087, 1088, 1089, 1090,
1091, 1092, 1093, 1094, 1095, 1096,
1097, 1098.
 TRACT 522500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021.
 TRACT 523100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1026, 1027, 1037,
1038.
 TRACT 523300 INCLUDING BLOCK(S)
3007.
 TRACT 523400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008.
 TRACT 523800 INCLUDING BLOCK(S)
1010, 1011, 1012, 1013, 1016.
 TRACT 524300 INCLUDING BLOCK(S)
2009.
 TRACT 524900 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,

1025, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
1037, 1038, 1039, 1040, 1041, 1042,
1043, 1044, 1045, 1046, 1047, 1048,
1049, 1050, 1051, 1052, 1053, 1054,
1055, 1056, 1057, 1058, 1059, 1060,
1061, 1062, 1063, 1064, 1065, 1066,
1067, 1068, 1069, 1070, 1071, 1072,
1073, 1074, 1075, 1076, 1077, 1078,
1079, 1080, 1081, 1082, 1083, 1084,
2000, 2001, 2002, 2004, 2008, 2009,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2043, 2051, 2052, 2053,
2054, 2055.
TRACT 525000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049, 2050, 2051, 2052, 2053, 2054,
2055, 2056, 2057, 2058, 2059, 2060,
2061, 2062, 2063, 2064, 2065, 2066,
2067, 2068, 3001, 3002, 3003, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042, 3043, 3044,
3045, 3046, 3047, 3048, 3049, 3050,
3051.
TRACT 533900 INCLUDING BLOCK(S)
3064.
TRACT 985100 INCLUDING BLOCK(S)
1010, 1011, 1012, 1013, 1015, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1060,
1061, 1062, 1063, 1064, 1065, 1077,
1080, 1081, 1082, 1084, 1085, 1086,
1087, 1089, 1090, 1091, 1092, 1093,
1094, 1095, 1096, 1097, 1098, 1099,
1100, 1102, 1103, 1104, 1105, 1106,
1107, 1108, 1109, 1110, 1111.
TRACT 985200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016.

    TRACT 985300 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      1024, 1025, 1026, 1027, 1028, 1029,
      1030, 1031, 1032, 1033, 1034, 1035,
      1036, 1037, 1038, 1039, 1040, 1041,
      1042, 1043, 1044, 1045.
    TRACT 985500 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      1024, 1025, 1026, 1027, 1028, 1029,
      1030, 1031, 1032, 1033, 1034, 1035,
      1036, 1037, 1038, 1039, 1040, 1041,
      1042, 1043, 1044, 1045, 1046, 1047,
      1048, 1049, 1050, 1051, 1052, 1053,
      1054, 1055, 1056, 1057, 1058, 1059,
      1060, 1061, 1062, 1063, 1064, 1065,
      1066, 1067, 1068, 1069, 1070, 1071,
      1072, 1073, 1074, 1075, 1076, 1077,
      1078, 1079, 1080, 1081.
    TRACT 985900 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020.
  ECORSE CITY
  GIBRALTAR CITY
  GROSSE ILE TOWNSHIP
  RIVER ROUGE CITY
  RIVERVIEW CITY
  TRENTON CITY
  WOODHAVEN CITY
  WYANDOTTE CITY
DISTRICT 002
  WAYNE COUNTY (PART)
    DETROIT CITY (PART)
      TRACT 500100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 4008, 4009.
      TRACT 500200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 4000, 4001, 4002,
        4003, 4004, 4005, 4006, 4007, 4008,
        4009, 4010.

TRACT 500300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011.
TRACT 500400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015.
TRACT 500500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009.
TRACT 500600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023.
TRACT 500700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016.
TRACT 500800 INCLUDING BLOCK(S)
2011.
TRACT 500900 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,

    2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 4000, 4001,
4002, 4003, 4004, 4005, 4006.
TRACT 501000 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2010, 2011, 2012,
2013, 2014, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012.
TRACT 501100 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009.
TRACT 501200 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011.
TRACT 501300 INCLUDING BLOCK(S)
    1000, 1001, 1003, 1022, 5001, 5009.
TRACT 501400 INCLUDING BLOCK(S)
    4012, 4014, 4015, 4016, 4017, 4018,
4019.
TRACT 503100 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012.
TRACT 503200 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022.

TRACT 503300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014.
TRACT 503400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017.
TRACT 503500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019.
TRACT 503600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016.
TRACT 503900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015.
TRACT 504000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013.
TRACT 504100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021.

TRACT 504200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016.
TRACT 504300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014.
TRACT 504400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006.
TRACT 504800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022.
TRACT 504900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
4029, 4030, 4031, 4032, 4033, 4034,
4035, 4036, 4037, 4038, 4039, 4040,
4041, 4042, 4043, 4044, 4045, 4046,
4047, 4048, 4049, 4050, 4051, 4052,
4053, 4054, 4055, 4056, 4057, 4058,
4059, 4060, 4061, 4062, 4063.
TRACT 505000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 505100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 5000,
5001, 5002, 5003.
TRACT 505200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011.
TRACT 505400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017.
TRACT 506300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029, 3030, 3031, 3032, 3033, 3034,
3035, 3036, 3037, 3038.
TRACT 506400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 3000, 3001, 3002, 3003,
3004.
TRACT 506500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,

2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.
TRACT 507000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 3002, 3003, 3004,
3005, 3006, 3007, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028.
TRACT 507100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016.
TRACT 507200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029.
TRACT 507300 INCLUDING BLOCK(S)
1008, 1009, 1010, 1011, 3012, 3013,
3033, 3034.
TRACT 507800 INCLUDING BLOCK(S)
1013.
TRACT 510400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021.
TRACT 510500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014.
TRACT 510600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 510700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012.
TRACT 511000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032,
4033, 4034, 4035, 4036, 4037, 4038,
4039, 4042, 4043.

TRACT 511300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024.
TRACT 511400 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 511900 INCLUDING BLOCK(S)
1002, 1003, 1009, 1010, 1016, 1017,
1018, 1027, 1028, 1029, 1030, 1036,
1037, 1040, 1041, 1042, 1049, 1050,
1051, 2006, 2007, 2010, 2011, 2012,
2019, 2020.
TRACT 521900 INCLUDING BLOCK(S)
3006, 3007, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3026, 3027, 3028,
3029, 3030, 3031, 3032, 3033, 3034,
3035, 3036, 3037, 3038, 3039, 3040,
3041, 3042, 3043, 3044, 3045, 3046,
3047, 3050.
TRACT 522000 INCLUDING BLOCK(S)
1015, 1016, 1017, 1018, 1019, 1020,
1021, 1022, 1023, 1024, 1025, 1026,
1027, 1028, 1029, 1030, 1031, 1073,
1074.
TRACT 522100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041.
TRACT 522200 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1014, 1015,
1016, 1017, 1018, 1019, 1020, 1021,
1022.
TRACT 522300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,

JOURNAL OF THE SENATE [June 23, 2011]

1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2019, 2028, 2029, 2030, 2031,
2032, 2033, 2034, 2035.
TRACT 522400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1018, 1019, 1020,
1021, 1022, 1023, 1024, 1025, 1026,
1027, 1028, 1029, 1030, 1031, 1032,
1033, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019.
TRACT 523100 INCLUDING BLOCK(S)
1021, 1022, 1023, 1024, 1025, 1028,
1029, 1030, 1031, 1032, 1033, 1034,
1035, 1036, 1039, 1040, 1041, 1042,
1043, 1044, 1045, 1046, 1047, 1048,
1049, 1050, 1051, 1052, 1053, 1054,
1055, 1056.
TRACT 523200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024.
TRACT 523300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006.
TRACT 523800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1014, 1015,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020.
TRACT 524000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006.
TRACT 524900 INCLUDING BLOCK(S)
1000.

TRACT 525000 INCLUDING BLOCK(S)
3000, 3004, 3015, 3016, 3025.
TRACT 525400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021.
TRACT 525500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013.
TRACT 525600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018.
TRACT 525700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 525800 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022.
TRACT 530100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011.
TRACT 530300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1025, 3000,
3001, 3002, 3008, 3009, 3010, 3011,
3017, 3018, 3019, 3020.

TRACT 531200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037.
TRACT 531300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1008, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009.
TRACT 531700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033.
TRACT 531800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 531900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026.
TRACT 532200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 532300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037.
TRACT 532400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.

TRACT 532600 INCLUDING BLOCK(S)
1000, 1001, 1007, 1008, 2000, 2001,
3000, 3001, 3002, 3003.
TRACT 532700 INCLUDING BLOCK(S)
1000, 1001, 1006.
TRACT 533900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3062, 3063,
3065.
TRACT 551600 INCLUDING BLOCK(S)
1010, 1011.
TRACT 985100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1014, 1016,
1059, 1066, 1067, 1068, 1069, 1070,
1071, 1072, 1073, 1074, 1075, 1076,
1078, 1079, 1083, 1088, 1101.
GROSSE POINTE CITY
GROSSE POINTE FARMS CITY
GROSSE POINTE PARK CITY
GROSSE POINTE WOODS CITY
HAMTRAMCK CITY
HARPER WOODS CITY
HIGHLAND PARK CITY
VILLAGE OF GROSSE POINTE SHORES, A MICHIGAN CITY CITY
DISTRICT 003
WAYNE COUNTY (PART)
DEARBORN CITY
DETROIT CITY (PART)
TRACT 534100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024.
TRACT 534200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,

2012, 2013, 2014, 2015, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019, 5020,
5021.
TRACT 534300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 534400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023.
TRACT 534500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027.
TRACT 534600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019.
TRACT 534700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032,
4033, 4034, 4035, 4036.
TRACT 535000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.

TRACT 535100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 535200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024.
TRACT 535300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031,
5032.
TRACT 535400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008.
TRACT 535500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
TRACT 535600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 4030,
4031, 4032, 4033, 4034, 4035, 4036.

TRACT 535700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011.
TRACT 536200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022.
TRACT 536400 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3003, 3004, 3005, 3006,
3013, 3014, 4007, 4008, 4009, 4010,
4011, 4012, 4013.
TRACT 536500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020.
TRACT 536600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009.
TRACT 536700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009.
TRACT 536800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 611 of 1209

2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024.
TRACT 536900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 4000, 4001,
4002, 4003, 4004, 4005, 4006.
TRACT 537000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.
TRACT 537100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 537200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033.
TRACT 537300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008.
TRACT 537500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,

2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007.
TRACT 537600 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 537700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
TRACT 537800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010.
TRACT 541200 INCLUDING BLOCK(S)
3006.
TRACT 541300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 541400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 3008, 3009, 3010, 3011,
3015, 3016.
TRACT 542600 INCLUDING BLOCK(S)
1010, 1011.
TRACT 543200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022.
TRACT 543400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 613 of 1209

Exhibit D-25
Page 42 of 638

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 3004, 3005, 3006, 3007,
3008, 3009, 3015, 3016, 3017, 3018,
3019, 3020.
TRACT 543500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023.
TRACT 543600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023.
TRACT 543700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015.
TRACT 543800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029.
TRACT 543900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038.
TRACT 544000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034.

TRACT 544100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 3000,
3001, 3002, 3003, 3004, 3005, 3006.
TRACT 544200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023.
TRACT 544300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026.
TRACT 545100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028.
TRACT 545200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015.
TRACT 545300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012.

TRACT 545400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011.
TRACT 545500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 6000, 6001, 6002, 6003,
6004, 6005, 6006, 6007.
TRACT 545600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007.
TRACT 545700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032.
TRACT 545800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 3000, 3001,
3002, 3003, 3004, 3005, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010.
TRACT 545900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 5000, 5001, 5002, 5003,
5004, 5005, 5006.
TRACT 546000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015.

TRACT 546100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011.
TRACT 546200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 546300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036.
TRACT 546400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007.
TRACT 546500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 546600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015.
TRACT 546700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011.

TRACT 546800 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011.
TRACT 546900 INCLUDING BLOCK(S)
1000, 1006, 1007, 1008, 1031, 1032,
1033, 1034, 1035, 1036, 1037, 1038,
1040, 1041, 1042, 1043, 1044.
MELVINDALE CITY
DISTRICT 004
WAYNE COUNTY (PART)
ALLEN PARK CITY
DETROIT CITY (PART)
TRACT 506100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 506200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025.
TRACT 506600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011.
TRACT 506700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044.
TRACT 506800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,

3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 506900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014, 5015, 5016, 5017.
TRACT 507000 INCLUDING BLOCK(S)
2013, 2014, 2015, 2016, 3000, 3001,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017.
TRACT 507300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1012, 1013, 1014, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042.
TRACT 507400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010.
TRACT 507500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019.
TRACT 507800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,

No. 58]　　　　　　[June 23, 2011] JOURNAL OF THE SENATE　　　　　　1637

1025, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027.
TRACT 507900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007.
TRACT 508000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023.
TRACT 508100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008.
TRACT 522200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1010, 1011, 1012, 1013, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011.
TRACT 522300 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2016, 2017, 2018, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049, 2050, 2051, 2052.
TRACT 522400 INCLUDING BLOCK(S)
1015, 1016, 1017.
TRACT 524100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 4000, 4001, 4002, 4003,
4004, 4005.

TRACT 524200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 4000, 4001, 4002, 4003, 4004,
4005, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 6000, 6001, 6002, 6003,
6004, 6005, 6006.
TRACT 524300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 3000, 3001,
3002, 3003, 3004, 3005.
TRACT 524500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047.
TRACT 524700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 6000, 6001,
6002, 6003, 6004, 6005, 6006, 6007,
6008, 6009, 6010, 6011, 6012, 6013,
6014, 6015, 6016, 6017, 6018, 6019,
6020, 6021, 6022, 6023, 6024, 6025,
6026, 6027, 6028, 6029.
TRACT 524800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014, 5015, 5016, 5017, 5018,
5019, 5020.
TRACT 524900 INCLUDING BLOCK(S)
2003, 2005, 2006, 2007, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,

2018, 2019, 2020, 2021, 2042, 2044,
2045, 2046, 2047, 2048, 2049, 2050,
2056, 2057, 2058, 2059.
TRACT 525800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012.
TRACT 526000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019.
TRACT 526100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022.
TRACT 526200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008.
TRACT 526300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021.
TRACT 526400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016.
TRACT 526500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007.
TRACT 527200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009.

TRACT 527300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 530200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008.
TRACT 530300 INCLUDING BLOCK(S)
1003, 1004, 1005, 1006, 1007, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1024, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 3003, 3004, 3005,
3006, 3007, 3012, 3013, 3014, 3015,
3016, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030.
TRACT 530400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015.
TRACT 530500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010.
TRACT 530800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 4000,
4001, 4002, 4003, 4004, 4005, 4006.
TRACT 530900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,

2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024.
TRACT 531100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008.
TRACT 531200 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2003, 2004, 2005, 2006, 2007, 2008.
TRACT 531300 INCLUDING BLOCK(S)
1007, 1009.
TRACT 531400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 531500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008.
TRACT 531600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008.
TRACT 532600 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1009,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 3004,
3005, 3006, 3007, 3008.
TRACT 532700 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1007, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007.
TRACT 533000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 533100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006.

TRACT 533200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008.
TRACT 533300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019.
TRACT 533400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 5000, 5001, 5002, 5003, 5004,
5005, 5006.
TRACT 533500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013.
TRACT 533600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 533700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 536100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011.
TRACT 536300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,

2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 6000, 6001, 6002, 6003, 6004,
6005, 6006, 6007, 6008, 6009, 6010,
6011, 6012, 6013, 6014, 6015, 6016,
6017, 6018, 6019, 6020, 6021.
TRACT 536400 INCLUDING BLOCK(S)
1000, 1001, 3000, 3001, 3002, 3007,
3008, 3009, 3010, 3011, 3012, 4000,
4001, 4002, 4003, 4004, 4005, 4006.
TRACT 538100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027.
TRACT 538200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025.
TRACT 538300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011.
TRACT 538400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019.
TRACT 538500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,

3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 6000,
6001, 6002, 6003, 6004, 6005, 6006,
6007, 7000, 7001, 7002, 7003, 7004,
7005, 7006, 7007, 7008, 7009, 7010,
7011, 7012, 7013, 7014, 7015.
TRACT 538600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011,
6012, 6013.
TRACT 538700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
TRACT 538800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012.
TRACT 538900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023.
TRACT 539000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,

2010, 2011, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009.
TRACT 539100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015.
TRACT 539200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
5000, 5001, 5002, 5003, 5004.
TRACT 539300 INCLUDING BLOCK(S)
4000, 4007, 4008, 4015, 4016.
TRACT 539400 INCLUDING BLOCK(S)
1000, 1007, 1008, 1015, 2000, 2015,
2016, 2023.
TRACT 985000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009.
LINCOLN PARK CITY
SOUTHGATE CITY
DISTRICT 005
WAYNE COUNTY (PART)
DEARBORN HEIGHTS CITY
DETROIT CITY (PART)
TRACT 537600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015.
TRACT 539200 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 6000, 6001, 6002,
6003, 6004, 6005, 6006, 6007, 6008,
6009, 6010, 6011, 6012, 6013, 6014,
6015, 6016, 6017, 6018, 6019, 6020,
6021, 6022, 6023, 6024, 6025, 6026,
6027, 6028, 6029, 6030, 6031, 6032,
6033, 6034.
TRACT 539300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,

3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
4001, 4002, 4003, 4004, 4005, 4006,
4009, 4010, 4011, 4012, 4013, 4014,
4017, 4018, 4019.
TRACT 539400 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1009, 1010, 1011, 1012, 1013, 1014,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2017, 2018, 2019, 2020,
2021, 2022, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033.
TRACT 539500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018.
TRACT 539600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 539700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017.
TRACT 540100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,

1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011.
TRACT 540200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 6000,
6001, 6002, 6003, 6004, 6005, 6006,
6007, 6008, 6009, 6010, 6011, 6012,
6013, 6014, 6015, 6016, 6017, 6018,
6019, 6020.
TRACT 540300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021.
TRACT 540400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026, 4027.
TRACT 540500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011.

TRACT 540600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009.
TRACT 540700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012.
TRACT 540800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025.
TRACT 540900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017.
TRACT 541000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022.
TRACT 541100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,

No. 58]                    [June 23, 2011] JOURNAL OF THE SENATE                    1649

    2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009.

TRACT 541200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 3000, 3001,
3002, 3003, 3004, 3005, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008.

TRACT 541400 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3012,
3013, 3014, 3017, 3018.

TRACT 541500 INCLUDING BLOCK(S)
1000, 1001, 1002, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016.

TRACT 541700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008.

TRACT 541800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025.

TRACT 542100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011.

TRACT 542200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,

2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014.
TRACT 542300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017.
TRACT 542400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012.
TRACT 542500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022.
TRACT 542600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009.
TRACT 542700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039.
TRACT 542800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008.

TRACT 542900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 543000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 543100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020.
TRACT 543200 INCLUDING BLOCK(S)
3000.
TRACT 543400 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3010, 3011, 3012,
3013, 3014.
TRACT 543700 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015.
TRACT 546800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012.
TRACT 546900 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1009,
1010, 1011, 1012, 1013, 1014, 1015,
1016, 1017, 1018, 1019, 1020, 1021,
1022, 1023, 1024, 1025, 1026, 1027,
1028, 1029, 1030, 1039.
TRACT 554100 INCLUDING BLOCK(S)
4000, 4002.

GARDEN CITY CITY
INKSTER CITY
REDFORD TOWNSHIP
DISTRICT 006
WAYNE COUNTY (PART)
BELLEVILLE CITY
BROWNSTOWN TOWNSHIP (PART)
TRACT 591501 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018.
TRACT 591502 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086.
TRACT 591600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023.
TRACT 591700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,

3031, 3032, 3033, 3034, 3035, 3036,
3037, 3038, 3039, 3040, 3041, 3042,
3043, 3044, 3045, 3046, 3047, 3048,
3049, 3050, 3051, 3052, 3053, 3054.
TRACT 591800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013.
TRACT 592000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 2049, 2050, 2051, 2052,
2053, 2054, 2055, 2056, 2057, 2058,
2059.
TRACT 990200 INCLUDING BLOCK(S)
0001, 0002, 0003, 0004.
FLAT ROCK CITY
HURON TOWNSHIP
ROCKWOOD CITY
ROMULUS CITY
SUMPTER TOWNSHIP
TAYLOR CITY
VAN BUREN TOWNSHIP
WESTLAND CITY".

The question being on the adoption of the amendment,

Senator Richardville offered the following amendments to the amendment:

1. Amend Senator Richardville's Amendment, page 400, line 3, **DISTRICT 001, DETROIT CITY (PART),**
**TRACT 525000,** after "**1003**," by inserting "**1004**,".

2. Amend Senator Richardville's Amendment, page 400, line 3, **DISTRICT 004, DETROIT CITY (PART),**
**TRACT 524300,** after "**2007**," by inserting "**2008**,".

3. Amend Senator Richardville's Amendment, page 400, line 3, **DISTRICT 005, DETROIT CITY (PART),**
**TRACT 541800,** after "**1011**," by inserting "**1012**,".

The amendments to the amendment were adopted.

The amendment, as amended, was adopted, a majority of the members serving voting therefor.

Senator Meekhof requested the yeas and nays.

The yeas and nays were ordered, 1/5 of the members present voting therefor.

The amendment, as amended, was adopted, a majority of the members serving voting therefor, as follows:

1654 JOURNAL OF THE SENATE [June 23, 2011] [No. 58

**Roll Call No. 352**                                  Yeas—35

| | | | |
|---|---|---|---|
| Bieda | Gregory | Kowall | Robertson |
| Booher | Hansen | Marleau | Rocca |
| Brandenburg | Hood | Meekhof | Schuitmaker |
| Casperson | Hune | Moolenaar | Smith |
| Caswell | Hunter | Nofs | Walker |
| Colbeck | Jansen | Pappageorge | Warren |
| Emmons | Johnson | Pavlov | Whitmer |
| Gleason | Jones | Proos | Young |
| Green | Kahn | Richardville | |

**Nays—2**

| | |
|---|---|
| Anderson | Hopgood |

**Excused—1**

Hildenbrand

**Not Voting—0**

In The Chair: Schuitmaker

By unanimous consent the Senate returned to consideration of the substitute offered by Senator Whitmer.
The question being on the adoption of the substitute,
The substitute was not adopted, a majority of the members serving not voting therefor.
The question being on the passage of the bill,
The bill was passed, a majority of the members serving voting therefor, as follows:

**Roll Call No. 353**                                  Yeas—29

| | | | |
|---|---|---|---|
| Booher | Hood | Meekhof | Robertson |
| Brandenburg | Hune | Moolenaar | Rocca |
| Casperson | Johnson | Nofs | Schuitmaker |
| Caswell | Jones | Pappageorge | Smith |
| Colbeck | Kahn | Pavlov | Walker |
| Emmons | Kowall | Proos | Warren |
| Green | Marleau | Richardville | Young |
| Hansen | | | |

**Nays—8**

| | | | |
|---|---|---|---|
| Anderson | Gleason | Hopgood | Jansen |
| Bieda | Gregory | Hunter | Whitmer |

### Excused—1

Hildenbrand

### Not Voting—0

In The Chair: Schuitmaker

The Senate agreed to the title of the bill.

Senator Whitmer asked and was granted unanimous consent to make a statement and moved that the statement be printed in the Journal.

The motion prevailed.

Senator Whitmer's statement is as follows:

Today, I'm offering a substitute to this bill. We have followed the progress of this bill, and we've heard many times about the Apol standards and the Voting Rights Act. We believe that the Voting Rights Act requires six majority-minority seats, and thus, I've submitted a bill that provides for six such districts.

In conversations with the legislative majority, they believe only five are required. While I disagree with their legal assessment, I am offering this amendment to see if the majority is serious about meeting the Apol standards. This map provides for fewer breaks under the Apol standards than the majority map: one fewer breaks in between Oakland and Genesee Counties and no municipal break in Clinton Township in Macomb County.

So it's a simple issue. The majority either believes that it must follow the Apol standards and pick the best map with the fewest breaks, or it is only treating the Apol standards for public relations purposes. My substitute contains a cross-reference to expressly incorporate the Apol standards at MCL 4.261, and that's also found in the majority (S-1) substitute. If those standards mean anything, it means that the best map with the fewest breaks wins. That is what is before you. I ask for your support.

By unanimous consent the Senate proceeded to the order of
### Resolutions

Senator Meekhof moved that consideration of the following resolutions be postponed for today:
**Senate Resolution No. 34**
**House Concurrent Resolution No. 9**
**Senate Concurrent Resolution No. 10**
The motion prevailed.

Senators Hunter and Jansen offered the following resolution:
**Senate Resolution No. 65.**
A resolution to urge Michigan's public universities to adopt policies to protect the rights of students in counseling, social work, or psychology programs who are faced with situations that conflict with their religious beliefs.

Whereas, A distinguishing feature of our American values is respect for religious beliefs that may be different than our own. The potential for conflict when a person with deeply-held religious convictions encounters a situation that challenges these beliefs is inherent in several professions, including counseling and social work; and

Whereas, A specific case at a Michigan university involving a graduate student faced with counseling a person whose life included elements that conflicted with the graduate student's beliefs has drawn considerable attention. The dismissal of the graduate student and the subsequent legal actions make it clear that a reasonable solution to this situation must be found; and

Whereas, It is reasonable to expect that those who work in areas where deeply-held personal beliefs conflict will face difficult situations. It is prudent to encourage the development of standards that give greater opportunities for a counselor to refer someone to another counselor without fear of penalty. Our higher education institutions should do all they can to provide for such situations; now, therefore, be it

# No. 60
# STATE OF MICHIGAN
## JOURNAL
### OF THE
# House of Representatives
### 96th Legislature
### REGULAR SESSION OF 2011

House Chamber, Lansing, Thursday, June 23, 2011.

12:00 Noon.

The House was called to order by the Speaker Pro Tempore.

The roll was called by the Clerk of the House of Representatives, who announced that a quorum was present.

| | | | |
|---|---|---|---|
| Agema—present | Gilbert—present | Lipton—present | Pscholka—present |
| Ananich—present | Glardon—present | Liss—present | Rendon—present |
| Barnett—present | Goike—present | Lori—present | Rogers—present |
| Bauer—present | Haines—present | Lund—present | Rutledge—present |
| Bledsoe—present | Hammel—present | Lyons—present | Santana—present |
| Bolger—present | Haugh—present | MacGregor—present | Schmidt, R.—present |
| Brown—present | Haveman—present | MacMaster—present | Schmidt, W.—present |
| Brunner—present | Heise—present | McBroom—present | Scott—present |
| Bumstead—present | Hobbs—present | McCann—present | Segal—present |
| Byrum—present | Hooker—present | McMillin—present | Shaughnessy—present |
| Callton—present | Horn—present | Meadows—present | Shirkey—present |
| Cavanagh—present | Hovey-Wright—present | Melton—present | Slavens—present |
| Clemente—present | Howze—present | Moss—present | Smiley—present |
| Constan—present | Hughes—present | Muxlow—present | Somerville—present |
| Cotter—present | Huuki—present | Nathan—present | Stallworth—present |
| Crawford—present | Irwin—present | Nesbitt—present | Stamas—present |
| Daley—present | Jackson—present | O'Brien—present | Stanley—present |
| Damrow—present | Jacobsen—present | Oakes—present | Stapleton—present |
| Darany—present | Jenkins—present | Olson—present | Switalski—present |
| Denby—present | Johnson—present | Olumba—present | Talabi—present |
| Dillon—present | Kandrevas—present | Opsommer—present | Tlaib—present |
| Durhal—present | Knollenberg—present | Ouimet—present | Townsend—present |
| Farrington—present | Kowall—present | Outman—present | Tyler—present |
| Forlini—present | Kurtz—present | Pettalia—present | Walsh—present |
| Foster—present | LaFontaine—present | Poleski—present | Womack—present |
| Franz—present | Lane—present | Potvin—present | Yonker—present |
| Geiss—present | LeBlanc—present | Price—present | Zorn—present |
| Genetski—present | Lindberg—present | | |

e/d/s = entered during session

The Clerk announced that the following bills had been printed and placed upon the files of the members on Thursday, June 23:

**House Bill Nos.**   4797   4798   4799   4800
**Senate Bill Nos.**   513   514   515   516   517

The Clerk announced that the following Senate bills had been received on Thursday, June 23:

**Senate Bill Nos.**   447   448   449   450   498

## Messages from the Senate

**Senate Bill No. 447, entitled**
A bill to amend 1976 PA 399, entitled "Safe drinking water act," by amending section 9 (MCL 325.1009), as amended by 1998 PA 56.
The Senate has passed the bill.
The bill was read a first time by its title and referred to the Committee on Appropriations.

**Senate Bill No. 448, entitled**
A bill to amend 1994 PA 451, entitled "Natural resources and environmental protection act," by amending sections 3110 and 4104 (MCL 324.3110 and 324.4104) and by adding section 3134.
The Senate has passed the bill.
The bill was read a first time by its title and referred to the Committee on Appropriations.

**Senate Bill No. 449, entitled**
A bill to amend 1994 PA 451, entitled "Natural resources and environmental protection act," by amending section 11525a (MCL 324.11525a), as amended by 2007 PA 75.
The Senate has passed the bill.
The bill was read a first time by its title and referred to the Committee on Appropriations.

**Senate Bill No. 450, entitled**
A bill to amend 1994 PA 451, entitled "Natural resources and environmental protection act," by amending section 11108 (MCL 324.11108), as amended by 2001 PA 165.
The Senate has passed the bill.
The bill was read a first time by its title and referred to the Committee on Appropriations.

**Senate Bill No. 498, entitled**
A bill to amend 2001 PA 116, entitled "An act to divide this state into 110 representative and 38 senatorial districts; and to prescribe the powers and duties of certain state departments and officers," by amending the title and sections 3 and 6 (MCL 4.2003 and 4.2006), and by adding sections 1a, 2a, and 5a.
The Senate has passed the bill.
The bill was read a first time by its title and referred to the Committee on Redistricting and Elections.

## Introduction of Bills

Reps. Potvin, Callton, Outman, Goike, Muxlow, Bumstead, Gilbert, Jenkins, Lindberg, Yonker, Haveman, Pscholka, Daley, Rutledge, Townsend, Melton, Cavanagh, Durhal, Switalski, Meadows and Womack introduced
**House Bill No. 4801, entitled**
A bill to amend 1945 PA 78, entitled "An act to declare the area of the state of Michigan," by amending the title and sections 1 and 2 (MCL 2.1 and 2.2).
The bill was read a first time by its title and referred to the Committee on Government Operations.

Rep. Geiss introduced
**House Bill No. 4802, entitled**
A bill to amend 1909 PA 279, entitled "The home rule city act," (MCL 117.1 to 117.38) by adding section 4p.
The bill was read a first time by its title and referred to the Committee on Local, Intergovernmental, and Regional Affairs.

# No. 61
## STATE OF MICHIGAN
## JOURNAL
### OF THE
# House of Representatives
## 96th Legislature
### REGULAR SESSION OF 2011

House Chamber, Lansing, Tuesday, June 28, 2011.

10:00 a.m.

The House was called to order by the Speaker.

The roll was called by the Clerk of the House of Representatives, who announced that a quorum was present.

| | | | |
|---|---|---|---|
| Agema—present | Gilbert—present | Lipton—present | Pscholka—present |
| Ananich—present | Glardon—present | Liss—present | Rendon—present |
| Barnett—present | Goike—present | Lori—present | Rogers—present |
| Bauer—present | Haines—present | Lund—present | Rutledge—present |
| Bledsoe—present | Hammel—present | Lyons—present | Santana—present |
| Bolger—present | Haugh—present | MacGregor—present | Schmidt, R.—present |
| Brown—present | Haveman—present | MacMaster—present | Schmidt, W.—present |
| Brunner—present | Heise—present | McBroom—present | Scott—present |
| Bumstead—present | Hobbs—present | McCann—present | Segal—present |
| Byrum—present | Hooker—present | McMillin—present | Shaughnessy—excused |
| Callton—present | Horn—present | Meadows—present | Shirkey—present |
| Cavanagh—present | Hovey-Wright—present | Melton—present | Slavens—present |
| Clemente—present | Howze—present | Moss—present | Smiley—present |
| Constan—present | Hughes—present | Muxlow—present | Somerville—present |
| Cotter—present | Huuki—present | Nathan—present | Stallworth—present |
| Crawford—present | Irwin—present | Nesbitt—present | Stamas—present |
| Daley—present | Jackson—present | O'Brien—present | Stanley—present |
| Damrow—present | Jacobsen—present | Oakes—present | Stapleton—present |
| Darany—present | Jenkins—present | Olson—present | Switalski—present |
| Denby—present | Johnson—present | Olumba—present | Talabi—present |
| Dillon—present | Kandrevas—present | Opsommer—present | Tlaib—present |
| Durhal—present | Knollenberg—present | Ouimet—present | Townsend—present |
| Farrington—present | Kowall—present | Outman—present | Tyler—present |
| Forlini—present | Kurtz—present | Pettalia—present | Walsh—present |
| Foster—present | LaFontaine—present | Poleski—present | Womack—excused |
| Franz—present | Lane—present | Potvin—present | Yonker—present |
| Geiss—present | LeBlanc—present | Price—present | Zorn—present |
| Genetski—present | Lindberg—present | | |

e/d/s = entered during session

No. 61]          [June 28, 2011] JOURNAL OF THE HOUSE          1571

Favorable Roll Call

To Report Out:
  Yeas: Reps. Kurtz, O'Brien, Haines, Heise, Hooker, Rendon, Slavens, Lane and Stapleton
  Nays: None

COMMITTEE ATTENDANCE REPORT

The following report, submitted by Rep. Kurtz, Chair, of the Committee on Families, Children, and Seniors, was received and read:
  Meeting held on: Tuesday, June 28, 2011
  Present: Reps. Kurtz, O'Brien, Haines, Heise, Hooker, Rendon, Slavens, Lane and Stapleton

The Committee on Redistricting and Elections, by Rep. Lund, Chair, reported
**Senate Bill No. 498, entitled**
  A bill to amend 2001 PA 116, entitled "An act to divide this state into 110 representative and 38 senatorial districts; and to prescribe the powers and duties of certain state departments and officers," by amending the title and sections 3 and 6 (MCL 4.2003 and 4.2006), and by adding sections 1a, 2a, and 5a.
  With the recommendation that the following amendment be adopted and that the bill then pass.
  1. Amend page 1, line 8, by striking out the balance of the page through line 26 on page 399 and inserting:
    "**DISTRICT 001**
**WAYNE COUNTY (PART)**
  **DETROIT CITY (PART)**
    **TRACT 500100 INCLUDING BLOCK(S)**
      **1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 2000, 2001,
      2002, 2003, 2004, 2005, 2006, 2007,
      2008, 2009, 2010, 2011, 2012, 2013,
      2014, 3000, 3001, 3002, 3003, 3004,
      3005, 3006, 3007, 3008, 3009, 3010,
      3011, 4000, 4001, 4002, 4003, 4004,
      4005, 4006, 4007, 4008, 4009.**
    **TRACT 500200 INCLUDING BLOCK(S)**
      **1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      2000, 2001, 2002, 2003, 2004, 2005,
      2006, 2007, 2008, 2009, 2010, 2011,
      3000, 3001, 3002, 3003, 3004, 3005,
      3006, 3007, 3008, 4000, 4001, 4002,
      4003, 4004, 4005, 4006, 4007, 4008,
      4009, 4010.**
    **TRACT 500300 INCLUDING BLOCK(S)**
      **1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 2000, 2001, 2002, 2003,
      2004, 2005, 2006, 2007, 2008, 2009,
      2010, 2011, 2012, 2013, 2014, 3000,
      3001, 3002, 3003, 3004, 3005, 3006,
      3007, 3008, 4000, 4001, 4002, 4003,
      4004, 4005, 4006, 4007, 4008, 4009,
      4010, 4011.**
    **TRACT 500400 INCLUDING BLOCK(S)**
      **1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 2000, 2001, 2002, 2003,
      2004, 2005, 2006, 3000, 3001, 3002,**

3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015.
TRACT 500500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009.
TRACT 500600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023.
TRACT 500700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016.
TRACT 500800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011.
TRACT 500900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 4000, 4001, 4002,
4003, 4004, 4005, 4006.

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 643 of 1209

TRACT 501000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012.
TRACT 501100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009.
TRACT 501200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011.
TRACT 501300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2012, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019, 5020, 5021,
5026, 5027, 5028, 5029, 5030.
TRACT 501400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,

JOURNAL OF THE HOUSE [June 28, 2011]                    [No. 61

4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032.
TRACT 501500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031,
5032, 5033, 5034, 5035, 5036, 5037,
5038.
TRACT 501600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032.
TRACT 501700 INCLUDING BLOCK(S)
1002, 1003, 1007, 2000, 2001, 2002,
2003, 2006.
TRACT 501800 INCLUDING BLOCK(S)
1004, 2000, 2001, 2002, 2003, 2004,
2005, 2011.
TRACT 503900 INCLUDING BLOCK(S)
1000, 1001, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009.
TRACT 504000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2010.
TRACT 504100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021.
TRACT 512100 INCLUDING BLOCK(S)
4000, 4002, 4006, 4007, 4008, 4009,
4017, 4018, 5000, 5001, 5008, 5009,
5012, 5013.

      TRACT 551600 INCLUDING BLOCK(S)
        1010, 1011.
     GROSSE POINTE WOODS CITY
     HARPER WOODS CITY
     VILLAGE OF GROSSE POINTE SHORES, A MICHIGAN CITY CITY
DISTRICT 002
  WAYNE COUNTY (PART)
    DETROIT CITY (PART)
      TRACT 501300 INCLUDING BLOCK(S)
        2000, 2001, 2010, 2011, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 5022, 5023,
        5024, 5025, 5031, 5032.
      TRACT 501600 INCLUDING BLOCK(S)
        1021.
      TRACT 501700 INCLUDING BLOCK(S)
        1000, 1001, 1004, 1005, 1006, 1008,
        1009, 1010, 1011, 1012, 1013, 1014,
        1015, 1016, 1017, 1018, 1019, 1020,
        1021, 1022, 1023, 1024, 2004, 2005,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 2017, 2018,
        2019, 2020, 2021, 2022, 2023, 2024,
        2025, 2026, 2027, 2028, 2029.
      TRACT 501800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1005, 1006,
        1007, 1008, 1009, 2006, 2007, 2008,
        2009, 2010, 2012, 2013, 2014, 2015,
        2016, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014, 3015, 3016,
        3017, 3018, 3019, 3020, 3021, 3022,
        4000, 4001, 4002, 4003, 4004, 4005,
        4006, 4007, 4008, 4009, 4010, 4011,
        4012, 4013, 4014.
      TRACT 501900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        4000, 4001, 4002, 4003, 4004, 4005,
        4006, 4007, 4008, 4009.
      TRACT 502000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019.
      TRACT 503900 INCLUDING BLOCK(S)
        1002, 1003, 1004, 1005, 1006, 1007,
        1013, 1014, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015.
      TRACT 504000 INCLUDING BLOCK(S)
        1012, 1013, 2009, 2011, 2012, 2013.

TRACT 504200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016.
TRACT 504300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014.
TRACT 504400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012.
TRACT 505200 INCLUDING BLOCK(S)
1008, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3007.
TRACT 505400 INCLUDING BLOCK(S)
1006, 1011, 1012, 1013, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017.
TRACT 505500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1023, 1024, 1025, 1026,
1027, 1028, 1029, 1030, 1031, 1032,
1033, 1034, 1035, 1036, 1037, 1038,
1039, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1048, 1049, 1050,
1051, 1052, 1053, 1054, 1055, 1056,
1057, 1058, 1059, 1060, 1061, 1062,
1063.
TRACT 512100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4001, 4003, 4004, 4005,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4019, 4020, 5002, 5003, 5004,
5005, 5006, 5007, 5010, 5011, 5014.
TRACT 512200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 512300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017.
TRACT 512400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.
TRACT 512600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010.
TRACT 512900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005.
TRACT 513200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.
TRACT 513300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1007,
1008, 1009, 1010, 1011, 1012, 1014,
1015, 1016, 1017, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018.
TRACT 513600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017.

TRACT 513700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1037,
1038, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013.
TRACT 513900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014.
TRACT 514100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022.
TRACT 514200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 5000, 5001, 5002, 5003, 5004,
5005.
TRACT 514300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029.
TRACT 514500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014.
TRACT 515600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

      1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2007, 2008, 2009,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027.

    TRACT 515700 INCLUDING BLOCK(S)
1001, 1002, 2000, 2001, 2002, 2003.

    TRACT 516000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012.

    TRACT 985200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016.

  GROSSE POINTE CITY
  GROSSE POINTE FARMS CITY
  GROSSE POINTE PARK CITY
DISTRICT 003
  WAYNE COUNTY (PART)
    DETROIT CITY (PART)
      TRACT 503100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012.

      TRACT 503200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022.

      TRACT 503300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014.

      TRACT 503400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017.

JOURNAL OF THE HOUSE [June 28, 2011]

TRACT 503500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019.
TRACT 503600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016.
TRACT 504900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
4029, 4030, 4031, 4032, 4033, 4034,
4035, 4036, 4037, 4038, 4039, 4040,
4041, 4042, 4043, 4044, 4045, 4046,
4047, 4048, 4049, 4050, 4051, 4052,
4053, 4054, 4055, 4056, 4057, 4058,
4059, 4060, 4061, 4062, 4063.
TRACT 505000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 505100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 5000,
5001, 5002, 5003.
TRACT 505200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 3000, 3001, 3002, 3003,

3004, 3005, 3006, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 505400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1007, 1008, 1009, 1010, 1014, 1015,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017.
TRACT 506100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 506200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025.
TRACT 506300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029, 3030, 3031, 3032, 3033, 3034,
3035, 3036, 3037, 3038.
TRACT 506400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 3000, 3001, 3002, 3003,
3004.
TRACT 506500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.

JOURNAL OF THE HOUSE [June 28, 2011]

TRACT 506600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011.
TRACT 506700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044.
TRACT 506800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 506900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014, 5015, 5016, 5017.
TRACT 507000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028.
TRACT 507100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016.
TRACT 507200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029.
TRACT 507300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041, 3042.
TRACT 507400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010.
TRACT 507500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019.
TRACT 507800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 2000,
2001, 2002, 2003, 2004, 2005, 2006,

2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027.
TRACT 507900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007.
TRACT 508000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023.
TRACT 508100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008.
TRACT 530200 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 2006, 2007, 2008.
TRACT 538100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027.
TRACT 538200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025.
TRACT 538300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011.
    TRACT 538400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019.
DISTRICT 004
  WAYNE COUNTY (PART)
    DETROIT CITY (PART)
      TRACT 504700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020.
      TRACT 504800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022.
      TRACT 505500 INCLUDING BLOCK(S)
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031.
      TRACT 507800 INCLUDING BLOCK(S)
1013.
      TRACT 510400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,

1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021.
TRACT 510500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014.
TRACT 510600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 510700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012.
TRACT 511000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,

2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2046, 2047, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022, 4023, 4024, 4025,
4026, 4027, 4028, 4029, 4030, 4031,
4032, 4033, 4034, 4035, 4036, 4037,
4038, 4039, 4040, 4041, 4042, 4043.
TRACT 511200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007.
TRACT 511300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024.
TRACT 511400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,

3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014, 5015, 5016, 5017.
TRACT 511900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020.
TRACT 515900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024.
TRACT 516100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045.
TRACT 517500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015.
TRACT 518000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 659 of 1209

1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033.
TRACT 518400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 518500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016.
TRACT 518600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019.
TRACT 518800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045.
TRACT 518900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1022, 1024, 1034,
1035, 1036, 1037, 1038, 1039, 1040,
1105, 1106.
TRACT 520200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025.
TRACT 520300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008.
TRACT 520400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019.
TRACT 521500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1015, 1016, 1017, 1018, 1019, 1022,
1023, 1024, 1025, 1031, 1032, 1033,
1060, 1061.
TRACT 521800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018.
TRACT 521900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 3045, 3046, 3047,
3048, 3049, 3050, 3051, 3052, 3053,
3054, 3055, 3056, 3057, 3058, 3059,
3060, 3061, 3062, 3063, 3064, 3065,
3066, 3067, 3068, 3069, 3070, 3071.
TRACT 522000 INCLUDING BLOCK(S)
1001, 1002, 1095.
TRACT 522300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,

Case 1:11-cv-01938-RJL-BMK-CKK Document 1-7 Filed 11/03/11 Page 661 of 1209

1026, 1027, 1033, 1034, 1035, 1036,
1037, 1038, 1039, 1040, 1041, 1042,
1043, 1044, 1047, 1048, 1049, 1050,
1051, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035.
TRACT 522400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019.
TRACT 522500 INCLUDING BLOCK(S)
1004.
TRACT 531200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037.
TRACT 531300 INCLUDING BLOCK(S)
1008.
TRACT 531900 INCLUDING BLOCK(S)
2024, 2025, 2026.
TRACT 532200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 532300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037.
TRACT 532400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
TRACT 532600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008.

TRACT 532700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007.
TRACT 533000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 533100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2005, 2006, 3005, 3006.
TRACT 533200 INCLUDING BLOCK(S)
3007, 3008.
TRACT 533300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009.
TRACT 533900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3062, 3063,
3064, 3065.
TRACT 985100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107,
1108, 1109, 1110, 1111.

TRACT 985900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020.
HAMTRAMCK CITY
DISTRICT 005
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 521300 INCLUDING BLOCK(S)
1000, 1003, 1004.
TRACT 522000 INCLUDING BLOCK(S)
1073, 1074.
TRACT 522100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2005,
2006, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2026, 2027, 2028, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041.
TRACT 522200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 522300 INCLUDING BLOCK(S)
1010, 1011, 1028, 1029, 1030, 1031,
1032, 1045, 1046, 1052, 1053, 1054,
1056, 2026, 2027, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2046, 2047, 2048, 2049, 2050,
2051, 2052.
TRACT 523100 INCLUDING BLOCK(S)
1025.
TRACT 523800 INCLUDING BLOCK(S)
1000, 2003, 3000, 3002.
TRACT 524000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006.
TRACT 524100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 4000, 4001, 4002, 4003,
4004, 4005.

TRACT 524200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 4000, 4001, 4002, 4003, 4004,
4005, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 6000, 6001, 6002, 6003,
6004, 6005, 6006.
TRACT 524300 INCLUDING BLOCK(S)
2000, 2010, 2011, 2012, 2013, 2014.
TRACT 524500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047.
TRACT 524700 INCLUDING BLOCK(S)
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011,
6021, 6025, 6028, 6029.
TRACT 524900 INCLUDING BLOCK(S)
2059.
TRACT 525400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021.
TRACT 525500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013.
TRACT 525600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015.
TRACT 525700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,

2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 525800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022.
TRACT 526000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019.
TRACT 526100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022.
TRACT 526200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008.
TRACT 526300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021.
TRACT 526400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016.
TRACT 526500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007.

TRACT 527200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009.
TRACT 527300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 530400 INCLUDING BLOCK(S)
1009, 1010.
TRACT 530500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010.
TRACT 530800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 4000,
4001, 4002, 4003, 4004, 4005, 4006.
TRACT 530900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024.
TRACT 531100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008.
TRACT 531200 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2003, 2004, 2005, 2006, 2007, 2008.

No. 61]            [June 28, 2011] JOURNAL OF THE HOUSE            1597

TRACT 531300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1009, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009.
TRACT 531400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 531500 INCLUDING BLOCK(S)
1005, 1006, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 4003, 4004, 4005,
4006, 4007, 4008.
TRACT 531800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014.
TRACT 531900 INCLUDING BLOCK(S)
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023.
TRACT 533100 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 3000,
3001, 3002, 3003, 3004.
TRACT 533200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006.
TRACT 533300 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 533400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 5000, 5001, 5002, 5003, 5004,
5005, 5006.
TRACT 533500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013.

TRACT 533600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 533700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 534100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024.
TRACT 534200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2007, 2008, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3006, 3007,
3008, 3009.
TRACT 534300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 534400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1010, 1011, 1012, 1014, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2016, 2017, 2018,
2019, 2020.
TRACT 534500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027.

TRACT 534600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019.
TRACT 534700 INCLUDING BLOCK(S)
1000, 1001, 1002, 3000, 3001, 3002,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4021, 4022, 4023, 4024, 4025,
4026, 4027, 4028, 4029, 4030, 4031,
4032, 4033, 4034, 4035, 4036.
TRACT 536500 INCLUDING BLOCK(S)
2004, 2005, 2006, 3000, 3009, 3010.
TRACT 985000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009.
DISTRICT 006
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 513300 INCLUDING BLOCK(S)
1005, 1006, 1013, 1018.
TRACT 513700 INCLUDING BLOCK(S)
1035, 1036.
TRACT 515200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023.
TRACT 515300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014.
TRACT 515400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014.
TRACT 515600 INCLUDING BLOCK(S)
2002, 2003, 2004, 2005, 2006, 2010,
2011.
TRACT 515700 INCLUDING BLOCK(S)
1000, 1003, 1004, 1005, 1006.
TRACT 516000 INCLUDING BLOCK(S)
1013, 1014, 1015, 1016, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,

2008, 2009, 2010, 2011, 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016, 4017, 4018, 4019, 4020, 4021.

TRACT 516200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016.

TRACT 516300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026.

TRACT 516400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025.

TRACT 516500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049.

TRACT 516600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023.

TRACT 516700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 2000, 2001, 2002, 2003.

TRACT 516800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018.

TRACT 516900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020.
TRACT 517000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020.
TRACT 517100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015.
TRACT 517200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056, 2057,
2058, 2059, 2060, 2061.
TRACT 517300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015.
TRACT 518900 INCLUDING BLOCK(S)
1021, 1023, 1025, 1026, 1027, 1028,
1029, 1030, 1031, 1032, 1033, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,

1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104.
TRACT 520700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 520800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107,
1108, 1109, 1110, 1111, 1112, 1113,
1114, 1115, 1116, 1117.
TRACT 521100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029.

**TRACT 521300 INCLUDING BLOCK(S)**
1001, 1002, 1005, 1006, 1007, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1017, 1018, 1019, 1020,
1021, 1022, 1023, 1024, 1025, 1026,
1027, 1028, 1029, 1030, 1031, 1032,
1033, 1034, 1035, 1036, 1037, 1038,
1039, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1048, 1049, 1050,
1051, 1052, 1053, 1054, 1055, 1056,
1057, 1058, 1059, 1060, 1061, 1062,
1063, 1064, 1065, 1066, 1067, 1068,
1069, 1070.
**TRACT 521400 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107.
**TRACT 521500 INCLUDING BLOCK(S)**
1012, 1013, 1014, 1020, 1021, 1026,
1027, 1028, 1029, 1030, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1062, 1063, 1064, 1065, 1066, 1067,
1068, 1069, 1070, 1071, 1072, 1073,
1074, 1075, 1076, 1077, 1078, 1079,
1080, 1081, 1082, 1083, 1084, 1085,
1086, 1087, 1088, 1089, 1090, 1091,
1092, 1093, 1094, 1095, 1096, 1097,
1098, 1099, 1100, 1101, 1102, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031.
**TRACT 522000 INCLUDING BLOCK(S)**
1000, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,

1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1046, 1047, 1048, 1049,
1050, 1051, 1052, 1053, 1054, 1055,
1056, 1057, 1058, 1059, 1060, 1061,
1062, 1063, 1064, 1065, 1066, 1067,
1068, 1069, 1070, 1071, 1072, 1075,
1076, 1077, 1078, 1079, 1080, 1081,
1082, 1083, 1084, 1085, 1086, 1087,
1088, 1089, 1090, 1091, 1092, 1093,
1094, 1096, 1097, 1098.
TRACT 522100 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2007,
2008, 2009, 2021, 2022, 2023, 2024,
2025, 2029.
TRACT 522300 INCLUDING BLOCK(S)
1055.
TRACT 522500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
1037, 1038, 1039, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021.
TRACT 523100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
1037, 1038, 1039, 1040, 1041, 1042,
1043, 1044, 1045, 1046, 1047, 1048,
1049, 1050, 1051, 1052, 1053, 1054,
1055, 1056.
TRACT 523200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024.
TRACT 523300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007.
TRACT 523400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008.
TRACT 523800 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 2000, 2001,
2002, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3001, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020.
TRACT 524000 INCLUDING BLOCK(S)
1006.
TRACT 524300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2015, 2016,
3000, 3001, 3002, 3003, 3004, 3005.
TRACT 524700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 6012, 6013,
6014, 6015, 6016, 6017, 6018, 6019,
6020, 6022, 6023, 6024, 6026, 6027.
TRACT 524800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014, 5015, 5016, 5017, 5018,
5019, 5020.
TRACT 524900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,

1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 2049, 2050, 2051, 2052,
2053, 2054, 2055, 2056, 2057, 2058.
TRACT 525000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062, 2063, 2064, 2065,
2066, 2067, 2068, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042, 3043, 3044,
3045, 3046, 3047, 3048, 3049, 3050,
3051.
TRACT 525600 INCLUDING BLOCK(S)
2016, 2017, 2018.
TRACT 985300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045.
TRACT 985500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,

1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081.
ECORSE CITY
RIVER ROUGE CITY
DISTRICT 007
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 530100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011.
TRACT 530200 INCLUDING BLOCK(S)
1000, 1001, 2000, 2001, 2002, 2003,
2004, 2005, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008.
TRACT 530300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030.
TRACT 530400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015.
TRACT 531500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 4000,
4001, 4002.
TRACT 531600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008.

TRACT 531700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033.
TRACT 531800 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 531900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013.
TRACT 534200 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2009, 2014, 2015, 3004, 3005,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021.
TRACT 536100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011.
TRACT 536200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022.
TRACT 536300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 6000, 6001, 6002, 6003, 6004,
6005, 6006, 6007, 6008, 6009, 6010,
6011, 6012, 6013, 6014, 6015, 6016,
6017, 6018, 6019, 6020, 6021.

TRACT 536400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013.
TRACT 536500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020.
TRACT 536600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009.
TRACT 536700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009.
TRACT 536800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024.
TRACT 536900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 4000, 4001,
4002, 4003, 4004, 4005, 4006.

TRACT 537000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1014, 1015,
1016, 1017, 3000, 3001, 3002, 3003.
TRACT 537500 INCLUDING BLOCK(S)
2002.
TRACT 537600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3012, 3013, 3014, 3015.
TRACT 538500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 6000,
6001, 6002, 6003, 6004, 6005, 6006,
6007, 7000, 7001, 7002, 7003, 7004,
7005, 7006, 7007, 7008, 7009, 7010,
7011, 7012, 7013, 7014, 7015.
TRACT 538600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011,
6012, 6013.
TRACT 538700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
TRACT 538800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012.
TRACT 538900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 3000,
3001, 3002, 3003, 3004, 3005, 3006,

3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023.
TRACT 539000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009.
TRACT 539100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2011.
TRACT 539400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033.
TRACT 539500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018.
TRACT 539600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,

2029, 2030, 2031, 2032, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.

HIGHLAND PARK CITY
DISTRICT 008
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 537000 INCLUDING BLOCK(S)
1004, 1005, 1006, 1007, 1008, 1009,
1010, 1011, 1012, 1013, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.
TRACT 537100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016.
TRACT 537300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2013,
2014, 2015, 2016, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3011, 4000, 4001, 4002, 4006, 4007.
TRACT 537500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007.
TRACT 537600 INCLUDING BLOCK(S)
1004, 1005, 1006, 1007, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
TRACT 537700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
TRACT 537800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2004, 2005, 2006, 2007, 2008,
2009, 3002, 3003, 3004, 3005, 3006,
3007, 3009, 3010.
TRACT 540300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,

3007, 3008, 3009, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021.
TRACT 540400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026, 4027.
TRACT 540500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011.
TRACT 540600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009.
TRACT 541000 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 1010,
1011, 1012, 1013, 1014.
TRACT 541100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009.
TRACT 541200 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008.
TRACT 541300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 2006,
2007, 2008, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 3004, 3005, 3006, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 541400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018.
TRACT 542100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011.
TRACT 542200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014.
TRACT 542300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017.
TRACT 542400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012.
TRACT 542500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,

2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022.
TRACT 542700 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
1037, 1038, 1039.
TRACT 542800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008.
TRACT 542900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 543000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 543100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020.
TRACT 543200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022.
TRACT 543400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020.
TRACT 543500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023.
TRACT 543600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023.
TRACT 543700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 543800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,

2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029.
TRACT 543900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038.
TRACT 544000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034.
TRACT 544100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 3000,
3001, 3002, 3003, 3004, 3005, 3006.
TRACT 544200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023.
TRACT 544300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026.
TRACT 546400 INCLUDING BLOCK(S)
1000.
TRACT 546900 INCLUDING BLOCK(S)
1004, 1005.

DISTRICT 009
    WAYNE COUNTY (PART)
        DEARBORN CITY (PART)
            TRACT 573701 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 2016, 2017, 2018,
                2019.
            TRACT 573702 INCLUDING BLOCK(S)
                3000, 3001, 3002, 3003, 4000, 4001,
                4002, 4003, 4004, 5000, 5001, 5002,
                5003, 5004, 5005, 5006, 5007, 5008,
                5009, 5010, 5011, 5012.
            TRACT 573800 INCLUDING BLOCK(S)
                2009, 2010, 2020, 3002, 3003, 3004,
                3005, 3010, 3011, 3012, 3013, 3014,
                4000, 4001, 4002, 4003, 4004, 4005,
                4006, 4007, 4008, 4009, 4010, 4011,
                4012, 4013, 4014, 4015, 4016, 4017,
                4018, 4019, 4020.
            TRACT 573900 INCLUDING BLOCK(S)
                1002, 1003, 1004, 1005, 1006, 1007,
                1008, 1009, 1010, 1011, 1012, 1013,
                1018, 1019, 1020, 1021, 1022, 1023,
                2010, 2011, 2012.
        DETROIT CITY (PART)
            TRACT 534400 INCLUDING BLOCK(S)
                1006, 1007, 1008, 1009, 1013, 2011,
                2012, 2013, 2014, 2015, 2021, 2022,
                2023.
            TRACT 534700 INCLUDING BLOCK(S)
                1003, 1004, 1005, 2000, 2001, 2002,
                2003, 2004, 2005, 2006, 3003, 3004,
                3005, 3006, 3007, 4007, 4008, 4009,
                4010, 4011, 4012, 4013, 4014, 4015,
                4016, 4017, 4018, 4019, 4020.
            TRACT 535000 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 2008, 2009, 2010, 2011, 2012,
                2013, 2014, 2015, 3000, 3001, 3002,
                3003, 3004, 3005, 3006, 3007, 3008,
                3009, 3010, 3011.
            TRACT 535100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017.
            TRACT 535200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 2000,
                2001, 2002, 2003, 2004, 2005, 2006,
                2007, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 4000,

4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024.
TRACT 535300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031,
5032.
TRACT 535400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008.
TRACT 535500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
TRACT 535600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 4030,
4031, 4032, 4033, 4034, 4035, 4036.
TRACT 535700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011.
TRACT 537100 INCLUDING BLOCK(S)
1010, 1011.
TRACT 537200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,

2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033.
TRACT 537300 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 1010,
1011, 1012, 1013, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 3000, 3010, 3012, 3013,
3014, 3015, 3016, 3017, 4003, 4004,
4005, 4008.
TRACT 537800 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 3000, 3001,
3008.
TRACT 542600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009.
TRACT 542700 INCLUDING BLOCK(S)
1000, 1021, 1022, 1023, 1024, 1025,
1026.
TRACT 545100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028.
TRACT 545200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015.
TRACT 545300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012.

TRACT 545400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011.
TRACT 545500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 6000, 6001, 6002, 6003,
6004, 6005, 6006, 6007.
TRACT 545600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007.
TRACT 545700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032.
TRACT 545800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 3000, 3001,
3002, 3003, 3004, 3005, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010.
TRACT 545900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 5000, 5001, 5002, 5003,
5004, 5005, 5006.
TRACT 546000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015.

**TRACT 546100 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011.

**TRACT 546200 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.

**TRACT 546300 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036.

**TRACT 546400 INCLUDING BLOCK(S)**
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007.

**TRACT 546500 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.

**TRACT 546600 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015.

**TRACT 546700 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011.

TRACT 546800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 546900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044.
DISTRICT 010
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 539100 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2012,
2013, 2014, 2015.
TRACT 539200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 5000, 5001, 5002,
5003, 5004, 6000, 6001, 6002, 6003,
6004, 6005, 6006, 6007, 6008, 6009,
6010, 6011, 6012, 6013, 6014, 6015,
6016, 6017, 6018, 6019, 6020, 6021,
6022, 6023, 6024, 6025, 6026, 6027,
6028, 6029, 6030, 6031, 6032, 6033,
6034.
TRACT 539300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019.

TRACT 539700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017.
TRACT 540100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011.
TRACT 540200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 6000,
6001, 6002, 6003, 6004, 6005, 6006,
6007, 6008, 6009, 6010, 6011, 6012,
6013, 6014, 6015, 6016, 6017, 6018,
6019, 6020.
TRACT 540700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012.
TRACT 540800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025.
TRACT 540900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017.
TRACT 541000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022.
TRACT 541100 INCLUDING BLOCK(S)
2003, 2004, 2005, 2006.
TRACT 541200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009.
TRACT 541300 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3007.
TRACT 541500 INCLUDING BLOCK(S)
1000, 1001, 1002, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016.
TRACT 541700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008.
TRACT 541800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025.
TRACT 554100 INCLUDING BLOCK(S)
4000, 4002.
REDFORD TOWNSHIP
DISTRICT 011
WAYNE COUNTY (PART)
DEARBORN HEIGHTS CITY (PART)
TRACT 571500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,

2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026.
TRACT 571600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1020, 1021,
1028, 1029, 1030, 1031, 1032, 1033,
1034, 1035, 1036, 1037, 1038, 1039,
1040.
TRACT 571700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020.
TRACT 571800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012.
TRACT 571900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 572000 INCLUDING BLOCK(S)
1003, 1004, 1005, 1006, 1007, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1018, 2000, 2001, 2002, 2003, 2004,
2012, 2013, 2014, 2015, 2016, 2017.
TRACT 572200 INCLUDING BLOCK(S)
3002, 3003, 3004, 3005, 3012, 3013,
3014, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5010, 5016, 5017, 5021, 5022.
TRACT 573000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2006, 2007,
2008, 2009, 2018, 2019, 2023.

TRACT 573100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2002, 2003, 2006, 2007, 2012,
2014, 2015, 2016, 2017, 2018.
GARDEN CITY CITY
INKSTER CITY
LIVONIA CITY (PART)
TRACT 558900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020.
TRACT 559000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.
WESTLAND CITY (PART)
TRACT 567100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012.
TRACT 567201 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014.
TRACT 567202 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015.
DISTRICT 012
WAYNE COUNTY (PART)
ROMULUS CITY
TAYLOR CITY
VAN BUREN TOWNSHIP (PART)
TRACT 587900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1030, 1031, 1032, 3000,

JOURNAL OF THE HOUSE [June 28, 2011]

  3001, 3002, 3003, 3004, 3005, 3006,
  3007, 3008, 3009, 3010, 3011, 3012,
  3013, 3014, 3015, 3025, 3026, 3027,
  3028, 3029, 3030, 3031, 3033, 3034.
 TRACT 588000 INCLUDING BLOCK(S)
  1000, 1001, 1002, 1003, 1004, 1005,
  1006, 1007, 1008, 1009, 1010, 1011,
  2000, 2001, 2002, 2003, 2004, 2005,
  2006, 2007, 2008, 2009, 2010, 2011,
  2012, 2013, 2014, 2015, 2016, 2017,
  2018, 2019, 2020, 2021, 2022, 2023,
  2024, 2025, 2026, 2027, 2028, 2029,
  2032, 3000, 3001, 3002, 3003, 3004,
  3005, 3006, 3007, 3008, 3009, 3010,
  3011, 3012, 3013, 3014, 3015, 3016,
  3017, 3019.
DISTRICT 013
 WAYNE COUNTY (PART)
  ALLEN PARK CITY
  DEARBORN HEIGHTS CITY (PART)
  TRACT 571600 INCLUDING BLOCK(S)
   1016, 1017, 1018, 1019, 1022, 1023,
   1024, 1025, 1026, 1027.
  TRACT 572000 INCLUDING BLOCK(S)
   1000, 1001, 1002, 1015, 1016, 1017,
   2005, 2006, 2007, 2008, 2009, 2010,
   2011.
  TRACT 572100 INCLUDING BLOCK(S)
   1000, 1001, 1002, 1003, 1004, 1005,
   1006, 1007, 1008, 1009, 1010, 1011,
   1012, 1013, 1014, 1015, 1016, 1017,
   1018, 2000, 2001, 2002, 2003, 2004,
   2005, 2006, 2007, 2008, 2009, 2010,
   2011, 2012, 2013, 2014, 2015, 2016,
   2017, 2018, 2019, 2020, 2021, 2022,
   2023, 2024, 3000, 3001, 3002, 3003,
   3004, 3005, 3006, 3007, 3008, 3009,
   3010, 3011, 3012, 3013, 4000, 4001,
   4002, 4003, 4004, 4005, 4006, 4007,
   4008, 4009, 4010, 4011, 4012, 5000,
   5001, 5002, 5003, 5004, 5005, 5006,
   5007, 5008, 5009, 5010, 5011, 5012,
   5013, 5014.
  TRACT 572200 INCLUDING BLOCK(S)
   1000, 1001, 1002, 1003, 1004, 1005,
   1006, 1007, 1008, 1009, 1010, 1011,
   1012, 2000, 2001, 2002, 2003, 2004,
   2005, 2006, 2007, 2008, 2009, 2010,
   2011, 3000, 3001, 3006, 3007, 3008,
   3009, 3010, 3011, 5000, 5001, 5009,
   5011, 5012, 5013, 5014, 5015, 5018,
   5019, 5020, 5023, 5024.
  TRACT 572400 INCLUDING BLOCK(S)
   1000, 1001, 1002, 1003, 1004, 1005,
   1006, 1007, 1008, 1009, 1010, 1011,
   1012, 1013, 2000, 2001, 2002, 2003,
   2004, 2005, 2006, 2007, 2008, 2009,
   2010, 2011, 2012, 2013, 2014, 2015.

TRACT 572500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 572600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013.
TRACT 572700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022.
TRACT 572800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014, 6000, 6001, 6002, 6003,
6004, 6005, 6006, 6007, 6008, 6009,
6010, 6011, 6012, 6013, 6014, 6015,
6016, 6017, 6018, 6019, 6020.

TRACT 572900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027.
TRACT 573000 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2020, 2021, 2022.
TRACT 573100 INCLUDING BLOCK(S)
2000, 2001, 2004, 2005, 2008, 2009,
2010, 2011, 2013, 2019.
SOUTHGATE CITY
DISTRICT 014
WAYNE COUNTY (PART)
LINCOLN PARK CITY
MELVINDALE CITY
RIVERVIEW CITY
WYANDOTTE CITY
DISTRICT 015
WAYNE COUNTY (PART)
DEARBORN CITY (PART)
TRACT 573300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026.
TRACT 573400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
4000, 4001, 4002, 4003, 4004, 4005.
TRACT 573500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,

2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056, 2057,
2058, 2059, 2060, 2061, 2062, 2063,
2064, 2065, 2066, 2067, 2068, 2069,
2070, 2071, 2072, 2073, 2074, 2075,
2076, 2077, 2078, 2079, 2080, 2081,
2082, 2083, 2084, 2085, 2086, 2087,
2088, 2089, 2090.
TRACT 573600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 6000, 6001, 6002,
6003, 6004, 6005, 6006, 6007, 6008,
6009, 6010, 6011, 6012.
TRACT 573702 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014.
TRACT 573800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 3000, 3001, 3006,
3007, 3008, 3009.
TRACT 573900 INCLUDING BLOCK(S)
1000, 1001, 1014, 1015, 1016, 1017,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030.
TRACT 574000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,

2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013.
TRACT 574100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009.
TRACT 574202 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017.
TRACT 574300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016.
TRACT 574600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,

5010, 5011, 5012, 5013, 6000, 6001,
6002, 6003, 6004, 6005, 6006, 6007,
6008, 6009, 6010, 6011, 6012, 6013,
7000, 7001, 7002, 7003, 7004, 7005,
7006, 7007, 7008, 7009, 7010, 7011,
7012.
TRACT 574700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015.
TRACT 574800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023, 5024, 5025, 5026, 5027, 5028,
5029.
TRACT 574900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049.
TRACT 575000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,

4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026, 4027,
4028, 4029.
TRACT 575100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011.
TRACT 575200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 575300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009.
TRACT 575400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
4029, 4030, 4031, 4032, 4033, 4034,
4035, 4036, 4037, 4038, 4039, 4040,
4041, 4042, 4043, 4044, 4045, 4046,
4047, 4048, 4049, 4050, 4051, 4052,
4053, 4054, 4055, 4056, 4057, 4058,
4059, 4060, 4061, 4062, 4063, 4064,
4065, 4066, 4067, 4068, 4069, 4070,
4071, 4072, 4073, 4074, 4075, 4076,
4077.

TRACT 575500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1040, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2027, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 575600 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1016, 1019, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019.
TRACT 576000 INCLUDING BLOCK(S)
2003, 2004.
TRACT 579900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041, 3042, 3043,
3044, 3045, 3046, 3047, 3048, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 4030.
TRACT 985700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

    1013, 1014, 1015, 1016, 1017, 1018,
    1019, 1020, 1021, 1022, 1023, 1024,
    1025, 1026, 1027, 1028, 1029, 1030,
    1031, 1032, 1033, 1034, 1035, 1036.
DISTRICT 016
 WAYNE COUNTY (PART)
  WAYNE CITY
  WESTLAND CITY (PART)
   TRACT 565100 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 1021, 2000, 2001,
    2002, 2003, 2004, 2005, 2006, 2007,
    2008, 2009, 2010, 2011, 2012, 2013,
    2014, 2015, 2016, 2017, 2018, 2019,
    2020, 2021, 2022, 2023, 2024, 2025,
    2026, 2027, 2028, 2029, 2030.
   TRACT 565200 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 1021, 2000, 2001,
    2002, 2003, 2004, 2005, 2006, 2007,
    2008, 2009, 2010, 2011, 2012, 2013,
    2014, 2015, 2016, 2017, 2018, 3000,
    3001, 3002, 3003, 3004, 3005, 3006,
    3007, 3008, 3009, 3010, 3011, 3012,
    3013, 3014, 3015, 3016, 3017, 3018.
   TRACT 565300 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 2000,
    2001, 2002, 2003, 2004, 2005, 2006,
    2007, 2008, 2009, 2010, 2011, 2012,
    2013, 3000, 3001, 3002, 3003, 3004,
    3005, 3006, 3007.
   TRACT 565600 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 2000, 2001,
    2002, 2003, 2004, 2005, 2006, 2007,
    2008, 2009, 2010, 2011, 2012.
   TRACT 565700 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 2000, 2001, 2002, 2003,
    2004, 2005, 2006, 2007, 2008, 2009,
    2010, 2011, 2012, 2013, 2014, 2015,
    2016, 2017, 2018.
   TRACT 565800 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 2000, 2001, 2002,
    2003, 2004, 2005, 2006, 2007, 2008,
    2009, 2010, 2011, 2012, 2013, 2014,
    2015, 2016, 3000, 3001, 3002, 3003,
    3004, 3005, 3006, 3007, 3008, 3009,
    3010, 3011, 3012, 3013, 3014.

TRACT 565900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008.
TRACT 567000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 567300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008.
TRACT 567400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017.
TRACT 567800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017.
TRACT 567900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,

3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031.
TRACT 568000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018.
TRACT 568200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 568300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018.
TRACT 568400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018.
TRACT 568500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022.
TRACT 568700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018.

TRACT 568800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 568900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016.
DISTRICT 017
MONROE COUNTY (PART)
ASH TOWNSHIP
BERLIN TOWNSHIP
EXETER TOWNSHIP
FRENCHTOWN TOWNSHIP
LONDON TOWNSHIP
MONROE CITY
MONROE TOWNSHIP (PART)
TRACT 832000 INCLUDING BLOCK(S)
2009.
TRACT 832300 INCLUDING BLOCK(S)
2011, 2012, 2019.
WAYNE COUNTY (PART)
FLAT ROCK CITY
ROCKWOOD CITY
SUMPTER TOWNSHIP
DISTRICT 018
MACOMB COUNTY (PART)
EASTPOINTE CITY
ST. CLAIR SHORES CITY
VILLAGE OF GROSSE POINTE SHORES, A MICHIGAN CITY CITY
DISTRICT 019
WAYNE COUNTY (PART)
LIVONIA CITY (PART)
TRACT 556100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015.
TRACT 556200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008.

TRACT 556300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022.
TRACT 556400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021.
TRACT 556500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050.
TRACT 556600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016.
TRACT 556700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011.
TRACT 556800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016.
TRACT 556900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012.

TRACT 557000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.
TRACT 557100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.
TRACT 557200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013.
TRACT 557300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027.
TRACT 557400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024.
TRACT 557500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008.
TRACT 557600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.

TRACT 557700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015.
TRACT 557900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032.
TRACT 558000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018.
TRACT 558100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 558200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,

3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023.
TRACT 558300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 2049, 2050, 2051, 2052,
2053, 2054, 2055, 2056, 2057, 2058,
2059, 2060, 2061, 2062, 2063, 2064.
TRACT 558400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027.
TRACT 558500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008.
TRACT 558600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 558700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.
TRACT 558800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020.
TRACT 559100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016.
TRACT 559200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015.
DISTRICT 020
  WAYNE COUNTY (PART)
    CANTON TOWNSHIP (PART)
      TRACT 563200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 563300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021.
TRACT 563900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034.
TRACT 564000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021.
TRACT 564100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017.
TRACT 564700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011.
TRACT 564800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1008, 1009, 1010.
TRACT 564900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1031, 1032.
TRACT 565000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1025, 1026, 1027,
1028, 1029, 1030, 1031, 1032, 1033,
1034, 1035, 1036, 1037, 1038, 1039,
1040, 1041, 1042, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021.
NORTHVILLE CITY
NORTHVILLE TOWNSHIP
PLYMOUTH CITY
PLYMOUTH TOWNSHIP
DISTRICT 021
WAYNE COUNTY (PART)
BELLEVILLE CITY
CANTON TOWNSHIP (PART)
TRACT 563400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020.

TRACT 563500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011.
TRACT 563600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022.
TRACT 563700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006.
TRACT 563800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011.
TRACT 564200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019.
TRACT 564300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010.
TRACT 564401 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009.

TRACT 564402 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058.
TRACT 564501 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057.
TRACT 564502 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043.
TRACT 564503 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056.
TRACT 564504 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,

1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107,
1108, 1109, 1110, 1111, 1112, 1113,
1114, 1115, 1116, 1117, 1118, 1119.
TRACT 564600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037.
TRACT 564700 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025.
TRACT 564800 INCLUDING BLOCK(S)
1007, 1011, 1012, 1013, 1014, 1015,
1016, 1017, 1018, 1019, 1020, 1021,
1022, 1023, 1024, 1025, 1026, 1027,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018.
TRACT 564900 INCLUDING BLOCK(S)
1025, 1026, 1027, 1028, 1029, 1030,
1033, 1034, 1035, 1036, 1037, 1038,
1039, 1040, 1041, 1042, 1043.
TRACT 565000 INCLUDING BLOCK(S)
1008, 1009, 1017, 1018, 1019, 1020,
1021, 1022, 1023, 1024.
VAN BUREN TOWNSHIP (PART)
TRACT 587000 INCLUDING BLOCK(S)
1000, 2016, 3002.
TRACT 587900 INCLUDING BLOCK(S)
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,

1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1033, 1034,
1035, 1036, 1037, 1038, 1039, 1040,
1041, 1042, 1043, 1044, 1045, 1046,
1047, 1048, 1049, 1050, 1051, 1052,
1053, 1054, 1055, 1056, 1057, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3032, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 3045, 3046, 3047,
3048, 3049, 3050, 3051.
TRACT 588000 INCLUDING BLOCK(S)
1012, 2030, 2031, 3018.
TRACT 588100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056, 2057,
2058, 2059, 2060, 2061, 2062, 2063,
2064.
TRACT 588200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021.
TRACT 588300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 3000, 3001, 3002,

    3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038.
TRACT 588400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010.
DISTRICT 022
  MACOMB COUNTY (PART)
    ROSEVILLE CITY
    WARREN CITY (PART)
      TRACT 260000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007.
TRACT 260100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011.
TRACT 261400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 261500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031.

TRACT 261600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019.
TRACT 261800 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2018, 2019,
2020.
TRACT 262600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 262700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012.
TRACT 262800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021.
TRACT 262900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 5000, 5001, 5002,
5003, 5004, 5005, 5006.
TRACT 264200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
4000, 4001, 4002, 4003, 4004, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011.
TRACT 267600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006.

TRACT 268300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009.
TRACT 268400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1026, 1027, 1028, 1029, 1032, 1033,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012.
DISTRICT 023
WAYNE COUNTY (PART)
BROWNSTOWN TOWNSHIP
GIBRALTAR CITY
GROSSE ILE TOWNSHIP
HURON TOWNSHIP
TRENTON CITY
WOODHAVEN CITY
DISTRICT 024
MACOMB COUNTY (PART)
CLINTON TOWNSHIP (PART)
TRACT 240000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043.
TRACT 240300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013.
TRACT 240600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,

2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020.
TRACT 240700 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3025, 3026, 3027,
4003, 4004, 4005, 4006, 4007, 4011.
TRACT 242000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038.
TRACT 242500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
TRACT 243000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020.
TRACT 243500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025.

TRACT 244000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025.
HARRISON TOWNSHIP
MACOMB TOWNSHIP (PART)
TRACT 224100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2024, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2042, 2043.
TRACT 224200 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1041, 1042, 1043, 1044, 1045, 2036.
TRACT 224300 INCLUDING BLOCK(S)
1000.
TRACT 224400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019.
TRACT 224500 INCLUDING BLOCK(S)
1017, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1025, 1026, 1028, 2001,
2002, 2003, 2004, 2005, 2009, 2010,
2011, 2012, 2013, 2024, 2025, 2026,
2027, 2028, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2039, 2041,
2042.
TRACT 224600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,

      2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020.

DISTRICT 025
  MACOMB COUNTY (PART)
    STERLING HEIGHTS CITY (PART)
      TRACT 230000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033.
      TRACT 230200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032,
4033, 4034.
      TRACT 230300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015.
      TRACT 230400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 3000,
3001, 3002, 3005.
      TRACT 230500 INCLUDING BLOCK(S)
        2012, 2013, 2015, 3013.
      TRACT 230900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,

2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017.
TRACT 231000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024.
TRACT 231100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033.
TRACT 231200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024.
TRACT 231800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,

2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012.
TRACT 231900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008.
TRACT 232000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 232100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013.
TRACT 232200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 5000, 5001,
5002, 5003, 5004, 5005.
TRACT 232500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022.

TRACT 233000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018.
TRACT 982000 INCLUDING BLOCK(S)
1046, 1047, 1048.
WARREN CITY (PART)
TRACT 260200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3000, 3001, 3002, 3003,
3004, 3005, 3006.
TRACT 260300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 3000, 3001,
3002, 3003, 3004, 3005, 3006.
TRACT 260400 INCLUDING BLOCK(S)
2000, 2001, 2002, 2027, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009.
TRACT 261100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029, 3030, 3031, 3032, 3033, 3034,
3035, 3036, 3037, 3038, 3039, 3040,
3041, 3042, 3043, 3044, 3045, 3046,
3047, 3048, 3049, 3050, 3051, 3052,
3053, 3054, 3055, 3056, 3057, 3058,
3059, 3060.
TRACT 261200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014.

TRACT 262000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018.
DISTRICT 026
  OAKLAND COUNTY (PART)
    MADISON HEIGHTS CITY
    ROYAL OAK CITY
DISTRICT 027
  OAKLAND COUNTY (PART)
    BERKLEY CITY
    FERNDALE CITY
    HAZEL PARK CITY
    HUNTINGTON WOODS CITY
    OAK PARK CITY
    PLEASANT RIDGE CITY
    ROYAL OAK TOWNSHIP
DISTRICT 028
  MACOMB COUNTY (PART)
    CENTER LINE CITY
    WARREN CITY (PART)
      TRACT 260400 INCLUDING BLOCK(S)
      1000, 1001, 1002, 2003, 2004, 2005,
      2006, 2007, 2008, 2009, 2010, 2011,
      2012, 2013, 2014, 2015, 2016, 2017,
      2018, 2019, 2020, 2021, 2022, 2023,
      2024, 2025, 2026, 2028, 2029, 2030,
      2031, 2032, 2033, 2034, 2035, 4000,
      4001, 5000, 5001, 5002, 5003, 5004,
      5005, 5006, 5007, 5008, 5009, 5010,
      5011, 5012, 5013, 5014, 5015.
      TRACT 260600 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 2000, 2001, 2002, 2003, 2004,
      2005, 2006, 2007, 2008, 2009, 2010,
      2011, 3000, 3001, 3002, 3003, 3004,
      3005, 3006, 3007, 3008, 3009, 3010,
      3011, 3012, 3013, 3014, 3015, 3016,
      3017.
      TRACT 260700 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 2000, 2001, 2002, 2003,
      2004, 2005, 2006, 3000, 3001, 3002,
      3003, 3004, 3005, 3006, 3007, 3008,
      3009, 3010, 3011, 3012, 3013, 3014.
      TRACT 260800 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      2000, 2001, 2002, 2003, 2004, 2005,
      2006, 2007, 2008, 2009, 3000, 3001,
      3002, 3003, 3004, 3005, 3006, 3007,
      3008.
      TRACT 260900 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 2000, 2001, 2002,

2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009.
TRACT 261000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007.
TRACT 261300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011.
TRACT 261700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012.
TRACT 261800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2016, 2017.
TRACT 261900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023.
TRACT 262100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074.
TRACT 262200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012.
TRACT 262300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027.
TRACT 262400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021.
TRACT 262500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 6000,
6001, 6002, 6003, 6004, 6005, 6006,
6007, 6008, 6009, 6010, 6011, 6012,
6013, 7000, 7001, 7002, 7003, 7004,
7005, 7006, 7007, 7008, 7009, 7010,
7011, 7012, 7013, 7014, 7015, 7016,
7017, 7018, 7019, 7020, 7021, 7022,
7023, 7024.
TRACT 263200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,

2009, 2010, 2011, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015.
TRACT 263400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008.
TRACT 263500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018.
TRACT 263600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023, 5024, 5025, 5026.
TRACT 263700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017.
TRACT 263800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,

2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 263900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 264000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024.
TRACT 268400 INCLUDING BLOCK(S)
1024, 1025, 1030, 1031, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 4013, 4014.
TRACT 982200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024.
TRACT 982300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073.
DISTRICT 029
OAKLAND COUNTY (PART)
AUBURN HILLS CITY
KEEGO HARBOR CITY
ORCHARD LAKE VILLAGE CITY
PONTIAC CITY
SYLVAN LAKE CITY

DISTRICT 030
  MACOMB COUNTY (PART)
    SHELBY TOWNSHIP (PART)
      TRACT 225702 INCLUDING BLOCK(S)
        2002, 2019, 2020.
      TRACT 225800 INCLUDING BLOCK(S)
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023,
        3009, 3010, 3011, 3012, 3017, 3018,
        3019, 3020, 3021, 3022, 3023, 3024,
        3025, 3026, 3027, 3028, 3029, 3030,
        3031, 3032, 3033, 3034, 3035, 3036,
        3037, 3038, 3039, 4000, 4001, 4002,
        4003, 4004, 4005, 4006, 4007, 4008,
        4009, 4010, 4011, 4012, 4013, 4014,
        4015, 4016, 4017, 4018, 4019.
      TRACT 225900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023,
        2024, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014, 3015, 3016.
      TRACT 227000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 3023, 3024, 3025, 3026, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        4007, 4008, 4009, 4010, 4011, 4012,
        4013, 4014, 4015, 4016, 4017, 4018,
        4019, 4020, 4021, 4022, 4023, 4024,
        4025, 4026, 4027.
      TRACT 227300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017, 2018, 2019,
        2020, 2021, 2022, 2023, 2024, 2025,
        2026, 2027, 2028, 2029, 2030, 2031,
        2032, 2033, 2034, 2035.

STERLING HEIGHTS CITY (PART)
TRACT 230400 INCLUDING BLOCK(S)
1021, 1022, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3003, 3004, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016.
TRACT 230500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2014, 2016, 2017, 2018, 2019,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023.
TRACT 230601 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025.
TRACT 230602 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018.
TRACT 230700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009.
TRACT 230800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020.
TRACT 231400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019.
TRACT 231500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013.
TRACT 231600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010.
TRACT 231700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.

TRACT 232300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 3000.
TRACT 232400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012.
TRACT 982000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1049, 1050,
1051, 1052, 1053, 1054, 1055, 1056,
1057.
UTICA CITY
DISTRICT 031
MACOMB COUNTY (PART)
CLINTON TOWNSHIP (PART)
TRACT 240000 INCLUDING BLOCK(S)
1031, 1032, 1033, 1034, 1035, 1036.
TRACT 240400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015.
TRACT 240500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026.
TRACT 240700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 4000,
4001, 4002, 4008, 4009, 4010, 4012,
4013, 4014.
TRACT 240800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028.
TRACT 240900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025.
TRACT 241000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017.
TRACT 241200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008.

TRACT 241300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037.
TRACT 241400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 241500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052.
TRACT 241600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015.
TRACT 241700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028.
TRACT 241800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,

　　　　1072, 1073, 1074, 1075, 1076, 2000,
　　　　2001, 2002, 2003, 2004, 2005, 2006,
　　　　2007, 2008, 2009, 2010, 2011, 2012,
　　　　2013, 2014, 2015, 2016, 2017, 2018,
　　　　2019, 2020, 2021, 2022, 2023, 2024,
　　　　2025, 2026, 2027, 2028, 2029, 2030,
　　　　3000, 3001, 3002, 3003, 3004, 3005,
　　　　3006, 3007, 3008, 3009, 3010, 3011,
　　　　3012, 3013, 3014, 3015, 3016, 3017,
　　　　3018, 3019, 3020.
　　　TRACT 241900 INCLUDING BLOCK(S)
　　　　1000, 1001, 1002, 1003, 1004, 1005,
　　　　1006, 1007, 1008, 1009, 1010, 1011,
　　　　1012, 1013, 1014, 1015, 1016, 1017,
　　　　1018, 1019, 1020, 1021, 1022, 1023,
　　　　1024, 1025, 1026, 1027, 1028, 2000,
　　　　2001, 2002, 2003, 2004, 2005, 2006,
　　　　2007, 2008, 2009, 2010, 2011, 2012,
　　　　2013, 2014, 2015, 2016, 2017, 2018,
　　　　2019, 2020, 2021, 2022, 2023, 2024,
　　　　2025, 2026, 3000, 3001, 3002, 3003,
　　　　3004, 3005, 3006, 3007, 3008, 3009,
　　　　3010, 3011, 3012, 3013, 3014, 3015,
　　　　3016, 3017, 3018, 3019, 3020, 3021.
　　　TRACT 242100 INCLUDING BLOCK(S)
　　　　1000, 1001, 1002, 1003, 1004, 2000,
　　　　2001, 2002, 2003, 2004, 2005, 2006,
　　　　2007, 2008, 2009, 2010, 2011, 2012.
　　　TRACT 243500 INCLUDING BLOCK(S)
　　　　2000, 2001, 2002, 2003, 2004, 2005,
　　　　2026.
　　FRASER CITY
　　MT. CLEMENS CITY
DISTRICT 032
　MACOMB COUNTY (PART)
　　CHESTERFIELD TOWNSHIP
　　NEW BALTIMORE CITY
　ST. CLAIR COUNTY (PART)
　　CASCO TOWNSHIP
　　COLUMBUS TOWNSHIP
　　IRA TOWNSHIP
　　KENOCKEE TOWNSHIP
　　KIMBALL TOWNSHIP
　　MEMPHIS CITY
　　RICHMOND CITY
　　RILEY TOWNSHIP
　　WALES TOWNSHIP
DISTRICT 033
　MACOMB COUNTY (PART)
　　ARMADA TOWNSHIP
　　LENOX TOWNSHIP
　　MACOMB TOWNSHIP (PART)
　　　TRACT 223400 INCLUDING BLOCK(S)
　　　　1000, 1001, 1002, 1003, 1004, 1005,
　　　　1006, 1007, 1008, 1009, 1010, 1011,
　　　　1012, 1013, 1014, 1015, 1016, 1017,
　　　　1018, 1019, 1020, 1021, 1022, 1023,
　　　　1024, 1025, 1026, 1027, 1028, 1029,
　　　　2000, 2001, 2002, 2003, 2004, 2005,

2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062, 2063, 2064, 2065,
2066, 2067, 2068, 2069, 2070, 2071,
2072, 2073, 2074, 2075, 2076, 2077,
2078, 2079, 2080, 2081, 2082, 2083,
2084, 2085, 2086, 2087, 2088, 2089,
2090, 2091, 2092, 2093, 2094, 2095,
2096, 2097, 2098, 2099, 2100, 2101,
2102, 2103, 2104, 2105, 2106, 2107,
2108, 2109, 2110, 2111, 2112, 2113,
2114, 2115, 2116, 2117, 2118, 2119,
2120, 2121, 2122, 2123, 2124, 2125,
2126, 2127, 2128, 2129, 2130, 2131,
2132, 2133, 2134, 2135, 2136, 2137,
2138, 2139, 2140, 2141, 2142, 2143,
2144, 2145, 2146, 2147, 2148, 2149.
TRACT 223500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046.
TRACT 223800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 2049, 2050, 2051, 2052,
2053, 2054, 2055, 2056, 2057, 2058,
2059, 2060, 2061, 2062, 2063, 2064,
2065, 2066, 2067, 2068, 2069, 2070,
2071, 2072, 2073, 2074, 2075, 2076,
2077, 2078, 2079, 2080, 2081, 2082,
2083, 2084, 2085, 2086, 2087, 2088,
2089, 2090, 2091, 2092, 2093, 2094,
2095, 2096, 2097, 2098, 2099, 2100,
2101, 2102, 2103, 2104, 2105, 2106,
2107, 2108, 2109, 2110, 2111, 2112,
2113, 2114, 2115, 2116, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019.

TRACT 223900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041, 3042, 3043,
3044, 3045, 3046, 3047, 3048, 3049,
3050, 3051, 3052, 3053, 3054, 3055,
3056, 3057, 3058, 3059, 3060, 3061,
3062, 3063, 3064.
TRACT 224000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3062, 3063,
3064, 3065.
TRACT 224100 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2021, 2022, 2023, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2041.
TRACT 224200 INCLUDING BLOCK(S)
1000, 1029, 1038, 1039, 1040, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,

      2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2037,
2038, 2039, 2040, 2041, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026.
    TRACT 224300 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021.
    TRACT 224500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1027,
2000, 2006, 2007, 2008, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2029, 2038, 2040.
  MEMPHIS CITY
  RAY TOWNSHIP
  RICHMOND CITY
  RICHMOND TOWNSHIP
DISTRICT 034
  GENESEE COUNTY (PART)
    FLINT CITY (PART)
      TRACT 000100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006.
      TRACT 000200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019.
      TRACT 000300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008.

TRACT 000400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025.
TRACT 000500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018.
TRACT 000600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010.
TRACT 000700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009.
TRACT 000800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026.
TRACT 000900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 745 of 1209

3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020.
TRACT 001100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022, 4023,
4024, 4025, 4026, 4027, 4028, 4029,
4030, 4031, 4032, 4033, 4034, 4035,
4036, 4037.
TRACT 001200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013.
TRACT 001300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,

3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 001400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035.
TRACT 001500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031.
TRACT 001600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2003, 2004,
2005, 2006, 2010, 3000, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3018,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022, 4023,
4024, 4025, 4026, 4027, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015.
TRACT 001700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049, 2050, 2051, 2052, 2053, 2054,
2055, 2056, 2057, 2058, 2059, 2060.
TRACT 001800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,

2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024.
TRACT 001900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036.
TRACT 002000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026.
TRACT 002200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031,
5032, 5033, 5034, 5035, 5036, 5037,
5038.
TRACT 002300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019.

TRACT 002400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008.
TRACT 002600 INCLUDING BLOCK(S)
1011, 1012, 1013, 1015, 1016, 2004,
2005, 2006, 2007, 2008, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019, 5020, 5021,
5022, 5023, 5024, 5025, 5026, 5027,
5028, 5029, 5030, 5031, 5032, 5033.
TRACT 002700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
4029, 4030, 4031.
TRACT 002800 INCLUDING BLOCK(S)
1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1018, 1019, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2017,
2018, 2019, 2020, 2021, 2026, 2027,
2028, 2029, 2030, 2031, 2036, 2037,
2038, 2049, 2050, 2051, 2104, 2105,
3005, 3006, 3027, 3028, 3029, 3030,
3031, 3032, 3038, 3039, 3040.
TRACT 003000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1014, 1015, 1016, 1017, 1018,
1019, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3028,
3039, 3040, 3041, 3042.
TRACT 003100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056, 2057,
2058, 2059.
TRACT 003200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022.
TRACT 003300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008.
TRACT 003400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023.
TRACT 003500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009.
TRACT 003600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,

JOURNAL OF THE HOUSE [June 28, 2011]

2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4017, 4018, 4026, 4027, 4029, 5000,
5001, 5002, 5003, 5004, 5005.
TRACT 003700 INCLUDING BLOCK(S)
1005, 1006, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 3000, 3001, 3002, 3031, 3033,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018.
TRACT 003800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036.
TRACT 004000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020.
TRACT 013600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034.
TRACT 980100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042.

DISTRICT 035
  OAKLAND COUNTY (PART)
    LATHRUP VILLAGE CITY
    SOUTHFIELD CITY
    SOUTHFIELD TOWNSHIP
DISTRICT 036
  MACOMB COUNTY (PART)
    BRUCE TOWNSHIP
    SHELBY TOWNSHIP (PART)
      TRACT 225100 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      1024, 1025, 1026, 1027, 1028, 1029,
      1030, 1031, 1032, 1033, 1034, 2000,
      2001, 2002, 2003, 2004, 2005, 2006,
      2007, 2008, 2009, 2010, 2011, 2012,
      2013, 2014, 2015, 2016, 2017.
      TRACT 225200 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      1024, 1025, 1026, 1027, 1028, 1029,
      1030, 1031, 1032, 1033, 1034, 1035,
      1036, 2000, 2001, 2002, 2003, 2004,
      2005, 2006, 2007, 2008, 2009, 2010,
      2011, 2012, 2013, 2014, 2015, 2016,
      2017, 2018, 3000, 3001, 3002, 3003,
      3004, 3005, 3006, 3007, 3008, 3009,
      3010, 3011, 3012, 3013, 3014, 3015,
      3016, 3017, 3018, 3019, 3020, 3021,
      3022, 3023, 3024, 3025, 3026, 3027.
      TRACT 225300 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 2000, 2001, 2002, 2003, 2004,
      2005, 2006, 2007, 2008, 2009, 2010,
      2011, 2012, 3000, 3001, 3002, 3003,
      3004, 3005, 3006, 3007, 3008, 3009,
      4000, 4001, 4002, 4003, 4004, 4005,
      4006, 4007, 4008, 4009, 4010, 4011,
      4012, 4013, 4014, 4015, 4016, 4017,
      4018, 4019, 4020, 4021, 4022, 4023,
      4024, 4025.

TRACT 225400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017.
TRACT 225500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 225600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024.
TRACT 225701 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019.
TRACT 225702 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018.

TRACT 225800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3013, 3014, 3015, 3016.
TRACT 226100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033.
TRACT 226400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036.
TRACT 226700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041.
WASHINGTON TOWNSHIP
DISTRICT 037
OAKLAND COUNTY (PART)
FARMINGTON CITY
FARMINGTON HILLS CITY
DISTRICT 038
OAKLAND COUNTY (PART)
LYON TOWNSHIP
NORTHVILLE CITY
NOVI CITY
NOVI TOWNSHIP
SOUTH LYON CITY
WALLED LAKE CITY
DISTRICT 039
OAKLAND COUNTY (PART)
COMMERCE TOWNSHIP

WEST BLOOMFIELD TOWNSHIP (PART)
TRACT 145200 INCLUDING BLOCK(S)
1035, 1036, 2006, 2007, 2020, 2021,
2022, 2024, 2025.
TRACT 154100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045.
TRACT 154600 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1008, 1010,
1011, 1012, 1013, 1014, 1015, 1016,
1017, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1046, 1047, 1048, 1049,
1050, 1053, 1054, 1055, 1056, 1057,
1058, 1059, 1060, 1061, 1062, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008.
TRACT 156100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027.
TRACT 156200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,

5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019, 5020,
5021, 5022, 5023, 5024, 5025, 5026,
5027, 5028, 5029, 5030, 5031, 5032,
5033.
TRACT 156500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2015, 2016, 2017, 2018, 2019.
TRACT 157200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025.
TRACT 157300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010.
TRACT 157400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015.
TRACT 157500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018.
TRACT 157600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
TRACT 157700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019.
WIXOM CITY
DISTRICT 040
OAKLAND COUNTY (PART)
BIRMINGHAM CITY
BLOOMFIELD TOWNSHIP
BLOOMFIELD HILLS CITY

WEST BLOOMFIELD TOWNSHIP (PART)
TRACT 150600 INCLUDING BLOCK(S)
2012, 2018, 2021, 2031.
TRACT 156000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021.
TRACT 156300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030.
TRACT 156400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042.
TRACT 156500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.
TRACT 156900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

    1018, 1019, 1020, 1021, 1022, 1023,
    1024, 1025, 2000, 2001, 2002, 2003,
    2004, 2005, 2006, 2007, 2008, 2009,
    2010, 2011, 2012, 2013, 2014, 2015,
    2016, 2017, 2018, 2019, 2020, 2021,
    2022, 2023, 2024, 2025, 2026, 2027.
   TRACT 157000 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    2000, 2001, 2002, 2003, 2004, 2005,
    2006, 2007, 2008, 2009, 2010, 2011,
    2012, 2013, 2014, 2015, 2016, 2017,
    2018, 2019, 2020, 2021, 2022, 2023,
    2024, 2025, 2026, 2027, 2028, 2029,
    2030, 2031, 2032, 2033.
   TRACT 157100 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 2000, 2001, 2002,
    2003, 2004, 2005, 2006, 2007, 2008,
    2009, 2010, 2011, 2012, 2013.
   TRACT 157800 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 2000, 2001, 2002, 2003,
    2004, 2005, 2006, 2007, 2008, 2009,
    2010, 2011, 2012, 2013, 2014, 3000,
    3001, 3002, 3003, 3004, 3005, 3006,
    3007, 3008, 3009, 3010, 3011, 3012,
    3013, 3014, 3015, 3016, 3017, 3018,
    3019, 3020, 3021.
   TRACT 157900 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 2000,
    2001, 2002, 2003, 2004, 2005, 2006,
    2007, 2008, 2009, 2010, 2011, 2012,
    2013, 2014, 2015, 2016, 2017, 2018,
    2019, 2020, 2021.
DISTRICT 041
 OAKLAND COUNTY (PART)
  CLAWSON CITY
  TROY CITY
DISTRICT 042
 LIVINGSTON COUNTY (PART)
  BRIGHTON CITY
  BRIGHTON TOWNSHIP
  GENOA TOWNSHIP
  GREEN OAK TOWNSHIP
  HAMBURG TOWNSHIP
  PUTNAM TOWNSHIP
DISTRICT 043
 OAKLAND COUNTY (PART)
  INDEPENDENCE TOWNSHIP
  LAKE ANGELUS CITY
  VILLAGE OF CLARKSTON CITY
  WATERFORD TOWNSHIP (PART)
   TRACT 143500 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 5009,
5010, 5011, 5012, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5023,
5024, 5025, 5026, 5027, 5028, 5029,
5031, 5032, 5033, 5034, 5039.
TRACT 144100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018.
TRACT 144200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016.
TRACT 144300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022, 4023, 4024, 4025,
4026.
TRACT 144400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015.
TRACT 144500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058.
TRACT 144600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 144701 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019.
TRACT 144800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 144900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.

TRACT 145100 INCLUDING BLOCK(S)
1000, 1001, 1004, 1005, 1006, 1007,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 145200 INCLUDING BLOCK(S)
3008, 3009, 3010, 3011, 3012.
TRACT 145300 INCLUDING BLOCK(S)
1000, 1001, 1003, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008.
TRACT 145400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 3033, 3034, 3035, 3036,
3037, 3038, 3039, 3040, 3041, 3042,
3043, 3044, 3045, 3046, 3047, 3048,
3049, 3050, 3051, 3052, 3053, 3054,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 145502 INCLUDING BLOCK(S)
1000.
TRACT 145600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003.
TRACT 145700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021.
TRACT 145900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029.

TRACT 154200 INCLUDING BLOCK(S)
1018.
TRACT 154600 INCLUDING BLOCK(S)
1000.
DISTRICT 044
OAKLAND COUNTY (PART)
HIGHLAND TOWNSHIP
MILFORD TOWNSHIP
SPRINGFIELD TOWNSHIP
WATERFORD TOWNSHIP (PART)
TRACT 145100 INCLUDING BLOCK(S)
1002, 1003, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017.
TRACT 145200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2023,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007.
TRACT 145300 INCLUDING BLOCK(S)
1002, 1004, 1005, 1006, 1007, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1017, 1018, 1019.
TRACT 145501 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007.
TRACT 145502 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1030,
1031, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009.
TRACT 145600 INCLUDING BLOCK(S)
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 154600 INCLUDING BLOCK(S)
1006, 1007, 1009.
WHITE LAKE TOWNSHIP
DISTRICT 045
OAKLAND COUNTY (PART)
OAKLAND TOWNSHIP (PART)
TRACT 190500 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1019, 1020,
1021, 1022.
TRACT 190700 INCLUDING BLOCK(S)
1000, 1001, 1003, 1004, 1028, 1029,
1030, 1031, 1032, 1033, 1034.

TRACT 190800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022.
ROCHESTER CITY
ROCHESTER HILLS CITY
DISTRICT 046
OAKLAND COUNTY (PART)
ADDISON TOWNSHIP
BRANDON TOWNSHIP
OAKLAND TOWNSHIP (PART)
TRACT 190200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022.
TRACT 190400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025.
TRACT 190500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1010, 1011, 1012, 1013, 1014, 1015,
1016, 1017, 1018, 1023, 1024.
TRACT 190700 INCLUDING BLOCK(S)
1002, 1005, 1006, 1007, 1008, 1009,
1010, 1011, 1012, 1013, 1014, 1015,
1016, 1017, 1018, 1019, 1020, 1021,
1022, 1023, 1024, 1025, 1026, 1027,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033.
ORION TOWNSHIP
OXFORD TOWNSHIP
DISTRICT 047
LIVINGSTON COUNTY (PART)
COHOCTAH TOWNSHIP
CONWAY TOWNSHIP
DEERFIELD TOWNSHIP
FENTON CITY

> HANDY TOWNSHIP
> HARTLAND TOWNSHIP
> HOWELL CITY
> HOWELL TOWNSHIP
> IOSCO TOWNSHIP
> MARION TOWNSHIP
> OCEOLA TOWNSHIP
> TYRONE TOWNSHIP
> UNADILLA TOWNSHIP

DISTRICT 048
> GENESEE COUNTY (PART)
> > CLIO CITY
> > DAVISON CITY
> > DAVISON TOWNSHIP
> > FOREST TOWNSHIP
> > GENESEE TOWNSHIP
> > MONTROSE CITY
> > MONTROSE TOWNSHIP
> > RICHFIELD TOWNSHIP
> > THETFORD TOWNSHIP
> > VIENNA TOWNSHIP

DISTRICT 049
> GENESEE COUNTY (PART)
> > FLINT CITY (PART)
> > > TRACT 001500 INCLUDING BLOCK(S)
> > > 3000, 3001, 3002, 3003, 3004, 3005,
> > > 3006, 3007, 3008, 3009, 3010, 3011,
> > > 3012, 3013, 3014, 3015, 3016, 3017,
> > > 3018, 3019.
> > > TRACT 001600 INCLUDING BLOCK(S)
> > > 2000, 2001, 2002, 2007, 2008, 2009,
> > > 2011, 2012, 2013, 2014, 3001, 3002,
> > > 3010, 3011, 3012, 3013, 3014, 3015,
> > > 3016, 3017.
> > > TRACT 002600 INCLUDING BLOCK(S)
> > > 1000, 1001, 1002, 1003, 1004, 1005,
> > > 1006, 1007, 1008, 1009, 1010, 1014,
> > > 1017, 1018, 1019, 1020, 1021, 1022,
> > > 1023, 1024, 1025, 1026, 1027, 1028,
> > > 1029, 1030, 1031, 1032, 1033, 1034,
> > > 1035, 1036, 2000, 2001, 2002, 2003,
> > > 2009, 2010, 2011, 2012, 2013, 2014,
> > > 2015, 2016, 2017, 3000, 3001, 3002,
> > > 3003, 3004, 3005, 3006, 3007, 3008,
> > > 3009, 3010, 3011, 3012, 3013, 3014,
> > > 3015, 3016, 3017, 3018.
> > > TRACT 002800 INCLUDING BLOCK(S)
> > > 1000, 1001, 1002, 1003, 1004, 1005,
> > > 1006, 1007, 1008, 1017, 2000, 2001,
> > > 2002, 2003, 2004, 2005, 2006, 2007,
> > > 2008, 2016, 2022, 2023, 2024, 2025,
> > > 2032, 2033, 2034, 2035, 2039, 2040,
> > > 2041, 2042, 2043, 2044, 2045, 2046,
> > > 2047, 2048, 2052, 2053, 2054, 2055,
> > > 2056, 2057, 2058, 2059, 2060, 2061,
> > > 2062, 2063, 2064, 2065, 2066, 2067,
> > > 2068, 2069, 2070, 2071, 2072, 2073,
> > > 2074, 2075, 2076, 2077, 2078, 2079,
> > > 2080, 2081, 2082, 2083, 2084, 2085,

2086, 2087, 2088, 2089, 2090, 2091,
2092, 2093, 2094, 2095, 2096, 2097,
2098, 2099, 2100, 2101, 2102, 2103,
2106, 2107, 2108, 2109, 3000, 3001,
3002, 3003, 3004, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3033,
3034, 3035, 3036, 3037.
TRACT 002900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029.
TRACT 003000 INCLUDING BLOCK(S)
1013, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3043,
3044.
TRACT 003200 INCLUDING BLOCK(S)
3003.
TRACT 003600 INCLUDING BLOCK(S)
3016, 3017, 3018, 3019, 3020, 3021,
4015, 4016, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4028, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 6000, 6001, 6002, 6003, 6004,
6005, 6006, 6007, 6008, 6009, 6010,
6011, 6012, 6013, 6014, 6015, 6016,
6017, 6018, 6019, 6020, 6021, 6022,
6023, 6024, 6025, 6026, 6027, 6028,
6029.
TRACT 003700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1007,
1009, 1010, 1011, 1012, 1013, 2012,
2013, 2014, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3032, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042.
TRACT 013500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,

      2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019.
    TRACT 980000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1039, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1048, 1049, 1050,
1051, 1052.
  FLINT TOWNSHIP
  FLUSHING CITY
  MOUNT MORRIS CITY
  MOUNT MORRIS TOWNSHIP
  SWARTZ CREEK CITY
DISTRICT 050
  GENESEE COUNTY (PART)
    BURTON CITY
    GRAND BLANC CITY
    GRAND BLANC TOWNSHIP
    MUNDY TOWNSHIP
DISTRICT 051
  GENESEE COUNTY (PART)
    ARGENTINE TOWNSHIP
    ATLAS TOWNSHIP
    CLAYTON TOWNSHIP
    FENTON CITY
    FENTON TOWNSHIP
    FLUSHING TOWNSHIP
    GAINES TOWNSHIP
    LINDEN CITY
  OAKLAND COUNTY (PART)
    FENTON CITY
    GROVELAND TOWNSHIP
    HOLLY TOWNSHIP
    ROSE TOWNSHIP
DISTRICT 052
  WASHTENAW COUNTY (PART)
    ANN ARBOR CITY (PART)
      TRACT 403300 INCLUDING BLOCK(S)
1004, 3059, 3063.
    BRIDGEWATER TOWNSHIP
    CHELSEA CITY
    DEXTER TOWNSHIP
    FREEDOM TOWNSHIP
    LIMA TOWNSHIP
    LODI TOWNSHIP

LYNDON TOWNSHIP
MANCHESTER TOWNSHIP
NORTHFIELD TOWNSHIP
PITTSFIELD TOWNSHIP (PART)
    TRACT 423400 INCLUDING BLOCK(S)
      2003, 2018, 2020.
SALEM TOWNSHIP
SALINE CITY
SALINE TOWNSHIP
SCIO TOWNSHIP (PART)
    TRACT 403300 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1009, 2005,
      2007, 2008, 2040, 3004, 3005, 3033,
      3034, 3037, 3039, 3041, 3044, 3046,
      3060, 3061.
    TRACT 404200 INCLUDING BLOCK(S)
      2002.
    TRACT 453000 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      1024, 1025, 1026, 1027, 1028, 1029,
      1030, 1031, 1032, 1033, 1034, 1035,
      2000, 2001, 2002, 2003, 2004, 2005,
      2006, 2007, 2008, 2009, 2010, 2011,
      2012, 2013, 2014, 2015, 2016, 2017,
      2018, 2019, 2020, 2021, 2022, 2023,
      2024, 2025, 2026, 2027, 2028, 2029,
      2030, 2031, 2032, 2033, 2034, 2035,
      2036, 2037, 2038, 2039, 2040, 2041,
      2042, 2043, 2044, 2045, 2046, 2047,
      3000, 3001, 3002, 3003, 3004, 3005,
      3006, 3007, 3008, 3009, 3010, 3011,
      3012, 3013, 3014, 3015, 3016, 3019,
      3020, 3021, 3022, 3023, 3024, 3025,
      3026, 3027, 3028, 3029, 3030, 3031,
      3032.
    TRACT 454000 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      1024, 1025, 1026, 1027, 1028, 1029,
      1030, 1031, 1032, 1033, 1034, 1035,
      1036, 1037, 1038, 1039, 1040, 1041,
      1042, 1043, 1044, 1045, 1046, 1047,
      2000, 2001, 2002, 2003, 2004, 2005,
      2006, 2007, 2008, 2009, 2010, 2011,
      2012, 2013, 2014, 2015, 2016, 2017,
      2018, 2019, 2020, 2021, 2022, 2023,
      2024, 2025, 2026, 2027, 2028, 2029,
      2030, 2031, 2032, 2033, 2034, 2035,
      2036, 2037, 2038, 2039, 2040, 2041,
      2042, 2043, 2044, 2045, 2046, 2047,
      2048, 2049, 2050, 2051, 2052, 2053,
      2054, 2055, 2056, 2057, 2058, 2059,
      2060, 2061, 2062.

Case 1:11-cv-01938-RJL-BMK-CKK    Document 1-7    Filed 11/03/11    Page 767 of 1209

TRACT 455000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2046, 2047, 2048, 2049, 2050,
2051, 2052, 2053.
TRACT 456000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014.
SHARON TOWNSHIP
SYLVAN TOWNSHIP
WEBSTER TOWNSHIP
DISTRICT 053
WASHTENAW COUNTY (PART)
ANN ARBOR CITY (PART)
TRACT 400100 INCLUDING BLOCK(S)
1000, 1001, 1010, 1011, 1012, 1013,
1014, 1015, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032.
TRACT 400200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 4000, 4001.
TRACT 400300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 400400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019.

TRACT 400500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008.
TRACT 400600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007.
TRACT 400700 INCLUDING BLOCK(S)
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
3000, 3001.
TRACT 400800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 2000, 2002,
2005, 2007, 3000, 3001, 3002, 3003,
3004, 3005.
TRACT 402100 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3008, 3009, 3010.
TRACT 402200 INCLUDING BLOCK(S)
1000, 1001, 1002, 2009, 3000, 3001,
3002, 3003, 3005, 3006, 3007, 3008,
3009, 4000, 4002, 4003.
TRACT 402300 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 1010,
1011, 1012, 1013, 1014, 1017, 2000,
2001, 2002, 2003, 2006, 2008, 2009,
2010, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2024, 2025,
2027, 2029, 2030, 2031, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2045, 2046.
TRACT 403300 INCLUDING BLOCK(S)
1005, 1006, 1008, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1033,
2000, 2001, 2002, 2003, 2004, 2006,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2024, 2026, 2028, 2029, 2032,
2034, 2035, 2036, 3000, 3001, 3003,
3006, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3018, 3019,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 769 of 1209

3020, 3021, 3023, 3024, 3025, 3026,
3027, 3029, 3030, 3031, 3032, 3035,
3036, 3038, 3040, 3042, 3043, 3045,
3047, 3048, 3049, 3050, 3051, 3052,
3053, 3054, 3055, 3056, 3057, 3058,
3062.
TRACT 403400 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2019.
TRACT 403500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1029, 1031,
1032, 1033, 1034, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2010.
TRACT 403600 INCLUDING BLOCK(S)
1008, 1009, 1010, 1011.
TRACT 404100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012.
TRACT 404200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2003, 2004, 2005, 2006.
TRACT 404300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2014, 2015, 2016, 2017,
2018, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020.
TRACT 404400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2002, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016.
TRACT 404500 INCLUDING BLOCK(S)
1000, 1001, 1005, 1006, 1009, 1011,
1013, 1014, 1015, 1016, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011.
TRACT 404600 INCLUDING BLOCK(S)
1000, 1002, 1003, 1005, 1006, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1016, 1017, 1018, 1019, 1020, 2000,
2001, 2002, 2003, 2004, 2005, 2006,

2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 405100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1006,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021.
TRACT 405200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 3000, 3001, 3002, 3003,
3004, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4012, 4013, 4014,
4015, 4016, 4018, 4019, 4020, 4021,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 6000, 6001, 6002,
6003, 6004, 6005, 6006, 6007, 6008.
TRACT 405300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1010, 1011, 1012,
1013, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2017,
2018, 2019, 2020, 2022, 2024, 2025,
2026, 2028, 2030, 2033, 2039, 2040,
2043, 2044, 2046, 2047, 2049, 2050,
2051, 2052, 2060, 2061, 2062, 2063,
2067, 2068, 2070, 3000, 3001, 3002,
3003, 3004, 3006, 3008, 3009, 3010,
3011, 3012, 3013, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3032, 3033, 3034, 3035, 3036,
3037, 3038, 3039, 3040, 3041, 3042,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 5000, 5001, 5002,
5003, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5015, 5016,
5017, 5018, 5019, 5020, 5022, 5023,
5024, 5026, 5030, 5031, 5032, 5033,
5035, 5036, 5038, 5040, 5041, 5042,
5043, 5044, 5045, 5046, 5047, 5048,
5049, 5052, 5053, 5054, 5055, 5056,
5057.
TRACT 405400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3003, 3004, 3005,
3006, 3007, 3008, 3010, 3011.
TRACT 405500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2001, 2002, 2003,
2004, 2005, 2008, 2009, 2010, 2011,
2012, 2022, 2023.
TRACT 405600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2006, 2007, 2008,
2009, 2010, 2011, 3000, 3001, 3002,
3004, 3005, 3006, 3007, 3008, 3009,
3011, 3012, 3013.
TRACT 414200 INCLUDING BLOCK(S)
1013, 1014.
TRACT 414700 INCLUDING BLOCK(S)
1000, 1005, 1007, 1013, 1019, 1025.
TRACT 414900 INCLUDING BLOCK(S)
1002, 1003.
TRACT 415400 INCLUDING BLOCK(S)
1003, 1004.
TRACT 453000 INCLUDING BLOCK(S)
3017, 3018.
ANN ARBOR TOWNSHIP (PART)
TRACT 402200 INCLUDING BLOCK(S)
1003, 3004, 4001.
TRACT 402300 INCLUDING BLOCK(S)
1018, 2004, 2005, 2007, 2011, 2021,
2022, 2023, 2026, 2028, 2032.
TRACT 403500 INCLUDING BLOCK(S)
1028, 1030, 2009.
TRACT 404300 INCLUDING BLOCK(S)
2012, 2013.
TRACT 404500 INCLUDING BLOCK(S)
1002.
TRACT 404600 INCLUDING BLOCK(S)
1004.
TRACT 405300 INCLUDING BLOCK(S)
1009, 2016, 2021, 2023, 2027, 2029,
2041, 2048, 2056, 2065, 2066, 2069,
3005, 3007, 3014, 3031, 5004, 5014,
5021, 5025, 5027, 5028, 5029, 5034,
5037, 5039, 5050, 5051.
PITTSFIELD TOWNSHIP (PART)
TRACT 404400 INCLUDING BLOCK(S)
2001, 2003.
TRACT 404500 INCLUDING BLOCK(S)
1003, 1004, 1007, 1008, 1010, 1012,
2013.
TRACT 404600 INCLUDING BLOCK(S)
1001, 1007, 1015.
TRACT 405100 INCLUDING BLOCK(S)
1005, 1007.

TRACT 405200 INCLUDING BLOCK(S)
4008, 4009, 4010, 4011, 4017.
TRACT 405600 INCLUDING BLOCK(S)
2005, 3003.
SCIO TOWNSHIP (PART)
TRACT 403300 INCLUDING BLOCK(S)
1007, 1030, 1031, 1032, 2022, 2023,
2025, 2027, 2030, 2031, 2033, 2037,
2038, 2039, 2041, 2042, 3002, 3007,
3017, 3022, 3028.
DISTRICT 054
WASHTENAW COUNTY (PART)
SUPERIOR TOWNSHIP
YPSILANTI CITY
YPSILANTI TOWNSHIP
DISTRICT 055
WASHTENAW COUNTY (PART)
ANN ARBOR CITY (PART)
TRACT 400100 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1016, 1017, 1018, 1019.
TRACT 400700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2016.
TRACT 400800 INCLUDING BLOCK(S)
1004, 1005, 1006, 1007, 2001, 2003,
2004, 2006.
TRACT 402100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3011, 3012, 3013.
TRACT 402200 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2010.
TRACT 402300 INCLUDING BLOCK(S)
1003, 1004.
TRACT 402500 INCLUDING BLOCK(S)
1000, 1001, 1004, 1005, 1006, 1008,
1009, 1011, 1013, 1014, 1015, 1016,
1017, 1018, 1019, 1020, 1021, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009.
TRACT 402600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1009, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011.
TRACT 402700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,

Exhibit D-25
Page 202 of 638

3002, 3003, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023.
TRACT 403100 INCLUDING BLOCK(S)
1000, 1008, 1009, 1011, 1012, 1015,
1016, 1017, 1019, 1022, 1024, 1025,
1026, 1027, 1028, 1032, 1034, 1037,
1041, 1042, 1045, 1047, 1048, 1049,
1056.
TRACT 403200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1011, 1012, 1013, 1014, 1015,
1016, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1025, 1026, 1027, 1028,
1029, 1030, 1031, 1032, 1033, 1034,
1035, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3001, 3002, 3004, 3005, 3008, 3009,
3010, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020.
TRACT 403400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1010, 1011, 1012,
1013, 1014, 2005, 2006, 2017, 2018,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015.
TRACT 403600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1006,
1007, 2000, 2001, 2002, 2003, 2004,
3001, 3002, 3003, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3017, 3018, 3019, 3021.
TRACT 403800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1006, 1007,
1008, 1009, 1011, 1013, 1014, 1015,
1018, 1019, 1020, 1021, 1022, 1023,
1026, 1027, 2002, 2003, 2004, 2006,
2007, 2008, 2009, 2010, 2011, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2023.
TRACT 406000 INCLUDING BLOCK(S)
1031, 1038, 1039, 1048, 1050, 1051,
1052, 1053, 2006.
ANN ARBOR TOWNSHIP (PART)
TRACT 402300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1015, 1016, 2043,
2044, 2047.
TRACT 402500 INCLUDING BLOCK(S)
1002, 1003, 1007, 1010, 1012, 1022.
TRACT 402600 INCLUDING BLOCK(S)
1008.
TRACT 402700 INCLUDING BLOCK(S)
3004, 3005, 3006.
TRACT 403100 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1010, 1013, 1014, 1018, 1020,
1021, 1023, 1029, 1030, 1031, 1033,

1035, 1036, 1038, 1039, 1040, 1043,
1044, 1046, 1050, 1051, 1052, 1053,
1054, 1055.
TRACT 403200 INCLUDING BLOCK(S)
1007, 1008, 1009, 1010, 1017, 3000,
3003, 3006, 3007, 3011.
TRACT 403400 INCLUDING BLOCK(S)
1009.
TRACT 403600 INCLUDING BLOCK(S)
1005, 3000, 3004, 3015, 3016, 3020,
3022.
TRACT 403800 INCLUDING BLOCK(S)
1004, 1005, 1010, 1012, 1016, 1017,
1024, 1025, 2000, 2001, 2005, 2012,
2022, 2024.
TRACT 405300 INCLUDING BLOCK(S)
2031, 2032, 2034, 2035, 2036, 2037,
2038, 2042, 2055, 2057, 2058, 2064.
TRACT 406000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1032, 1033, 1034, 1035, 1036,
1037, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1049, 1054, 1055,
2000, 2001, 2002, 2003, 2004, 2005,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062, 2063, 2064, 2065,
2069, 2070, 2071, 2072, 2073, 2074,
2075, 2076, 2077, 2078, 2079, 2080,
2081, 2082, 2083, 2084, 2085, 2086.
TRACT 407000 INCLUDING BLOCK(S)
1036, 1037, 1069, 1096.
TRACT 456000 INCLUDING BLOCK(S)
2015, 2016, 2017, 2018.
AUGUSTA TOWNSHIP
MILAN CITY
PITTSFIELD TOWNSHIP (PART)
TRACT 405300 INCLUDING BLOCK(S)
2045, 2053, 2054, 2059.
TRACT 405400 INCLUDING BLOCK(S)
3000, 3001, 3002, 3009.
TRACT 405500 INCLUDING BLOCK(S)
2000, 2006, 2007, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021.
TRACT 405600 INCLUDING BLOCK(S)
3010.
TRACT 414000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 3000, 3001,
3002, 3003.

TRACT 414200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1015, 1016, 1017, 1018, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004.
TRACT 414300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029.
TRACT 414500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030.
TRACT 414700 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1006, 1008,
1009, 1010, 1011, 1012, 1014, 1015,
1016, 1017, 1018, 1020, 1021, 1022,
1023, 1024, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035.
TRACT 414900 INCLUDING BLOCK(S)
1000, 1001, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014.
TRACT 415200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018.
TRACT 415400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1046, 1047, 1048, 1049,
1050, 1051, 1052, 1053, 1054, 1055,
1056, 1057.
TRACT 415600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028.

TRACT 415800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036.
TRACT 416000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014.
TRACT 416200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016.
TRACT 422900 INCLUDING BLOCK(S)
1000, 1001.
TRACT 423400 INCLUDING BLOCK(S)
2021.
YORK TOWNSHIP
DISTRICT 056
MONROE COUNTY (PART)
BEDFORD TOWNSHIP
DUNDEE TOWNSHIP
ERIE TOWNSHIP
IDA TOWNSHIP
LASALLE TOWNSHIP
LUNA PIER CITY
MILAN TOWNSHIP
MILAN CITY
MONROE TOWNSHIP (PART)
TRACT 831800 INCLUDING BLOCK(S)
1032, 1042, 1043, 1044, 1045, 1047,
1048, 1049, 1050, 1054, 1055, 1056,
1057, 1058, 1059, 2023, 2024, 2025,
2027.
TRACT 832000 INCLUDING BLOCK(S)
2017, 2018, 2019, 2020.
TRACT 832200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014.

TRACT 832300 INCLUDING BLOCK(S)
1007, 1009, 1017, 1018, 2003, 2004,
2005, 2006, 2009, 2013, 2014, 2015,
2017, 2018, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011.
TRACT 832400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016.
TRACT 832500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041.
PETERSBURG CITY
RAISINVILLE TOWNSHIP
SUMMERFIELD TOWNSHIP
WHITEFORD TOWNSHIP
DISTRICT 057
LENAWEE COUNTY (PART)
ADRIAN CITY
ADRIAN TOWNSHIP
BLISSFIELD TOWNSHIP
CLINTON TOWNSHIP
DEERFIELD TOWNSHIP
DOVER TOWNSHIP
FAIRFIELD TOWNSHIP
FRANKLIN TOWNSHIP

    HUDSON CITY
    HUDSON TOWNSHIP
    MACON TOWNSHIP
    MADISON TOWNSHIP
    MEDINA TOWNSHIP
    MORENCI CITY
    OGDEN TOWNSHIP
    PALMYRA TOWNSHIP
    RAISIN TOWNSHIP
    RIDGEWAY TOWNSHIP
    RIGA TOWNSHIP
    ROLLIN TOWNSHIP
    ROME TOWNSHIP
    SENECA TOWNSHIP
    TECUMSEH CITY
    TECUMSEH TOWNSHIP
    WOODSTOCK TOWNSHIP
DISTRICT 058
  BRANCH COUNTY
  HILLSDALE COUNTY
DISTRICT 059
  CASS COUNTY (PART)
    CALVIN TOWNSHIP
    DOWAGIAC CITY
    JEFFERSON TOWNSHIP
    LAGRANGE TOWNSHIP
    MARCELLUS TOWNSHIP
    MASON TOWNSHIP
    NEWBERG TOWNSHIP
    PENN TOWNSHIP
    POKAGON TOWNSHIP
    PORTER TOWNSHIP
    VOLINIA TOWNSHIP
    WAYNE TOWNSHIP
  ST. JOSEPH COUNTY
DISTRICT 060
  KALAMAZOO COUNTY (PART)
    KALAMAZOO CITY
    KALAMAZOO TOWNSHIP (PART)
      TRACT 000202 INCLUDING BLOCK(S)
        1001, 1003.
      TRACT 001501 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        2021, 2022, 2023, 2024, 2025, 2026,
        2027, 2028, 2029, 2030, 2031, 2032,
        2033, 2034, 2035, 2036, 2037, 2038,
        2039, 2040, 2041, 2042, 2043, 3000,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 3023, 3024, 3025,
        3026, 3027, 3028, 3029, 3030, 3031,
        3032, 3033, 3034, 3035, 3036, 3037,
        3038, 3039, 3040, 3041, 3042, 3043,

3044, 3045, 3046, 3047, 3048, 3049,
3050, 3051, 3052, 3053, 3054, 3055,
3056, 3057, 3058, 3059, 3060, 3061,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013.
TRACT 001502 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020.
TRACT 001503 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013.
TRACT 001803 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1058, 1059, 1060, 1061,
1062, 1063, 1064, 1065, 1066, 1067,
1068, 1069, 1070, 1071, 1072, 1073,
1074, 1075, 1076, 1077, 1078, 1079,
1080, 1081, 1082, 1083, 1084, 1085,
1086, 1087, 1088, 1089, 1090, 1091,
1092, 1093, 1094, 1095, 1096, 1097,
1098, 1099, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2023, 2029, 2030, 2031, 2032, 2033.
TRACT 005501 INCLUDING BLOCK(S)
1035, 1040, 1048, 3016, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3028, 3029, 3030, 3031, 3032, 3033.

TRACT 005502 INCLUDING BLOCK(S)
1013, 1014, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2037,
3018, 3019, 3020, 3021, 3022, 3025,
3026, 3027, 3028, 3029, 3030, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 4030,
4031, 4032.
PORTAGE CITY (PART)
TRACT 001802 INCLUDING BLOCK(S)
2036.
DISTRICT 061
KALAMAZOO COUNTY (PART)
OSHTEMO TOWNSHIP
PORTAGE CITY (PART)
TRACT 001905 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032,
4033, 4034, 4035, 4036, 4037, 4038,
4039, 4040, 4041, 4042, 4043, 4044,
4045, 4046, 4047, 4048, 4049, 4050,
4051, 4052, 4053, 4054, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031.
TRACT 001906 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018.
TRACT 001907 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012.
TRACT 002002 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010.
TRACT 002003 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042.
TRACT 002004 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 002005 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.
TRACT 002101 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,

1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 3033, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015.
TRACT 002102 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028.
TRACT 003500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019, 5020,
5021, 5022, 5023, 5024, 5025, 5026,
5027, 5028, 5029, 5030, 5031, 5032,
5033.
PRAIRIE RONDE TOWNSHIP
SCHOOLCRAFT TOWNSHIP
TEXAS TOWNSHIP
DISTRICT 062
CALHOUN COUNTY (PART)
ALBION CITY
ALBION TOWNSHIP
BATTLE CREEK CITY
BEDFORD TOWNSHIP
CLARENCE TOWNSHIP
CONVIS TOWNSHIP

LEE TOWNSHIP
PENNFIELD TOWNSHIP
SHERIDAN TOWNSHIP
SPRINGFIELD CITY
DISTRICT 063
  CALHOUN COUNTY (PART)
    ATHENS TOWNSHIP
    BURLINGTON TOWNSHIP
    CLARENDON TOWNSHIP
    ECKFORD TOWNSHIP
    EMMETT TOWNSHIP
    FREDONIA TOWNSHIP
    HOMER TOWNSHIP
    LEROY TOWNSHIP
    MARENGO TOWNSHIP
    MARSHALL CITY
    MARSHALL TOWNSHIP
    NEWTON TOWNSHIP
    TEKONSHA TOWNSHIP
  KALAMAZOO COUNTY (PART)
    BRADY TOWNSHIP
    CHARLESTON TOWNSHIP
    CLIMAX TOWNSHIP
    COMSTOCK TOWNSHIP
    GALESBURG CITY
    KALAMAZOO TOWNSHIP (PART)
      TRACT 005502 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2011,
        2012, 2027, 2035, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3023, 3024.
    PAVILION TOWNSHIP
    RICHLAND TOWNSHIP
    ROSS TOWNSHIP
    WAKESHMA TOWNSHIP
DISTRICT 064
  JACKSON COUNTY (PART)
    CONCORD TOWNSHIP
    HANOVER TOWNSHIP
    JACKSON CITY (PART)
      TRACT 000100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 3023.
      TRACT 000200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010.
TRACT 000400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022.
TRACT 000500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023.
TRACT 000600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057.
TRACT 000800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,

4022, 4023, 4024, 4025, 4026, 4027,
4028, 4029, 4030, 4031, 4032, 4033,
4034, 4035, 4036.
TRACT 000900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009.
TRACT 001100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022.
TRACT 001200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062, 2063, 2064, 2065,
2066, 2067, 2068, 2069, 2070, 2071,
2072, 2073, 2074, 2075, 2076, 2077,
2078, 2079, 2080, 2081, 2082, 2083,
2084, 2085, 2086, 2087, 2088, 2089,
2090, 2091, 2092, 2093, 2094, 2095,
2097, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022.
TRACT 001300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,

2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038.
TRACT 006100 INCLUDING BLOCK(S)
6009, 6011.
TRACT 006900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039.
NAPOLEON TOWNSHIP
PARMA TOWNSHIP
PULASKI TOWNSHIP
SANDSTONE TOWNSHIP
SPRING ARBOR TOWNSHIP
SUMMIT TOWNSHIP
DISTRICT 065
EATON COUNTY (PART)
BROOKFIELD TOWNSHIP
EATON TOWNSHIP (PART)
TRACT 020901 INCLUDING BLOCK(S)
3000, 3001, 3003, 3004, 3006, 3010,
3011, 4007, 4008.
TRACT 020902 INCLUDING BLOCK(S)
1000, 1001, 1050.
TRACT 021001 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1012, 1013,
1014, 1016, 1017, 1018, 1019, 1020,
1031, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1050, 1054, 1058, 1059,
1060, 1061, 1065, 1067, 1068, 1069,
1070, 1071, 1072, 1073, 1077, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2010, 2011, 2012.
TRACT 021002 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1034, 1035,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3015, 3017, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,

      4020, 4021, 4022, 4023, 4024, 4025,
      4026, 4027, 4028, 4029, 4030, 4031,
      4032, 4033, 4034, 4035, 4036, 4037,
      4038, 4039, 4040, 4041, 4042, 4043,
      4044.
   EATON RAPIDS CITY
   HAMLIN TOWNSHIP
  JACKSON COUNTY (PART)
   BLACKMAN TOWNSHIP
   COLUMBIA TOWNSHIP
   GRASS LAKE TOWNSHIP
   HENRIETTA TOWNSHIP
   JACKSON CITY (PART)
     TRACT 005900 INCLUDING BLOCK(S)
      3018.
   LEONI TOWNSHIP
   LIBERTY TOWNSHIP
   NORVELL TOWNSHIP
   RIVES TOWNSHIP
   SPRINGPORT TOWNSHIP
   TOMPKINS TOWNSHIP
   WATERLOO TOWNSHIP
  LENAWEE COUNTY (PART)
   CAMBRIDGE TOWNSHIP
DISTRICT 066
  KALAMAZOO COUNTY (PART)
   ALAMO TOWNSHIP
   COOPER TOWNSHIP
   PARCHMENT CITY
  VAN BUREN COUNTY
DISTRICT 067
  INGHAM COUNTY (PART)
   ALAIEDON TOWNSHIP
   AURELIUS TOWNSHIP
   BUNKER HILL TOWNSHIP
   DELHI TOWNSHIP
   INGHAM TOWNSHIP
   LANSING CITY (PART)
     TRACT 002000 INCLUDING BLOCK(S)
      1018, 2003, 2004, 2007, 2008, 2009,
      2010, 3000, 3001, 3002, 3003, 3004,
      3014, 3015, 3016, 3017, 3018, 3019,
      3020, 3021, 3022, 4000, 4001, 4002,
      4003, 4004, 4005, 4006, 4007, 4008,
      4009, 4010, 4011, 4012, 4013, 4014,
      4015, 4016, 4017, 4018, 4019, 4020,
      4021, 4022, 4023.
     TRACT 002300 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 2000, 2001, 2002,
      2003, 2004, 2005, 2006, 2007, 2008,
      2009, 2010, 2011, 2012, 2013, 2014,
      2015, 2016, 2017, 2018, 3000, 3001,
      3002, 3003, 3004, 3005, 3006, 3007,
      3008, 3009, 3010, 3011, 3012, 3013,
      3014, 3015, 3016, 3017, 3018, 3019,
      3020, 3021, 3022, 3023, 3024, 3025,
      3026, 4000, 4001, 4002, 4003, 4004,

4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020.
TRACT 002600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018.
TRACT 002700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 002800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 002901 INCLUDING BLOCK(S)
1000, 1001, 1002, 1009, 1010, 1011,
1012.
TRACT 002902 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021.
TRACT 003700 INCLUDING BLOCK(S)
1000, 1001, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008.
TRACT 005303 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012.
TRACT 005304 INCLUDING BLOCK(S)
1006, 1016, 1017, 1018, 1019, 1020,
1029, 1030, 1031, 1032, 1033, 1034,

       1035, 1036, 1037, 1038, 1039, 1040,
1041, 1042, 1043, 1044, 1045, 1046,
1047, 1048, 1049, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1064, 1065, 1066, 1067.
   TRACT 005600 INCLUDING BLOCK(S)
1013, 1022, 1024.
   TRACT 006600 INCLUDING BLOCK(S)
3048, 3049, 3050, 3051, 3062, 3065,
3075, 3076, 3080.
   TRACT 006700 INCLUDING BLOCK(S)
1035, 1062, 1063.
   TRACT 980100 INCLUDING BLOCK(S)
1071, 1072, 1073, 1074, 1075, 1076,
1077, 1083, 1084, 1089, 1093, 1094,
1095, 1096.
   TRACT 980200 INCLUDING BLOCK(S)
1076, 1077, 1096.
  LEROY TOWNSHIP
  LESLIE CITY
  LESLIE TOWNSHIP
  MASON CITY
  ONONDAGA TOWNSHIP
  STOCKBRIDGE TOWNSHIP
  VEVAY TOWNSHIP
  WHEATFIELD TOWNSHIP
  WHITE OAK TOWNSHIP
  WILLIAMSTON CITY
DISTRICT 068
  INGHAM COUNTY (PART)
    LANSING CITY (PART)
     TRACT 000100 INCLUDING BLOCK(S)
1004, 1005, 1006, 1007, 1008, 1009,
1010, 1011, 1012, 1013, 1014, 1015,
1016, 1017, 1018, 1019, 1020, 1021,
1022, 1023, 1024, 1025, 1026, 1027,
1028, 1029, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038.
     TRACT 000400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029.

TRACT 000600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015.
TRACT 000700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011.
TRACT 000800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2030,
2031.
TRACT 001200 INCLUDING BLOCK(S)
1004, 1005, 1006, 1007, 1008, 1009,
1010, 1011, 1012, 1013, 1014, 1020,
1023, 1024, 1027, 1028, 1029, 1030,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028.
TRACT 001703 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.

TRACT 002000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2005, 2006, 2011,
2012, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4024, 4025,
4026, 4027, 4028, 4029, 4030, 4031.
TRACT 002101 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020.
TRACT 002200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029.
TRACT 002901 INCLUDING BLOCK(S)
1003, 1004, 1005, 1006, 1007, 1008,
2006, 2007, 2008, 2009, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023.
TRACT 002902 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005.
TRACT 003103 INCLUDING BLOCK(S)
1016, 1017, 1018, 1020, 1021, 1022,
1023, 1024, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2010, 2011, 2014,
2015, 2018, 2020, 2023, 3000, 3002,
3003, 3005, 3006, 3008, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 5000, 5001,
6000, 6007, 6008, 6009, 6010, 6011,
6012, 6013.
TRACT 003200 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1021, 1022, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.
TRACT 003301 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,

2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025.
TRACT 003302 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024.
TRACT 003400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1024, 1025, 1031, 1032.
TRACT 003500 INCLUDING BLOCK(S)
2000, 2030, 2031, 2032.
TRACT 003601 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014.
TRACT 003602 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011.
TRACT 003700 INCLUDING BLOCK(S)
1002, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009.
TRACT 003801 INCLUDING BLOCK(S)
3008, 3009, 3021, 3022, 3023, 3024,
3028, 3029, 3030, 3031, 3032.
TRACT 004000 INCLUDING BLOCK(S)
3004, 3005, 3014, 3015, 3016, 3017,
3018, 3025, 3026, 3027, 3028, 3035,
3037, 3038, 3039, 3040, 3041.
TRACT 005100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007.

TRACT 005201 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 4000,
4001, 4002, 4003, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010.
TRACT 005202 INCLUDING BLOCK(S)
1000, 1001, 2000, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2030.
TRACT 005302 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2028, 2029,
2030.
TRACT 005303 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014.
TRACT 005304 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022.
TRACT 005501 INCLUDING BLOCK(S)
2006.
TRACT 006500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013.
TRACT 006600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,

3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 3045, 3046, 3047,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3063, 3064,
3066, 3067, 3068, 3069, 3070, 3071,
3072, 3073, 3074, 3077, 3078, 3079.
TRACT 006700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1036,
1037, 1038, 1039, 1040, 1041, 1042,
1043, 1044, 1045, 1046, 1047, 1048,
1049, 1050, 1051, 1052, 1053, 1054,
1055, 1056, 1057, 1058, 1059, 1060,
1061, 1064, 1065, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026.
TRACT 006800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017.
TRACT 007000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,

2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023, 5024, 5025, 5026, 5027, 5028,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011,
6012, 6013, 6014, 6015, 6016, 6017,
6018, 6019, 6020, 6021, 6022, 6023,
6024, 6025, 6026, 6027, 6028, 6029,
6030.
    TRACT 980000 INCLUDING BLOCK(S)
    1133, 1135, 1136, 1137, 1138, 1139,
    1140, 1152, 1153, 1154, 1155, 1173,
    1183.
    TRACT 980100 INCLUDING BLOCK(S)
    1000, 1004, 1005, 1006, 1010, 1029,
    1030, 1031, 1032, 1033, 1034, 1035,
    1038, 1039, 1040, 1041, 1042, 1043,
    1044, 1045, 1046, 1047, 1048, 1049,
    1050, 1051, 1052, 1053, 1054, 1055,
    1056, 1057, 1058, 1059, 1060, 1061,
    1062, 1063, 1064, 1065, 1066, 1067,
    1068, 1069, 1070, 1078, 1079, 1080,
    1081, 1082, 1090, 1091, 1092.
    TRACT 980200 INCLUDING BLOCK(S)
    1000, 1002, 1007, 1008, 1009, 1010,
    1023, 1025, 1026, 1027, 1028, 1030,
    1046, 1047, 1048, 1049, 1050, 1051,
    1052, 1053, 1054, 1055, 1056, 1057,
    1058, 1059, 1060, 1061, 1062, 1063,
    1064, 1065, 1066, 1067, 1068, 1069,
    1070, 1071, 1072, 1073, 1074, 1075,
    1078, 1079, 1080, 1081, 1082, 1083,
    1084, 1085, 1086, 1087, 1088, 1089,
    1091, 1092, 1093, 1094, 1095.
  LANSING TOWNSHIP
DISTRICT 069
  INGHAM COUNTY (PART)
    EAST LANSING CITY
    LANSING CITY (PART)
      TRACT 005001 INCLUDING BLOCK(S)
      1009, 1011, 1012, 1013.
    LOCKE TOWNSHIP
    MERIDIAN TOWNSHIP
    WILLIAMSTOWN TOWNSHIP
DISTRICT 070
  GRATIOT COUNTY (PART)
    ALMA CITY

ARCADA TOWNSHIP (PART)
  TRACT 000600 INCLUDING BLOCK(S)
    1041.
BETHANY TOWNSHIP
EMERSON TOWNSHIP (PART)
  TRACT 000200 INCLUDING BLOCK(S)
    3000, 3001, 3002, 3003, 3004, 3005,
    3006, 3007, 3008, 3009, 3010, 3011,
    3012, 3013, 3014, 3015, 3026, 3033,
    3034, 3035, 3036, 3037, 3038, 3039,
    3040, 3041, 3042, 3043, 3044, 3045,
    3046, 3047, 3048, 3049, 3050, 3051,
    3052, 3053, 3054, 3055, 3056, 3057,
    3058, 3059, 3060, 3061, 3062, 3063,
    3064, 3065, 3066, 3067, 3068, 3083,
    3084, 3091, 3092, 3093, 3094, 3095,
    3096, 3097, 3098, 3099, 3106, 3107,
    3108, 3109, 3110, 3111, 3112, 3113,
    3114, 3115, 3116, 3121, 3122, 3123,
    3124, 3125, 3126, 3127, 3128, 3132,
    3133, 3134, 3135, 3136, 3137, 3138,
    3139, 3140.
PINE RIVER TOWNSHIP
ST. LOUIS CITY
SEVILLE TOWNSHIP
MONTCALM COUNTY
DISTRICT 071
EATON COUNTY (PART)
  BELLEVUE TOWNSHIP
  BENTON TOWNSHIP
  CARMEL TOWNSHIP
  CHARLOTTE CITY
  CHESTER TOWNSHIP
  DELTA TOWNSHIP
  EATON TOWNSHIP (PART)
    TRACT 021001 INCLUDING BLOCK(S)
      1028, 1075.
  EATON RAPIDS TOWNSHIP
  GRAND LEDGE CITY
  KALAMO TOWNSHIP
  LANSING CITY
  OLIVET CITY
  ONEIDA TOWNSHIP
  POTTERVILLE CITY
  ROXAND TOWNSHIP
  SUNFIELD TOWNSHIP
  VERMONTVILLE TOWNSHIP
  WALTON TOWNSHIP
  WINDSOR TOWNSHIP
DISTRICT 072
ALLEGAN COUNTY (PART)
  DORR TOWNSHIP
  LEIGHTON TOWNSHIP
  WAYLAND CITY
  WAYLAND TOWNSHIP
KENT COUNTY (PART)
  GAINES TOWNSHIP
  KENTWOOD CITY

DISTRICT 073
  KENT COUNTY (PART)
    CANNON TOWNSHIP
    COURTLAND TOWNSHIP
    EAST GRAND RAPIDS CITY
    GRAND RAPIDS TOWNSHIP
    NELSON TOWNSHIP
    OAKFIELD TOWNSHIP
    PLAINFIELD TOWNSHIP
    SPENCER TOWNSHIP
DISTRICT 074
  KENT COUNTY (PART)
    ALGOMA TOWNSHIP
    ALPINE TOWNSHIP
    CEDAR SPRINGS CITY
    GRANDVILLE CITY
    ROCKFORD CITY
    SOLON TOWNSHIP
    SPARTA TOWNSHIP
    TYRONE TOWNSHIP
    WALKER CITY
DISTRICT 075
  KENT COUNTY (PART)
    GRAND RAPIDS CITY (PART)
      TRACT 001101 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020.
      TRACT 001200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1010, 1014, 1015, 1016, 1017, 1018,
        1019, 1020, 1021, 1022, 1023, 1024,
        1025, 1026, 1027, 1028, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        4007, 4008.
      TRACT 001300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 3023, 3024, 3025, 3026.

TRACT 001400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 001500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.
TRACT 001600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014, 5015, 5016, 5017, 5018,
5019, 5020, 5021.
TRACT 001700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1015,
2000, 2001, 2002, 2003, 2004, 2008,
2009, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025.
TRACT 001900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,

1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022, 4023, 4024, 4025,
4026, 4027, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 6000, 6001, 6002,
6003, 6004, 6005, 6006, 6007, 6008,
6009.
TRACT 002000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032.
TRACT 002100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014.
TRACT 002200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,

2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015.
TRACT 002300 INCLUDING BLOCK(S)
1042, 1043, 1044, 1050, 1051, 1052,
1053, 2000, 2002, 2003, 2007, 2008,
2009, 2010, 2011, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028.
TRACT 002400 INCLUDING BLOCK(S)
2015, 2017.
TRACT 002500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 3021,
3022, 3023, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008.
TRACT 002600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049, 2050, 2051, 2052, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016.
TRACT 002700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 3000, 3001, 3002,

3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042, 3043, 3044,
3045, 3046, 3047, 3048, 3049, 3050,
3051, 3052, 3053, 3054, 3055, 3056,
3057, 3058, 3059, 3060, 3061.
TRACT 002800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023.
TRACT 002900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010.
TRACT 003000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 003100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012.
TRACT 003200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014, 5015, 5016, 5017,
5018, 5019, 5020, 5021.
TRACT 003300 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 1010,
1011, 1012, 1016, 1017.

TRACT 003500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015.
TRACT 003600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037.
TRACT 003700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2028, 2029,
2030, 2031, 2032.
TRACT 003800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
TRACT 003900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015.
TRACT 004000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027.

TRACT 004100 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.
TRACT 004200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2008, 2014.
TRACT 004300 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1010.
TRACT 013300 INCLUDING BLOCK(S)
1000.
DISTRICT 076
KENT COUNTY (PART)
GRAND RAPIDS CITY (PART)
TRACT 000100 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.
TRACT 000200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033, 2034, 2035, 2036, 2037,
2038, 2039.
TRACT 000300 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 2002,
2003, 2004, 2005, 2006, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 000400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016.

TRACT 000500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017.
TRACT 000600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030.
TRACT 000700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017.
TRACT 000800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010.

TRACT 000900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010.
TRACT 001101 INCLUDING BLOCK(S)
2000, 2001, 2002, 2020.
TRACT 001102 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013.
TRACT 001200 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1011, 1012,
1013.
TRACT 001700 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 1010,
1011, 1012, 1013, 1014, 2005, 2006,
2007, 2010, 2011.
TRACT 001800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 5000, 5001, 5002,
5003, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019, 5020, 5021,
5022, 5023, 5024.

TRACT 002300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1033,
1034, 1035, 1036, 1037, 1038, 1039,
1040, 1041, 1045, 1046, 1047, 1048,
1049, 1054, 1055, 1056, 2001, 2004,
2005, 2006, 2012.
TRACT 002400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2016,
2018.
TRACT 002500 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3024.
TRACT 003300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1013,
1014, 1015, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 003400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2025,
2026, 2027, 2028, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019.
TRACT 003500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024.
TRACT 003700 INCLUDING BLOCK(S)
2027.
TRACT 004100 INCLUDING BLOCK(S)
1000, 1008, 1009, 1010, 1011, 1012,
1014, 1015, 1016, 1017, 1018, 1019,

    1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030.

TRACT 004200 INCLUDING BLOCK(S)
2007, 2009, 2010, 2011, 2012, 2013,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032.

TRACT 004300 INCLUDING BLOCK(S)
1000, 1001, 1007, 1008, 1009, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015.

TRACT 004400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 4002, 4003, 4004, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4022, 4025, 4026, 4027, 4028,
4029, 4030, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019.

TRACT 004500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1017, 2002, 2003,
2004, 2005, 2006, 2007, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3019, 3020, 3021, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5024, 6000, 6001, 6002, 6003, 6004,
6005, 6006, 6007, 6008, 6009, 6010,
6011, 6012, 6013, 6014, 6015, 6016,
6017, 6018.

TRACT 004600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026.
TRACT 011600 INCLUDING BLOCK(S)
1042, 1043, 3000, 3001, 3011, 3016,
3017, 3018, 3019, 3020, 3021, 3024,
3025, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3039.
TRACT 011801 INCLUDING BLOCK(S)
1016, 1018, 1019, 1020, 1021, 1024,
1026, 1029, 1030, 3009, 3010, 3011,
4040, 4041.
TRACT 011803 INCLUDING BLOCK(S)
1005, 1007, 1008, 1009, 1010, 1011,
1016, 1017, 1018, 1019, 1020, 1021,
1023, 1027, 1028, 1048, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2011,
2012, 2013, 2014, 2021, 2022, 2023,
2024, 2025.
TRACT 012605 INCLUDING BLOCK(S)
1004, 1005, 1006, 1010, 1011, 1012.
TRACT 012606 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019.
TRACT 012607 INCLUDING BLOCK(S)
1002, 1003, 1004.
TRACT 014200 INCLUDING BLOCK(S)
2043, 2044, 2045, 2048, 2049, 2050,
2051.
DISTRICT 077
KENT COUNTY (PART)
BYRON TOWNSHIP
WYOMING CITY
DISTRICT 078
BERRIEN COUNTY (PART)
BARODA TOWNSHIP
BERRIEN TOWNSHIP

BERTRAND TOWNSHIP
BUCHANAN CITY
BUCHANAN TOWNSHIP
CHIKAMING TOWNSHIP
GALIEN TOWNSHIP
NEW BUFFALO CITY
NEW BUFFALO TOWNSHIP
NILES CITY
NILES TOWNSHIP
ORONOKO TOWNSHIP
PIPESTONE TOWNSHIP
SODUS TOWNSHIP
THREE OAKS TOWNSHIP
WEESAW TOWNSHIP
CASS COUNTY (PART)
HOWARD TOWNSHIP
MILTON TOWNSHIP
NILES CITY
ONTWA TOWNSHIP
SILVER CREEK TOWNSHIP
DISTRICT 079
BERRIEN COUNTY (PART)
BAINBRIDGE TOWNSHIP
BENTON TOWNSHIP
BENTON HARBOR CITY
BRIDGMAN CITY
COLOMA CITY
COLOMA TOWNSHIP
HAGAR TOWNSHIP
LAKE TOWNSHIP
LINCOLN TOWNSHIP
ROYALTON TOWNSHIP
ST. JOSEPH CITY
ST. JOSEPH TOWNSHIP
WATERVLIET CITY
WATERVLIET TOWNSHIP
DISTRICT 080
ALLEGAN COUNTY (PART)
ALLEGAN CITY
ALLEGAN TOWNSHIP
CASCO TOWNSHIP
CHESHIRE TOWNSHIP
CLYDE TOWNSHIP
VILLAGE OF DOUGLAS CITY
FENNVILLE CITY
FILLMORE TOWNSHIP
GANGES TOWNSHIP
GUNPLAIN TOWNSHIP
HEATH TOWNSHIP
HOLLAND CITY
HOPKINS TOWNSHIP
LAKETOWN TOWNSHIP
LEE TOWNSHIP
MANLIUS TOWNSHIP
MARTIN TOWNSHIP
MONTEREY TOWNSHIP
OTSEGO CITY
OTSEGO TOWNSHIP
OVERISEL TOWNSHIP

    PLAINWELL CITY
    SALEM TOWNSHIP
    SAUGATUCK CITY
    SAUGATUCK TOWNSHIP
    SOUTH HAVEN CITY
    TROWBRIDGE TOWNSHIP
    VALLEY TOWNSHIP
    WATSON TOWNSHIP
DISTRICT 081
  ST. CLAIR COUNTY (PART)
    ALGONAC CITY
    BERLIN TOWNSHIP
    BROCKWAY TOWNSHIP
    CHINA TOWNSHIP
    CLAY TOWNSHIP
    CLYDE TOWNSHIP
    COTTRELLVILLE TOWNSHIP
    EAST CHINA TOWNSHIP
    EMMETT TOWNSHIP
    GRANT TOWNSHIP
    GREENWOOD TOWNSHIP
    LYNN TOWNSHIP
    MARINE CITY CITY
    MARYSVILLE CITY
    MUSSEY TOWNSHIP
    PORT HURON TOWNSHIP
    ST. CLAIR CITY
    ST. CLAIR TOWNSHIP
    YALE CITY
DISTRICT 082
  LAPEER COUNTY
DISTRICT 083
  ST. CLAIR COUNTY (PART)
    BURTCHVILLE TOWNSHIP
    FORT GRATIOT TOWNSHIP
    PORT HURON CITY
  SANILAC COUNTY
DISTRICT 084
  HURON COUNTY
  TUSCOLA COUNTY
DISTRICT 085
  SAGINAW COUNTY (PART)
    BRADY TOWNSHIP
    BRANT TOWNSHIP
    CHAPIN TOWNSHIP
    CHESANING TOWNSHIP
    FREMONT TOWNSHIP
    JONESFIELD TOWNSHIP
    LAKEFIELD TOWNSHIP
    MAPLE GROVE TOWNSHIP
    MARION TOWNSHIP
    RICHLAND TOWNSHIP
  SHIAWASSEE COUNTY
DISTRICT 086
  IONIA COUNTY (PART)
    BELDING CITY
    BERLIN TOWNSHIP (PART)
      TRACT 032100 INCLUDING BLOCK(S)
      1001.
    EASTON TOWNSHIP

IONIA CITY (PART)
  TRACT 031600 INCLUDING BLOCK(S)
    1028, 1029, 1033, 1035, 1036, 1037,
    1038, 1039, 1040, 1041, 1042, 1043,
    1044, 1049, 1050, 1051, 2004, 2009,
    2017, 2019, 2020, 2021, 2023, 2024,
    2025, 2026, 2027, 2028, 2029, 2033,
    2034, 2035, 2036, 2037, 2038, 2039,
    2040, 2041, 2042, 2043, 2044, 2045,
    3022, 3023, 3024, 3025, 3026, 3047,
    3048, 3049, 3050, 3051, 3055, 3056,
    3060, 3061, 3062, 3064, 3065, 3066,
    3067, 3068.
  TRACT 031700 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1010,
    1011, 1012, 1013, 1014, 1015, 1016,
    2000, 2001, 2002, 2003, 2004, 2005,
    2006, 2007, 2008, 2009, 2010, 2011,
    2012, 2013, 2014, 3000, 3001, 3002,
    3003, 3004, 3005, 3006, 3007, 3008,
    3009, 3010, 3011, 3012, 3013, 3014,
    3015, 3016, 3017, 3018, 3019, 3020,
    3021, 3022, 3023, 3024, 3025, 3026,
    3027, 3028, 3029, 3030, 3031, 3032,
    3033, 3034, 3035, 4001, 4005, 4008,
    4009, 4010, 4011, 4012, 4013, 4014,
    4018, 4019, 4020, 4023, 4024, 4026,
    4027, 4028, 4029, 4030, 4031, 4032,
    4033, 4034, 4035, 4036, 4037, 4038,
    4039, 4040, 4041, 4042, 4043, 4044,
    4045, 4046, 4048, 4049, 4050, 4051,
    4052, 4053, 4054, 4055, 4058, 4059,
    4060, 4061, 4062.
  TRACT 031900 INCLUDING BLOCK(S)
    1054, 1056, 1061, 4006.
  TRACT 032100 INCLUDING BLOCK(S)
    1000, 1002, 1003, 1004, 1005, 1006,
    1007, 1008, 2000, 2001, 2002, 2011,
    2017, 2018, 2019, 2020, 2023, 2024,
    2025, 2026, 2027, 2028, 2029, 2030,
    2031, 2032, 2033, 2034, 2035, 2036,
    2037, 2038, 2039, 2041, 2046, 2047,
    2053, 2065, 2066, 2067, 2069, 2072,
    2077, 2078, 2084, 3003, 3016, 3017,
    3018, 3019.
  TRACT 982200 INCLUDING BLOCK(S)
    1000, 1002, 1003, 1004, 1005, 1007.
IONIA TOWNSHIP
ORLEANS TOWNSHIP
OTISCO TOWNSHIP
KENT COUNTY (PART)
 ADA TOWNSHIP
 BOWNE TOWNSHIP
 CALEDONIA TOWNSHIP
 CASCADE TOWNSHIP
 GRATTAN TOWNSHIP
 LOWELL CITY
 LOWELL TOWNSHIP
 VERGENNES TOWNSHIP

DISTRICT 087
  BARRY COUNTY
  IONIA COUNTY (PART)
    BERLIN TOWNSHIP (PART)
      TRACT 031900 INCLUDING BLOCK(S)
        2057, 2058, 2059, 2060, 2061, 2062,
        2063, 2064, 2065, 2066, 2067, 2068,
        2069, 2070, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 3023, 3024, 3025, 3026, 3027,
        3028, 3029, 3030, 3031, 3032, 3033,
        3034, 3035, 3036, 3037, 3038, 3039,
        3040, 3041, 3042, 3043, 3044, 3045,
        3046, 3047, 3048, 3049, 3050, 3051,
        3052, 3053, 3054, 3055, 3056, 3057,
        3058, 3059, 3060, 3061, 3062, 3063,
        3064, 3065, 3066, 3067, 3068, 3069,
        3070, 3071, 3072, 3073, 3074, 3075,
        3076, 3077, 3078, 3079, 3080, 3081,
        3082, 3083, 3084, 4007, 4008, 4009,
        4010, 4011, 4012, 4013, 4031, 4032,
        4033, 4037, 4041, 4042.
      TRACT 032100 INCLUDING BLOCK(S)
        2040, 2042, 2043, 2044, 2054, 2055,
        2056, 2057, 2063, 2064, 3002, 3011,
        3012, 3013, 3014, 3015, 3020, 3021,
        3022, 3023, 3024, 3025, 3026, 3027.
    BOSTON TOWNSHIP
    CAMPBELL TOWNSHIP
    DANBY TOWNSHIP
    IONIA CITY (PART)
      TRACT 031900 INCLUDING BLOCK(S)
        4030.
    KEENE TOWNSHIP
    LYONS TOWNSHIP
    NORTH PLAINS TOWNSHIP
    ODESSA TOWNSHIP
    ORANGE TOWNSHIP
    PORTLAND CITY
    PORTLAND TOWNSHIP
    RONALD TOWNSHIP
    SEBEWA TOWNSHIP
DISTRICT 088
  OTTAWA COUNTY (PART)
    ALLENDALE TOWNSHIP
    CHESTER TOWNSHIP
    COOPERSVILLE CITY
    GEORGETOWN TOWNSHIP
    POLKTON TOWNSHIP
    TALLMADGE TOWNSHIP
    WRIGHT TOWNSHIP
DISTRICT 089
  OTTAWA COUNTY (PART)
    BLENDON TOWNSHIP
    CROCKERY TOWNSHIP
    FERRYSBURG CITY
    GRAND HAVEN CITY

      GRAND HAVEN TOWNSHIP
      OLIVE TOWNSHIP
      PARK TOWNSHIP
      PORT SHELDON TOWNSHIP
      ROBINSON TOWNSHIP
      SPRING LAKE TOWNSHIP
DISTRICT 090
  OTTAWA COUNTY (PART)
      HOLLAND CITY
      HOLLAND TOWNSHIP
      HUDSONVILLE CITY
      JAMESTOWN TOWNSHIP
      ZEELAND CITY
      ZEELAND TOWNSHIP
DISTRICT 091
  MUSKEGON COUNTY (PART)
      BLUE LAKE TOWNSHIP
      CASNOVIA TOWNSHIP
      CEDAR CREEK TOWNSHIP
      DALTON TOWNSHIP
      EGELSTON TOWNSHIP
      FRUITPORT TOWNSHIP
      HOLTON TOWNSHIP
      MONTAGUE CITY
      MONTAGUE TOWNSHIP
      MOORLAND TOWNSHIP
      NORTON SHORES CITY
      RAVENNA TOWNSHIP
      ROOSEVELT PARK CITY
      SULLIVAN TOWNSHIP
      WHITEHALL CITY
      WHITE RIVER TOWNSHIP
DISTRICT 092
  MUSKEGON COUNTY (PART)
      FRUITLAND TOWNSHIP
      LAKETON TOWNSHIP
      MUSKEGON CITY
      MUSKEGON TOWNSHIP
      MUSKEGON HEIGHTS CITY
      NORTH MUSKEGON CITY
      WHITEHALL TOWNSHIP
DISTRICT 093
  CLINTON COUNTY
  GRATIOT COUNTY (PART)
      ARCADA TOWNSHIP (PART)
        TRACT 000200 INCLUDING BLOCK(S)
          3016, 3017, 3032, 3069, 3070, 3071,
          3072, 3073, 3074, 3075, 3076, 3077,
          3078, 3079, 3080, 3081, 3082, 3085,
          3086, 3087, 3088, 3089, 3090, 3100,
          3101, 3102, 3103, 3104, 3105, 4000,
          4002, 4003, 4004, 4005, 4006, 4007,
          4008, 4009, 4010, 4011, 4012, 4013,
          4014, 4015, 4016, 4017, 4018, 4019,
          4020, 4021, 4022, 4023, 4024, 4025,
          4026, 4027, 4028, 4029, 4030, 4031,
          4032, 4038, 4043, 4044, 4045, 4046,
          4047, 4048, 4049, 4050, 4051, 4052,
          4053, 4054, 4055, 4056, 4057.

TRACT 000600 INCLUDING BLOCK(S)
  1020, 1021, 1039, 1043, 1044, 2016,
  2017, 3024, 3025, 4026.
ELBA TOWNSHIP
EMERSON TOWNSHIP (PART)
  TRACT 000200 INCLUDING BLOCK(S)
    3119, 3120, 3129, 3130, 3131.
FULTON TOWNSHIP
HAMILTON TOWNSHIP
ITHACA CITY
LAFAYETTE TOWNSHIP
NEWARK TOWNSHIP
NEW HAVEN TOWNSHIP
NORTH SHADE TOWNSHIP
NORTH STAR TOWNSHIP
SUMNER TOWNSHIP
WASHINGTON TOWNSHIP
WHEELER TOWNSHIP
DISTRICT 094
  SAGINAW COUNTY (PART)
    ALBEE TOWNSHIP
    BIRCH RUN TOWNSHIP
    BLUMFIELD TOWNSHIP
    FRANKENMUTH CITY
    FRANKENMUTH TOWNSHIP
    SAGINAW TOWNSHIP
    ST. CHARLES TOWNSHIP
    SWAN CREEK TOWNSHIP
    TAYMOUTH TOWNSHIP
    THOMAS TOWNSHIP
    TITTABAWASSEE TOWNSHIP
DISTRICT 095
  SAGINAW COUNTY (PART)
    BRIDGEPORT TOWNSHIP
    BUENA VISTA TOWNSHIP
    CARROLLTON TOWNSHIP
    JAMES TOWNSHIP
    KOCHVILLE TOWNSHIP
    SAGINAW CITY
    SPAULDING TOWNSHIP
    ZILWAUKEE CITY
    ZILWAUKEE TOWNSHIP
DISTRICT 096
  BAY COUNTY (PART)
    BANGOR TOWNSHIP
    BAY CITY CITY
    ESSEXVILLE CITY
    FRANKENLUST TOWNSHIP
    HAMPTON TOWNSHIP
    KAWKAWLIN TOWNSHIP
    MERRITT TOWNSHIP
    MONITOR TOWNSHIP
    PORTSMOUTH TOWNSHIP
DISTRICT 097
  ARENAC COUNTY
  CLARE COUNTY
  GLADWIN COUNTY
  OSCEOLA COUNTY (PART)
    EVART CITY
    EVART TOWNSHIP

HERSEY TOWNSHIP
HIGHLAND TOWNSHIP
MARION TOWNSHIP
MIDDLE BRANCH TOWNSHIP
ORIENT TOWNSHIP
OSCEOLA TOWNSHIP
SHERMAN TOWNSHIP
SYLVAN TOWNSHIP
DISTRICT 098
BAY COUNTY (PART)
AUBURN CITY
BEAVER TOWNSHIP
FRASER TOWNSHIP
GARFIELD TOWNSHIP
GIBSON TOWNSHIP
MIDLAND CITY
MT. FOREST TOWNSHIP
PINCONNING CITY
PINCONNING TOWNSHIP
WILLIAMS TOWNSHIP
MIDLAND COUNTY (PART)
HOMER TOWNSHIP
JEROME TOWNSHIP
LARKIN TOWNSHIP
LEE TOWNSHIP
LINCOLN TOWNSHIP
MIDLAND CITY
MIDLAND TOWNSHIP
DISTRICT 099
ISABELLA COUNTY
MIDLAND COUNTY (PART)
COLEMAN CITY
EDENVILLE TOWNSHIP
GENEVA TOWNSHIP
GREENDALE TOWNSHIP
HOPE TOWNSHIP
INGERSOLL TOWNSHIP
JASPER TOWNSHIP
MILLS TOWNSHIP
MT. HALEY TOWNSHIP
PORTER TOWNSHIP
WARREN TOWNSHIP
DISTRICT 100
LAKE COUNTY
NEWAYGO COUNTY
OCEANA COUNTY
DISTRICT 101
BENZIE COUNTY
LEELANAU COUNTY
MANISTEE COUNTY
MASON COUNTY
DISTRICT 102
MECOSTA COUNTY
OSCEOLA COUNTY (PART)
BURDELL TOWNSHIP
CEDAR TOWNSHIP
HARTWICK TOWNSHIP
LEROY TOWNSHIP
LINCOLN TOWNSHIP

  REED CITY CITY
  RICHMOND TOWNSHIP
  ROSE LAKE TOWNSHIP
 WEXFORD COUNTY
DISTRICT 103
 CRAWFORD COUNTY
 KALKASKA COUNTY
 MISSAUKEE COUNTY
 OGEMAW COUNTY
 ROSCOMMON COUNTY
DISTRICT 104
 GRAND TRAVERSE COUNTY
DISTRICT 105
 ANTRIM COUNTY
 CHARLEVOIX COUNTY
 MONTMORENCY COUNTY
 OSCODA COUNTY
 OTSEGO COUNTY
DISTRICT 106
 ALCONA COUNTY
 ALPENA COUNTY
 CHEBOYGAN COUNTY (PART)
  ALOHA TOWNSHIP
  BENTON TOWNSHIP
  BURT TOWNSHIP
  ELLIS TOWNSHIP
  FOREST TOWNSHIP
  GRANT TOWNSHIP
  INVERNESS TOWNSHIP
  MENTOR TOWNSHIP
  MULLETT TOWNSHIP
  NUNDA TOWNSHIP
  WALKER TOWNSHIP
  WAVERLY TOWNSHIP
  WILMOT TOWNSHIP
 IOSCO COUNTY
 PRESQUE ISLE COUNTY
DISTRICT 107
 CHEBOYGAN COUNTY (PART)
  BEAUGRAND TOWNSHIP
  CHEBOYGAN CITY
  HEBRON TOWNSHIP
  KOEHLER TOWNSHIP
  MACKINAW TOWNSHIP
  MUNRO TOWNSHIP
  TUSCARORA TOWNSHIP
 CHIPPEWA COUNTY
 EMMET COUNTY
 MACKINAC COUNTY
DISTRICT 108
 DELTA COUNTY
 DICKINSON COUNTY
 MENOMINEE COUNTY
DISTRICT 109
 ALGER COUNTY
 LUCE COUNTY
 MARQUETTE COUNTY (PART)
  CHAMPION TOWNSHIP
  CHOCOLAY TOWNSHIP

    ELY TOWNSHIP
    EWING TOWNSHIP
    FORSYTH TOWNSHIP
    HUMBOLDT TOWNSHIP
    ISHPEMING CITY
    MARQUETTE CITY
    MARQUETTE TOWNSHIP
    MICHIGAMME TOWNSHIP
    NEGAUNEE CITY
    NEGAUNEE TOWNSHIP
    REPUBLIC TOWNSHIP
    RICHMOND TOWNSHIP
    SANDS TOWNSHIP
    SKANDIA TOWNSHIP
    TILDEN TOWNSHIP
    TURIN TOWNSHIP
    WELLS TOWNSHIP
    WEST BRANCH TOWNSHIP
  SCHOOLCRAFT COUNTY
DISTRICT 110
  BARAGA COUNTY
  GOGEBIC COUNTY
  HOUGHTON COUNTY
  IRON COUNTY
  KEWEENAW COUNTY
  MARQUETTE COUNTY (PART)
    ISHPEMING TOWNSHIP
    POWELL TOWNSHIP
  ONTONAGON COUNTY".

The bill and amendment were referred to the order of Second Reading of Bills.

Favorable Roll Call

To Report Out:
  Yeas: Reps. Lund, McBroom, Knollenberg, Scott, Tyler and Outman
  Nays: Reps. Byrum, Nathan and Stanley

COMMITTEE ATTENDANCE REPORT

  The following report, submitted by Rep. Lund, Chair, of the Committee on Redistricting and Elections, was received and read:
  Meeting held on: Tuesday, June 28, 2011
  Present: Reps. Lund, McBroom, Knollenberg, Scott, Tyler, Outman, Byrum, Nathan and Stanley

COMMITTEE ATTENDANCE REPORT

  The following report, submitted by Rep. Foster, Chair, of the Committee on Natural Resources, Tourism, and Outdoor Recreation, was received and read:
  Meeting held on: Tuesday, June 28, 2011
  Present: Reps. Foster, Wayne Schmidt, Damrow, Hughes, Johnson, Pettalia, Haugh, Stapleton, Bledsoe and Slavens
  Absent: Rep. Huuki
  Excused: Rep. Huuki

### Nays—7

| | | | |
|---|---|---|---|
| Bledsoe | Irwin | Meadows | Olumba |
| Franz | LeBlanc | Nathan | |

In The Chair: Walsh

Pursuant to Joint Rule 20, the full title of the act shall be inserted to read as follows:

"An act to codify the laws regarding local units of government regulating the development and use of land; to provide for the adoption of zoning ordinances; to provide for the establishment in counties, townships, cities, and villages of zoning districts; to prescribe the powers and duties of certain officials; to provide for the assessment and collection of fees; to authorize the issuance of bonds and notes; to prescribe penalties and provide remedies; and to repeal acts and parts of acts,"

The House agreed to the full title.

Rep. Stamas moved that the bill be given immediate effect.

The motion prevailed, 2/3 of the members serving voting therefor.

### Second Reading of Bills

**Senate Bill No. 165, entitled**

A bill to provide for fair and open competition in governmental construction contracts, grants, tax abatements, and tax credits; to prohibit requirements for certain terms in government contracts and contracts supported through government grants and tax subsidies and abatements; to prohibit expenditure of public funds under certain conditions; to prohibit certain terms in procurement documents for certain expenditures involving public facilities; and to provide for powers and duties of certain public officers, employees, and contractors.

The bill was read a second time.

Rep. Stamas moved that the bill be placed on the order of Third Reading of Bills.

The motion prevailed.

**Senate Bill No. 398, entitled**

A bill to amend 1961 PA 236, entitled "Revised judicature act of 1961," by amending sections 3204 and 3205e (MCL 600.3204 and 600.3205e), section 3204 as amended by 2009 PA 29 and section 3205e as added by 2009 PA 31.

The bill was read a second time.

Rep. Stamas moved that the bill be placed on the order of Third Reading of Bills.

The motion prevailed.

**Senate Bill No. 498, entitled**

A bill to amend 2001 PA 116, entitled "An act to divide this state into 110 representative and 38 senatorial districts; and to prescribe the powers and duties of certain state departments and officers," by amending the title and sections 3 and 6 (MCL 4.2003 and 4.2006), and by adding sections 1a, 2a, and 5a.

Was read a second time, and the question being on the adoption of the proposed amendment previously recommended by the Committee on Redistricting and Elections, (for amendment, see today's Journal, p. 1571),

The amendment was adopted, a majority of the members serving voting therefor.

Rep. Durhal moved to substitute (H-1) the bill.

The motion did not prevail and the substitute (H-1) was not adopted, a majority of the members serving not voting therefor.

Rep. Roy Schmidt moved to amend the bill as follows:

1. Amend page 355, line 25, by striking out the balance of the page through line 1 of page 381 and inserting:

"DISTRICT 075
KENT COUNTY (PART)
  GRAND RAPIDS CITY (PART)
    TRACT 001000 INCLUDING BLOCK(S)
      1005, 3009, 3010, 3011, 3012, 3013,
      3014, 3015, 3016, 3017, 3018, 3019,

3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 4003, 4004, 4005, 4006,
4010
**TRACT 001101 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020
**TRACT 001200**

**TRACT 001300**

**TRACT 001400**

**TRACT 001500**

**TRACT 001600**

**TRACT 001700 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1015,
2000, 2001, 2002, 2003, 2004, 2008,
2009, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020
**TRACT 001900 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3023, 3024,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022, 4023,
4024, 4025, 4026, 4027, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 6000,
6001, 6002, 6003, 6004, 6005, 6006,
6007, 6008, 6009

TRACT 002000

TRACT 002100

TRACT 002200

TRACT 002300 INCLUDING BLOCK(S)
   1042, 1043, 1044, 1050, 1051, 1052,
   1053, 2000, 2002, 2003, 2007, 2008,
   2009, 2010, 2011, 2013, 2014, 2015,
   2016, 2017, 2018, 2019, 2020, 2021,
   2022, 2023, 2024, 2025, 2026, 2027,
   2028
TRACT 002400 INCLUDING BLOCK(S)
   2015, 2017
TRACT 002500 INCLUDING BLOCK(S)
   1000, 1001, 1002, 1003, 1004, 1005,
   1006, 1007, 1008, 2000, 2001, 2002,
   2003, 2004, 2005, 2006, 2007, 2008,
   2009, 2010, 2011, 2012, 2013, 2014,
   2015, 2016, 2017, 2018, 2019, 3021,
   3022, 3023, 4000, 4001, 4002, 4003,
   4004, 4005, 4006, 4007, 4008
TRACT 002600

TRACT 002700 INCLUDING BLOCK(S)
   1000, 1001, 1002, 1003, 1004, 1005,
   1006, 1007, 1008, 1009, 1010, 1011,
   1012, 1013, 1014, 1015, 1016, 1017,
   1018, 1019, 1020, 1021, 1022, 1023,
   1024, 1025, 1026, 1027, 1028, 1029,
   1030, 1031, 1032, 1033, 2000, 2001,
   2002, 2003, 2004, 2005, 2006, 2007,
   2008, 2009, 2010, 2011, 2012, 2013,
   2014, 2015, 2016, 2017, 2018, 2019,
   2020, 2021, 2022, 3000, 3001, 3002,
   3003, 3004, 3005, 3006, 3007, 3008,
   3009, 3010, 3011, 3012, 3013, 3014,
   3015, 3016, 3017, 3018, 3019, 3020,
   3021, 3022, 3023, 3024, 3025, 3026,
   3027, 3028, 3029, 3030, 3031, 3032,
   3033, 3035, 3036, 3037, 3038, 3039,
   3040, 3041, 3042, 3043, 3044, 3045,
   3046, 3047, 3048, 3049, 3050, 3051,
   3052, 3053, 3054, 3055, 3056, 3057,
   3058, 3059, 3060, 3061
TRACT 002800

TRACT 002900

TRACT 003000

TRACT 003100

TRACT 003200

TRACT 003300 INCLUDING BLOCK(S)
   1005, 1006, 1007, 1008, 1009, 1010,
   1011, 1012, 1016, 1017

TRACT 003500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015
TRACT 003600

TRACT 003700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2028, 2029,
2030, 2031, 2032
TRACT 003800

TRACT 003900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015
TRACT 004000

TRACT 004100 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016
TRACT 004200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2008, 2014
TRACT 004300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010
TRACT 013300 INCLUDING BLOCK(S)
1000

DISTRICT 076
  KENT COUNTY (PART)
    GRAND RAPIDS CITY (PART)
      TRACT 000100 INCLUDING BLOCK(S)
        1002, 1003, 1004, 1005, 1006, 1007,
        1008, 1009, 1010, 1011, 1012, 1013,
        1014, 1015, 1016, 1017, 1018, 1019,
        1020, 1021, 1022, 1023, 1024, 1025,
        1026, 1027, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016
      TRACT 000200

      TRACT 000300 INCLUDING BLOCK(S)
        1001, 1002, 1003, 1004, 1005, 1006,
        1007, 1008, 1009, 1010, 1011, 1012,
        1013, 1014, 1015, 1016, 1017, 1018,
        1019, 1020, 1021, 1022, 1023, 2002,
        2003, 2004, 2005, 2006, 2009, 2010,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 3017,
        3018
      TRACT 000400

      TRACT 000500

      TRACT 000600

      TRACT 000700

      TRACT 000800

      TRACT 000900

      TRACT 001000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1006,
        1007, 1008, 1009, 1010, 1011, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 4000, 4001, 4002,
        4007, 4008, 4009
      TRACT 001101 INCLUDING BLOCK(S)
        2000, 2001, 2002, 2020
      TRACT 001102 INCLUDING BLOCK(S)
        1001, 1002, 1003, 1004, 1005, 1006,
        1007, 1008, 1009, 1010, 1011, 1012,
        1013, 1014, 1015, 1016, 1017, 1018,
        1019, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013
      TRACT 001700 INCLUDING BLOCK(S)
        1005, 1006, 1007, 1008, 1009, 1010,
        1011, 1012, 1013, 1014, 2005, 2006,
        2007, 2010, 2011, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020,
        3021, 3022, 3023, 3024, 3025

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 823 of 1209

Exhibit D-25
Page 252 of 638

**TRACT 001800 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 5000, 5001, 5002,
5003, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019, 5020, 5021,
5022, 5023, 5024
**TRACT 001900 INCLUDING BLOCK(S)**
3019, 3020, 3021, 3022
**TRACT 002300 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1033,
1034, 1035, 1036, 1037, 1038, 1039,
1040, 1041, 1045, 1046, 1047, 1048,
1049, 1054, 1055, 1056, 2001, 2004,
2005, 2006, 2012
**TRACT 002400 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2016,
2018
**TRACT 002500 INCLUDING BLOCK(S)**
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3024
**TRACT 002700 INCLUDING BLOCK(S)**
3034
**TRACT 003300 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1013,
1014, 1015, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018
**TRACT 003400 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,

1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2025,
2026, 2027, 2028, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019
TRACT 003500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024
TRACT 003700 INCLUDING BLOCK(S)
2027
TRACT 004100 INCLUDING BLOCK(S)
1000, 1008, 1009, 1010, 1011, 1012,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030
TRACT 004200 INCLUDING BLOCK(S)
2007, 2009, 2010, 2011, 2012, 2013,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
TRACT 004300 INCLUDING BLOCK(S)
1011, 1012, 1013, 1014, 1015, 1016,
1017, 1018, 1019, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015
TRACT 004400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 4002, 4003, 4004, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4022, 4025, 4026, 4027, 4028,
4029, 4030, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019

TRACT 004500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1017, 2002, 2003,
2004, 2005, 2006, 2007, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3019, 3020, 3021, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5024, 6000, 6001, 6002, 6003, 6004,
6005, 6006, 6007, 6008, 6009, 6010,
6011, 6012, 6013, 6014, 6015, 6016,
6017, 6018
TRACT 004600

TRACT 011600 INCLUDING BLOCK(S)
1042, 1043, 3000, 3001, 3011, 3016,
3017, 3018, 3019, 3020, 3021, 3024,
3025, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3039
TRACT 011801 INCLUDING BLOCK(S)
1016, 1018, 1019, 1020, 1021, 1024,
1026, 1029, 1030, 3009, 3010, 3011,
4040, 4041
TRACT 011803 INCLUDING BLOCK(S)
1005, 1007, 1008, 1009, 1010, 1011,
1016, 1017, 1018, 1019, 1020, 1021,
1023, 1027, 1028, 1048, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2011,
2012, 2013, 2014, 2021, 2022, 2023,
2024, 2025
TRACT 012605 INCLUDING BLOCK(S)
1004, 1005, 1006, 1010, 1011, 1012
TRACT 012606 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019
TRACT 012607 INCLUDING BLOCK(S)
1002, 1003, 1004
TRACT 014200 INCLUDING BLOCK(S)
2043, 2044, 2045, 2048, 2049, 2050,
2051".
The motion did not prevail and the amendment was not adopted, a majority of the members serving not voting therefor.

Rep. Byrum moved to amend the bill as follows:
1. Amend page 559, line 24, by striking out all of section 3.
The motion did not prevail and the amendment was not adopted, a majority of the members serving not voting therefor.

Rep. Byrum moved to amend the bill as follows:
1. Amend page 1, line 8, by striking out the balance of the page through line 26 of page 399 and inserting:
   "DISTRICT 001
   WAYNE COUNTY (PART)
     DETROIT CITY (PART)
        TRACT 500700 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 2000, 2001, 2002,
           2003, 2004, 2005, 2006, 2007, 2008,
           2009, 2010, 3000, 3001, 3002, 3003,
           3004, 3005, 3006, 3007, 3008, 3009,
           3010, 3011, 3012, 3013, 3014, 3015,
           4000, 4001, 4002, 4003, 4004, 4005,
           4006, 4007, 4008, 4009, 4010, 4011,
           4012, 4013, 4014, 4015, 4016.
        TRACT 500800 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 1021, 1022, 1023,
           1024, 2000, 2001, 2002, 2003, 2004,
           2005, 2006, 2007, 2008, 2009, 2010,
           2011.
        TRACT 500900 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,
           1018, 1019, 1020, 2000, 2001, 2002,
           2003, 2004, 2005, 2006, 2007, 2008,
           2009, 3000, 3001, 3002, 3003, 3004,
           3005, 3006, 3007, 4000, 4001, 4002,
           4003, 4004, 4005, 4006.
        TRACT 501000 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 2000, 2001, 2002, 2003,
           2004, 2005, 2006, 2007, 2008, 2009,
           2010, 2011, 2012, 2013, 2014, 3000,
           3001, 3002, 3003, 3004, 3005, 3006,
           3007, 3008, 3009, 3010, 3011, 3012.
        TRACT 501100 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 2000, 2001,
           2002, 2003, 2004, 2005, 2006, 2007,
           2008, 2009, 2010, 2011, 3000, 3001,
           3002, 3003, 3004, 3005, 3006, 3007,
           3008, 3009, 3010, 3011, 3012, 3013,
           3014, 3015, 3016, 3017, 3018, 3019,
           3020, 3021, 3022, 3023, 3024, 3025,
           3026, 3027, 3028, 3029, 4000, 4001,
           4002, 4003, 4004, 4005, 4006, 4007,
           4008, 4009, 4010, 4011, 4012, 4013,
           4014, 4015, 4016, 4017, 5000, 5001,
           5002, 5003, 5004, 5005, 5006, 5007,
           5008, 5009.
        TRACT 501200 INCLUDING BLOCK(S)
           1000, 1001, 1002, 1003, 1004, 1005,
           1006, 1007, 1008, 1009, 1010, 1011,
           1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011.
TRACT 501300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1021,
1022, 1023, 1024, 2000, 2001, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4015, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031,
5032.
TRACT 501400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032.
TRACT 501500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031,
5032, 5033, 5034, 5035, 5036, 5037,
5038.
TRACT 501600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 828 of 1209

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032.
TRACT 501700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1016, 1017, 1018, 1019,
1023, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029.
TRACT 501800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3011, 4000, 4001,
4002, 4003, 4004.
TRACT 504000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013.
TRACT 504100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021.
TRACT 504200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016.
TRACT 512100 INCLUDING BLOCK(S)
4000, 4002, 4006, 4007, 4008, 4009,
4017, 4018.
TRACT 551600 INCLUDING BLOCK(S)
1010, 1011.
GROSSE POINTE CITY (PART)
TRACT 550500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003.

GROSSE POINTE FARMS CITY
GROSSE POINTE WOODS CITY
HARPER WOODS CITY
VILLAGE OF GROSSE POINTE SHORES, A MICHIGAN CITY CITY
DISTRICT 002
MACOMB COUNTY (PART)
EASTPOINTE CITY
WARREN CITY (PART)
TRACT 262900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 5000, 5001, 5002,
5003, 5004, 5005, 5006.
TRACT 264200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
4000, 4001, 4002, 4003, 4004, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011.
TRACT 268300 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009.
TRACT 268400 INCLUDING BLOCK(S)
1014, 1017, 1018, 1019, 1020, 1021,
1022, 1023, 1032, 1033.
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 500100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009.
TRACT 500200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 830 of 1209

3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 500300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011.
TRACT 500400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015.
TRACT 500500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009.
TRACT 500600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023.
TRACT 503100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012.

TRACT 503200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022.
TRACT 503300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014.
TRACT 503400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017.
TRACT 503500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019.
TRACT 503600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 503900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3015.

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 832 of 1209

TRACT 504300 INCLUDING BLOCK(S)
3000, 3003, 3004.
TRACT 504400 INCLUDING BLOCK(S)
1000, 1003.
TRACT 504900 INCLUDING BLOCK(S)
1004, 4000, 4001, 4002.
TRACT 505000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009.
TRACT 505100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004.
TRACT 505400 INCLUDING BLOCK(S)
1006, 1011, 1012, 1013, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
DISTRICT 003
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 501300 INCLUDING BLOCK(S)
1017, 1018, 1019, 1020, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2012, 4008, 4009, 4010, 4011, 4012,
4013, 4014.
TRACT 501700 INCLUDING BLOCK(S)
1014, 1015, 1020, 1021, 1022, 1024.
TRACT 501800 INCLUDING BLOCK(S)
3006, 3007, 3008, 3009, 3010, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014.
TRACT 501900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009.
TRACT 502000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 503600 INCLUDING BLOCK(S)
3016.

TRACT 503900 INCLUDING BLOCK(S)
3014.
TRACT 504300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3001, 3002, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014.
TRACT 504400 INCLUDING BLOCK(S)
1001, 1002, 1004, 1005, 1006, 1007,
1008, 1009, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012.
TRACT 504700 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3018, 3019, 3020.
TRACT 504800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022.
TRACT 504900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1005, 1006,
1007, 1008, 1009, 1010, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032,
4033, 4034, 4035, 4036, 4037, 4038,
4039, 4040, 4041, 4042, 4043, 4044,
4045, 4046, 4047, 4048, 4049, 4050,
4051, 4052, 4053, 4054, 4055, 4056,
4057, 4058, 4059, 4060, 4061, 4062,
4063.
TRACT 505000 INCLUDING BLOCK(S)
2010, 2011.
TRACT 505100 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 1010,
1011, 1012, 1013, 2000, 2001, 2002,

2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
5000, 5001, 5002, 5003.
TRACT 505200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011.
TRACT 505400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1007, 1008, 1009, 1010, 1014, 1015,
4011, 4012, 4013, 4014, 4015, 4016,
4017.
TRACT 505500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031.
TRACT 506100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 506200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025.
TRACT 506300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2012, 2013,
2014, 2015.
TRACT 512100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,

2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4001, 4003, 4004, 4005,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4019, 4020, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014.
TRACT 512200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 512300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017.
TRACT 512400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.
TRACT 512600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010.
TRACT 512900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005.
TRACT 513200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.
TRACT 513300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018.
TRACT 513600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017.
TRACT 513700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1037,
1038, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013.
TRACT 513900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014.
TRACT 514100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022.
TRACT 514200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006.
TRACT 514300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029.

TRACT 514500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014.
TRACT 515300 INCLUDING BLOCK(S)
1012.
TRACT 515400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014.
TRACT 515600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027.
TRACT 515700 INCLUDING BLOCK(S)
1001, 1002, 2000, 2001, 2002, 2003.
TRACT 515900 INCLUDING BLOCK(S)
1000, 1001.
TRACT 516000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012.
TRACT 985200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016.
GROSSE POINTE CITY (PART)
TRACT 550400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010.
TRACT 550500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023.
TRACT 990100 INCLUDING BLOCK(S)
0004.
GROSSE POINTE PARK CITY

DISTRICT 004
  WAYNE COUNTY (PART)
    DETROIT CITY (PART)
      TRACT 504700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 3015, 3016,
        3017.
      TRACT 506300 INCLUDING BLOCK(S)
        1008, 1009, 1010, 1011, 2008, 2009,
        2010, 2011, 2016, 2017, 2018, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010, 3011, 3012,
        3013, 3014, 3015, 3016, 3017, 3018,
        3019, 3020, 3021, 3022, 3023, 3024,
        3025, 3026, 3027, 3028, 3029, 3030,
        3031, 3032, 3033, 3034, 3035, 3036,
        3037, 3038.
      TRACT 510600 INCLUDING BLOCK(S)
        1009, 1010, 1011, 1014, 1015, 1016,
        1017, 1018, 1019, 1020, 1021, 1022,
        1023, 1024, 1025, 1026, 1027, 1028,
        1029, 1030, 1031, 1032, 1033, 2009,
        2010, 2011, 2012, 2013, 2014.
      TRACT 510700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012.
      TRACT 511000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        2021, 2022, 2023, 2024, 2025, 2026,
        2027, 2028, 2029, 2030, 2031, 2032,
        2033, 2034, 2035, 2036, 2037, 2038,
        2039, 2040, 2041, 2042, 2043, 2044,
        2045, 2046, 2047, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020,
        3021, 3022, 3023, 3024, 3025, 3026,
        3027, 3028, 3029, 3030, 3031, 3032,
        3033, 3034, 3035, 3036, 3037, 3038,
        3039, 3040, 3041, 3042, 4000, 4001,
        4002, 4003, 4004, 4005, 4006, 4007,
        4008, 4009, 4010, 4011, 4012, 4013,
        4014, 4015, 4016, 4017, 4018, 4019,
        4020, 4021, 4022, 4023, 4024, 4025,

4026, 4027, 4028, 4029, 4030, 4031,
4032, 4033, 4034, 4035, 4036, 4037,
4038, 4039, 4040, 4041, 4042, 4043.
TRACT 511200 INCLUDING BLOCK(S)
1078, 1079.
TRACT 513700 INCLUDING BLOCK(S)
1035, 1036.
TRACT 514200 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 4000, 4001, 4002, 4003,
4004, 4005, 5000, 5001, 5002, 5003,
5004, 5005.
TRACT 515200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023.
TRACT 515300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1013, 1014, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014.
TRACT 515700 INCLUDING BLOCK(S)
1000, 1003, 1004, 1005, 1006.
TRACT 515900 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024.
TRACT 516000 INCLUDING BLOCK(S)
1013, 1014, 1015, 1016, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021.
TRACT 516100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045.
TRACT 516200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.
TRACT 516300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026.
TRACT 516400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025.
TRACT 516500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049.
TRACT 516600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023.
TRACT 516700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003.
TRACT 516800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 841 of 1209

1030, 1031, 1032, 1033, 1034, 1035,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018.
TRACT 516900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020.
TRACT 517000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020.
TRACT 517100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015.
TRACT 517200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056, 2057,
2058, 2059, 2060, 2061.
TRACT 517300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015.
TRACT 517500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,

2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015.
TRACT 518000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033.
TRACT 518400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 518500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016.
TRACT 518600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019.
TRACT 518800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,

2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045.
TRACT 518900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106.
TRACT 520200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025.
TRACT 520300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008.
TRACT 520400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019.
TRACT 520700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 520800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107,
1108, 1109, 1110, 1111, 1112, 1113,
1114, 1115, 1116, 1117.
TRACT 521400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1027, 1041, 1042, 1043, 1044,
1055, 1056, 1057, 1058, 1059, 1060,
1061, 1062, 1063, 1064, 1065, 1066,
1067, 1068, 1069, 1098, 1099, 1100,
1101, 1102, 1103, 1104, 1105, 1106,
1107.
TRACT 521500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1026, 1027, 1028,
1029, 1030, 1039, 1040, 1041, 1042,
1043, 1044, 1045, 1046, 1047, 1048,
1050, 1051, 1052, 1062, 1063, 1064,
1065, 1066, 1067, 1068, 1077, 1078,
1079, 1080, 1081, 1092, 1093, 1094,
1095, 1096, 1097, 1100.
TRACT 521800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018.
TRACT 521900 INCLUDING BLOCK(S)
1000, 1001, 1007, 1008, 1016, 1017,
1018, 1019, 1025, 1026, 1027, 1028,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012.
TRACT 522000 INCLUDING BLOCK(S)
1000.
TRACT 522500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,

1036, 1037, 1038, 1039, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021.
TRACT 533900 INCLUDING BLOCK(S)
3064.
TRACT 985100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1027,
1028, 1034, 1035, 1036, 1037, 1066,
1067, 1068, 1069, 1070, 1071, 1072,
1073, 1074, 1075, 1076, 1077, 1078,
1079, 1080, 1081, 1082, 1083, 1088,
1099, 1100, 1101, 1107, 1108, 1109.
TRACT 985300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1032.
TRACT 985500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081.
TRACT 985900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020.
HAMTRAMCK CITY (PART)
TRACT 552000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 552100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011.

TRACT 552200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023.
TRACT 552300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 3000, 3001, 3002, 3003,
3004, 3005.
TRACT 552400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018.
TRACT 552800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2004, 2005, 2006, 2009,
2010, 3000, 3001, 3002, 3003, 3004,
4000, 4001, 4002, 4003, 4004, 4005,
5000, 5005, 5006, 5007.
DISTRICT 005
  MACOMB COUNTY (PART)
    WARREN CITY (PART)
      TRACT 262300 INCLUDING BLOCK(S)
3024.
TRACT 262400 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021.
TRACT 263400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008.
TRACT 263500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018.

TRACT 263600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023, 5024, 5025, 5026.
TRACT 263700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017.
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 506400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 3000, 3001, 3002, 3003,
3004.
TRACT 506500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.
TRACT 506600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,

3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011.
TRACT 506700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044.
TRACT 506800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 506900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014, 5015, 5016, 5017.
TRACT 507000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028.
TRACT 507100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016.

TRACT 507200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029.
TRACT 507300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041, 3042.
TRACT 507400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010.
TRACT 507500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019.
TRACT 507800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027.
TRACT 507900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,

2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007.
TRACT 508000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023.
TRACT 508100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008.
TRACT 510400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021.
TRACT 510500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,

3030, 3031, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014.
TRACT 510600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1012, 1013, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014.
TRACT 511300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024.
TRACT 511400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014, 5015, 5016, 5017.
TRACT 532200 INCLUDING BLOCK(S)
2000, 2001, 2002, 2008, 2011, 2012.
TRACT 532300 INCLUDING BLOCK(S)
1000, 1003, 1004, 1010, 1011, 1022,
1023, 1035.
TRACT 532400 INCLUDING BLOCK(S)
1000, 1001.
TRACT 538100 INCLUDING BLOCK(S)
2009, 2010, 2011, 2013, 2014, 2027.
TRACT 538200 INCLUDING BLOCK(S)
1006, 1007, 1016, 1020, 1021, 1022,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025.
TRACT 538300 INCLUDING BLOCK(S)
1003, 1008, 1015, 1016, 1017, 1018,
1019, 1022, 1023, 2005, 2006, 2007,
2008, 2009, 2011.

TRACT 985100 INCLUDING BLOCK(S)
1105.
HIGHLAND PARK CITY
DISTRICT 006
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 521100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029.
TRACT 521300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070.
TRACT 521400 INCLUDING BLOCK(S)
1009, 1026, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1070, 1071, 1072, 1073, 1074,
1075, 1076, 1077, 1078, 1079, 1080,
1081, 1082, 1083, 1084, 1085, 1086,
1087, 1088, 1089, 1090, 1091, 1092,
1093, 1094, 1095, 1096, 1097.
TRACT 521500 INCLUDING BLOCK(S)
1015, 1016, 1017, 1018, 1019, 1020,
1021, 1022, 1023, 1024, 1025, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1049, 1053, 1054, 1055, 1056,
1057, 1058, 1059, 1060, 1061, 1069,
1070, 1071, 1072, 1073, 1074, 1075,
1076, 1082, 1083, 1084, 1085, 1086,
1087, 1088, 1089, 1090, 1091, 1098,
1099, 1101, 1102, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031.

TRACT 521900 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1009,
1010, 1011, 1012, 1013, 1014, 1015,
1020, 1021, 1022, 1023, 1024, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 3033, 3034, 3035, 3036,
3037, 3038, 3039, 3040, 3041, 3042,
3043, 3044, 3045, 3046, 3047, 3048,
3049, 3050, 3051, 3052, 3053, 3054,
3055, 3056, 3057, 3058, 3059, 3060,
3061, 3062, 3063, 3064, 3065, 3066,
3067, 3068, 3069, 3070, 3071.
TRACT 522000 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
1037, 1038, 1039, 1040, 1041, 1042,
1043, 1044, 1045, 1046, 1047, 1048,
1049, 1050, 1051, 1052, 1053, 1054,
1055, 1056, 1057, 1058, 1059, 1060,
1061, 1062, 1063, 1064, 1065, 1066,
1067, 1068, 1069, 1070, 1071, 1072,
1073, 1074, 1075, 1076, 1077, 1078,
1079, 1080, 1081, 1082, 1083, 1084,
1085, 1086, 1087, 1088, 1089, 1090,
1091, 1092, 1093, 1094, 1095, 1096,
1097, 1098.
TRACT 522100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041.
TRACT 522200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 522300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2046, 2047, 2048, 2049, 2050,
2051, 2052.
TRACT 522400 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1017, 1018, 1019, 1020,
1021, 1022, 1023, 1024, 1025, 1026,
1027, 1028, 1029, 1030, 1031, 1032,
1033, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019.
TRACT 523100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056.
TRACT 523200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024.
TRACT 523300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007.
TRACT 523400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008.

TRACT 523800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020.
TRACT 524000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006.
TRACT 524100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1015, 1016, 1017, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 4000, 4001, 4002, 4003, 4004,
4005.
TRACT 524200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 4000, 4001, 4002, 4003, 4004,
4005, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 6000, 6001, 6002, 6003,
6004, 6005, 6006.
TRACT 524300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
3000, 3001, 3002, 3003, 3004, 3005.
TRACT 524500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047.
TRACT 524700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,

2003, 2004, 2005, 2006, 2007, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 6000, 6001,
6002, 6003, 6004, 6005, 6006, 6007,
6008, 6009, 6010, 6011, 6012, 6013,
6014, 6015, 6016, 6017, 6018, 6019,
6020, 6021, 6022, 6023, 6024, 6025,
6026, 6027, 6028, 6029.
TRACT 524800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014, 5015, 5016, 5017, 5018,
5019, 5020.
TRACT 524900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 2049, 2050, 2051, 2052,
2053, 2054, 2055, 2056, 2057, 2058,
2059.
TRACT 525000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,

2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062, 2063, 2064, 2065,
2066, 2067, 2068, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042, 3043, 3044,
3045, 3046, 3047, 3048, 3049, 3050,
3051.
TRACT 525400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021.
TRACT 525500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013.
TRACT 525600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018.
TRACT 525700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 525800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022.

TRACT 526000 INCLUDING BLOCK(S)
1017, 2002, 2003, 2011, 2012, 2019.
TRACT 526300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021.
TRACT 526400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015.
TRACT 527200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009.
TRACT 527300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 530800 INCLUDING BLOCK(S)
1017.
TRACT 531100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008.
TRACT 531200 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2003, 2004, 2005, 2006, 2007, 2008.
TRACT 531300 INCLUDING BLOCK(S)
1007, 1009.
TRACT 532600 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008.
TRACT 532700 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1007, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007.

TRACT 533000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 533100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006.
TRACT 533200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008.
TRACT 533300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019.
TRACT 533400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4018,
5000, 5001, 5002, 5003, 5004, 5005,
5006.
TRACT 533500 INCLUDING BLOCK(S)
1013, 1014, 1015, 1016, 1017, 1018,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013.
TRACT 533600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 533700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2007, 2008, 2009, 2010, 2011.

TRACT 985000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009.
TRACT 985300 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1027, 1028, 1029, 1030,
1031, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045.
DISTRICT 007
WAYNE COUNTY (PART)
DEARBORN CITY (PART)
TRACT 573300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026.
TRACT 573500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2085, 2086, 2090.
TRACT 573600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 6000, 6001, 6002,
6003, 6004, 6005, 6006, 6007, 6008,
6009, 6010, 6011, 6012.
TRACT 573701 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019.
TRACT 573702 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 861 of 1209

2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012.
TRACT 573800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020.
TRACT 573900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030.
TRACT 574000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4013.
TRACT 574100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2007, 2008, 2009,
2010, 2011, 2012.
TRACT 574300 INCLUDING BLOCK(S)
1000, 1001, 1004.
TRACT 985700 INCLUDING BLOCK(S)
1000.
DETROIT CITY (PART)
TRACT 511200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,

1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007.
TRACT 511900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020.
TRACT 522400 INCLUDING BLOCK(S)
1000, 1006, 1007, 2000, 2010, 2011.
TRACT 524100 INCLUDING BLOCK(S)
1014.
TRACT 526000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1018,
1019, 2000, 2001, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2013, 2014,
2015, 2016, 2017, 2018.
TRACT 526100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022.
TRACT 526200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008.
TRACT 526300 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008.
TRACT 526400 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 526500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007.

TRACT 530400 INCLUDING BLOCK(S)
1009, 1010.
TRACT 530500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010.
TRACT 530800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4000, 4001,
4002, 4003, 4004, 4005, 4006.
TRACT 530900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024.
TRACT 531200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037.
TRACT 531300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1008, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009.
TRACT 531400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 531500 INCLUDING BLOCK(S)
2001, 2002, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 4005,
4006, 4007, 4008.
TRACT 531800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014.

TRACT 531900 INCLUDING BLOCK(S)
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026.
TRACT 532200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2003, 2004,
2005, 2006, 2007, 2009, 2010, 2013,
2014, 2015, 2016, 2017.
TRACT 532300 INCLUDING BLOCK(S)
1001, 1002, 1005, 1006, 1007, 1008,
1009, 1012, 1013, 1014, 1015, 1016,
1017, 1018, 1019, 1020, 1021, 1024,
1025, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1036, 1037.
TRACT 532400 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 2000, 2001,
2002, 2003, 2004, 2005, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011.
TRACT 532600 INCLUDING BLOCK(S)
1000, 1001, 2000, 3000.
TRACT 532700 INCLUDING BLOCK(S)
1000, 1001, 1006.
TRACT 533400 INCLUDING BLOCK(S)
4017.
TRACT 533500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012.
TRACT 533700 INCLUDING BLOCK(S)
2001, 2002, 2003, 2004, 2005, 2006.
TRACT 533900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3062, 3063,
3065.
TRACT 534100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024.

TRACT 534200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2003, 2004, 2005, 2006,
2007, 2008, 2010, 2011, 2012, 2013,
2014, 2015, 3000, 3001, 3002, 3003,
3006, 3007, 3008, 3009.
TRACT 534500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027.
TRACT 534600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019.
TRACT 536500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020.
TRACT 536600 INCLUDING BLOCK(S)
1000, 1001, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 2000,
2001, 2002, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009.
TRACT 985100 INCLUDING BLOCK(S)
1017, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1025, 1026, 1029, 1030,
1031, 1032, 1033, 1038, 1039, 1040,

1041, 1042, 1043, 1044, 1045, 1046,
1047, 1048, 1049, 1050, 1051, 1052,
1053, 1054, 1055, 1056, 1057, 1058,
1059, 1060, 1061, 1062, 1063, 1064,
1065, 1084, 1085, 1086, 1087, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1102, 1103, 1104,
1106, 1110, 1111.
HAMTRAMCK CITY (PART)
    TRACT 552800 INCLUDING BLOCK(S)
    2000, 2001, 2002, 2003, 2007, 2008,
    5001, 5002, 5003, 5004, 5008.
DISTRICT 008
    WAYNE COUNTY (PART)
    DETROIT CITY (PART)
        TRACT 530100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 4000, 4001,
        4002, 4003, 4004, 4005, 4006, 4007,
        4008, 4009, 4010, 4011.
        TRACT 530200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 4000, 4001,
        4002, 4003, 4004, 4005, 4006, 4007,
        4008, 4009, 4010, 4011, 4012, 4013,
        4014, 4015, 5000, 5001, 5002, 5003,
        5004, 5005, 5006, 5007, 5008.
        TRACT 530300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 3023, 3024, 3025, 3026, 3027,
        3028, 3029, 3030.
        TRACT 530400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015.
        TRACT 531500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 2000, 2003, 4000, 4001, 4002,
        4003, 4004.

TRACT 531600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008.
TRACT 531700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033.
TRACT 531800 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 531900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013.
TRACT 536100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011.
TRACT 536200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022.
TRACT 536300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 6000, 6001, 6002, 6003, 6004,
6005, 6006, 6007, 6008, 6009, 6010,
6011, 6012, 6013, 6014, 6015, 6016,
6017, 6018, 6019, 6020, 6021.

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 868 of 1209

TRACT 536400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013.
TRACT 536700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009.
TRACT 536800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024.
TRACT 536900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 4000, 4001,
4002, 4003, 4004, 4005, 4006.
TRACT 537000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.
TRACT 537100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016.
TRACT 537500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007.

TRACT 537600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015.
TRACT 537700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007.
TRACT 538100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2012, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026.
TRACT 538200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1017, 1018, 1019, 1023,
1024.
TRACT 538300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1004, 1005, 1006,
1007, 1009, 1010, 1011, 1012, 1013,
1014, 1020, 1021, 1024, 2000, 2001,
2002, 2003, 2004, 2010.
TRACT 538400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019.
TRACT 538500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 6000,
6001, 6002, 6003, 6004, 6005, 6006,
6007, 7000, 7001, 7002, 7003, 7004,
7005, 7006, 7007, 7008, 7009, 7010,
7011, 7012, 7013, 7014, 7015.
TRACT 538600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 870 of 1209

2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011,
6012, 6013.
TRACT 538700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3017, 3018, 3019, 3020.
TRACT 538900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023.
TRACT 539000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009.
TRACT 539400 INCLUDING BLOCK(S)
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 3017, 3018, 3019, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032.
TRACT 539500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 871 of 1209

```
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        4007, 4008, 4009, 4010, 4011, 4012,
        4013, 4014, 4015, 4016, 4017, 4018.
    TRACT 539600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 2012, 2013, 2016, 2017, 2018,
        2019, 2020, 2021, 2022, 2023, 2024,
        2025, 2026, 2027, 2028, 2029, 2030,
        2031, 2032, 3004, 3005, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015.
    TRACT 540300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 2000,
        2005, 2006, 2011.
    TRACT 540400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2011, 2012.
DISTRICT 009
  WAYNE COUNTY (PART)
    DETROIT CITY (PART)
    TRACT 538700 INCLUDING BLOCK(S)
        3002, 3003, 3004, 3015, 3016.
    TRACT 538800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012.
    TRACT 539100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015.
    TRACT 539200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        4000, 4001, 4002, 4003, 4004, 4005,
        4006, 4007, 4008, 5000, 5001, 5002,
        5003, 5004, 6000, 6001, 6002, 6003,
        6004, 6005, 6006, 6007, 6008, 6009,
        6010, 6011, 6012, 6013, 6014, 6015,
        6016, 6017, 6018, 6019, 6020, 6021,
        6022, 6023, 6024, 6025, 6026, 6027,
        6028, 6029, 6030, 6031, 6032, 6033,
        6034.
```

TRACT 539300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019.
TRACT 539400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3020, 3021, 3022, 3023, 3024,
3033.
TRACT 539600 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2014, 2015, 3000, 3001, 3002, 3003,
3006, 3007.
TRACT 539700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017.
TRACT 540100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011.
TRACT 540200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,

4005, 4006, 4007, 4008, 4009, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 6000,
6001, 6002, 6003, 6004, 6005, 6006,
6007, 6008, 6009, 6010, 6011, 6012,
6013, 6014, 6015, 6016, 6017, 6018,
6019, 6020.
TRACT 540300 INCLUDING BLOCK(S)
2001, 2002, 2003, 2004, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021.
TRACT 540500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011.
TRACT 540600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 4000, 4001, 4002, 4003, 4005,
4006, 4007, 4008, 4009.
TRACT 540700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012.
TRACT 540800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025.
TRACT 540900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,

3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017.
TRACT 541000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022.
TRACT 541100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3007, 3008,
3009.
TRACT 541200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009.
TRACT 541300 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3007.
TRACT 541500 INCLUDING BLOCK(S)
1000, 1001, 1002, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016.
TRACT 541700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008.
TRACT 541800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025.
TRACT 554100 INCLUDING BLOCK(S)
4000, 4002.
REDFORD TOWNSHIP (PART)
TRACT 554100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,

2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 4001, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 4030,
4031, 4032, 4033, 4034, 4035, 4036,
4037.
TRACT 554200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021.
TRACT 554300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019.
TRACT 554400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016.
TRACT 554500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2046.
TRACT 554600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017.
TRACT 554700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017.
TRACT 554800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032.

TRACT 554900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033, 2034, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029.
DISTRICT 010
WAYNE COUNTY (PART)
DEARBORN HEIGHTS CITY (PART)
TRACT 571500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026.
TRACT 571600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1020, 1021,
1028, 1029, 1030, 1031, 1032, 1033,
1034, 1035, 1036, 1037, 1038, 1039,
1040.
TRACT 571700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020.
DETROIT CITY (PART)
TRACT 535400 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008.
TRACT 535500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.

TRACT 542700 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
1037, 1038, 1039.
TRACT 543400 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020.
TRACT 543600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023.
TRACT 543700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 543800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029.
TRACT 543900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038.
TRACT 544000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,

2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034.
TRACT 544100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 3000,
3001, 3002, 3003, 3004, 3005, 3006.
TRACT 545100 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 2009.
TRACT 545200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015.
TRACT 545300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012.
TRACT 545400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011.
TRACT 545500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 6000, 6001, 6002, 6003,
6004, 6005, 6006, 6007.
TRACT 545600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007.
TRACT 545700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,

2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032.
TRACT 545800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 3000, 3001,
3002, 3003, 3004, 3005, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010.
TRACT 545900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 5000, 5001, 5002, 5003,
5004, 5005, 5006.
TRACT 546000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015.
TRACT 546100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011.
TRACT 546200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 546300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 881 of 1209

2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036.
TRACT 546400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007.
TRACT 546500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 546600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015.
TRACT 546700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011.
TRACT 546800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 546900 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1009,
1010, 1011, 1012, 1013, 1014, 1015,
1016, 1017, 1018, 1019, 1020, 1021,
1022, 1023, 1024, 1025, 1026, 1027,
1028, 1029, 1030, 1032, 1033, 1034,
1035, 1036, 1037, 1038, 1039, 1043,
1044.
REDFORD TOWNSHIP (PART)
TRACT 555100 INCLUDING BLOCK(S)
4000, 4001, 4002, 4003, 4004, 4005,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 4030,
4031, 4032.
TRACT 555300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2014, 2017,
2018, 2019, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047.
TRACT 555400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025.
TRACT 555500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021.
DISTRICT 011
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 534200 INCLUDING BLOCK(S)
2002, 2009, 3004, 3005, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014, 5015, 5016, 5017, 5018,
5019, 5020, 5021.
TRACT 534300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 534400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023.
TRACT 534700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 4000, 4001, 4002,

4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032,
4033, 4034, 4035, 4036.
TRACT 535000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.
TRACT 535100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 535200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024.
TRACT 535300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031,
5032.
TRACT 535400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1016, 1017, 1018, 1019, 1020, 2000.
TRACT 535600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,

4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 4030,
4031, 4032, 4033, 4034, 4035, 4036.
TRACT 535700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011.
TRACT 536600 INCLUDING BLOCK(S)
1002, 1003, 1013, 1014, 1015, 1016,
1017, 1018, 1019, 1020, 1021, 1022,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2011, 2012, 2013, 2014, 2015.
TRACT 537100 INCLUDING BLOCK(S)
1010, 1011.
TRACT 537200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033.
TRACT 537300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008.
TRACT 537700 INCLUDING BLOCK(S)
1008, 1009, 1010, 1011, 2004, 2005,
2006, 2010, 2011, 3008, 3009, 3010,
3011.
TRACT 537800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010.
TRACT 540400 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022, 4023, 4024, 4025,
4026, 4027.

TRACT 540500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022.
TRACT 540600 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 4004.
TRACT 541100 INCLUDING BLOCK(S)
3003, 3004, 3005, 3006, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009.
TRACT 541200 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008.
TRACT 541300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2006,
2007, 2008, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 3004, 3005, 3006, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 541400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018.
TRACT 542100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011.
TRACT 542200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,

3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014.
TRACT 542300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017.
TRACT 542400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012.
TRACT 542500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022.
TRACT 542600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009.
TRACT 542700 INCLUDING BLOCK(S)
1000, 1021, 1022, 1023, 1024, 1025,
1026.
TRACT 542800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008.
TRACT 542900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,

2018, 2019, 2020, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 543000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 543100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020.
TRACT 543200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022.
TRACT 543400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010.
TRACT 543500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023.

TRACT 544200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023.
TRACT 544300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026.
TRACT 545100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028.
TRACT 546900 INCLUDING BLOCK(S)
1000, 1006, 1007, 1008, 1031, 1040,
1041, 1042.
DISTRICT 012
WAYNE COUNTY (PART)
DEARBORN CITY (PART)
TRACT 573300 INCLUDING BLOCK(S)
1029.
TRACT 573400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
4000, 4001, 4002, 4003, 4004, 4005.
TRACT 573500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,

2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062, 2063, 2064, 2065,
2066, 2067, 2068, 2069, 2070, 2071,
2072, 2073, 2074, 2075, 2076, 2077,
2078, 2079, 2080, 2081, 2082, 2083,
2084, 2087, 2088, 2089.
TRACT 574000 INCLUDING BLOCK(S)
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012.
TRACT 574100 INCLUDING BLOCK(S)
2003, 2004, 2005, 2006, 2013, 2014,
2015, 2016, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009.
TRACT 574202 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017.
TRACT 574300 INCLUDING BLOCK(S)
1002, 1003, 1005, 1006, 1007, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1017, 1018, 1019, 1020,
1021, 1022, 1023, 1024, 1025, 1026,
1027, 1028, 1029, 1030, 1031, 1032,
1033, 1034, 1035, 1036, 1037, 1038,
1039, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1048, 1049, 1050,
1051, 1052, 1053, 1054, 1055, 1056,
1057, 1058, 1059, 1060, 1061, 1062,
1063, 1064, 1065, 1066, 1067, 1068,
1069, 1070, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016.
TRACT 574600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 5000, 5001, 5002, 5003,

5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 6000, 6001,
6002, 6003, 6004, 6005, 6006, 6007,
6008, 6009, 6010, 6011, 6012, 6013,
7000, 7001, 7002, 7003, 7004, 7005,
7006, 7007, 7008, 7009, 7010, 7011,
7012.
TRACT 574700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015.
TRACT 574800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023, 5024, 5025, 5026, 5027, 5028,
5029.
TRACT 574900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049.
TRACT 575000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 4000, 4001, 4002, 4003,

4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026, 4027,
4028, 4029.
TRACT 575100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011.
TRACT 575200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 575300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009.
TRACT 575400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
4029, 4030, 4031, 4032, 4033, 4034,
4035, 4036, 4037, 4038, 4039, 4040,
4041, 4042, 4043, 4044, 4045, 4046,
4047, 4048, 4049, 4050, 4051, 4052,
4053, 4054, 4055, 4056, 4057, 4058,
4059, 4060, 4061, 4062, 4063, 4064,

4065, 4066, 4067, 4068, 4069, 4070,
4071, 4072, 4073, 4074, 4075, 4076,
4077.
TRACT 575500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1040, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2027, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 575600 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1016, 1019, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019.
TRACT 576000 INCLUDING BLOCK(S)
2003, 2004.
TRACT 579900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041, 3042, 3043,
3044, 3045, 3046, 3047, 3048, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 4030.

TRACT 985700 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036.
DEARBORN HEIGHTS CITY (PART)
TRACT 572600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 4000, 4001, 4006, 4007,
4008, 4009, 4011, 4012, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013.
TRACT 572700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022.
TRACT 572800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014, 6000, 6001, 6002, 6003,
6004, 6005, 6006, 6007, 6008, 6009,
6010, 6011, 6012, 6013, 6014, 6015,
6016, 6017, 6018, 6019, 6020.

TRACT 572900 INCLUDING BLOCK(S)
1002, 1003, 1012, 2011, 3008, 3009,
3025, 3026, 3027.
MELVINDALE CITY
DISTRICT 013
WAYNE COUNTY (PART)
RIVERVIEW CITY
SOUTHGATE CITY
TAYLOR CITY (PART)
TRACT 583300 INCLUDING BLOCK(S)
2016.
TRACT 583400 INCLUDING BLOCK(S)
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4016, 4017,
4018, 4019, 4020, 4021, 5012, 5013,
5014, 5015, 5018, 5019, 5020.
TRACT 583500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012.
TRACT 583600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020.
TRACT 583900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010.
TRACT 584000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010.
TRACT 584100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014.
TRACT 584200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026.
TRACT 584500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033, 2034, 2035, 2036, 2037,
2038.
TRACT 584600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039.
TRACT 584700 INCLUDING BLOCK(S)
2001, 2002.
WYANDOTTE CITY
DISTRICT 014
WAYNE COUNTY (PART)
ALLEN PARK CITY
DEARBORN HEIGHTS CITY (PART)
TRACT 572900 INCLUDING BLOCK(S)
1000, 1001, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1013, 1014,
1015, 1016, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2012, 2013, 2014, 2015, 2016,
2017, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024.
ECORSE CITY
LINCOLN PARK CITY
RIVER ROUGE CITY
DISTRICT 015
WAYNE COUNTY (PART)
DEARBORN HEIGHTS CITY (PART)
TRACT 571600 INCLUDING BLOCK(S)
1016, 1017, 1018, 1019, 1022, 1023,
1024, 1025, 1026, 1027.
TRACT 571800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012.
TRACT 571900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 572000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017.
TRACT 572100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014.
TRACT 572200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019, 5020,
5021, 5022, 5023, 5024.
TRACT 572400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.

TRACT 572500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 572600 INCLUDING BLOCK(S)
4002, 4003, 4004, 4005, 4010.
TRACT 573000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023.
TRACT 573100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019.
GARDEN CITY CITY
INKSTER CITY
REDFORD TOWNSHIP (PART)
TRACT 555100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 3033, 3034, 3035, 3036,
3037, 3038, 3039, 4006, 4007, 4008,
4009, 4010, 4018, 4019.
TRACT 555300 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2012,
2013, 2015, 2016, 2020.
TRACT 555600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026.
DISTRICT 016
WAYNE COUNTY (PART)
BROWNSTOWN TOWNSHIP
FLAT ROCK CITY
GIBRALTAR CITY

    GROSSE ILE TOWNSHIP
    ROCKWOOD CITY
    TRENTON CITY
    WOODHAVEN CITY
DISTRICT 017
  MONROE COUNTY (PART)
    ASH TOWNSHIP
    BERLIN TOWNSHIP
    EXETER TOWNSHIP
    FRENCHTOWN TOWNSHIP
    LONDON TOWNSHIP
    MILAN TOWNSHIP (PART)
      TRACT 830600 INCLUDING BLOCK(S)
      2009, 2014.
    MONROE CITY
    MONROE TOWNSHIP (PART)
      TRACT 832000 INCLUDING BLOCK(S)
      2009.
      TRACT 832300 INCLUDING BLOCK(S)
      2011, 2012, 2019.
  WAYNE COUNTY (PART)
    HURON TOWNSHIP
    SUMPTER TOWNSHIP
DISTRICT 018
  WAYNE COUNTY (PART)
    WAYNE CITY
    WESTLAND CITY (PART)
      TRACT 565300 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 2000,
      2001, 2002, 2003, 2004, 2005, 2006,
      2007, 2008, 2009, 2010, 2011, 2012,
      2013, 3000, 3001, 3002, 3003, 3004,
      3005, 3006, 3007.
      TRACT 565600 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 2000, 2001,
      2002, 2003, 2004, 2005, 2006, 2007,
      2008, 2009, 2010, 2011, 2012.
      TRACT 565700 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 2000, 2001, 2002, 2003,
      2004, 2005, 2006, 2007, 2008, 2009,
      2010, 2011, 2012, 2013, 2014, 2015,
      2016, 2017, 2018.
      TRACT 565800 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 2000, 2001, 2002,
      2003, 2004, 2005, 2006, 2007, 2008,
      2009, 2010, 2011, 2012, 2013, 2014,
      2015, 2016, 3000, 3001, 3002, 3003,
      3004, 3005, 3006, 3007, 3008, 3009,
      3010, 3011, 3012, 3013, 3014.
      TRACT 565900 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008.
TRACT 567000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 567100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012.
TRACT 567201 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014.
TRACT 567202 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015.
TRACT 567300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008.
TRACT 567400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017.

TRACT 567800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017.
TRACT 567900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031.
TRACT 568000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018.
TRACT 568200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 568300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018.
TRACT 568400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018.

TRACT 568500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022.
TRACT 568700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018.
TRACT 568800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 568900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016.
DISTRICT 019
WAYNE COUNTY (PART)
LIVONIA CITY (PART)
TRACT 556100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015.
TRACT 556200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008.

TRACT 556300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022.
TRACT 556400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021.
TRACT 556500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050.
TRACT 556600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016.
TRACT 556700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011.
TRACT 556800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016.
TRACT 556900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012.

TRACT 557000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.
TRACT 557100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.
TRACT 557200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013.
TRACT 557300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027.
TRACT 557400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024.
TRACT 557500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008.
TRACT 557600 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
TRACT 557900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,

2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032.
TRACT 558000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018.
TRACT 558100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 558200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023.
TRACT 558300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,

1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 2000, 2001, 2002, 2003, 2004,
2005, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049, 2050, 2060, 2061, 2062, 2063,
2064.
TRACT 558500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008.
TRACT 558600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 558700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.
TRACT 558800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020.
TRACT 558900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020.
TRACT 559000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.
TRACT 559100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

   1012, 1013, 1014, 1015, 1016, 1017,
   1018, 1019, 1020, 1021, 1022, 2000,
   2001, 2002, 2003, 2004, 2005, 2006,
   2007, 2008, 2009, 2010, 2011, 2012,
   2013, 2014, 2015, 2016.
  TRACT 559200 INCLUDING BLOCK(S)
   1000, 1001, 1002, 1003, 1004, 1005,
   1006, 1007, 1008, 1009, 1010, 2000,
   2001, 2002, 2003, 2004, 2005, 2006,
   2007, 2008, 2009, 2010, 2011, 2012,
   2013, 2014, 2015.
DISTRICT 020
 WAYNE COUNTY (PART)
  LIVONIA CITY (PART)
   TRACT 557600 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 2000,
    2001, 2002, 2003, 2004, 2005, 2006,
    2007, 2008, 2009, 2010, 2011, 2012,
    2013, 2014, 2015, 2016, 2017, 2018,
    2019, 2020, 2021.
   TRACT 557700 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 2000, 2001, 2002, 2003,
    2004, 2005, 2006, 2007, 2008, 2009,
    2010, 2011, 2012, 2013, 2014, 3000,
    3001, 3002, 3003, 3004, 3005, 3006,
    3007, 3008, 3009, 3010, 3011, 3012,
    3013, 3014, 4000, 4001, 4002, 4003,
    4004, 4005, 4006, 4007, 4008, 4009,
    4010, 4011, 4012, 4013, 4014, 4015.
   TRACT 558300 INCLUDING BLOCK(S)
    2006, 2007, 2008, 2009, 2010, 2011,
    2012, 2013, 2014, 2015, 2032, 2033,
    2034, 2035, 2051, 2052, 2053, 2054,
    2055, 2056, 2057, 2058, 2059.
   TRACT 558400 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 2000,
    2001, 2002, 2003, 2004, 2005, 2006,
    2007, 2008, 2009, 2010, 2011, 2012,
    3000, 3001, 3002, 3003, 3004, 3005,
    3006, 3007, 3008, 3009, 3010, 3011,
    3012, 3013, 3014, 3015, 3016, 3017,
    3018, 3019, 3020, 3021, 3022, 3023,
    3024, 3025, 3026, 3027.
  NORTHVILLE CITY
  NORTHVILLE TOWNSHIP
  PLYMOUTH CITY
  PLYMOUTH TOWNSHIP
  WESTLAND CITY (PART)
   TRACT 565100 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 1021, 2000, 2001,

     2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030.
   TRACT 565200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018.

DISTRICT 021
  WAYNE COUNTY (PART)
   CANTON TOWNSHIP
DISTRICT 022
  WAYNE COUNTY (PART)
   BELLEVILLE CITY
   ROMULUS CITY
   TAYLOR CITY (PART)
    TRACT 583000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.
    TRACT 583100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016.
    TRACT 583200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021.
    TRACT 583300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2017, 2018,
2019, 2020.
TRACT 583400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4022, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5016,
5017.
TRACT 583700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012.
TRACT 583800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020.
TRACT 584300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015.
TRACT 584400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030.
TRACT 584700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.

TRACT 584800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012.
VAN BUREN TOWNSHIP
DISTRICT 023
MACOMB COUNTY (PART)
CENTER LINE CITY
STERLING HEIGHTS CITY (PART)
TRACT 230200 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 4008, 4013, 4014, 4016, 4017,
4023, 4024, 4025, 4026, 4027, 4028,
4029, 4030, 4031, 4032, 4033, 4034.
TRACT 230900 INCLUDING BLOCK(S)
1000, 3002, 3004, 3006, 3007, 3016,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017.
TRACT 231000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024.
TRACT 231100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033.

TRACT 231200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024.
TRACT 231800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012.
TRACT 231900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008.
TRACT 232000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 232100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013.
TRACT 232200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 911 of 1209

2009, 2010, 2011, 2012, 2013, 2014,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 5000, 5001,
5002, 5003, 5004, 5005.
TRACT 232500 INCLUDING BLOCK(S)
1025, 1026, 1027, 1028, 1029, 1030,
1031, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022.
TRACT 233000 INCLUDING BLOCK(S)
1020, 1021, 1022, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 982000 INCLUDING BLOCK(S)
1046, 1047, 1048.
WARREN CITY (PART)
TRACT 260200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 3000, 3001, 3002, 3003,
3004, 3005, 3006.
TRACT 260300 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 3000, 3001,
3002.
TRACT 260400 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015.
TRACT 261100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,

3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029, 3030, 3031, 3032, 3033, 3034,
3035, 3036, 3037, 3038, 3039, 3040,
3041, 3042, 3043, 3044, 3045, 3046,
3047, 3048, 3049, 3050, 3051, 3052,
3053, 3054, 3055, 3056, 3057, 3058,
3059, 3060.
TRACT 261900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023.
TRACT 262000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018.
TRACT 262100 INCLUDING BLOCK(S)
1042, 1043, 1044, 1045, 1074.
TRACT 262500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 3034, 4000, 4001, 7000,
7001, 7002, 7003, 7004, 7005, 7006,
7007, 7008, 7009, 7010, 7011, 7012,
7013, 7014, 7015, 7016, 7017, 7018,
7019, 7020, 7021, 7022, 7023, 7024.
TRACT 262600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1010, 1011, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011.
TRACT 262700 INCLUDING BLOCK(S)
3001, 4007.
TRACT 263200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015.
TRACT 263800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,

        2030, 2031, 2032, 2033, 2034, 2035,
        2036, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014.
      TRACT 263900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016.
      TRACT 264000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 2024.
      TRACT 268400 INCLUDING BLOCK(S)
        2003, 2004, 2005, 2010, 2011, 2014,
        3006, 3007, 3013.
      TRACT 982200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024.
DISTRICT 024
  MACOMB COUNTY (PART)
    CHESTERFIELD TOWNSHIP (PART)
      TRACT 221100 INCLUDING BLOCK(S)
        1011, 1012, 1013, 1014, 1015, 1016,
        1017, 1020, 1021, 1022, 1023, 1024,
        1025, 1028, 1029, 1030, 2040.
      TRACT 268200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 1040, 1041,
        1042, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 3000, 3001,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012.
      TRACT 982100 INCLUDING BLOCK(S)
        1016, 1017, 1018, 1019, 1020, 1021,
        1022.
    HARRISON TOWNSHIP
    ST. CLAIR SHORES CITY
    VILLAGE OF GROSSE POINTE SHORES, A MICHIGAN CITY CITY
DISTRICT 025
  MACOMB COUNTY (PART)
    STERLING HEIGHTS CITY (PART)
      TRACT 230500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2015, 2016, 2017, 2018, 2019,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023.
TRACT 230601 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065.
TRACT 230602 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058.
TRACT 230700 INCLUDING BLOCK(S)
1028, 1029, 1030.
TRACT 230800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020.
TRACT 230900 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 3000, 3001,
3003, 3005, 3008, 3009, 3010, 3011,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 915 of 1209

3012, 3013, 3014, 3015, 3017, 3018,
3030, 5000, 5001, 5002, 5003, 5004,
5005.
TRACT 231400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019.
TRACT 231500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013.
TRACT 231600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010.
TRACT 231700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.
TRACT 232300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 3000.

TRACT 232400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012.
TRACT 982000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1049, 1050,
1051, 1052, 1053, 1054, 1055, 1056,
1057.
WARREN CITY (PART)
TRACT 260400 INCLUDING BLOCK(S)
1000, 1001, 1002.
TRACT 260600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017.
TRACT 260700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014.
TRACT 260800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008.
TRACT 260900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009.
TRACT 261000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007.
TRACT 262100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1046, 1047, 1048, 1049, 1050, 1051,
1052, 1053, 1054, 1055, 1056, 1057,
1058, 1059, 1060, 1061, 1062, 1063,
1064, 1065, 1066, 1067, 1068, 1069,
1070, 1071, 1072, 1073.
TRACT 262200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012.
TRACT 262300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3025, 3026, 3027.
TRACT 262400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012.
TRACT 262500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3035, 3036, 4002, 4003, 4004, 4005,

4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011,
6012, 6013.
TRACT 982300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073.
DISTRICT 026
OAKLAND COUNTY (PART)
MADISON HEIGHTS CITY
PLEASANT RIDGE CITY
ROYAL OAK CITY
DISTRICT 027
OAKLAND COUNTY (PART)
BERKLEY CITY
FERNDALE CITY
HAZEL PARK CITY
HUNTINGTON WOODS CITY
OAK PARK CITY
ROYAL OAK TOWNSHIP
DISTRICT 028
MACOMB COUNTY (PART)
SHELBY TOWNSHIP
STERLING HEIGHTS CITY (PART)
TRACT 230400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016.
TRACT 230500 INCLUDING BLOCK(S)
2000, 2001, 2014.
TRACT 230601 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025.

        TRACT 230602 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018.
        TRACT 230700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1031, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009.
    UTICA CITY
DISTRICT 029
  OAKLAND COUNTY (PART)
    AUBURN HILLS CITY
    BLOOMFIELD TOWNSHIP (PART)
        TRACT 150000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019, 5020,
5021, 5022, 5023, 5024.
        TRACT 150400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027.
        TRACT 150500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014.
    BLOOMFIELD HILLS CITY
    PONTIAC CITY

DISTRICT 030
  MACOMB COUNTY (PART)
    ROSEVILLE CITY
    WARREN CITY (PART)
      TRACT 260000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007.
      TRACT 260100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010, 3011.
      TRACT 260200 INCLUDING BLOCK(S)
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011.
      TRACT 260300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        3003, 3004, 3005, 3006.
      TRACT 261200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014.
      TRACT 261300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011.
      TRACT 261400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016.
      TRACT 261500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 2017, 2018,
        2019, 2020, 2021, 2022, 2023, 2024,
        2025, 2026, 2027, 2028, 2029, 2030,
        2031.
      TRACT 261600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 2000, 2001, 2002,

2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019.
TRACT 261700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012.
TRACT 261800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020.
TRACT 262600 INCLUDING BLOCK(S)
1009.
TRACT 262700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4008, 4009, 4010, 4011,
4012.
TRACT 262800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021.
TRACT 263900 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 267600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006.
TRACT 268300 INCLUDING BLOCK(S)
1000, 1001.
TRACT 268400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1015, 1016, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
2000, 2001, 2002, 2006, 2007, 2008,
2009, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3008, 3009, 3010,
3011, 3012, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014.

DISTRICT 031
  MACOMB COUNTY (PART)
    CLINTON TOWNSHIP (PART)
      TRACT 240000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022,
        2023, 2024, 2025, 2026, 2027, 2028,
        2029, 2030, 2031, 2032, 2033, 2034,
        2035, 2036, 2037, 2038, 2039, 2040,
        2041, 2042, 2043.
      TRACT 241000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022,
        2023, 2026, 2027, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020,
        3021, 3022, 3023, 3024, 3025, 3026,
        3027, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 4008, 4009, 4010,
        4011, 4012, 4014, 4015, 4017.
      TRACT 241600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015.
      TRACT 241700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017, 2018, 2019,
        2020, 2021, 2022, 2023, 2024, 2025,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 3017,
        3018, 3019, 3020, 3021, 3022, 3023,
        3024, 3025, 3026, 3027, 3028.
      TRACT 241800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 923 of 1209

      1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020.

TRACT 241900 INCLUDING BLOCK(S)
    1024, 3010, 3011.

TRACT 242100 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012.

TRACT 243500 INCLUDING BLOCK(S)
    1000, 1026.

FRASER CITY

MACOMB TOWNSHIP (PART)

TRACT 223400 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2007, 2008, 2009, 2010, 2012, 2013,
2015, 2016, 2017, 2018, 2019, 2038,
2063, 2064, 2065, 2066, 2067, 2068,
2069, 2070, 2071, 2072, 2073, 2074,
2075, 2076, 2077, 2078, 2079, 2080,
2081, 2089, 2090, 2091, 2092, 2093,
2094, 2095, 2096, 2097, 2098, 2099,
2100, 2101, 2102, 2103, 2104, 2105,
2106, 2107, 2108, 2109, 2110, 2111,
2112, 2113, 2114, 2115, 2116, 2117,
2118, 2119, 2120, 2121, 2122, 2123,
2124, 2125, 2126, 2127, 2128, 2129,
2130, 2131, 2135, 2136, 2148, 2149.

TRACT 224100 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,

2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043.
TRACT 224200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033, 2034, 2035, 2036, 2037,
2038, 2039, 2040, 2041, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026.
TRACT 224300 INCLUDING BLOCK(S)
1000, 1024, 2016, 2017, 2018, 2020,
2021.
TRACT 224400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019.
TRACT 224500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042.
TRACT 224600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 925 of 1209

          2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020.

**MT. CLEMENS CITY**

**DISTRICT 032**

  **MACOMB COUNTY (PART)**

    **CHESTERFIELD TOWNSHIP (PART)**

      **TRACT 221100 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1018,
1019, 1026, 1027, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026.

      **TRACT 221200 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015.

      **TRACT 221500 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042.

      **TRACT 221800 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,

2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2046, 2047, 2048, 2049, 2050,
2051, 2052, 2053, 2054, 2055, 2056,
2057, 2058, 2059, 2060.
TRACT 222101 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038.
TRACT 222102 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019.
TRACT 222500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026.
TRACT 222800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021.
TRACT 268200 INCLUDING BLOCK(S)
3002, 3003, 3004.
MEMPHIS CITY
NEW BALTIMORE CITY
RICHMOND CITY
RICHMOND TOWNSHIP

**ST. CLAIR COUNTY (PART)**
  CASCO TOWNSHIP
  COLUMBUS TOWNSHIP
  IRA TOWNSHIP
  KENOCKEE TOWNSHIP
  KIMBALL TOWNSHIP
  MEMPHIS CITY
  RICHMOND CITY
  RILEY TOWNSHIP
  WALES TOWNSHIP
**DISTRICT 033**
  MACOMB COUNTY (PART)
    CLINTON TOWNSHIP (PART)
      TRACT 240300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013.
      TRACT 240400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015.
      TRACT 240500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026.
      TRACT 240600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016, 4017, 4018, 4019, 4020.
      TRACT 240700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014.
TRACT 240800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028.
TRACT 240900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025.
TRACT 241000 INCLUDING BLOCK(S)
2024, 2025, 4013, 4016.
TRACT 241200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008.
TRACT 241300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037.
TRACT 241400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 241500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052.
TRACT 241900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1025, 1026, 1027, 1028, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021.
TRACT 242000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038.
TRACT 242500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
TRACT 243000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020.
TRACT 243500 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1027, 1028, 1029, 1030, 1031,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026.
TRACT 244000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025.
STERLING HEIGHTS CITY (PART)
TRACT 230000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033.
TRACT 230200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4009, 4010,
4011, 4012, 4015, 4018, 4019, 4020,
4021, 4022.
TRACT 230300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015.

TRACT 232500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024.
TRACT 233000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1023.
DISTRICT 034
GENESEE COUNTY (PART)
FLINT CITY (PART)
TRACT 000100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006.
TRACT 000200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019.
TRACT 000300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008.
TRACT 000400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025.
TRACT 000500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018.

TRACT 000600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010.
TRACT 000700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009.
TRACT 000800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026.
TRACT 000900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020.

TRACT 001100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022, 4023,
4024, 4025, 4026, 4027, 4028, 4029,
4030, 4031, 4032, 4033, 4034, 4035,
4036, 4037.
TRACT 001200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013.
TRACT 001300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 001400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035.
TRACT 001500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.
TRACT 001600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026, 4027,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014, 5015.
TRACT 001700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049, 2050, 2051, 2052, 2053, 2054,
2055, 2056, 2057, 2058, 2059, 2060.
TRACT 001800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024.
TRACT 001900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036.

TRACT 002000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026.
TRACT 002200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031,
5032, 5033, 5034, 5035, 5036, 5037,
5038.
TRACT 002300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019.
TRACT 002400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008.
TRACT 002600 INCLUDING BLOCK(S)
1011, 1012, 1013, 1015, 1016, 2004,
2005, 2006, 2007, 2008, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,

5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019, 5020, 5021,
5022, 5023, 5024, 5025, 5026, 5027,
5028, 5029, 5030, 5031, 5032, 5033.
TRACT 002700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
4029, 4030, 4031.
TRACT 002800 INCLUDING BLOCK(S)
1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1018, 1019, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2017,
2018, 2019, 2020, 2021, 2026, 2027,
2028, 2029, 2030, 2031, 2036, 2037,
2038, 2049, 2050, 2051, 2104, 2105,
3005, 3006, 3027, 3028, 3029, 3030,
3031, 3032, 3038, 3039, 3040.
TRACT 003000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1014, 1015, 1016, 1017, 1018,
1019, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3028,
3039, 3040, 3041, 3042.
TRACT 003100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056, 2057,
2058, 2059.
TRACT 003200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022.
TRACT 003300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008.
TRACT 003400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023.
TRACT 003500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009.
TRACT 003600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4017, 4018, 4026, 4027, 4029, 5000,
5001, 5002, 5003, 5004, 5005.
TRACT 003700 INCLUDING BLOCK(S)
1005, 1006, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2015, 2016, 2017,

2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3031,
3033, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018.
TRACT 003800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036.
TRACT 004000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020.
TRACT 013600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034.
TRACT 980100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042.

DISTRICT 035
   OAKLAND COUNTY (PART)
     LATHRUP VILLAGE CITY
     SOUTHFIELD CITY
     SOUTHFIELD TOWNSHIP
DISTRICT 036
   MACOMB COUNTY (PART)
     ARMADA TOWNSHIP
     BRUCE TOWNSHIP
     LENOX TOWNSHIP
     MACOMB TOWNSHIP (PART)
       TRACT 223400 INCLUDING BLOCK(S)
         2000, 2001, 2002, 2003, 2004, 2005,
         2006, 2011, 2014, 2020, 2021, 2022,
         2023, 2024, 2025, 2026, 2027, 2028,
         2029, 2030, 2031, 2032, 2033, 2034,
         2035, 2036, 2037, 2039, 2040, 2041,
         2042, 2043, 2044, 2045, 2046, 2047,
         2048, 2049, 2050, 2051, 2052, 2053,
         2054, 2055, 2056, 2057, 2058, 2059,
         2060, 2061, 2062, 2082, 2083, 2084,
         2085, 2086, 2087, 2088, 2132, 2133,
         2134, 2137, 2138, 2139, 2140, 2141,
         2142, 2143, 2144, 2145, 2146, 2147.
       TRACT 223500 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 1014, 1015, 1016, 1017,
         1018, 1019, 1020, 1021, 1022, 1023,
         1024, 1025, 1026, 1027, 1028, 1029,
         1030, 1031, 1032, 1033, 1034, 1035,
         1036, 1037, 1038, 1039, 1040, 1041,
         1042, 1043, 1044, 1045, 1046.
       TRACT 223800 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 1014, 1015, 1016, 1017,
         1018, 1019, 1020, 1021, 1022, 1023,
         1024, 2000, 2001, 2002, 2003, 2004,
         2005, 2006, 2007, 2008, 2009, 2010,
         2011, 2012, 2013, 2014, 2015, 2016,
         2017, 2018, 2019, 2020, 2021, 2022,
         2023, 2024, 2025, 2026, 2027, 2028,
         2029, 2030, 2031, 2032, 2033, 2034,
         2035, 2036, 2037, 2038, 2039, 2040,
         2041, 2042, 2043, 2044, 2045, 2046,
         2047, 2048, 2049, 2050, 2051, 2052,
         2053, 2054, 2055, 2056, 2057, 2058,
         2059, 2060, 2061, 2062, 2063, 2064,
         2065, 2066, 2067, 2068, 2069, 2070,
         2071, 2072, 2073, 2074, 2075, 2076,
         2077, 2078, 2079, 2080, 2081, 2082,
         2083, 2084, 2085, 2086, 2087, 2088,
         2089, 2090, 2091, 2092, 2093, 2094,
         2095, 2096, 2097, 2098, 2099, 2100,
         2101, 2102, 2103, 2104, 2105, 2106,
         2107, 2108, 2109, 2110, 2111, 2112,
         2113, 2114, 2115, 2116, 3000, 3001,
         3002, 3003, 3004, 3005, 3006, 3007,
         3008, 3009, 3010, 3011, 3012, 3013,
         3014, 3015, 3016, 3017, 3018, 3019.

TRACT 223900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041, 3042, 3043,
3044, 3045, 3046, 3047, 3048, 3049,
3050, 3051, 3052, 3053, 3054, 3055,
3056, 3057, 3058, 3059, 3060, 3061,
3062, 3063, 3064.
TRACT 224000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3062, 3063,
3064, 3065.
TRACT 224300 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1025,
1026, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2019.
RAY TOWNSHIP
WASHINGTON TOWNSHIP

**DISTRICT 037**
  OAKLAND COUNTY (PART)
    FARMINGTON CITY
    FARMINGTON HILLS CITY
**DISTRICT 038**
  OAKLAND COUNTY (PART)
    LYON TOWNSHIP
    NORTHVILLE CITY
    NOVI CITY
    NOVI TOWNSHIP
    SOUTH LYON CITY
    WALLED LAKE CITY
**DISTRICT 039**
  OAKLAND COUNTY (PART)
    COMMERCE TOWNSHIP (PART)
      TRACT 130500 INCLUDING BLOCK(S)
        2022.
      TRACT 134000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 3017,
        3018, 3019, 3020, 3021, 3022, 3023,
        3024, 3025, 3026, 4000, 4001, 4002,
        4003, 4004, 4005, 4006, 4007, 4008,
        4009, 4010, 4011, 4012, 4013, 4014,
        4015, 4016, 4017.
      TRACT 134300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 1040, 1041,
        1042, 1043, 1044, 1045, 1046, 1047,
        1048, 1049, 1050, 1051, 1052, 1053,
        1054, 1055, 1056, 1057, 1058, 1059,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023,
        2024, 2025, 2026, 2027, 2028, 2029,
        2030, 2031, 2032, 2033, 2034, 2035,
        2036, 2037, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022.
      TRACT 134400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026.
TRACT 134500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1010, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1026,
1027, 1028, 1029, 1030, 1032, 1033,
1034, 1035, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008.
TRACT 134600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025.
TRACT 134700 INCLUDING BLOCK(S)
1012, 2014.
TRACT 134800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020.
TRACT 134900 INCLUDING BLOCK(S)
1001, 1002.
TRACT 135000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035.

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 943 of 1209

TRACT 135100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033.
TRACT 135200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033.
TRACT 135300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016.
KEEGO HARBOR CITY
ORCHARD LAKE VILLAGE CITY
SYLVAN LAKE CITY
WATERFORD TOWNSHIP (PART)
TRACT 154600 INCLUDING BLOCK(S)
1006, 1007, 1009.
WEST BLOOMFIELD TOWNSHIP (PART)
TRACT 154100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045.
TRACT 154600 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1008, 1010,
1011, 1012, 1013, 1014, 1015, 1016,
1017, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1046, 1047, 1048, 1049,
1050, 1053, 1054, 1055, 1056, 1057,
1058, 1059, 1060, 1061, 1062, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008.

TRACT 156100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027.
TRACT 156200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019, 5020,
5021, 5022, 5023, 5024, 5025, 5026,
5027, 5028, 5029, 5030, 5031, 5032,
5033.
TRACT 156500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2015, 2016, 2017, 2018, 2019.
TRACT 157200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025.
TRACT 157500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018.
WIXOM CITY

DISTRICT 040
    OAKLAND COUNTY (PART)
        BIRMINGHAM CITY
        BLOOMFIELD TOWNSHIP (PART)
            TRACT 150100 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 2002,
                2003, 2005, 2006, 2007, 2008, 2009,
                2010, 2011, 2012, 2013, 2014, 2015,
                2016, 2017, 2018, 2019, 2020, 2021,
                2022, 2023, 2024, 2025, 2026, 2027,
                2031, 2032, 2033, 2036, 2037, 2038,
                2039, 2040, 2041, 2042, 2043, 2044,
                2045, 2046, 2047, 2048, 2049, 2050,
                2051, 2052, 2053, 2054, 2055, 2056,
                3000, 3001, 3002, 3003, 3004, 3005,
                3006, 3007, 3008, 3009, 3010, 3011,
                3012, 3013, 3014, 3015, 3016, 3017,
                3018, 3019, 3020, 3021, 3022, 3023,
                3024, 3025.
            TRACT 150200 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 1016, 1017,
                1018, 1019, 1020, 1021, 1022, 1023,
                1024, 1025, 1026, 1027, 1028, 1029,
                1030, 1031, 1032, 1033, 1034, 1035,
                1036, 1037, 1038, 1039, 1040, 1041,
                1042, 1043, 1044, 1045, 1046, 1047,
                1048, 1049, 1050, 1051, 1052, 1053,
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,
                2018, 2019, 2020, 2021, 2022, 2023,
                2024.
            TRACT 150300 INCLUDING BLOCK(S)
                1000, 1001, 1002, 1003, 1004, 1005,
                1006, 1007, 1008, 1009, 1010, 1011,
                1012, 1013, 1014, 1015, 2000, 2001,
                2002, 2003, 2004, 2005, 2006, 2007,
                2008, 2009, 2010, 2011, 2012, 2013,
                2014, 2015, 2016, 2017, 2018, 2019,
                2020, 2021, 2022, 2023, 2024, 2025,
                2026, 3000, 3001, 3002, 3003, 3004,
                3005, 3006, 3007, 3008, 3009, 3010,
                3011, 3012, 3013, 3014, 3015, 3016,
                3017, 4000, 4001, 4002, 4003, 4004,
                4005, 4006, 4007, 4008, 4009, 4010,
                4011, 4012, 4013, 4014, 4015, 4016,
                4017, 4018, 4019, 4020, 4021, 4022,
                4023.
            TRACT 150500 INCLUDING BLOCK(S)
                2000, 2001, 2002, 2003, 2004, 2005,
                2006, 2007, 2008, 2009, 2010, 2011,
                2012, 2013, 2014, 2015, 2016, 2017,

2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
3015, 3016, 3017, 3018, 3019, 3020,
3021.
TRACT 150600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2013,
2014, 2015, 2016, 2017, 2019, 2020,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039.
TRACT 150700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025.
TRACT 150800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011.
TRACT 150900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011.
TRACT 151000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020.
TRACT 152700 INCLUDING BLOCK(S)
1013, 1015.
TRACT 153100 INCLUDING BLOCK(S)
1000, 1005.
TRACT 156400 INCLUDING BLOCK(S)
1027.
WEST BLOOMFIELD TOWNSHIP (PART)
TRACT 150600 INCLUDING BLOCK(S)
2012, 2018, 2021, 2031.
TRACT 156000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021.
TRACT 156300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030.
TRACT 156400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1028, 1029, 1030,

1031, 1032, 1033, 1034, 1035, 1036,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042.
TRACT 156500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.
TRACT 156900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027.
TRACT 157000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033.
TRACT 157100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013.
TRACT 157300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010.
TRACT 157400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015.
TRACT 157600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,

      2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
    TRACT 157700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019.
    TRACT 157800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021.
    TRACT 157900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021.
DISTRICT 041
  OAKLAND COUNTY (PART)
    CLAWSON CITY
    TROY CITY
DISTRICT 042
  LIVINGSTON COUNTY (PART)
    BRIGHTON CITY
    BRIGHTON TOWNSHIP
    GENOA TOWNSHIP
    GREEN OAK TOWNSHIP
    HAMBURG TOWNSHIP
    PUTNAM TOWNSHIP
DISTRICT 043
  OAKLAND COUNTY (PART)
    INDEPENDENCE TOWNSHIP
    LAKE ANGELUS CITY
    VILLAGE OF CLARKSTON CITY
    WATERFORD TOWNSHIP (PART)
      TRACT 143500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 5009,
5010, 5011, 5012, 5014, 5015, 5016,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 950 of 1209

5017, 5018, 5019, 5020, 5021, 5023,
5024, 5025, 5026, 5027, 5028, 5029,
5031, 5032, 5033, 5034, 5039.
TRACT 144100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018.
TRACT 144200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016.
TRACT 144300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022, 4023, 4024, 4025,
4026.
TRACT 144400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015.

TRACT 144500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058.
TRACT 144600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 144701 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019.
TRACT 144800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 144900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 145100 INCLUDING BLOCK(S)
1000, 1001, 1004, 1005, 1006, 1007,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 145200 INCLUDING BLOCK(S)
3008, 3009, 3010, 3011, 3012.
TRACT 145300 INCLUDING BLOCK(S)
1000, 1001, 1003, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,

2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008.
TRACT 145400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 3033, 3034, 3035, 3036,
3037, 3038, 3039, 3040, 3041, 3042,
3043, 3044, 3045, 3046, 3047, 3048,
3049, 3050, 3051, 3052, 3053, 3054,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 145502 INCLUDING BLOCK(S)
1000.
TRACT 145600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003.
TRACT 145700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021.
TRACT 145900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029.
TRACT 154200 INCLUDING BLOCK(S)
1018.
TRACT 154600 INCLUDING BLOCK(S)
1000.
DISTRICT 044
OAKLAND COUNTY (PART)
COMMERCE TOWNSHIP (PART)
TRACT 130700 INCLUDING BLOCK(S)
2039, 2040.
HIGHLAND TOWNSHIP
MILFORD TOWNSHIP
SPRINGFIELD TOWNSHIP

WATERFORD TOWNSHIP (PART)
  TRACT 145100 INCLUDING BLOCK(S)
    1002, 1003, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017.
  TRACT 145200 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 1021, 1022, 1023,
    1024, 1025, 1026, 1027, 1028, 1029,
    1030, 1031, 1032, 1033, 1034, 2000,
    2001, 2002, 2003, 2004, 2005, 2008,
    2009, 2010, 2011, 2012, 2013, 2014,
    2015, 2016, 2017, 2018, 2019, 2023,
    3000, 3001, 3002, 3003, 3004, 3005,
    3006, 3007.
  TRACT 145300 INCLUDING BLOCK(S)
    1002, 1004, 1005, 1006, 1007, 1008,
    1009, 1010, 1011, 1012, 1013, 1014,
    1015, 1016, 1017, 1018, 1019.
  TRACT 145501 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 2000, 2001, 2002,
    2003, 2004, 2005, 2006, 2007.
  TRACT 145502 INCLUDING BLOCK(S)
    1001, 1002, 1003, 1004, 1005, 1006,
    1007, 1008, 1009, 1010, 1011, 1012,
    1013, 1014, 1015, 1016, 1017, 1018,
    1019, 1020, 1021, 1022, 1023, 1024,
    1025, 1026, 1027, 1028, 1029, 1030,
    1031, 2000, 2001, 2002, 2003, 2004,
    2005, 2006, 2007, 2008, 2009.
  TRACT 145600 INCLUDING BLOCK(S)
    2004, 2005, 2006, 2007, 2008, 2009,
    2010, 2011, 2012, 2013, 2014, 2015.
WEST BLOOMFIELD TOWNSHIP (PART)
  TRACT 145200 INCLUDING BLOCK(S)
    1035, 1036, 2006, 2007, 2020, 2021,
    2022, 2024, 2025.
WHITE LAKE TOWNSHIP
DISTRICT 045
  OAKLAND COUNTY (PART)
    OAKLAND TOWNSHIP (PART)
      TRACT 190500 INCLUDING BLOCK(S)
        1006, 1007, 1008, 1009, 1019, 1020,
        1021, 1022.
      TRACT 190700 INCLUDING BLOCK(S)
        1000, 1001, 1003, 1004, 1028, 1029,
        1030, 1031, 1032, 1033, 1034.
      TRACT 190800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022.
    ROCHESTER CITY
    ROCHESTER HILLS CITY

DISTRICT 046
  OAKLAND COUNTY (PART)
    ADDISON TOWNSHIP
    BRANDON TOWNSHIP
    OAKLAND TOWNSHIP (PART)
      TRACT 190200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022.
      TRACT 190400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 3000,
        3001, 3002, 3003, 3004, 3005, 3006,
        3007, 3008, 3009, 3010, 3011, 3012,
        3013, 3014, 3015, 3016, 3017, 3018,
        3019, 3020, 3021, 3022, 3023, 3024,
        3025.
      TRACT 190500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1010, 1011, 1012, 1013, 1014, 1015,
        1016, 1017, 1018, 1023, 1024.
      TRACT 190700 INCLUDING BLOCK(S)
        1002, 1005, 1006, 1007, 1008, 1009,
        1010, 1011, 1012, 1013, 1014, 1015,
        1016, 1017, 1018, 1019, 1020, 1021,
        1022, 1023, 1024, 1025, 1026, 1027,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023,
        2024, 2025, 2026, 2027, 2028, 2029,
        2030, 2031, 2032, 2033.
    ORION TOWNSHIP
    OXFORD TOWNSHIP
DISTRICT 047
  LIVINGSTON COUNTY (PART)
    COHOCTAH TOWNSHIP
    CONWAY TOWNSHIP
    DEERFIELD TOWNSHIP
    FENTON CITY
    HANDY TOWNSHIP
    HARTLAND TOWNSHIP
    HOWELL CITY
    HOWELL TOWNSHIP
    IOSCO TOWNSHIP
    MARION TOWNSHIP
    OCEOLA TOWNSHIP
    TYRONE TOWNSHIP
    UNADILLA TOWNSHIP

**DISTRICT 048**
  **GENESEE COUNTY (PART)**
    **ARGENTINE TOWNSHIP**
    **CLAYTON TOWNSHIP**
    **CLIO CITY**
    **FLUSHING CITY**
    **FLUSHING TOWNSHIP**
    **GAINES TOWNSHIP**
    **MONTROSE CITY**
    **MONTROSE TOWNSHIP**
    **MT. MORRIS TOWNSHIP**
    **THETFORD TOWNSHIP**
    **VIENNA TOWNSHIP**
**DISTRICT 049**
  **GENESEE COUNTY (PART)**
    **FENTON TOWNSHIP**
    **FLINT CITY (PART)**
      **TRACT 002600 INCLUDING BLOCK(S)**
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1014,
        1017, 1018, 1019, 1020, 1021, 1022,
        1023, 1024, 1025, 1026, 1027, 1028,
        1029, 1030, 1031, 1032, 1033, 1034,
        1035, 1036, 2000, 2001, 2002, 2003,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018.
      **TRACT 002800 INCLUDING BLOCK(S)**
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1017, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2016, 2022, 2023, 2024, 2025,
        2032, 2033, 2034, 2035, 2039, 2040,
        2041, 2042, 2043, 2044, 2045, 2046,
        2047, 2048, 2052, 2053, 2054, 2055,
        2056, 2057, 2058, 2059, 2060, 2061,
        2062, 2063, 2064, 2065, 2066, 2067,
        2068, 2069, 2070, 2071, 2072, 2073,
        2074, 2075, 2076, 2077, 2078, 2079,
        2080, 2081, 2082, 2083, 2084, 2085,
        2086, 2087, 2088, 2089, 2090, 2091,
        2092, 2093, 2094, 2095, 2096, 2097,
        2098, 2099, 2100, 2101, 2102, 2103,
        2106, 2107, 2108, 2109, 3000, 3001,
        3002, 3003, 3004, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 3023, 3024, 3025, 3026, 3033,
        3034, 3035, 3036, 3037.
      **TRACT 002900 INCLUDING BLOCK(S)**
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        2000, 2001, 2002, 2003, 2004, 2005,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 956 of 1209

2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029.
TRACT 003000 INCLUDING BLOCK(S)
1013, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3043,
3044.
TRACT 003200 INCLUDING BLOCK(S)
3003.
TRACT 003600 INCLUDING BLOCK(S)
3016, 3017, 3018, 3019, 3020, 3021,
4015, 4016, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4028, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 6000, 6001, 6002, 6003, 6004,
6005, 6006, 6007, 6008, 6009, 6010,
6011, 6012, 6013, 6014, 6015, 6016,
6017, 6018, 6019, 6020, 6021, 6022,
6023, 6024, 6025, 6026, 6027, 6028,
6029.
TRACT 003700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1007,
1009, 1010, 1011, 1012, 1013, 2012,
2013, 2014, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3032,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042.
TRACT 013500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019.
TRACT 980000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,

        1032, 1033, 1034, 1035, 1036, 1037,
        1039, 1040, 1041, 1042, 1043, 1044,
        1045, 1046, 1047, 1048, 1049, 1050,
        1051, 1052.
   FLINT TOWNSHIP
   LINDEN CITY
   MUNDY TOWNSHIP
   SWARTZ CREEK CITY
DISTRICT 050
  GENESEE COUNTY (PART)
   BURTON CITY
   DAVISON CITY
   DAVISON TOWNSHIP
   FOREST TOWNSHIP
   GENESEE TOWNSHIP
   MT. MORRIS CITY
   RICHFIELD TOWNSHIP
DISTRICT 051
  GENESEE COUNTY (PART)
   ATLAS TOWNSHIP
   FENTON CITY
   GRAND BLANC CITY
   GRAND BLANC TOWNSHIP
  OAKLAND COUNTY (PART)
   FENTON CITY
   GROVELAND TOWNSHIP
   HOLLY TOWNSHIP
   ROSE TOWNSHIP
DISTRICT 052
  WASHTENAW COUNTY (PART)
   ANN ARBOR CITY (PART)
    TRACT 403300 INCLUDING BLOCK(S)
    1004, 2012, 3026, 3047, 3063.
   ANN ARBOR TOWNSHIP (PART)
    TRACT 456000 INCLUDING BLOCK(S)
    2016, 2017.
   BRIDGEWATER TOWNSHIP
   CHELSEA CITY
   DEXTER TOWNSHIP
   FREEDOM TOWNSHIP
   LIMA TOWNSHIP
   LODI TOWNSHIP
   LYNDON TOWNSHIP
   MANCHESTER TOWNSHIP
   NORTHFIELD TOWNSHIP
   PITTSFIELD TOWNSHIP (PART)
    TRACT 423400 INCLUDING BLOCK(S)
    2003, 2018, 2020.
   SALEM TOWNSHIP
   SALINE CITY
   SALINE TOWNSHIP
   SCIO TOWNSHIP (PART)
    TRACT 403300 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1009, 2005,
    2007, 2008, 2040, 2041, 3004, 3005,
    3033, 3034, 3037, 3039, 3041, 3044,
    3046.
    TRACT 404200 INCLUDING BLOCK(S)
    2002.

TRACT 453000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032.
TRACT 454000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062.
TRACT 455000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2046, 2047, 2048, 2049, 2050,
2051, 2052, 2053.
TRACT 456000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 1021, 1022, 1023,
    1024, 1025, 1026, 1027, 1028, 1029,
    1030, 1031, 1032, 1033, 1034, 1035,
    1036, 1037, 2000, 2001, 2002, 2003,
    2004, 2005, 2006, 2007, 2008, 2009,
    2010, 2011, 2012, 2013, 2014.
  SHARON TOWNSHIP
  SYLVAN TOWNSHIP
  WEBSTER TOWNSHIP
DISTRICT 053
 WASHTENAW COUNTY (PART)
  ANN ARBOR CITY (PART)
   TRACT 400100 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 1021, 1022, 1023,
    1024, 1025, 1026, 1027, 1028, 1029,
    1030, 1031, 1032.
   TRACT 400200 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 2000, 2001, 2002,
    2003, 2004, 2005, 2006, 2007, 2008,
    2009, 2010, 2011, 2012, 3000, 3001,
    3002, 3003, 3004, 4000, 4001.
   TRACT 400300 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 2000, 2001, 2002,
    2003, 2004, 2005, 2006, 2007, 2008,
    2009, 2010, 2011, 3000, 3001, 3002,
    3003, 3004, 3005, 3006, 3007, 3008,
    3009, 3010, 3011, 3012, 3013, 3014,
    3015, 3016.
   TRACT 400400 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 2000, 2001, 2002, 2003, 2004,
    2005, 2006, 2007, 2008, 2009, 2010,
    2011, 2012, 2013, 2014, 3000, 3001,
    3002, 3003, 3004, 3005, 3006, 3007,
    3008, 3009, 3010, 3011, 3012, 3013,
    3014, 3015, 3016, 3017, 3018, 3019.
   TRACT 400500 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 2000, 2001, 2002, 2003, 2004,
    2005, 2006, 2007, 2008, 2009, 2010,
    2011, 2012, 3000, 3001, 3002, 3003,
    3004, 3005, 3006, 3007, 3008, 3009,
    4000, 4001, 4002, 4003, 4004, 4005,
    4006, 4007, 4008, 5000, 5001, 5002,
    5003, 5004, 5005, 5006, 5007, 5008.
   TRACT 400600 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 1021, 1022, 1023,
    1024, 1025, 2000, 2001, 2002, 2003,
    2004, 2005, 2006, 2007, 2008, 2009,

2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007.
TRACT 400700 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001.
TRACT 400800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005.
TRACT 402200 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2010, 3001, 3002,
3003, 3005, 3006, 3007, 3008, 3009.
TRACT 402300 INCLUDING BLOCK(S)
1003, 1004, 1005, 1006, 1007, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1017, 2000, 2001, 2002, 2003, 2006,
2008, 2009, 2010, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2024, 2025, 2027, 2029, 2030, 2031,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2045, 2046.
TRACT 402500 INCLUDING BLOCK(S)
1000, 1001, 1004, 1005, 1006, 1008,
1009, 1011, 1013, 1014, 1015, 1016,
1017, 1018, 1019, 1020, 1021, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009.
TRACT 402600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1009, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011.
TRACT 403300 INCLUDING BLOCK(S)
1005, 1006, 1008, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1033,
2000, 2001, 2002, 2003, 2004, 2006,
2009, 2010, 2011, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2024, 2026, 2028, 2029, 2032, 2034,
2035, 2036, 3000, 3001, 3003, 3006,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3018, 3019, 3020,
3021, 3023, 3024, 3025, 3027, 3029,
3030, 3031, 3032, 3035, 3036, 3038,
3040, 3042, 3043, 3045, 3048, 3049,
3050, 3051, 3052, 3053, 3054, 3055,
3056, 3057, 3058, 3059, 3062.

TRACT 403500 INCLUDING BLOCK(S)
1004, 1005, 1006, 1007, 1008, 1009,
1010, 1011, 1012, 1013, 1014, 1015,
1016, 1017, 1024, 1025, 1026, 1027,
1029, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2010.
TRACT 404100 INCLUDING BLOCK(S)
1008, 1009, 2001, 2002, 2003, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012.
TRACT 404200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2003, 2004, 2005, 2006.
TRACT 404300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2014, 2015, 2016, 2017,
2018, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020.
TRACT 404400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2002, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016.
TRACT 404500 INCLUDING BLOCK(S)
1000, 1001, 1005, 1006, 1009, 1011,
1013, 1014, 1015, 1016, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011.
TRACT 404600 INCLUDING BLOCK(S)
1000, 1002, 1003, 1005, 1006, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1016, 1017, 1018, 1019, 1020, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 405100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1006,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021.

TRACT 405200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 3000, 3001, 3002, 3003,
3004, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4012, 4013, 4014,
4015, 4016, 4018, 4019, 4020, 4021,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 6000, 6001, 6002,
6003, 6004, 6005, 6006, 6007, 6008.
TRACT 405300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1010, 1011, 1012,
1013, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2017,
2018, 2019, 2020, 2022, 2024, 2025,
2026, 2028, 2030, 2033, 2040, 2043,
2044, 2046, 2047, 2049, 2050, 2052,
2060, 2061, 2062, 2063, 2067, 2068,
2070, 3000, 3001, 3002, 3003, 3004,
3006, 3008, 3009, 3010, 3011, 3012,
3013, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 5000, 5001, 5002, 5003, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5015, 5016, 5017, 5018,
5019, 5020, 5022, 5023, 5024, 5026,
5030, 5031, 5032, 5033, 5035, 5036,
5038, 5040, 5041, 5042, 5043, 5044,
5045, 5046, 5047, 5048, 5049, 5052,
5053, 5054, 5055, 5056, 5057.
TRACT 405400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3003, 3004, 3005,
3006, 3007, 3008, 3010, 3011.
TRACT 405500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2001, 2002, 2003,
2004, 2005, 2008, 2009, 2010, 2011,
2012, 2022, 2023.
TRACT 405600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2006, 2007, 2008,
2009, 2010, 2011, 3000, 3001, 3002,
3004, 3005, 3006, 3007, 3008, 3009,
3011, 3012, 3013.

TRACT 414200 INCLUDING BLOCK(S)
1013, 1014.
TRACT 414700 INCLUDING BLOCK(S)
1000, 1005, 1007, 1013, 1019, 1025.
TRACT 414900 INCLUDING BLOCK(S)
1002, 1003.
TRACT 415400 INCLUDING BLOCK(S)
1003, 1004.
TRACT 453000 INCLUDING BLOCK(S)
3017, 3018.
ANN ARBOR TOWNSHIP (PART)
TRACT 402200 INCLUDING BLOCK(S)
3004.
TRACT 402300 INCLUDING BLOCK(S)
1018, 2004, 2005, 2007, 2011, 2021,
2022, 2023, 2026, 2028, 2032.
TRACT 402600 INCLUDING BLOCK(S)
1008.
TRACT 403500 INCLUDING BLOCK(S)
1028, 1030, 2009.
TRACT 404300 INCLUDING BLOCK(S)
2012, 2013.
TRACT 404500 INCLUDING BLOCK(S)
1002.
TRACT 404600 INCLUDING BLOCK(S)
1004.
TRACT 405300 INCLUDING BLOCK(S)
1009, 2016, 2021, 2023, 2027, 2029,
2041, 2048, 2056, 2065, 2066, 2069,
3005, 3007, 3014, 3031, 5004, 5014,
5021, 5025, 5027, 5028, 5029, 5034,
5037, 5039, 5050, 5051.
PITTSFIELD TOWNSHIP (PART)
TRACT 404400 INCLUDING BLOCK(S)
2001, 2003.
TRACT 404500 INCLUDING BLOCK(S)
1003, 1004, 1007, 1008, 1010, 1012,
2013.
TRACT 404600 INCLUDING BLOCK(S)
1001, 1007, 1015.
TRACT 405100 INCLUDING BLOCK(S)
1005, 1007.
TRACT 405200 INCLUDING BLOCK(S)
4008, 4009, 4010, 4011, 4017.
TRACT 405600 INCLUDING BLOCK(S)
2005, 3003.
SCIO TOWNSHIP (PART)
TRACT 403300 INCLUDING BLOCK(S)
1007, 1030, 1031, 1032, 2022, 2023,
2025, 2027, 2030, 2031, 2033, 2037,
2038, 2039, 2042, 3002, 3007, 3017,
3022, 3028, 3060, 3061.
DISTRICT 054
WASHTENAW COUNTY (PART)
SUPERIOR TOWNSHIP (PART)
TRACT 407000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1046, 1047, 1048, 1049,
1050, 1051, 1052, 1053, 1054, 1055,
1056, 1057, 1058, 1059, 1060, 1061,
1062, 1063, 1064, 1065, 1066, 1067,
1068, 1070, 1071, 1072, 1073, 1074,
1075, 1076, 1077, 1078, 1079, 1080,
1081, 1082, 1083, 1084, 1085, 1086,
1087, 1088, 1089, 1090, 1091, 1092,
1093, 1094, 1095, 1097, 1098, 1099,
1100, 1101, 1102, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2046, 2047, 2048, 2049, 2050,
2051, 2052, 2053, 2054, 2055, 2056,
2057, 2058, 2059, 2060, 2061, 2062,
2064, 2065, 2066, 2067, 2068, 2069,
2070, 2071, 2072, 2073, 2074, 2075,
2076, 2077, 2078, 2079.
TRACT 407400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015.
TRACT 407600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029.
YPSILANTI CITY
YPSILANTI TOWNSHIP
DISTRICT 055
WASHTENAW COUNTY (PART)
ANN ARBOR CITY (PART)
TRACT 400700 INCLUDING BLOCK(S)
1000, 1001, 2000, 2001, 2002, 2003,
2016.
TRACT 402100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 965 of 1209

3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013.
TRACT 402200 INCLUDING BLOCK(S)
1000, 1001, 1002, 2009, 3000, 4000,
4002, 4003.
TRACT 402700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023.
TRACT 403100 INCLUDING BLOCK(S)
1000, 1008, 1009, 1011, 1012, 1015,
1016, 1017, 1019, 1022, 1024, 1025,
1026, 1027, 1028, 1032, 1034, 1037,
1041, 1042, 1045, 1047, 1048, 1049,
1056.
TRACT 403200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1011, 1012, 1013, 1014, 1015,
1016, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1025, 1026, 1027, 1028,
1029, 1030, 1031, 1032, 1033, 1034,
1035, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3001, 3002, 3004, 3005, 3008, 3009,
3010, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020.
TRACT 403400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1010, 1011, 1012,
1013, 1014, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 403500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1018, 1019,
1020, 1021, 1022, 1023, 1033, 1034.
TRACT 403600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1006,
1007, 1008, 1009, 1010, 1011, 2000,
2001, 2002, 2003, 2004, 3001, 3002,
3003, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3017,
3018, 3019, 3021.
TRACT 403800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1006, 1007,
1008, 1009, 1011, 1013, 1014, 1015,
1018, 1019, 1020, 1021, 1022, 1023,
1026, 1027, 2002, 2003, 2004, 2006,
2007, 2008, 2009, 2010, 2011, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2023.

TRACT 404100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2004.
TRACT 405300 INCLUDING BLOCK(S)
2039, 2051.
TRACT 406000 INCLUDING BLOCK(S)
1031, 1038, 1039, 1048, 1050, 1051,
1052, 1053, 2006.
ANN ARBOR TOWNSHIP (PART)
TRACT 402200 INCLUDING BLOCK(S)
1003, 4001.
TRACT 402300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1015, 1016, 2043,
2044, 2047.
TRACT 402500 INCLUDING BLOCK(S)
1002, 1003, 1007, 1010, 1012, 1022.
TRACT 402700 INCLUDING BLOCK(S)
3004, 3005, 3006.
TRACT 403100 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1010, 1013, 1014, 1018, 1020,
1021, 1023, 1029, 1030, 1031, 1033,
1035, 1036, 1038, 1039, 1040, 1043,
1044, 1046, 1050, 1051, 1052, 1053,
1054, 1055.
TRACT 403200 INCLUDING BLOCK(S)
1007, 1008, 1009, 1010, 1017, 3000,
3003, 3006, 3007, 3011.
TRACT 403400 INCLUDING BLOCK(S)
1009.
TRACT 403600 INCLUDING BLOCK(S)
1005, 3000, 3004, 3015, 3016, 3020,
3022.
TRACT 403800 INCLUDING BLOCK(S)
1004, 1005, 1010, 1012, 1016, 1017,
1024, 1025, 2000, 2001, 2005, 2012,
2022, 2024.
TRACT 405300 INCLUDING BLOCK(S)
2031, 2032, 2034, 2035, 2036, 2037,
2038, 2042, 2055, 2057, 2058, 2064.
TRACT 406000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1032, 1033, 1034, 1035, 1036,
1037, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1049, 1054, 1055,
2000, 2001, 2002, 2003, 2004, 2005,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062, 2063, 2064, 2065,

    2069, 2070, 2071, 2072, 2073, 2074,
    2075, 2076, 2077, 2078, 2079, 2080,
    2081, 2082, 2083, 2084, 2085, 2086.
  TRACT 407000 INCLUDING BLOCK(S)
    1036, 1037, 1069, 1096.
  TRACT 456000 INCLUDING BLOCK(S)
    2015, 2018.
AUGUSTA TOWNSHIP
MILAN CITY
PITTSFIELD TOWNSHIP (PART)
  TRACT 405300 INCLUDING BLOCK(S)
    2045, 2053, 2054, 2059.
  TRACT 405400 INCLUDING BLOCK(S)
    3000, 3001, 3002, 3009.
  TRACT 405500 INCLUDING BLOCK(S)
    2000, 2006, 2007, 2013, 2014, 2015,
    2016, 2017, 2018, 2019, 2020, 2021.
  TRACT 405600 INCLUDING BLOCK(S)
    3010.
  TRACT 414000 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    2000, 2001, 2002, 2003, 3000, 3001,
    3002, 3003.
  TRACT 414200 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1015, 1016, 1017, 1018, 2000,
    2001, 2002, 2003, 2004, 2005, 2006,
    2007, 2008, 2009, 3000, 3001, 3002,
    3003, 3004.
  TRACT 414300 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 1021, 1022, 1023,
    1024, 1025, 1026, 1027, 1028, 1029.
  TRACT 414500 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 1021, 1022, 1023,
    1024, 1025, 1026, 1027, 1028, 2000,
    2001, 2002, 2003, 2004, 2005, 2006,
    2007, 2008, 2009, 2010, 2011, 2012,
    2013, 2014, 2015, 2016, 2017, 2018,
    2019, 2020, 2021, 2022, 2023, 2024,
    2025, 2026, 2027, 2028, 2029, 2030.
  TRACT 414700 INCLUDING BLOCK(S)
    1001, 1002, 1003, 1004, 1006, 1008,
    1009, 1010, 1011, 1012, 1014, 1015,
    1016, 1017, 1018, 1020, 1021, 1022,
    1023, 1024, 1026, 1027, 1028, 1029,
    1030, 1031, 1032, 1033, 1034, 1035.
  TRACT 414900 INCLUDING BLOCK(S)
    1000, 1001, 1004, 1005, 1006, 1007,
    1008, 1009, 1010, 1011, 1012, 1013,
    1014, 1015, 1016, 1017, 1018, 1019,
    1020, 1021, 1022, 2000, 2001, 2002,
    2003, 2004, 2005, 2006, 2007, 2008,
    2009, 2010, 2011, 2012, 2013, 2014.

TRACT 415200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018.
TRACT 415400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1046, 1047, 1048, 1049,
1050, 1051, 1052, 1053, 1054, 1055,
1056, 1057.
TRACT 415600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028.
TRACT 415800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036.
TRACT 416000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014.
TRACT 416200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016.
TRACT 422900 INCLUDING BLOCK(S)
1000, 1001.
TRACT 423400 INCLUDING BLOCK(S)
2021.
SUPERIOR TOWNSHIP (PART)
TRACT 406000 INCLUDING BLOCK(S)
2042, 2043, 2044, 2052, 2053, 2066,
2067, 2068, 2087.

TRACT 407000 INCLUDING BLOCK(S)
2063.
YORK TOWNSHIP
DISTRICT 056
MONROE COUNTY (PART)
BEDFORD TOWNSHIP
DUNDEE TOWNSHIP
ERIE TOWNSHIP
IDA TOWNSHIP
LASALLE TOWNSHIP
LUNA PIER CITY
MILAN TOWNSHIP (PART)
TRACT 830700 INCLUDING BLOCK(S)
1032, 2000, 2002, 2005, 2007, 2008,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2031, 2032, 2033, 2034, 2036,
2039, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2057, 2058,
2059, 2060, 2061, 2062, 2063, 2064,
2065, 2066, 2067, 2068, 2069, 2070,
2071, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029, 3030, 3031, 3032, 3033, 3034,
3035, 3036, 3037, 3038, 3039, 3040,
3041, 3042, 3043, 3044, 3045, 3046,
3047, 3048, 3049, 3050, 3051, 3052,
3053, 3054, 3055, 3056, 3057, 3058,
3059, 3060, 3061, 3062, 3063, 3064,
3065, 3066, 3067, 3068, 3069, 3070,
3071, 3072, 3073, 3074, 3075, 3076,
3077, 3078, 3079, 3080, 3081, 3082,
3083, 3084, 3085, 3086, 3087, 3088,
3089, 3090, 3091, 3092, 3093, 3094,
3095, 3096, 3097, 3098, 3099, 3100,
3101, 3102, 3103, 3104, 3105, 3106,
3107, 3108, 3109, 3110, 3111, 3112,
3113, 3114, 3115, 3116, 3117, 3118,
3119, 3120, 3121, 3122, 3123, 3124,
3125, 3126, 3127, 3128, 3129.
MILAN CITY
MONROE TOWNSHIP (PART)
TRACT 831800 INCLUDING BLOCK(S)
1032, 1042, 1043, 1044, 1045, 1047,
1048, 1049, 1050, 1054, 1055, 1056,
1057, 1058, 1059, 2023, 2024, 2025,
2027.
TRACT 832000 INCLUDING BLOCK(S)
2017, 2018, 2019, 2020.
TRACT 832200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014.

TRACT 832300 INCLUDING BLOCK(S)
1007, 1009, 1017, 1018, 2003, 2004,
2005, 2006, 2009, 2013, 2014, 2015,
2017, 2018, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011.
TRACT 832400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016.
TRACT 832500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041.
PETERSBURG CITY
RAISINVILLE TOWNSHIP
SUMMERFIELD TOWNSHIP
WHITEFORD TOWNSHIP
DISTRICT 057
LENAWEE COUNTY (PART)
ADRIAN CITY
ADRIAN TOWNSHIP
BLISSFIELD TOWNSHIP
CLINTON TOWNSHIP
DEERFIELD TOWNSHIP
DOVER TOWNSHIP
FAIRFIELD TOWNSHIP
FRANKLIN TOWNSHIP

HUDSON CITY
HUDSON TOWNSHIP
MACON TOWNSHIP
MADISON TOWNSHIP
MEDINA TOWNSHIP
MORENCI CITY
OGDEN TOWNSHIP
PALMYRA TOWNSHIP
RAISIN TOWNSHIP
RIDGEWAY TOWNSHIP
RIGA TOWNSHIP
ROLLIN TOWNSHIP
ROME TOWNSHIP
SENECA TOWNSHIP
TECUMSEH CITY
TECUMSEH TOWNSHIP
WOODSTOCK TOWNSHIP
DISTRICT 058
BRANCH COUNTY
HILLSDALE COUNTY
DISTRICT 059
CASS COUNTY (PART)
CALVIN TOWNSHIP
DOWAGIAC CITY
JEFFERSON TOWNSHIP
LAGRANGE TOWNSHIP
MARCELLUS TOWNSHIP
MASON TOWNSHIP
NEWBERG TOWNSHIP
PENN TOWNSHIP
POKAGON TOWNSHIP
PORTER TOWNSHIP
VOLINIA TOWNSHIP
WAYNE TOWNSHIP
ST. JOSEPH COUNTY
DISTRICT 060
KALAMAZOO COUNTY (PART)
OSHTEMO TOWNSHIP
PORTAGE CITY (PART)
TRACT 001905 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032,
4033, 4034, 4035, 4036, 4037, 4038,
4039, 4040, 4041, 4042, 4043, 4044,
4045, 4046, 4047, 4048, 4049, 4050,
4051, 4052, 4053, 4054, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,

1908            JOURNAL OF THE HOUSE [June 28, 2011]            [No. 61

5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031.
TRACT 001906 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018.
TRACT 001907 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012.
TRACT 002002 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010.
TRACT 002003 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042.
TRACT 002004 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 973 of 1209
Exhibit D-25
Page 402 of 638

1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 002005 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.
TRACT 002101 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 3033, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015.
TRACT 002102 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028.
TRACT 003500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,

4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019, 5020,
5021, 5022, 5023, 5024, 5025, 5026,
5027, 5028, 5029, 5030, 5031, 5032,
5033.
PRAIRIE RONDE TOWNSHIP
SCHOOLCRAFT TOWNSHIP
TEXAS TOWNSHIP
DISTRICT 061
KALAMAZOO COUNTY (PART)
KALAMAZOO CITY
KALAMAZOO TOWNSHIP (PART)
TRACT 000202 INCLUDING BLOCK(S)
1001, 1003.
TRACT 001501 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 3000,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041, 3042, 3043,
3044, 3045, 3046, 3047, 3048, 3049,
3050, 3051, 3052, 3053, 3054, 3055,
3056, 3057, 3058, 3059, 3060, 3061,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013.
TRACT 001502 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020.
TRACT 001503 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,

2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013.
   TRACT 001803 INCLUDING BLOCK(S)
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
1037, 1038, 1039, 1040, 1041, 1042,
1043, 1044, 1045, 1046, 1047, 1048,
1049, 1050, 1051, 1052, 1053, 1054,
1055, 1058, 1059, 1060, 1061, 1062,
1063, 1064, 1065, 1066, 1067, 1068,
1069, 1070, 1071, 1072, 1073, 1074,
1075, 1076, 1077, 1078, 1079, 1080,
1081, 1082, 1083, 1084, 1085, 1086,
1087, 1088, 1089, 1090, 1091, 1092,
1093, 1094, 1095, 1096, 1097, 1098,
1099, 2030, 2031.
   TRACT 005501 INCLUDING BLOCK(S)
1035, 1040, 1048, 3016, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3028, 3029, 3030, 3031, 3032, 3033.
   TRACT 005502 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2011,
2012, 2027, 2035, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3023, 3024.
  PORTAGE CITY (PART)
   TRACT 001802 INCLUDING BLOCK(S)
2036.
DISTRICT 062
  CALHOUN COUNTY (PART)
   ALBION CITY
   ALBION TOWNSHIP
   BATTLE CREEK CITY
   BEDFORD TOWNSHIP
   CLARENCE TOWNSHIP
   CONVIS TOWNSHIP
   LEE TOWNSHIP
   PENNFIELD TOWNSHIP
   SHERIDAN TOWNSHIP
   SPRINGFIELD CITY
DISTRICT 063
  CALHOUN COUNTY (PART)
   ATHENS TOWNSHIP
   BURLINGTON TOWNSHIP

CLARENDON TOWNSHIP
ECKFORD TOWNSHIP
EMMETT TOWNSHIP
FREDONIA TOWNSHIP
HOMER TOWNSHIP
LEROY TOWNSHIP
MARENGO TOWNSHIP
MARSHALL CITY
MARSHALL TOWNSHIP
NEWTON TOWNSHIP
TEKONSHA TOWNSHIP
KALAMAZOO COUNTY (PART)
BRADY TOWNSHIP
CHARLESTON TOWNSHIP
CLIMAX TOWNSHIP
COMSTOCK TOWNSHIP
GALESBURG CITY
KALAMAZOO TOWNSHIP (PART)
TRACT 001803 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2023,
2029, 2032, 2033.
TRACT 005502 INCLUDING BLOCK(S)
1013, 1014, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2037,
3018, 3019, 3020, 3021, 3022, 3025,
3026, 3027, 3028, 3029, 3030, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 4030,
4031, 4032.
PAVILION TOWNSHIP
RICHLAND TOWNSHIP
ROSS TOWNSHIP
WAKESHMA TOWNSHIP
DISTRICT 064
JACKSON COUNTY (PART)
CONCORD TOWNSHIP
HANOVER TOWNSHIP
JACKSON CITY (PART)
TRACT 000100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023.

TRACT 000200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010.
TRACT 000400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022.
TRACT 000500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023.
TRACT 000600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057.
TRACT 000800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 4000, 4001, 4002, 4003,

4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026, 4027,
4028, 4029, 4030, 4031, 4032, 4033,
4034, 4035, 4036.
TRACT 000900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009.
TRACT 001100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022.
TRACT 001200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062, 2063, 2064, 2065,
2066, 2067, 2068, 2069, 2070, 2071,
2072, 2073, 2074, 2075, 2076, 2077,
2078, 2079, 2080, 2081, 2082, 2083,
2084, 2085, 2086, 2087, 2088, 2089,
2090, 2091, 2092, 2093, 2094, 2095,
2097, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022.
TRACT 001300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

      1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038.

TRACT 006100 INCLUDING BLOCK(S)
6009, 6011.

TRACT 006900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039.

NAPOLEON TOWNSHIP
PARMA TOWNSHIP
PULASKI TOWNSHIP
SANDSTONE TOWNSHIP
SPRING ARBOR TOWNSHIP
SUMMIT TOWNSHIP
DISTRICT 065
EATON COUNTY (PART)
BROOKFIELD TOWNSHIP
EATON TOWNSHIP (PART)
TRACT 020901 INCLUDING BLOCK(S)
3000, 3001, 3003, 3004, 3006, 3010,
3011, 4007, 4008.

TRACT 020902 INCLUDING BLOCK(S)
1000, 1001, 1050.

TRACT 021001 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1012, 1013,
1014, 1016, 1017, 1018, 1019, 1020,
1031, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1050, 1054, 1058, 1059,
1060, 1061, 1065, 1067, 1068, 1069,
1070, 1071, 1072, 1073, 1077, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2010, 2011, 2012.

TRACT 021002 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1034, 1035,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3015, 3017, 4000, 4001,

    4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022, 4023, 4024, 4025,
4026, 4027, 4028, 4029, 4030, 4031,
4032, 4033, 4034, 4035, 4036, 4037,
4038, 4039, 4040, 4041, 4042, 4043,
4044.
EATON RAPIDS CITY
HAMLIN TOWNSHIP
JACKSON COUNTY (PART)
  BLACKMAN TOWNSHIP
  COLUMBIA TOWNSHIP
  GRASS LAKE TOWNSHIP
  HENRIETTA TOWNSHIP
  JACKSON CITY (PART)
    TRACT 005900 INCLUDING BLOCK(S)
3018.
  LEONI TOWNSHIP
  LIBERTY TOWNSHIP
  NORVELL TOWNSHIP
  RIVES TOWNSHIP
  SPRINGPORT TOWNSHIP
  TOMPKINS TOWNSHIP
  WATERLOO TOWNSHIP
LENAWEE COUNTY (PART)
  CAMBRIDGE TOWNSHIP
DISTRICT 066
  KALAMAZOO COUNTY (PART)
    ALAMO TOWNSHIP
    COOPER TOWNSHIP
    PARCHMENT CITY
  VAN BUREN COUNTY
DISTRICT 067
  INGHAM COUNTY (PART)
    ALAIEDON TOWNSHIP
    AURELIUS TOWNSHIP
    BUNKER HILL TOWNSHIP
    DELHI TOWNSHIP
    INGHAM TOWNSHIP
    LANSING CITY (PART)
      TRACT 003602 INCLUDING BLOCK(S)
2004, 2005, 2006, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
      TRACT 003700 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 4004, 4005,
4006, 4007, 4008.
      TRACT 005100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007.

TRACT 005201 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 4000,
4001, 4002, 4003, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010.
TRACT 005202 INCLUDING BLOCK(S)
1000, 1001, 2000, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2030.
TRACT 005302 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2028, 2029,
2030.
TRACT 005303 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014.
TRACT 005304 INCLUDING BLOCK(S)
1006, 1016, 1017, 1018, 1019, 1020,
1029, 1030, 1031, 1032, 1033, 1034,
1035, 1036, 1037, 1038, 1039, 1040,
1041, 1042, 1043, 1044, 1045, 1046,
1047, 1048, 1049, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1064, 1065, 1066, 1067, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022.
TRACT 005501 INCLUDING BLOCK(S)
2006.
TRACT 005600 INCLUDING BLOCK(S)
1013, 1022, 1024.
LEROY TOWNSHIP
LESLIE CITY
LESLIE TOWNSHIP
LOCKE TOWNSHIP
MASON CITY
ONONDAGA TOWNSHIP
STOCKBRIDGE TOWNSHIP
VEVAY TOWNSHIP
WHEATFIELD TOWNSHIP
WHITE OAK TOWNSHIP

WILLIAMSTON CITY (PART)
   TRACT 005700 INCLUDING BLOCK(S)
     1002, 1003, 1004.
   TRACT 005800 INCLUDING BLOCK(S)
     3000, 3001, 3002, 3003, 3004, 3005,
     3006, 3007, 3008, 3009, 3010, 3011,
     3012, 3018, 3022, 3023, 3024, 3026,
     3027, 3028, 3029, 3030, 3031, 3033,
     4001, 4005, 4006, 4007, 4008, 4013,
     4014, 4015, 4016, 4017, 4018, 4019,
     4020, 4021, 4022, 4023.
DISTRICT 068
  INGHAM COUNTY (PART)
   EAST LANSING CITY (PART)
    TRACT 002901 INCLUDING BLOCK(S)
      2010.
    TRACT 003103 INCLUDING BLOCK(S)
      3004.
    TRACT 003801 INCLUDING BLOCK(S)
      1007, 1008, 1009, 1010, 1011, 1012,
      1013, 2000, 2001, 2002, 2003, 2004,
      2005, 2006, 2007, 2008, 2009, 2010,
      2011, 2012, 2013, 3001, 3002, 3003,
      3004, 3005, 3006, 3007, 3013, 3016,
      3018, 3019, 3020.
    TRACT 003802 INCLUDING BLOCK(S)
      3015.
    TRACT 980100 INCLUDING BLOCK(S)
      1001, 1087, 1088.
   LANSING CITY (PART)
    TRACT 000100 INCLUDING BLOCK(S)
      1004, 1005, 1006, 1007, 1008, 1009,
      1010, 1011, 1012, 1013, 1014, 1015,
      1016, 1017, 1018, 1019, 1020, 1021,
      1022, 1023, 1024, 1025, 1026, 1027,
      1028, 1029, 2000, 2001, 2002, 2003,
      2004, 2005, 2006, 2007, 2008, 2009,
      2010, 2011, 2012, 2013, 2014, 2015,
      2016, 2017, 2018, 2019, 2020, 2021,
      2022, 2023, 2024, 2025, 2026, 2027,
      2028, 2029, 2030, 2031, 2032, 2033,
      2034, 2035, 2036, 2037, 2038.
    TRACT 000400 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      1024, 1025, 1026, 1027, 1028, 1029,
      1030, 1031, 1032, 2000, 2001, 2002,
      2003, 2004, 2005, 2006, 2007, 2008,
      2009, 2010, 2011, 2012, 2013, 2014,
      2015, 2016, 2017, 2018, 2019, 2020,
      2021, 2022, 2023, 2024, 3000, 3001,
      3002, 3003, 3004, 3005, 3006, 3007,
      3008, 3009, 3010, 3011, 3012, 3013,
      3014, 3015, 3016, 3017, 3018, 3019,
      3020, 3021, 3022, 3023, 3024, 3025,
      3026, 3027, 3028, 3029.

TRACT 000600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015.
TRACT 000700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011.
TRACT 000800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2030,
2031.
TRACT 001200 INCLUDING BLOCK(S)
1004, 1005, 1006, 1007, 1008, 1009,
1010, 1011, 1012, 1013, 1014, 1020,
1023, 1024, 1027, 1028, 1029, 1030,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028.
TRACT 001703 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.

**TRACT 002000 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
4029, 4030, 4031.
**TRACT 002101 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020.
**TRACT 002200 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029.
**TRACT 002300 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020.
**TRACT 002600 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018.

TRACT 002700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 002800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 002901 INCLUDING BLOCK(S)
1000, 1001, 1002, 1009, 1010, 1011,
1012, 2011, 2012.
TRACT 002902 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021.
TRACT 003103 INCLUDING BLOCK(S)
1016, 1017, 1018, 1020, 1021, 1022,
1023, 1024, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2010, 2011, 2014,
2015, 2018, 2020, 2023, 3000, 3002,
3003, 3005, 3006, 3008, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 5000, 5001,
6000, 6007, 6008, 6009, 6010, 6011,
6012, 6013.
TRACT 003200 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1021, 1022, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.
TRACT 003301 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,

2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025.
TRACT 003302 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024.
TRACT 003400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1024, 1025, 1031, 1032.
TRACT 003500 INCLUDING BLOCK(S)
2000, 2030, 2031, 2032.
TRACT 003601 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014.
TRACT 003602 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2007.
TRACT 003700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 4000, 4001, 4002,
4003, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009.
TRACT 003801 INCLUDING BLOCK(S)
3008, 3009, 3021, 3022, 3023, 3024,
3028, 3029, 3030, 3031, 3032.
TRACT 004000 INCLUDING BLOCK(S)
3004, 3005, 3014, 3015, 3016, 3017,
3018, 3027, 3028, 3035, 3037, 3038,
3040, 3041.
TRACT 006500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013.

TRACT 006600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 3045, 3046, 3047,
3048, 3049, 3050, 3051, 3052, 3053,
3054, 3055, 3056, 3057, 3058, 3059,
3060, 3061, 3062, 3063, 3064, 3065,
3066, 3067, 3068, 3069, 3070, 3071,
3072, 3073, 3074, 3075, 3076, 3077,
3078, 3079, 3080.
TRACT 006700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026.
TRACT 006800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,

2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017.
TRACT 007000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023, 5024, 5025, 5026, 5027, 5028,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011,
6012, 6013, 6014, 6015, 6016, 6017,
6018, 6019, 6020, 6021, 6022, 6023,
6024, 6025, 6026, 6027, 6028, 6029,
6030.
TRACT 980100 INCLUDING BLOCK(S)
1000, 1004, 1010, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1044, 1045,
1046, 1047, 1048, 1049, 1050, 1051,
1052, 1053, 1054, 1055, 1056, 1057,
1058, 1059, 1060, 1061, 1062, 1063,
1064, 1068, 1069, 1070, 1071, 1072,
1073, 1074, 1075, 1076, 1077, 1078,
1079, 1080, 1081, 1082, 1083, 1084,
1089, 1090, 1093, 1094, 1095, 1096.
TRACT 980200 INCLUDING BLOCK(S)
1000, 1002, 1007, 1008, 1009, 1010,
1023, 1025, 1026, 1027, 1028, 1030,
1046, 1047, 1048, 1049, 1050, 1051,
1052, 1053, 1054, 1055, 1056, 1057,
1058, 1059, 1060, 1061, 1062, 1063,
1064, 1065, 1066, 1067, 1068, 1069,
1070, 1071, 1072, 1073, 1074, 1075,
1076, 1077, 1078, 1079, 1080, 1081,
1082, 1083, 1084, 1085, 1086, 1087,
1088, 1089, 1091, 1092, 1093, 1094,
1095, 1096.

Exhibit D-25
Page 418 of 638

LANSING TOWNSHIP (PART)
TRACT 000100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1030.
TRACT 001000 INCLUDING BLOCK(S)
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2027, 2028, 2029, 2032, 2033.
TRACT 001200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1015, 1016,
1017, 1018, 1019, 1021, 1022, 1025,
1026, 1031.
TRACT 002902 INCLUDING BLOCK(S)
1000.
TRACT 003103 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1019, 2007,
2008, 2009, 2012, 2013, 2016, 2017,
2019, 2021, 2022, 2024, 3001, 3007,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019, 5020,
5021, 5022, 6001, 6002, 6003, 6004,
6005, 6006, 6014, 6015, 6016.
TRACT 003200 INCLUDING BLOCK(S)
1000, 1001, 1020.
TRACT 003400 INCLUDING BLOCK(S)
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1026,
1027, 1028, 1029, 1030, 1033, 1034,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015.
TRACT 003500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013.
TRACT 003801 INCLUDING BLOCK(S)
3010, 3011, 3012, 3025, 3026, 3027.
TRACT 003802 INCLUDING BLOCK(S)
3016.
TRACT 004000 INCLUDING BLOCK(S)
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3029, 3030, 3031, 3032,
3033, 3034, 3036.

TRACT 980000 INCLUDING BLOCK(S)
1144, 1146.
TRACT 980100 INCLUDING BLOCK(S)
1007, 1008, 1009, 1011, 1012, 1013,
1018, 1019, 1028.
TRACT 980200 INCLUDING BLOCK(S)
1001, 1003, 1004, 1005, 1006, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1024,
1029, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1090.
DISTRICT 069
INGHAM COUNTY (PART)
EAST LANSING CITY (PART)
TRACT 002901 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2024, 2025.
TRACT 003801 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 3000, 3014, 3015, 3017.
TRACT 003802 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3014, 3017, 3018, 3019,
3020.
TRACT 003901 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1010, 1012, 1013, 1014,
1015, 1016, 1017, 1018, 1019, 1020,
1021, 1022, 1023, 1024, 1025, 1026,
1027, 1028, 1029, 1030, 1031, 1032,
1033, 1034, 1035, 1036, 1037.
TRACT 003902 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025.
TRACT 004000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 991 of 1209

Exhibit D-25
Page 420 of 638

2005, 2006, 2007, 3000, 3001, 3002,
3003, 3019, 3020, 3021, 3022, 3023,
3024, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019.
TRACT 004100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014.
TRACT 004301 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1012, 1014, 1015,
2001, 2002, 2004, 2005, 2006, 2007,
2017, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022, 4023.
TRACT 004302 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2006, 2007.
TRACT 004402 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006.
TRACT 004403 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 3000,
3001, 3002, 3003, 3004, 3005, 3006.
TRACT 004490 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004.
TRACT 004491 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003.
TRACT 004492 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014.
TRACT 004493 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003.
TRACT 004494 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018.

TRACT 004500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1005.
TRACT 004600 INCLUDING BLOCK(S)
1020, 1021, 1022, 1023, 1025, 1027,
1028, 1030, 1046, 1047, 1048, 1049,
1050.
TRACT 980000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107,
1108, 1109, 1110, 1111, 1112, 1113,
1114, 1115, 1116, 1117, 1118, 1119,
1120, 1121, 1122, 1123, 1124, 1125,
1130, 1131, 1132, 1134, 1141, 1142,
1174, 1175, 1176, 1177, 1178, 1179,
1180, 1181, 1182, 1184, 1185.
TRACT 980100 INCLUDING BLOCK(S)
1002, 1003, 1014, 1015, 1016, 1017,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1036, 1037, 1085, 1086.
LANSING CITY (PART)
TRACT 002901 INCLUDING BLOCK(S)
1003, 1004, 1005, 1006, 1007, 1008,
2006, 2007, 2008, 2009, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023.
TRACT 002902 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005.
TRACT 004000 INCLUDING BLOCK(S)
3025, 3026, 3039.
TRACT 005001 INCLUDING BLOCK(S)
1009, 1011, 1012, 1013.
TRACT 980000 INCLUDING BLOCK(S)
1133, 1135, 1136, 1137, 1138, 1139,
1140, 1152, 1153, 1154, 1155, 1173,
1183.
TRACT 980100 INCLUDING BLOCK(S)
1005, 1006, 1038, 1039, 1040, 1041,
1042, 1043, 1065, 1066, 1067, 1091,
1092.
LANSING TOWNSHIP (PART)
TRACT 003802 INCLUDING BLOCK(S)
3012, 3013.

TRACT 980000 INCLUDING BLOCK(S)
1145.
MERIDIAN TOWNSHIP
WILLIAMSTON CITY (PART)
TRACT 005800 INCLUDING BLOCK(S)
1006, 1007, 1009, 1010, 1015, 1016,
1017, 1018, 1019, 1020, 1021, 1022,
1023, 2005, 2006, 2007, 2008, 2010,
2011, 2012, 2014, 2016, 2017, 2018,
2019, 2020, 2021, 2023, 2024, 2025,
2031, 2032, 2033, 2035, 4009, 4010,
4011.
WILLIAMSTOWN TOWNSHIP
DISTRICT 070
GRATIOT COUNTY (PART)
ALMA CITY
ARCADA TOWNSHIP (PART)
TRACT 000600 INCLUDING BLOCK(S)
1041.
BETHANY TOWNSHIP
EMERSON TOWNSHIP
ITHACA CITY (PART)
TRACT 000200 INCLUDING BLOCK(S)
3117, 3118.
TRACT 000900 INCLUDING BLOCK(S)
3009.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2024, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 4030,
4031, 4032, 4033, 4034, 4035, 4036.
PINE RIVER TOWNSHIP
ST. LOUIS CITY
SEVILLE TOWNSHIP
MONTCALM COUNTY
DISTRICT 071
EATON COUNTY (PART)
BELLEVUE TOWNSHIP
BENTON TOWNSHIP
CARMEL TOWNSHIP
CHARLOTTE CITY
CHESTER TOWNSHIP
DELTA TOWNSHIP
EATON TOWNSHIP (PART)
TRACT 021001 INCLUDING BLOCK(S)
1028, 1075.

EATON RAPIDS TOWNSHIP
GRAND LEDGE CITY
KALAMO TOWNSHIP
LANSING CITY
OLIVET CITY
ONEIDA TOWNSHIP
POTTERVILLE CITY
ROXAND TOWNSHIP
SUNFIELD TOWNSHIP
VERMONTVILLE TOWNSHIP
WALTON TOWNSHIP
WINDSOR TOWNSHIP
DISTRICT 072
ALLEGAN COUNTY (PART)
DORR TOWNSHIP
LEIGHTON TOWNSHIP
WAYLAND CITY
WAYLAND TOWNSHIP
KENT COUNTY (PART)
GAINES TOWNSHIP
KENTWOOD CITY
DISTRICT 073
KENT COUNTY (PART)
CANNON TOWNSHIP
COURTLAND TOWNSHIP
EAST GRAND RAPIDS CITY
GRAND RAPIDS CITY (PART)
TRACT 004400 INCLUDING BLOCK(S)
2004, 2022, 2023.
GRAND RAPIDS TOWNSHIP
NELSON TOWNSHIP
OAKFIELD TOWNSHIP
PLAINFIELD TOWNSHIP
SPENCER TOWNSHIP
DISTRICT 074
KENT COUNTY (PART)
ALGOMA TOWNSHIP
ALPINE TOWNSHIP
CEDAR SPRINGS CITY
GRANDVILLE CITY
ROCKFORD CITY
SOLON TOWNSHIP
SPARTA TOWNSHIP
TYRONE TOWNSHIP
WALKER CITY
DISTRICT 075
KENT COUNTY (PART)
GRAND RAPIDS CITY (PART)
TRACT 000300 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 2002,
2003, 2004, 2005, 2006, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 995 of 1209

Exhibit D-25
Page 424 of 638

TRACT 000400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010.
TRACT 001101 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020.
TRACT 001102 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013.
TRACT 001200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1027, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3011,
3012, 3013, 3018.
TRACT 002200 INCLUDING BLOCK(S)
1000, 1001, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1013, 1025,
1026, 1027, 1028, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3013, 3014, 4000, 4005, 4006,
4007, 4011.

TRACT 002300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1033,
1034, 1035, 1036, 1037, 1038, 1039,
1040, 1041, 1042, 1043, 1044, 1045,
1046, 1047, 1048, 1049, 1050, 1051,
1052, 1053, 1054, 1055, 1056, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028.
TRACT 002400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018.
TRACT 002500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024.
TRACT 003000 INCLUDING BLOCK(S)
2009, 2010, 2012.
TRACT 003100 INCLUDING BLOCK(S)
1000, 1001.
TRACT 003200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014, 5015, 5016, 5017,
5018, 5019, 5020, 5021.
TRACT 003300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018.

TRACT 003400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2025,
2026, 2027, 2028, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019.
TRACT 003500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 3000, 3001, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015.
TRACT 003700 INCLUDING BLOCK(S)
1017, 1018, 1019, 1025, 1026, 1027,
1028, 1029, 1030, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 004100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030.
TRACT 004200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032.

TRACT 004300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015.
TRACT 004400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2024, 2025,
2026, 2027, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4002, 4003,
4004, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4022, 4025,
4026, 4027, 4028, 4029, 4030, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014, 5015, 5016, 5017, 5018,
5019.
TRACT 004500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1017, 2002, 2003,
2004, 2005, 2006, 2007, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3019, 3020, 3021, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5024, 6000, 6001, 6002, 6003, 6004,
6005, 6006, 6007, 6008, 6009, 6010,
6011, 6012, 6013, 6014, 6015, 6016,
6017, 6018.
TRACT 004600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,

2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026.
TRACT 011801 INCLUDING BLOCK(S)
1016, 1018, 1019, 1020, 1021, 1024,
1026, 1029, 1030, 3009, 3010, 3011,
4040, 4041.
TRACT 011803 INCLUDING BLOCK(S)
1005, 1007, 1008, 1009, 1010, 1011,
1016, 1017, 1018, 1019, 1020, 1021,
1023, 1027, 1028, 1048, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2011,
2012, 2013, 2014, 2021, 2022, 2023,
2024, 2025.
TRACT 012605 INCLUDING BLOCK(S)
1004, 1005, 1006, 1010, 1011, 1012.
TRACT 012606 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019.
TRACT 012607 INCLUDING BLOCK(S)
1002, 1003, 1004.
TRACT 014200 INCLUDING BLOCK(S)
2043, 2044, 2045, 2048, 2049, 2050,
2051.
DISTRICT 076
KENT COUNTY (PART)
GRAND RAPIDS CITY (PART)
TRACT 000100 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.
TRACT 000200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033, 2034, 2035, 2036, 2037,
2038, 2039.

1936            JOURNAL OF THE HOUSE [June 28, 2011]              [No. 61

TRACT 000500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017.
TRACT 000600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030.
TRACT 000700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017.
TRACT 000800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010.

TRACT 000900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030.
TRACT 001200 INCLUDING BLOCK(S)
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1028, 2011, 3009, 3010, 3014,
3015, 3016, 3017, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008.
TRACT 001300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026.
TRACT 001400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 001500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.

TRACT 001600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014, 5015, 5016, 5017, 5018,
5019, 5020, 5021.
TRACT 001700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025.
TRACT 001800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 5000, 5001, 5002,
5003, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019, 5020, 5021,
5022, 5023, 5024.
TRACT 001900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,

1072, 1073, 1074, 1075, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022, 4023, 4024, 4025,
4026, 4027, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 6000, 6001, 6002,
6003, 6004, 6005, 6006, 6007, 6008,
6009.
TRACT 002000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032.
TRACT 002100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014.
TRACT 002200 INCLUDING BLOCK(S)
1002, 1011, 1012, 1014, 1015, 1016,
1017, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1029, 1030, 3009, 3010,
3011, 3012, 3015, 3016, 3017, 4001,
4002, 4003, 4004, 4008, 4009, 4010,
4012, 4013, 4014, 4015.
TRACT 002500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008.
TRACT 002600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049, 2050, 2051, 2052, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016.
TRACT 002700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042, 3043, 3044,
3045, 3046, 3047, 3048, 3049, 3050,
3051, 3052, 3053, 3054, 3055, 3056,
3057, 3058, 3059, 3060, 3061.
TRACT 002800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023.
TRACT 002900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010.

TRACT 003000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2011.
TRACT 003100 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012.
TRACT 003500 INCLUDING BLOCK(S)
3002.
TRACT 003600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037.
TRACT 003700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1020,
1021, 1022, 1023, 1024, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014.
TRACT 003800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
TRACT 003900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015.
TRACT 004000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027.

      TRACT 011600 INCLUDING BLOCK(S)
        1042, 1043, 3000, 3001, 3011, 3016,
        3017, 3018, 3019, 3020, 3021, 3024,
        3025, 3027, 3028, 3029, 3030, 3031,
        3032, 3033, 3034, 3035, 3036, 3037,
        3039.
      TRACT 013300 INCLUDING BLOCK(S)
        1000.

**DISTRICT 077**
  KENT COUNTY (PART)
    BYRON TOWNSHIP
    WYOMING CITY

**DISTRICT 078**
  BERRIEN COUNTY (PART)
    BERRIEN TOWNSHIP
    BERTRAND TOWNSHIP
    BUCHANAN CITY
    BUCHANAN TOWNSHIP
    CHIKAMING TOWNSHIP
    GALIEN TOWNSHIP
    NEW BUFFALO CITY
    NEW BUFFALO TOWNSHIP
    NILES CITY
    NILES TOWNSHIP
    ORONOKO TOWNSHIP
    PIPESTONE TOWNSHIP
    SODUS TOWNSHIP
    THREE OAKS TOWNSHIP
    WEESAW TOWNSHIP
  CASS COUNTY (PART)
    HOWARD TOWNSHIP
    MILTON TOWNSHIP
    NILES CITY
    ONTWA TOWNSHIP
    SILVER CREEK TOWNSHIP

**DISTRICT 079**
  BERRIEN COUNTY (PART)
    BAINBRIDGE TOWNSHIP
    BARODA TOWNSHIP
    BENTON TOWNSHIP
    BENTON HARBOR CITY
    BRIDGMAN CITY
    COLOMA CITY
    COLOMA TOWNSHIP
    HAGAR TOWNSHIP
    LAKE TOWNSHIP
    LINCOLN TOWNSHIP
    ROYALTON TOWNSHIP
    ST. JOSEPH CITY
    ST. JOSEPH TOWNSHIP
    WATERVLIET CITY
    WATERVLIET TOWNSHIP

**DISTRICT 080**
  ALLEGAN COUNTY (PART)
    ALLEGAN CITY
    ALLEGAN TOWNSHIP
    CASCO TOWNSHIP
    CHESHIRE TOWNSHIP
    CLYDE TOWNSHIP

VILLAGE OF DOUGLAS CITY
FENNVILLE CITY
FILLMORE TOWNSHIP
GANGES TOWNSHIP
GUNPLAIN TOWNSHIP
HEATH TOWNSHIP
HOLLAND CITY
HOPKINS TOWNSHIP
LAKETOWN TOWNSHIP
LEE TOWNSHIP
MANLIUS TOWNSHIP
MARTIN TOWNSHIP
MONTEREY TOWNSHIP
OTSEGO CITY
OTSEGO TOWNSHIP
OVERISEL TOWNSHIP
PLAINWELL CITY
SALEM TOWNSHIP
SAUGATUCK CITY
SAUGATUCK TOWNSHIP
SOUTH HAVEN CITY
TROWBRIDGE TOWNSHIP
VALLEY TOWNSHIP
WATSON TOWNSHIP
DISTRICT 081
ST. CLAIR COUNTY (PART)
ALGONAC CITY
BERLIN TOWNSHIP
BROCKWAY TOWNSHIP
CHINA TOWNSHIP
CLAY TOWNSHIP
CLYDE TOWNSHIP
COTTRELLVILLE TOWNSHIP
EAST CHINA TOWNSHIP
EMMETT TOWNSHIP
GRANT TOWNSHIP
GREENWOOD TOWNSHIP
LYNN TOWNSHIP
MARINE CITY CITY
MARYSVILLE CITY
MUSSEY TOWNSHIP
PORT HURON CITY (PART)
    TRACT 620000 INCLUDING BLOCK(S)
    2000, 2001, 2002, 4011, 4012, 5021,
    5022.
    TRACT 623000 INCLUDING BLOCK(S)
    1002.
    TRACT 624000 INCLUDING BLOCK(S)
    3027, 3028.
    TRACT 625000 INCLUDING BLOCK(S)
    1000, 1001, 2000.
    TRACT 626000 INCLUDING BLOCK(S)
    2000, 2010, 2011.
    TRACT 627000 INCLUDING BLOCK(S)
    1000.
    TRACT 628000 INCLUDING BLOCK(S)
    1000, 1001, 4000, 4004.
    TRACT 629000 INCLUDING BLOCK(S)
    1000.

    TRACT 631600 INCLUDING BLOCK(S)
    2000.
    TRACT 990000 INCLUDING BLOCK(S)
    0005, 0006.
  PORT HURON TOWNSHIP
  ST. CLAIR CITY
  ST. CLAIR TOWNSHIP
  YALE CITY
DISTRICT 082
  LAPEER COUNTY
DISTRICT 083
  ST. CLAIR COUNTY (PART)
    BURTCHVILLE TOWNSHIP
    FORT GRATIOT TOWNSHIP
    PORT HURON CITY (PART)
      TRACT 620000 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 2003, 2004, 2005, 2006,
      2007, 2008, 2009, 2010, 2011, 2012,
      2013, 2014, 2015, 3000, 3001, 3002,
      3003, 3004, 3005, 3006, 3007, 3008,
      3009, 3010, 3011, 3012, 3013, 3014,
      3015, 3016, 3017, 3018, 3019, 3020,
      3021, 3022, 3023, 4000, 4001, 4002,
      4003, 4004, 4005, 4006, 4007, 4008,
      4009, 4010, 4013, 4014, 5000, 5001,
      5002, 5003, 5004, 5005, 5006, 5007,
      5008, 5009, 5010, 5011, 5012, 5013,
      5014, 5015, 5016, 5017, 5018, 5019,
      5020, 5023, 5024, 5025, 5026, 5027,
      5028, 5029, 5030, 5031, 5032, 5033.
      TRACT 621000 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      1024, 1025, 1026, 1027, 1028, 1029,
      1030, 1031, 1032, 1033, 1034, 1035,
      1036, 2000, 2001, 2002, 2003, 2004,
      2005, 2006, 2007, 2008, 2009, 2010,
      2011, 2012, 2013, 2014, 2015, 2016,
      2017, 2018, 2019, 2020, 2021, 2022,
      2023, 2024, 2025, 2026, 2027, 2028,
      2029, 2030, 2031, 2032, 3000, 3001,
      3002, 3003, 3004, 3005, 3006, 3007,
      3008, 3009, 3010, 3011, 3012, 3013,
      3014, 3015, 3016, 3017, 3018, 3019,
      3020, 3021, 3022, 3023, 3024, 3025,
      3026, 3027, 3028, 3029, 3030, 3031.
      TRACT 622000 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      2000, 2001, 2002, 2003, 2004, 2005,
      2006, 2007, 2008, 2009, 2010, 2011,
      2012, 2013, 2014, 2015, 2016, 2017,

2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041, 3042, 3043,
3044, 3045, 3046, 3047, 3048, 3049,
3050, 3051, 3052, 3053, 3054, 3055,
3056.
TRACT 623000 INCLUDING BLOCK(S)
1000, 1001, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031.
TRACT 624000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3029, 3030, 3031.
TRACT 625000 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1046, 1047, 1048, 1049,
1050, 1051, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 2049, 2050, 2051, 2052.
TRACT 626000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,

1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029, 3030, 3031, 3032, 3033, 3034,
3035, 3036, 3037, 3038.
TRACT 627000 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024.
TRACT 628000 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 4001, 4002, 4003, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022, 4023,
4024, 4025, 4026, 4027, 4028, 4029,
4030, 4031, 4032, 4033, 4034, 4035.
TRACT 629000 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 2000, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027.
TRACT 630400 INCLUDING BLOCK(S)
3010, 3011, 3012.
TRACT 631600 INCLUDING BLOCK(S)
2001.
TRACT 636000 INCLUDING BLOCK(S)
1022, 3035.
SANILAC COUNTY

**DISTRICT 084**
  HURON COUNTY
  TUSCOLA COUNTY
**DISTRICT 085**
  SAGINAW COUNTY (PART)
    BRADY TOWNSHIP
    BRANT TOWNSHIP
    CHAPIN TOWNSHIP
    CHESANING TOWNSHIP
    FREMONT TOWNSHIP
    JONESFIELD TOWNSHIP
    LAKEFIELD TOWNSHIP
    MAPLE GROVE TOWNSHIP
    MARION TOWNSHIP
    RICHLAND TOWNSHIP
  SHIAWASSEE COUNTY
**DISTRICT 086**
  IONIA COUNTY (PART)
    BELDING CITY
    BERLIN TOWNSHIP (PART)
      TRACT 032100 INCLUDING BLOCK(S)
        1001.
    EASTON TOWNSHIP
    IONIA CITY (PART)
      TRACT 031600 INCLUDING BLOCK(S)
        1028, 1029, 1033, 1035, 1036, 1037,
        1038, 1039, 1040, 1041, 1042, 1043,
        1044, 1049, 1050, 1051, 2004, 2009,
        2017, 2019, 2020, 2021, 2023, 2024,
        2025, 2026, 2027, 2028, 2029, 2033,
        2034, 2035, 2036, 2037, 2038, 2039,
        2040, 2041, 2042, 2043, 2044, 2045,
        3022, 3023, 3024, 3025, 3026, 3047,
        3048, 3049, 3050, 3051, 3055, 3056,
        3060, 3061, 3062, 3064, 3065, 3066,
        3067, 3068.
      TRACT 031700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1010,
        1011, 1012, 1013, 1014, 1015, 1016,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020,
        3021, 3022, 3023, 3024, 3025, 3026,
        3027, 3028, 3029, 3030, 3031, 3032,
        3033, 3034, 3035, 4001, 4005, 4008,
        4009, 4010, 4011, 4012, 4013, 4014,
        4018, 4019, 4020, 4023, 4024, 4026,
        4027, 4028, 4029, 4030, 4031, 4032,
        4033, 4034, 4035, 4036, 4037, 4038,
        4039, 4040, 4041, 4042, 4043, 4044,
        4045, 4046, 4048, 4049, 4050, 4051,
        4052, 4053, 4054, 4055, 4058, 4059,
        4060, 4061, 4062.
      TRACT 031900 INCLUDING BLOCK(S)
        1054, 1056, 1061, 4006.

TRACT 032100 INCLUDING BLOCK(S)
1000, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 2000, 2001, 2002, 2011,
2017, 2018, 2019, 2020, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2041, 2046, 2047,
2053, 2065, 2066, 2067, 2069, 2072,
2077, 2078, 2084, 3003, 3016, 3017,
3018, 3019.
TRACT 982200 INCLUDING BLOCK(S)
1000, 1002, 1003, 1004, 1005, 1007.
IONIA TOWNSHIP
ORLEANS TOWNSHIP
OTISCO TOWNSHIP
KENT COUNTY (PART)
ADA TOWNSHIP
BOWNE TOWNSHIP
CALEDONIA TOWNSHIP
CASCADE TOWNSHIP
GRATTAN TOWNSHIP
LOWELL CITY
LOWELL TOWNSHIP
VERGENNES TOWNSHIP
DISTRICT 087
BARRY COUNTY
IONIA COUNTY (PART)
BERLIN TOWNSHIP (PART)
TRACT 031900 INCLUDING BLOCK(S)
2057, 2058, 2059, 2060, 2061, 2062,
2063, 2064, 2065, 2066, 2067, 2068,
2069, 2070, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3062, 3063,
3064, 3065, 3066, 3067, 3068, 3069,
3070, 3071, 3072, 3073, 3074, 3075,
3076, 3077, 3078, 3079, 3080, 3081,
3082, 3083, 3084, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4031, 4032,
4033, 4037, 4041, 4042.
TRACT 032100 INCLUDING BLOCK(S)
2040, 2042, 2043, 2044, 2054, 2055,
2056, 2057, 2063, 2064, 3002, 3011,
3012, 3013, 3014, 3015, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027.
BOSTON TOWNSHIP
CAMPBELL TOWNSHIP
DANBY TOWNSHIP
IONIA CITY (PART)
TRACT 031900 INCLUDING BLOCK(S)
4030.

   KEENE TOWNSHIP
   LYONS TOWNSHIP
   NORTH PLAINS TOWNSHIP
   ODESSA TOWNSHIP
   ORANGE TOWNSHIP
   PORTLAND CITY
   PORTLAND TOWNSHIP
   RONALD TOWNSHIP
   SEBEWA TOWNSHIP
 DISTRICT 088
  OTTAWA COUNTY (PART)
   ALLENDALE TOWNSHIP
   CHESTER TOWNSHIP
   COOPERSVILLE CITY
   GEORGETOWN TOWNSHIP
   POLKTON TOWNSHIP
   TALLMADGE TOWNSHIP
   WRIGHT TOWNSHIP
 DISTRICT 089
  OTTAWA COUNTY (PART)
   BLENDON TOWNSHIP
   CROCKERY TOWNSHIP
   FERRYSBURG CITY
   GRAND HAVEN CITY
   GRAND HAVEN TOWNSHIP
   HOLLAND CITY (PART)
    TRACT 022600 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 1020, 2000, 2001, 2002,
     2003, 2004, 2005, 2006, 2007, 2008,
     2009, 2010, 2011, 2012, 2013, 2014,
     2015, 2016, 2017, 2018, 2019, 2020,
     2021, 2022.
   OLIVE TOWNSHIP
   PARK TOWNSHIP
   PORT SHELDON TOWNSHIP
   ROBINSON TOWNSHIP
   SPRING LAKE TOWNSHIP
 DISTRICT 090
  OTTAWA COUNTY (PART)
   HOLLAND CITY (PART)
    TRACT 024900 INCLUDING BLOCK(S)
     1000, 1001, 1002, 1003, 1004, 1005,
     1006, 1007, 1008, 1009, 1010, 1011,
     1012, 1013, 1014, 1015, 1016, 1017,
     1018, 1019, 1020, 1021, 1022, 1023,
     1024, 1025, 1026, 1027, 1028, 1029,
     1030, 1031, 1032, 1033, 1034, 1035,
     1036, 1037, 1038, 1039, 1040, 1041,
     1042, 2000, 2001, 2002, 2003, 2004,
     2005, 2006, 2007, 2008, 2009, 2010,
     2011, 2012, 2013, 2014, 2015, 2016,
     2017, 2018, 2019, 2020, 2021, 2022,
     2023, 2024, 2025, 2026, 2027, 2028,
     2029, 2030, 2031, 2032, 2033, 2034,
     2035, 2036, 2037, 2038, 2039, 2040,
     2041, 2042, 2043, 2044, 2045, 2046,

3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023.
TRACT 025100 INCLUDING BLOCK(S)
1023, 1024, 1025, 5045, 5056, 5063.
TRACT 025200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019.
TRACT 025500 INCLUDING BLOCK(S)
1034.
TRACT 025700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022, 4023, 4024, 4025,
4026, 4027, 4028, 4029, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 6000, 6001, 6002, 6003,
6004, 6005, 6006, 6007, 6008, 6009,
6010, 6011, 6012, 6013, 6014, 6015,
6016.
TRACT 025800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,

2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029.
HOLLAND TOWNSHIP
HUDSONVILLE CITY
JAMESTOWN TOWNSHIP
ZEELAND CITY
ZEELAND TOWNSHIP
DISTRICT 091
  MUSKEGON COUNTY (PART)
    BLUE LAKE TOWNSHIP
    CASNOVIA TOWNSHIP
    CEDAR CREEK TOWNSHIP
    DALTON TOWNSHIP
    EGELSTON TOWNSHIP
    FRUITPORT TOWNSHIP
    HOLTON TOWNSHIP
    MONTAGUE CITY
    MONTAGUE TOWNSHIP
    MOORLAND TOWNSHIP
    NORTON SHORES CITY
    RAVENNA TOWNSHIP
    ROOSEVELT PARK CITY
    SULLIVAN TOWNSHIP
    WHITEHALL CITY (PART)
      TRACT 003700 INCLUDING BLOCK(S)
        1002, 1003, 1004, 1006, 1007, 1010,
        1011, 1012, 1013, 1015, 1016, 1027,
        1028, 1029, 1030, 1031, 1032, 1033,
        1034, 1035, 1038, 1039, 1040, 1041,
        1042, 1043, 1044, 1045, 1046, 1047,
        1048, 1049, 1050, 1051, 1058, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015, 2016, 2017, 2018, 2019,
        2020, 2021, 2022, 2023, 2024, 2025,
        2026, 2027, 2028, 2029, 2030, 2031,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018, 3019, 3020, 3021,
        3022, 3023, 3024, 3025, 3026, 3027,
        3028, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 4008, 4009, 4010,
        4011, 4012, 4013, 4014, 4015, 4016,
        4017, 4018, 4019, 4020, 4021, 4022,
        4023, 4024, 4025, 4026, 4027, 4028,
        4029, 4030, 4031, 4032, 4033, 4034,
        4035, 4036, 4037, 4038, 4039, 4040,
        4041, 4042, 4043, 4044, 4045, 4052,
        4053, 4067.
      TRACT 004000 INCLUDING BLOCK(S)
        1205, 1206.

WHITEHALL TOWNSHIP (PART)
    TRACT 004000 INCLUDING BLOCK(S)
        1132, 1155, 1156, 1210, 1220, 1221.
    WHITE RIVER TOWNSHIP
DISTRICT 092
  MUSKEGON COUNTY (PART)
    FRUITLAND TOWNSHIP
    LAKETON TOWNSHIP
    MUSKEGON CITY
    MUSKEGON TOWNSHIP
    MUSKEGON HEIGHTS CITY
    NORTH MUSKEGON CITY
    WHITEHALL CITY (PART)
        TRACT 004000 INCLUDING BLOCK(S)
            1176, 1204, 1212.
    WHITEHALL TOWNSHIP (PART)
        TRACT 003700 INCLUDING BLOCK(S)
            1000, 1001, 1005, 1017, 1018, 1019,
            1020, 1021, 1022, 1023, 1024, 1025,
            1057, 1059, 1060, 1061, 1062, 1063,
            1064, 1065, 1066, 2000, 3000, 3001,
            3002, 3010.
        TRACT 004000 INCLUDING BLOCK(S)
            1124, 1125, 1126, 1127, 1128, 1129,
            1130, 1131, 1142, 1143, 1144, 1145,
            1146, 1147, 1148, 1153, 1154, 1158,
            1159, 1160, 1161, 1162, 1163, 1164,
            1165, 1166, 1167, 1168, 1169, 1170,
            1171, 1172, 1173, 1174, 1175, 1177,
            1178, 1179, 1180, 1181, 1182, 1183,
            1184, 1185, 1186, 1187, 1188, 1189,
            1190, 1191, 1192, 1193, 1194, 1195,
            1198, 1199, 1200, 1201, 1202, 1203,
            1207, 1208, 1209, 1255, 1256, 1264,
            1267.
DISTRICT 093
  CLINTON COUNTY
  GRATIOT COUNTY (PART)
    ARCADA TOWNSHIP (PART)
        TRACT 000200 INCLUDING BLOCK(S)
            3016, 3017, 3032, 3069, 3070, 3071,
            3072, 3073, 3074, 3075, 3076, 3077,
            3078, 3079, 3080, 3081, 3082, 3085,
            3086, 3087, 3088, 3089, 3090, 3100,
            3101, 3102, 3103, 3104, 3105, 4000,
            4002, 4003, 4004, 4005, 4006, 4007,
            4008, 4009, 4010, 4011, 4012, 4013,
            4014, 4015, 4016, 4017, 4018, 4019,
            4020, 4021, 4022, 4023, 4024, 4025,
            4026, 4027, 4028, 4029, 4030, 4031,
            4032, 4038, 4043, 4044, 4045, 4046,
            4047, 4048, 4049, 4050, 4051, 4052,
            4053, 4054, 4055, 4056, 4057.
        TRACT 000600 INCLUDING BLOCK(S)
            1020, 1021, 1039, 1043, 1044, 2016,
            2017, 3024, 3025, 4026.
    ELBA TOWNSHIP
    FULTON TOWNSHIP
    HAMILTON TOWNSHIP

ITHACA CITY (PART)
  TRACT 000900 INCLUDING BLOCK(S)
    3006.
LAFAYETTE TOWNSHIP
NEWARK TOWNSHIP
NEW HAVEN TOWNSHIP
NORTH SHADE TOWNSHIP
NORTH STAR TOWNSHIP
SUMNER TOWNSHIP
WASHINGTON TOWNSHIP
WHEELER TOWNSHIP
DISTRICT 094
  SAGINAW COUNTY (PART)
    ALBEE TOWNSHIP
    BIRCH RUN TOWNSHIP
    FRANKENMUTH CITY
    FRANKENMUTH TOWNSHIP
    JAMES TOWNSHIP
    SAGINAW TOWNSHIP
    ST. CHARLES TOWNSHIP
    SWAN CREEK TOWNSHIP
    TAYMOUTH TOWNSHIP
    THOMAS TOWNSHIP
    TITTABAWASSEE TOWNSHIP
DISTRICT 095
  SAGINAW COUNTY (PART)
    BLUMFIELD TOWNSHIP
    BRIDGEPORT TOWNSHIP
    BUENA VISTA TOWNSHIP
    CARROLLTON TOWNSHIP
    KOCHVILLE TOWNSHIP
    SAGINAW CITY
    SPAULDING TOWNSHIP
    ZILWAUKEE CITY
    ZILWAUKEE TOWNSHIP
DISTRICT 096
  BAY COUNTY (PART)
    BANGOR TOWNSHIP (PART)
      TRACT 285800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 3016, 3017,
        4000, 4001, 4002, 4003, 4004, 4005,
        4006, 4007, 4008, 4009, 4010, 4011,
        4012, 4013, 4014, 4015, 4016, 4017,
        4018, 4019, 4020, 4021, 4022, 4023,
        4024, 4025.
      TRACT 285900 INCLUDING BLOCK(S)
        1003, 1004, 1005, 1006, 1007, 1008,
        1009, 1010, 1011, 1012, 1013, 1014,
        1015, 1016, 1017, 1018, 1019, 1020,
        1021, 1022, 1023, 1024, 1025, 1026,

1027, 1028, 1029, 1030, 1031, 1032,
1033, 1034, 1035, 1036, 1037, 1038,
1039, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1048, 1049, 1050,
1051, 1052, 1053, 1054, 1055, 1056,
1057, 1058, 1059, 1060, 1061, 1062,
1063, 1064, 1065, 1066, 1067, 1068,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 3033, 3034, 3035.
TRACT 286000 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013.
BAY CITY CITY
ESSEXVILLE CITY
FRANKENLUST TOWNSHIP
HAMPTON TOWNSHIP (PART)
TRACT 285201 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014.

TRACT 285202 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1020, 1021, 1023, 1024, 1025, 1026,
1027, 1028, 1031, 1032, 1033, 1034,
1035, 1036, 1037, 1038, 1039, 1040,
1041, 1042, 1043, 1044, 1045, 1046,
1047, 1048, 1049, 1050, 1051, 1052,
1053, 1054, 1055, 1056, 1057, 1058,
1059, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1069, 1070, 2004, 2005,
2009, 2018, 2020, 2022, 2023, 2024,
2025, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2047, 2048, 2049, 2050, 2051,
2052, 2053.
KAWKAWLIN TOWNSHIP
MERRITT TOWNSHIP
MONITOR TOWNSHIP
PORTSMOUTH TOWNSHIP
DISTRICT 097
ARENAC COUNTY
BAY COUNTY (PART)
BANGOR TOWNSHIP (PART)
TRACT 285900 INCLUDING BLOCK(S)
1000, 1001, 1002.
TRACT 286000 INCLUDING BLOCK(S)
1000, 1023, 2000.
TRACT 990000 INCLUDING BLOCK(S)
0005, 0006, 0007, 0009.
HAMPTON TOWNSHIP (PART)
TRACT 285202 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1010, 1019, 1022, 1029, 1030, 1060,
1068, 2000, 2001, 2002, 2003, 2006,
2007, 2008, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2019, 2021,
2026, 2027, 2046.
TRACT 990000 INCLUDING BLOCK(S)
0010, 0011, 0012, 0013, 0014.
CLARE COUNTY
GLADWIN COUNTY
OSCEOLA COUNTY (PART)
EVART CITY
EVART TOWNSHIP
HERSEY TOWNSHIP
HIGHLAND TOWNSHIP
MARION TOWNSHIP
MIDDLE BRANCH TOWNSHIP
ORIENT TOWNSHIP
OSCEOLA TOWNSHIP
SHERMAN TOWNSHIP
SYLVAN TOWNSHIP
DISTRICT 098
BAY COUNTY (PART)
AUBURN CITY
BEAVER TOWNSHIP
FRASER TOWNSHIP

GARFIELD TOWNSHIP
GIBSON TOWNSHIP
MIDLAND CITY
MT. FOREST TOWNSHIP
PINCONNING CITY
PINCONNING TOWNSHIP
WILLIAMS TOWNSHIP
MIDLAND COUNTY (PART)
HOMER TOWNSHIP
JEROME TOWNSHIP
LARKIN TOWNSHIP
LEE TOWNSHIP
LINCOLN TOWNSHIP
MIDLAND CITY
MIDLAND TOWNSHIP
DISTRICT 099
ISABELLA COUNTY
MIDLAND COUNTY (PART)
COLEMAN CITY
EDENVILLE TOWNSHIP
GENEVA TOWNSHIP
GREENDALE TOWNSHIP
HOPE TOWNSHIP
INGERSOLL TOWNSHIP
JASPER TOWNSHIP
MILLS TOWNSHIP
MT. HALEY TOWNSHIP
PORTER TOWNSHIP
WARREN TOWNSHIP
DISTRICT 100
LAKE COUNTY
NEWAYGO COUNTY
OCEANA COUNTY
DISTRICT 101
BENZIE COUNTY
LEELANAU COUNTY
MANISTEE COUNTY
MASON COUNTY
DISTRICT 102
MECOSTA COUNTY
OSCEOLA COUNTY (PART)
BURDELL TOWNSHIP
CEDAR TOWNSHIP
HARTWICK TOWNSHIP
LEROY TOWNSHIP
LINCOLN TOWNSHIP
REED CITY CITY
RICHMOND TOWNSHIP
ROSE LAKE TOWNSHIP
WEXFORD COUNTY
DISTRICT 103
CRAWFORD COUNTY
KALKASKA COUNTY
MISSAUKEE COUNTY
OGEMAW COUNTY
ROSCOMMON COUNTY
DISTRICT 104
GRAND TRAVERSE COUNTY

**DISTRICT 105**
  ANTRIM COUNTY
  CHARLEVOIX COUNTY
  MONTMORENCY COUNTY
  OSCODA COUNTY
  OTSEGO COUNTY
**DISTRICT 106**
  ALCONA COUNTY
  ALPENA COUNTY
  CHEBOYGAN COUNTY (PART)
    ALOHA TOWNSHIP
    BENTON TOWNSHIP
    BURT TOWNSHIP
    ELLIS TOWNSHIP
    FOREST TOWNSHIP
    GRANT TOWNSHIP
    INVERNESS TOWNSHIP
    MENTOR TOWNSHIP
    MULLETT TOWNSHIP
    NUNDA TOWNSHIP
    WALKER TOWNSHIP
    WAVERLY TOWNSHIP
    WILMOT TOWNSHIP
  IOSCO COUNTY
  PRESQUE ISLE COUNTY
**DISTRICT 107**
  CHEBOYGAN COUNTY (PART)
    BEAUGRAND TOWNSHIP
    CHEBOYGAN CITY
    HEBRON TOWNSHIP
    KOEHLER TOWNSHIP
    MACKINAW TOWNSHIP
    MUNRO TOWNSHIP
    TUSCARORA TOWNSHIP
  CHIPPEWA COUNTY
  EMMET COUNTY
  MACKINAC COUNTY
**DISTRICT 108**
  DELTA COUNTY
  DICKINSON COUNTY
  MENOMINEE COUNTY
**DISTRICT 109**
  ALGER COUNTY
  LUCE COUNTY
  MARQUETTE COUNTY (PART)
    CHAMPION TOWNSHIP
    CHOCOLAY TOWNSHIP
    ELY TOWNSHIP
    EWING TOWNSHIP
    FORSYTH TOWNSHIP
    HUMBOLDT TOWNSHIP
    ISHPEMING CITY
    MARQUETTE CITY
    MARQUETTE TOWNSHIP
    MICHIGAMME TOWNSHIP
    NEGAUNEE CITY
    NEGAUNEE TOWNSHIP
    REPUBLIC TOWNSHIP
    RICHMOND TOWNSHIP

    **SANDS TOWNSHIP**
    **SKANDIA TOWNSHIP**
    **TILDEN TOWNSHIP**
    **TURIN TOWNSHIP**
    **WELLS TOWNSHIP**
    **WEST BRANCH TOWNSHIP**
  **SCHOOLCRAFT COUNTY**
**DISTRICT 110**
  **BARAGA COUNTY**
  **GOGEBIC COUNTY**
  **HOUGHTON COUNTY**
  **IRON COUNTY**
  **KEWEENAW COUNTY**
  **MARQUETTE COUNTY (PART)**
    **ISHPEMING TOWNSHIP**
    **POWELL TOWNSHIP**
  **ONTONAGON COUNTY".**

The motion did not prevail and the amendment was not adopted, a majority of the members serving not voting therefor.

Rep. Stamas moved that the bill be placed on the order of Third Reading of Bills.

The motion prevailed.

Rep. Stamas moved that the bill be placed on its immediate passage.

The motion prevailed, a majority of the members serving voting therefor.

———

Rep. Segal moved that Rep. Stanley be excused temporarily from today's session.

The motion prevailed.

By unanimous consent the House returned to the order of

**Third Reading of Bills**

**Senate Bill No. 498, entitled**

A bill to amend 2001 PA 116, entitled "An act to divide this state into 110 representative and 38 senatorial districts; and to prescribe the powers and duties of certain state departments and officers," by amending the title and sections 3 and 6 (MCL 4.2003 and 4.2006), and by adding sections 1a, 2a, and 5a.

Was read a third time and passed, a majority of the members serving voting therefor, by yeas and nays, as follows:

**Roll Call No. 244**                                       Yeas—65

| | | | |
|---|---|---|---|
| Agema | Goike | Liss | Outman |
| Bolger | Haines | Lori | Pettalia |
| Bumstead | Haveman | Lund | Poleski |
| Callton | Heise | Lyons | Potvin |
| Clemente | Hooker | MacGregor | Price |
| Cotter | Horn | MacMaster | Pscholka |
| Crawford | Hughes | McBroom | Rendon |
| Daley | Huuki | McMillin | Schmidt, W. |
| Damrow | Jacobsen | Moss | Scott |
| Denby | Jenkins | Muxlow | Shirkey |
| Farrington | Johnson | Nesbitt | Somerville |
| Forlini | Kandrevas | O'Brien | Stamas |
| Foster | Knollenberg | Oakes | Tyler |
| Franz | Kowall | Olson | Walsh |
| Geiss | Kurtz | Opsommer | Yonker |
| Gilbert | LaFontaine | Ouimet | Zorn |
| Glardon | | | |

### Nays—42

| | | | |
|---|---|---|---|
| Ananich | Durhal | Lindberg | Schmidt, R. |
| Barnett | Genetski | Lipton | Segal |
| Bauer | Hammel | McCann | Slavens |
| Bledsoe | Haugh | Meadows | Smiley |
| Brown | Hobbs | Melton | Stallworth |
| Brunner | Hovey-Wright | Nathan | Stapleton |
| Byrum | Howze | Olumba | Switalski |
| Cavanagh | Irwin | Rogers | Talabi |
| Constan | Jackson | Rutledge | Tlaib |
| Darany | Lane | Santana | Townsend |
| Dillon | LeBlanc | | |

In The Chair: Walsh

The House agreed to the title of the bill.

———

Reps. Santana, Segal, Irwin, Lipton, Townsend, Darany, Byrum, Hammel, Brunner, Hobbs, Rutledge, Slavens, McCann, Barnett, Smiley, Stallworth, Howze, Bauer, Tlaib, and Lindberg having reserved the right to explain their protest against the passage of the bill, made the following statement:

"Mr. Speaker and members of the House:

I voted 'no' on Senate Bill 498 because, among a number of other reasons, the process leading up to passage of the bill and the plan itself violates the Voting Rights Act of 1965 and is illegal. The Republican Majority in the House and Senate have drawn gerrymandered and partisan redistricting maps that are not fair to the citizens of Michigan. The Republican majority are not letting voters choose their representatives, as they should be. They are choosing their voters.

The Republican Majority introduced Senate Bill 498 on Thursday, June 16th, without any information describing the Senate and House maps that are before us today. Just late yesterday, SB 498 was revised with a new House map and we have yet to receive that new map that fully describes the changes that were before the Redistricting and Elections Committee this morning and is before us on the House floor now. Today, without giving us any time to analyze this plan, I have been asked to vote on it.

A number of nonpartisan organizations have asked the Republican majority to slow down this process so the public has an opportunity to weigh in on the newly-drawn lines. Democrats and the nonpartisan organizations asked for more time so a meaningful analysis of this plan can occur, an analysis that would include a thorough understanding of the implications of these new lines on Michigan's citizens and communities, and to ensure the plan is compliant with state and federal law. The Republican Majority has not provided the necessary time to evaluate their plan, nor the analysis, or assurance that the plan is legal.

During Committee, Republican staff members testified on the details of the Senate and House maps. The staff members were unable to address basic drafting and legal questions. Democratic Members asked if we would have the opportunity to have an expert answer questions. We never received a response. Democratic members of the Redistricting and Elections Committee asked the Republican Chair and Republican staff members how they determined whether the percentages in the majority-minority districts were in compliance with the Voting Rights Act. The Republicans failed to answer that question. The Republican Chair and Republican staff members also failed to answer the question of whether the percentages of African American voters in the majority-minority districts would provide African American voters the opportunity to elect representatives of their choice—a critical determination under the United States Supreme Court holding in Thornburg v. Giggles and Bartlett v. Strickland.

The Republican Majority egregiously splits the Latino community in Detroit which is close to a 45% Latino voting age population in the current HD 12. Now, under the new House map, House Districts 5 and 6 now split the strong Southwest Detroit Latino community down to an estimated 24.51% in the newly drawn HD 5 and an estimated 17.39% in the newly drawn HD 6.

The Republican majority has also drawn gerrymandered, partisan districts in the plan. Examples of these districts include:
• The House map splits the City of Grand Rapids in a strange, gerrymandered configuration with HD 76 snaking around HD 75 for partisan purposes; and
• The House map creates a gerrymandered, claw-like appearance in Ingham County's HD 68 for partisan purposes.
Finally, the $30,000 appropriation contained in this legislation is unacceptable because at last report there was over $333,000 left in the fund that we set aside last year for the costs associated with the redistricting process.
The Michigan House Democrats and the Michigan Legislative Black Caucus have both offered House and Senate alternative maps that create districts that more fairly represent the citizens of Michigan and more closely adhere to state and federal requirements, including the Voting Rights Act. The Republican Majority has failed to even consider these better alternatives.
The redistricting process involves decisions that will have a long-lasting impact on our state. This should not be a partisan issue. Instead of drawing fair lines that follow community and county boundaries, this plan draws gerrymandered districts to benefit Republican incumbents and violates state and federal laws, including the Voting Rights Act. I cannot support this plan."

Rep. Roy Schmidt, having reserved the right to explain his protest against the passage of the bill, made the following statement:
"Mr. Speaker and members of the House:
I voted 'no' on Senate Bill 498 because, among a number of other reasons, the process leading up to passage of the bill and the plan itself violates the Voting Rights Act of 1965 and is illegal. The Republican Majority in the House and Senate have drawn gerrymandered and partisan redistricting maps that are not fair to the citizens of Michigan. The Republican majority are not letting voters choose their representatives, as they should be. They are choosing their voters.
The Republican Majority introduced Senate Bill 498 on Thursday, June 16th, without any information describing the Senate and House maps that are before us today. Just late yesterday, SB 498 was revised with a new House map and we have yet to receive that new map that fully describes the changes that were before the Redistricting and Elections Committee this morning and is before us on the House floor now. Today, without giving us any time to analyze this plan, I have been asked to vote on it.
During Committee, Republican staff members testified on the details of the Senate and House maps. The staff members were unable to address basic drafting and legal questions. Democratic Members asked if we would have the opportunity to have an expert answer questions. We never received a response. Democratic members of the Redistricting and Elections Committee asked the Republican Chair and Republican staff members how they determined whether the percentages in the majority-minority districts were in compliance with the Voting Rights Act. The Republicans failed to answer that question. The Republican Chair and Republican staff members also failed to answer the question of whether the percentages of African American voters in the majority-minority districts would provide African American voters the opportunity to elect representatives of their choice—a critical determination under the United States Supreme Court holding in Thornburg v. Giggles and Bartlett v. Strickland.
The Republican Majority egregiously splits the Latino community in Detroit which is close to a 45% Latino voting age population in the current HD 12. Now, under the new House map, House Districts 5 and 6 now split the strong Southwest Detroit Latino community down to an estimated 24.51% in the newly drawn HD 5 and an estimated 17.39% in the newly drawn HD 6.
The Republican majority has also drawn gerrymandered, partisan districts in the plan. Examples of these districts include:
• The House map splits the City of Grand Rapids in a strange, gerrymandered configuration with HD 76 snaking around HD 75 for partisan purposes; and
The Michigan House Democrats and the Michigan Legislative Black Caucus have both offered House and Senate alternative maps that create districts that more fairly represent the citizens of Michigan and more closely adhere to state and federal requirements, including the Voting Rights Act. The Republican Majority has failed to even consider these better alternatives.
The redistricting process involves decisions that will have a long-lasting impact on our state. This should not be a partisan issue. Instead of drawing fair lines that follow community and county boundaries, this plan draws gerrymandered districts to benefit Republican incumbents and violates state and federal laws, including the Voting Rights Act. I cannot support this plan."

Rep. Hovey-Wright, having reserved the right to explain her protest against the passage of the bill, made the following statement:
"Mr. Speaker and members of the House:
I voted 'no' on Senate Bill 498 because, among a number of other reasons, the process leading up to passage of the bill and the plan itself violates the Voting Rights Act of 1965 and is illegal. The Republican Majority in the House and Senate have drawn gerrymandered and partisan redistricting maps that are not fair to the citizens of Michigan. The Republican majority are not letting voters choose their representatives, as they should be. They are choosing their voters.

The Republican Majority introduced Senate Bill 498 on Thursday, June 16th, without any information describing the Senate and House maps that are before us today. Just late yesterday, SB 498 was revised with a new House map and we have yet to receive that new map that fully describes the changes that were before the Redistricting and Elections Committee this morning and is before us on the House floor now. Today, without giving us any time to analyze this plan, I have been asked to vote on it.

A number of nonpartisan organizations have asked the Republican majority to slow down this process so the public has an opportunity to weigh in on the newly-drawn lines. Democrats and the nonpartisan organizations asked for more time so a meaningful analysis of this plan can occur, an analysis that would include a thorough understanding of the implications of these new lines on Michigan's citizens and communities, and to ensure the plan is compliant with state and federal law. The Republican Majority has not provided the necessary time to evaluate their plan, nor the analysis, or assurance that the plan is legal.

During Committee, Republican staff members testified on the details of the Senate and House maps. The staff members were unable to address basic drafting and legal questions. Democratic Members asked if we would have the opportunity to have an expert answer questions. We never received a response. Democratic members of the Redistricting and Elections Committee asked the Republican Chair and Republican staff members how they determined whether the percentages in the majority-minority districts were in compliance with the Voting Rights Act. The Republicans failed to answer that question. The Republican Chair and Republican staff members also failed to answer the question of whether the percentages of African American voters in the majority-minority districts would provide African American voters the opportunity to elect representatives of their choice—a critical determination under the United States Supreme Court holding in Thornburg v. Giggles and Bartlett v. Strickland.

The Republican Majority egregiously splits the Latino community in Detroit which is close to a 45% Latino voting age population in the current HD 12. Now, under the new House map, House Districts 5 and 6 now split the strong Southwest Detroit Latino community down to an estimated 24.51% in the newly drawn HD 5 and an estimated 17.39% in the newly drawn HD 6.

The Republican majority has also drawn gerrymandered, partisan districts in the plan. Examples of these districts include:
• The House map splits the City of Grand Rapids in a strange, gerrymandered configuration with HD 76 snaking around HD 75 for partisan purposes; and
• The House map creates a gerrymandered, claw-like appearance in Ingham County's HD 68 for partisan purposes.

Finally, the $30,000 appropriation contained in this legislation is unacceptable because at last report there was over $333,000 left in the fund that we set aside last year for the costs associated with the redistricting process.

The Michigan House Democrats and the Michigan Legislative Black Caucus have both offered House and Senate alternative maps that create districts that more fairly represent the citizens of Michigan and more closely adhere to state and federal requirements, including the Voting Rights Act. The Republican Majority has failed to even consider these better alternatives.

The redistricting process involves decisions that will have a long-lasting impact on our state. This should not be a partisan issue. Instead of drawing fair lines that follow community and county boundaries, this plan draws gerrymandered districts to benefit Republican incumbents and violates state and federal laws, including the Voting Rights Act. I cannot support"

Rep. Cavanagh, having reserved the right to explain his protest against the passage of the bill, made the following statement:

"Mr. Speaker and members of the House:

I voted 'no' on Senate Bill 498 because it is a partisan, unfair and gerrymandered plan. The people of Michigan deserve state legislative districts that will ensure fair representation in keeping with Michigan's history of competitive districts that respect communities of interest. This map clearly was drawn to let the Republican Representatives choose their voters.

Furthermore, the $30,000 appropriation contained in this legislation is unacceptable because there is over $333,000 left in the fund that we set aside last year for the costs associated with the redistricting process.

The redistricting process involves decisions that will have a long-lasting impact on our state. This isn't and should not be a partisan issue. Instead of drawing fair lines that follow community and county boundaries, this plan draws gerrymandered districts to benefit Republican incumbents. I cannot support it."

Rep. Constan, having reserved the right to explain his protest against the passage of the bill, made the following statement:

"Mr. Speaker and members of the House:

I voted 'no' on Senate Bill 498 because the process leading up to passage of the bill and the plan itself violates the Voting Rights Act of 1965. The Majority Party in the House and Senate have drawn gerrymandered and partisan redistricting maps that are not fair to the citizens of Michigan. The Republican majority are not letting voters choose their representatives, as they should be. They are choosing their voters.

1962                    JOURNAL OF THE HOUSE [June 28, 2011]                    [No. 61

The Majority Party introduced Senate Bill 498 on Thursday, June 16th, without any information describing the Senate and House maps that are before us today. Late in the day on June 27, 2011 SB 498 was revised with a new House map. The Representatives in the House of Representatives have not been able to review the new map that fully describes the changes that were before the Redistricting and Elections Committee earlier today that we are forced to vote on now. Today, without being given any time to analyze this new plan, I have been asked to vote on it.

A number of nonpartisan organizations have asked the majority party to slow down this process so the public has an opportunity to weigh in on the newly-drawn lines. Democrats and the nonpartisan organizations asked for more time so a meaningful analysis of this plan can occur, an analysis that would include a thorough understanding of the implications of these new lines on Michigan's citizens and communities, and to ensure the plan is compliant with state and federal law. The Republican Majority has not provided the necessary time to evaluate their plan, nor the analysis, or assurance that the plan is legal.

During Committee, Republican staff members testified on the details of the Senate and House maps. The staff members were unable to address basic drafting and legal questions. Democratic Members asked if we would have the opportunity to have an expert answer questions. We never received a response. Democratic members of the Redistricting and Elections Committee asked the Republican Chair and Republican staff members how they determined whether the percentages in the majority-minority districts were in compliance with the Voting Rights Act. The Republicans failed to answer that question. The Republican Chair and Republican staff members also failed to answer the question of whether the percentages of African American voters in the majority-minority districts would provide African American voters the opportunity to elect representatives of their choice—a critical determination under the United States Supreme Court holding in Thornburg v. Giggles and Bartlett v. Strickland.

The Republican Majority egregiously splits the Latino community in Detroit which is close to a 45% Latino voting age population in the current HD 12. Now, under the new House map, House Districts 5 and 6 now split the strong Southwest Detroit Latino community down to an estimated 24.51% in the newly drawn HD 5 and an estimated 17.39% in the newly drawn HD 6.

The Republican majority has also drawn gerrymandered, partisan districts in the plan. Examples of these districts include:

• The House map splits the City of Grand Rapids in a strange, gerrymandered configuration with HD 76 snaking around HD 75 for partisan purposes; and

• The House map creates a gerrymandered, claw-like appearance in Ingham County's HD 68 for partisan purposes.

Finally, the $30,000 appropriation contained in this legislation is unacceptable because at last report there was over $333,000 left in the fund that we set aside last year for the costs associated with the redistricting process.

The Michigan House Democrats and the Michigan Legislative Black Caucus have both offered House and Senate alternative maps that create districts that more fairly represent the citizens of Michigan and more closely adhere to state and federal requirements, including the Voting Rights Act. The Republican Majority has failed to even consider these better alternatives.

The redistricting process involves decisions that will have a long-lasting impact on our state. This should not be a partisan issue. Instead of drawing fair lines that follow community and county boundaries, this plan draws gerrymandered districts to benefit Republican incumbents and violates state and federal laws, including the Voting Rights Act. I cannot support this plan."

Rep. Durhal, having reserved the right to explain his protest against the passage of the bill, made the following statement:

"Mr. Speaker and members of the House:

I voted no on this legislation because of the material damage to the African-American and people of color communities in this state. The Michigan Legislative Black Caucus is opposed to the bill and we expect to challenge this measure if it is signed into law. Our challenge will continue to the courts."

Rep. Brown, having reserved the right to explain her protest against the passage of the bill, made the following statement:

"Mr. Speaker and members of the House:

I voted 'no' on Senate Bill 498 because the process leading up to passage of the bill and the plan itself violates the Voting Rights Act of 1965 and is illegal. A number of nonpartisan organizations have asked the House leadership to slow down this process so the public has an opportunity to weigh in on the newly-drawn lines. The nonpartisan organizations asked for more time so a meaningful analysis of this plan can occur, an analysis that would include a thorough understanding of the implications of these new lines on Michigan's citizens and communities, and to ensure the plan is compliant with state and federal law. The majority has not provided the necessary time to evaluate their plan, nor the analysis, or assurance that the plan is legal.

The Majority egregiously splits the Latino community in Detroit which is close to a 45% Latino voting age population in the current HD 12. Now, under the new House map, House Districts 5 and 6 now split the strong Southwest Detroit Latino community down to an estimated 24.51% in the newly drawn HD 5 and an estimated 17.39% in the newly drawn HD 6.

No. 61]                    [June 28, 2011] JOURNAL OF THE HOUSE                    1963

They has also drawn gerrymandered, partisan districts in the plan. Examples of these districts, include:
• The House map splits the City of Grand Rapids in a strange, gerrymandered configuration with HD 76 snaking around HD 75 for partisan purposes; and
• The House map creates a gerrymandered, claw-like appearance in Ingham County's HD 68 for partisan purposes.
Finally, the $30,000 appropriation contained in this legislation is unacceptable because at last report there was over $333,000 left in the fund that we set aside last year for the costs associated with the redistricting process.
The Michigan House Democrats and the Michigan Legislative Black Caucus have both offered House and Senate alternative maps that create districts that more fairly represent the citizens of Michigan and more closely adhere to state and federal requirements, including the Voting Rights Act. The Majority has failed to even consider these better alternatives.
The redistricting process involves decisions that will have a long-lasting impact on our state. This should not be a partisan issue. Instead of drawing fair lines that follow community and county boundaries, this plan draws gerrymandered districts to benefit Republican incumbents and violates state and federal laws, including the Voting Rights Act. I cannot support this plan."

Rep. Olumba, having reserved the right to explain his protest against the passage of the bill, made the following statement:
"Mr. Speaker and members of the House:
Senate Bill 498 violates the 14th amendment and is otherwise unconstitutional and unlawful in that it refuses to properly count certain minority populations and areas that demonstrate political cohesion as is required by the voting rights act, and as is set apart in Supreme Court landmark decision Thornburgh v. Gingles.
The Republican Majority egregiously splits the Latino community in Detroit which is close to a 45% Latino voting age population in the current HD 12. Now, under the new House map, House Districts 5 and 6 now split the strong Southwest Detroit Latino community down to an estimated 24.51% in the newly drawn HD 5 and an estimated 17.39% in the newly drawn HD 6. It also ignores the need to create a new majority minority district in the Grand Rapids area.
The Michigan House Democrats and the Michigan Legislative Black Caucus have both offered House and Senate alternative maps that create districts that more fairly represent the citizens of Michigan and more closely adhere to state and federal requirements, including the Voting Rights Act. I cannot support these unconstitutional bills."

————

Rep. Stamas moved that House Committees be given leave to meet during the balance of today's session.
The motion prevailed.

By unanimous consent the House returned to the order of
**Motions and Resolutions**

Rep. Stamas moved that when the House adjourns today it stand adjourned until Wednesday, June 29, at 10:00 a.m.
The motion prevailed.

**Introduction of Bills**

Reps. Dillon, Townsend, Ananich, Geiss, Durhal, Cavanagh, Stallworth, Womack, Segal, Bledsoe, Haugh, Darany, Byrum, Lindberg, Tlaib, Nathan, Smiley, Brunner, Stapleton, Stanley, Slavens, Talabi, Howze, Bauer, McCann, Brown, Roy Schmidt and Lipton introduced
**House Bill No. 4817, entitled**
A bill to amend 1967 PA 281, entitled "Income tax act of 1967," by amending section 30 (MCL 206.30), as amended by 2011 PA 38.
The bill was read a first time by its title and referred to the Committee on Tax Policy.

Reps. Townsend, Dillon, Ananich, Geiss, Cavanagh, Durhal, Stallworth, Barnett, Womack, Smiley, Irwin, Talabi, Byrum, Constan, Stanley, Lane, McCann, Lipton, Lindberg, Bauer, Jackson, Santana, Kandrevas, Brown, Segal, Switalski and Tlaib introduced
**House Bill No. 4818, entitled**
A bill to amend 1967 PA 281, entitled "Income tax act of 1967," by amending section 30 (MCL 206.30), as amended by 2011 PA 38.
The bill was read a first time by its title and referred to the Committee on Tax Policy.

# No. 60
## STATE OF MICHIGAN

# Journal of the Senate
## 96th Legislature
### REGULAR SESSION OF 2011

Senate Chamber, Lansing, Wednesday, June 29, 2011.

10:00 a.m.

The Senate was called to order by the President, Lieutenant Governor Brian N. Calley.

The roll was called by the Secretary of the Senate, who announced that a quorum was present.

| | | |
|---|---|---|
| Anderson—present | Hood—present | Pappageorge—present |
| Bieda—present | Hopgood—present | Pavlov—present |
| Booher—present | Hune—present | Proos—present |
| Brandenburg—present | Hunter—present | Richardville—present |
| Casperson—present | Jansen—present | Robertson—present |
| Caswell—present | Johnson—present | Rocca—present |
| Colbeck—present | Jones—present | Schuitmaker—present |
| Emmons—present | Kahn—present | Smith—present |
| Gleason—present | Kowall—present | Walker—present |
| Green—present | Marleau—present | Warren—present |
| Gregory—present | Meekhof—present | Whitmer—present |
| Hansen—present | Moolenaar—present | Young—present |
| Hildenbrand—present | Nofs—present | |

If someone looks at the legislative history of this redistricting and compares the maps offered for all three legislative bodies, they will see that this wasn't about county breaks. This wasn't about the Voting Rights Act. This was only about protecting incumbents at the expense of the integrity of this institution, and thus, I ask for your support of this substitute.


Senators Hune and Richardville asked and were granted unanimous consent to make statements and moved that the statements be printed in the Journal.

The motion prevailed.

Senator Hune's statement is as follows:

What we have before us are congressional redistricting plans. It is the epitome of transparency. These maps have been released to the public for quite some time, passed through the State House on a bipartisan vote, passed through the Senate in a redistricting committee, and is before us without amendment.

The public has seen these maps that are before us. What we have in front of us are a fair, a legal, and a constitutional plan for our new congressional districts. I urge all of my colleagues to support it, and it deserves bipartisan support.


Senator Richardville's statement is as follows:

Michigan has lost one congressional district as a result of the 2010 census. Nonetheless, this congressional redistricting plan preserves the cores of 14 existing districts and preserves two African-American majority districts. Of equal or greater importance, we have also continued to have two predominately Detroit-based districts, giving our state's largest city two likely Representatives in the Congress, notwithstanding the significant population loss of the city of Detroit. We have done this with the fewest number of county and municipal breaks of any plan we have seen, thus complying with Michigan's longstanding and traditional redistricting policies.


By unanimous consent the Senate returned to the order of

**Messages from the House**


**Senate Bill No. 498, entitled**

A bill to amend 2001 PA 116, entitled "An act to divide this state into 110 representative and 38 senatorial districts; and to prescribe the powers and duties of certain state departments and officers," by amending the title and sections 3 and 6 (MCL 4.2003 and 4.2006), and by adding sections 1a, 2a, and 5a.

The House of Representatives has amended the bill as follows:

1. Amend page 1, line 8, by striking out the balance of the page through line 26 on page 399 and inserting:

"**DISTRICT 001**
   **WAYNE COUNTY (PART)**
     **DETROIT CITY (PART)**
       **TRACT 500100 INCLUDING BLOCK(S)**
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 1014, 1015, 1016, 1017,
         1018, 1019, 1020, 1021, 2000, 2001,
         2002, 2003, 2004, 2005, 2006, 2007,
         2008, 2009, 2010, 2011, 2012, 2013,
         2014, 3000, 3001, 3002, 3003, 3004,
         3005, 3006, 3007, 3008, 3009, 3010,
         3011, 4000, 4001, 4002, 4003, 4004,
         4005, 4006, 4007, 4008, 4009.
       **TRACT 500200 INCLUDING BLOCK(S)**
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         2000, 2001, 2002, 2003, 2004, 2005,
         2006, 2007, 2008, 2009, 2010, 2011,
         3000, 3001, 3002, 3003, 3004, 3005,
         3006, 3007, 3008, 4000, 4001, 4002,
         4003, 4004, 4005, 4006, 4007, 4008,
         4009, 4010.
       **TRACT 500300 INCLUDING BLOCK(S)**
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 2000, 2001, 2002, 2003,

2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011.
TRACT 500400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015.
TRACT 500500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009.
TRACT 500600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023.
TRACT 500700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016.
TRACT 500800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011.

TRACT 500900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 4000, 4001, 4002,
4003, 4004, 4005, 4006.
TRACT 501000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012.
TRACT 501100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009.
TRACT 501200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011.
TRACT 501300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2012, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019, 5020, 5021,
5026, 5027, 5028, 5029, 5030.
TRACT 501400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032.
TRACT 501500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031,
5032, 5033, 5034, 5035, 5036, 5037,
5038.
TRACT 501600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032.
TRACT 501700 INCLUDING BLOCK(S)
1002, 1003, 1007, 2000, 2001, 2002,
2003, 2006.
TRACT 501800 INCLUDING BLOCK(S)
1004, 2000, 2001, 2002, 2003, 2004,
2005, 2011.
TRACT 503900 INCLUDING BLOCK(S)
1000, 1001, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009.
TRACT 504000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2010.
TRACT 504100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

　　　　1012, 2000, 2001, 2002, 2003, 2004,
　　　　2005, 2006, 2007, 2008, 2009, 2010,
　　　　3000, 3001, 3002, 3003, 3004, 3005,
　　　　3006, 3007, 3008, 3009, 3010, 3011,
　　　　3012, 3013, 3014, 3015, 3016, 3017,
　　　　3018, 3019, 3020, 3021.
　　　TRACT 512100 INCLUDING BLOCK(S)
　　　　4000, 4002, 4006, 4007, 4008, 4009,
　　　　4017, 4018, 5000, 5001, 5008, 5009,
　　　　5012, 5013.
　　　TRACT 551600 INCLUDING BLOCK(S)
　　　　1010, 1011.
　　GROSSE POINTE WOODS CITY
　　HARPER WOODS CITY
　　VILLAGE OF GROSSE POINTE SHORES, A MICHIGAN CITY CITY
DISTRICT 002
　WAYNE COUNTY (PART)
　　DETROIT CITY (PART)
　　　TRACT 501300 INCLUDING BLOCK(S)
　　　　2000, 2001, 2010, 2011, 3000, 3001,
　　　　3002, 3003, 3004, 3005, 3006, 3007,
　　　　3008, 3009, 3010, 3011, 5022, 5023,
　　　　5024, 5025, 5031, 5032.
　　　TRACT 501600 INCLUDING BLOCK(S)
　　　　1021.
　　　TRACT 501700 INCLUDING BLOCK(S)
　　　　1000, 1001, 1004, 1005, 1006, 1008,
　　　　1009, 1010, 1011, 1012, 1013, 1014,
　　　　1015, 1016, 1017, 1018, 1019, 1020,
　　　　1021, 1022, 1023, 1024, 2004, 2005,
　　　　2007, 2008, 2009, 2010, 2011, 2012,
　　　　2013, 2014, 2015, 2016, 2017, 2018,
　　　　2019, 2020, 2021, 2022, 2023, 2024,
　　　　2025, 2026, 2027, 2028, 2029.
　　　TRACT 501800 INCLUDING BLOCK(S)
　　　　1000, 1001, 1002, 1003, 1005, 1006,
　　　　1007, 1008, 1009, 2006, 2007, 2008,
　　　　2009, 2010, 2012, 2013, 2014, 2015,
　　　　2016, 3000, 3001, 3002, 3003, 3004,
　　　　3005, 3006, 3007, 3008, 3009, 3010,
　　　　3011, 3012, 3013, 3014, 3015, 3016,
　　　　3017, 3018, 3019, 3020, 3021, 3022,
　　　　4000, 4001, 4002, 4003, 4004, 4005,
　　　　4006, 4007, 4008, 4009, 4010, 4011,
　　　　4012, 4013, 4014.
　　　TRACT 501900 INCLUDING BLOCK(S)
　　　　1000, 1001, 1002, 1003, 1004, 1005,
　　　　1006, 1007, 1008, 2000, 2001, 2002,
　　　　2003, 2004, 2005, 2006, 2007, 2008,
　　　　3000, 3001, 3002, 3003, 3004, 3005,
　　　　3006, 3007, 3008, 3009, 3010, 3011,
　　　　4000, 4001, 4002, 4003, 4004, 4005,
　　　　4006, 4007, 4008, 4009.
　　　TRACT 502000 INCLUDING BLOCK(S)
　　　　1000, 1001, 1002, 1003, 1004, 1005,
　　　　1006, 1007, 1008, 1009, 1010, 1011,
　　　　1012, 1013, 1014, 1015, 1016, 1017,
　　　　1018, 1019, 1020, 1021, 1022, 1023,
　　　　2000, 2001, 2002, 2003, 2004, 2005,

2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 503900 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1013, 1014, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015.
TRACT 504000 INCLUDING BLOCK(S)
1012, 1013, 2009, 2011, 2012, 2013.
TRACT 504200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016.
TRACT 504300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014.
TRACT 504400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012.
TRACT 505200 INCLUDING BLOCK(S)
1008, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3007.
TRACT 505400 INCLUDING BLOCK(S)
1006, 1011, 1012, 1013, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017.
TRACT 505500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1023, 1024, 1025, 1026,
1027, 1028, 1029, 1030, 1031, 1032,
1033, 1034, 1035, 1036, 1037, 1038,
1039, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1048, 1049, 1050,
1051, 1052, 1053, 1054, 1055, 1056,
1057, 1058, 1059, 1060, 1061, 1062,
1063.
TRACT 512100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 1035 of 1209

Exhibit D-25
Page 464 of 638

2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4001, 4003, 4004, 4005,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4019, 4020, 5002, 5003, 5004,
5005, 5006, 5007, 5010, 5011, 5014.
TRACT 512200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 512300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017.
TRACT 512400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.
TRACT 512600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010.
TRACT 512900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005.
TRACT 513200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.
TRACT 513300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1007,
1008, 1009, 1010, 1011, 1012, 1014,
1015, 1016, 1017, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018.

TRACT 513600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017.
TRACT 513700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1037,
1038, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013.
TRACT 513900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014.
TRACT 514100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022.
TRACT 514200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 5000, 5001, 5002, 5003, 5004,
5005.
TRACT 514300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029.

TRACT 514500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014.
TRACT 515600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2007, 2008, 2009,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027.
TRACT 515700 INCLUDING BLOCK(S)
1001, 1002, 2000, 2001, 2002, 2003.
TRACT 516000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012.
TRACT 985200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016.
GROSSE POINTE CITY
GROSSE POINTE FARMS CITY
GROSSE POINTE PARK CITY
DISTRICT 003
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 503100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012.
TRACT 503200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022.
TRACT 503300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,

3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014.
TRACT 503400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017.
TRACT 503500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019.
TRACT 503600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016.
TRACT 504900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
4029, 4030, 4031, 4032, 4033, 4034,
4035, 4036, 4037, 4038, 4039, 4040,
4041, 4042, 4043, 4044, 4045, 4046,
4047, 4048, 4049, 4050, 4051, 4052,
4053, 4054, 4055, 4056, 4057, 4058,
4059, 4060, 4061, 4062, 4063.
TRACT 505000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 505100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 5000,
5001, 5002, 5003.
TRACT 505200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 505400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1007, 1008, 1009, 1010, 1014, 1015,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017.
TRACT 506100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 506200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025.
TRACT 506300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029, 3030, 3031, 3032, 3033, 3034,
3035, 3036, 3037, 3038.
TRACT 506400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 3000, 3001, 3002, 3003,
3004.

TRACT 506500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.
TRACT 506600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011.
TRACT 506700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044.
TRACT 506800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 506900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014, 5015, 5016, 5017.
TRACT 507000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028.
TRACT 507100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016.
TRACT 507200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029.
TRACT 507300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041, 3042.
TRACT 507400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010.
TRACT 507500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,

2009, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019.
TRACT 507800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027.
TRACT 507900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007.
TRACT 508000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023.
TRACT 508100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008.
TRACT 530200 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 2006, 2007, 2008.
TRACT 538100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027.

TRACT 538200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025.
TRACT 538300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011.
TRACT 538400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019.
DISTRICT 004
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 504700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020.
TRACT 504800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022.
TRACT 505500 INCLUDING BLOCK(S)
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,

1020, 1021, 1022, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031.
TRACT 507800 INCLUDING BLOCK(S)
1013.
TRACT 510400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021.
TRACT 510500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014.
TRACT 510600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 510700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012.

TRACT 511000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2046, 2047, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022, 4023, 4024, 4025,
4026, 4027, 4028, 4029, 4030, 4031,
4032, 4033, 4034, 4035, 4036, 4037,
4038, 4039, 4040, 4041, 4042, 4043.
TRACT 511200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007.
TRACT 511300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024.

TRACT 511400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014, 5015, 5016, 5017.
TRACT 511900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020.
TRACT 515900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024.
TRACT 516100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045.

TRACT 517500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015.
TRACT 518000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033.
TRACT 518400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 518500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016.
TRACT 518600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019.
TRACT 518800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,

2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045.
TRACT 518900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1022, 1024, 1034,
1035, 1036, 1037, 1038, 1039, 1040,
1105, 1106.
TRACT 520200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025.
TRACT 520300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008.
TRACT 520400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019.
TRACT 521500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1015, 1016, 1017, 1018, 1019, 1022,
1023, 1024, 1025, 1031, 1032, 1033,
1060, 1061.
TRACT 521800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018.
TRACT 521900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 3045, 3046, 3047,

3048, 3049, 3050, 3051, 3052, 3053,
3054, 3055, 3056, 3057, 3058, 3059,
3060, 3061, 3062, 3063, 3064, 3065,
3066, 3067, 3068, 3069, 3070, 3071.
TRACT 522000 INCLUDING BLOCK(S)
1001, 1002, 1095.
TRACT 522300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1033, 1034, 1035, 1036,
1037, 1038, 1039, 1040, 1041, 1042,
1043, 1044, 1047, 1048, 1049, 1050,
1051, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035.
TRACT 522400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019.
TRACT 522500 INCLUDING BLOCK(S)
1004.
TRACT 531200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037.
TRACT 531300 INCLUDING BLOCK(S)
1008.
TRACT 531900 INCLUDING BLOCK(S)
2024, 2025, 2026.
TRACT 532200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 532300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037.

TRACT 532400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
TRACT 532600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008.
TRACT 532700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007.
TRACT 533000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 533100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2005, 2006, 3005, 3006.
TRACT 533200 INCLUDING BLOCK(S)
3007, 3008.
TRACT 533300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009.
TRACT 533900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3062, 3063,
3064, 3065.
TRACT 985100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,

                    1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107,
1108, 1109, 1110, 1111.
      TRACT 985900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020.
    HAMTRAMCK CITY
DISTRICT 005
  WAYNE COUNTY (PART)
    DETROIT CITY (PART)
      TRACT 521300 INCLUDING BLOCK(S)
1000, 1003, 1004.
      TRACT 522000 INCLUDING BLOCK(S)
1073, 1074.
      TRACT 522100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2005,
2006, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2026, 2027, 2028, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041.
      TRACT 522200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
      TRACT 522300 INCLUDING BLOCK(S)
1010, 1011, 1028, 1029, 1030, 1031,
1032, 1045, 1046, 1052, 1053, 1054,
1056, 2026, 2027, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2046, 2047, 2048, 2049, 2050,
2051, 2052.
      TRACT 523100 INCLUDING BLOCK(S)
1025.
      TRACT 523800 INCLUDING BLOCK(S)
1000, 2003, 3000, 3002.
      TRACT 524000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006.

TRACT 524100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 4000, 4001, 4002, 4003,
4004, 4005.
TRACT 524200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 4000, 4001, 4002, 4003, 4004,
4005, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 6000, 6001, 6002, 6003,
6004, 6005, 6006.
TRACT 524300 INCLUDING BLOCK(S)
2000, 2010, 2011, 2012, 2013, 2014.
TRACT 524500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047.
TRACT 524700 INCLUDING BLOCK(S)
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011,
6021, 6025, 6028, 6029.
TRACT 524900 INCLUDING BLOCK(S)
2059.
TRACT 525400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021.
TRACT 525500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013.

TRACT 525600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015.
TRACT 525700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 525800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022.
TRACT 526000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019.
TRACT 526100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022.
TRACT 526200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008.
TRACT 526300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021.
TRACT 526400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016.

TRACT 526500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007.
TRACT 527200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009.
TRACT 527300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 530400 INCLUDING BLOCK(S)
1009, 1010.
TRACT 530500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010.
TRACT 530800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 4000,
4001, 4002, 4003, 4004, 4005, 4006.
TRACT 530900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024.

TRACT 531100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008.
TRACT 531200 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2003, 2004, 2005, 2006, 2007, 2008.
TRACT 531300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1009, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009.
TRACT 531400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 531500 INCLUDING BLOCK(S)
1005, 1006, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 4003, 4004, 4005,
4006, 4007, 4008.
TRACT 531800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014.
TRACT 531900 INCLUDING BLOCK(S)
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023.
TRACT 533100 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 3000,
3001, 3002, 3003, 3004.
TRACT 533200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006.
TRACT 533300 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 533400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 5000, 5001, 5002, 5003, 5004,
5005, 5006.

TRACT 533500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013.
TRACT 533600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 533700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 534100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024.
TRACT 534200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2007, 2008, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3006, 3007,
3008, 3009.
TRACT 534300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 534400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1010, 1011, 1012, 1014, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2016, 2017, 2018,
2019, 2020.
TRACT 534500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

        1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027.
    TRACT 534600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019.
    TRACT 534700 INCLUDING BLOCK(S)
1000, 1001, 1002, 3000, 3001, 3002,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4021, 4022, 4023, 4024, 4025,
4026, 4027, 4028, 4029, 4030, 4031,
4032, 4033, 4034, 4035, 4036.
    TRACT 536500 INCLUDING BLOCK(S)
2004, 2005, 2006, 3000, 3009, 3010.
    TRACT 985000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009.
DISTRICT 006
  WAYNE COUNTY (PART)
    DETROIT CITY (PART)
      TRACT 513300 INCLUDING BLOCK(S)
1005, 1006, 1013, 1018.
      TRACT 513700 INCLUDING BLOCK(S)
1035, 1036.
      TRACT 515200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023.
      TRACT 515300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014.
      TRACT 515400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014.

TRACT 515600 INCLUDING BLOCK(S)
2002, 2003, 2004, 2005, 2006, 2010,
2011.
TRACT 515700 INCLUDING BLOCK(S)
1000, 1003, 1004, 1005, 1006.
TRACT 516000 INCLUDING BLOCK(S)
1013, 1014, 1015, 1016, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021.
TRACT 516200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.
TRACT 516300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026.
TRACT 516400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025.
TRACT 516500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049.
TRACT 516600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023.
TRACT 516700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003.
TRACT 516800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018.
TRACT 516900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020.
TRACT 517000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020.
TRACT 517100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015.
TRACT 517200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056, 2057,
2058, 2059, 2060, 2061.
TRACT 517300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015.

TRACT 518900 INCLUDING BLOCK(S)
1021, 1023, 1025, 1026, 1027, 1028,
1029, 1030, 1031, 1032, 1033, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104.
TRACT 520700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 520800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107,
1108, 1109, 1110, 1111, 1112, 1113,
1114, 1115, 1116, 1117.
TRACT 521100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,

1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029.
TRACT 521300 INCLUDING BLOCK(S)
1001, 1002, 1005, 1006, 1007, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1017, 1018, 1019, 1020,
1021, 1022, 1023, 1024, 1025, 1026,
1027, 1028, 1029, 1030, 1031, 1032,
1033, 1034, 1035, 1036, 1037, 1038,
1039, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1048, 1049, 1050,
1051, 1052, 1053, 1054, 1055, 1056,
1057, 1058, 1059, 1060, 1061, 1062,
1063, 1064, 1065, 1066, 1067, 1068,
1069, 1070.
TRACT 521400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107.
TRACT 521500 INCLUDING BLOCK(S)
1012, 1013, 1014, 1020, 1021, 1026,
1027, 1028, 1029, 1030, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1062, 1063, 1064, 1065, 1066, 1067,
1068, 1069, 1070, 1071, 1072, 1073,
1074, 1075, 1076, 1077, 1078, 1079,
1080, 1081, 1082, 1083, 1084, 1085,
1086, 1087, 1088, 1089, 1090, 1091,
1092, 1093, 1094, 1095, 1096, 1097,
1098, 1099, 1100, 1101, 1102, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031.

TRACT 522000 INCLUDING BLOCK(S)
1000, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1046, 1047, 1048, 1049,
1050, 1051, 1052, 1053, 1054, 1055,
1056, 1057, 1058, 1059, 1060, 1061,
1062, 1063, 1064, 1065, 1066, 1067,
1068, 1069, 1070, 1071, 1072, 1075,
1076, 1077, 1078, 1079, 1080, 1081,
1082, 1083, 1084, 1085, 1086, 1087,
1088, 1089, 1090, 1091, 1092, 1093,
1094, 1096, 1097, 1098.
TRACT 522100 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2007,
2008, 2009, 2021, 2022, 2023, 2024,
2025, 2029.
TRACT 522300 INCLUDING BLOCK(S)
1055.
TRACT 522500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
1037, 1038, 1039, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021.
TRACT 523100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
1037, 1038, 1039, 1040, 1041, 1042,
1043, 1044, 1045, 1046, 1047, 1048,
1049, 1050, 1051, 1052, 1053, 1054,
1055, 1056.
TRACT 523200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024.
TRACT 523300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,

2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007.
TRACT 523400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008.
TRACT 523800 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 2000, 2001,
2002, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3001, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020.
TRACT 524000 INCLUDING BLOCK(S)
1006.
TRACT 524300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2015, 2016,
3000, 3001, 3002, 3003, 3004, 3005.
TRACT 524700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 6012, 6013,
6014, 6015, 6016, 6017, 6018, 6019,
6020, 6022, 6023, 6024, 6026, 6027.
TRACT 524800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014, 5015, 5016, 5017, 5018,
5019, 5020.
TRACT 524900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,

1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 2049, 2050, 2051, 2052,
2053, 2054, 2055, 2056, 2057, 2058.
TRACT 525000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062, 2063, 2064, 2065,
2066, 2067, 2068, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042, 3043, 3044,
3045, 3046, 3047, 3048, 3049, 3050,
3051.
TRACT 525600 INCLUDING BLOCK(S)
2016, 2017, 2018.
TRACT 985300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045.
TRACT 985500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,

      1024, 1025, 1026, 1027, 1028, 1029,
      1030, 1031, 1032, 1033, 1034, 1035,
      1036, 1037, 1038, 1039, 1040, 1041,
      1042, 1043, 1044, 1045, 1046, 1047,
      1048, 1049, 1050, 1051, 1052, 1053,
      1054, 1055, 1056, 1057, 1058, 1059,
      1060, 1061, 1062, 1063, 1064, 1065,
      1066, 1067, 1068, 1069, 1070, 1071,
      1072, 1073, 1074, 1075, 1076, 1077,
      1078, 1079, 1080, 1081.

ECORSE CITY
RIVER ROUGE CITY
DISTRICT 007
  WAYNE COUNTY (PART)
    DETROIT CITY (PART)
      TRACT 530100 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 2000,
      2001, 2002, 2003, 2004, 2005, 2006,
      2007, 2008, 2009, 2010, 3000, 3001,
      3002, 3003, 3004, 3005, 3006, 3007,
      3008, 3009, 3010, 3011, 3012, 3013,
      3014, 3015, 3016, 3017, 4000, 4001,
      4002, 4003, 4004, 4005, 4006, 4007,
      4008, 4009, 4010, 4011.
      TRACT 530200 INCLUDING BLOCK(S)
      1000, 1001, 2000, 2001, 2002, 2003,
      2004, 2005, 3000, 3001, 3002, 3003,
      3004, 3005, 3006, 3007, 3008, 3009,
      4000, 4001, 4002, 4003, 4004, 4005,
      4006, 4007, 4008, 4009, 4010, 4011,
      4012, 4013, 4014, 4015, 5000, 5001,
      5002, 5003, 5004, 5005, 5006, 5007,
      5008.
      TRACT 530300 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      1024, 1025, 2000, 2001, 2002, 2003,
      2004, 2005, 2006, 2007, 2008, 2009,
      2010, 2011, 3000, 3001, 3002, 3003,
      3004, 3005, 3006, 3007, 3008, 3009,
      3010, 3011, 3012, 3013, 3014, 3015,
      3016, 3017, 3018, 3019, 3020, 3021,
      3022, 3023, 3024, 3025, 3026, 3027,
      3028, 3029, 3030.
      TRACT 530400 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 2000, 2001, 2002,
      2003, 2004, 2005, 2006, 2007, 2008,
      2009, 2010, 2011, 2012, 2013, 2014,
      2015.
      TRACT 531500 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 4000,
      4001, 4002.

TRACT 531600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008.
TRACT 531700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033.
TRACT 531800 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 531900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013.
TRACT 534200 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2009, 2014, 2015, 3004, 3005,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021.
TRACT 536100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011.
TRACT 536200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022.
TRACT 536300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 4000,

4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 6000, 6001, 6002, 6003, 6004,
6005, 6006, 6007, 6008, 6009, 6010,
6011, 6012, 6013, 6014, 6015, 6016,
6017, 6018, 6019, 6020, 6021.
TRACT 536400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013.
TRACT 536500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020.
TRACT 536600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009.
TRACT 536700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009.
TRACT 536800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024.

TRACT 536900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 4000, 4001,
4002, 4003, 4004, 4005, 4006.
TRACT 537000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1014, 1015,
1016, 1017, 3000, 3001, 3002, 3003.
TRACT 537500 INCLUDING BLOCK(S)
2002.
TRACT 537600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3012, 3013, 3014, 3015.
TRACT 538500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 6000,
6001, 6002, 6003, 6004, 6005, 6006,
6007, 7000, 7001, 7002, 7003, 7004,
7005, 7006, 7007, 7008, 7009, 7010,
7011, 7012, 7013, 7014, 7015.
TRACT 538600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011,
6012, 6013.
TRACT 538700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
TRACT 538800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012.

TRACT 538900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023.
TRACT 539000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009.
TRACT 539100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2011.
TRACT 539400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033.
TRACT 539500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018.

TRACT 539600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
HIGHLAND PARK CITY
DISTRICT 008
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 537000 INCLUDING BLOCK(S)
1004, 1005, 1006, 1007, 1008, 1009,
1010, 1011, 1012, 1013, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.
TRACT 537100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016.
TRACT 537300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2013,
2014, 2015, 2016, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3011, 4000, 4001, 4002, 4006, 4007.
TRACT 537500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007.
TRACT 537600 INCLUDING BLOCK(S)
1004, 1005, 1006, 1007, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
TRACT 537700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
TRACT 537800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2004, 2005, 2006, 2007, 2008,
2009, 3002, 3003, 3004, 3005, 3006,
3007, 3009, 3010.

TRACT 540300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021.
TRACT 540400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026, 4027.
TRACT 540500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011.
TRACT 540600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009.
TRACT 541000 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 1010,
1011, 1012, 1013, 1014.
TRACT 541100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009.

TRACT 541200 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008.
TRACT 541300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2006,
2007, 2008, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 3004, 3005, 3006, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 541400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018.
TRACT 542100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011.
TRACT 542200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014.
TRACT 542300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017.

TRACT 542400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012.
TRACT 542500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022.
TRACT 542700 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
1037, 1038, 1039.
TRACT 542800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008.
TRACT 542900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 543000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 543100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020.
TRACT 543200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022.
TRACT 543400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020.
TRACT 543500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023.
TRACT 543600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023.
TRACT 543700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,

2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 543800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029.
TRACT 543900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038.
TRACT 544000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034.
TRACT 544100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 3000,
3001, 3002, 3003, 3004, 3005, 3006.
TRACT 544200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023.
TRACT 544300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 3000, 3001, 3002,

3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026.
TRACT 546400 INCLUDING BLOCK(S)
1000.
TRACT 546900 INCLUDING BLOCK(S)
1004, 1005.
DISTRICT 009
WAYNE COUNTY (PART)
DEARBORN CITY (PART)
TRACT 573701 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019.
TRACT 573702 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 4000, 4001,
4002, 4003, 4004, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012.
TRACT 573800 INCLUDING BLOCK(S)
2009, 2010, 2020, 3002, 3003, 3004,
3005, 3010, 3011, 3012, 3013, 3014,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020.
TRACT 573900 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1018, 1019, 1020, 1021, 1022, 1023,
2010, 2011, 2012.
DETROIT CITY (PART)
TRACT 534400 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1013, 2011,
2012, 2013, 2014, 2015, 2021, 2022,
2023.
TRACT 534700 INCLUDING BLOCK(S)
1003, 1004, 1005, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 3003, 3004,
3005, 3006, 3007, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020.
TRACT 535000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.
TRACT 535100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.

TRACT 535200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024.
TRACT 535300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031,
5032.
TRACT 535400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008.
TRACT 535500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011.
TRACT 535600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027, 4028, 4029, 4030,
4031, 4032, 4033, 4034, 4035, 4036.
TRACT 535700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011.

TRACT 537100 INCLUDING BLOCK(S)
1010, 1011.
TRACT 537200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033.
TRACT 537300 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 1010,
1011, 1012, 1013, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 3000, 3010, 3012, 3013,
3014, 3015, 3016, 3017, 4003, 4004,
4005, 4008.
TRACT 537800 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 3000, 3001,
3008.
TRACT 542600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009.
TRACT 542700 INCLUDING BLOCK(S)
1000, 1021, 1022, 1023, 1024, 1025,
1026.
TRACT 545100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028.
TRACT 545200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015.

TRACT 545300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012.
TRACT 545400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011.
TRACT 545500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 6000, 6001, 6002, 6003,
6004, 6005, 6006, 6007.
TRACT 545600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007.
TRACT 545700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032.
TRACT 545800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 3000, 3001,
3002, 3003, 3004, 3005, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010.
TRACT 545900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 5000, 5001, 5002, 5003,
5004, 5005, 5006.
TRACT 546000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

No. 60]                    [June 29, 2011] JOURNAL OF THE SENATE                    1767

1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015.
TRACT 546100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 3000, 3001, 3002, 3003,
3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011.
TRACT 546200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 546300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036.
TRACT 546400 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007.
TRACT 546500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 546600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015.
TRACT 546700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011.
TRACT 546800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 546900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044.
DISTRICT 010
WAYNE COUNTY (PART)
DETROIT CITY (PART)
TRACT 539100 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2012,
2013, 2014, 2015.
TRACT 539200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 5000, 5001, 5002,
5003, 5004, 6000, 6001, 6002, 6003,
6004, 6005, 6006, 6007, 6008, 6009,
6010, 6011, 6012, 6013, 6014, 6015,
6016, 6017, 6018, 6019, 6020, 6021,
6022, 6023, 6024, 6025, 6026, 6027,
6028, 6029, 6030, 6031, 6032, 6033,
6034.
TRACT 539300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,

2016, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019.
TRACT 539700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017.
TRACT 540100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011.
TRACT 540200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 6000,
6001, 6002, 6003, 6004, 6005, 6006,
6007, 6008, 6009, 6010, 6011, 6012,
6013, 6014, 6015, 6016, 6017, 6018,
6019, 6020.
TRACT 540700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012.
TRACT 540800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025.
TRACT 540900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017.
TRACT 541000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022.
TRACT 541100 INCLUDING BLOCK(S)
2003, 2004, 2005, 2006.
TRACT 541200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009.
TRACT 541300 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3007.
TRACT 541500 INCLUDING BLOCK(S)
1000, 1001, 1002, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016.
TRACT 541700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008.
TRACT 541800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025.

TRACT 554100 INCLUDING BLOCK(S)
4000, 4002.
REDFORD TOWNSHIP
DISTRICT 011
WAYNE COUNTY (PART)
DEARBORN HEIGHTS CITY (PART)
TRACT 571500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026.
TRACT 571600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1020, 1021,
1028, 1029, 1030, 1031, 1032, 1033,
1034, 1035, 1036, 1037, 1038, 1039,
1040.
TRACT 571700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020.
TRACT 571800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012.
TRACT 571900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 572000 INCLUDING BLOCK(S)
1003, 1004, 1005, 1006, 1007, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1018, 2000, 2001, 2002, 2003, 2004,
2012, 2013, 2014, 2015, 2016, 2017.

TRACT 572200 INCLUDING BLOCK(S)
3002, 3003, 3004, 3005, 3012, 3013,
3014, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5010, 5016, 5017, 5021, 5022.
TRACT 573000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2006, 2007,
2008, 2009, 2018, 2019, 2023.
TRACT 573100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2002, 2003, 2006, 2007, 2012,
2014, 2015, 2016, 2017, 2018.
GARDEN CITY CITY
INKSTER CITY
LIVONIA CITY (PART)
TRACT 558900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020.
TRACT 559000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.
WESTLAND CITY (PART)
TRACT 567100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012.
TRACT 567201 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014.
TRACT 567202 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,

        2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015.

DISTRICT 012
  WAYNE COUNTY (PART)
    ROMULUS CITY
    TAYLOR CITY
    VAN BUREN TOWNSHIP (PART)
      TRACT 587900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1030, 1031, 1032, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3033, 3034.
      TRACT 588000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2032, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3019.

DISTRICT 013
  WAYNE COUNTY (PART)
    ALLEN PARK CITY
    DEARBORN HEIGHTS CITY (PART)
      TRACT 571600 INCLUDING BLOCK(S)
        1016, 1017, 1018, 1019, 1022, 1023,
1024, 1025, 1026, 1027.
      TRACT 572000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1015, 1016, 1017,
2005, 2006, 2007, 2008, 2009, 2010,
2011.
      TRACT 572100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014.
      TRACT 572200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,

2011, 3000, 3001, 3006, 3007, 3008,
3009, 3010, 3011, 5000, 5001, 5009,
5011, 5012, 5013, 5014, 5015, 5018,
5019, 5020, 5023, 5024.
TRACT 572400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 572500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019.
TRACT 572600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013.
TRACT 572700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022.
TRACT 572800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 3000, 3001, 3002, 3003, 3004,

3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008, 5009, 5010, 5011, 5012,
5013, 5014, 6000, 6001, 6002, 6003,
6004, 6005, 6006, 6007, 6008, 6009,
6010, 6011, 6012, 6013, 6014, 6015,
6016, 6017, 6018, 6019, 6020.
TRACT 572900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027.
TRACT 573000 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2020, 2021, 2022.
TRACT 573100 INCLUDING BLOCK(S)
2000, 2001, 2004, 2005, 2008, 2009,
2010, 2011, 2013, 2019.
SOUTHGATE CITY
DISTRICT 014
WAYNE COUNTY (PART)
LINCOLN PARK CITY
MELVINDALE CITY
RIVERVIEW CITY
WYANDOTTE CITY
DISTRICT 015
WAYNE COUNTY (PART)
DEARBORN CITY (PART)
TRACT 573300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026.
TRACT 573400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
4000, 4001, 4002, 4003, 4004, 4005.

TRACT 573500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056, 2057,
2058, 2059, 2060, 2061, 2062, 2063,
2064, 2065, 2066, 2067, 2068, 2069,
2070, 2071, 2072, 2073, 2074, 2075,
2076, 2077, 2078, 2079, 2080, 2081,
2082, 2083, 2084, 2085, 2086, 2087,
2088, 2089, 2090.
TRACT 573600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 6000, 6001, 6002,
6003, 6004, 6005, 6006, 6007, 6008,
6009, 6010, 6011, 6012.
TRACT 573702 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014.
TRACT 573800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 3000, 3001, 3006,
3007, 3008, 3009.

TRACT 573900 INCLUDING BLOCK(S)
1000, 1001, 1014, 1015, 1016, 1017,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030.
TRACT 574000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013.
TRACT 574100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009.
TRACT 574202 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017.
TRACT 574300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016.

TRACT 574600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 6000, 6001,
6002, 6003, 6004, 6005, 6006, 6007,
6008, 6009, 6010, 6011, 6012, 6013,
7000, 7001, 7002, 7003, 7004, 7005,
7006, 7007, 7008, 7009, 7010, 7011,
7012.
TRACT 574700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015.
TRACT 574800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023, 5024, 5025, 5026, 5027, 5028,
5029.
TRACT 574900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049.

TRACT 575000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026, 4027,
4028, 4029.
TRACT 575100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011.
TRACT 575200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 575300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009.
TRACT 575400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,

4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
4029, 4030, 4031, 4032, 4033, 4034,
4035, 4036, 4037, 4038, 4039, 4040,
4041, 4042, 4043, 4044, 4045, 4046,
4047, 4048, 4049, 4050, 4051, 4052,
4053, 4054, 4055, 4056, 4057, 4058,
4059, 4060, 4061, 4062, 4063, 4064,
4065, 4066, 4067, 4068, 4069, 4070,
4071, 4072, 4073, 4074, 4075, 4076,
4077.
TRACT 575500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1040, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2027, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011.
TRACT 575600 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1016, 1019, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019.
TRACT 576000 INCLUDING BLOCK(S)
2003, 2004.
TRACT 579900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,

                    3020, 3021, 3022, 3023, 3024, 3025,
                    3026, 3027, 3028, 3029, 3030, 3031,
                    3032, 3033, 3034, 3035, 3036, 3037,
                    3038, 3039, 3040, 3041, 3042, 3043,
                    3044, 3045, 3046, 3047, 3048, 4000,
                    4001, 4002, 4003, 4004, 4005, 4006,
                    4007, 4008, 4009, 4010, 4011, 4012,
                    4013, 4014, 4015, 4016, 4017, 4018,
                    4019, 4020, 4021, 4022, 4023, 4024,
                    4025, 4026, 4027, 4028, 4029, 4030.
              TRACT 985700 INCLUDING BLOCK(S)
                    1000, 1001, 1002, 1003, 1004, 1005,
                    1006, 1007, 1008, 1009, 1010, 1011,
                    1013, 1014, 1015, 1016, 1017, 1018,
                    1019, 1020, 1021, 1022, 1023, 1024,
                    1025, 1026, 1027, 1028, 1029, 1030,
                    1031, 1032, 1033, 1034, 1035, 1036.
DISTRICT 016
  WAYNE COUNTY (PART)
    WAYNE CITY
      WESTLAND CITY (PART)
        TRACT 565100 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 2018, 2019,
          2020, 2021, 2022, 2023, 2024, 2025,
          2026, 2027, 2028, 2029, 2030.
        TRACT 565200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 2018, 3000,
          3001, 3002, 3003, 3004, 3005, 3006,
          3007, 3008, 3009, 3010, 3011, 3012,
          3013, 3014, 3015, 3016, 3017, 3018.
        TRACT 565300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          2013, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007.
        TRACT 565600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012.
        TRACT 565700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018.
TRACT 565800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014.
TRACT 565900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008.
TRACT 567000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 567300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008.
TRACT 567400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017.
TRACT 567800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,

2022, 2023, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017.
TRACT 567900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031.
TRACT 568000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018.
TRACT 568200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 568300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018.
TRACT 568400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018.
TRACT 568500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,

3012, 3013, 3014, 3015, 3016, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022.
TRACT 568700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018.
TRACT 568800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 568900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016.
DISTRICT 017
MONROE COUNTY (PART)
ASH TOWNSHIP
BERLIN TOWNSHIP
EXETER TOWNSHIP
FRENCHTOWN TOWNSHIP
LONDON TOWNSHIP
MONROE CITY
MONROE TOWNSHIP (PART)
TRACT 832000 INCLUDING BLOCK(S)
2009.
TRACT 832300 INCLUDING BLOCK(S)
2011, 2012, 2019.
WAYNE COUNTY (PART)
FLAT ROCK CITY
ROCKWOOD CITY
SUMPTER TOWNSHIP
DISTRICT 018
MACOMB COUNTY (PART)
EASTPOINTE CITY
ST. CLAIR SHORES CITY
VILLAGE OF GROSSE POINTE SHORES, A MICHIGAN CITY CITY
DISTRICT 019
WAYNE COUNTY (PART)
LIVONIA CITY (PART)
TRACT 556100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,

2007, 2008, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015.
TRACT 556200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008.
TRACT 556300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022.
TRACT 556400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021.
TRACT 556500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050.
TRACT 556600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016.
TRACT 556700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011.
TRACT 556800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016.
TRACT 556900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012.
TRACT 557000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.
TRACT 557100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.
TRACT 557200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013.
TRACT 557300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027.
TRACT 557400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024.
TRACT 557500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,

2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008.
TRACT 557600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.
TRACT 557700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015.
TRACT 557900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032.
TRACT 558000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018.
TRACT 558100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015.
TRACT 558200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023.
TRACT 558300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 2049, 2050, 2051, 2052,
2053, 2054, 2055, 2056, 2057, 2058,
2059, 2060, 2061, 2062, 2063, 2064.
TRACT 558400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027.
TRACT 558500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

       1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008.
    TRACT 558600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
    TRACT 558700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.
    TRACT 558800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020.
    TRACT 559100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016.
    TRACT 559200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015.
DISTRICT 020
  WAYNE COUNTY (PART)
    CANTON TOWNSHIP (PART)
      TRACT 563200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
      TRACT 563300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,

1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021.
TRACT 563900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034.
TRACT 564000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021.
TRACT 564100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017.
TRACT 564700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011.
TRACT 564800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1008, 1009, 1010.
TRACT 564900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1031, 1032.
TRACT 565000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1025, 1026, 1027,
1028, 1029, 1030, 1031, 1032, 1033,
1034, 1035, 1036, 1037, 1038, 1039,
1040, 1041, 1042, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021.
NORTHVILLE CITY
NORTHVILLE TOWNSHIP
PLYMOUTH CITY
PLYMOUTH TOWNSHIP

DISTRICT 021
  WAYNE COUNTY (PART)
    BELLEVILLE CITY
    CANTON TOWNSHIP (PART)
        TRACT 563400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          2000, 2001, 2002, 2003, 2004, 2005,
          2006, 2007, 2008, 2009, 2010, 2011,
          2012, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          3011, 3012, 3013, 3014, 4000, 4001,
          4002, 4003, 4004, 4005, 4006, 4007,
          4008, 4009, 4010, 4011, 4012, 4013,
          4014, 4015, 4016, 4017, 4018, 4019,
          4020.
        TRACT 563500 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1031, 1032, 1033, 1034, 2000,
          2001, 2002, 2003, 2004, 2005, 2006,
          2007, 2008, 2009, 2010, 2011, 2012,
          2013, 2014, 2015, 2016, 2017, 2018,
          2019, 2020, 2021, 2022, 2023, 2024,
          2025, 2026, 2027, 2028, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009, 3010, 3011.
        TRACT 563600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022.
        TRACT 563700 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 2000,
          2001, 2002, 2003, 2004, 2005, 2006.
        TRACT 563800 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011.
        TRACT 564200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,
          2010, 2011, 2012, 2013, 2014, 2015,
          2016, 2017, 2018, 3000, 3001, 3002,
          3003, 3004, 3005, 3006, 3007, 3008,
          3009, 3010, 3011, 3012, 3013, 3014,
          3015, 3016, 3017, 3018, 3019.
        TRACT 564300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010.
TRACT 564401 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009.
TRACT 564402 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058.
TRACT 564501 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057.
TRACT 564502 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043.
TRACT 564503 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,

Case 1:11-cv-01938-RJL-BMK-CKK   Document 1-7   Filed 11/03/11   Page 1106 of 1209

Exhibit D-25
Page 535 of 638

2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056.
TRACT 564504 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 1077,
1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1088, 1089,
1090, 1091, 1092, 1093, 1094, 1095,
1096, 1097, 1098, 1099, 1100, 1101,
1102, 1103, 1104, 1105, 1106, 1107,
1108, 1109, 1110, 1111, 1112, 1113,
1114, 1115, 1116, 1117, 1118, 1119.
TRACT 564600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037.
TRACT 564700 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025.
TRACT 564800 INCLUDING BLOCK(S)
1007, 1011, 1012, 1013, 1014, 1015,
1016, 1017, 1018, 1019, 1020, 1021,
1022, 1023, 1024, 1025, 1026, 1027,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 3000, 3001, 3002, 3003,

3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018.
  TRACT 564900 INCLUDING BLOCK(S)
1025, 1026, 1027, 1028, 1029, 1030,
1033, 1034, 1035, 1036, 1037, 1038,
1039, 1040, 1041, 1042, 1043.
  TRACT 565000 INCLUDING BLOCK(S)
1008, 1009, 1017, 1018, 1019, 1020,
1021, 1022, 1023, 1024.
VAN BUREN TOWNSHIP (PART)
  TRACT 587000 INCLUDING BLOCK(S)
1000, 2016, 3002.
  TRACT 587900 INCLUDING BLOCK(S)
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1033, 1034,
1035, 1036, 1037, 1038, 1039, 1040,
1041, 1042, 1043, 1044, 1045, 1046,
1047, 1048, 1049, 1050, 1051, 1052,
1053, 1054, 1055, 1056, 1057, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3032, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 3045, 3046, 3047,
3048, 3049, 3050, 3051.
  TRACT 588000 INCLUDING BLOCK(S)
1012, 2030, 2031, 3018.
  TRACT 588100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056, 2057,
2058, 2059, 2060, 2061, 2062, 2063,
2064.
  TRACT 588200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,

2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021.
TRACT 588300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038.
TRACT 588400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010.
DISTRICT 022
MACOMB COUNTY (PART)
ROSEVILLE CITY
WARREN CITY (PART)
TRACT 260000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007.
TRACT 260100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011.

TRACT 261400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 261500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031.
TRACT 261600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019.
TRACT 261800 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2018, 2019,
2020.
TRACT 262600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011.
TRACT 262700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012.
TRACT 262800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021.
TRACT 262900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 3000,
3001, 3002, 3003, 3004, 3005, 3006,

          3007, 4000, 4001, 4002, 4003, 4004,
          4005, 4006, 4007, 5000, 5001, 5002,
          5003, 5004, 5005, 5006.
     TRACT 264200 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 2000, 2001, 2002,
          2003, 2004, 2005, 2006, 2007, 2008,
          2009, 2010, 2011, 2012, 2013, 2014,
          2015, 3000, 3001, 3002, 3003, 3004,
          3005, 3006, 3007, 3008, 3009, 3010,
          4000, 4001, 4002, 4003, 4004, 5000,
          5001, 5002, 5003, 5004, 5005, 5006,
          5007, 5008, 5009, 5010, 5011.
     TRACT 267600 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 2000, 2001, 2002, 2003, 2004,
          2005, 2006.
     TRACT 268300 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 2000, 2001,
          2002, 2003, 2004, 2005, 2006, 2007,
          2008, 2009, 2010, 2011, 2012, 2013,
          2014, 2015, 2016, 2017, 3000, 3001,
          3002, 3003, 3004, 3005, 3006, 3007,
          3008, 3009.
     TRACT 268400 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1026, 1027, 1028, 1029, 1032, 1033,
          4000, 4001, 4002, 4003, 4004, 4005,
          4006, 4007, 4008, 4009, 4010, 4011,
          4012.
DISTRICT 023
  WAYNE COUNTY (PART)
     BROWNSTOWN TOWNSHIP
     GIBRALTAR CITY
     GROSSE ILE TOWNSHIP
     HURON TOWNSHIP
     TRENTON CITY
     WOODHAVEN CITY
DISTRICT 024
  MACOMB COUNTY (PART)
     CLINTON TOWNSHIP (PART)
     TRACT 240000 INCLUDING BLOCK(S)
          1000, 1001, 1002, 1003, 1004, 1005,
          1006, 1007, 1008, 1009, 1010, 1011,
          1012, 1013, 1014, 1015, 1016, 1017,
          1018, 1019, 1020, 1021, 1022, 1023,
          1024, 1025, 1026, 1027, 1028, 1029,
          1030, 1037, 2000, 2001, 2002, 2003,
          2004, 2005, 2006, 2007, 2008, 2009,

2010, 2011, 2012, 2013, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043.
TRACT 240300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013.
TRACT 240600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020.
TRACT 240700 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3025, 3026, 3027,
4003, 4004, 4005, 4006, 4007, 4011.
TRACT 242000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038.
TRACT 242500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.

TRACT 243000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020.
TRACT 243500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025.
TRACT 244000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025.
HARRISON TOWNSHIP
MACOMB TOWNSHIP (PART)
TRACT 224100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2024, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2042, 2043.
TRACT 224200 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1041, 1042, 1043, 1044, 1045, 2036.
TRACT 224300 INCLUDING BLOCK(S)
1000.
TRACT 224400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,

2005, 2006, 2007, 2008, 2009, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019.
TRACT 224500 INCLUDING BLOCK(S)
1017, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1025, 1026, 1028, 2001,
2002, 2003, 2004, 2005, 2009, 2010,
2011, 2012, 2013, 2024, 2025, 2026,
2027, 2028, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2039, 2041,
2042.
TRACT 224600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020.
DISTRICT 025
MACOMB COUNTY (PART)
STERLING HEIGHTS CITY (PART)
TRACT 230000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033.
TRACT 230200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032,
4033, 4034.
TRACT 230300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015.
TRACT 230400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 3000,
3001, 3002, 3005.
TRACT 230500 INCLUDING BLOCK(S)
2012, 2013, 2015, 3013.
TRACT 230900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017.
TRACT 231000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024.
TRACT 231100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,

2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033.
TRACT 231200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024.
TRACT 231800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012.
TRACT 231900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008.
TRACT 232000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 232100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013.
TRACT 232200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 5000, 5001,
5002, 5003, 5004, 5005.
TRACT 232500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022.
TRACT 233000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018.
TRACT 982000 INCLUDING BLOCK(S)
1046, 1047, 1048.
WARREN CITY (PART)
TRACT 260200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3000, 3001, 3002, 3003,
3004, 3005, 3006.
TRACT 260300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 3000, 3001,
3002, 3003, 3004, 3005, 3006.
TRACT 260400 INCLUDING BLOCK(S)
2000, 2001, 2002, 2027, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009.
TRACT 261100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

       1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 3028,
3029, 3030, 3031, 3032, 3033, 3034,
3035, 3036, 3037, 3038, 3039, 3040,
3041, 3042, 3043, 3044, 3045, 3046,
3047, 3048, 3049, 3050, 3051, 3052,
3053, 3054, 3055, 3056, 3057, 3058,
3059, 3060.

    TRACT 261200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014.

    TRACT 262000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018.

DISTRICT 026
  OAKLAND COUNTY (PART)
    MADISON HEIGHTS CITY
    ROYAL OAK CITY
DISTRICT 027
  OAKLAND COUNTY (PART)
    BERKLEY CITY
    FERNDALE CITY
    HAZEL PARK CITY
    HUNTINGTON WOODS CITY
    OAK PARK CITY
    PLEASANT RIDGE CITY
    ROYAL OAK TOWNSHIP
DISTRICT 028
  MACOMB COUNTY (PART)
    CENTER LINE CITY
    WARREN CITY (PART)
      TRACT 260400 INCLUDING BLOCK(S)
1000, 1001, 1002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 4000,
4001, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015.

      TRACT 260600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,

2011, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017.
TRACT 260700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014.
TRACT 260800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008.
TRACT 260900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009.
TRACT 261000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007.
TRACT 261300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011.
TRACT 261700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012.
TRACT 261800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2016, 2017.
TRACT 261900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023.
TRACT 262100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074.
TRACT 262200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012.
TRACT 262300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027.
TRACT 262400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021.
TRACT 262500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,

3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 6000,
6001, 6002, 6003, 6004, 6005, 6006,
6007, 6008, 6009, 6010, 6011, 6012,
6013, 7000, 7001, 7002, 7003, 7004,
7005, 7006, 7007, 7008, 7009, 7010,
7011, 7012, 7013, 7014, 7015, 7016,
7017, 7018, 7019, 7020, 7021, 7022,
7023, 7024.
TRACT 263200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015.
TRACT 263400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
3000, 3001, 3002, 3003, 3004, 3005,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008.
TRACT 263500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018.
TRACT 263600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,

4012, 4013, 4014, 4015, 4016, 4017,
4018, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023, 5024, 5025, 5026.
TRACT 263700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017.
TRACT 263800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 263900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 264000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024.
TRACT 268400 INCLUDING BLOCK(S)
1024, 1025, 1030, 1031, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 4013, 4014.

TRACT 982200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024.
TRACT 982300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073.
DISTRICT 029
OAKLAND COUNTY (PART)
AUBURN HILLS CITY
KEEGO HARBOR CITY
ORCHARD LAKE VILLAGE CITY
PONTIAC CITY
SYLVAN LAKE CITY
DISTRICT 030
MACOMB COUNTY (PART)
SHELBY TOWNSHIP (PART)
TRACT 225702 INCLUDING BLOCK(S)
2002, 2019, 2020.
TRACT 225800 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
3009, 3010, 3011, 3012, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 3033, 3034, 3035, 3036,
3037, 3038, 3039, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019.
TRACT 225900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016.
TRACT 227000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026, 4027.
TRACT 227300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033, 2034, 2035.
STERLING HEIGHTS CITY (PART)
TRACT 230400 INCLUDING BLOCK(S)
1021, 1022, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 3003, 3004, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016.
TRACT 230500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2014, 2016, 2017, 2018, 2019,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023.
TRACT 230601 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,

1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025.
TRACT 230602 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018.
TRACT 230700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009.
TRACT 230800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020.
TRACT 231400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019.
TRACT 231500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013.
TRACT 231600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010.
TRACT 231700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.
TRACT 232300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 3000.
TRACT 232400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012.
TRACT 982000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1049, 1050,
1051, 1052, 1053, 1054, 1055, 1056,
1057.
UTICA CITY

DISTRICT 031
  MACOMB COUNTY (PART)
    CLINTON TOWNSHIP (PART)
      TRACT 240000 INCLUDING BLOCK(S)
        1031, 1032, 1033, 1034, 1035, 1036.
      TRACT 240400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        4007, 4008, 4009, 4010, 4011, 4012,
        4013, 4014, 4015.
      TRACT 240500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 2020, 2021, 2022,
        2023, 2024, 2025, 2026.
      TRACT 240700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 3023, 3024, 4000,
        4001, 4002, 4008, 4009, 4010, 4012,
        4013, 4014.
      TRACT 240800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014, 3015, 3016,
        3017, 3018, 3019, 3020, 3021, 3022,
        3023, 3024, 3025, 3026, 3027, 3028.
      TRACT 240900 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 2024, 2025.

TRACT 241000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017.
TRACT 241200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 5000,
5001, 5002, 5003, 5004, 5005, 5006,
5007, 5008.
TRACT 241300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037.
TRACT 241400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032.
TRACT 241500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052.
TRACT 241600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,

2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015.
TRACT 241700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028.
TRACT 241800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073, 1074, 1075, 1076, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020.
TRACT 241900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021.
TRACT 242100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012.
TRACT 243500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2026.
FRASER CITY
MT. CLEMENS CITY

**DISTRICT 032**
  MACOMB COUNTY (PART)
    CHESTERFIELD TOWNSHIP
    NEW BALTIMORE CITY
  ST. CLAIR COUNTY (PART)
    CASCO TOWNSHIP
    COLUMBUS TOWNSHIP
    IRA TOWNSHIP
    KENOCKEE TOWNSHIP
    KIMBALL TOWNSHIP
    MEMPHIS CITY
    RICHMOND CITY
    RILEY TOWNSHIP
    WALES TOWNSHIP
**DISTRICT 033**
  MACOMB COUNTY (PART)
    ARMADA TOWNSHIP
    LENOX TOWNSHIP
    MACOMB TOWNSHIP (PART)
      TRACT 223400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,
        2018, 2019, 2020, 2021, 2022, 2023,
        2024, 2025, 2026, 2027, 2028, 2029,
        2030, 2031, 2032, 2033, 2034, 2035,
        2036, 2037, 2038, 2039, 2040, 2041,
        2042, 2043, 2044, 2045, 2046, 2047,
        2048, 2049, 2050, 2051, 2052, 2053,
        2054, 2055, 2056, 2057, 2058, 2059,
        2060, 2061, 2062, 2063, 2064, 2065,
        2066, 2067, 2068, 2069, 2070, 2071,
        2072, 2073, 2074, 2075, 2076, 2077,
        2078, 2079, 2080, 2081, 2082, 2083,
        2084, 2085, 2086, 2087, 2088, 2089,
        2090, 2091, 2092, 2093, 2094, 2095,
        2096, 2097, 2098, 2099, 2100, 2101,
        2102, 2103, 2104, 2105, 2106, 2107,
        2108, 2109, 2110, 2111, 2112, 2113,
        2114, 2115, 2116, 2117, 2118, 2119,
        2120, 2121, 2122, 2123, 2124, 2125,
        2126, 2127, 2128, 2129, 2130, 2131,
        2132, 2133, 2134, 2135, 2136, 2137,
        2138, 2139, 2140, 2141, 2142, 2143,
        2144, 2145, 2146, 2147, 2148, 2149.
      TRACT 223500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        1036, 1037, 1038, 1039, 1040, 1041,
        1042, 1043, 1044, 1045, 1046.

TRACT 223800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 2049, 2050, 2051, 2052,
2053, 2054, 2055, 2056, 2057, 2058,
2059, 2060, 2061, 2062, 2063, 2064,
2065, 2066, 2067, 2068, 2069, 2070,
2071, 2072, 2073, 2074, 2075, 2076,
2077, 2078, 2079, 2080, 2081, 2082,
2083, 2084, 2085, 2086, 2087, 2088,
2089, 2090, 2091, 2092, 2093, 2094,
2095, 2096, 2097, 2098, 2099, 2100,
2101, 2102, 2103, 2104, 2105, 2106,
2107, 2108, 2109, 2110, 2111, 2112,
2113, 2114, 2115, 2116, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019.
TRACT 223900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041, 3042, 3043,
3044, 3045, 3046, 3047, 3048, 3049,
3050, 3051, 3052, 3053, 3054, 3055,
3056, 3057, 3058, 3059, 3060, 3061,
3062, 3063, 3064.
TRACT 224000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 2000, 2001, 2002, 2003, 2004,

2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3062, 3063,
3064, 3065.
TRACT 224100 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2021, 2022, 2023, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2041.
TRACT 224200 INCLUDING BLOCK(S)
1000, 1029, 1038, 1039, 1040, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2037,
2038, 2039, 2040, 2041, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026.
TRACT 224300 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021.
TRACT 224500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1027,
2000, 2006, 2007, 2008, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2029, 2038, 2040.
MEMPHIS CITY
RAY TOWNSHIP
RICHMOND CITY
RICHMOND TOWNSHIP

DISTRICT 034
  GENESEE COUNTY (PART)
    FLINT CITY (PART)
      TRACT 000100 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 3000, 3001, 3002, 3003,
        3004, 3005, 3006.
      TRACT 000200 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        4000, 4001, 4002, 4003, 4004, 4005,
        4006, 4007, 4008, 4009, 4010, 4011,
        4012, 4013, 4014, 4015, 4016, 4017,
        4018, 4019.
      TRACT 000300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008.
      TRACT 000400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 3023, 3024, 3025.
      TRACT 000500 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 3000, 3001, 3002, 3003,
        3004, 3005, 3006, 3007, 3008, 3009,
        3010, 3011, 3012, 3013, 3014, 3015,
        3016, 3017, 3018.
      TRACT 000600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3014, 3015, 4000, 4001,
        4002, 4003, 4004, 4005, 4006, 4007,
        4008, 4009, 4010.
      TRACT 000700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009.
TRACT 000800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026.
TRACT 000900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020.
TRACT 001100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,

3023, 3024, 3025, 3026, 3027, 3028,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022, 4023,
4024, 4025, 4026, 4027, 4028, 4029,
4030, 4031, 4032, 4033, 4034, 4035,
4036, 4037.
TRACT 001200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013.
TRACT 001300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 001400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035.
TRACT 001500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031.
TRACT 001600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2003, 2004,

2005, 2006, 2010, 3000, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3018,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022, 4023,
4024, 4025, 4026, 4027, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015.
TRACT 001700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049, 2050, 2051, 2052, 2053, 2054,
2055, 2056, 2057, 2058, 2059, 2060.
TRACT 001800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024.
TRACT 001900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036.
TRACT 002000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026.

TRACT 002200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031,
5032, 5033, 5034, 5035, 5036, 5037,
5038.
TRACT 002300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019.
TRACT 002400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008.
TRACT 002600 INCLUDING BLOCK(S)
1011, 1012, 1013, 1015, 1016, 2004,
2005, 2006, 2007, 2008, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019, 5020, 5021,
5022, 5023, 5024, 5025, 5026, 5027,
5028, 5029, 5030, 5031, 5032, 5033.
TRACT 002700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,

3014, 3015, 3016, 3017, 3018, 3019,
3020, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4026, 4027, 4028,
4029, 4030, 4031.
TRACT 002800 INCLUDING BLOCK(S)
1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1018, 1019, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2017,
2018, 2019, 2020, 2021, 2026, 2027,
2028, 2029, 2030, 2031, 2036, 2037,
2038, 2049, 2050, 2051, 2104, 2105,
3005, 3006, 3027, 3028, 3029, 3030,
3031, 3032, 3038, 3039, 3040.
TRACT 003000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1014, 1015, 1016, 1017, 1018,
1019, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3028,
3039, 3040, 3041, 3042.
TRACT 003100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2052, 2053, 2054, 2055, 2056, 2057,
2058, 2059.
TRACT 003200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 3000, 3001,
3002, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022.

TRACT 003300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008.
TRACT 003400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023.
TRACT 003500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009.
TRACT 003600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4017, 4018, 4026, 4027, 4029, 5000,
5001, 5002, 5003, 5004, 5005.
TRACT 003700 INCLUDING BLOCK(S)
1005, 1006, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 3000, 3001, 3002, 3031, 3033,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018.
TRACT 003800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034,
2035, 2036.
TRACT 004000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020.
TRACT 013600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034.
TRACT 980100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042.
DISTRICT 035
OAKLAND COUNTY (PART)
LATHRUP VILLAGE CITY
SOUTHFIELD CITY
SOUTHFIELD TOWNSHIP
DISTRICT 036
MACOMB COUNTY (PART)
BRUCE TOWNSHIP
SHELBY TOWNSHIP (PART)
TRACT 225100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,

1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017.
TRACT 225200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027.
TRACT 225300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 4021, 4022, 4023,
4024, 4025.
TRACT 225400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017.
TRACT 225500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,

2017, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014.
TRACT 225600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024.
TRACT 225701 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019.
TRACT 225702 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018.
TRACT 225800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3013, 3014, 3015, 3016.
TRACT 226100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033.
TRACT 226400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

        1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036.
    TRACT 226700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041.
  WASHINGTON TOWNSHIP
DISTRICT 037
  OAKLAND COUNTY (PART)
    FARMINGTON CITY
    FARMINGTON HILLS CITY
DISTRICT 038
  OAKLAND COUNTY (PART)
    LYON TOWNSHIP
    NORTHVILLE CITY
    NOVI CITY
    NOVI TOWNSHIP
    SOUTH LYON CITY
    WALLED LAKE CITY
DISTRICT 039
  OAKLAND COUNTY (PART)
    COMMERCE TOWNSHIP
    WEST BLOOMFIELD TOWNSHIP (PART)
      TRACT 145200 INCLUDING BLOCK(S)
1035, 1036, 2006, 2007, 2020, 2021,
2022, 2024, 2025.
      TRACT 154100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045.
      TRACT 154600 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1008, 1010,
1011, 1012, 1013, 1014, 1015, 1016,
1017, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1046, 1047, 1048, 1049,
1050, 1053, 1054, 1055, 1056, 1057,

1058, 1059, 1060, 1061, 1062, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008.
TRACT 156100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027.
TRACT 156200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019, 5020,
5021, 5022, 5023, 5024, 5025, 5026,
5027, 5028, 5029, 5030, 5031, 5032,
5033.
TRACT 156500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2015, 2016, 2017, 2018, 2019.
TRACT 157200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025.
TRACT 157300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010.

TRACT 157400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015.
TRACT 157500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018.
TRACT 157600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
TRACT 157700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019.
WIXOM CITY
DISTRICT 040
OAKLAND COUNTY (PART)
BIRMINGHAM CITY
BLOOMFIELD TOWNSHIP
BLOOMFIELD HILLS CITY
WEST BLOOMFIELD TOWNSHIP (PART)
TRACT 150600 INCLUDING BLOCK(S)
2012, 2018, 2021, 2031.
TRACT 156000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021.
TRACT 156300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,

2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030.
TRACT 156400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042.
TRACT 156500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011.
TRACT 156900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027.
TRACT 157000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033.
TRACT 157100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013.
TRACT 157800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021.
TRACT 157900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021.
DISTRICT 041
  OAKLAND COUNTY (PART)
    CLAWSON CITY
    TROY CITY
DISTRICT 042
  LIVINGSTON COUNTY (PART)
    BRIGHTON CITY
    BRIGHTON TOWNSHIP
    GENOA TOWNSHIP
    GREEN OAK TOWNSHIP
    HAMBURG TOWNSHIP
    PUTNAM TOWNSHIP
DISTRICT 043
  OAKLAND COUNTY (PART)
    INDEPENDENCE TOWNSHIP
    LAKE ANGELUS CITY
    VILLAGE OF CLARKSTON CITY
    WATERFORD TOWNSHIP (PART)
      TRACT 143500 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      2000, 2001, 2002, 2003, 2004, 2005,
      2006, 3000, 3001, 3002, 3003, 3004,
      3005, 3006, 3007, 3008, 3009, 3010,
      3011, 3012, 3013, 4000, 4001, 4002,
      4003, 4004, 4005, 4006, 4007, 4008,
      4009, 4010, 4011, 4012, 4013, 5009,
      5010, 5011, 5012, 5014, 5015, 5016,
      5017, 5018, 5019, 5020, 5021, 5023,
      5024, 5025, 5026, 5027, 5028, 5029,
      5031, 5032, 5033, 5034, 5039.
      TRACT 144100 INCLUDING BLOCK(S)
      1000, 1001, 1002, 1003, 1004, 1005,
      1006, 1007, 1008, 1009, 1010, 1011,
      1012, 1013, 1014, 1015, 1016, 1017,
      1018, 1019, 1020, 1021, 1022, 1023,
      1024, 1025, 2000, 2001, 2002, 2003,
      2004, 2005, 2006, 2007, 2008, 2009,
      2010, 2011, 2012, 2013, 2014, 2015,
      2016, 2017, 2018, 3000, 3001, 3002,
      3003, 3004, 3005, 3006, 3007, 3008,
      3009, 3010, 3011, 3012, 3013, 3014,
      3015, 3016, 3017, 3018, 3019, 3020,

3021, 3022, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018.
TRACT 144200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016.
TRACT 144300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,
4020, 4021, 4022, 4023, 4024, 4025,
4026.
TRACT 144400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015.
TRACT 144500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058.

TRACT 144600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 144701 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019.
TRACT 144800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016.
TRACT 144900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010.
TRACT 145100 INCLUDING BLOCK(S)
1000, 1001, 1004, 1005, 1006, 1007,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 145200 INCLUDING BLOCK(S)
3008, 3009, 3010, 3011, 3012.
TRACT 145300 INCLUDING BLOCK(S)
1000, 1001, 1003, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008.
TRACT 145400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,

2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 3033, 3034, 3035, 3036,
3037, 3038, 3039, 3040, 3041, 3042,
3043, 3044, 3045, 3046, 3047, 3048,
3049, 3050, 3051, 3052, 3053, 3054,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 145502 INCLUDING BLOCK(S)
1000.
TRACT 145600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003.
TRACT 145700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021.
TRACT 145900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029.
TRACT 154200 INCLUDING BLOCK(S)
1018.
TRACT 154600 INCLUDING BLOCK(S)
1000.
DISTRICT 044
  OAKLAND COUNTY (PART)
    HIGHLAND TOWNSHIP
    MILFORD TOWNSHIP
    SPRINGFIELD TOWNSHIP
    WATERFORD TOWNSHIP (PART)
TRACT 145100 INCLUDING BLOCK(S)
1002, 1003, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017.
TRACT 145200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2023,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007.

TRACT 145300 INCLUDING BLOCK(S)
1002, 1004, 1005, 1006, 1007, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1017, 1018, 1019.
TRACT 145501 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007.
TRACT 145502 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1030,
1031, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009.
TRACT 145600 INCLUDING BLOCK(S)
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015.
TRACT 154600 INCLUDING BLOCK(S)
1006, 1007, 1009.
WHITE LAKE TOWNSHIP
DISTRICT 045
OAKLAND COUNTY (PART)
OAKLAND TOWNSHIP (PART)
TRACT 190500 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1019, 1020,
1021, 1022.
TRACT 190700 INCLUDING BLOCK(S)
1000, 1001, 1003, 1004, 1028, 1029,
1030, 1031, 1032, 1033, 1034.
TRACT 190800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022.
ROCHESTER CITY
ROCHESTER HILLS CITY
DISTRICT 046
OAKLAND COUNTY (PART)
ADDISON TOWNSHIP
BRANDON TOWNSHIP
OAKLAND TOWNSHIP (PART)
TRACT 190200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022.
TRACT 190400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,

  1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025.
 TRACT 190500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1010, 1011, 1012, 1013, 1014, 1015,
1016, 1017, 1018, 1023, 1024.
 TRACT 190700 INCLUDING BLOCK(S)
1002, 1005, 1006, 1007, 1008, 1009,
1010, 1011, 1012, 1013, 1014, 1015,
1016, 1017, 1018, 1019, 1020, 1021,
1022, 1023, 1024, 1025, 1026, 1027,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033.
 ORION TOWNSHIP
 OXFORD TOWNSHIP
DISTRICT 047
 LIVINGSTON COUNTY (PART)
  COHOCTAH TOWNSHIP
  CONWAY TOWNSHIP
  DEERFIELD TOWNSHIP
  FENTON CITY
  HANDY TOWNSHIP
  HARTLAND TOWNSHIP
  HOWELL CITY
  HOWELL TOWNSHIP
  IOSCO TOWNSHIP
  MARION TOWNSHIP
  OCEOLA TOWNSHIP
  TYRONE TOWNSHIP
  UNADILLA TOWNSHIP
DISTRICT 048
 GENESEE COUNTY (PART)
  CLIO CITY
  DAVISON CITY
  DAVISON TOWNSHIP
  FOREST TOWNSHIP
  GENESEE TOWNSHIP
  MONTROSE CITY
  MONTROSE TOWNSHIP
  RICHFIELD TOWNSHIP
  THETFORD TOWNSHIP
  VIENNA TOWNSHIP
DISTRICT 049
 GENESEE COUNTY (PART)
  FLINT CITY (PART)
   TRACT 001500 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.

TRACT 001600 INCLUDING BLOCK(S)
2000, 2001, 2002, 2007, 2008, 2009,
2011, 2012, 2013, 2014, 3001, 3002,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017.
TRACT 002600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1014,
1017, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1025, 1026, 1027, 1028,
1029, 1030, 1031, 1032, 1033, 1034,
1035, 1036, 2000, 2001, 2002, 2003,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018.
TRACT 002800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1017, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2016, 2022, 2023, 2024, 2025,
2032, 2033, 2034, 2035, 2039, 2040,
2041, 2042, 2043, 2044, 2045, 2046,
2047, 2048, 2052, 2053, 2054, 2055,
2056, 2057, 2058, 2059, 2060, 2061,
2062, 2063, 2064, 2065, 2066, 2067,
2068, 2069, 2070, 2071, 2072, 2073,
2074, 2075, 2076, 2077, 2078, 2079,
2080, 2081, 2082, 2083, 2084, 2085,
2086, 2087, 2088, 2089, 2090, 2091,
2092, 2093, 2094, 2095, 2096, 2097,
2098, 2099, 2100, 2101, 2102, 2103,
2106, 2107, 2108, 2109, 3000, 3001,
3002, 3003, 3004, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3033,
3034, 3035, 3036, 3037.
TRACT 002900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029.
TRACT 003000 INCLUDING BLOCK(S)
1013, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3043,
3044.

TRACT 003200 INCLUDING BLOCK(S)
3003.
TRACT 003600 INCLUDING BLOCK(S)
3016, 3017, 3018, 3019, 3020, 3021,
4015, 4016, 4019, 4020, 4021, 4022,
4023, 4024, 4025, 4028, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 6000, 6001, 6002, 6003, 6004,
6005, 6006, 6007, 6008, 6009, 6010,
6011, 6012, 6013, 6014, 6015, 6016,
6017, 6018, 6019, 6020, 6021, 6022,
6023, 6024, 6025, 6026, 6027, 6028,
6029.
TRACT 003700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1007,
1009, 1010, 1011, 1012, 1013, 2012,
2013, 2014, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3032, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042.
TRACT 013500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045,
2046, 2047, 2048, 2049, 2050, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019.
TRACT 980000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1039, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1048, 1049, 1050,
1051, 1052.
FLINT TOWNSHIP
FLUSHING CITY
MOUNT MORRIS CITY
MOUNT MORRIS TOWNSHIP
SWARTZ CREEK CITY

**DISTRICT 050**
  **GENESEE COUNTY (PART)**
    BURTON CITY
    GRAND BLANC CITY
    GRAND BLANC TOWNSHIP
    MUNDY TOWNSHIP
**DISTRICT 051**
  **GENESEE COUNTY (PART)**
    ARGENTINE TOWNSHIP
    ATLAS TOWNSHIP
    CLAYTON TOWNSHIP
    FENTON CITY
    FENTON TOWNSHIP
    FLUSHING TOWNSHIP
    GAINES TOWNSHIP
    LINDEN CITY
  **OAKLAND COUNTY (PART)**
    FENTON CITY
    GROVELAND TOWNSHIP
    HOLLY TOWNSHIP
    ROSE TOWNSHIP
**DISTRICT 052**
  **WASHTENAW COUNTY (PART)**
    ANN ARBOR CITY (PART)
      TRACT 403300 INCLUDING BLOCK(S)
        1004, 3059, 3063.
    BRIDGEWATER TOWNSHIP
    CHELSEA CITY
    DEXTER TOWNSHIP
    FREEDOM TOWNSHIP
    LIMA TOWNSHIP
    LODI TOWNSHIP
    LYNDON TOWNSHIP
    MANCHESTER TOWNSHIP
    NORTHFIELD TOWNSHIP
    PITTSFIELD TOWNSHIP (PART)
      TRACT 423400 INCLUDING BLOCK(S)
        2003, 2018, 2020.
    SALEM TOWNSHIP
    SALINE CITY
    SALINE TOWNSHIP
    SCIO TOWNSHIP (PART)
      TRACT 403300 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1009, 2005,
        2007, 2008, 2040, 3004, 3005, 3033,
        3034, 3037, 3039, 3041, 3044, 3046,
        3060, 3061.
      TRACT 404200 INCLUDING BLOCK(S)
        2002.
      TRACT 453000 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 1033, 1034, 1035,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 2015, 2016, 2017,

2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032.
TRACT 454000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062.
TRACT 455000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042, 2043, 2044,
2045, 2046, 2047, 2048, 2049, 2050,
2051, 2052, 2053.
TRACT 456000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014.
SHARON TOWNSHIP
SYLVAN TOWNSHIP
WEBSTER TOWNSHIP

DISTRICT 053
   WASHTENAW COUNTY (PART)
      ANN ARBOR CITY (PART)
         TRACT 400100 INCLUDING BLOCK(S)
            1000, 1001, 1010, 1011, 1012, 1013,
            1014, 1015, 1020, 1021, 1022, 1023,
            1024, 1025, 1026, 1027, 1028, 1029,
            1030, 1031, 1032.
         TRACT 400200 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 2012, 3000, 3001,
            3002, 3003, 3004, 4000, 4001.
         TRACT 400300 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 2000, 2001, 2002,
            2003, 2004, 2005, 2006, 2007, 2008,
            2009, 2010, 2011, 3000, 3001, 3002,
            3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016.
         TRACT 400400 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 2013, 2014, 3000, 3001,
            3002, 3003, 3004, 3005, 3006, 3007,
            3008, 3009, 3010, 3011, 3012, 3013,
            3014, 3015, 3016, 3017, 3018, 3019.
         TRACT 400500 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 2000, 2001, 2002, 2003, 2004,
            2005, 2006, 2007, 2008, 2009, 2010,
            2011, 2012, 3000, 3001, 3002, 3003,
            3004, 3005, 3006, 3007, 3008, 3009,
            4000, 4001, 4002, 4003, 4004, 4005,
            4006, 4007, 4008, 5000, 5001, 5002,
            5003, 5004, 5005, 5006, 5007, 5008.
         TRACT 400600 INCLUDING BLOCK(S)
            1000, 1001, 1002, 1003, 1004, 1005,
            1006, 1007, 1008, 1009, 1010, 1011,
            1012, 1013, 1014, 1015, 1016, 1017,
            1018, 1019, 1020, 1021, 1022, 1023,
            1024, 1025, 2000, 2001, 2002, 2003,
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            2016, 2017, 2018, 2019, 2020, 2021,
            2022, 2023, 2024, 2025, 2026, 2027,
            2028, 3000, 3001, 3002, 3003, 3004,
            3005, 3006, 3007, 3008, 3009, 3010,
            3011, 4000, 4001, 4002, 4003, 4004,
            4005, 4006, 4007.
         TRACT 400700 INCLUDING BLOCK(S)
            2004, 2005, 2006, 2007, 2008, 2009,
            2010, 2011, 2012, 2013, 2014, 2015,
            3000, 3001.

TRACT 400800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 2000, 2002,
2005, 2007, 3000, 3001, 3002, 3003,
3004, 3005.
TRACT 402100 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3008, 3009, 3010.
TRACT 402200 INCLUDING BLOCK(S)
1000, 1001, 1002, 2009, 3000, 3001,
3002, 3003, 3005, 3006, 3007, 3008,
3009, 4000, 4002, 4003.
TRACT 402300 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 1010,
1011, 1012, 1013, 1014, 1017, 2000,
2001, 2002, 2003, 2006, 2008, 2009,
2010, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2024, 2025,
2027, 2029, 2030, 2031, 2033, 2034,
2035, 2036, 2037, 2038, 2039, 2040,
2041, 2042, 2045, 2046.
TRACT 403300 INCLUDING BLOCK(S)
1005, 1006, 1008, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1033,
2000, 2001, 2002, 2003, 2004, 2006,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2024, 2026, 2028, 2029, 2032,
2034, 2035, 2036, 3000, 3001, 3003,
3006, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3018, 3019,
3020, 3021, 3023, 3024, 3025, 3026,
3027, 3029, 3030, 3031, 3032, 3035,
3036, 3038, 3040, 3042, 3043, 3045,
3047, 3048, 3049, 3050, 3051, 3052,
3053, 3054, 3055, 3056, 3057, 3058,
3062.
TRACT 403400 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2019.
TRACT 403500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1029, 1031,
1032, 1033, 1034, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2010.
TRACT 403600 INCLUDING BLOCK(S)
1008, 1009, 1010, 1011.
TRACT 404100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012.

TRACT 404200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2003, 2004, 2005, 2006.
TRACT 404300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2014, 2015, 2016, 2017,
2018, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020.
TRACT 404400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2002, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016.
TRACT 404500 INCLUDING BLOCK(S)
1000, 1001, 1005, 1006, 1009, 1011,
1013, 1014, 1015, 1016, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011.
TRACT 404600 INCLUDING BLOCK(S)
1000, 1002, 1003, 1005, 1006, 1008,
1009, 1010, 1011, 1012, 1013, 1014,
1016, 1017, 1018, 1019, 1020, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011.
TRACT 405100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1006,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021.
TRACT 405200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 3000, 3001, 3002, 3003,
3004, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4012, 4013, 4014,
4015, 4016, 4018, 4019, 4020, 4021,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 6000, 6001, 6002,
6003, 6004, 6005, 6006, 6007, 6008.
TRACT 405300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1010, 1011, 1012,

1013, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2017,
2018, 2019, 2020, 2022, 2024, 2025,
2026, 2028, 2030, 2033, 2039, 2040,
2043, 2044, 2046, 2047, 2049, 2050,
2051, 2052, 2060, 2061, 2062, 2063,
2067, 2068, 2070, 3000, 3001, 3002,
3003, 3004, 3006, 3008, 3009, 3010,
3011, 3012, 3013, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3032, 3033, 3034, 3035, 3036,
3037, 3038, 3039, 3040, 3041, 3042,
4000, 4001, 4002, 4003, 4004, 4005,
4006, 4007, 4008, 4009, 4010, 4011,
4012, 4013, 4014, 4015, 4016, 4017,
4018, 4019, 4020, 5000, 5001, 5002,
5003, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5015, 5016,
5017, 5018, 5019, 5020, 5022, 5023,
5024, 5026, 5030, 5031, 5032, 5033,
5035, 5036, 5038, 5040, 5041, 5042,
5043, 5044, 5045, 5046, 5047, 5048,
5049, 5052, 5053, 5054, 5055, 5056,
5057.
TRACT 405400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3003, 3004, 3005,
3006, 3007, 3008, 3010, 3011.
TRACT 405500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2001, 2002, 2003,
2004, 2005, 2008, 2009, 2010, 2011,
2012, 2022, 2023.
TRACT 405600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2006, 2007, 2008,
2009, 2010, 2011, 3000, 3001, 3002,
3004, 3005, 3006, 3007, 3008, 3009,
3011, 3012, 3013.
TRACT 414200 INCLUDING BLOCK(S)
1013, 1014.
TRACT 414700 INCLUDING BLOCK(S)
1000, 1005, 1007, 1013, 1019, 1025.
TRACT 414900 INCLUDING BLOCK(S)
1002, 1003.
TRACT 415400 INCLUDING BLOCK(S)
1003, 1004.
TRACT 453000 INCLUDING BLOCK(S)
3017, 3018.

ANN ARBOR TOWNSHIP (PART)
  TRACT 402200 INCLUDING BLOCK(S)
    1003, 3004, 4001.
  TRACT 402300 INCLUDING BLOCK(S)
    1018, 2004, 2005, 2007, 2011, 2021,
    2022, 2023, 2026, 2028, 2032.
  TRACT 403500 INCLUDING BLOCK(S)
    1028, 1030, 2009.
  TRACT 404300 INCLUDING BLOCK(S)
    2012, 2013.
  TRACT 404500 INCLUDING BLOCK(S)
    1002.
  TRACT 404600 INCLUDING BLOCK(S)
    1004.
  TRACT 405300 INCLUDING BLOCK(S)
    1009, 2016, 2021, 2023, 2027, 2029,
    2041, 2048, 2056, 2065, 2066, 2069,
    3005, 3007, 3014, 3031, 5004, 5014,
    5021, 5025, 5027, 5028, 5029, 5034,
    5037, 5039, 5050, 5051.
PITTSFIELD TOWNSHIP (PART)
  TRACT 404400 INCLUDING BLOCK(S)
    2001, 2003.
  TRACT 404500 INCLUDING BLOCK(S)
    1003, 1004, 1007, 1008, 1010, 1012,
    2013.
  TRACT 404600 INCLUDING BLOCK(S)
    1001, 1007, 1015.
  TRACT 405100 INCLUDING BLOCK(S)
    1005, 1007.
  TRACT 405200 INCLUDING BLOCK(S)
    4008, 4009, 4010, 4011, 4017.
  TRACT 405600 INCLUDING BLOCK(S)
    2005, 3003.
SCIO TOWNSHIP (PART)
  TRACT 403300 INCLUDING BLOCK(S)
    1007, 1030, 1031, 1032, 2022, 2023,
    2025, 2027, 2030, 2031, 2033, 2037,
    2038, 2039, 2041, 2042, 3002, 3007,
    3017, 3022, 3028.
DISTRICT 054
  WASHTENAW COUNTY (PART)
    SUPERIOR TOWNSHIP
    YPSILANTI CITY
    YPSILANTI TOWNSHIP
DISTRICT 055
  WASHTENAW COUNTY (PART)
    ANN ARBOR CITY (PART)
      TRACT 400100 INCLUDING BLOCK(S)
        1002, 1003, 1004, 1005, 1006, 1007,
        1008, 1009, 1016, 1017, 1018, 1019.
      TRACT 400700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 2000,
        2001, 2002, 2003, 2016.

TRACT 400800 INCLUDING BLOCK(S)
1004, 1005, 1006, 1007, 2001, 2003,
2004, 2006.
TRACT 402100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3011, 3012, 3013.
TRACT 402200 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2010.
TRACT 402300 INCLUDING BLOCK(S)
1003, 1004.
TRACT 402500 INCLUDING BLOCK(S)
1000, 1001, 1004, 1005, 1006, 1008,
1009, 1011, 1013, 1014, 1015, 1016,
1017, 1018, 1019, 1020, 1021, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009.
TRACT 402600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1009, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011.
TRACT 402700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 3000, 3001,
3002, 3003, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023.
TRACT 403100 INCLUDING BLOCK(S)
1000, 1008, 1009, 1011, 1012, 1015,
1016, 1017, 1019, 1022, 1024, 1025,
1026, 1027, 1028, 1032, 1034, 1037,
1041, 1042, 1045, 1047, 1048, 1049,
1056.
TRACT 403200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1011, 1012, 1013, 1014, 1015,
1016, 1018, 1019, 1020, 1021, 1022,
1023, 1024, 1025, 1026, 1027, 1028,
1029, 1030, 1031, 1032, 1033, 1034,
1035, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
3001, 3002, 3004, 3005, 3008, 3009,
3010, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020.
TRACT 403400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1010, 1011, 1012,
1013, 1014, 2005, 2006, 2017, 2018,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015.

TRACT 403600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1006,
1007, 2000, 2001, 2002, 2003, 2004,
3001, 3002, 3003, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3017, 3018, 3019, 3021.
TRACT 403800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1006, 1007,
1008, 1009, 1011, 1013, 1014, 1015,
1018, 1019, 1020, 1021, 1022, 1023,
1026, 1027, 2002, 2003, 2004, 2006,
2007, 2008, 2009, 2010, 2011, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2023.
TRACT 406000 INCLUDING BLOCK(S)
1031, 1038, 1039, 1048, 1050, 1051,
1052, 1053, 2006.
ANN ARBOR TOWNSHIP (PART)
TRACT 402300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1015, 1016, 2043,
2044, 2047.
TRACT 402500 INCLUDING BLOCK(S)
1002, 1003, 1007, 1010, 1012, 1022.
TRACT 402600 INCLUDING BLOCK(S)
1008.
TRACT 402700 INCLUDING BLOCK(S)
3004, 3005, 3006.
TRACT 403100 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1010, 1013, 1014, 1018, 1020,
1021, 1023, 1029, 1030, 1031, 1033,
1035, 1036, 1038, 1039, 1040, 1043,
1044, 1046, 1050, 1051, 1052, 1053,
1054, 1055.
TRACT 403200 INCLUDING BLOCK(S)
1007, 1008, 1009, 1010, 1017, 3000,
3003, 3006, 3007, 3011.
TRACT 403400 INCLUDING BLOCK(S)
1009.
TRACT 403600 INCLUDING BLOCK(S)
1005, 3000, 3004, 3015, 3016, 3020,
3022.
TRACT 403800 INCLUDING BLOCK(S)
1004, 1005, 1010, 1012, 1016, 1017,
1024, 1025, 2000, 2001, 2005, 2012,
2022, 2024.
TRACT 405300 INCLUDING BLOCK(S)
2031, 2032, 2034, 2035, 2036, 2037,
2038, 2042, 2055, 2057, 2058, 2064.
TRACT 406000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1032, 1033, 1034, 1035, 1036,
1037, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1049, 1054, 1055,
2000, 2001, 2002, 2003, 2004, 2005,

2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2045,
2046, 2047, 2048, 2049, 2050, 2051,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062, 2063, 2064, 2065,
2069, 2070, 2071, 2072, 2073, 2074,
2075, 2076, 2077, 2078, 2079, 2080,
2081, 2082, 2083, 2084, 2085, 2086.
TRACT 407000 INCLUDING BLOCK(S)
1036, 1037, 1069, 1096.
TRACT 456000 INCLUDING BLOCK(S)
2015, 2016, 2017, 2018.
AUGUSTA TOWNSHIP
MILAN CITY
PITTSFIELD TOWNSHIP (PART)
TRACT 405300 INCLUDING BLOCK(S)
2045, 2053, 2054, 2059.
TRACT 405400 INCLUDING BLOCK(S)
3000, 3001, 3002, 3009.
TRACT 405500 INCLUDING BLOCK(S)
2000, 2006, 2007, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021.
TRACT 405600 INCLUDING BLOCK(S)
3010.
TRACT 414000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
2000, 2001, 2002, 2003, 3000, 3001,
3002, 3003.
TRACT 414200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1015, 1016, 1017, 1018, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 3000, 3001, 3002,
3003, 3004.
TRACT 414300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029.
TRACT 414500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030.
TRACT 414700 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1006, 1008,
1009, 1010, 1011, 1012, 1014, 1015,

1016, 1017, 1018, 1020, 1021, 1022,
1023, 1024, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035.
TRACT 414900 INCLUDING BLOCK(S)
1000, 1001, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014.
TRACT 415200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018.
TRACT 415400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1046, 1047, 1048, 1049,
1050, 1051, 1052, 1053, 1054, 1055,
1056, 1057.
TRACT 415600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028.
TRACT 415800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036.
TRACT 416000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014.
TRACT 416200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016.

        TRACT 422900 INCLUDING BLOCK(S)
           1000, 1001.
        TRACT 423400 INCLUDING BLOCK(S)
           2021.
      YORK TOWNSHIP
DISTRICT 056
  MONROE COUNTY (PART)
    BEDFORD TOWNSHIP
    DUNDEE TOWNSHIP
    ERIE TOWNSHIP
    IDA TOWNSHIP
    LASALLE TOWNSHIP
    LUNA PIER CITY
    MILAN TOWNSHIP
    MILAN CITY
    MONROE TOWNSHIP (PART)
      TRACT 831800 INCLUDING BLOCK(S)
         1032, 1042, 1043, 1044, 1045, 1047,
         1048, 1049, 1050, 1054, 1055, 1056,
         1057, 1058, 1059, 2023, 2024, 2025,
         2027.
      TRACT 832000 INCLUDING BLOCK(S)
         2017, 2018, 2019, 2020.
      TRACT 832200 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 1014, 1015, 1016, 1017,
         1018, 1019, 1020, 1021, 1022, 1023,
         1024, 1025, 1026, 1027, 2000, 2001,
         2002, 2003, 2004, 2005, 2006, 2007,
         2008, 2009, 2010, 2011, 2012, 2013,
         2014.
      TRACT 832300 INCLUDING BLOCK(S)
         1007, 1009, 1017, 1018, 2003, 2004,
         2005, 2006, 2009, 2013, 2014, 2015,
         2017, 2018, 2020, 2021, 2022, 2023,
         2024, 2025, 2026, 2027, 2028, 2029,
         2030, 2031, 3000, 3001, 3002, 3003,
         3004, 3005, 3006, 3007, 3008, 3009,
         3010, 3011, 3012, 4000, 4001, 4002,
         4003, 4004, 4005, 4006, 4007, 4008,
         4009, 4010, 4011, 4012, 4013, 4014,
         5000, 5001, 5002, 5003, 5004, 5005,
         5006, 5007, 5008, 5009, 5010, 5011.
      TRACT 832400 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,
         1012, 1013, 1014, 1015, 1016, 1017,
         1018, 1019, 1020, 1021, 1022, 1023,
         1024, 1025, 1026, 1027, 1028, 1029,
         1030, 1031, 1032, 1033, 1034, 1035,
         1036, 2000, 2001, 2002, 2003, 2004,
         2005, 2006, 2007, 2008, 3000, 3001,
         3002, 3003, 3004, 3005, 3006, 3007,
         3008, 3009, 3010, 3011, 3012, 3013,
         3014, 3015, 3016.
      TRACT 832500 INCLUDING BLOCK(S)
         1000, 1001, 1002, 1003, 1004, 1005,
         1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 3019,
3020, 3021, 3022, 3023, 3024, 3025,
3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3038, 3039, 3040, 3041.

PETERSBURG CITY
RAISINVILLE TOWNSHIP
SUMMERFIELD TOWNSHIP
WHITEFORD TOWNSHIP
DISTRICT 057
LENAWEE COUNTY (PART)
ADRIAN CITY
ADRIAN TOWNSHIP
BLISSFIELD TOWNSHIP
CLINTON TOWNSHIP
DEERFIELD TOWNSHIP
DOVER TOWNSHIP
FAIRFIELD TOWNSHIP
FRANKLIN TOWNSHIP
HUDSON CITY
HUDSON TOWNSHIP
MACON TOWNSHIP
MADISON TOWNSHIP
MEDINA TOWNSHIP
MORENCI CITY
OGDEN TOWNSHIP
PALMYRA TOWNSHIP
RAISIN TOWNSHIP
RIDGEWAY TOWNSHIP
RIGA TOWNSHIP
ROLLIN TOWNSHIP
ROME TOWNSHIP
SENECA TOWNSHIP
TECUMSEH CITY
TECUMSEH TOWNSHIP
WOODSTOCK TOWNSHIP
DISTRICT 058
BRANCH COUNTY
HILLSDALE COUNTY
DISTRICT 059
CASS COUNTY (PART)
CALVIN TOWNSHIP
DOWAGIAC CITY
JEFFERSON TOWNSHIP
LAGRANGE TOWNSHIP
MARCELLUS TOWNSHIP

    MASON TOWNSHIP
    NEWBERG TOWNSHIP
    PENN TOWNSHIP
    POKAGON TOWNSHIP
    PORTER TOWNSHIP
    VOLINIA TOWNSHIP
    WAYNE TOWNSHIP
  ST. JOSEPH COUNTY
DISTRICT 060
  KALAMAZOO COUNTY (PART)
    KALAMAZOO CITY
    KALAMAZOO TOWNSHIP (PART)
      TRACT 000202 INCLUDING BLOCK(S)
        1001, 1003.
      TRACT 001501 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        2021, 2022, 2023, 2024, 2025, 2026,
        2027, 2028, 2029, 2030, 2031, 2032,
        2033, 2034, 2035, 2036, 2037, 2038,
        2039, 2040, 2041, 2042, 2043, 3000,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 3023, 3024, 3025,
        3026, 3027, 3028, 3029, 3030, 3031,
        3032, 3033, 3034, 3035, 3036, 3037,
        3038, 3039, 3040, 3041, 3042, 3043,
        3044, 3045, 3046, 3047, 3048, 3049,
        3050, 3051, 3052, 3053, 3054, 3055,
        3056, 3057, 3058, 3059, 3060, 3061,
        4000, 4001, 4002, 4003, 4004, 4005,
        4006, 4007, 4008, 4009, 4010, 4011,
        4012, 4013.
      TRACT 001502 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 4000,
        4001, 4002, 4003, 4004, 4005, 4006,
        4007, 4008, 4009, 4010, 4011, 4012,
        4013, 4014, 4015, 4016, 4017, 4018,
        4019, 4020.
      TRACT 001503 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 3000, 3001, 3002, 3003, 3004,

> 3005, 3006, 3007, 3008, 3009, 3010,
> 3011, 3012, 3013, 4000, 4001, 4002,
> 4003, 4004, 4005, 4006, 4007, 4008,
> 4009, 4010, 4011, 4012, 4013, 4014,
> 4015, 4016, 4017, 4018, 4019, 5000,
> 5001, 5002, 5003, 5004, 5005, 5006,
> 5007, 5008, 5009, 5010, 5011, 5012,
> 5013.
> TRACT 001803 INCLUDING BLOCK(S)
> 1000, 1001, 1002, 1003, 1004, 1005,
> 1006, 1007, 1008, 1009, 1010, 1011,
> 1012, 1013, 1014, 1015, 1016, 1017,
> 1018, 1019, 1020, 1021, 1022, 1023,
> 1024, 1025, 1026, 1027, 1028, 1029,
> 1030, 1031, 1032, 1033, 1034, 1035,
> 1036, 1037, 1038, 1039, 1040, 1041,
> 1042, 1043, 1044, 1045, 1046, 1047,
> 1048, 1049, 1050, 1051, 1052, 1053,
> 1054, 1055, 1058, 1059, 1060, 1061,
> 1062, 1063, 1064, 1065, 1066, 1067,
> 1068, 1069, 1070, 1071, 1072, 1073,
> 1074, 1075, 1076, 1077, 1078, 1079,
> 1080, 1081, 1082, 1083, 1084, 1085,
> 1086, 1087, 1088, 1089, 1090, 1091,
> 1092, 1093, 1094, 1095, 1096, 1097,
> 1098, 1099, 2000, 2001, 2002, 2003,
> 2004, 2005, 2006, 2007, 2008, 2009,
> 2010, 2011, 2012, 2013, 2014, 2015,
> 2016, 2017, 2018, 2019, 2020, 2021,
> 2023, 2029, 2030, 2031, 2032, 2033.
> TRACT 005501 INCLUDING BLOCK(S)
> 1035, 1040, 1048, 3016, 3018, 3019,
> 3020, 3021, 3022, 3023, 3024, 3025,
> 3028, 3029, 3030, 3031, 3032, 3033.
> TRACT 005502 INCLUDING BLOCK(S)
> 1013, 1014, 2013, 2014, 2015, 2016,
> 2017, 2018, 2019, 2020, 2021, 2022,
> 2023, 2024, 2025, 2026, 2028, 2029,
> 2030, 2031, 2032, 2033, 2034, 2037,
> 3018, 3019, 3020, 3021, 3022, 3025,
> 3026, 3027, 3028, 3029, 3030, 4000,
> 4001, 4002, 4003, 4004, 4005, 4006,
> 4007, 4008, 4009, 4010, 4011, 4012,
> 4013, 4014, 4015, 4016, 4017, 4018,
> 4019, 4020, 4021, 4022, 4023, 4024,
> 4025, 4026, 4027, 4028, 4029, 4030,
> 4031, 4032.
> PORTAGE CITY (PART)
> TRACT 001802 INCLUDING BLOCK(S)
> 2036.
> DISTRICT 061
> KALAMAZOO COUNTY (PART)
> OSHTEMO TOWNSHIP
> PORTAGE CITY (PART)
> TRACT 001905 INCLUDING BLOCK(S)
> 1000, 1001, 1002, 1003, 1004, 1005,
> 1006, 1007, 1008, 1009, 1010, 1011,
> 1012, 1013, 1014, 1015, 1016, 1017,
> 1018, 1019, 1020, 2000, 2001, 2002,

2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019, 4020,
4021, 4022, 4023, 4024, 4025, 4026,
4027, 4028, 4029, 4030, 4031, 4032,
4033, 4034, 4035, 4036, 4037, 4038,
4039, 4040, 4041, 4042, 4043, 4044,
4045, 4046, 4047, 4048, 4049, 4050,
4051, 4052, 4053, 4054, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022, 5023, 5024, 5025,
5026, 5027, 5028, 5029, 5030, 5031.
TRACT 001906 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018.
TRACT 001907 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012.
TRACT 002002 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010.
TRACT 002003 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,

1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
2033, 2034, 2035, 2036, 2037, 2038,
2039, 2040, 2041, 2042.
TRACT 002004 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 002005 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019.
TRACT 002101 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015, 3016, 3017, 3018,
3019, 3020, 3021, 3022, 3023, 3024,
3025, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 3033, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015.
TRACT 002102 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,

2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028.
TRACT 003500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017, 4018, 4019, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010, 5011, 5012, 5013, 5014,
5015, 5016, 5017, 5018, 5019, 5020,
5021, 5022, 5023, 5024, 5025, 5026,
5027, 5028, 5029, 5030, 5031, 5032,
5033.
PRAIRIE RONDE TOWNSHIP
SCHOOLCRAFT TOWNSHIP
TEXAS TOWNSHIP
DISTRICT 062
  CALHOUN COUNTY (PART)
    ALBION CITY
    ALBION TOWNSHIP
    BATTLE CREEK CITY
    BEDFORD TOWNSHIP
    CLARENCE TOWNSHIP
    CONVIS TOWNSHIP
    LEE TOWNSHIP
    PENNFIELD TOWNSHIP
    SHERIDAN TOWNSHIP
    SPRINGFIELD CITY
DISTRICT 063
  CALHOUN COUNTY (PART)
    ATHENS TOWNSHIP
    BURLINGTON TOWNSHIP
    CLARENDON TOWNSHIP
    ECKFORD TOWNSHIP
    EMMETT TOWNSHIP
    FREDONIA TOWNSHIP
    HOMER TOWNSHIP
    LEROY TOWNSHIP
    MARENGO TOWNSHIP
    MARSHALL CITY
    MARSHALL TOWNSHIP
    NEWTON TOWNSHIP
    TEKONSHA TOWNSHIP
  KALAMAZOO COUNTY (PART)
    BRADY TOWNSHIP
    CHARLESTON TOWNSHIP
    CLIMAX TOWNSHIP
    COMSTOCK TOWNSHIP
    GALESBURG CITY

KALAMAZOO TOWNSHIP (PART)
TRACT 005502 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2011,
2012, 2027, 2035, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3023, 3024.
PAVILION TOWNSHIP
RICHLAND TOWNSHIP
ROSS TOWNSHIP
WAKESHMA TOWNSHIP
DISTRICT 064
JACKSON COUNTY (PART)
CONCORD TOWNSHIP
HANOVER TOWNSHIP
JACKSON CITY (PART)
TRACT 000100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023.
TRACT 000200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010.
TRACT 000400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 5000, 5001,
5002, 5003, 5004, 5005, 5006, 5007,
5008, 5009, 5010, 5011, 5012, 5013,
5014, 5015, 5016, 5017, 5018, 5019,
5020, 5021, 5022.
TRACT 000500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023.

TRACT 000600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057.
TRACT 000800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015,
4016, 4017, 4018, 4019, 4020, 4021,
4022, 4023, 4024, 4025, 4026, 4027,
4028, 4029, 4030, 4031, 4032, 4033,
4034, 4035, 4036.
TRACT 000900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009.
TRACT 001100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022.

TRACT 001200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047,
2048, 2049, 2050, 2051, 2052, 2053,
2054, 2055, 2056, 2057, 2058, 2059,
2060, 2061, 2062, 2063, 2064, 2065,
2066, 2067, 2068, 2069, 2070, 2071,
2072, 2073, 2074, 2075, 2076, 2077,
2078, 2079, 2080, 2081, 2082, 2083,
2084, 2085, 2086, 2087, 2088, 2089,
2090, 2091, 2092, 2093, 2094, 2095,
2097, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022.
TRACT 001300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038.
TRACT 006100 INCLUDING BLOCK(S)
6009, 6011.
TRACT 006900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039.
NAPOLEON TOWNSHIP
PARMA TOWNSHIP
PULASKI TOWNSHIP
SANDSTONE TOWNSHIP
SPRING ARBOR TOWNSHIP
SUMMIT TOWNSHIP

**DISTRICT 065**
  **EATON COUNTY (PART)**
    **BROOKFIELD TOWNSHIP**
    **EATON TOWNSHIP (PART)**
      TRACT 020901 INCLUDING BLOCK(S)
        3000, 3001, 3003, 3004, 3006, 3010,
        3011, 4007, 4008.
      TRACT 020902 INCLUDING BLOCK(S)
        1000, 1001, 1050.
      TRACT 021001 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1012, 1013,
        1014, 1016, 1017, 1018, 1019, 1020,
        1031, 1033, 1034, 1035, 1036, 1037,
        1038, 1039, 1040, 1041, 1042, 1043,
        1044, 1045, 1050, 1054, 1058, 1059,
        1060, 1061, 1065, 1067, 1068, 1069,
        1070, 1071, 1072, 1073, 1077, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2010, 2011, 2012.
      TRACT 021002 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1034, 1035,
        3000, 3001, 3002, 3003, 3004, 3005,
        3006, 3007, 3008, 3009, 3010, 3011,
        3012, 3013, 3015, 3017, 4000, 4001,
        4002, 4003, 4004, 4005, 4006, 4007,
        4008, 4009, 4010, 4011, 4012, 4013,
        4014, 4015, 4016, 4017, 4018, 4019,
        4020, 4021, 4022, 4023, 4024, 4025,
        4026, 4027, 4028, 4029, 4030, 4031,
        4032, 4033, 4034, 4035, 4036, 4037,
        4038, 4039, 4040, 4041, 4042, 4043,
        4044.
    **EATON RAPIDS CITY**
    **HAMLIN TOWNSHIP**
  **JACKSON COUNTY (PART)**
    **BLACKMAN TOWNSHIP**
    **COLUMBIA TOWNSHIP**
    **GRASS LAKE TOWNSHIP**
    **HENRIETTA TOWNSHIP**
    **JACKSON CITY (PART)**
      TRACT 005900 INCLUDING BLOCK(S)
        3018.
    **LEONI TOWNSHIP**
    **LIBERTY TOWNSHIP**
    **NORVELL TOWNSHIP**
    **RIVES TOWNSHIP**
    **SPRINGPORT TOWNSHIP**
    **TOMPKINS TOWNSHIP**
    **WATERLOO TOWNSHIP**
  **LENAWEE COUNTY (PART)**
    **CAMBRIDGE TOWNSHIP**
**DISTRICT 066**
  **KALAMAZOO COUNTY (PART)**
    **ALAMO TOWNSHIP**
    **COOPER TOWNSHIP**
    **PARCHMENT CITY**
  **VAN BUREN COUNTY**

**DISTRICT 067**
  **INGHAM COUNTY (PART)**
    **ALAIEDON TOWNSHIP**
    **AURELIUS TOWNSHIP**
    **BUNKER HILL TOWNSHIP**
    **DELHI TOWNSHIP**
    **INGHAM TOWNSHIP**
    **LANSING CITY (PART)**
      **TRACT 002000 INCLUDING BLOCK(S)**
        1018, 2003, 2004, 2007, 2008, 2009,
        2010, 3000, 3001, 3002, 3003, 3004,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 4000, 4001, 4002,
        4003, 4004, 4005, 4006, 4007, 4008,
        4009, 4010, 4011, 4012, 4013, 4014,
        4015, 4016, 4017, 4018, 4019, 4020,
        4021, 4022, 4023.
      **TRACT 002300 INCLUDING BLOCK(S)**
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 3023, 3024, 3025,
        3026, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 4008, 4009, 4010,
        4011, 4012, 4013, 4014, 4015, 4016,
        4017, 4018, 4019, 4020.
      **TRACT 002600 INCLUDING BLOCK(S)**
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 2017, 2018.
      **TRACT 002700 INCLUDING BLOCK(S)**
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        2021, 2022, 2023, 2024, 2025, 2026,
        2027, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014.
      **TRACT 002800 INCLUDING BLOCK(S)**
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 2012, 2013, 2014, 2015, 2016,
        2017, 2018, 2019, 3000, 3001, 3002,

3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016.
TRACT 002901 INCLUDING BLOCK(S)
1000, 1001, 1002, 1009, 1010, 1011,
1012.
TRACT 002902 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021.
TRACT 003700 INCLUDING BLOCK(S)
1000, 1001, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008.
TRACT 005303 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012.
TRACT 005304 INCLUDING BLOCK(S)
1006, 1016, 1017, 1018, 1019, 1020,
1029, 1030, 1031, 1032, 1033, 1034,
1035, 1036, 1037, 1038, 1039, 1040,
1041, 1042, 1043, 1044, 1045, 1046,
1047, 1048, 1049, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1064, 1065, 1066, 1067.
TRACT 005600 INCLUDING BLOCK(S)
1013, 1022, 1024.
TRACT 006600 INCLUDING BLOCK(S)
3048, 3049, 3050, 3051, 3062, 3065,
3075, 3076, 3080.
TRACT 006700 INCLUDING BLOCK(S)
1035, 1062, 1063.
TRACT 980100 INCLUDING BLOCK(S)
1071, 1072, 1073, 1074, 1075, 1076,
1077, 1083, 1084, 1089, 1093, 1094,
1095, 1096.
TRACT 980200 INCLUDING BLOCK(S)
1076, 1077, 1096.
LEROY TOWNSHIP
LESLIE CITY
LESLIE TOWNSHIP
MASON CITY
ONONDAGA TOWNSHIP
STOCKBRIDGE TOWNSHIP
VEVAY TOWNSHIP
WHEATFIELD TOWNSHIP
WHITE OAK TOWNSHIP
WILLIAMSTON CITY

**DISTRICT 068**
  **INGHAM COUNTY (PART)**
    **LANSING CITY (PART)**
      TRACT 000100 INCLUDING BLOCK(S)
        1004, 1005, 1006, 1007, 1008, 1009,
        1010, 1011, 1012, 1013, 1014, 1015,
        1016, 1017, 1018, 1019, 1020, 1021,
        1022, 1023, 1024, 1025, 1026, 1027,
        1028, 1029, 2000, 2001, 2002, 2003,
        2004, 2005, 2006, 2007, 2008, 2009,
        2010, 2011, 2012, 2013, 2014, 2015,
        2016, 2017, 2018, 2019, 2020, 2021,
        2022, 2023, 2024, 2025, 2026, 2027,
        2028, 2029, 2030, 2031, 2032, 2033,
        2034, 2035, 2036, 2037, 2038.
      TRACT 000400 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 1023,
        1024, 1025, 1026, 1027, 1028, 1029,
        1030, 1031, 1032, 2000, 2001, 2002,
        2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, 2011, 2012, 2013, 2014,
        2015, 2016, 2017, 2018, 2019, 2020,
        2021, 2022, 2023, 2024, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011, 3012, 3013,
        3014, 3015, 3016, 3017, 3018, 3019,
        3020, 3021, 3022, 3023, 3024, 3025,
        3026, 3027, 3028, 3029.
      TRACT 000600 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 2000, 2001,
        2002, 2003, 2004, 2005, 2006, 2007,
        2008, 2009, 2010, 2011, 2012, 2013,
        2014, 2015.
      TRACT 000700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 1013, 1014, 1015, 1016, 1017,
        1018, 1019, 1020, 1021, 1022, 2000,
        2001, 2002, 2003, 2004, 2005, 2006,
        2007, 2008, 2009, 2010, 2011, 2012,
        2013, 2014, 2015, 2016, 3000, 3001,
        3002, 3003, 3004, 3005, 3006, 3007,
        3008, 3009, 3010, 3011.
      TRACT 000800 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,
        1012, 2000, 2001, 2002, 2003, 2004,
        2005, 2006, 2007, 2008, 2009, 2010,
        2011, 3000, 3001, 3002, 3003, 3004,
        3005, 3006, 3007, 3008, 3009, 3010,
        3011, 3012, 3013, 3014, 3015, 3016,
        3017, 4000, 4001, 4002, 4003, 4004,
        4005, 4006, 4007, 4008.

TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2000, 2001, 2002,
2003, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2030,
2031.
TRACT 001200 INCLUDING BLOCK(S)
1004, 1005, 1006, 1007, 1008, 1009,
1010, 1011, 1012, 1013, 1014, 1020,
1023, 1024, 1027, 1028, 1029, 1030,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028.
TRACT 001703 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017.
TRACT 002000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2005, 2006, 2011,
2012, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 4024, 4025,
4026, 4027, 4028, 4029, 4030, 4031.
TRACT 002101 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020.
TRACT 002200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 2028,
2029.

TRACT 002901 INCLUDING BLOCK(S)
1003, 1004, 1005, 1006, 1007, 1008,
2006, 2007, 2008, 2009, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023.
TRACT 002902 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005.
TRACT 003103 INCLUDING BLOCK(S)
1016, 1017, 1018, 1020, 1021, 1022,
1023, 1024, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2010, 2011, 2014,
2015, 2018, 2020, 2023, 3000, 3002,
3003, 3005, 3006, 3008, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017, 5000, 5001,
6000, 6007, 6008, 6009, 6010, 6011,
6012, 6013.
TRACT 003200 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1021, 1022, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.
TRACT 003301 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025.
TRACT 003302 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024.
TRACT 003400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1024, 1025, 1031, 1032.
TRACT 003500 INCLUDING BLOCK(S)
2000, 2030, 2031, 2032.
TRACT 003601 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014.

TRACT 003602 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011.
TRACT 003700 INCLUDING BLOCK(S)
1002, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009.
TRACT 003801 INCLUDING BLOCK(S)
3008, 3009, 3021, 3022, 3023, 3024,
3028, 3029, 3030, 3031, 3032.
TRACT 004000 INCLUDING BLOCK(S)
3004, 3005, 3014, 3015, 3016, 3017,
3018, 3025, 3026, 3027, 3028, 3035,
3037, 3038, 3039, 3040, 3041.
TRACT 005100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2026, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007.
TRACT 005201 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 4000,
4001, 4002, 4003, 5000, 5001, 5002,
5003, 5004, 5005, 5006, 5007, 5008,
5009, 5010.
TRACT 005202 INCLUDING BLOCK(S)
1000, 1001, 2000, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2030.
TRACT 005302 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2028, 2029,
2030.
TRACT 005303 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014.

TRACT 005304 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022.
TRACT 005501 INCLUDING BLOCK(S)
2006.
TRACT 006500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013.
TRACT 006600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2035,
2036, 2037, 2038, 2039, 2040, 2041,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026, 3027, 3028, 3029,
3030, 3031, 3032, 3033, 3034, 3035,
3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 3045, 3046, 3047,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3063, 3064,
3066, 3067, 3068, 3069, 3070, 3071,
3072, 3073, 3074, 3077, 3078, 3079.
TRACT 006700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1036,
1037, 1038, 1039, 1040, 1041, 1042,
1043, 1044, 1045, 1046, 1047, 1048,
1049, 1050, 1051, 1052, 1053, 1054,
1055, 1056, 1057, 1058, 1059, 1060,
1061, 1064, 1065, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,

2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 4026.
TRACT 006800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 4000, 4001, 4002, 4003, 4004,
4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4013, 4014, 4015, 4016,
4017.
TRACT 007000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5023, 5024, 5025, 5026, 5027, 5028,
6000, 6001, 6002, 6003, 6004, 6005,
6006, 6007, 6008, 6009, 6010, 6011,
6012, 6013, 6014, 6015, 6016, 6017,
6018, 6019, 6020, 6021, 6022, 6023,
6024, 6025, 6026, 6027, 6028, 6029,
6030.
TRACT 980000 INCLUDING BLOCK(S)
1133, 1135, 1136, 1137, 1138, 1139,
1140, 1152, 1153, 1154, 1155, 1173,
1183.

      TRACT 980100 INCLUDING BLOCK(S)
         1000, 1004, 1005, 1006, 1010, 1029,
         1030, 1031, 1032, 1033, 1034, 1035,
         1038, 1039, 1040, 1041, 1042, 1043,
         1044, 1045, 1046, 1047, 1048, 1049,
         1050, 1051, 1052, 1053, 1054, 1055,
         1056, 1057, 1058, 1059, 1060, 1061,
         1062, 1063, 1064, 1065, 1066, 1067,
         1068, 1069, 1070, 1078, 1079, 1080,
         1081, 1082, 1090, 1091, 1092.
      TRACT 980200 INCLUDING BLOCK(S)
         1000, 1002, 1007, 1008, 1009, 1010,
         1023, 1025, 1026, 1027, 1028, 1030,
         1046, 1047, 1048, 1049, 1050, 1051,
         1052, 1053, 1054, 1055, 1056, 1057,
         1058, 1059, 1060, 1061, 1062, 1063,
         1064, 1065, 1066, 1067, 1068, 1069,
         1070, 1071, 1072, 1073, 1074, 1075,
         1078, 1079, 1080, 1081, 1082, 1083,
         1084, 1085, 1086, 1087, 1088, 1089,
         1091, 1092, 1093, 1094, 1095.
    LANSING TOWNSHIP
DISTRICT 069
  INGHAM COUNTY (PART)
    EAST LANSING CITY
    LANSING CITY (PART)
      TRACT 005001 INCLUDING BLOCK(S)
         1009, 1011, 1012, 1013.
    LOCKE TOWNSHIP
    MERIDIAN TOWNSHIP
    WILLIAMSTOWN TOWNSHIP
DISTRICT 070
  GRATIOT COUNTY (PART)
    ALMA CITY
    ARCADA TOWNSHIP (PART)
      TRACT 000600 INCLUDING BLOCK(S)
         1041.
    BETHANY TOWNSHIP
    EMERSON TOWNSHIP (PART)
      TRACT 000200 INCLUDING BLOCK(S)
         3000, 3001, 3002, 3003, 3004, 3005,
         3006, 3007, 3008, 3009, 3010, 3011,
         3012, 3013, 3014, 3015, 3026, 3033,
         3034, 3035, 3036, 3037, 3038, 3039,
         3040, 3041, 3042, 3043, 3044, 3045,
         3046, 3047, 3048, 3049, 3050, 3051,
         3052, 3053, 3054, 3055, 3056, 3057,
         3058, 3059, 3060, 3061, 3062, 3063,
         3064, 3065, 3066, 3067, 3068, 3083,
         3084, 3091, 3092, 3093, 3094, 3095,
         3096, 3097, 3098, 3099, 3106, 3107,
         3108, 3109, 3110, 3111, 3112, 3113,
         3114, 3115, 3116, 3121, 3122, 3123,
         3124, 3125, 3126, 3127, 3128, 3132,
         3133, 3134, 3135, 3136, 3137, 3138,
         3139, 3140.
    PINE RIVER TOWNSHIP
    ST. LOUIS CITY
    SEVILLE TOWNSHIP
  MONTCALM COUNTY

DISTRICT 071
  EATON COUNTY (PART)
    BELLEVUE TOWNSHIP
    BENTON TOWNSHIP
    CARMEL TOWNSHIP
    CHARLOTTE CITY
    CHESTER TOWNSHIP
    DELTA TOWNSHIP
    EATON TOWNSHIP (PART)
      TRACT 021001 INCLUDING BLOCK(S)
        1028, 1075.
    EATON RAPIDS TOWNSHIP
    GRAND LEDGE CITY
    KALAMO TOWNSHIP
    LANSING CITY
    OLIVET CITY
    ONEIDA TOWNSHIP
    POTTERVILLE CITY
    ROXAND TOWNSHIP
    SUNFIELD TOWNSHIP
    VERMONTVILLE TOWNSHIP
    WALTON TOWNSHIP
    WINDSOR TOWNSHIP
DISTRICT 072
  ALLEGAN COUNTY (PART)
    DORR TOWNSHIP
    LEIGHTON TOWNSHIP
    WAYLAND CITY
    WAYLAND TOWNSHIP
  KENT COUNTY (PART)
    GAINES TOWNSHIP
    KENTWOOD CITY
DISTRICT 073
  KENT COUNTY (PART)
    CANNON TOWNSHIP
    COURTLAND TOWNSHIP
    EAST GRAND RAPIDS CITY
    GRAND RAPIDS TOWNSHIP
    NELSON TOWNSHIP
    OAKFIELD TOWNSHIP
    PLAINFIELD TOWNSHIP
    SPENCER TOWNSHIP
DISTRICT 074
  KENT COUNTY (PART)
    ALGOMA TOWNSHIP
    ALPINE TOWNSHIP
    CEDAR SPRINGS CITY
    GRANDVILLE CITY
    ROCKFORD CITY
    SOLON TOWNSHIP
    SPARTA TOWNSHIP
    TYRONE TOWNSHIP
    WALKER CITY
DISTRICT 075
  KENT COUNTY (PART)
    GRAND RAPIDS CITY (PART)
      TRACT 001101 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1005,
        1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
TRACT 001200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1010, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016, 3017, 3018, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008.
TRACT 001300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026.
TRACT 001400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017.
TRACT 001500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037, 2038, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 3014, 3015.

TRACT 001600 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    2000, 2001, 2002, 2003, 2004, 2005,
    2006, 2007, 2008, 2009, 2010, 2011,
    2012, 2013, 3000, 3001, 3002, 3003,
    3004, 3005, 3006, 3007, 3008, 3009,
    3010, 3011, 3012, 3013, 3014, 4000,
    4001, 4002, 4003, 4004, 4005, 4006,
    4007, 4008, 4009, 4010, 4011, 4012,
    4013, 4014, 4015, 4016, 4017, 4018,
    4019, 4020, 4021, 4022, 4023, 4024,
    4025, 4026, 4027, 4028, 4029, 5000,
    5001, 5002, 5003, 5004, 5005, 5006,
    5007, 5008, 5009, 5010, 5011, 5012,
    5013, 5014, 5015, 5016, 5017, 5018,
    5019, 5020, 5021.
TRACT 001700 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1015,
    2000, 2001, 2002, 2003, 2004, 2008,
    2009, 2012, 2013, 2014, 2015, 2016,
    2017, 2018, 2019, 2020, 3000, 3001,
    3002, 3003, 3004, 3005, 3006, 3007,
    3008, 3009, 3010, 3011, 3012, 3013,
    3014, 3015, 3016, 3017, 3018, 3019,
    3020, 3021, 3022, 3023, 3024, 3025.
TRACT 001900 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,
    1012, 1013, 1014, 1015, 1016, 1017,
    1018, 1019, 1020, 1021, 1022, 1023,
    1024, 1025, 1026, 1027, 1028, 1029,
    1030, 1031, 1032, 1033, 1034, 1035,
    1036, 1037, 1038, 1039, 1040, 1041,
    1042, 1043, 1044, 1045, 1046, 1047,
    1048, 1049, 1050, 1051, 1052, 1053,
    1054, 1055, 1056, 1057, 1058, 1059,
    1060, 1061, 1062, 1063, 1064, 1065,
    1066, 1067, 1068, 1069, 1070, 1071,
    1072, 1073, 1074, 1075, 2000, 2001,
    2002, 2003, 2004, 2005, 2006, 2007,
    2008, 2009, 2010, 2011, 2012, 2013,
    2014, 2015, 2016, 3000, 3001, 3002,
    3003, 3004, 3005, 3006, 3007, 3008,
    3009, 3010, 3011, 3012, 3013, 3014,
    3015, 3016, 3017, 3018, 3019, 3020,
    3021, 3022, 3023, 3024, 4000, 4001,
    4002, 4003, 4004, 4005, 4006, 4007,
    4008, 4009, 4010, 4011, 4012, 4013,
    4014, 4015, 4016, 4017, 4018, 4019,
    4020, 4021, 4022, 4023, 4024, 4025,
    4026, 4027, 5000, 5001, 5002, 5003,
    5004, 5005, 5006, 5007, 5008, 5009,
    5010, 5011, 5012, 6000, 6001, 6002,
    6003, 6004, 6005, 6006, 6007, 6008,
    6009.
TRACT 002000 INCLUDING BLOCK(S)
    1000, 1001, 1002, 1003, 1004, 1005,
    1006, 1007, 1008, 1009, 1010, 1011,

1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032.
TRACT 002100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014.
TRACT 002200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4014, 4015.
TRACT 002300 INCLUDING BLOCK(S)
1042, 1043, 1044, 1050, 1051, 1052,
1053, 2000, 2002, 2003, 2007, 2008,
2009, 2010, 2011, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028.
TRACT 002400 INCLUDING BLOCK(S)
2015, 2017.
TRACT 002500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 3021,
3022, 3023, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008.
TRACT 002600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,

  1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012,
2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2040, 2041, 2042,
2043, 2044, 2045, 2046, 2047, 2048,
2049, 2050, 2051, 2052, 3000, 3001,
3002, 3003, 3004, 3005, 3006, 3007,
3008, 3009, 3010, 3011, 3012, 3013,
3014, 3015, 3016.

**TRACT 002700 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026,
3027, 3028, 3029, 3030, 3031, 3032,
3033, 3034, 3035, 3036, 3037, 3038,
3039, 3040, 3041, 3042, 3043, 3044,
3045, 3046, 3047, 3048, 3049, 3050,
3051, 3052, 3053, 3054, 3055, 3056,
3057, 3058, 3059, 3060, 3061.

**TRACT 002800 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023.

**TRACT 002900 INCLUDING BLOCK(S)**
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 2000,
2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010.

TRACT 003000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012.
TRACT 003100 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012.
TRACT 003200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4008, 4009,
5000, 5001, 5002, 5003, 5004, 5005,
5006, 5007, 5008, 5009, 5010, 5011,
5012, 5013, 5014, 5015, 5016, 5017,
5018, 5019, 5020, 5021.
TRACT 003300 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 1010,
1011, 1012, 1016, 1017.
TRACT 003500 INCLUDING BLOCK(S)
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015.
TRACT 003600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2027,
2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2037.
TRACT 003700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,

1024, 1025, 1026, 1027, 1028, 1029,
1030, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2028, 2029,
2030, 2031, 2032.
TRACT 003800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020.
TRACT 003900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015.
TRACT 004000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027.
TRACT 004100 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1013, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.
TRACT 004200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2008, 2014.
TRACT 004300 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1010.
TRACT 013300 INCLUDING BLOCK(S)
1000.
DISTRICT 076
KENT COUNTY (PART)
GRAND RAPIDS CITY (PART)
TRACT 000100 INCLUDING BLOCK(S)
1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016.

TRACT 000200 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030, 2031,
2032, 2033, 2034, 2035, 2036, 2037,
2038, 2039.
TRACT 000300 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,
1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 2002,
2003, 2004, 2005, 2006, 2009, 2010,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.
TRACT 000400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016.
TRACT 000500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 4017.
TRACT 000600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 2017, 2018, 2019,
2020, 2021, 2022, 2023, 2024, 2025,
2026, 2027, 2028, 2029, 2030.

TRACT 000700 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 2007, 2008, 2009, 2010, 2011,
2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017.
TRACT 000800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1056, 1057, 1058, 1059,
1060, 1061, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010.
TRACT 000900 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030.
TRACT 001000 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
2000, 2001, 2002, 2003, 2004, 2005,
2006, 3000, 3001, 3002, 3003, 3004,
3005, 3006, 3007, 3008, 3009, 3010,
3011, 3012, 3013, 3014, 3015, 3016,
3017, 3018, 3019, 3020, 3021, 3022,
3023, 3024, 3025, 3026, 3027, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010.
TRACT 001101 INCLUDING BLOCK(S)
2000, 2001, 2002, 2020.
TRACT 001102 INCLUDING BLOCK(S)
1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012,

1013, 1014, 1015, 1016, 1017, 1018,
1019, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013.
TRACT 001200 INCLUDING BLOCK(S)
1006, 1007, 1008, 1009, 1011, 1012,
1013.
TRACT 001700 INCLUDING BLOCK(S)
1005, 1006, 1007, 1008, 1009, 1010,
1011, 1012, 1013, 1014, 2005, 2006,
2007, 2010, 2011.
TRACT 001800 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 4000, 4001,
4002, 4003, 4004, 4005, 4006, 4007,
4008, 4009, 4010, 4011, 4012, 4013,
4014, 4015, 4016, 5000, 5001, 5002,
5003, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019, 5020, 5021,
5022, 5023, 5024.
TRACT 002300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1033,
1034, 1035, 1036, 1037, 1038, 1039,
1040, 1041, 1045, 1046, 1047, 1048,
1049, 1054, 1055, 1056, 2001, 2004,
2005, 2006, 2012.
TRACT 002400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2016,
2018.
TRACT 002500 INCLUDING BLOCK(S)
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3024.
TRACT 003300 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1013,
1014, 1015, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2021,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018.

TRACT 003400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 2020, 2025,
2026, 2027, 2028, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3017, 3018, 3019.
TRACT 003500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024.
TRACT 003700 INCLUDING BLOCK(S)
2027.
TRACT 004100 INCLUDING BLOCK(S)
1000, 1008, 1009, 1010, 1011, 1012,
1014, 1015, 1016, 1017, 1018, 1019,
1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 2017,
2018, 2019, 2020, 2021, 2022, 2023,
2024, 2025, 2026, 2027, 2028, 2029,
2030.
TRACT 004200 INCLUDING BLOCK(S)
2007, 2009, 2010, 2011, 2012, 2013,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032.
TRACT 004300 INCLUDING BLOCK(S)
1000, 1001, 1007, 1008, 1009, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007, 2008, 2009,
2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 3000, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015.
TRACT 004400 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2010,
2011, 2012, 2013, 2014, 2015, 2016,
2017, 2018, 2019, 2020, 2021, 2022,
2023, 2024, 2025, 2026, 2027, 3000,
3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3011, 3012,
3013, 4002, 4003, 4004, 4012, 4013,
4014, 4015, 4016, 4017, 4018, 4019,

4020, 4022, 4025, 4026, 4027, 4028,
4029, 4030, 5000, 5001, 5002, 5003,
5004, 5005, 5006, 5007, 5008, 5009,
5010, 5011, 5012, 5013, 5014, 5015,
5016, 5017, 5018, 5019.
TRACT 004500 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1017, 2002, 2003,
2004, 2005, 2006, 2007, 3001, 3002,
3003, 3004, 3005, 3006, 3007, 3008,
3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3019, 3020, 3021, 4000,
4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4011, 4012,
4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 4021, 4022, 4023, 4024,
4025, 5000, 5001, 5002, 5003, 5004,
5005, 5006, 5007, 5008, 5009, 5010,
5011, 5012, 5013, 5014, 5015, 5016,
5017, 5018, 5019, 5020, 5021, 5022,
5024, 6000, 6001, 6002, 6003, 6004,
6005, 6006, 6007, 6008, 6009, 6010,
6011, 6012, 6013, 6014, 6015, 6016,
6017, 6018.
TRACT 004600 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023,
1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014,
2015, 2016, 2017, 2018, 2019, 2020,
2021, 2022, 2023, 2024, 2025, 2026,
2027, 2028, 2029, 2030, 2031, 2032,
3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3010, 3011,
3012, 3013, 3014, 3015, 3016, 3017,
3018, 3019, 3020, 3021, 3022, 3023,
3024, 3025, 3026.
TRACT 011600 INCLUDING BLOCK(S)
1042, 1043, 3000, 3001, 3011, 3016,
3017, 3018, 3019, 3020, 3021, 3024,
3025, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037,
3039.
TRACT 011801 INCLUDING BLOCK(S)
1016, 1018, 1019, 1020, 1021, 1024,
1026, 1029, 1030, 3009, 3010, 3011,
4040, 4041.
TRACT 011803 INCLUDING BLOCK(S)
1005, 1007, 1008, 1009, 1010, 1011,
1016, 1017, 1018, 1019, 1020, 1021,
1023, 1027, 1028, 1048, 2003, 2004,
2005, 2006, 2007, 2008, 2009, 2011,
2012, 2013, 2014, 2021, 2022, 2023,
2024, 2025.

TRACT 012605 INCLUDING BLOCK(S)
1004, 1005, 1006, 1010, 1011, 1012.
TRACT 012606 INCLUDING BLOCK(S)
1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 2000, 2001,
2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013,
2014, 2015, 2016, 4000, 4001, 4002,
4003, 4004, 4005, 4006, 4007, 4008,
4009, 4010, 4011, 4012, 4013, 4014,
4015, 4016, 4017, 4018, 4019.
TRACT 012607 INCLUDING BLOCK(S)
1002, 1003, 1004.
TRACT 014200 INCLUDING BLOCK(S)
2043, 2044, 2045, 2048, 2049, 2050,
2051.
DISTRICT 077
  KENT COUNTY (PART)
    BYRON TOWNSHIP
    WYOMING CITY
DISTRICT 078
  BERRIEN COUNTY (PART)
    BARODA TOWNSHIP
    BERRIEN TOWNSHIP
    BERTRAND TOWNSHIP
    BUCHANAN CITY
    BUCHANAN TOWNSHIP
    CHIKAMING TOWNSHIP
    GALIEN TOWNSHIP
    NEW BUFFALO CITY
    NEW BUFFALO TOWNSHIP
    NILES CITY
    NILES TOWNSHIP
    ORONOKO TOWNSHIP
    PIPESTONE TOWNSHIP
    SODUS TOWNSHIP
    THREE OAKS TOWNSHIP
    WEESAW TOWNSHIP
  CASS COUNTY (PART)
    HOWARD TOWNSHIP
    MILTON TOWNSHIP
    NILES CITY
    ONTWA TOWNSHIP
    SILVER CREEK TOWNSHIP
DISTRICT 079
  BERRIEN COUNTY (PART)
    BAINBRIDGE TOWNSHIP
    BENTON TOWNSHIP
    BENTON HARBOR CITY
    BRIDGMAN CITY
    COLOMA CITY
    COLOMA TOWNSHIP
    HAGAR TOWNSHIP
    LAKE TOWNSHIP
    LINCOLN TOWNSHIP
    ROYALTON TOWNSHIP
    ST. JOSEPH CITY
    ST. JOSEPH TOWNSHIP
    WATERVLIET CITY
    WATERVLIET TOWNSHIP

DISTRICT 080
  ALLEGAN COUNTY (PART)
    ALLEGAN CITY
    ALLEGAN TOWNSHIP
    CASCO TOWNSHIP
    CHESHIRE TOWNSHIP
    CLYDE TOWNSHIP
    VILLAGE OF DOUGLAS CITY
    FENNVILLE CITY
    FILLMORE TOWNSHIP
    GANGES TOWNSHIP
    GUNPLAIN TOWNSHIP
    HEATH TOWNSHIP
    HOLLAND CITY
    HOPKINS TOWNSHIP
    LAKETOWN TOWNSHIP
    LEE TOWNSHIP
    MANLIUS TOWNSHIP
    MARTIN TOWNSHIP
    MONTEREY TOWNSHIP
    OTSEGO CITY
    OTSEGO TOWNSHIP
    OVERISEL TOWNSHIP
    PLAINWELL CITY
    SALEM TOWNSHIP
    SAUGATUCK CITY
    SAUGATUCK TOWNSHIP
    SOUTH HAVEN CITY
    TROWBRIDGE TOWNSHIP
    VALLEY TOWNSHIP
    WATSON TOWNSHIP
DISTRICT 081
  ST. CLAIR COUNTY (PART)
    ALGONAC CITY
    BERLIN TOWNSHIP
    BROCKWAY TOWNSHIP
    CHINA TOWNSHIP
    CLAY TOWNSHIP
    CLYDE TOWNSHIP
    COTTRELLVILLE TOWNSHIP
    EAST CHINA TOWNSHIP
    EMMETT TOWNSHIP
    GRANT TOWNSHIP
    GREENWOOD TOWNSHIP
    LYNN TOWNSHIP
    MARINE CITY CITY
    MARYSVILLE CITY
    MUSSEY TOWNSHIP
    PORT HURON TOWNSHIP
    ST. CLAIR CITY
    ST. CLAIR TOWNSHIP
    YALE CITY
DISTRICT 082
  LAPEER COUNTY
DISTRICT 083
  ST. CLAIR COUNTY (PART)
    BURTCHVILLE TOWNSHIP
    FORT GRATIOT TOWNSHIP
    PORT HURON CITY
  SANILAC COUNTY

DISTRICT 084
  HURON COUNTY
  TUSCOLA COUNTY
DISTRICT 085
  SAGINAW COUNTY (PART)
    BRADY TOWNSHIP
    BRANT TOWNSHIP
    CHAPIN TOWNSHIP
    CHESANING TOWNSHIP
    FREMONT TOWNSHIP
    JONESFIELD TOWNSHIP
    LAKEFIELD TOWNSHIP
    MAPLE GROVE TOWNSHIP
    MARION TOWNSHIP
    RICHLAND TOWNSHIP
  SHIAWASSEE COUNTY
DISTRICT 086
  IONIA COUNTY (PART)
    BELDING CITY
    BERLIN TOWNSHIP (PART)
      TRACT 032100 INCLUDING BLOCK(S)
        1001.
    EASTON TOWNSHIP
    IONIA CITY (PART)
      TRACT 031600 INCLUDING BLOCK(S)
        1028, 1029, 1033, 1035, 1036, 1037,
        1038, 1039, 1040, 1041, 1042, 1043,
        1044, 1049, 1050, 1051, 2004, 2009,
        2017, 2019, 2020, 2021, 2023, 2024,
        2025, 2026, 2027, 2028, 2029, 2033,
        2034, 2035, 2036, 2037, 2038, 2039,
        2040, 2041, 2042, 2043, 2044, 2045,
        3022, 3023, 3024, 3025, 3026, 3047,
        3048, 3049, 3050, 3051, 3055, 3056,
        3060, 3061, 3062, 3064, 3065, 3066,
        3067, 3068.
      TRACT 031700 INCLUDING BLOCK(S)
        1000, 1001, 1002, 1003, 1004, 1010,
        1011, 1012, 1013, 1014, 1015, 1016,
        2000, 2001, 2002, 2003, 2004, 2005,
        2006, 2007, 2008, 2009, 2010, 2011,
        2012, 2013, 2014, 3000, 3001, 3002,
        3003, 3004, 3005, 3006, 3007, 3008,
        3009, 3010, 3011, 3012, 3013, 3014,
        3015, 3016, 3017, 3018, 3019, 3020,
        3021, 3022, 3023, 3024, 3025, 3026,
        3027, 3028, 3029, 3030, 3031, 3032,
        3033, 3034, 3035, 4001, 4005, 4008,
        4009, 4010, 4011, 4012, 4013, 4014,
        4018, 4019, 4020, 4023, 4024, 4026,
        4027, 4028, 4029, 4030, 4031, 4032,
        4033, 4034, 4035, 4036, 4037, 4038,
        4039, 4040, 4041, 4042, 4043, 4044,
        4045, 4046, 4048, 4049, 4050, 4051,
        4052, 4053, 4054, 4055, 4058, 4059,
        4060, 4061, 4062.
      TRACT 031900 INCLUDING BLOCK(S)
        1054, 1056, 1061, 4006.

TRACT 032100 INCLUDING BLOCK(S)
1000, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 2000, 2001, 2002, 2011,
2017, 2018, 2019, 2020, 2023, 2024,
2025, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036,
2037, 2038, 2039, 2041, 2046, 2047,
2053, 2065, 2066, 2067, 2069, 2072,
2077, 2078, 2084, 3003, 3016, 3017,
3018, 3019.
TRACT 982200 INCLUDING BLOCK(S)
1000, 1002, 1003, 1004, 1005, 1007.
IONIA TOWNSHIP
ORLEANS TOWNSHIP
OTISCO TOWNSHIP
KENT COUNTY (PART)
ADA TOWNSHIP
BOWNE TOWNSHIP
CALEDONIA TOWNSHIP
CASCADE TOWNSHIP
GRATTAN TOWNSHIP
LOWELL CITY
LOWELL TOWNSHIP
VERGENNES TOWNSHIP
DISTRICT 087
BARRY COUNTY
IONIA COUNTY (PART)
BERLIN TOWNSHIP (PART)
TRACT 031900 INCLUDING BLOCK(S)
2057, 2058, 2059, 2060, 2061, 2062,
2063, 2064, 2065, 2066, 2067, 2068,
2069, 2070, 3000, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015,
3016, 3017, 3018, 3019, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027,
3028, 3029, 3030, 3031, 3032, 3033,
3034, 3035, 3036, 3037, 3038, 3039,
3040, 3041, 3042, 3043, 3044, 3045,
3046, 3047, 3048, 3049, 3050, 3051,
3052, 3053, 3054, 3055, 3056, 3057,
3058, 3059, 3060, 3061, 3062, 3063,
3064, 3065, 3066, 3067, 3068, 3069,
3070, 3071, 3072, 3073, 3074, 3075,
3076, 3077, 3078, 3079, 3080, 3081,
3082, 3083, 3084, 4007, 4008, 4009,
4010, 4011, 4012, 4013, 4031, 4032,
4033, 4037, 4041, 4042.
TRACT 032100 INCLUDING BLOCK(S)
2040, 2042, 2043, 2044, 2054, 2055,
2056, 2057, 2063, 2064, 3002, 3011,
3012, 3013, 3014, 3015, 3020, 3021,
3022, 3023, 3024, 3025, 3026, 3027.
BOSTON TOWNSHIP
CAMPBELL TOWNSHIP
DANBY TOWNSHIP
IONIA CITY (PART)
TRACT 031900 INCLUDING BLOCK(S)
4030.

    KEENE TOWNSHIP
    LYONS TOWNSHIP
    NORTH PLAINS TOWNSHIP
    ODESSA TOWNSHIP
    ORANGE TOWNSHIP
    PORTLAND CITY
    PORTLAND TOWNSHIP
    RONALD TOWNSHIP
    SEBEWA TOWNSHIP
DISTRICT 088
  OTTAWA COUNTY (PART)
    ALLENDALE TOWNSHIP
    CHESTER TOWNSHIP
    COOPERSVILLE CITY
    GEORGETOWN TOWNSHIP
    POLKTON TOWNSHIP
    TALLMADGE TOWNSHIP
    WRIGHT TOWNSHIP
DISTRICT 089
  OTTAWA COUNTY (PART)
    BLENDON TOWNSHIP
    CROCKERY TOWNSHIP
    FERRYSBURG CITY
    GRAND HAVEN CITY
    GRAND HAVEN TOWNSHIP
    OLIVE TOWNSHIP
    PARK TOWNSHIP
    PORT SHELDON TOWNSHIP
    ROBINSON TOWNSHIP
    SPRING LAKE TOWNSHIP
DISTRICT 090
  OTTAWA COUNTY (PART)
    HOLLAND CITY
    HOLLAND TOWNSHIP
    HUDSONVILLE CITY
    JAMESTOWN TOWNSHIP
    ZEELAND CITY
    ZEELAND TOWNSHIP
DISTRICT 091
  MUSKEGON COUNTY (PART)
    BLUE LAKE TOWNSHIP
    CASNOVIA TOWNSHIP
    CEDAR CREEK TOWNSHIP
    DALTON TOWNSHIP
    EGELSTON TOWNSHIP
    FRUITPORT TOWNSHIP
    HOLTON TOWNSHIP
    MONTAGUE CITY
    MONTAGUE TOWNSHIP
    MOORLAND TOWNSHIP
    NORTON SHORES CITY
    RAVENNA TOWNSHIP
    ROOSEVELT PARK CITY
    SULLIVAN TOWNSHIP
    WHITEHALL CITY
    WHITE RIVER TOWNSHIP
DISTRICT 092
  MUSKEGON COUNTY (PART)
    FRUITLAND TOWNSHIP
    LAKETON TOWNSHIP

    MUSKEGON CITY
    MUSKEGON TOWNSHIP
    MUSKEGON HEIGHTS CITY
    NORTH MUSKEGON CITY
    WHITEHALL TOWNSHIP
DISTRICT 093
  CLINTON COUNTY
  GRATIOT COUNTY (PART)
    ARCADA TOWNSHIP (PART)
      TRACT 000200 INCLUDING BLOCK(S)
        3016, 3017, 3032, 3069, 3070, 3071,
        3072, 3073, 3074, 3075, 3076, 3077,
        3078, 3079, 3080, 3081, 3082, 3085,
        3086, 3087, 3088, 3089, 3090, 3100,
        3101, 3102, 3103, 3104, 3105, 4000,
        4002, 4003, 4004, 4005, 4006, 4007,
        4008, 4009, 4010, 4011, 4012, 4013,
        4014, 4015, 4016, 4017, 4018, 4019,
        4020, 4021, 4022, 4023, 4024, 4025,
        4026, 4027, 4028, 4029, 4030, 4031,
        4032, 4038, 4043, 4044, 4045, 4046,
        4047, 4048, 4049, 4050, 4051, 4052,
        4053, 4054, 4055, 4056, 4057.
      TRACT 000600 INCLUDING BLOCK(S)
        1020, 1021, 1039, 1043, 1044, 2016,
        2017, 3024, 3025, 4026.
    ELBA TOWNSHIP
    EMERSON TOWNSHIP (PART)
      TRACT 000200 INCLUDING BLOCK(S)
        3119, 3120, 3129, 3130, 3131.
    FULTON TOWNSHIP
    HAMILTON TOWNSHIP
    ITHACA CITY
    LAFAYETTE TOWNSHIP
    NEWARK TOWNSHIP
    NEW HAVEN TOWNSHIP
    NORTH SHADE TOWNSHIP
    NORTH STAR TOWNSHIP
    SUMNER TOWNSHIP
    WASHINGTON TOWNSHIP
    WHEELER TOWNSHIP
DISTRICT 094
  SAGINAW COUNTY (PART)
    ALBEE TOWNSHIP
    BIRCH RUN TOWNSHIP
    BLUMFIELD TOWNSHIP
    FRANKENMUTH CITY
    FRANKENMUTH TOWNSHIP
    SAGINAW TOWNSHIP
    ST. CHARLES TOWNSHIP
    SWAN CREEK TOWNSHIP
    TAYMOUTH TOWNSHIP
    THOMAS TOWNSHIP
    TITTABAWASSEE TOWNSHIP
DISTRICT 095
  SAGINAW COUNTY (PART)
    BRIDGEPORT TOWNSHIP
    BUENA VISTA TOWNSHIP
    CARROLLTON TOWNSHIP

JAMES TOWNSHIP
KOCHVILLE TOWNSHIP
SAGINAW CITY
SPAULDING TOWNSHIP
ZILWAUKEE CITY
ZILWAUKEE TOWNSHIP
DISTRICT 096
BAY COUNTY (PART)
BANGOR TOWNSHIP
BAY CITY CITY
ESSEXVILLE CITY
FRANKENLUST TOWNSHIP
HAMPTON TOWNSHIP
KAWKAWLIN TOWNSHIP
MERRITT TOWNSHIP
MONITOR TOWNSHIP
PORTSMOUTH TOWNSHIP
DISTRICT 097
ARENAC COUNTY
CLARE COUNTY
GLADWIN COUNTY
OSCEOLA COUNTY (PART)
EVART CITY
EVART TOWNSHIP
HERSEY TOWNSHIP
HIGHLAND TOWNSHIP
MARION TOWNSHIP
MIDDLE BRANCH TOWNSHIP
ORIENT TOWNSHIP
OSCEOLA TOWNSHIP
SHERMAN TOWNSHIP
SYLVAN TOWNSHIP
DISTRICT 098
BAY COUNTY (PART)
AUBURN CITY
BEAVER TOWNSHIP
FRASER TOWNSHIP
GARFIELD TOWNSHIP
GIBSON TOWNSHIP
MIDLAND CITY
MT. FOREST TOWNSHIP
PINCONNING CITY
PINCONNING TOWNSHIP
WILLIAMS TOWNSHIP
MIDLAND COUNTY (PART)
HOMER TOWNSHIP
JEROME TOWNSHIP
LARKIN TOWNSHIP
LEE TOWNSHIP
LINCOLN TOWNSHIP
MIDLAND CITY
MIDLAND TOWNSHIP
DISTRICT 099
ISABELLA COUNTY
MIDLAND COUNTY (PART)
COLEMAN CITY
EDENVILLE TOWNSHIP
GENEVA TOWNSHIP
GREENDALE TOWNSHIP
HOPE TOWNSHIP

    INGERSOLL TOWNSHIP
    JASPER TOWNSHIP
    MILLS TOWNSHIP
    MT. HALEY TOWNSHIP
    PORTER TOWNSHIP
    WARREN TOWNSHIP
DISTRICT 100
  LAKE COUNTY
  NEWAYGO COUNTY
  OCEANA COUNTY
DISTRICT 101
  BENZIE COUNTY
  LEELANAU COUNTY
  MANISTEE COUNTY
  MASON COUNTY
DISTRICT 102
  MECOSTA COUNTY
  OSCEOLA COUNTY (PART)
    BURDELL TOWNSHIP
    CEDAR TOWNSHIP
    HARTWICK TOWNSHIP
    LEROY TOWNSHIP
    LINCOLN TOWNSHIP
    REED CITY CITY
    RICHMOND TOWNSHIP
    ROSE LAKE TOWNSHIP
  WEXFORD COUNTY
DISTRICT 103
  CRAWFORD COUNTY
  KALKASKA COUNTY
  MISSAUKEE COUNTY
  OGEMAW COUNTY
  ROSCOMMON COUNTY
DISTRICT 104
  GRAND TRAVERSE COUNTY
DISTRICT 105
  ANTRIM COUNTY
  CHARLEVOIX COUNTY
  MONTMORENCY COUNTY
  OSCODA COUNTY
  OTSEGO COUNTY
DISTRICT 106
  ALCONA COUNTY
  ALPENA COUNTY
  CHEBOYGAN COUNTY (PART)
    ALOHA TOWNSHIP
    BENTON TOWNSHIP
    BURT TOWNSHIP
    ELLIS TOWNSHIP
    FOREST TOWNSHIP
    GRANT TOWNSHIP
    INVERNESS TOWNSHIP
    MENTOR TOWNSHIP
    MULLETT TOWNSHIP
    NUNDA TOWNSHIP
    WALKER TOWNSHIP
    WAVERLY TOWNSHIP
    WILMOT TOWNSHIP
  IOSCO COUNTY
  PRESQUE ISLE COUNTY

DISTRICT 107
  CHEBOYGAN COUNTY (PART)
    BEAUGRAND TOWNSHIP
    CHEBOYGAN CITY
    HEBRON TOWNSHIP
    KOEHLER TOWNSHIP
    MACKINAW TOWNSHIP
    MUNRO TOWNSHIP
    TUSCARORA TOWNSHIP
  CHIPPEWA COUNTY
  EMMET COUNTY
  MACKINAC COUNTY
DISTRICT 108
  DELTA COUNTY
  DICKINSON COUNTY
  MENOMINEE COUNTY
DISTRICT 109
  ALGER COUNTY
  LUCE COUNTY
  MARQUETTE COUNTY (PART)
    CHAMPION TOWNSHIP
    CHOCOLAY TOWNSHIP
    ELY TOWNSHIP
    EWING TOWNSHIP
    FORSYTH TOWNSHIP
    HUMBOLDT TOWNSHIP
    ISHPEMING CITY
    MARQUETTE CITY
    MARQUETTE TOWNSHIP
    MICHIGAMME TOWNSHIP
    NEGAUNEE CITY
    NEGAUNEE TOWNSHIP
    REPUBLIC TOWNSHIP
    RICHMOND TOWNSHIP
    SANDS TOWNSHIP
    SKANDIA TOWNSHIP
    TILDEN TOWNSHIP
    TURIN TOWNSHIP
    WELLS TOWNSHIP
    WEST BRANCH TOWNSHIP
  SCHOOLCRAFT COUNTY
DISTRICT 110
  BARAGA COUNTY
  GOGEBIC COUNTY
  HOUGHTON COUNTY
  IRON COUNTY
  KEWEENAW COUNTY
  MARQUETTE COUNTY (PART)
    ISHPEMING TOWNSHIP
    POWELL TOWNSHIP
  ONTONAGON COUNTY".

The House of Representatives has passed the bill as amended.
Pending the order that, under rule 3.202, the bill be laid over one day,
Senator Meekhof moved that the rule be suspended.
The motion prevailed, a majority of the members serving voting therefor.
The question being on concurring in the amendment made to the bill by the House,
The amendment was concurred in, a majority of the members serving voting therefor, as follows:

No. 60]                    [June 29, 2011] JOURNAL OF THE SENATE                    1893

**Roll Call No. 376**                          Yeas—29

| | | | |
|---|---|---|---|
| Booher | Hildenbrand | Marleau | Richardville |
| Brandenburg | Hood | Meekhof | Robertson |
| Casperson | Hune | Moolenaar | Rocca |
| Caswell | Jansen | Nofs | Schuitmaker |
| Colbeck | Jones | Pappageorge | Smith |
| Emmons | Kahn | Pavlov | Walker |
| Green | Kowall | Proos | Warren |
| Hansen | | | |

Nays—9

| | | | |
|---|---|---|---|
| Anderson | Gregory | Hunter | Whitmer |
| Bieda | Hopgood | Johnson | Young |
| Gleason | | | |

Excused—0

Not Voting—0

In The Chair: President

The question being on concurring in the committee recommendation to give the bill immediate effect,
The recommendation was not concurred in, 2/3 of the members serving not voting therefor.
The bill was referred to the Secretary for enrollment printing and presentation to the Governor.

**Senate Bill No. 24, entitled**
A bill to amend 1956 PA 218, entitled "The insurance code of 1956," by amending section 1505 (MCL 500.1505).
The House of Representatives has passed the bill, ordered that it be given immediate effect and pursuant to Joint Rule 20, inserted the full title.
The question being on concurring in the committee recommendation to give the bill immediate effect,
The recommendation was concurred in, 2/3 of the members serving voting therefor.
The Senate agreed to the full title.
The bill was referred to the Secretary for enrollment printing and presentation to the Governor.

**Senate Bill No. 165, entitled**
A bill to provide for fair and open competition in governmental construction contracts, grants, tax abatements, and tax credits; to prohibit requirements for certain terms in government contracts and contracts supported through government grants and tax subsidies and abatements; to prohibit expenditure of public funds under certain conditions; to prohibit certain terms in procurement documents for certain expenditures involving public facilities; and to provide for powers and duties of certain public officers, employees, and contractors.
The House of Representatives has passed the bill and ordered that the bill be given immediate effect.
The question being on concurring in the committee recommendation to give the bill immediate effect,
The recommendation was concurred in, 2/3 of the members serving voting therefor.
The bill was referred to the Secretary for enrollment printing and presentation to the Governor.

**Senate Bill No. 350, entitled**
A bill to amend 1978 PA 368, entitled "Public health code," by amending section 17766e (MCL 333.17766e), as added by 2005 PA 87.
The House of Representatives has passed the bill, ordered that it be given immediate effect and pursuant to Joint Rule 20, inserted the full title.

# No. 63
## STATE OF MICHIGAN

# Journal of the Senate

## 96th Legislature
### REGULAR SESSION OF 2011

Senate Chamber, Lansing, Wednesday, August 24, 2011.

10:00 a.m.

The Senate was called to order by the President, Lieutenant Governor Brian N. Calley.

The roll was called by the Secretary of the Senate, who announced that a quorum was present.

| | | |
|---|---|---|
| Anderson—present | Hood—present | Pappageorge—present |
| Bieda—present | Hopgood—present | Pavlov—present |
| Booher—present | Hune—present | Proos—present |
| Brandenburg—present | Hunter—present | Richardville—present |
| Casperson—present | Jansen—present | Robertson—present |
| Caswell—present | Johnson—present | Rocca—present |
| Colbeck—present | Jones—present | Schuitmaker—present |
| Emmons—present | Kahn—present | Smith—present |
| Gleason—present | Kowall—present | Walker—present |
| Green—present | Marleau—present | Warren—present |
| Gregory—present | Meekhof—present | Whitmer—present |
| Hansen—present | Moolenaar—present | Young—present |
| Hildenbrand—present | Nofs—present | |

The Secretary announced the enrollment printing and presentation to the Governor on Tuesday, July 26, for his approval the following bill:
**Enrolled Senate Bill No. 498 at 2:40 p.m.**

The Secretary announced that the following official bills were printed on Thursday, July 14, and are available at the legislative website:
**Senate Bill Nos.**    561    562    563    564    565    566    567    568    569    570

The Secretary announced that the following official bills were printed on Wednesday, July 27, and are available at the legislative website:
**House Bill Nos.**    4858    4859    4860    4861    4862    4863    4864    4865    4866    4867    4868    4869    4870    4871
                       4872    4873    4874    4875    4876    4877    4878

### Messages from the Governor

The following messages from the Governor were received:

Date: July 12, 2011
Time: 10:04 a.m.

To the President of the Senate:
Sir—I have this day approved and signed
**Enrolled Senate Bill No. 214 (Public Act No. 73), being**
An act to amend 1949 PA 300, entitled "An act to provide for the registration, titling, sale, transfer, and regulation of certain vehicles operated upon the public highways of this state or any other place open to the general public or generally accessible to motor vehicles and distressed vehicles; to provide for the licensing of dealers; to provide for the examination, licensing, and control of operators and chauffeurs; to provide for the giving of proof of financial responsibility and security by owners and operators of vehicles; to provide for the imposition, levy, and collection of specific taxes on vehicles, and the levy and collection of sales and use taxes, license fees, and permit fees; to provide for the regulation and use of streets and highways; to create certain funds; to provide penalties and sanctions for a violation of this act; to provide for civil liability of owners and operators of vehicles and service of process on residents and nonresidents; to regulate the introduction and use of certain evidence; to provide for the levy of certain assessments; to provide for the enforcement of this act; to provide for the creation of and to prescribe the powers and duties of certain state and local agencies; to impose liability upon the state or local agencies; to provide appropriations for certain purposes; to repeal all other acts or parts of acts inconsistent with this act or contrary to this act; and to repeal certain parts of this act on a specific date," by amending section 803i (MCL 257.803i), as amended by 1998 PA 68.
(Filed with the Secretary of State on July 12, 2011, at 3:56 p.m.)

Date: July 12, 2011
Time: 10:11 a.m.

To the President of the Senate:
Sir—I have this day approved and signed
**Enrolled Senate Bill No. 138 (Public Act No. 83), being**
An act to make, supplement, and adjust appropriations for various state departments and agencies for the fiscal year ending September 30, 2011; to provide for the expenditure of the appropriations; and to repeal acts and parts of acts.
(Filed with the Secretary of State on July 13, 2011, at 10:11 a.m.)

Date: July 12, 2011
Time: 10:13 a.m.

To the President of the Senate:
Sir—I have this day approved and signed
**Enrolled Senate Bill No. 24 (Public Act No. 75), being**
An act to amend 1956 PA 218, entitled "An act to revise, consolidate, and classify the laws relating to the insurance and surety business; to regulate the incorporation or formation of domestic insurance and surety companies and associations and the admission of foreign and alien companies and associations; to provide their rights, powers, and immunities and to prescribe the conditions on which companies and associations organized, existing, or authorized under this act may exercise their powers; to provide the rights, powers, and immunities and to prescribe the conditions on which

by carriers of property for hire upon or over such highways; to preserve, foster, and regulate transportation and permit the coordination of motor vehicle transportation facilities; to provide for the supervision, regulation, and control of the use of such highways by all motor vehicles for hire for such purposes; to classify and regulate carriers of property by motor vehicles for hire upon such public highways for such purposes; to give the Michigan Public Service Commission jurisdiction and authority to prevent evasion of this act through any device or arrangement; to insure adequate transportation service; to give the commission jurisdiction and authority to fix, alter, regulate, and determine rates, fares, charges, classifications, and practices of common motor carriers for such purposes; to give the commission jurisdiction and authority to require registration, conduct audits, and assess fees for motor carriers for unified carrier registration; to require filing with the commission of rates, fares, and charges of contract carriers and to authorize the commission to prescribe minimum rates, fares, and charges, and to require the observance thereof; to prevent unjust discrimination; to prescribe the powers and duties of said commission with reference thereto; to provide for appeals from the orders of such commission; to confer jurisdiction upon the circuit court for the county of Ingham for such appeals; to provide for the levy and collection of certain privilege fees and taxes for such carriers for such purposes and the disposition of such fees and taxes; and to provide for the enforcement of this act; and to prescribe penalties for its violations," by amending section 2 of article V (MCL 479.2), as amended by 2008 PA 584.

(Filed with the Secretary of State on July 20, 2011, at 1:14 p.m.)

Date: July 20, 2011
Time: 11:34 a.m.

To the President of the Senate:

Sir—I have this day approved and signed

**Enrolled Senate Bill No. 346 (Public Act No. 127), being**

An act to amend 1953 PA 232, entitled "An act to revise, consolidate, and codify the laws relating to probationers and probation officers, to pardons, reprieves, commutations, and paroles, to the administration of correctional institutions, correctional farms, and probation recovery camps, to prisoner labor and correctional industries, and to the supervision and inspection of local jails and houses of correction; to provide for the siting of correctional facilities; to create a state department of corrections, and to prescribe its powers and duties; to provide for the transfer to and vesting in said department of powers and duties vested by law in certain other state boards, commissions, and officers, and to abolish certain boards, commissions, and offices the powers and duties of which are transferred by this act; to allow for the operation of certain facilities by private entities; to prescribe the powers and duties of certain other state departments and agencies; to provide for the creation of a local lockup advisory board; to provide for a lifetime electronic monitoring program; to prescribe penalties for the violation of the provisions of this act; to make certain appropriations; to repeal certain parts of this act on specific dates; and to repeal all acts and parts of acts inconsistent with the provisions of this act," by amending section 33d (MCL 791.233d), as amended by 2001 PA 86.

(Filed with the Secretary of State on July 21, 2011, at 8:54 a.m.)

Date: August 9, 2011
Time: 11:09 a.m.

To the President of the Senate:

Sir—I have this day approved and signed

**Enrolled Senate Bill No. 498 (Public Act No. 129), being**

An act to amend 2001 PA 116, entitled "An act to divide this state into 110 representative and 38 senatorial districts; and to prescribe the powers and duties of certain state departments and officers," by amending the title and sections 3 and 6 (MCL 4.2003 and 4.2006) and by adding sections 1a, 2a, and 5a.

(Filed with the Secretary of State on August 9, 2011, at 1:33 p.m.)

Respectfully,
Rick Snyder
Governor

The following message from the Governor was received:

July 12, 2011

Today I have signed Enrolled Senate Bill 138, which makes supplemental appropriations for various departments and agencies for the fiscal year ending September 30, 2011.

In providing direction to departments in implementing appropriations contained in Enrolled Senate Bill 138, I note the following:

- Section 271 attempts to impose conditions on appropriations not contained in Enrolled Senate Bill 138. The conditions purportedly imposed by this section cannot be valid conditions on appropriations as they are outside the scope of the title and object of the bill and may violate Const 1963, art IV, section 24.