Submission Index
Congressional Redistricting Plan

1. A copy of any ordinance, enactment, order, or regulation embodying the change affecting voting for which section 5 preclearance is being requested. 28 CFR 51.27(a).

2. A copy of any ordinance, enactment, order, or regulation embodying the voting standard, practice, or procedure that is proposed to be repealed, amended, or otherwise changed. 28 CFR 51.27(b).

3. A statement that identifies with specificity each change affecting voting for which section 5 preclearance is being requested and that explains the difference between the submitted change and the prior law or practice. 28 CFR 51.27(c).

4. The name, title, mailing address, and telephone number of the person making the submission. Where available, a telefacsimile number and an email address for the person making the submission also should be provided. 28 CFR 51.27(d).

5. The name of the submitting authority and the name of the jurisdiction responsible for the change, if different. 28 CFR 51.27(e).

6. Identification of the person or body responsible for making the change and the mode of decision (e.g., act of State legislature, ordinance of city council, administrative decision by registrar). 28 CFR 51.27(g).

7. A statement identifying the statutory or other authority under which the jurisdiction undertakes the change and a description of the procedures the jurisdiction was required to follow in deciding to undertake the change. 28 CFR 51.27(h).

8. The date of adoption of the change affecting voting. 28 CFR 51.27(i).

9. The date on which the change is to take effect. 28 CFR 51.27(j).

10. A statement that the change has not yet been enforced or administered, or an explanation of why such a statement cannot be made. 28 CFR 51.27(k).

11. A statement of the reasons for the change. 28 CFR 51.27(m).

12. A statement of the anticipated effect of the change on members of racial or language minority groups. 28 CFR 51.27(n).

13. A statement that the prior practice has been precleared (with the date) or is not subject to the preclearance requirement and a statement that the procedure for the adoption of the change has been precleared (with the date) or is not subject to the preclearance requirement, or an explanation of why such statements cannot be made. 28 CFR 51.27(p).

14. Total and voting age population of the affected area before and after the change, by race and language group. If such information is contained in publications of the U.S. Bureau of the Census, reference to the appropriate volume and table is sufficient. 28 CFR 51.28(a)(1).

15. The number of registered voters for the affected area by voting precinct before and after the change, by race and language group. 28 CFR 51.28(a)(2).

16. Where any change is made that revises the constituency that elects any office or affects the boundaries of any geographic unit or units defined or employed for voting purposes (e.g., redistricting, annexation, change from district to at-large elections) or that changes voting precinct boundaries, polling place locations, or voter registration sites, maps in duplicate of the area to be affected, containing the following information: the prior and new boundaries of the voting unit or units. 28 CFR 51.28(b)(1).

17. Maps containing the location of racial and language minority groups. 28 CFR 51.28(b)(3).

18. Where a change may affect the electoral influence of a racial or language minority group, returns of primary and general elections conducted by or in the jurisdiction, containing the following information: The name of each candidate [;]the position sought by each candidate [;]the number of votes received by each candidate, by voting precinct. 28 CFR 51.28(d)(1), (3), (4).

19. Election returns containing the outcome of each contest. 28 CFR 51.28(d)(5).

20. Where a change is made affecting the use of the language of a language minority group in the electoral process, information that will enable the Attorney General to determine whether the change is consistent with the minority language requirements of the Act. 28 CFR 51.28(e).

21. Publicity and participation. For submissions involving controversial or potentially controversial changes, evidence of public notice, of the opportunity for the public to be heard, and of the opportunity for interested parties to participate in the decision to adopt the proposed change and an account of the extent to which such participation, especially by minority group members, in fact took place. Examples of materials demonstrating public notice or participation include: Copies of newspaper articles discussing the proposed change. 28 CFR 51.28(f)(1).

22. Public notice or participation materials containing copies of public notices that describe the proposed change and invite public comment or participation in hearings and statements regarding where such public notices appeared (e.g., newspaper, radio, or television, posted in public buildings, sent to identified individuals or groups). 28 CFR 51.28(f)(2).

23. Public notice or participation materials containing minutes or accounts of public hearings concerning the proposed change. 28 CFR 51.28(f)(3).

24. Public notice or participation materials containing copies of comments from the general public. 28 CFR 51.28(f)(5).

25. Public notice or participation materials containing excerpts from legislative journals containing discussion of a submitted enactment, or other materials revealing its legislative purpose. 28 CFR 51.28(f)(6).