# MICHIGAN'S 110 HOUSE DISTRICTS

2001 Apportionment Plan

**GEOGRAPHY**

- House Districts (2001)
- County
- Minor Civil Division

**Highways**
- Interstate
- U.S.
- State

METRO AREA INSET

SEE INSET FOR METRO AREA

Produced by
Center for Geographic Information
Department of Information Technology
May 2002

SOURCE: Base map from the Michigan Geographic Framework,
Legislative District boundaries from 2001 Apportionment Plan.

