# MICHIGAN'S 38 SENATE DISTRICTS

2001 Apportionment Plan

**GEOGRAPHY**

- Senate Districts (2001)
- County
- Minor Civil Division

**Highways**
- Interstate
- U.S.
- State

METRO AREA INSET

SEE INSET FOR METRO AREA

Produced by
Center for Geographic Information
Department of Information Technology
May 2002

SOURCE: Base map from the Michigan Geographic Framework,
Legislative District boundaries from 2001 Apportionment Plan.

Exhibit G
Page 2 of 2

# State Senate

## 2011 Apportionment Plan

Keweenaw
Houghton
Baraga
Ontonagon
Gogebic
Iron
Marquette
Dickinson
Menominee
Delta
Alger
Schoolcraft
Luce
Chippewa
Mackinac
38
37
Emmet
Cheboygan
Charlevoix
Antrim
Presque Isle
Montmorency
Alpena
Otsego
Oscoda
Alcona
Crawford
Ogemaw
Iosco
Roscommon
36
Kalkaska
Missaukee
Grand Traverse
Leelanau
Benzie
Manistee
Wexford
Lake
Osceola
Mason
35
Arenac
Gladwin
Clare
Midland
Bay
Isabella
Mecosta
Montcalm
Gratiot
Saginaw
Newaygo
Oceana
Muskegon
33
34
32
Huron
Tuscola
Sanilac
Lapeer
St. Clair
Genesee
Shiawassee
Clinton
Ionia
Kent
Ottawa
Allegan
Barry
Eaton
Ingham
Livingston
Oakland
Macomb
Wayne
Washtenaw
Monroe
Lenawee
Jackson
Hillsdale
Calhoun
Branch
Kalamazoo
Van Buren
St. Joseph
Cass
Berrien
25
31
27
28
29
30
26
24
23
22
19
20
21
16
17
18
15
14
13
12
11
10
9
8
7
6
5
4
3
2
1
N
E
S
W

