

Exhibit H
Page 2 of 2

# Congress

## Michigan's 14 Congressional Districts
## 2011 Apportionment Plan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
Keweenaw
Houghton
Ontonagon
Gogebic
Baraga
Iron
Marquette
Dickinson
Menominee
Delta
Alger
Schoolcraft
Luce
Mackinac
Chippewa
Emmet
Cheboygan
Presque Isle
Charlevoix
Antrim
Otsego
Montmorency
Alpena
Alcona
Oscoda
Crawford
Kalkaska
Grand Traverse
Leelanau
Benzie
Manistee
Wexford
Missaukee
Roscommon
Ogemaw
Iosco
Arenac
Gladwin
Clare
Osceola
Lake
Mason
Oceana
Newaygo
Mecosta
Isabella
Midland
Bay
Saginaw
Gratiot
Montcalm
Muskegon
Ottawa
Kent
Ionia
Clinton
Shiawassee
Genesee
Tuscola
Huron
Sanilac
Lapeer
St. Clair
Macomb
Oakland
Livingston
Ingham
Eaton
Barry
Allegan
Van Buren
Kalamazoo
Calhoun
Jackson
Washtenaw
Wayne
Monroe
Lenawee
Hillsdale
Branch
St. Joseph
Cass
Berrien