UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF MICHIGAN**<br>Secretary of State Ruth Johnson<br>Michigan Department of State<br>Lansing, MI 48918<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>**UNITED STATES** and **ATTORNEY GENERAL**<br>**ERIC H. HOLDER, JR.** in his official capacity<br>United States Department of Justice<br>Washington, DC 20530<br><br>　　　　　　　Defendants. | Civil Case No. |

## APPLICATION FOR THREE-JUDGE COURT

Plaintiff State of Michigan and its Secretary of State, Ruth Johnson, (collectively the "State" or "Plaintiff") by Michigan Attorney General Bill Schuette, bring this action pursuant to Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973c ("Section 5"), for a declaratory judgment that the 2011 State House and State Senate Redistricting Plans, Public Act 129 of 2011, and the 2011 Congressional Redistricting Plan, Public Act 128 of 2011, for the State of Michigan fully comply with Section 5 and that the State may implement the plans immediately.

Pursuant to LCvR 9.1, Plaintiff hereby applies to this Court to convene a three- judge court to hear and determine this action, pursuant to 42 U.S.C. § 1973c and 28 U.S.C. § 2284(a) and requests that such court be appointed as soon as practicable.

Since it is of great importance to the State of Michigan and its citizens that a final judgment be entered upon its claims at the earliest practicable date in order for the State to conduct its 2012 primary and general election, Plaintiff respectfully requests that the convening of a three-judge court be made on an expedited basis. Pursuant to LCvR 7(m), Plaintiff has been unable to confer with Defendants' counsel, since this motion is being filed concurrent with the filing of the Complaint and the identity of Defendants' specific counsel is unknown.

In accordance with LCvR 7(c) and 9.1, a Memorandum of Points and Authorities in support of this Application and a Proposed Order accompany this application.

Respectfully submitted,

Bill Schuette (P32532)
Attorney General

Richard A. Bandstra (P31928)
Chief Legal Counsel

John J. Bursch (P57679)d
Solicitor General

By: /s/
Gary P. Gordon (P26290)
Jason T. Hanselman (P61813)
M. Catherine Wilcox (P73340)
Special Assistant Attorneys General
Dykema Gossett PLLC
Attorneys for Plaintiffs
201 Townsend Street, Suite 900
Lansing, MI 48933
(517) 374-9100

Dated: November 2, 2011