## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF MICHIGAN**<br>Secretary of State Ruth Johnson<br>Michigan Department of State<br>Lansing, MI 48918<br><br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES** and **ATTORNEY GENERAL**<br>**ERIC H. HOLDER, JR.** in his official capacity<br>United States Department of Justice<br>Washington, DC 20530<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiff has filed an Application for Three-Judge Court pursuant to LCvR 9.1 of the Rules of the United States District Court for the District of Columbia, 42 U.S.C. § 1973c, and 28 U.S.C. § 2284(a), requesting that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 5 of the Voting Rights Act. According to Plaintiff's Application, Plaintiff has been unable to confer with Defendants' counsel, since this motion is being filed concurrent with the filing of the Complaint and the identity of Defendants' specific counsel is unknown. It appearing that the motion is well taken, it is this __ day of

_____, 2011:

ORDERED that Plaintiff's Application is GRANTED.

And it is FURTHER ORDERED that the Clerk of this Court shall transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. § 2284(b)(1), so that a three-judge court may be convened.

United States District Judge
District of Columbia

LAN01\242866.2
ID\MCWI - 108150/0001