# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

September Term, 2011
No. 462    11cv1938



State of Michigan,

    Plaintiff,

v.

United States of America, *et al.*,

    Defendants.

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

The Honorable Richard J. Leon, Judge, United States District Court for the District of Columbia, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

**ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Brett M. Kavanaugh, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Colleen Kollar-Kotelly, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Richard J. Leon as members of the court to hear and determine this case. Judge Kavanuagh will preside.

                              David B. Sentelle
                              Chief Judge

Date: 12-01-2011