UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF MICHIGAN** )<br>Secretary of State Ruth Johnson )<br>Michigan Department of State )<br>Lansing, MI 48918 )<br> )<br> )<br>        Plaintiff, )<br> )<br>    vs. )<br> )<br>**UNITED STATES** and **ATTORNEY GENERAL** )<br>**ERIC H. HOLDER, JR.** in his official capacity )<br>United States Department of Justice )<br>Washington, DC 20530 )<br> )<br> )<br>        Defendants. | Civil Case No. 11-cv-1938 |

_____

Gary P. Gordon (MI Bar No. P26290)
Jason T. Hanselman (MI Bar No. P61813)
M. Catherine Wilcox (MI Bar No. P73340)
Special Assistant Attorneys General
Dykema Gossett PLLC
Attorneys for Plaintiffs
201 Townsend Street, Suite 900
Lansing, MI 48933
(517) 374-9100

**INDEX OF REVISED EXHIBITS TO COMPLAINT**

    Exhibit A - Michigan Public Act 129 of 2011

    Exhibit B - Michigan Public Act 128 of 2011

    Exhibit C - Declaration of Michigan Director of Elections Christopher Thomas

    Exhibit D - Submission pursuant to 28 C.F.R. §§ 51.27–28 (with Revised D-16)

    Exhibit E - Submission  pursuant to 28 C.F.R. §§ 51.27–28 (with Revised E-16)

Revised
Exhibit F - Maps depicting former and current representative districts

Revised
Exhibit G - Maps depicting former and current senate districts

Revised
Exhibit H - Maps depicting former and current congressional districts

LAN01\244471.2
ID\JMBA1 - 108150/0001