





95th State House District
2001 Redistricting Plan

*Buena Vista Charter Township highlighted in Saginaw County*





24th State Senate District
2001 Redistricting Plan

*Clyde Township highlighted in Allegan County*





88th State House District 2001 Redistricting Plan — Clyde Township highlighted in Allegan County



Case 1:11-cv-01938-RJL-BMK-CKK   Document 7-1   Filed 12/02/11   Page 9 of 12   Revised Exhibit D-16 Page 9 of 12



2011 Redistricting Plan — State House





2011 Redistricting Plan

State Senate

