# 5th Congressional District
# 2001 Redistricting Plan

*Buena Vista Charter Township
highlighted in Saginaw County*



Oscoda

Alcona

Iosco

Ogemaw

Arenac

Gladwin

Huron

Bay

Midland

Tuscola

Sanilac

Saginaw

Lapeer

Genesee

Shiawassee

St. Clair

Clinton

Oakland

Macomb

Ingham

Livingston

| 0 | 4.5 | 9 | 18 | 27 | 36 |
|---|---|---|---|---|---|

Miles

# 5th Congressional District
# 2011 Redistricting Plan

*Buena Vista Charter Township
highlighted in Saginaw County*



Oscoda

Alcona

Iosco

Ogemaw

Arenac

Gladwin

Huron

Bay

Midland

Tuscola

Sanilac

Saginaw

Lapeer

Genesee

Shiawassee

St. Clair

Clinton

Oakland

Macomb

Ingham

Livingston

| 0 | 4.5 | 9 | 18 | 27 | 36 |
|---|---|---|---|---|---|

Miles

# 6th Congressional District
# 2001 Redistricting Plan

*Clyde Township highlighted
in Allegan County*



0   4   8      16      24      32
Miles



# 6th Congressional District
# 2011 Redistricting Plan

*Clyde Township highlighted
in Allegan County*

Ottawa

Allegan

Barry

Van Buren

Kalamazoo

Calhoun

Berrien

Cass

St. Joseph

Branch

N

| 0 | 4 | 8 | 16 | 24 | 32 |
|---|---|---|----|----|----|

Miles

# MICHIGAN'S 15 CONGRESSIONAL DISTRICTS

## 2001 Redistricting Plan



METRO AREA INSET

Produced by
Center for Geographic Information
Department of Information Technology
September 2002

SOURCE: Base map from the Michigan Geographic Framework,
Legislative District boundaries from 2001 Apportionment Plan.

# Congress

## 2011 Redistricting Plan