









2011 Redistricting Plan — State House

