





# 24th State Senate District
# 2001 Redistricting Plan

*Clyde Township highlighted in Allegan County*



26th State Senate District
2011 Redistricting Plan

*Clyde Township highlighted in Allegan County*




