# 5th Congressional District 2001 Redistricting Plan

*Buena Vista Charter Township highlighted in Saginaw County*

# 5th Congressional District 2011 Redistricting Plan

*Buena Vista Charter Township highlighted in Saginaw County*

# 6th Congressional District
# 2001 Redistricting Plan

*Clyde Township highlighted
in Allegan County*

Ottawa

Allegan

Barry

Van Buren

Kalamazoo

Calhoun

Berrien

Cass

St. Joseph

Branch

N

0  4  8  16  24  32
Miles



# 6th Congressional District
# 2011 Redistricting Plan

*Clyde Township highlighted in Allegan County*



# 2011 Redistricting Plan Congress