IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STATE OF MICHIGAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:11-cv-01938-RJL-BMK-CKK |
| | ) | |
| UNITED STATES OFAMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF CONSENT BY UNITED STATES

In this action, Plaintiff State of Michigan seeks a declaratory judgment that its proposed 2011 redistricting plans for the Michigan House and Senate and for Michigan's congressional districts will not violate Section 5 of the Voting Rights Act, 42 U.S.C. 1973c, as those plans pertain to the two Michigan jurisdictions that are subject to Section 5, Clyde Township in Alleghan County, and Buena Vista Township in Saginaw County. The statutory defendants in this action are the United States of America and the Attorney General of the United States ("the United States").

The United States has determined that Michigan can meet its burden of proof under Section 5 of the Voting Rights Act and can show, with respect to the two covered townships, that the proposed 2011 redistricting plans for the Michigan House and Senate and for Michigan's congressional districts "neither ha[ve] the purpose nor will have the effect of denying or abridging the right to vote on account of race or color, or in contravention of the guarantees set forth in [42 U.S.C.] 1973b(f)(2)...." 42 U.S.C. 1973c(a). Accordingly, the United States will consent to the declaratory judgment sought by Michigan that the 2011 redistricting plans contained in Public Act 128 (House Bill 4780) and in Public Act 129 (Senate Bill 498) do not

violate Section 5 of the Voting Rights Act.  Counsel for the United States will consult with

counsel for Michigan on the appropriate next steps.


Respectfully submitted,

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division


/s/      *Joshua L. Rogers*
T. CHRISTIAN HERREN
ROBERT POPPER
T. RUSSELL NOBILE
JOSHUA L. ROGERS
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Phone: (202) 307-2767
Fax: (202) 307-3961

Date:   January 12, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2012, I served a true and correct copy of the foregoing via the Court's ECF filing system to the following counsel of record:

Gary P. Gordon
Special Assistant Attorney General
Dykema Gossett
201 Townsend Street, Suite 900
Lansing, MI 48933

/s/ *Joshua L. Rogers*
Joshua L. Rogers
Voting Section
Civil Rights Division
U.S. Department of Justice
Room 7254 - NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 514-8201