IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF MICHIGAN <br> Secretary of State Ruth Johnson <br> Michigan Department of State, <br><br> Plaintiff <br><br> vs. <br><br> UNITED STATES and ATTORNEY GENERAL <br> ERIC H. HOLDER, JR. in his official capacity <br> United States Department of Justice, <br><br> Defendants. | Civil Action No. 1:11-cv-01938 <br> Three-Judge Court (RJL-BMK-CKK) |

## ORDER

On November 2, 2011, Plaintiff, the State of Michigan, by and through its Secretary of State, Ruth Johnson, and on behalf of its two covered jurisdictions, filed a Complaint with this Court against the Defendants United States and its Attorney General Eric H. Holder, Jr., seeking a declaratory judgment that three of its statewide redistricting plans comply with the provisions of Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c. Plaintiff also filed a request for a three-judge court pursuant to 28 U.S.C. § 2284(a), and a three-judge court has been convened.

The State of Michigan attached to its Complaint certain information contemplated by the Attorney General's Procedures for the Administration of Section 5 of the Voting Rights Act, 28 C.F.R. Part 51, that would have been required if the State had sought administrative review under Section 5 of the redistricting plans by the Department of Justice. The State also provided additional information in response to informal requests by the Department of Justice. After reviewing the original and supplemental information provided by the State, the United States

filed its Notice of Consent with the Court on January 12, 2012. Additionally, the Parties have now filed a Joint Motion for Entry of Order.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. The 2011 statewide redistricting plans for the Michigan State House of Representatives, Michigan State Senate, and Michigan congressional delegation enacted, respectively, as Michigan Public Acts 129 and 128 of 2011, neither have the purpose nor will have the effect of denying or abridging the right to vote on account of race, color, or membership in a language minority group, and otherwise satisfy the requirements of Section 5 of the Voting Rights Act, 42 U.S.C. §1973c, with respect to the two jurisdictions in the State of Michigan that are subject to the requirements of Section 5.

2. The State of Michigan, on behalf of its two covered jurisdictions, is entitled to a declaratory judgment under Section 5 of the Voting Rights Act with respect to the 2011 redistricting plans for the Michigan State House of Representatives, Michigan State Senate, and Michigan congressional delegation.

3. The 2011 redistricting plans for the Michigan State House of Representatives, Michigan State Senate, and Michigan congressional delegation may be implemented immediately, in so far as Section 5 of the Voting Rights Act is concerned.

4. Each party shall bear its own costs.

Entered this 28th day of February, 2012.

_Brett M. Kavanaugh_
UNITED STATES CIRCUIT JUDGE


_Colleen Kollar-Kotelly_
UNITED STATES DISTRICT JUDGE


_Richard Leon_
UNITED STATES DISTRICT JUDGE